IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DWIGHT G. TYNDALL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.1:22-cv-03136-SDG |

## NOTICE OF APPEARANCE OF MICHAEL A. CAPLAN

Pursuant to Northern District of Georgia Local Rule 83.1(D), Michael A. Caplan of Caplan Cobb LLC hereby enters his appearance as counsel on behalf of Plaintiff Dwight G. Tyndall in the above-captioned action.

Respectfully submitted this 17th day of July, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Counsel for Dwight G. Tyndall.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record. This 17th day of July, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039
mcaplan@caplancobb.com

*Counsel for Dwight G. Tyndall.*