# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DWIGHT G. TYNDALL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.1:22-cv-03136-SDG |

## NOTICE OF APPEARANCE OF CAMERON B. ROBERTS

Pursuant to Northern District of Georgia Local Rule 83.1(D), Cameron B. Roberts of Caplan Cobb LLC hereby enters his appearance as counsel on behalf of Plaintiff Dwight G. Tyndall in the above-captioned action.

Respectfully submitted this 17th day of July, 2025.

> */s/ Cameron B. Roberts*
> Cameron B. Roberts
> Georgia Bar No. 599839
> **CAPLAN COBB LLC**
> 75 Fourteenth Street NE, Suite 2700
> Atlanta, Georgia 30309
> Tel: (404) 596-5600
> Fax: (404) 596-5604
> croberts@caplancobb.com
>
> *Counsel for Dwight G. Tyndall.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record. This 17th day of July, 2025.

/s/ *Cameron B. Roberts*
Cameron B. Roberts
Georgia Bar No. 599839
croberts@caplancobb.com

*Counsel for Dwight G. Tyndall.*