IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DWIGHT G. TYNDALL,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No.<br><br>1:22-cv-03136-SDG |

## SCHEDULING ORDER

Pursuant to the Court's March 26, 2025 Opinion and Order, ECF No. 23, and the parties having reported to the Court for a status conference on August 6, 2025, the Court issues the following deadlines:

| | |
|---|---|
| Plaintiff's Amended Complaint | **August 28, 2025** |
| Plaintiff's jurisdictional discovery requests | **September 2, 2025** |
| Jurisdictional discovery completed | **December 1, 2025** |
| Defendant will respond to Plaintiff's Amended Complaint | **February 2, 2026** |

The parties' deadlines for responding or replying to any dispositive motion filed pursuant to Federal Rule of Civil Procedure 12 will proceed as set forth in the Federal Rules of Civil Procedure and the Local Rules of this Court.

1

All other pretrial activities and deadlines not set forth above are stayed pending resolution of any dispositive motions filed pursuant to this Order.

IT IS SO ORDERED.

Dated: ___August 7___, 2025

Steven D. Grimberg
United States District Judge