# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| DWIGHT G. TYNDALL, individually, and as surviving spouse and personal representative of DEBORAH E. TYNDALL, and as executor of the estate of DEBORAH E. TYNDALL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 1:22-cv-03136-SDG |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, I hereby certify that on this day, I caused true and correct copies of:

- PLAINTIFF'S FIRST SET OF JURISDICTIONAL INTERROGATORIES; and

- PLAINTIFF'S FIRST JURISDICTIONAL REQUESTS FOR PRODUCTION OF DOCUMENTS

to be served by electronically mailing copies of the same to counsel of record for Defendant, who, by registering with the Court's CM/ECF system, have consented to electronic service.

[signature on following page]

Respectfully submitted this 2nd day of September, 2025.

| | |
|---|---|
| */s/ John L. Fortuna* | */s/ Michael A. Caplan* |
| John L. Fortuna | Michael A. Caplan |
| Mathieu Erramuzpe | Cameron B. Roberts |
| Ari Gordin | Alex Estroff |
| Michael Creswell | CAPLAN COBB LLC |
| JONES FORTUNA LP | 75 Fourteenth Street NE, Suite 2700 |
| 111 New Street, Suite A | Atlanta, Georgia 30309 |
| Decatur, Georgia 30030 | Phone: 404-596-5600 |
| Phone: 404-850-3832 | Email: mcaplan@caplancobb.com |
| Email: jfortuna@jonesfortuna.com | croberts@caplancobb.com |
| merramuzpe@jonesfortuna.com | aestroff@caplancobb.com |
| agordin@jonesfortuna.com | |
| mcreswell@jonesfortuna.com | |

*Counsel for Plaintiff Dwight G. Tyndall*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system, which will serve a true and correct copy of the same upon all counsel of record.

This 2nd day of September, 2025.

>   */s/ Michael A. Caplan*
>   Michael A. Caplan
>   Georgia Bar No. 601039
>
>   *Counsel for Plaintiff Dwight G. Tyndall*