# EXHIBIT 1



# TM5-634

**WAR DEPARTMENT TECHNICAL MANUAL**

# REFUSE COLLECTION AND DISPOSAL

## REPAIRS AND UTILITIES

WAR DEPARTMENT • • • OCTOBER 1946

RG 287 170/A/7/4 Box 54 (US Army Tech Manuals 1941-1969)

CEHCX107187

US_00037046

REPRODUCED AT THE NATIONAL ARCHIVES

FEB 2 6 1948

W1.35:
5-634

*WAR DEPARTMENT TECHNICAL MANUAL*

*T M 5–634*

This manual supersedes CL No. 3591, R and U No. 21, 3 March 1945; TB ENG 1, 28 December 1943; and sections
.01 through .04, chapter III, part 0703, Repairs and Utilities Manual, OCE, 1942.

# REFUSE COLLECTION

# AND DISPOSAL

## REPAIRS AND UTILITIES



*WAR DEPARTMENT* • *OCTOBER 1946*

*United States Government Printing Office*
*Washington: 1946*

CEHCX107188

US_00037047

*This manual contains copyrighted material*

WAR DEPARTMENT
WASHINGTON 25, D. C., 11 October 1946

TM 5-634, Refuse Collection and Disposal, Repairs and Utilities, is published for the information and guidance of all concerned.

[AG 300.7 (12 Aug 46)]

BY ORDER OF THE SECRETARY OF WAR:

OFFICIAL:

EDWARD F. WITSELL
*Major General*
*The Adjutant General*

DWIGHT D. EISENHOWER
*Chief of Staff*

DISTRIBUTION:

AAF (2); AGF (5); T (Eng) (10); Dept (Eng) (5); Base Comd (10); Def Comd (Eng) (10); HD (Eng) (5); Tech Sv (2) except OCE (75); AAF Comds (Air Instls) (ZI) (10); AAF Comds (Eng) (Overseas) (2); AMA (Air Instls) (5); FC (Post Eng) (5); BU (Eng) (Overseas) (2); Class III Instls (Eng) (5); PE (Eng) (5); Ars (Post Eng) (5); Dep (Eng) (5); Dist 5 (OCE) (2); Div Eng (OCE) (10); GH (Post Eng) (5); RH (Eng) (5); CH (Post Eng) (5); A (2); A (Eng, R&U) (10); D (Eng) (2); Bn (Overseas) (Eng) (2); AF (Air Instls) (ZI) (5); AF (Eng) (Overseas) (2).
For explanation of distribution formula, see FM 21-6.

ii

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107189

US_00037048

# CONTENTS

|  |  | Paragraphs | Page |
|---|---|---|---|
| **SECTION I.** | **GENERAL** | 1– 4 | 1 |
| **II.** | **REFUSE COLLECTION** | 5–15 | 5 |
| **III.** | **SANITARY FILL** | 16–27 | 15 |
| **IV.** | **INCINERATION** | 28–44 | 29 |
| **V.** | **MISCELLANEOUS DISPOSAL METHODS** | 45–48 | 54 |
| **VI.** | **RECEPTACLE STANDS AND CAN WASHING** | 49–51 | 58 |
| **APPENDIX** | | | 62 |
| **INDEX** | | | 63 |

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107190

US_00037049

*This manual supersedes CL No. 3591, R and U No. 21, 3 March 1945; TB Eng 1, 28 December 1943; and sections .01 through .04, chapter III, part 0703, Repairs and Utilities Manual, OCE, 1942.*

# SECTION I
# GENERAL

## 1. Purpose and Scope

This Technical Manual describes the factors contributing to efficient collection and disposal of garbage, trash, ashes, and debris. It outlines procedures to be followed by post engineers and personnel engaged in refuse collection and disposal. All methods described in this manual are designed to provide posts with efficient refuse collection systems and suitable methods of disposal at a minimum expenditure of money, personnel, and material.

## 2. Responsibility

a. Post engineers are responsible to their post commanders for efficient and economical refuse collection and disposal. The work is done either by post engineer personnel or, under contract, by municipalities or private individuals. Contracts are authorized if rates are low and over-all cost is not more than cost of operation by the government. ESA funds are used. (For details, see TM 5–600.)

b. Garbage and refuse must be collected and disposed of regularly to insure the welfare of troops; incomplete or inadequate collection or disposal may attract flies, mosquitoes, and rodents, or create fire hazards.

## 3. Definitions

For the purpose of this manual only, the terms listed below will have the meaning indicated.

a. REFUSE. Refuse consists of all garbage, trash, and other waste matter except garbage sold under contract, other salvaged material, and explosive or incendiary products.

b. SALVABLE MATERIALS. Salvable materials consist of metal scrap, scrap lumber, crating material, empty barrels, boxes, textile bags, waste paper, cartons, kitchen waste, and similar materials which are reclaimable or have sales value and are not subject to property accountability. These items are segregated from refuse or debris by the discarding unit.

(See o below.)

c. GARBAGE. Garbage consists of discarded waste food, food wrappings, and containers. Hog-food garbage is the portion of waste food which has been segregated for salvage. (See par. 8.)

d. TRASH. Trash consists of discarded unsalvaged materials such as metal, glass, crockery, floor sweepings, paper, wrappings, containers, cartons, and similar articles not used in preparing or dispensing food. It is subdivided into—

(1) *Combustible* trash, which can normally be burned in an incinerator.

(2) *Incombustible* trash, which cannot be burned in an incinerator.

e. DEBRIS. Debris consists of grass cuttings, tree trimmings, stumps, street sweepings, roofing and construction waste, recovered flotsam, and similar waste material resulting from maintenance and repair work.

f. SEGREGATION. Segregation is the process of sorting refuse, debris, and salvage and placing the sorted materials in designated receptacles or piles.

g. PICK-UP STATIONS. Pick-up stations are designated stations within the reservation where salvage and refuse are assembled and stored for collection.

h. REFUSE COLLECTION. Refuse collection is a system of transporting refuse and non-accountable salvage from pick-up stations to points of disposal. It includes hauling garbage cans to and from the can-washing plant or garbage transfer station, and general loading and unloading.

i. INCINERATOR. An incinerator is a self-inclosed furnace with burning grates, firebox, and chimney designed for burning combustible refuse.

j. INCINERATION. Incineration is the process of burning refuse in an incinerator.

k. SANITARY FILL. Sanitary fill is a method

1

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107191

US_00037050

of disposing of refuse by compacting it without burning, covering it daily with 2 feet of earth, and forming it into cells sealed by earth walls.

*l.* BURNING PIT. A burning pit is a three-sided earth revetment or masonry inclosure in which refuse and debris are burned.

*m.* REGULATED DUMP. A regulated dump is an area for regulated disposal of incombustible trash and debris.

*n.* GARBAGE GRINDER. A garbage grinder is a mechanical device which grinds garbage and flushes the ground particles into sanitary sewers.

*o.* DISCARDING UNIT. A discarding unit is any unit which sets out materials for collection.

### 4. Effacement of Unregulated Dumps

During the period of rapid mobilization for war, many posts were set up without adequate facilities for refuse disposal and without trained operating personnel. These posts often resorted to unregulated dumping and burning of refuse and debris (fig. 1) and, as a result, the dumps became breeding places for rodents, flies, and mosquitoes. (See fig. 2.) To eliminate these potential sources of disease, a program has been set up requiring proper collection and disposal of refuse and effacement of all unregulated dumps. (See figs. 3 and 4.) Approved collection and disposal procedures are covered in detail in sections II through V. Recommended procedure for effacing unregulated dumps consists of the following steps:

*a.* Exterminate rodents.

*b.* Reclaim materials desired for salvage.

*c.* Consolidate and compact loose refuse.

*d.* Contour or terrace the dump to minimize storm erosion.

*e.* Cover dump area with at least 1 foot of earth or ashes.

*f.* Revegetate the area.



*Figure 1. Dump area. This is not a recommended method of disposal.*

2

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107192

US_00037051



*Figure 2. This dump was used for refuse disposal.*



*Figure 3. The same area, after effacement of the dump.*

3

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107193

US_00037052



*Figure 4. Dump area after abandonment.*

4

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107194

US_00037053

## SECTION II
## REFUSE COLLECTION

### 5. General

a. This section describes the basic requirements for efficient systems of refuse collection. All posts cannot operate identical collection systems because volumes of materials, salvage requirements, and methods of disposal vary. The post engineer selects and puts into operation the system which best meets local requirements and the requirements of sanitation and fire protection.

b. Procedures outlined in this section apply to collections made either by post engineer crews or contractors. Pick-up stations are established and materials segregated properly in either case.

*Note.* Contracts must provide for use of watertight trucks or equipment approved by the post sanitary officer. If garbage or refuse is spilled, the contractor must clean the area immediately.

### 6. Operating Standards

Standards of operation listed below represent *average* efficiency for collecting all unsalvable garbage and trash. They therefore provide a basis for evaluating post refuse collection systems. Posts using available remodeled equipment can meet these standards by consolidating their pick-up stations and installing organized systems of collections. Posts with commercial type collection vehicles should exceed these standards.

| Unit of measure | Ground stations | Airfields | General hospitals | Depots |
|---|---|---|---|---|
| Cubic yards each man-hour_____ | 1.50 | 1.75 | 1.75 | 2.00 |
| Cubic yards each truck hour_____ | 5.00 | 5.50 | 5.50 | 6.00 |
| Cubic yards each truck trip_____ | 7.50 | 7.50 | 7.50 | 7.50 |

### 7. Pick-Up Stations

The post engineer establishes pick-up stations with the approval of the post commander. Normal daily accumulations of salvage and refuse are collected *only* from these points.

a. LOCATION. Establish a separate pick-up station for each mess hall, post exchange, club, warehouse, and similar building where large amounts of salvage and refuse accumulate daily. One station usually serves three to five barracks buildings, but a separate station is provided for each family residence. Try to have all stations easily accessible to trucks and not more than 300 feet from the source of material. If truck travel to the pick-up station is not practicable, locate the station to require minimum foot travel by collection crews.

b. CONTAINERS. Provide adequate receptacles at each pick-up station for proper segregation of salvage and refuse and for temporary storage pending collection. Suitable containers are cans, drums, bins, or similar receptacles which can be handled easily. Except for 32-gallon garbage cans, containers are sized to weigh no more than 175 pounds when filled. Indicate the type of contents by clear markings near, not on, the receptacles.

### 8. Segregation of Materials

Discarding units are responsible for segregating materials and delivering salvage and refuse to pick-up stations. Organization commanders and others in charge of discarding units enforce segregation rules. Salvage and disposal requirements determine the extent of segregation; generally, materials are separated as follows:

a. HOG-FOOD GARBAGE. Drained hog-food garbage is placed in covered 32-gallon garbage cans. Hog-food garbage includes kitchen leftovers, plate wastes, lettuce leaves, pea hulls, corn cobs, vegetable and celery tops, and rinds and peelings other than citrus fruit rinds.

b. OTHER GARBAGE AND COMBUSTIBLE TRASH. All other garbage and combustible trash is placed in covered 32-gallon garbage cans. This material consists of coffee grounds, onion hulls, peach pits, fish heads, tea leaves, banana peels, citrus fruit rinds, chicken feathers, corn husks, sweepings, barracks trash, wax paper cartons, meat-wrapping paper, carbon and stencil paper, and similar unsalvable items. Posts operating

**5**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107195

US_00037054

sanitary fills also place incombustible trash in these cans; at other posts separate containers are provided for incombustible trash.

  *c.* COOKED GREASE. Salvable cooked grease is placed in 10- or 16-gallon covered garbage cans.

  *d.* TRAP GREASE. Salvable grease removed from grease traps is placed in 10- or 16-gallon covered garbage cans.

  *e.* BONES AND MEAT TRIMMINGS. Salvable bones and meat trimmings are put in covered 32-gallon garbage cans.

  *f.* SALVAGE PAPER. All clean, salvable paper is placed in sacks and stored in covered containers.

  *g.* CARDBOARD AND KRAFTBOARD. Salvable cardboard and kraftboard are flattened, tied in bundles, and placed in containers with other salvage paper or in separate covered containers.

  *h.* GLASS AND BOTTLES. At pick-up stations for mess halls, post exchanges, clubs, and other buildings where food is served, salvable glass and bottles are put in covered 32-gallon cans. At other pick-up stations, glass and bottles are put in small boxes, cartons, or cans.

  *i.* TIN CANS. Salvable tin cans are cleaned, flattened, and placed in covered 32-gallon cans.

  *j.* WOOD. Wooden boxes, crates, barrels, and scrap lumber are piled at one end of the pick-up station.

  *k.* METAL. Salvable metal other than tin cans prepared for salvage is piled next to the wood.

  *l.* ASHES. Ashes are placed in 32-gallon garbage cans. However, at power plants and other similar installations producing large quantities of ashes, special containers may be used with approval of the post engineer.

## 9. Weights of Refuse

The following list of average weights of materials is a guide to handling collections:

| Material | Weights (pounds) | |
| --- | --- | --- |
| | 32-gallon can | Cubic foot |
| Garbage _____ | 150 to 225 | 35 to 53 |
| Refuse, without garbage or ashes_____ | 18 to 36 | 6.5 to 8.5 |
| Refuse, including garbage | 39 to 47 | 9 to 11 |
| Refuse, including both garbage and ashes_____ | 56 to 64 | 13 to 15 |
| Ashes _____ | 141 to 158 | 33 to 37 |

**6**

## 10. Collections

Collect garbage and combustible materials daily except Sundays; collect other types of salvage and refuse as frequently as necessary to prevent containers from becoming overloaded. *Do not collect improperly segregated materials;* report them to the post commander for corrective action.

  *a.* SEPARATE COLLECTIONS. Separate truck trips generally are made to collect the following:

  (1) *One.* Collect garbage and combustible trash loose in the same truck. Posts operating a sanitary fill also collect incombustible trash during this trip. Posts operating incinerators collect incombustible trash on trip three.

  (2) *Two.* Collect sacks of salvage paper and bundles of cardboard, magazines, and books. Place a supply of empty sacks in the truck before starting this trip, and exchange them for filled sacks.

  (3) *Three.* Collect tin cans, metal, glass, wooden boxes, crates, barrels, scrap lumber, and similar salvable materials during the third trip. Place small items of salvage in separate containers. Do not mix salvage.

  (4) *Four.* Collect ashes.

  (5) *Five.* If contracts require delivery of garbage, grease, bones, and meat trimmings, deliver these materials in cans to transfer stations.

  *b.* COMBINED COLLECTIONS. Make combined collections in post areas where salvage and refuse accumulations are small. Keep salvable materials and refuse in separate bins or boxes on the trucks.

## 11. Truck Routes

Trucks begin collecting materials at points farthest from disposal facilities so there is a minimum of travel with a full load. In planning collection routes, take dead-end and one-way streets into consideration, and lay out the routes to avoid partial loads and duplication of travel. Steep grades should be covered at the beginning of a route, rather than when the truck is filled.

## 12. Deliveries of Materials

Collections are made only by the post engineer's organization; refuse collected by other agencies

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107196

US_00037055

must not be accepted at the disposal facility unless special permission is granted by the post engineer.

*a.* UNLOADING. To expedite unloading, use dump trucks or trucks with false endgate unloading devices (par. 14*b*) in preference to trucks requiring hand unloading. Hand winches installed at incinerators and salvage yards are useful for unloading with false endgates. Avoid unnecessary stops at salvage yards; whenever possible, unload a truckload of salvage at not more than two places.

*b.* GARBAGE DELIVERIES. Some posts have contracts requiring delivery of garbage, bones, and grease to a central transfer station for collection by the contractor. If watertight trucks are not used deliver the materials to the transfer station in garbage cans. Collect a load of clean cans on the truck before covering the route, and exchange them for filled or dirty cans.

*c.* SCHEDULING DELIVERIES. Incinerators and some salvage yards have limited platform capacity for temporary storage of materials. Coordinate the refuse collection system so deliveries of materials are spread evenly throughout the day.

## 13. Personnel Requirements

*a.* SUPERVISOR. The supervisor in charge of refuse collection and disposal supervises collection crews and is responsible to the post engineer for the efficiency and economy of the collection system. He ascertains all post changes which affect quantities or types of material collected and changes the collection system accordingly.

*b.* DRIVER-FOREMAN. Truck drivers act as foremen of the loaders working on their trucks. They are responsible for keeping materials segregated and for reporting pick-up stations which segregate materials improperly.

*c.* LOADERS AND HELPERS. The number of men in a truck crew in addition to the driver depends on the type of collection truck and the amount of material accumulated on the collection route. Two loaders are usually enough for work on the ground level. One top loader, working on the truck, distributes and trims the load and helps to empty or load cans. The top loader is not required on commercial type collection trucks or on truck routes with scattered

pick-up stations and small accumulations of material. On truck routes where accumulations are large or where ashes or other heavy materials are loaded, an additional loader is sometimes required. Loaders and helpers must be familiar with requirements for segregation of materials and must notify the driver-foreman of all cases of improper segregation. Loaders and helpers do not segregate materials. They must be careful not to spill garbage during collection; if garbage is spilled, they clean up the area immediately.

## 14. Collection Trucks

Many types of trucks are used for refuse collection. Bodies of trucks assigned to refuse collection should be altered to meet collection requirements. Truck bodies should have a capacity of 7 cubic yards or more and be equipped with necessary mechanical unloading devices.

*a.* DUMP TRUCKS. Dump trucks with built-up sides $3\frac{1}{2}$ to 5 feet high are adapted for collecting all types of salvage and refuse, except hog-food garbage, bones, and grease. To use dump trucks at incinerators, the approach road or ramp must be level or higher than the incinerator charging floor.

*b.* FLAT BED TRUCKS. Flat bed trucks with built-up sides $3\frac{1}{2}$ to 5 feet high equipped with false endgate or other quick unloading devices are suitable for collecting all types of salvage and refuse except ashes.

(1) *False Endgates.* A false endgate (fig. 5) is a wood or wood-and-steel partition placed at the front of the truck body. The endgate is the same height as the truck body but is 6 inches narrower, to allow free movement. Six-foot cables or chains are fastened to each corner of the false endgate and then attached to an extension cable or chain. Before the truck is loaded, the false endgate is put in place and the extension cable is laid on the floor with one end extending to the back of the truck. Mechanical power at sanitary fills and hand winches at incinerators and salvage yards are used to unload the trucks by dragging out the false endgate. False endgates are not used to unload materials weighing more than 500 pounds a yard, although the trucks may be used to collect heavier types of materials, except ashes.

7

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107197

US_00037056



*Figure 5. Truck with extended sides and false endgate.*

(2) *Covers.* Flat bed trucks with built-up sides have screen or canvas covers.

*c.* SEMITRAILERS. At depots, arsenals, and similar installations, semitrailers are often parked where accumulations of salvage or refuse are large. Personnel of the discarding unit load salvage and refuse into the trailer instead of in receptacles. A power unit such as a tractor truck serves several of these semitrailers.

*d.* SPECIAL COLLECTION BODIES. Equipment manufacturers have developed several types of dump truck bodies for collecting refuse and certain types of salvage. (See figs. 6 through 10.) These special bodies have some or all of the following advantages: low loading height; large volumetric capacity; complete envelopment of load to prevent escape of odors and liquids and spilling or scattering by wind; built-in compaction mechanism which reduces the volume of light trash and similar materials 25 percent or more; rapid unloading by dumping; elimination of top-loading personnel; and multiple and interchangeable containers served by one power unit. Requests to purchase specially designed refuse collection truck bodies are submitted through channels to OCE or

8

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107198

US_00037057



① 



② 



③

*Figure 6. Heil COLLECTO unit.*

Headquarters AAF for approval. Requests must be accompanied by a statement from the army area engineer or the AAF command engineer containing the following information: detailed description of collection procedure at the post; standard equipment currently available;

quantities of materials to be collected each day; and savings that would result with new equipment. Trucks with commercial type refuse collection bodies are classified as special equipment vehicles and assigned to post engineers. These trucks require skilled operation and are operated only by personnel specially trained for the work; garrison prisoners must not be used.

(1) *Bucket loaders.* A bucket loader is a collection truck with an enclosed dump body having capacities from 8 to 13 cubic yards. (See figs. 6 and 7.) Refuse is deposited in the loading bucket in the rear of the truck. Capacity of the bucket is ½ or 1 cubic yard; loading height is approximately 3 feet from the ground. Power from the truck engine is transmitted by hydraulic mechanism, cable, or chain to the bucket, which is raised to the top of the body, emptied, and returned to the original position. This type of body can be equipped with a compression mechanism which distributes the load and compacts light trash.

(2) *Load packers.* A load packer is a collection truck with an enclosed body having capacities of 9, 12, or 15 cubic yards. It is equipped with a loading hopper located on the rear, approximately 2½ feet from the ground. Refuse is placed in the hopper, where it is drained and loaded into the truck by a hydraulic tailgate ram which pushes the material through an opening in the tailgate and compacts it inside the truck. (See figs. 8 and 9.)

(3) *Multiple body trucks.* Some trucks are especially designed to transport detached containers supplied by the manufacturer and varying in size from 2 to 10 cubic yards. After being filled at pick-up stations, these containers are picked up by a special hoisting unit mounted on the truck, and hauled to disposal facilities. One truck can serve 25 to 50 containers. This type of equipment is used at installations producing large quantities of heavy salvage or ashes, refuse, debris, shipside garbage, and manufactured waste. The equipment is operated by the driver and no additional personnel is required.

## 15. Operating Records

Accurate operating records must be kept for each collection truck. WD AGO Form 5-188, (Daily Report of Truck Trips for Refuse and Salvage Collection) (fig. 11), has been designed

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107199

US_00037058



FILLING

COMPACTING

DUMPING

*Figure 7. REFUSE GETTERS manufactured by the Elgin Corporation. These units are made with or without the compacting devices.*

10

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107200

US_00037059





*Figure 8.  Gar Wood* LOAD PACKER.

11

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107201

US_00037060



*Figure 9. Brooks* LOAD LUGGER.

for this purpose. Truck drivers fill in the form daily, noting the size of each load (full, three-quarters, one-half, or one-quarter) or number of cans carried on each trip. The supervisor collects and compiles the reports, converts size of load to cubic yards, and submits to the post engineer a monthly report on WD AGO Form 5-126 (Daily Log of Refuse and Salvage Collections). (See fig. 12.) Base data for



② *Garbage container detached from truck.*



① *Truck with detachable garbage container.*
*Figure 10. Dempster* DUMPSTER.

12

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107202

US_00037061



③ *Container.*

*Figure 10. Dempster* DUMPSTER—Continued.

cost accounts are taken from Form 5-126 as follows:

*a.* 627-11, INCINERATOR OPERATION. Total cubic yards of refuse delivered to the incinerator.

*b.* 627-12, INCINERATOR MAINTENANCE AND REPAIR. Total cubic yards of refuse delivered to the incinerator.

*c.* 627-20, COLLECTION. Total cubic yards of refuse, salvage, and cans collected (eight 32-gallon cans are reported as 1 cubic yard).

*d.* 627-30, SANITARY FILL. Total cubic yards of refuse delivered to sanitary fill.

*e.* 627-50, OTHER DISPOSAL METHODS. Total cubic yards of refuse delivered to other disposal facilities listed in section V of this manual.

| DAILY REPORT OF TRUCK TRIPS FOR REFUSE & SALVAGE COLLECTION | | | | | REPORTS CONTROL SYMBOL ENG-4 |
|---|---|---|---|---|---|
| | | | | | DATE |
| | TIME | SPEEDOMETER READING | | TRUCK DRIVER | |
| OUT | | | | TRUCK NO. | TRUCK CUBAGE |
| IN | | | | NO. LOADERS | AREA SERVED |
| TRIP NO. | SIZE OF LOAD DELIVERED TO:(Specify:Full Load,3/4,1/2 or 1/4 Load) | | | | NUMBER CANS DELIVERED TO |
| | INCINERATOR | SANITARY FILL | OTHER DISPOSAL | SALVAGE YARD | (TRANSFER STATION) |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| TOTAL DLVRD | | | | | |

WD AGO FORM 5-188
1 SEP 1946

*Figure 11. WD AGO Form 5-188, (Daily Report of Truck Trips for Refuse and Salvage Collection).*

13

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107203

US_00037062

## DAILY LOG OF REFUSE AND SALVAGE COLLECTIONS

REPORTS CONTROL SYMBOL ENG-4

MONTH

POST

| DATE | MILES OF TRAVEL | MAN-HOURS | NUMBER OF TRIPS | CUBIC YARDS OF REFUSE AND SALVAGE DELIVERED TO | | | | NUMBER CANS DELIVERED TO (Transfer Station) |
|---|---|---|---|---|---|---|---|---|
| | | | | Incinerator (C.A.627-11+ 627-12) | Sanitary Fill (C.A.627-90) | Other Disposal (C.A.627-50) | Salvage Yard | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| TOTAL | | | | | | | | |

GRAND TOTAL CUBIC YARDS, INCLUDING CANS (8 CANS = 1 cu. yd.)(C.A.627-20)

PREPARED BY (Supervisor) | DATE

APPROVED BY (Post Engineer) | DATE

WD AGO Form 5-126
1 Aug 1946

*Figure 12. WD AGO Form 5-126, (Daily Log of Refuse and Salvage Collections).*

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107204

US_00037063

# SECTION III
# SANITARY FILL

### 16. General

*a.* The sanitary fill method of garbage and refuse disposal was adopted by the Army in 1942. Its principle is simple—garbage and refuse are dumped in trenches, compacted, and covered each day. Figure 13 shows a sanitary fill in operation. Schematic lay-out of a typical sanitary fill is shown in figure 14. Sanitary fills have many advantages not commonly found in other methods of disposal: they can be put into operation in a few days at little cost; they do not require large operating crews; they can receive all garbage, trash, and small debris, making segregation and separate collections of these materials unnecessary; and they can dispose of large increases in the daily accumulation of refuse without additional personnel or equipment. However, sanitary fills must be operated according to proven practices to dispose of material promptly, effectively, and economically. They are not ordinarily used at general hospitals, at posts with less than 1,000 men, or at posts where soil and climatic conditions do not favor the operation.

*b.* This section describes operating methods and procedures for various soil characteristics, climatic conditions, and types of equipment.

### 17. Site Selection

Usually many sites on a post are suitable for sanitary fill operations, but the army area or AAF command refuse disposal engineers should be consulted before a selection is made. Since a sanitary fill can easily be changed from one site to another, a number of small sites can be used successively if a large site is not available.

*a.* SIZE. Allow approximately 1 acre a year for each 10,000 men when a fill 6 feet deep is used.



*Figure 13. Sanitary fill, centrally located to reduce hauling distances.*

**15**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107205

US_00037064



Figure 14. Diagram of sanitary fill.

*b.* LOCATION. Operate sanitary fills near the central source of waste material to reduce hauling distances. (See fig. 15.)

*c.* ROADS. Select a site near an established



Figure 15. Centrally located sanitary fill at large camp. Area is being filled to conform to surrounding grade.

16

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107206

US_00037065

road to eliminate the need for constructing a new road.

*d.* GRADE OF SITE. Use level and low areas in preference to hilly ground. Low areas may be raised and land reclaimed through operation of a sanitary fill. (See fig. 15.)

*e.* RAVINES. Do not use ravines if other sites are available. Before using a ravine for sanitary fill operation, reroute the flow of excess drainage water.

*f.* TYPE OF SOIL. Select sites where the soil can be excavated to a depth of 3 to 4 feet by the assigned equipment. Sandy soil is preferable, but any soil which will form a seal over the refuse is acceptable. When there is a choice of soils, select a type which will support truck travel throughout the year.

*g.* WATER POLLUTION. Do not select sites which have surface or subsurface drainage to the water supply.

## 18. Constructing Fill

The operation of burying a large volume of refuse raises the level of the completed area from 2 to 8 feet, depending on the average depth of compacted material. Table I shows depth of compacted material required for disposal of the average quantity of refuse from camps of different sizes. These are guides only; the depth of compacted material in a sanitary fill depends on the volume of refuse and on local site conditions.

*Table I. Depth of fills*

| Size of camp | Grade raise (ft.) |
|---|---|
| Less than 5,000 | 2 |
| 5,000 to 10,000 | 3 |
| 10,000 to 20,000 | 4 |
| 20,000 to 40,000 | 5 |
| Over 40,000 | 6 |
| For unusually large quantities of refuse | 8 |

*a.* LEVEL SITE. If the fill is to be constructed on a level site, determine the direction of prevailing winds and excavate the original trench 60 feet from the windward edge of the site. Figure 14 shows location of the original trench with respect to the prevailing wind.

(1) *Size of original trench.* (*a*) *Length.* The original trench may be 100 to 600 feet long.

Make it at least 250 feet long for posts of more than 25,000 men.

(*b*) *Width.* Excavate a trench 8 to 10 feet wide for posts with less than 20,000 men and 12 to 14 feet wide for larger posts.

(*c*) *Depth.* Make the original trench 3 feet deep for posts with less than 10,000 men, and 4 feet deep for larger posts.

(2) *Ramp.* Use dirt from the original trench to construct a ramp on the windward side of the trench. (See figs. 14 and 16.)



*Figure 16. Bull-clam shovel excavating original trench and constructing ramp. Filled bucket is floated on top of ground.*

(*a*) *Height.* Height of the ramp depends on the amount of dirt taken from the original trench. Build the ramp at least 2 feet high, and 3 feet high if enough dirt is available to maintain a grade that permits truck travel. Figure 17 shows a 3-foot ramp.



*Figure 17. An original trench and ramp. Note the sealed-in section at far end of trench.*

**17**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107207

US_00037066

(*b*) *Grade.* Grade the ramp so trucks can back up to the edge of the trench.

(*c*) *Surface.* Stabilize the ramp surface if the soil will not support heavy truck travel during all seasons of the year. Use crushed rock, gravel, cinders, ashes, or a light application of road oil.

*b.* Low Area Site. When a low area site is used, build a roadway instead of a ramp. Excavate the original trench near the windward edge of the site, using the same dimensions as for a level site. Use the dirt to construct the roadway. Grade the roadway surface to provide drainage and stabilize it for truck travel. (See fig. 18.)

*c.* Approach Road. Build an access road to the ramp or roadway, wide enough to permit two-way truck travel. Stabilize the surface and provide adequate drainage. Figure 19 shows the proper relationship of a sanitary fill to an approach road. Figures 20 and 21 show reclaimed low area sites.

### 19. Operating Personnel

Many sanitary fills are operated by one man, the equipment operator. He directs trucks to the proper unloading place; moves bumper logs; places portable fences; directs the policing of the area; and is in complete charge of the entire operation. At some large installations, an assistant is needed to direct the unloading of refuse.

### 20. Equipment

The type of equipment needed for sanitary fill operations depends on soil and climatic conditions, quantity of refuse to be handled, and terrain of the site. In selecting equipment, take into consideration economies in original and maintenance cost. Once the equipment is selected, assign it permanently to the sanitary fill; use it for other post work only in an emergency.

*a.* Allowances. The army area or the AAF command refuse disposal engineer should be consulted regarding equipment requirements. Under standard operating conditions, the following equipment is suitable:

(1) Camps with less than 10,000 men require one 60-horsepower (hp) track-laying tractor equipped with a 1½- or 2-yard bull-clam shovel. (See table II for size of tractors on which bull-clam shovels can be mounted.)



Figure 18. Diagram of low area sanitary fill.

18

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107208

US_00037067



*Figure 19. Aerial view of sanitary fill. Note the completed portion of fill between trench and road.*

Table II. Tractor requirements for mounting 1½- and 2-yard bull-clam shovels

| Make | Model | Track shoe width | Tread size |
|---|---|---|---|
| Allis-Chalmers | HD-7 | Not to exceed 16 inches | Narrow gauge. |
| Caterpillar | R5 or D6 * | Not to exceed 16 inches | Narrow gauge. |
| Cletrac | DG or CG | Not to exceed 16 inches | Narrow gauge. |
| International | TD-14 * | Not to exceed 16 inches | Narrow gauge. |

* Moldboard length, 8 feet.

(2) Camps with 10,000 to 40,000 men require one crawler-mounted dragline with 30-foot or larger boom and ½-yard or larger bucket, or a 60-horsepower tractor with hydraulically operated bulldozer and cable-operated 4- to 8-yard pan scraper. At some posts where draglines are used, a 60-horsepower crawler tractor equipped with bulldozer is used to compact refuse.

(3) Camps with more than 40,000 men require one crawler-mounted dragline with 40-foot boom and ¾-yard or larger bucket. Often, these camps also use a 60-horsepower crawler tractor equipped with bulldozer to compact refuse.

b. BULL-CLAM OPERATING PRACTICES. For complete operating instructions for bull-clam shovels, see the manufacturer's operating manual.

(1) *Digging.* Govern the depth of cutting by opening and closing the lip of the bucket, rather than by raising and lowering the cutting blade. Drop the bucket to the ground and open the lip until it is 2 inches off the ground before

**19**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107209

US_00037068



*Figure 20.   Small sanitary fill sites are often used.   Here a low area is being reclaimed.*



*Figure 21.   Reclaimed low land near a creek.   Completed surface is above flood level.*

20

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107210

US_00037069

starting to excavate. (See fig. 22.) Open the lip wider for easy digging and close the lip a little for hard digging.



*Figure 22. Bull-clam shovel in cutting position.*

(2) *Raising and lowering blade.* Use the hydraulic control lever to raise or lower the blade. Open the lever completely to get an even flow of fluid to each of the two cylinders. Partial opening of the lever results in uneven operation when one cylinder is worn more than the other.

(3) *Floating load.* When the clam is filled, close the lip and float the load on top of the ground (fig. 16) so the load is not carried by the tractor. Lift the load only for turns or for unloading.

c. EQUIPMENT MAINTENANCE. For maintenance and repair instructions, see TM 37-2810.

## 21. Section of Trench

The portion of trench filled and covered each day is called a section. Section length varies with the amount of refuse; generally it is twice the depth of compacted refuse. For example, if refuse is packed 6 feet deep, the section should be 12 feet long. Increase the length of the section when more refuse than usual is delivered. If the average daily amount of refuse is more than the proposed section can accommodate, increase the depth of compacted material in the trench.

## 22. Operating Fill

When the original trench and ramp are constructed and the access road is completed, the sanitary fill is ready for operation.

a. INSTALLING BUMPER LOGS. To keep trucks from backing into the trench when unloading, install bumper logs along the edge of the trench. The number of logs required depends on the number of trucks unloading at the same time. Figure 23 shows one type of bumper log; figure 14 shows correct location.



*Figure 23. Bumper log.*

b. RECEIVING MATERIALS. Accept garbage, trash, ashes, and small articles or debris for disposal. Do not accept logs, stumps, concrete blocks, or other large items of debris which will disrupt normal sanitary fill operations. If salvable materials are mixed with refuse, dispose of them as refuse; do not carry out salvage operations at the fill.

c. UNLOADING. (1) Back vehicles to the bumper log and unload refuse into the trench. Start unloading in a section at the end of the trench. If several trucks arrive at the same time, extend the unloading to the next section rather than have the trucks wait. However, limit the unloading to 75 feet on large posts and 25 feet on small posts. *Caution:* Dump ashes in a section of trench which will not be used for at least 3 days. To prevent fires, do not mix ashes with combustible trash.

(2) If the delivery trucks have false endgates or other special unloading devices, use the sanitary fill equipment to furnish power for unloading.

(a) At fills operated with a bull-clam shovel, provide an extension cable with a hook on each end and attach one hook to the front end of the tractor, which is across the trench from the truck; attach the other hook to the false end-

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107211

US_00037070

gate. Back up the tractor and pull the load of refuse from the truck into the trench. (See figs. 25 and 26.) This procedure is faster than hand unloading and less refuse is scattered. (See fig. 24.)



*Figure 24. Unloading refuse into original trench. Hand unloading is not recommended.*



*Figure 25. Truck with false endgate unloading device, ready to be unloaded.*

22

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107212

US_00037071



*Figure 26. Unloading with false endgate device takes less than 5 minutes and reduces amount of blowing paper.*

(*b*) At fills operated with a dragline, weld a hook on the back of the dragline bucket and attach the false endgate chain to the hook. The



*Figure 27. Connecting chain from false endgate to hook on dragline bucket.*

dragline pulls the refuse from the truck. (See fig. 27.)

(3) Start compacting the refuse after a few trucks have unloaded. Keep refuse from piling higher than the top of the ramp.

*d.* COMPACTING REFUSE. Use equipment assigned to the sanitary fill to compact and spread the refuse. Spreading and compacting is done either by tractor with bulldozer or bull-clam attachment, or by dragline bucket. Compacting reduces refuse volume 30 to 70 percent.

(1) *Tractor compaction.* When a sanitary fill is operated with a tractor, compact refuse in the trench by using the blade to spread the refuse evenly over the entire section and run the tractor over the refuse until a solid surface is obtained. (See fig. 28.) Repeat the spreading and compacting procedure with every few

**23**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107213

US_00037072

loads of refuse deposited in the trench. Build up the compacted refuse in layers. (See fig. 29.) Bulldoze any refuse scattered in other sections of the trench into the section being



*Figure 28. Tractor compacting refuse and climbing ramp.*



*Figure 29. Section of trench showing layers of compacted refuse.*

filled. As the pile of compacted refuse in the section builds up, construct a ramp of compacted refuse to enable the tractor to run from the bottom of the trench to the top of the refuse. Continue the compacting procedure until a section of the trench is filled.

(2) *Dragline compaction.* When a sanitary fill is operated with a dragline, use the bucket to spread and compact refuse. After a few loads of refuse have been unloaded in the trench, the dragline bucket spreads the refuse evenly over the section. (See fig. 30.) Compact the refuse by dropping the bucket from a height of 4 or 5 feet. Build up the compacted refuse in layers. Move any loose refuse scattered in other sections of the trench into the section being filled. When a section of trench is filled, load the bucket with dirt and drop the bucket on the refuse for more complete compaction.

*e.* EXTENDING RAMP. Since a level site sanitary fill raises ground level from 2 to 8 feet, extend the 2- to 3-foot high original ramp to provide a gradual slope to the operating height of the fill. Extend the ramp only over the first trench for fills 3 to 5 feet deep and over the second trench for larger fills. Keep the top of the compacted refuse 2 feet below the grade of the proposed ramp extension. Grade the top layer of refuse to conform to the slope of the ramp. (See fig. 14.) When a 2-foot cover of dirt is provided, the surface of the completed section becomes the extended portion of the ramp. (See fig. 31.)

*f.* COVERING REFUSE. When a section of trench is filled with compacted refuse, cover the top and side slopes with dirt once every 24 hours. Get the cover dirt by excavating a trench parallel and adjacent to the filled section of the trench. (See figs. 14 and 32.)

(1) *Top covering.* Cover the entire top layer of refuse in the filled section with 2 feet of dirt.

(2) *Side slope covering.* Cover the side slope of the section next to the new trench with 1 foot of dirt, thus sealing all of the section except the refuse ramp extending from the bottom of the trench to the top of the filled section. (See fig. 28.)

(3) *Seal covering.* Seal the refuse completely once a week by covering the slope from

**24**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107214

US_00037073



*Figure 30. Dragline bucket spreading and compacting refuse.*



*Figure 31. The first day's operation is completed. Note extended ramp over first trench.*

25

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107215

US_00037074



*Figure 32. Excavating new trench. The dirt obtained is used to cover filled section.*

bottom of trench to top of section with 1 foot of dirt. Provide a 2-foot seal cover on the last section of each trench. Seal coverings provide a firebreak and prevent the escape of odors.

*g.* COMPACTING COVERING. Compact the covering on top of the filled section by running the tractor back and forth or tamping the covering with dragline bucket filled with dirt. (See fig. 33.)



*Figure 33. Dragline bucket compacting covered section.*

*h.* SUCCEEDING OPERATIONS. For succeeding operations, fill the section of trench next to the filled section. Follow the same procedure of receiving, compacting, and covering refuse, and continue to build up the top layer of refuse and extend the ramp. Level and grade filled and covered sections 2 or 3 days before the first trench is finished. Start filling the second trench at the end of the site used for the first

day's operation. Extend the ramp over the second trench if a deep fill is planned.

*i.* ELIMINATING EXTRA TRACTOR TRAVEL. When bull-clam shovels are used for sanitary fill operations, avoid hauling dirt long distances to cover the compacted refuse. Use the shovel to excavate dirt from the new trench and carry it to the top of the completed fill. To do this, the tractor generally travels to one end of the trench and runs on top of the fill to the section being covered. Trenches over 100 feet long involve long hauls unless a short-cut road is constructed. The short cut road crosses the new trench near the center of the site. (See fig. 14.) Construct two or more short cut roads for extermely long trenches.

## 23. Fill Surface

While the fill is being increased in depth, extend the ramp over the filled trenches. When the desired depth is reached, discontinue the ramp and maintain a level surface on the completed fill. Grade the earth surface of the fill as each trench is completed, to provide for truck travel.

*a.* STABILIZING SURFACE. Stabilize the fill surface to provide for year-round truck travel. Figure 34 shows the stabilized portion of a completed fill. Generally, a stabilized area half as long as the trench will provide for wet weather operation. (See fig. 14.) Stabilize the surface with the same materials used for stabilizing the ramp. (See par. 18*a*(2).)

26

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107216

US_00037075

During the rainy season, unload all refuse in sections of the trench near the stabilized surface. Fill other sections of the trench during dry weather when trucks can travel over the unstabilized area without bogging down.

*b.* SURFACE GRADE. Grade the completed fill to drain rainfall from the surface. A slope of 1 to 100 feet is usually adequate.

## 24. Control of Blowing Paper

It is important to operate a sanitary fill without scattering papers. Devise control methods to meet local requirements.

*a.* UNLOADING WITH WIND. Start fill operations on the windward side of the site and unload trucks to windward of the trench, so the wind blows papers into the trench instead of scattering them.

*b.* PORTABLE FENCES. Use portable fences to keep papers from littering the site. (See fig. 34.) If the wind blows papers past the trench, set the portable fences on the lower side of the fill.

*c.* WETTING REFUSE. Route trucks to a hydrant near the fill site and wet the refuse before delivering it to the fill.

*d.* RAPID UNLOADING. Use dump trucks or trucks equipped with a false endgate or other devices for rapid unloading. Unloading trucks by hand is slow and permits paper to scatter.

## 25. High Water Table Operation

Sanitary fills may be operated in areas where the ground water table is near the surface. (See fig. 20.)

*a.* BULL-CLAM SHOVEL OPERATION. Tractors with bull-clam shovels are suitable for fill operations in areas where the water table is 3 feet below the ground surface. In sandy soil, bull-clam shovels can be used when the ground water table is only 2 feet below the surface.

*b.* DRAGLINE OPERATION. On sites where the water table is near the surface, dragline operation is not affected if the soil can support the weight of the dragline. If necessary, use mats for the dragline or construct an earth roadway. (See fig. 35.) The extra dirt required for the roadway is obtained by excavating deeper trenches.

*c.* WATER IN TRENCHES. Keep water in one section from draining into other sections by making an earth dam across the trench. Figure 20 shows a dam formed in the trench during excavation. This practice is possible only when the sanitary fill is operated with a dragline. At fills operated with a bull-clam shovel, construct a dam before filling each section.

## 26. Cold-Weather Operation

Do not operate sanitary fills in extremely cold areas where the ground freezes deeper than 2



*Figure 34. Portable fences protect against blowing paper. Note stabilized portion of completed fill.*

**27**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107217

US_00037076



*Figure 35. Roadway built into swamp to permit use of dragline for operating fill.*

feet. In cold areas where the frost line is less than 2 feet below the surface, use draglines rather than bull-clam shovels or scrapers. A dragline breaks the crust of frozen ground, but a bull-clam or scraper skids over the surface. To facilitate dragline operation in cold areas, prevent the ground from freezing.

*a.* PROTECTIVE COVER. Before the freeze, place a covering of manure, salted hay, or straw over the surface of the area needed during cold weather. Leave a 2-foot firebreak in the protective cover every 40 feet. Determine the necessary thickness of protective cover to meet local conditions.

*b.* STOCKPILING COVER. Before the freeze, excavate as many trenches as will be used during the frost period. Stockpile the dirt near the fill and protect the stockpile from freezing. Use the dirt from the stockpile to cover filled sections of the trench.

## 27. Completing Fill

Completed sanitary fills have a gradual slope from the original ground level to the top of the completed fill. Protect the slopes and completed areas against erosion.

*a.* COMPLETING SITE. Excavate the last trench 3 feet deeper than the other trenches. Stockpile the dirt on the surface of the completed fill or other convenient place. As sections of the last trench are filled, use the extra dirt to cover the refuse. Provide a gradual slope to the original ground level by grading the top layer of refuse and the cover. (See par. 22.)

*b.* SURPLUS POSTS. When a post is declared surplus, complete all sanitary fills on the post immediately. After discontinuing refuse deliveries, fill the trench and then complete the site. Build an earth ramp from the original ground level to the top of the completed fill.

*c.* GRASSING COMPLETED FILL. Completed portions of a sanitary fill are bare of vegetation, and are generally sources of dust. Plant grass on all completed fills and on those portions of operating fills which are not used for truck travel. The grounds maintenance supervisor directs the grassing.

28

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107218

US_00037077

# SECTION IV
## INCINERATION

### 28. General

Many posts, camps, and stations use incinerators for disposal of garbage and combustible refuse. This section describes important types of incinerators and sets forth procedures for efficient maintenance and operation.

### 29. Safety Measures

*a.* INFLAMMABLE MATERIALS. Never charge explosive or highly inflammable materials into an incinerator. Do not permit delivery of gasoline, oil, asphalt and tar roofing, live ammunition, explosive film, cleaning fluid, or other hazardous materials. Report delivery of such materials promptly to the post commander through regular channels.

*b.* GUARDRAILS. Install guardrails at charging opening on all incinerators designed for top feed. (See fig. 36.) Keep personnel outside rails during charging.

*c.* FACE MASKS. Provide plastic face masks equal to Mine Safety Appliances Company CN41866 and 41875.

*d.* FIRE EXTINGUISHERS. Provide fire extinguishers in all incinerator buildings.

*e.* SAFETY VALVES. Have qualified mechanics remove and check safety valves on hot water tanks at least once a year.

*f.* ELECTRICAL FIXTURES. Do not allow incinerator operators to tamper with electrical fixtures and connections. Employ qualified electricians to service forced-draft motors, switches, wiring, and the like.

*g.* CHIMNEY SCREENS. Be sure that ¾-inch



*Figure 36. Guardrails.*

29

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107219

US_00037078

mesh screens are installed on all incinerator chimneys.

## 30. Charts, Signs, and Records

*a.* CHARTS AND SIGNS. Display the following charts and signs to help familiarize personnel with correct incinerator practices:

(1) *Incinerator operating chart.* Post an incinerator operating chart (fig. 37) where the stoker and charger can see it. Copies are available from the army area engineer or the AAF command headquarters.

(2) *Keep out.* Post a KEEP OUT sign on guardrails where it can be seen by anyone who approaches the furnace.

(3) *Notice to collection crews.* Post the notice to collection crews (fig. 38) in full view of truck drivers and helpers approaching the unloading platform.

(4) *Schedules.* Post a schedule giving the desired frequency for—

(*a*) Cleaning ashpits, fire chambers, combustion chamber, stack base, floors, sumps, and floor drains.

(*b*) Inspecting refractories.

*b.* RECORDS. (1) Keep a log of inspection dates and a description of repairs made.

(2) Record each day the number of cubic yards of refuse delivered to the incinerator.

## 31. Tools

*a.* TOOLS NEEDED. (1) The following metal tools are needed in an incinerator plant with rated capacity of 3 tons or more:

One pipe-handle slice-bar, 10 feet long, with 3-inch chisel edge.

One 6-inch, two-pronged stoking rake, 10 feet long.

One ash hoe, 10 feet long, with 6- by 12-inch blade.

One long-handled shovel.

Two six-tine manure forks.

(2) Auxiliary equipment also needed includes two or more wooden trash pushers, a stiff broom, cleaning supplies, and the like.

*b.* CORRECT USE OF TOOLS. (1) Keep stoking tools on stoking floor. Do not take tools to charging floor of top-feed incinerators.

(2) When cleaning or stoking the furnace, do not use door jambs as fulcrums for tools.

(3) Do not remove tools from building.

*c.* UNLOADING EQUIPMENT. (1) When needed, provide a two-handled hand-power winch with cable to pull false endgates from refuse trucks. (See par 14*b*.)

(2) If incinerator lay-out permits trucks to drive onto the platform or into the building, provide a snubber instead of a winch. Operate the false endgate by attaching it to the snubber and driving the truck forward.

## 32. Labor Schedules

*a.* GENERAL. (1) Trained personnel are essential for efficient operation. If experienced men are not available, operators must be trained and supervised by refuse disposal engineers.

(2) The chief operator supervises unloading and handling of refuse at the unloading platform in addition to his incinerator duties.

(3) Any personnel available under post regulations is suitable for necessary common labor.

*b.* ONE-SHIFT OPERATION. Many incinerators have ample capacity to burn all suitable post refuse within an 8-hour working day. At many posts, one operator can do all the work, including cleaning the incinerator in the morning before firing and cleaning the building and trimming the fire before closing. At posts with heavier loads where two or more operators are required, one operator reports an hour earlier to clean the furnace before the first refuse delivery.

*c.* STAGGERED HOURS SYSTEM. (1) Some posts have more incinerator refuse than can be burned in an 8-hour working day. At such posts, set up a staggered working schedule, with each man working 8 hours but starting at different times. Plan the schedule so an adequate crew is on hand early and late in the day, and a full crew is available during peak delivery hours. With this system, the incinerator can be fed at full hourly capacity for a longer time than a straight 8-hour shift allows. The first man on duty cleans the incinerator before firing, and the last man on duty trims the fire and cleans the building before leaving.

(2) A staggered hours system often eliminates the need for two full shifts. Two shifts are justifiable only if the staggered system proves inadequate after thorough testing.

(3) The following is a typical staggered schedule for a 10-ton incinerator plant:

30

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107220

US_00037079

REPRODUCED AT THE NATIONAL ARCHIVES



*Figure 87. Incinerator operating chart.*

*First man—0700 to 1530:* cleans furnace and builds fire from 0700 to 0800, then supervises unloading and charges material.

*Second man—0900 to 1730:* stokes fire and controls rate of charging.

*Third man—1000 to 1830:* alternates with first and second man until 1730, then charges and stokes remaining material, trims the fire, and cleans building and platform.
This schedule allows 2 hours for morning and evening cleaning and 9½ hours for incineration at full hourly burning capacity.

*d.* DELIVERIES. Scheduling deliveries evenly throughout the day smooths disposal operation; the platform is not congested and the incinerator is neither overloaded nor left idle. Plan labor shifts to fit in with collection and delivery schedules.

## 33. Incinerator Capacities

*a.* BURNING CAPACITY. For construction specification purposes, incinerator plants are usually rated by tons of capacity in 8 or 24 hours. However, in supervising operation and organizing deliveries, it is essential to understand that the true burning capacity of any incinerator is its ability to receive and burn trash in 1 hour within proper temperature limits.

*b.* DESIGN FACTORS. The hourly capacity of any incinerator is controlled by the following design factors:

(1) Grate and hearth areas.

(2) Firing chamber volume.

(3) Combustion chamber volume.

(4) Ashpit volume.

(5) Size of opening in bridge wall, target wall, and flue connection.

(6) Chimney height and area.

*c.* OTHER FACTORS. Each pound of burning waste releases a specific number of heat units (BTU, or British thermal units) and requires a specific number of pounds of air for combustion. Air expands to about four times its original volume under furnace temperatures. Free passage of excess air is essential to control temperatures and protect the installation.

*d.* IMPROPER CHARGING. Charging material beyond true hourly capacity increases heat and air requirements beyond the capabilities of the unit. A plant with a capacity of 16 tons in 8 hours is badly operated if 3 tons, 1 ton, and 3 tons are burned in successive hours, even though the material burned in 8 hours totals 16 tons.

---

**NOTICE
COLLECTION CREWS**

1. Do not unload and charge refuse into incinerator without supervision of chief operator.

2. Do not unload GASOLINE, OIL, CLEANING FLUIDS, and EXPLOSIVES from trucks at the incinerator.

3. CANS, BOTTLES, WATERY GARBAGE, SALVABLE PAPER, CARTONS, BOXES, and the like will not be accepted for incineration.

4. Do not dump surgical waste on the floor. The chief operator must put it into the incinerator immediately.

5. Do not unload refuse after incinerator operator is gone.

6. Trucks must leave promptly after unloading.

7. Do not remove unloading tools belonging at incinerator building.

*Figure 38. Notice, collection crews.*

32

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107222

US_00037081

*e.* RESULTS OF IMPROPER OPERATION. Improper operation at excessive temperatures causes rapid deterioration of furnace refractories and chimneys, cracks in chimneys, chimney flames, and backflashes.

*f.* HOURLY CAPACITY. For operating purposes, gauge the burning capacity of an incinerator on an *hourly* basis. Approved hourly burning capacity of each type and size of post incinerator is specified in later paragraphs.

## 34. Incinerator Temperatures

*a.* TEMPERATURE RANGE. When an incinerator is in full operation, temperatures in its combustion chamber range from 1,400° F. to a maximum of 2,000° F. Efficient operators avoid higher temperatures and rapid fluctuations of temperature. Good operation results in burning more refuse each day with less labor and fewer repairs. (See fig. 39.)

*b.* PYROMETERS. A pyrometer is an instrument for measuring temperatures. It may be portable or installed in the incinerator. Some installed pyrometers include warning lights for low and high temperatures. Recording pyrometers are also available.

(1) *Portable pyrometers.* Portable pyrom-



*Figure 39. Graphs of incinerator temperatures. Readings taken with a pyrometer.*

33

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107223

US_00037082

eters are available at most Army area headquarters or on surplus lists. Use one for 1 week every 3 months, and more often if operating personnel or operating conditions change. It is an important training aid. During the testing period, record readings every hour. Check readings against correct temperature range.

(2) *Installed pyrometers.* Installation of a permanent pyrometer (fig. 40) is recommended for incinerators burning a continuously heavy load.

## 35. Materials Unsuitable for Incineration

Some materials are unsuitable for incineration because they may damage the incinerator. The incinerator foreman notifies the truck driver and the collection supervisor of all loads containing such material. Unsuitable materials include—

a. HAZARDOUS REFUSE. Reject all hazardous refuse of the types described in paragraph 29a. Fine dust, flour, and powdered sawdust are also potentially hazardous, since they may cause an explosion if fed into a very hot fire in



*Figure 40. Pyrometer permanently installed.*

34

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107224

US_00037083

large quantities; charge them *carefully in small quantities.*

b. INCOMBUSTIBLES. Metal, glass, ashes, and the like do not burn. They form a slag, foul the grates, increase stoking requirements, reduce burning capacity, and finally require removal from the furnace. Small quantities of tin cans and wire bindings are not harmful,





*Figure 41.  Barrel-arch incinerator.  Note correct charging level*

**35**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107225

US_00037084

and incinerator operation should not be delayed to sort them out.

*c.* WATERY REFUSE. Watery refuse slows combustion and may damage hot refractories or castings. Reject refuse containing excessive amounts of water.

*d.* CONSTRUCTION LUMBER AND HEAVY CRATING. Burning lumber releases more than four times as much heat per cubic foot as trash. An industrial destructor (par. 42) is the only type of incinerator used at Army posts which can withstand such heat. Reject lumber for burning at other types of incinerators.

## 36. Placing Incinerators in Service

Before starting regular operation with new incinerators or incinerators which have been out of service for a time, dry the units by heating them gradually for 2 or 3 days. This procedure prevents cracking of the brickwork. In cold or damp weather, it is sometimes necessary to build a small rubbish fire in the chimney base to start a draft.

*a.* NEW INCINERATORS. With new incinerators—

(1) Start a small coal fire over one-third of the grate area, and increase it gradually over a 3-day period until the full grate area is covered.

(2) Close the damper enough to make the furnace interior smoky, but not enough to force smoke through door openings.

(3) Keep ashpit doors open and combustion chamber doors closed.

*b.* OUT-OF-SERVICE INCINERATORS. If the incinerator has been out of service for some time, start a small coal or cordwood fire and increase it gradually over a 2-day period. Regulate damper and doors in the same way as for new incinerators.

## 37. Incinerator Identification

Most earlier incinerators at Army installations were built from War Department designs which included, among other features, barrel (semicircular) roof arches. They became popularly known as "US Standard" incinerators. Some incinerator companies also called their products "standard." War Department engineers have developed new and improved designs which are equally "standard." Confusion in identification has resulted. To avoid further confusion,

**36**

this manual does not describe any incinerator as standard; instead, incinerators are identified as—

Barrel-arch incinerator (instead of US Standard).
Charging-hood incinerator.
G type incinerator.
Step-grate incinerator.
Industrial destructor.
1,200-man incinerator.
Trash incinerator.

## 38. Barrel-arch Incinerator

The barrel-arch incinerator (fig. 41) is installed at most Army posts where incineration is used for refuse disposal. The name is taken from the semicircular roof arch.

*a.* SIZE. This incinerator is built in four sizes in accordance with OCE drawings 414:43-221 through 414:43-338 (available at OCE and at army area engineer offices).

(1) *Rated capacities.* For construction purposes, barrel-arch incinerators are rated according to 8-hour burning capacity as 1-, 3- 5-, and 10-ton incinerators. These ratings allow a liberal margin of safety for disposal of wet garbage. Most garbage is now removed from the post as hog feed, and refuse left for incineration is approximately 80 percent dry trash by weight and 20 percent wet garbage. Barrel-arch incinerators can be safely charged with such refuse at the following hourly rates:

| Size of incinerator (tons) | Hourly burning rate (pounds) |
|---|---|
| 1 | 500 |
| 3 | 1,100 |
| 5 | 1,750 |
| 10 | 3,500 |

On posts where hog-food garbage as well as trash and other garbage must be incinerated, practicable operating capacities are—

| Size of incinerator (tons) | Hourly burning rate (pounds) |
|---|---|
| 1 | 400 |
| 3 | 800 |
| 5 | 1,400 |
| 10 | 3,000 |

(2) *Daily capacity.* Incinerator refuse other than hog-food garbage averages less than 1½

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107226

pounds a day for each man, except at depot type posts. The amount depends on thoroughness of salvage procedure. If paper, cartons, and the like are salvaged, the daily average is less. Based on the 1½-pound average, the four sizes of barrel-arch incinerators can serve populations as follows:

| Size (tons) | Daily capacity (pounds) | Population |
|---|---|---|
| 1 | 3,750 | 2,500 |
| 3 | 8,250 | 5,500 |
| 5 | 14,000 | 9,000 |
| 10 | 28,000 | 18,000 |

To obtain maximum results within proper furnace temperatures, do not charge incombustible materials. Charge a minimum of watery refuse, and keep the hourly charging rate uniform. With 5- and 10-ton units, set up a staggered hours labor system.

(3) *Increased capacity.* To increase the burning capacity of 1-, 3-, and 5-ton incinerators, install larger chimneys and make minor design changes. (See *e*(8) below.)

*b.* OPERATION. (1) *Fire control.* The incinerator fire can be controlled in four ways: by furnace doors, by damper, by forced draft, and by rate of feeding refuse.

(*a*) *Doors.* Keep combustion chamber doors tightly closed. Keep stoking and fire doors closed except during stoking. Keep charging-chute covers closed except during charging. Be sure charging chutes are closed before opening stoking or fire doors.

(*b*) *Damper.* Adjust damper to meet burning requirements. Keep it open enough to allow free burning without back-puffing, but not so wide open that a runaway fire results. close the damper part way if refuse is wet.

(*c*) *Forced draft.* Use forced draft only for extremely wet refuse; keep all doors and chutes closed while using forced draft.

(*d*) *Feeding rate.* Feed refuse into the incinerator in accordance with hourly burning rates recommended in *a*(1) above.

(2) *Starting incinerator.* (*a*) After the morning cleaning, build a fire with broken boxes or other wood scrap, *not with coal.* Do not use the forced draft blower.

*Caution:* Never use kerosene, gasoline, or other highly inflammable material to kindle the fire.

(*b*) Open ashpit doors, and close all other incinerator doors and chutes.

(*c*) As soon as the chimney starts pulling, lower the damper part way.

(*d*) Increase temperature gradually by adding trash, and raise damper a little at a time to keep the fire burning without back puffing.

(*e*) Heat the furnace for at least ½ hour before feeding refuse.

(3) *Charging.* The stoker guides the timing and quantity of chargings, and the charger feeds refuse into the charging chute.

(*a*) *Quantity of charge.* Each cubic foot of mixed combustible trash and garbage not suitable for hog feed weighs an average of 10 pounds. A cubic foot of trash alone weighs an average of 8 pounds; unsalvable garbage is normally 20 percent by weight of the total refuse.

(*b*) *Procedure.*
1. Break up boxes, cartons, and baskets, and charge only refuse that will fall through the chute.
2. Move batches of refuse forward, open the chute cover, push refuse into chute, and close cover as soon as possible. Do not push refuse in a little at a time.
3. Keep firebox only half full.
4. Keep passage to combustion chamber free from obstruction.
5. Fill sloped area no higher than top of bridge wall.
6. Do not allow more than 8 inches of leveled wet refuse on the hearth at one time. (See fig. 41.) An overcharge of wet refuse slows combustion and makes stoking difficult.
7. At incinerators with two chutes, use the rear chute for most of the wet refuse. Charge dry and bulky refuse into the front chute. Charge wet refuse through the front chute only if the fire is very hot and brisk.
8. Surgical waste is delivered in closed receptacles. Have the fire very hot, and empty the receptacles into the charging chute without handling their contents.

*Caution:* Keep outside the guardrails. Keep

**37**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107227

US_00037086

refuse piles at least 3 feet from chutes to prevent fires.

(4) *Stoking-floor operations.* The stoking operator guides the quantity and timing of charging, spreads and stokes the refuse on the grates, and controls air supply.

*Caution:* Do not stand directly in front while opening fire door or stoking door. Cold air may explode bottles near the opening and cause injury to the stoker.

(a) *Spreading refuse.* Pry up and down with slice bar, and use stoking rake to distribute material. Do not use door jambs as fulcrums for stoking tools.

*1. One-chute incinerators.* Since the charging chute of one-chute units is near the bridge wall, refuse tends to pile up on the sloping hearth. Move refuse frequently toward the flat grate area to use full burning capacity and to avoid blocking the air passage under the chute. (See fig. 42.) This prevents flames from escaping through the chute.

*2. Two-chute incinerators.* After charging two-chute units, close chute doors and spread refuse which has piled directly under the chutes.

(b) *Air control.* Loosen rubbish with a slice bar regularly to permit air circulation through grates and refuse. When burning is heavy, especially in the afternoon when ash has accumulated, open the fire door 3 or 4 inches. Keep ashpit doors open.

(c) *Stoking wet material.* Hog-food garbage, produced at the rate of at least 1 pound a day for each man, has a moisture content as high as 80 percent by weight. This water must be evaporated before solids can burn. Since accumulated dry trash does not provide enough fuel to burn wet material, either gas, cordwood, or coal must be supplied to help combustion. Fire the cordwood or coal on the flat grate area. Prevent odors by keeping furnace temperature above 1,100° F. when garbage is being burned. Stoke all wet material frequently and thoroughly to expose new surfaces to heat. As it dries and burns, move garbage toward the flat grates.

(d) *Trimming fire.* Toward the close of the day, free the grate bars as much as possible. Loosen unburned refuse and move it to the

**38**

flat grate area. Close the ashpit door under the sloping grate, but leave the main ashpit door open.

*c.* CLEANING. Regular and thorough cleaning of incinerators increases operating efficiency and reduces maintenance costs.

(1) *Morning cleaning.* Every morning before firing, clean the incinerator as follows:

(a) *Firebox.*

*1. Unburned combustible refuse.* Using stoking tools to reach into the firebox, separate combustibles from ashes, clinkers, metal, and the like. Leave combustibles on the sloping grate or hearth for burning.

*2. Incombustible material.* Remove incombustible refuse from the firebox and put it in suitable receptacles.

(b) *Refractory walls.* Brush down refractory walls with a broom to remove ash accumulations. *Do not chip* off tight slag.

(c) *Grates.* Clean slots or holes in the grates, using a spike or punch if necessary. Transfer warped grate-bar sections toward the rear wall, and place unwarped sections toward the front.

(d) *Ashpit.* Remove all ashes from ashpits. See that ashpit louver openings in the forced draft system are not obstructed.

(e) *Combusion chamber.*

*1. Removing ashes.* Remove ashes and any refuse which has dropped over the bridge wall. These materials reduce the volume of the combustion chamber and the area of the opening. Ashes remaining in the chamber eventually become slag, which is difficult to remove.

*2. Adding ash layer.* After cleaning the combustion chamber, place a 1-inch layer of clean, light ash on its floor. This prevents bonding of mixed ash and refuse with the refractories.

(2) *Noon cleaning.* During the noon hour slack period, remove as much incombustible matter as possible from the firebox.

(3) *Evening cleaning.* (a) *Removing trash.* The last operator on duty cleans up all trash from platforms and floors and places it in the incinerator.

(b) *Starting fuel.* Pile a limited amount of scrap wood at a distance from charging open-

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107228

US_00037087



ELEVATION OF FURNACE

SUPPORTED FROM ROOF TRUSS

CABLE

CHARGING THIMBLE

HOT-WATER COIL    STOKING DOOR    WRONG CHARGING    RIGHT CHARGING

DAMPER SLOT

FIREBRICK

COMBUSTION CHAMBER

RUBBISH LEVEL

FIRING DOOR

FIREBRICK HEARTH

HERRINGBONE GRATES

CLEANOUT DOOR    CLEANOUT DOOR    ASH CLEANOUT DOOR    ASH PIT    DRAIN DUCT

*Figure 42. Correct and incorrect methods of charging one-chute incinerators.*

REPRODUCED AT THE NATIONAL ARCHIVES

US_00037088

CEHCX107229

39

ings. Use this scrap to start the next day's fire.

(4) *General daily cleaning.* (a) *Washing floors.* Wash floors daily. Keep water away from hot covers and hot charging chute castings. Never let water run into the incinerator through charging chutes or through openings around the steel frame.

(b) *Removing grease.* Remove grease from floors by applying a solution of hot water and either household lye or trisodium phosphate (1 gallon of water to ¼ pound of compound). Let the solution soak for about 10 minutes, remove it with a stiff fiber bristle or broom stub, flush with clean water, and mop up. Wash off the cleaning solution thoroughly.

*Caution:* Do not spatter cleaning compound on skin or eyes; it may cause injury. When using lye solution, wear rubber gloves and goggles or a plastic face shield.

(c) *Policing grounds.* Remove paper or other trash from ground near buildings and platforms daily and put it in the incinerator.

(5) *Weekly cleaning.* (a) *Chimney.* Every week, remove ashes from the base of the chimney and the flue connection. Otherwise, draft will pull these ashes up the chimney.

(b) *Sumps and floor drains.* Keep sumps and sections of furnace drainage pits clean. Scoop out liquids and remove sediment at the bottom of sumps and pits, using a dipper. Clean floor drains weekly.

*d. Unloading Platforms.* Enlarge and improve inadequate unloading platforms at incinerator buildings as follows:

(1) *Roof and enclosures.* Build a frame roof over the platform and inclose the ends to prevent refuse from becoming rain soaked or being blown about by the wind. (See fig. 43.)

(2) *Extensions.* (a) Platforms which are large enough to provide temporary storage



*Figure 43. Improved loading platforms.*

40

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107230

US_00037089

CEHCX107231



FRAME WALLS WITH ROOF

2'-0"  DRAIN  3"  1'-0"

4'-0"

SECTION A-A

A

DOOR

10'-0"

12'-0"

A

LINE OF EXISTING BUILDING

LINE OF EXISTING PLATFORM

.0  1'  2'  3'  4'  5'  6'  7'  8'  9' 10'

GRAPHIC SCALE

PLAN

*Figure 44. Incinerator loading platform—plan and section.*

41

REPRODUCED AT THE NATIONAL ARCHIVES

US_00037090

for refuse eliminate the need for over-charging the incinerator. Figure 44 suggests a method for extending platforms.

(b) Commercial type refuse collection trucks deliver 15 to 18 cubic yards of refuse each load. This amount represents the full burning capacity of a 10-ton barrel-arch incinerator for $1\frac{1}{4}$ to $1\frac{1}{2}$ hours. When these trucks are used, provide adequate temporary storage space and grade ramps to or above platform height to permit dumping.

e. MAINTENANCE AND REPAIR. Life of an incinerator plant is lengthened and efficiency kept at a high level if inspections and repairs are made regularly.

(1) *Refractory linings.* (a) *Inspection.* Inspect incinerator refractory linings at least once a month for fractures and other faulty conditions. Prompt repairs prevent minor failures from growing into major breakdowns.

(b) *Causes of break-downs.* Causes of refractory break-downs are—

1. High temperatures.
2. Fluctuations in temperature.
3. Wet materials being dropped on hot surfaces.
4. Slagging.
5. Tool abrasion.
6. Spalling.

(c) *Common break-downs.* Deterioration of incinerator refractories usually begins at charging throats and adjacent roof arches, at door arches and jambs, or at the target wall. Insulating refractory linings also drop off the charging hole covers, guillotine doors, and combustion chamber doors, and castings fracture if these linings are not replaced promptly.

(d) *Repair materials.* Best materials for repairs are plastic and castable refractories and high temperature cement. Firebrick and premolded shapes ordinarily are not suitable. Figure 45 shows use of various materials to repair different parts of an incinerator.

(e) *Minor repairs and preventive maintenance.*

1. *Small breaks.* Fill open brick joints and small breaks in refractory walls, arches, or door jambs with high temperature cement. If necessary, thicken the cement with ground firebrick.
2. *Loose sections.* If openings or breaks are too large to be filled as described above, and if arch or jamb bricks have fallen out of place, fill openings with plastic refractories. Enlarge the area by removing loose sections of brick, then cut back 4 inches in depth; plastic filling will not hold if it is less than 4 inches thick. Key the opening and pound the plastic in tightly with a ball-peen hammer. Figure 46 shows a badly deteriorated firebrick wall.
3. *Refractory lined doors.* Charging covers, guillotine doors, and some combustion chamber doors were formerly lined with insulating refractory material. This material crumbles and falls out, and damage to castings results. As soon as the refractory shows signs of crumbling, remove the door from its hinges, pivot, or rigging, and break out all old refractory. Replace it with lightweight castable insulating refractory and coat with high temperature cement. This refractory material weights about 50 pounds a cubic foot.
4. *Counterbalance.* When new lining for a guillotine door is installed, the weight of the counterbalance sometimes must be increased. Readjust the weights after the new lining has dried out.
5. *Air passage.* Cool air should circulate under the concrete charging floor. If openings are not provided, remove two top courses of face brick from all exterior furnace walls or cut openings approximately 8 by 8 inches in front and rear walls opposite the charging chutes.
6. *Labor for minor repairs.* Use of post labor for minor repairs ordinarily prevents delay. However, if post personnel is inexperienced consult a representative of the refractory manufacturer before proceeding with repairs.
7. *Materials on hand.* Keep on hand a drum of high temperature cement and two or more cartons of plastic refractory. Protect these materials

42

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107232

US_00037091



*Figure 45. Details of incinerator repairs.*

43

REPRODUCED AT THE NATIONAL ARCHIVES



REPRODUCED AT THE NATIONAL ARCHIVES

44

PRESENT INSULATION
OR 1" SAIR-SEAL
OR EQUAL

LEAVE CLEARANCE
FOR EXPANSION
& VENTILATION

VENTS (APPROX 4"X 7½")
OPPOSITE FEED CHUTES
TO COOL CASTINGS

SAIR-KAST 20
OR EQUAL

COATING OF HIGH-
TEMPERATURE CEMENT

FLARE OPENINGS
AROUND FEED CHUTES

ANCHORS FOR PLASTIC
SEE ANCHOR DETAIL

PRESENT
INSULATION
OR 2½" BLOCK
INSULATION

2½"

3'-0" R

2'-7½" R

3'-0"

1'-6"

3'-3" R

APPROX LOCATION OF
¼" DIA ROD ANCHORS

CASTABLE
REFRACTORY

1'-0"

1'-0"

1'-0"

COVER ENDS
OF ANCHOR
WITH CARDBOARD

REFRACTORY
ANGLE

REFRACTORY
WALL BOX

TYPICAL ARRANGEMENT
FOR ANCHORS

CUT BRICK FOR
HOLDING CLIP       CLIP

DRILL WALL
FOR ¾" DIA
BOLT

REFRACTORY
ANCHOR

**HALF SECTION A-A**      **HALF SECTION D-D**          **HALF SECTION B-B**       **TYPICAL ARRANGEMENT
FOR ANCHORS**

1'-0"

1'-0"

2'-6"

26'-9"

2'-6"

1'-0"

8'-6" TO ₵ OF STACK

1'-0"

1'-1"

2½"

9"

16"

4½" CASTABLE REFRACTORY

CASTABLE
REFRACTORY

GRATES

3'-0"

1'-6"

₵ OF INCINERATOR

SUPER-PLASTIC REFRACTORY

SUPER-PLASTIC REFRACTORY

**HALF PLAN SECTION C-C**

②

*Figure 45.  Details of incinerator repairs—Continued.*

US_00037093

CEHCX107234



*Figure 46. Badly deteriorated firebrick wall.*

against deterioration in accordance with manufacturer's directions.

(f) *Major repairs.* Break-downs of throats, arches, door jambs, target walls, and the like are major repair jobs. Installation of special refractories requires a skilled specialist; unskilled personnel should not attempt this work.

1. *Extent of damage.* Size of the area to be rebuilt depends on extent of damage, probable future demands on the incinerator, and recommendations of refuse disposal personnel of the army area or the AAF command. Obtain recommendations from plastic refractory manufacturers and distributors as well.

2. *Labor.* Use post labor, if available, but only under continuous supervision of a plastic refractory specialist or a competent representative of the refractory manufacturer or distributor. In some cases it is necessary to award contracts to plastic refractory companies for both labor and material.

(2) *Opening through target wall.* In some incinerators, the opening through the target wall does not meet specifications. For a 5-ton incinerator the minimum opening is 2 feet 6 inches high by 3 feet wide; for a 10-ton incinerator, 3 feet 6 inches high by 3 feet 6 inches wide. Preferred dimensions are 2 feet 9 inches high by 3 feet 9 inches wide for a 5-ton in-

cinerator, and 3 feet 9 inches high by 4 feet 6 inches wide for a 10-ton incinerator. If the incinerator opening is too small, enlarge it to preferred rather than minimum dimensions.

(3) *Flue connection.* Repair the flue connection between furnace and chimney with plastic, or reline it with standard firebrick laid in high-temperature cement, with plastic, or with castable refractories.

(4) *Damper.* Replace burned-out damper slabs with special tile supplied by the incinerator builder.

(5) *Stoking doors.* (a) If stoking doors do not have dials, provide ventilation by drilling about six distributed ⅜-inch holes. Admission of air retards burning out of door baffles and doors.

(b) Install perforated baffle plates on all stoking doors.

(6) *Grates.* Some 10-ton incinerators require more under-fire air than can pass through the pinhole grates in the sloped area. Supply added air by cutting spacers between every third and fourth hole in alternate rows of grates.

(7) *Cables and riggings.* Oil and grease cables and riggings of guillotine doors and dampers every month.

(8) *Chimneys.* (a) *Inspection.* Inspect chimney linings at least every 3 months. Check exterior shells carefully. Cracks in exterior shells may be caused by settlement of the foundation; in such cases consult a construction engineer before attempting repairs. Inspect the flue connection.

(b) *Circular stacks.* Have radial brick columns repaired by a chimney specialist.

(c) *Square chimneys.* Point up exterior cracks in a square chimney with cement mortar. Extensive fractures in the chimney may require banding. If the chimney has an air space between firebrick and common brick, cut ports one brick long and one course high through the common brick at the base of each face to permit entry of outside air. (See fig. 47.) Make sure there is an opening of at least 1½ inches between the top firebrick course and the bottom of the chimney cap. This opening permits movement of a cooling air column. Repair refractory with plastic refractory or standard firebrick.

(d) *Improvements.* Before rebuilding a

**45**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107235

US_00037094

chimney or altering an incinerator to increase capacities, request recommendations regarding changes in dimensions from OCE through regular channels.

(e) *Chimney screen.* Provide screens on all incinerator chimneys, placing the top of the screen not less than 18 inches above the chimney cap. (See fig. 47.) Replace broken or missing wire mesh on the chimney spark arrestor with ¾-inch mesh screen wire.



*Figure 47. Air-vented chimney with screen which can be cleaned from ground.*

**46**

(9) *Blower fan and motor.* Oil and grease the blower fan regularly. Have a qualified electrician service the motor and clean windings frequently.

(10) *Plumbing.* Inspect piping and plumbing fixtures regularly. Have fixtures serviced by a qualified plumber.

(11) *Painting.* Repaint exposed metal periodically to prevent corrosion and deterioration.

### 39. Charging-Hood Incinerator

Drawings of charging-hood incinerators are available at OCE and at Army area engineer offices; OCE drawings 414:43–368 through 372 and 414:43–375 through 379 show charging-hood incinerators with burning ratings of 1,250 and 2,500 pounds an hour, respectively. These incinerators can safely burn 1,500 and 3,000 pounds an hour, respectively, since they have a 20 percent margin of safety. However, those maximum capacities should be reserved for peak delivery hours and for emergencies.

*a.* DESIGN FEATURES. Older models have been improved by better proportions and dimensions of firing chamber, combustion chamber, and chimney. Unloading space has been increased to accommodate larger quantities of refuse. Other new features are guillotine doors in the charging hood and a segmental arch roof over the furnace. (See fig. 48.)

*b.* GUARDRAILS. Provide guardrails at charging chutes as shown in figure 49.

*c.* OPERATION. (1) Raise the guillotine door as little as possible when charging the incinerator, and close the door immediately after charging.

(2) Charge all crating, boxes, and other wood refuse carefully. Do not throw refuse against the rear wall.

(3) If charging-hood incinerator has two guillotine doors, use the rear door for charging wet material.

(4) Follow instructions for charging, stoking, cleaning, and repair of barrel-arch incinerator (par. 38) when operating charging-hood incinerator.

*d.* IMPROVED COMBUSTION. Charging-hood incinerators can burn refuse which is approximately 80 percent dry and 20 percent wet, by weight. Remove the two firebrick courses

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107236

US_00037095



Figure 48. Charging-hood incinerator with rated capacity of 2,500 pounds an hour.

Labels in figure: CLEANOUT DOOR OPP SIDE, HOT-WATER COIL, CLEANOUT DOORS, STOKE DOOR, STOKE DOOR, GUILLOTINE FIRING DOOR, GUARDRAIL, CHARGING FLOOR, FIRING FLOOR

REPRODUCED AT THE NATIONAL ARCHIVES

US_00037096

CEHCX107237



*Figure 49. Guardrails at charging-hood incinerators.*

from the bridge wall to obtain more rapid combustion if refuse has a higher moisture content.

## 40. G Type Incinerator

The G or garbage type incinerator (fig. 50) is designed to burn very wet refuse, approximately 65 percent wet to 35 percent dry, by weight. The basic feature is three-way travel of flames and hot gases over and under slotted refractory hearths, which dries and burns garbage and also consumes malodorous gases. Coal or other commercial fuel is needed for burning wet garbage.

*a.* CAPACITY. The G type incinerator has a burning capacity ranging from 3 to 6½ tons in 8 hours, or hourly burning ratings from 750 pounds to 1,600 pounds. The limited height above the top hearth, restricted passages, and small combustion chamber, prevent any increase in burning rate.

*b.* OPERATION. (1) Charge wet garbage through the chute onto the hearths, where it dries and burns.

(2) When charging dry refuse, do not block the charging chute. Move loose refuse onto the grates.

(3) Stoke the fire so ashes and unburned garbage drop through the slots to the lower passages. Stoking to move refuse horizontally is a secondary operation. Be careful not to break the refractory hearth blocks.

*c.* CLEANING. For cleaning procedure, see paragraph 38c.

*d.* MAINTENANCE AND REPAIR. (1) *General.* For general information on maintenance and repair procedures, see paragraph 38e.

48

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107238

US_00037097

(2) *Hearth rings.* Repair hearth rings with plastic, but replace hearth rings with precast blocks and castable refractories.

(3) *Redesign of interior.* If major repairs are needed for this type of incinerator at posts where normal refuse is burned, consider the advisability of redesigning the incinerator interior.

## 41. Step-Grate Incinerator

A few posts have incinerators bearing the trade name *Step-grate Incinerator.* (See fig. 51.) The name is based on the tuyere type cast grates which are set at an angle of approximate 45°. Many of these incinerators are adapted to burning normal post refuse; they will also burn garbage if gas or oil is used as supplementary fuel. Because of their design, draft loss is high; and since the chimneys are usually low, these incinerators are primarily forced draft plants.

*a.* CAPACITY. These units have capacities of 3, 5, or 10 tons in 8 hours, or 750, 1,250, or 2,500 pounds an hour. Keep operation within limits of the hourly charging rating.

*b.* OPERATION. Shut the blower off when material is charged or stoked. Keep operating doors closed when the forced draft blower is running, to prevent smoke, flame, ash, or refuse from escaping.

*c.* CLEANING. For cleaning procedure, see paragraph 38c.

*d.* MAINTENANCE AND REPAIRS. For maintenance and repair instructions, see paragraph 38e.

## 42. Industrial Destructor

Industrial destructors (figs. 52 and 53) have been erected at some depots and arsenals to incinerate lumber scrap and trash containing little or no wet material.

*a.* DESIGN AND CAPACITY. The burning area of destructors is made up of cast iron grates. There is no burning hearth. The volume of the combustion chamber almost equals that of the firing chamber. Guillotine charging doors are



*Figure 50. G type incinerator.*

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107239

US_00037098



REMOVABLE HOT-WATER COIL

COMBUSTION CHAMBER

GUILLOTINE TYPE FIRING DOOR

COUNTERWEIGHT AND GUIDE FOR DOOR

1'-9⅜"

3'-0"

3'-6"

1'-9⅜"

DOOR OPENING

COUNTERWEIGHT AND GUIDE FOR DOOR

DRAIN PLATE WITH DRAIN BELOW

SORTING PAN

GUILLOTINE TYPE CHARGING DOOR

BLOWER UNIT WITH MOTOR

CLEANOUT DOOR IN BREECHING

CLEANOUT DOOR

2'-0½"

BREECHING, FIREBRICK LINED

FIREBRICK LINING

1" AIR SPACE

PLAN



FLAME PORT TO COMBUSTION CHAMBER

CHARGING DOOR

SORTING PAN

FUME COLLECTOR

INCLINED TUYERE PLATES

FIRING DOOR

HORIZONTAL TUYERE PLATES

AIR CONTROL VALVE

AIR CHAMBER

RAMP GRADE

APPROX. PRESENT GRADE

DUCT TO BREECHING

11'-3½"

2'-0"

LONGITUDINAL CROSS SECTION

*Figure 51. Step-grate incinerator.*

50

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107240

US_00037099

CEHCX107241



*Figure 52. Industrial destructor.*

51

REPRODUCED AT THE NATIONAL ARCHIVES

US_00037100

located in the side or end wall of the incinerator. The hourly burning capacity of most destructors is 1,000, 1,500, or 2,000 pounds, but some special plants are larger.



*Figure 53. View through guillotine charging door of industrial destructor.*

*b.* OPERATION. (1) *Operator.* Have a trained operator on regular assignment.

(2) *Firing.* After the morning cleaning of the interior, start a small wood fire. Add refuse gradually.

(3) *Charging.* (*a*) Charge within the hourly burning rate of the destructor.

(*b*) Do not throw crates, boxes, or other lumber against refractory walls.

(*c*) Keep the guillotine door closed except during charging.

(*d*) Keep the combusion chamber door closed.

(*e*) Keep ashpit doors open.

(*f*) Adjust the damper to control temperature, fly ash, and rate of combustion. During operation, raise the damper enough to release gases to the chimney, but not enough to cause a runaway fire.

(*g*) Spread burning material in the firebox, loosening it from grates and removing baling wire and other metal as often as necessary; raise the door as little as possible for this work. Do not use the door jamb as a fulcrum for the stoking bar. During the cold season, adjust the damper enough to keep a wood fire burning overnight.

*c.* CLEANING. Remove all ashes, metal, and other combustibles from grates, firebox, ashpit, combustion chamber, and chimney base at least once a day. Do other cleaning as directed in paragraph 38*c.*

*d.* MAINTENANCE AND REPAIR. For general maintenance and repair instructions, see paragraph 38*e.* If the destructor needs relining, use first quality firebrick laid with thin joints of high temperature cement. The life of refractories is extended by coating them with high temperature cement.

## 43. 1,200-Man Incinerator

The 1,200-man incinerator (figs. 54 and 55) burns about 250 pounds of refuse an hour. It



*Figure 54. 1,200-man incinerator—front view.*

**52**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107242

US_00037101

is used at permanent or semipermanent posts of 1,200 men or less, excluding depots. These incinerators are built in accordance with OCE drawing T 76–6650, 1943.



*Figure 55. 1,200-man incinerator—side view.*

*a.* OPERATION. (1) If local weather conditions make shelter necessary, build an inclosure at operating faces of the unit.

(2) Collection personnel charge the incinerator:

(*a*) For most efficient incineration, keep the firebox not more than half full.

(*b*) Keep ashpit door open and combustion chamber door closed.

(*c*) Keep charging doors closed when they are not in use.

*b.* CLEANING. Clean firebox, ashpit, and set-tlement chamber once a day. Return unburned combustibles to the firebox.

*c.* MAINTENANCE AND REPAIR. For maintenance and repair procedures, see paragraph 38*e*.

## 44. Trash Incinerator

An inexpensive incinerator for burning trash is shown in figure 56. This incinerator has an overhead combustion chamber and burns 125 pounds of trash an hour. Operation, charging, maintenance, and repair procedures are the same as for the 1,200-man incinerator. (See par. 43.)



*Figure 56. Trash incinerator with overhead combustion chamber.*

**53**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107243

US_00037102

# SECTION V
## MISCELLANEOUS DISPOSAL METHODS

### 45. Burning Pits

Army posts such as depots and arsenals accumulate large amounts of discarded crating, scrap lumber, industrial waste, and trash. Since the population at these posts is usually small, garbage is a negligible percentage of the total refuse. The large amount of combustible refuse is therefore the chief consideration in selecting a suitable disposal method. Sanitary fill ordinarily is not practical because of lack of space. Industrial destructors of adequate capacity are frequently too costly. Burning pits best suit the special conditions. Since burning pits involve fire hazards, construction and method of operation must be approved by all agencies responsible for fire protection.

a. MASONRY BURNING PITS. (1) *Design.* Have masonry burning pits designed by a responsible engineer to meet post requirements. The pit may be either round or square; it should be 4 to 8 feet deep, with vertical masonry sidewalls, earth or masonry bottom, and four or five compartments separated by masonry walls. Build a 12- to 18-inch masonry wall around the edge of the pit to keep trucks from backing into it.

(2) *Operation.* (a) Unload material into one compartment at a time. If material is received while one compartment is burning, unload it into another compartment. Never back a truck to a burning compartment.

(b) Fire the material in the late afternoon and also at noon if necessary.

(c) Clean out the pit weekly.

(d) Remove ashes, metal, and other incombustibles, and place them in a regulated dump. (See par. 47.)

(e) Remove unburned garbage and deposit it on top of the next fire to complete burning.

b. EARTHEN BURNING PITS. (1) *Design.* The design of earthen burning pits depends on the terrain and the quantity of refuse to be burned. Construction of a revetment with two horseshoe-shaped cells is suggested; this permits using each cell alternately for dumping and burning.

(2) *Operation.* Do not dump loose garbage. Place garbage in cartons or boxes, and toss these containers on a brisk fire. Put unburned garbage back on the fire to complete burning. If area of the pit is ample, level off ashes periodically with a bulldozer or scraper, covering such incombustibles as metal containers and wire. If area of the pit is limited, remove ashes and incombustibles and place them in a regulated dump.

### 46. Burn-and-Cover Disposal Method

It is impractical to use regular waste disposal facilities at small posts or temporary installations. Temporary incinerators such as those described in FM 21–10 are sometimes used. Other posts use the burn-and-cover method.

a. PROCEDURE. Dig a trench about 2 feet deep, 2 feet or more wide, and 15 feet long. Pile the excavated earth in a windrow opposite the dumping side. Dump garbage and other refuse into the trench, and burn the ac-



*Figure 57. Two-celled earth revetment*

54

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107244

US_00037103

cumulation daily. At least once a week, consolidate unburned material at one end of the trench to a height of about 6 inches below the original grade. Backfill with excavated earth, forming a mound. (See fig. 58.)

*b.* LOCATION. A desirable location for this type of fill is at the foot of a knoll. Build the mound so it becomes an extension of the hill. Since open burning involves certain fire hazards, have the site approved by the local fire prevention agency.

### 47. Regulated Dump

*a.* USE. Use regulated dumps to dispose of incombustible refuse, debris, and other materials not suited for disposal with ordinary combustible refuse. Do not use them for the disposal of combustible refuse or garbage.

*b.* DESIGN. Design regulated dumps to receive 4 feet of material, unless greater depth is necessary to raise the surface above ground water level. Limit the size of the dump as much as practicable.

*c.* OPERATION. Drive trucks over completed portion of the dump and unload at the edge of the slope. Separate the incombustible debris from combustible material to facilitate burn-

ing. At least once a month, compact all loose material and cover it with 12 inches of ashes, street sweepings, or earth. Level the surface to provide for truck travel.

### 48. Garbage Grinders

Garbage grinders are used at some island posts and in harbor defense areas. In most cases, neither the War Department nor the local civil government prohibits disposal of ground-up garbage in the ocean or bay. Indiscriminate dumping of refuse into water is objectionable, however; therefore, build an inexpensive incinerator for combustible trash, and bury incombustible trash on post grounds, or periodically remove it from the post.

*a.* WATER SUPPLY. During operation, water enters through spray piping and flushes garbage through the outfall sewer or through a direct pipe line into the ocean or bay. Considerable water is required for flushing garbage out of the grinder, and a continuous water supply must be provided in accordance with manufacturer's specifications.

*b.* OPERATION. Separate garbage from metal, glass, and trash. Feed garbage into the grinder within limits of the hourly capacity



MOUND OF COVER EARTH

SPOIL BANK

REFUSE AFTER BURNING AND COMPACTING IS BELOW GRADE

EXCAVATED TRENCH 15' LONG 3' WIDE 2' DEEP

*Figure 58. Burn-and-cover disposal.*

55

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107245

US_00037104



*Figure 59. Charging floor of garbage grinder.*



*Figure 60. Machine floor of garbage grinder.*

56

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107246

US_00037105

recommended by the manufacturer. Wet garbage weighs about 50 pounds a cubic foot. Do not overfeed the grinder; this will cause clogging. Flush out ground garbage.

*c.* CLEANING. Clean grinder parts thoroughly and regularly, as instructed by manufacturer. Wash floors of grinder building daily, using hot water, soap, and scrub brush. Remove grease from floors by applying a solution of hot water and household lye or trisodium phosphate. (See par. 38*c* (4) (*b*).)

*d.* TRASH. For operation of trash incinerators, see paragraph 44.

*e.* INCOMBUSTIBLES. Flatten and bury tin cans, ashes, and other incombustibles if space is available. If burial space is not available, store incombustibles in tightly covered 32-gallon GI cans for periodic removal from post.

**57**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107247

US_00037106

# SECTION VI
## RECEPTACLE STANDS AND CAN WASHING

### 49. Receptacle Stands

Suitable stands for garbage, refuse, and salvage receptacles are essential for efficient and economical collection and disposal.

*a.* LOCATION. Locate receptacle stands at established pick-up stations. (See par. 7.)

*b.* SIZE. Build stands large enough to accommodate receptacles required to meet post segregation regulations. (See par. 8.) If stands are not attached to buildings, build them no higher than 2 feet. If they are attached to loading platforms at mess halls, service clubs, and warehouses, make them the same height as the platforms. Build stands at barracks and similar buildings with top surfaces approximately 4 inches above the ground.

*c.* DESIGN. Monolithic concrete stands are desirable because this construction can be kept



*Figure 61. Spray cabinet.*

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107248

US_00037107

clean easily and seldom requires repair.

(1) Do not use wooden stands at mess halls or other locations where food is dispensed.

(2) Use stands made of wood pads, or concrete, at buildings where there is no garbage. Separate stands are not required on paved areas.

(3) Install concrete aprons with drains at all garbage and grease stands to prevent contamination of unpaved earth.

(4) Do not inclose stands; keep receptacles in the open.

## 50. Can Washing

Wash garbage cans daily. Wash all other cans as often as necessary for sanitation.

*a.* CENTRAL STATION. Central can-washing stations must be designed especially to meet requirements of individual posts. However, all central stations should have concrete foundations and floors, and should include a boiler capable of supplying enough hot water and steam, a soaking tank, spray equipment (fig. 61), a grease trap, sewer drainage, and a superstructure for weather protection.

*b.* INCINERATOR STATION. Most incinerators are provided with water-heating and can-washing facilities, but often these are not adequate for handling all garbage and grease cans. Such facilities can be increased by the following measures:

(1) Replace spiral hot water coils with straight pipe loops across the combustion chamber. Straight pipe loops should always be installed when new coils are required. A circulating pump also helps to increase the hot water supply.

(2) Install a removable wood slat platform about 2 feet below the tops of deep soaking tanks so cans can be cleaned at a convenient working height. Provide a second platform to raise the working level of the operator. If necessary, remodel the tank by removing the upper portion of the concrete walls.

(3) Install foot pedals or exterior quick-acting hand valves for water supply at the can-washing cabinet.

(4) Install an additional door in the wall of the incinerator building, and extend the platform in front of the door. This permits access to the can-washing portion of the charging floor without interfering with incinerator operation, and provides more working and storage space.

(5) At posts where the incinerator is not in use, the building may be used as a central station for all can washing. Install a hot water boiler, without dismantling the incinerator furnace.

*Note.* Sewer connections, traps, and drains must be available for washing garbage cans at an incinerator plant.

*c.* CONSOLIDATED MESS HALLS. Central can-washing facilities may be provided at large consolidated mess halls. (See fig. 62.) Construct a concrete platform close to grade level and include soaking pit, can-washing cabinet or other spray equipment (figs. 61 and 63), grease trap, sewer drain, and adequate hot water supply. Supply hot water and steam from the mess hall boiler.

*d.* COMPANY MESS HALLS. Garbage or grease cans may also be washed at company



*Figure 62. Storage platform and can-washing pit at consolidated mess.*

**59**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107249

US_00037108

mess halls. Place cans on concrete apron of receptacle stand (fig. 64) and use hot water from the kitchen. (See par. 49c(3).) Remove all food scraps and liquids from the ground.

### 51. Maintenance

a. Spray stands and can-washing facilities with DDT at least once every 3 weeks. (For detailed instructions, see TM 5-632.)

b. Inspect frequently for cleanliness, effective operation, and protection of equipment. Have mechanical equipment, piping, and fittings serviced by competent mechanics.



*Figure 63. A six-nozzle spray pit.*

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107250

US_00037109



Figure 64. Combination receptacle stand and washing apron.

USE CURB WITH PIPE RACK

SLOPE

DRAIN TO SANITARY SEWER

VARIES WITH NUMBER OF RECEPTACLES

OPTIONAL RACK MADE WITH USED PIPE

OPTIONAL MASONRY, CONCRETE, OR BLOCK STAND

10'

2'

6"

TO SANITARY SEWER

61

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107251

US_00037110

# APPENDIX

## REFERENCES

### 1. War Department Field Manuals
FM 21–10, *Military Sanitation.*

### 2. War Department Technical Manuals
TM 5–600, *Guides and Procedures, Repairs and Utilities.*

TM 5–632, *Insect and Rodent Control, Repairs and Utilities.*

### 3. OCE Drawings
414:43–221 through 338.

414:43–368 through 372.

414:43–375 through 379.

T 76–6650, 1943.

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107252

US_00037111

# INDEX

| | Paragraph | Page |
|---|---|---|
| Approach road for sanitary fill | 18c | 18 |
| Ashes: | | |
| Covering for unregulated dump | 4e | 2 |
| Removing | 38c | 38 |
| Segregation | 8l | 6 |
| Bags, textile (salvage) | 3b | 1 |
| Barrel-arch incinerator | 38 | 36 |
| Barrels, empty (salvage) | 3b | 1 |
| Bones | 8e | 6 |
| Boxes (salvage) | 3b | 1 |
| Bucket loaders | 14d(1) | 9 |
| Bull-clam shovels | 20a(1), 20b, 22c(2), 25a, 25c | 18, 19 21, 27 |
| Bulldozers | 20a(2), 20a(3) | 19 |
| Bumper log installation | 22a | 21 |
| Burn-and-cover disposal method | 46 | 54 |
| Burning pit | 3l | 2 |
| Earthen | 45b | 54 |
| Masonry | 45a | 54 |
| Can-washing stations: | | |
| Central | 50a | 59 |
| Company mess hall | 50d | 59 |
| Consolidated mess hall | 50c | 59 |
| Incinerator | 50b | 59 |
| Maintenance | 51 | 60 |
| Cardboard | 8g | 6 |
| Cartons (salvage) | 3b | 1 |
| Charging-hood incinerator | 39 | 46 |
| Charts, incinerator operating | 30a(1) | 30 |
| Chimney screens | 29g | 29 |
| Construction waste (debris) | 3e | 1 |
| Containers for garbage and trash | 5, 7b | 5 |
| Contracts for collection of refuse | 5, 10 | 5, 6 |
| Crating materials (salvage) | 3b | 1 |
| Crockery (trash) | 3d | 1 |
| Debris | 3e | 1 |
| Discarding units | 3o | 2 |
| Dragline | 20a(2), 20a(3), 22c(2), 22d(2), 22g, 25b | 19, 21, 23, 26, 27 |
| Driver-foreman | 13b | 7 |
| Dump: | | |
| Effacement of unregulated: | | |
| Consolidation and compaction of lose refuse | 4c | 2 |
| Covering with ashes | 4e | 2 |

| | Paragraph | Page |
|---|---|---|
| Extermination of rodents | 4a | 2 |
| Reclamation of salvage materials | 4b | 2 |
| Revegetation of area | 4f | 2 |
| Terracing | 4d | 2 |
| Regulated | 3m | 2 |
| Design | 47b | 55 |
| Operation | 47c | 55 |
| Use | 47a | 55 |
| Dump trucks | 14a | 7 |
| Electrical fixtures | 29f | 29 |
| Equipment: | | |
| Refuse collection: | | |
| Containers | 5, 7b | 5 |
| Trucks | 14 | 7 |
| Sanitary fill: | | |
| Bull-clam shovel | 20a(1), 20b, 22c(2), 25a, 25c | 18, 19 21, 27 |
| Bulldozer | 20a(2), 20a(3), | 19 |
| Dragline | 20a(2), 20a(3), 22c(2), 22d(2), 22g, 25c | 19, 21 23, 26 27 |
| Scraper | 20a(2) | 19 |
| Tractor | 20a, 22c(22), 22d(1), 22g | 19, 21 23, 26 |
| Face masks | 29c | 29 |
| Fences, portable | 24b | 27 |
| Fire extinguishers | 29d | 29 |
| Flat-bed trucks | 14b | 7 |
| Floor sweepings (trash) | 3d | 1 |
| Food waste (garbage) | 3c | 1 |
| G type incinerator | 40 | 48 |
| Garbage | 3a, 3c, 8b 10, 12b | 1, 5 6, 7 |
| Garbage grinders | 3n | 2 |
| Cleaning | 48c | 57 |
| Operation | 48b | 55 |
| Water supply | 48a | 55 |
| General | 1, 5, 16, 28 | 1, 5, 15, 29 |
| Glass (trash) | 3d, 8h | 1, 6 |
| Grass cuttings (debris) | 3e | 1 |
| Grease | 8c, 8d | 6 |
| Guardrails | 29b | 29 |
| Hazardous refuse | 35a | 34 |
| Incineration | 28 | 29 |
| Charts, operating | 30a(1) | 30 |
| Materials | 35 | 34 |
| Records | 30b | 30 |
| Safety measures | 29, 35a | 29, 34 |
| Schedules | 30a(4), 32 | 30 |
| Signs | 30a(2), 30a(3) | 30 |
| Tools | 31 | 30 |

**63**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107253

US_00037112

| | Paragraph | Page |
|---|---|---|
| Incinerators | 3i | 1 |
| Capacities | 33, 38a, 40a, 41a, 42a, 43a | 32, 36, 48, 49, 53 |
| Care | 36 | 36 |
| Cleaning | 30a(4), 38c, 40c, 41c, 42c 43b | 30, 42, 48, 49, 52, 53 |
| Design | 33b, 38a, 38d, 38e, 39a, 40a, 40d, 41, 42a, 43 | 32, 36, 40, 42, 46, 48, 49, 52 |
| Inspection | 30a(4), 30b, 38e(1) | 30, 42 |
| Maintenance and repair | 38e, 40d, 41d, 42d, 43c | 42, 48, 49, 52, 53 |
| Operation | 38b, 39c, 40b, 41b, 42b, 43a | 37, 46, 48, 49, 52, 53 |
| Temperatures | 34 | 33 |
| Types | 37 through 44 | 36 |
| | | |
| Incinerator structures: | | |
| Barrel-arch | 38 | 36 |
| Charging-hood | 39 | 46 |
| G type | 40 | 48 |
| Industrial destructor | 42 | 49 |
| Step-grate | 41 | 49 |
| 1,200-man incinerator | 43 | 52 |
| Trash incinerator | 44 | 53 |
| Incombustible trash | 3d(2), 10a(1), 35b, 48e | 1, 6, 35, 37 |
| Industrial destructor | 42 | 49 |
| Inflammable materials | 29a | 29 |
| Labor schedules | 32 | 30 |
| Level site for sanitary fill | 18a | 17 |
| Load packers | 14d(2) | 9 |
| Loaders | 13c | 7 |
| Low area site for sanitary fill | 18b | 18 |
| | | |
| Materials, segregation for refuse collection: | | |
| Ashes | 8d | 6 |
| Bones | 8e | 6 |
| Cardboard | 8g | 6 |
| Garbage: | | |
| hog-food | 8a | 5 |
| Inedible | 8b | 5 |
| Glass | 8h | 6 |
| Grease: | | |
| Cooked | 8c | 6 |
| Trap | 8d | 6 |
| Meat trimmings | 8e | 6 |
| Metal | 8k | 6 |
| Salvage paper | 8f | 6 |
| Tin cans | 8i | 6 |
| Trash | 8b | 5 |
| Wood | 8j | 6 |
| Meat trimmings | 8e | 6 |
| Metal (trash) | 3d, 8k | 1, 6 |
| Multiple body trucks | 14d(3) | 9 |
| Paper: | | |
| Trash | 3d | 1 |

| | Paragraph | Page |
|---|---|---|
| Paper—Continued | | |
| Waste (salvage) | 3b | 1 |
| Pick-up stations | 3g | 1 |
| Containers and receptacle stands | 5, 7b, 49 | 5, 58 |
| Location | 6, 7a | 5 |
| Pyrometers | 34b | 33 |
| Receptacle stands: | | |
| Design | 49c | 58 |
| Location | 49a | 58 |
| Size | 49b | 58 |
| Reclamation of salvage material | 4b | 2 |
| Records: | | |
| Incineration | 30b | 30 |
| Refuse collection | 15 | 9 |
| Refuse collection: | | |
| Collections | 2, 3h, 5, 10 | 1, 5, 6 |
| Contracts | 5, 10 | 5, 6 |
| Materials | 7b, 8, 9, 12 | 5, 6 |
| Personnel | 13, 15 | 7, 9 |
| Pick-up stations | 3g, 5, 6, 7, 49 | 1, 5, 58 |
| Records | 15 | 9 |
| Responsibility | 2 | 1 |
| Standards, operating | 6 | 5 |
| Trucks | 11, 14 | 6, 7 |
| Refuse consolidation and compaction | 4c | 2 |
| Rodents, extermination | 4a | 2 |
| Roofing, waste (debris) | 3e | 1 |
| Safety measures for incineration: | | |
| Chimney screens | 29g | 29 |
| Electrical fixtures | 29f | 29 |
| Face masks | 29c | 29 |
| Fire extinguishers | 29d | 29 |
| Guardrails | 29b | 29 |
| Hazardous refuse | 35a | 34 |
| Inflammable materials | 29a | 29 |
| Safety valves | 29e | 29 |
| Safety valves | 29e | 29 |
| Sanitary fill | 3k, 16 | 1, 15 |
| Construction: | | |
| Approach road | 18c | 18 |
| On level site | 18a | 17 |
| On low area site | 18b | 18 |
| Equipment | 20, 22a, 22c, 22d, 22g, 22h, 22i, 24, 25 | 18, 21, 23, 26, 27 |
| Operating personnel | 19 | 18 |
| Operation | 20 through 27 | 18 |
| Paper, control of blowing | 24 | 18 |
| Principles | 16 | 15 |
| Section of trench | 21 | 21 |
| Site selection | 17 | 15 |
| Surface | 23 | 26 |
| Scrap lumber (salvage) | 3b | 1 |
| Scraper | 20a(2) | 18 |
| Semitrailers | 14c | 8 |
| Signs | 30a(2), 30a(3) | 30 |

**64**

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107254

US_00037113

| | Paragraph | Page |
|---|---|---|
| Site selection, sanitary fill | 17 | 15 |
| Step-grate incinerator | 41 | 49 |
| Stumps (debris) | 3e | 1 |
| Supervisors | 13a, 15 | 7, 9 |
| Sweepings, street (debris) | 3e | 1 |
| Textile bags | 3b | 1 |
| Tin cans | 8i | 6 |
| Tools | 31 | 30 |
| Tractor | 20a, 22c(2), 22d(1), 22g | 18, 21, 23, 26 |
| Trash: | | |
|   Combustible | 3d(1), 8b, 10a(1) | 1, 5, 6 |
|   Incombustible | 3d(2), 10a(1), 35b, 48e | 1, 6, 35, 54 |
| Trash incinerator | 44 | 53 |
| Trench section | 21 | 21 |
| Trimmings, tree (debris) | 3e | 1 |
| Truck routes for refuse collection | 11 | 6 |
| Trucks: | | |
|   Bucket loaders | 14d(1) | 9 |
|   Dump | 14a | 7 |
|   Flat bed | 14b | 7 |
|   Load packers | 14d(2) | 9 |
|   Multiple body | 14d(3) | 9 |
|   Semitrailers | 14c | 8 |
| 1,200-man incinerator | 43 | 51 |
| Waste: | | |
|   Containers | 5, 5b | 5 |
|   Food | 3c | 1 |
|   Paper | 3b | 1 |
|   Wrappings | 3c | 1 |
| Wood | 8j | 6 |
| Wrappings: | | |
|   Food (garbage) | 3c | 1 |
|   Trash | 3d | 1 |

☆ U. S. GOVERNMENT PRINTING OFFICE: 1946—706382

i

65

REPRODUCED AT THE NATIONAL ARCHIVES

CEHCX107255

US_00037114