# EXHIBIT 2

TM 5-634/10.0

MHI
Copy 1

# TM 5-634

## DEPARTMENT OF THE ARMY TECHNICAL MANUAL

FILE COPY
USA ORD SCH
LIBRARY

# REFUSE COLLECTION
# AND DISPOSAL
## REPAIRS AND
## UTILITIES

FILE COPY
USA ORD SCH
LIBRARY



*HEADQUARTERS, DEPARTMENT OF THE ARMY*
*JULY 1958*

MMBN   20   52/all

CEHCX133853

US_00034878

*This technical manual contains copyrighted material*

*TM 5-634

TECHNICAL MANUAL }

No. 5-634 }

HEADQUARTERS
DEPARTMENT OF THE ARMY
WASHINGTON 25, D. C., *2 July 1958*

# REPAIRS AND UTILITIES
# REFUSE COLLECTION AND DISPOSAL

| | | Paragraph | Page |
|---|---|---|---|
| SECTION I. | GENERAL | | |
| | Purpose and scope | 1 | 3 |
| | Definitions | 2 | 3 |
| | Procedure | 3 | 4 |
| II. | REFUSE COLLECTION | | |
| | General | 4 | 6 |
| | Operating standards | 5 | 6 |
| | Essentials of efficient collection | 6 | 6 |
| | Personnel requirements | 7 | 7 |
| | Pick-up stations | 8 | 7 |
| | Segregation of materials | 9 | 8 |
| | Frequency of collection | 10 | 9 |
| | Weights of refuse materials | 11 | 10 |
| | Collections | 12 | 10 |
| | Collection trucks | 13 | 11 |
| | Truck routes | 14 | 19 |
| | Operating records | 15 | 19 |
| III. | SANITARY FILL | | |
| | General | 16 | 22 |
| | Site selection | 17 | 23 |
| | Constructing the fill | 18 | 23 |
| | Operating personnel | 19 | 24 |
| | Equipment | 20 | 24 |
| | Operating the fill | 21 | 25 |
| | Sanitary fill surface | 22 | 28 |
| | Control of blowing paper | 23 | 29 |
| | High water table operation | 24 | 29 |
| | Cold-weather operation | 25 | 31 |
| | Completing the fill | 26 | 33 |
| IV. | INCINERATION | | |
| | General | 27 | 34 |
| | Safety measures | 28 | 34 |
| | Incinerator capacities | 29 | 34 |
| | Incinerator identification | 30 | 35 |
| | Incinerator operation | 31 | 35 |
| | Cleaning the incinerator | 32 | 41 |
| | Maintenance and repair | 33 | 43 |
| V. | MISCELLANEOUS DISPOSAL METHODS | | |
| | General | 34 | 46 |
| | Burning pits | 35 | 46 |
| | Burn-and-cover method | 36 | 46 |
| | Regulated dump | 37 | 47 |
| | Garbage grinders | 38 | 48 |
| | Composting | 39 | 48 |
| VI. | RECEPTACLE STANDS AND CAN WASHING FACILITIES | | |
| | Receptacle stands | 40 | 49 |
| | Washing facilities | 41 | 49 |

*This manual supersedes TM 5-634, 11 Oct 1946 and DA letter AGAC–C(M)400.74 (10 Aug 54)ENGUG, 29 Sep 54, subject: Contracting for Refuse Collecton Service.

AGO 6750A—April

POSTED A■ 5■

1

CEHCX133854

US_00034879

Acknowledgement is made to the companies listed below for permission to use copyrighted material in this technical manual—
Gar Wood Industries, Inc., Wayne, Mich.
The Elgin Corp., Chicago, Ill.
Dempster Brothers, Inc., Knoxville, Tenn.
PAK-MOR Mfg. Co., San Antonio, Tex.
City Tank Corp., Long Island, N. Y.

US_00034880

# SECTION I
# GENERAL

## 1. Purpose and Scope

This manual describes the factors contributing to efficient collection and disposal of the refuse generated at installations and facilities. Technical management procedures are furnished as guides which will assure:

    *a.* Systematic collection of refuse.

    *b.* Efficient operation of disposal systems.

    *c.* Minimum expenditures of funds, personnel, equipment, and material.

## 2. Definitions

For the purpose of this manual, the following definitions apply:

    *a. Refuse.* Garbage, ashes, debris, rubbish, and other domestic and commercial solid waste material. Not included are garbage or other salable material sold under contract and delivered to a buyer at point of generation; explosive and incendiary wastes; and contaminated wastes from medical and radiological processes.

    (1) *Garbage.* Animal and vegetable waste and containers resulting from the handling, preparation, cooking, and consumption of foods. Edible, or hogfood, garbage is the portion of waste food which has been segregated for salvage.

    (2) *Ashes.* The residue from burned wood, coal, coke, and other combustible material.

    (3) *Debris.* Grass cuttings, tree trimmings, stumps, street sweepings, roofing and construction wastes, and similar waste material resulting from maintenance and repair work.

    (4) *Rubbish.* Rubbish consists of a variety of unsalvable waste material such as metal, glass, crockery, floor sweepings, paper, wrappings, containers, cartons, and similar articles not used in preparing or dispensing food. Rubbish is further subdivided into:

    (*a*) Combustible rubbish, which can be burned readily in an incinerator or burning pit.

    (*b*) Noncombustible rubbish, which cannot be burned at ordinary incinerator temperatures (800° F. to 1,800° F.).

    *b. Salvage or Salable Materials.* Metal scrap, scrap lumber, crating materials, empty barrels, boxes, textile bags, waste paper, cartons, kitchen waste, and similar materials which are reclaimable or have sales value and are not subject to property accountability. These items are segregated at the pickup station (par. 8).

    *c. Pickup Stations.* Designated locations within the installation, where refuse and salvage are assembled and stored for collection.

    *d. Discarding Unit.* Any organization or individual that places refuse materials or salvage at the pickup station for collection.

    *e. Segregation of Materials.* The process of sorting refuse, debris, and salvage and placing the sorted materials in designated receptacles at the pickup station.

    *f. Receptacles or Containers.* Cans, drums, bins, or similar receptacles which can be handled easily, and multiple containers which are handled by mechanical truck-mounted hoists. (Indicate the type of contents to be placed in the container by clear markings near, not on, the container.)

    *g. Refuse Collection.* A system of transporting refuse, including nonaccountable salvage, from pickup stations to points of disposal. (Includes hauling garbage to the transfer station when required by the terms of a salvage contract.)

    *h. Refuse Disposal.* The ultimate destruction, burning, burying, or other disposal of refuse.

    *i. Incineration.* The process of burning refuse in an incinerator.

    *j. Incinerator.* A self-inclosed furnace designed for burning combustible refuse.

    *k. Sanitary Fill.* A method of disposing of refuse by compacting it without burning, covering it daily with a layer of compacted earth, and forming it into cells sealed by earth walls and cover.

    *l. Burning Pit.* A three-sided earth revetment above or below grade, or a masonry in-

CEHCX133855

US_00034881

closure, where combustible refuse and debris are burned, the residue either being buried in place or hauled to a regulated dump.

*m. Regulated Dump.* An area for regulated disposal of incombustible and nonputrescible rubbish, debris, and ashes.

*n. Garbage Grinder.* A mechanical device which grinds garbage, and flushes the ground particles into a sanitary sewer.

## 3. Procedure

*a. Regulated Disposal.* Garbage and other refuse must be collected and disposed of regularly to insure the welfare of troops. Incomplete or inadequate collection and disposal will attract pests and create fire hazards. Disposal will be performed in accordance with AR 420–47, either by repairs and utilities personnel, or under contract with municipalities or private individuals. Conditions for contracting for refuse service are stated in AR 235–5. Infectious, toxic, and radioactive wastes are disposed of in accordance with AR 40–573, AR 40–580, and AR 755–380.

*b. Elimination of Unregulated Dumps.* Un-organized collection and disposal often results in starting unregulated dumps isolated from view or knowledge of the proper authorities (fig. 1). Promiscuous and uncontrolled dumping results in an area becoming a nuisance and a breeding place for rodents, flies, and mosquitoes. These nuisances and potential sources of disease can be controlled by locating and eliminating all unregulated dumps and establishing an organized refuse collection and disposal system. A properly controlled regulated dump is described and illustrated in paragraph 37. Procedure for eliminating an unregulated dump consists of the following steps:

(1) Prohibit dumping at the location.
(2) Exterminate rodents.
(3) Reclaim materials for salvage.
(4) Consolidate and compact scattered and loose refuse.
(5) Grade the dump to minimize storm erosion and establish proper drainage.
(6) Cover dump area with at least two feet of compacted earth or ashes.
(7) Revegetate the area if required (fig. 2).



*Figure 1. Unregulated dump used for refuse disposal.*

4

CEHCX133856

US_00034882



*Figure 2. Same area after elimination of the dump.*

CEHCX133857

US_00034883

# SECTION II
# REFUSE COLLECTION

## 4. General

a. The collection and disposal of refuse is one of the major problems in housekeeping at installations and facilities. Refuse handling will be approached and analyzed in terms of sound administrative-engineering management and receive the same consideration as other housekeeping activities. Proven sanitary engineering and administrative techniques will be utilized by supervisors. Installations cannot operate identical collection systems, because physical layout, volumes of materials, salvage requirements, and methods of disposal vary. The system which best meets local requirements and the requirements of sanitation and fire protection will be selected and put into operation.

b. Criteria provided apply to collections of refuse, whether performed with repairs and utilities personnel and facilities, or by contract. Pickup stations will be established, materials segregated properly, and a high standard of sanitation maintained in either case. If utilized, contracts will provide for use of efficient collection equipment, maintenance of installation sanitation standards, and maintenance of the installation safety program.

## 5. Operating Standards

Standards of operation listed below represent *average* efficiency factors for collecting unsalvable garbage and rubbish. They provide a basis for evaluating installation refuse collection systems. Operating efficiency is increased by the use of vehicles with bodies especially designed for refuse collection. Installations using remodeled or older commercial-type collection equipment can meet these standards by consolidating the pickup stations and establishing an organized system of collections. Installations with the newer commercial-type equipment, trained personnel, adequate supervision, and a program of continual survey for increasing efficiency can exceed these standards.

a. *For Commercial Type Compaction Equipment.*

| Unit of Measure | Type of Installation | | |
|---|---|---|---|
| | Housing | Hospital | Depot |
| Cubic yards each man-hour | 1.5–1.8 | 1.9–2.2 | 2.3–2.7 |
| Cubic yards each truck-hour | 4.4–5.5 | 5.6–6.6 | 6.7–8.0 |
| Cubic yards each truck trip | 15–18 | 15–18 | 15–18 |

b. *For Commercial Type Multiple Containers*

| Unit of Measure | Type of Installation | | |
|---|---|---|---|
| | Housing | Hospital | Depot |
| Containers each man-hour | 1.7–2.0 | 2.0–2.5 | 2.0–3.0 |
| Containers each hoist-hour | 1.7–2.0 | 2.0–2.5 | 2.0–3.0 |
| Containers each day | 12–15 | 15–18 | 15–20 |

## 6. Essentials of Efficient Collection

The following factors are essential to organization of an efficient refuse collection system.

a. *Supervision.* Competent supervision of refuse collection, the most important requisite for an organized, efficient system. The supervisor must make continuing surveys of conditions, as they exist, to modify the system to meet the frequently varying conditions. Periodic assistance from specialists of higher headquarters is desirable.

b. *Personnel.* Well-trained, competent, truck drivers and loaders who are assigned regularly to refuse collection (par. 7).

c. *Pickup Stations.* Establishment of essential consolidated pickup stations with all "luxury" stops eliminated. Pickup stations with adequate can stands should be readily accessible to collection personnel and convenient to using personnel (par. 8).

d. *Segregation of Materials.* Minimum separation of refuse from salvage, consistent with the method of disposal and an economical salvage program. To best utilize the time of the collection equipment and personnel, segregation must be made at the pickup station by the using personnel prior to the arrival of the collection crew (par. 9).

e. *Frequency of Collection.* Establishment of the maximum interval of time between collections, consistent with requirements for sanitation, fire prevention, and elimination of nuisances (par. 10).

6

CEHCX133858

US_00034884

*f. Containers.* Suitable and sufficient receptacles clearly designated, so using personnel can properly segregate their refuse and salvage (par. 8b).

*g. Collection Equipment.* Permanent assignment of an adequate quantity of suitable collection equipment (par. 13).

*h. Truck Routes.* Efficient and economical truck routing considering the road network and the frequency of collection from each pickup station (par. 14).

*i. Operating Records.* Maintenance of detailed, accurate, and up-to-date operating records (par. 15) frequently reviewed by the supervisor. Wall charts based on collection data are helpful to the supervisor to show efficiency and condition of the collection system.

*j. Instructions.* Publication of clear and concise installation sanitation and salvage instructions disseminated on a need-to-know basis.

## 7. Personnel Requirements

*a. Supervisor.* The Supervisor is in charge of refuse collection and disposal activities, and the efficiency and economy of the collection system depends on him. He supervises the collection crews, ascertains all conditions and changes which affect quantities, types, or distribution of materials collected, and effects changes in the collection system accordingly. Where more than one type of collection vehicle is used, he assigns trucks to pickup stations and routes for best utilization of each type of truck.

*b. Driver.* The truck driver is foreman of the loaders working on the truck. He assures that materials are kept segregated on the truck, when required, and reports pickup stations where materials are segregated improperly. He assists the loaders in loading heavy or unwieldy materials. On multiple container equipment, the truck driver works alone.

*c. Loaders.* The number of men in a truck crew, in addition to the driver, depends on the type of collection truck and the kind and quantity of refuse accumulated on the collection route. Two loaders are usually enough to work on the ground level. In addition, general purpose trucks usually require one top loader to trim the load in the truck and assist in dumping the cans. An additional loader is sometimes required on routes where accumulations are large, pickup stations close together, or where

ashes or other heavy materials are collected. Loaders, as well as drivers, must be familiar with requirements for segregation of materials; but they do not separate improperly segregated materials (par. 12b). Loaders must be careful to avoid spilling garbage during collection; if garbage is spilled, they must clean up the area immediately. Trucks with special collection bodies are operated only by personnel especially trained for the work (AR 420–47).

## 8. Pickup Stations

Pickup stations will be established based upon volume and types of refuse and salvage generated (fig. 3).

*a. Location.* Establish pickup stations easily accessible to collection trucks and not more than 300 feet from the source of refuse material. If truck travel to the pickup station is not practicable, locate the pickup station where minimum foot travel is required of collection crews. Provide separate stations as follows:

(1) *Mess halls, exchanges, clubs, and similar facilities.* A separate pickup station for each facility where food is handled, stored, or dispensed.

(2) *Temporary barracks.* One pickup station for every eight or ten where multiple container equipment is used; two or more where smaller containers are used or where distances between buildings are excessive.

(3) *Separate family quarters.* An individual pickup station where 32-gallon cans are used, except where the quarters are grouped, so one pickup station can serve more than one set of quarters.

(4) *Multiple family quarters.* One pickup station for each building unless buildings are grouped, so one pickup station can serve more than one building.

*b. Containers.* Provide adequate and suitable containers at each pickup station for proper segregation of refuse and salvage and for temporary storage pending collection. Suitable containers are cans, drums, bins, or similar portable receptacles with tight-fitting lids which will confine the contents and odors. Except for containers which are handled by mechanical hoisting devices, restrict the gross weight of each filled individual container to approximately 150

CEHCX133859

US_00034885



*Figure 3. Refuse can storage pad and pickup station at mobilization-type mess hall.*

pounds (the weight which two loaders can handle readily). Indicate the type of contents to be placed in the container by clear markings near, not on, the container. Containers used for temporary storage of putrescible materials will not be inclosed in a tightly-screened inclosure (par. 40c). Metal containers of 32-gallon capacity or smaller should not be painted either on the inside or the outside.

## 9. Segregation of Materials

Discarding units segregate materials and deliver salvage and refuse to the designated pickup stations. Organization commanders, and others in charge of discarding units, will enforce this rule. Because of the small quantity of each item generated, segregation of materials at quarters and barracks is not required unless local conditions justify.

*a. Salvage.* The salvage program is administered by the designated installation property disposal officer (AR 755-5). The quantity and kinds of material salvaged are closely related to the market value of the materials. Grease, bones, waste paper and cardboard, bottles, tin cans, and other materials are sold, when there is a market for them. This will reduce the amount of refuse placed for collection and will materially affect the procedures for collecting refuse and salvage. Readjustment of the collection system will be effected as required (par. 7a).

(1) The salvage economy formula determines when materials are separated as salvage or are placed with refuse.. When there is an overall profit to the Government from materials delivered by the refuse collectors to the salvage yard, materials will be processed and sold. When there is no longer an overall profit to the Government, these ma-

8

CEHCX133860

US_00034886

terials will be placed with and disposed of as refuse.

(2) The installation property disposal officer decides when materials will be placed for collection as salvage, or when they will be placed as refuse, and arranges for issuance of salvage regulations (par. 6*j*).

*b. Separate Collections.* Salvage and refuse disposal requirements determine the extent of segregation preparatory to separate collections. When segregation is required, materials are generally separated as follows:

(1) *Hog-food garbage.* Drained hog-food garbage is placed separately in covered 32-gallon garbage cans. It includes kitchen leftovers, plate wastes, lettuce leaves, pea hulls, corn cobs, vegetable and celery tops, and rinds and peelings from other than citrus fruits.

(2) *Other garbage and rubbish.* All other garbage and rubbish is placed in covered 32-gallon garbage cans or large multiple containers. It includes drained coffee grounds, citrus fruit rinds, sea food and poultry wastes, food wrappings, carbon and stencil paper, rubbish from barracks, and similar unsalable items. When refuse is disposed of by incineration, such incombustible materials as dirt, glass and crockery, metals, and other mineral refuse (par. 31*c*) must be segregated and placed in separate containers.

(3) *Spent cooking grease and trap grease.* These items are placed in separate covered 10- or 16-gallon garbage cans. To eliminate the possibility of spilling when the cans are handled during collection, do not fill the cans more than four inches from the top.

(4) *Bones and meat trimmings.* When meat cutting is performed at mess halls, bones and meat trimmings are placed in covered 32-gallon garbage cans and are generally sold as salvage.

(5) *Salvable paper, cardboard, and kraftboard.* Salvable paper items are folded neatly, tied, and stacked at one end of the pickup station. They should be protected from the weather, because they lose salvage value once they have been wet.

(6) *Glass, bottles, and tin cans.* Items of this nature which are salvable are placed in separate 32-gallon garbage cans or suitable cartons. When placed as salvage, tin cans will be cleaned and flattened before placing them in containers. Other salvage items may require cleaning or other preparation before placing them in containers.

(7) *Ashes.* Ashes are placed in 32-gallon metal cans. When collected with combustible refuse, ashes should not be placed at the pickup station while still hot. Duplicate sets of cans will be provided to allow at least one full day for cooling. At power plants and other facilities where large quantities of ashes are produced, special containers or procedures will be provided.

## 10. Frequency of Collection

*a.* Since different waste materials pose different problems, each material must be considered separately to determine the frequency of its collection. The following factors will be considered and evaluated to determine the frequency of collection from each pickup station:

(1) Kinds of refuse materials to be collected (garbage, ashes, combustible or incombustible rubbish, or any combination thereof).

(2) Methods of disposal (sanitary fill, incinerator, burning pit, off-post or contract disposal, and salvage collection and disposal).

(3) Requirements of service at activities (mess hall, barracks, quarters, exchange or club, warehouse, shop, or storage facility).

(4) Local geographical and climatic conditions (arctic, temperate, tropical, dry or humid, high or low elevation).

(5) Season of the year.

(6) Type of storage and collection equipment available and in use (general purpose dump trucks, compactor trucks, or multiple container equipment).

AGO 6750A

9

CEHCX133861

US_00034887

*b.* Daily collections are not normally required to meet sanitation standards even for putrescible materials such as garbage. However, local circumstances may make it desirable to collect garbage daily in hot weather from such activities as large mess halls, where odors could become a nuisance. Good sanitation practice in the storage area (cleaning of cans and surrounding area) will control fly and odor nuisances even more than an increase in frequency of collection. Those nuisances will rarely exist at quarters where the quantity of putrescible material is small. Combustible waste must be removed or stored safely to eliminate fire hazards. Incombustible rubbish and nonputrescible garbage require collection only often enough to prevent overflowing the containers; they do not constitute a sanitation or fire hazard.

*c.* Facilities will not be serviced more frequently than specified below unless local conditions justify exceptions.

  (1) *Garbage.*

    (*a*) Large mess halls and similar subsistence facilities—daily, except Sunday and possibly Saturday.

    (*b*) Small mess halls, service clubs, and similar subsistence facilities—three times per week.

    (*c*) Individual family quarters—twice per week.

  (2) *Rubbish, ashes, and debris.*

    (*a*) When collected separately from garbage—not to exceed twice per week.

    (*b*) When multiple containers are used for the collection of garbage as well as rubbish, ashes, and debris—twice per week or as required to maintain sanitation.

*d.* Any or all of the considerations in *a* above may affect the frequency for any pickup station or the entire installation. Variations from winter to summer may require temporary or seasonal changes from the established frequency. The refuse collection supervisor will be alerted to the changes and will alter the collection system where necessary to meet these conditions.

## 11. Weights of Refuse Materials

*a.* The following list of average weights of materials is a guide in determining the size and kind of containers that must be provided at each pickup station and the most suitable collection equipment. Weights of specific materials handled will be determined at each installation by actual measurement and weighing of representative samples of the refuse materials generated.

| Materials | Weights (Pounds) | |
|---|---|---|
| | 32-Gallon Can | Cubic Yard |
| Refuse without ashes or garbage | 20–35 | 150–300 |
| Refuse without ashes but including garbage | 25–75 | 200–600 |
| Refuse including both ashes and garbage | 35–100 | 350–800 |
| Refuse without garbage but including ashes | 50–125 | 400–1000 |
| Garbage alone | 60–150 | 500–1200 |
| Ashes alone | 100–185 | 800–1500 |

*b.* The standard 5-ton, 14-cubic yard compaction truck safely handles average loads in the first four classifications, with a corresponding lesser amount in the other two classes.

*c.* Multiple container equipment is specified to safely handle materials according to the following maximum payloads:

| Container Size—Cubic Yards | Net Payload—Pounds |
|---|---|
| 4 | 9,000 |
| 6 | 7,500 |
| 8 | 6,000 |
| 10 | 5,500 |
| 12 | 5,000 |

*d.* The following table will serve as a guide in determining the weight of containers and their contents when filled with refuse of different densities:

| Containers Size in Gallons | Combined Weight of Container and Refuse (In Pounds) at Various Weights of Refuse Per Cubic Yard | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1200 | 1000 | 800 | 600 | 500 | 400 | 300 | 200 |
| 10 | 70 | 60 | 50 | 40 | 35 | 30 | 25 | 20 |
| 16 | 110 | 95 | 80 | 65 | 60 | 50 | 40 | 30 |
| 20 | 135 | 115 | 95 | 75 | 65 | 55 | 45 | 35 |
| 32 | 200 | 170 | 140 | 110 | 95 | 80 | 65 | 50 |
| 55 | 400 | 330 | 275 | 220 | 195 | 165 | 140 | 110 |

## 12. Collections

*a.* Collections are made only from established pickup stations unless prior special arrangements are made. Refuse collected by other agencies will not be accepted at the refuse disposal facility unless special permission is granted by the proper authority.

*b.* Improperly segregated materials will not be collected from pickup stations by the regular

CEHCX133862

US_00034888

collection crew, but will be reported to the proper authority for corrective action. Installation sanitation and salvage regulations must be specific to assure proper compliance by all and satisfactory operation of the collection system for the desired service.

*c.* Incinerators and some salvage yards have limited storage space for materials. Coordinate the refuse collections and salvage collections, so deliveries to these limited facilities are spread evenly throughout the day.

## 13. Collection Trucks

Maximum efficiency and economy in equipment and manpower is achieved by using equipment specially designed for refuse collection. Bodies of general purpose trucks and trailers assigned full time to refuse and salvage collection will be altered to meet collection requirements. Truck or trailer bodies will have a minimum capacity of 7 cubic yards and be equipped with mechanical unloading devices.

*a. General Purpose Trucks.* Build up sides 2½ to 5 feet high on general purpose trucks and trailers (fig. 4) in order to increase the load carrying capacity. Equip fixed-bodied trucks and trailers with false endgate or some other quick unloading device. Hand unloading is inefficient and permits light-weight rubbish to be scattered around the area when the wind is blowing (fig. 5). Provide suitable covers for open-top trucks and trailers to confine the refuse, keep it from blowing off the truck, and to reduce the nuisance from odors. These covers can be made of meshed screen (hardware cloth or chicken wire) or from canvas. Thus modified, general purpose trucks and trailers are adaptable for collecting all types of refuse and salvage except wet garbage, bones, and grease.



*Figure 4. General purpose dump truck with extended sides and wooden cover.*

11

CEHCX133863

US_00034889



*Figure 5. Unloading refuse into original trench. Hand unloading is not efficient.*

*b. Special Collection Bodies.* Equipment manufacturers have developed several types of bodies specially designed for collecting refuse and certain kinds of salvage. These bodies have some or all of the following advantages over general purpose trucks: low loading height, large volumetric capacity, complete envelopment of load to prevent escape of odors and liquids and spilling of rubbish or scattering by wind, built-in compaction mechanism which reduces materially the volume of compressible rubbish and other materials, rapid unloading by dumping or other mechanical means, elimination of need for top-loading personnel, and multiple interchangeable containers serviced by one hoisting unit. Trucks with special commercial-type refuse collection bodies are classified as special equipment vehicles and are assigned to the repairs and utilities organization. Skilled operation by regularly assigned personnel is required (AR 420–47).

(1) *Bucket loaders.* A bucket loader has an inclosed collection body with a loading bucket at the rear (fig. 6). Refuse is deposited in the bucket which has a capacity of $\frac{1}{2}$ to 1 cubic yard, and the loading height is approximately 3 feet from the ground. When the bucket is loaded, power from the truck engine transmitted through a power takeoff raises the bucket to the top of the body, empties it, and returns it to its original position. Because this body is loaded through the top, it can handle a larger load of heavy material than some of the special bodies which are loaded near the lower part of the body. It has one distinct disadvantage, in that at the moment of emptying the bucket into the top of the body some spillage of light trash or dry ashes may occur when the wind is blowing.

12

CEHCX133864

US_00034890





Figure 6. Heil COLLECTO unit.

CEHCX133865

US_00034891

(2) *Compaction-type.* This is an inclosed collection body which compacts the refuse as it is loaded into the body. There are several variations in the method of obtaining these results. One type has a hopper at the rear where the refuse is placed and forced into the body by a hydraulic ram in the tailgate (figs. 7 and 8). The refuse is crushed as it is being pushed, and further compressed against the refuse previously loaded into the body. Another type (fig. 9) also is loaded by a hopper in the rear, then crushed in a conveyor which carries the refuse into the body at the top rear. Still another type is loaded from either side at the front (fig. 10). A movable bulkhead moves the refuse toward the rear of the body, compressing it against the previously loaded refuse. This last type unloads the refuse through the rear doors by the bulkhead moving to the rear, discharging refuse as it moves. This type has a higher loading height than the two previously mentioned types, but its initial cost is less. Compaction-type bodies are manufactured in standard sizes up to more than 20 cubic yards.



*Figure 7. Gar Wood load packer.*



*Figure 7*—Continued.

CEHCX133866

US_00034892







*Figure 7—Continued.*

*Figure 8. Leach packmaster.*

AGO 6750A

CEHCX133867

US_00034893



*Figure 9. City tank roto-pac.*

AGO 6750A

CEHCX133868

US_00034894



*Figure 10. Pak-Mor.*

(3) *Multiple containers.* The multiple-container system consists of a special hoisting unit and a number of detachable containers (fig. 11). One or more containers, varying in size from 4 to 12 cubic yards, are placed at each pickup station for the discarding unit to use as refuse receptacles. After being filled, the container is picked up, hauled to the disposal facility, emptied, cleaned if necessary (par. 41*b*), and returned to the pickup station by the hoisting unit. It is designed to perform these operations efficiently with only a driver-operator. No helper is required. One hoisting unit can service up to 100 pickups a week. Multiple containers are most suitable where a large volume of refuse or salvage is generated at an individual pickup station. Where multiple container equipment is adaptable, it is more economical than any other type of collection equipment.

(4) *Combination multiple-container and compaction system.* An improvement in the use of a multiple-container system or a compaction truck system has recently been developed by combining the best features of both. This meth-od employs the conventional multiple containers at each pickup station and the compaction truck or trailer as a transfer hauler when the distance to the disposal facility is great. The equipment can be used in either of two ways. A special high-lift hoist can empty the container into a special hopper on the truck or trailer which travels to each pickup station with the hoist (1, fig. 12), or a central location can be established where a ramp is constructed to enable the conventional hoist to empty the container into the hopper of the compaction vehicle (2, fig. 12). Either method greatly improves the efficiency of the conventional multiple-container system when there is a long haul to the disposal facility.

(5) *Detachable container with compaction body.* Several manufacturers of compaction collection bodies have developed a small detachable container which is serviced by a conventional compactor truck (fig. 13). This system is especially adaptable where the number of pickup stations generating large volumes of refuse does not justify the establishment of a conventional

CEHCX133869

US_00034895



*Figure 11. Multiple-container system.*

multiple-container system. The detachable containers are placed at the pickup stations where one or two cubic yards of refuse are generated between pickups. These pickup stations are serviced by the compactor trucks which service 32-gallon garbage cans on the same routes. Where this combination of containers is adaptable, the system is proving efficient.



1. With high-lift hoisting unit.
2. With conventional hoist and ramp.
*Figure 12. Compaction Trailer.*

## 14. Truck Routes

Trucks begin collecting materials at points farthest from disposal facilities, so there is a minimum of travel with a full load. In planning collection routes, take dead-end and one-way streets into consideration. Whenever feasible, cover steep grades at the beginning of a route when the truck is partly empty. Consider the road network and traffic pattern and avoid roads and streets with heavy traffic during rush hours wherever possible. Use side streets and secondary roads in preference to primary roads, to reduce interference between collections and other traffic. The quantity of refuse accumulated daily within any one collection area may vary. It is advisable to assign one truck to adjoining routes. The truck crew can change the length of each route from day to day to allow for variations in quantities and still cover their areas on the scheduled weekly basis. Avoid duplication and overlapping of truck routes.

## 15. Operating Records

*a.* Keep accurate operating records for each collection truck assigned to the refuse collection system. DA Form 5-188 (Daily Log of Truck Trips for Refuse and Salvage Collection) has been designed for this purpose. Truck drivers fill in the form daily, noting the size of each load (full, three-quarters, one-half, or one-quarter) or number of 32-gallon garbage cans carried on each trip. The supervisor collects the reports, converts the size of load to cubic yards, and makes a monthly consolidation of this data on DA Form 5-126 (Refuse and Salvage Collections) (AR 420-48).

*b.* For reporting purposes, the standard work-load unit for collecting refuse and salvage is the cubic yard of uncompacted material. The method for computing the quantities to be reported for each type of collection equipment follows:

(1) *Compaction type.* Load the vehicle body with measured quantities of the loose refuse materials being handled at the installation, in a manner similar to the way it is loaded during the normal refuse collection operation. It is important that the materials and method be representative of the daily operations, otherwise the compaction factor and, consequently, the reported daily volumes of refuse will be in error. The total quantity of uncompacted material that is placed in the truck body when divided by the rated (measured dimensions) capacity of the truck body will give a compaction factor for the specific materials collected and the particular truck body. This compaction factor when multiplied by the vol-

CEHCX133871

US_00034897



*Figure 13. Detachable container served by conventional compactor truck.*

AGO 6750A

CEHCX133872

US_00034898

ume of material collected daily will give the cubic yards of uncompacted refuse and salvage to be reported. Obtain compaction factors for as many kinds of refuse materials as are being collected on the installation. Verify these factors periodically, and as required by changes in proportions or composition of refuse and salvage materials.

(2) *Dump trucks and multiple containers.* Since there is no compaction device on general purpose dump trucks or mul-tiple containers, the measured size of each load delivered to a disposal facility or transfer station will be the reported cubic yards collected in these vehicles.

(3) *Garbage cans, 32-gallon size.* Approximately eight full 32-gallon garbage cans are equivalent to a cubic yard. The quantity collected in cans will be computed on the basis of the number of cans serviced and the degree to which the cans are filled.

CEHCX133873

US_00034899

# SECTION III
# SANITARY FILL

## 16. General

a. The principle of the sanitary fill method of refuse disposal is simple. Refuse is dumped into a trench, compacted, and covered each day (fig. 14). An alternate method, known as the "area" method, is sometimes used to dump refuse into abandoned quarries, gravel pits, borrow pits or gullies that form the natural terrain of the site, or into areas with a high water table. After the refuse is dumped, spread, and compacted, cover material may be obtained from adjoining slopes or hauled in from other sources. The thickness of the top cover is the same (at least 24 inches) for either the trench method or area method.

can be put into operation in a few days at little cost; do not require large operating crews; can receive all garbage, rubbish, and small debris, making segregation and separate collections of these materials unnecessary; and can dispose of large fluctuations in the daily accumulation of refuse without additional personnel or equipment. Sanitary fills must be operated according to proven practices to dispose of material promptly, effectively, and economically. Sanitary fills are not ordinarily used to dispose of hospital wastes, nor are they economical for installations with less than 1,000 men.

c. Operating methods and procedures for various soil characteristics, climatic conditions,



*Figure 14. Diagram of sanitary fill.*

b. Sanitary fills have advantages not common to most other methods of refuse disposal. They

and types of equipment as they relate to the trench method follow.

22

CEHCX133874

US_00034900

## 17. Site Selection

Usually, many sites on an installation are suitable for sanitary fill operations. Consult specialists from higher headquarters before a final selection is made. Since a sanitary fill can easily be changed from one site to another, a number of small sites can be used successively, if a large site is not available. The choice of the disposal site should be governed primarily by the distance from sources of refuse, and by the availability of suitable access to the site.

a. *Size.* For planning purposes, allow approximately one acre per year for each 10,000 men when the fill is to be 6 feet deep.

b. *Location.* Operate the sanitary fill near the source of waste material to reduce hauling distances.

c. *Roads.* Select a site near an established road to eliminate the necessity for constructing a new road.

d. *Grade.* Select level and low areas in preference to hilly sites or gullies. Low areas and level areas can be raised and land reclaimed through operation of a sanitary fill. Before using a ravine for sanitary fill operation, reroute the flow of excess drainage water.

e. *Type of Soil.* Select sites where the soil can be excavated to a minimum depth of 3 to 4 feet by the assigned equipment. Sandy soil is preferable, but any soil which will form a seal over the compacted refuse is acceptable. Where there is a choice, select a site with the type of soil which will support truck travel throughout the year.

f. *Water Pollution.* Do not select sites which have surface or subsurface drainage which may pollute a water supply.

## 18. Constructing the Fill

A sanitary fill is basically an economical means of disposing of refuse in a safe and satisfactory manner. Sanitary fills have a secondary purpose in that they reclaim otherwise useless land for use as recreational areas, airports for light planes, or parking lots. Burying a large volume of refuse can raise the grade of the completed area from 2 to 8 feet, depending upon the site and method used and the size of the operation. Experience has shown that a good general rule is to make the depth of the compacted refuse materials in the trench approximately one-half the width of the trench. The length of trench used each day on the average will approximate the width of the trench. Where the volume of any one day's collection increases above the average, the length of trench used is increased, to maintain the same width and depth of compacted refuse. These ratios are approximate only, and experience at the local site will determine the best size of trench to be used.

a. *Level Site.* If the fill is to be constructed on a level site, excavate the first trench on the windward side of the site to prevent loose refuse from blowing onto the access road or over the completed fill area as the operation progresses (fig. 15).

(1) *Size of original trench.*

　(a) *Length.* The original trench may be 100 to 600 feet long. For the larger installations, make it at least 250 feet long, or long enough for a minimum of two weeks operation.

　(b) *Width.* Excavate the trench 8 to 10 feet wide for smaller installations and 10 to 15 feet wide for the larger installations. Where a tractor-bulldozer is used for spreading and compacting the refuse and cover material, make the trench wide enough for maneuverability of the equipment.

　(c) *Depth.* Excavate the original trench 3 to 6 feet deep, depending upon the amount of earth required to start the original ramp.

(2) *Ramp.* Use earth from the original trench to construct a ramp on the windward side of the trench.

　(a) *Height.* Height of the ramp will depend on the desired finished grade. Remove enough earth from the original trench to build to this height. Build the ramp at least 2 feet high, and preferably 3 feet high, if that grade will permit truck travel.

　(b) *Grade.* Grade the ramp so trucks can back up to the trench. If it is desired to go higher, increase the grade with each succeeding trench (par. 21e).

　(c) *Surface.* Stabilize the surface of the ramp if the natural soil will not permit truck travel during all seasons

CEHCX133875

US_00034901



*Figure 15. Centrally located sanitary fill at large installation, at beginning of operations.*

of the year. Use crushed stone, gravel, cinders, ashes, or a light application of road surfacing material.

*b. Low Area Site.* Where a low area is used instead of a level area, build a roadway instead of a ramp up to the first trench. Excavate the original trench near the windward edge of the site, using the same proportions as for a level site. If suitable, use the earth from the trench to construct the roadway. Grade the roadway surface to provide drainage and stabilize it for truck travel .

*c. Access Road.* If necessary, build an access road to the ramp or fill-site roadway and make it wide enough for two-way traffic if the volume of refuse warrants it. Stabilize the surface and provide adequate drainage for year-round operation.

## 19. Operating Personnel

Place one equipment operator in complete charge of the entire operation of the sanitary fill. He directs trucks to the proper unloading place, moves bumper logs, places portable fences, and directs policing of the fill-site. Where the volume of traffic is heavy, an assist- ant may be necessary to direct unloading of collection trucks and police the operating area.

## 20. Equipment

Many types of equipment are available for operation of sanitary fills. Determination of the type best suited for operation of a particular sanitary fill should take into consideration such factors as terrain of the site, soil and climatic conditions, and size of the operation including the quantity of refuse to be handled. In selecting new equipment, take into consideration economies in original cost as well as operating and maintenance costs. A dragline or crawler-type bulldozer has been established as the most suitable (fig. 16). Use of this type of equipment, of which there is an adequate supply available, eliminates the need for procurement of new equipment for sanitary fill operations.

*a.* Under average operating conditions, a sanitary fill for disposing of refuse for an installation of 10,000 strength can be operated with one bulldozer with tractor treads and the occasional use of a dragline for digging trenches ahead of operations. For installations over 10,000 strength, the bulldozer and dragline will

24

CEHCX133876

US_00034902



*Figure 16. Operating centrally located sanitary fill with dragline and bulldozer.*

be required full time. Sanitary fill operating equipment will be assigned permanently to this activity, and used for other installation work on emergency basis only.

b. Operate, maintain, and repair sanitary fill equipment in accordance with appropriate manuals and regulations, or equipment manufacturers' instructions.

## 21. Operating the Fill

The sanitary fill is ready for operation when the original trench is dug, ramp constructed, and the access road is usable.

a. *Bumper Logs.* To keep trucks from backing into the trench when unloading, place bumper logs along the edge of the trench at the designated unloading area. The number required depends on the number of trucks unloading at any one time.

b. *Receiving Materials.* Accept for disposal at the sanitary fill, garbage, rubbish, ashes, debris, and commercial-type refuse generated on the installation (fig. 17). Large logs, stumps, concrete blocks, and other large bulky items will disrupt the normal operation of the sanitary fill. Dispose of this kind of material in a separate controlled location. Do not carry out salvage operations on the sanitary fill site. Since salvage items that are mixed with refuse will be disposed of with the refuse, the salvage office should be notified when large quantities of salvage are brought to the fill site.

c. *Unloading.*

(1) Starting at the end of the trench, back collection trucks to the bumper logs and unload refuse into the trench. If several trucks are unloading at the same time, extend the unloading area to the next section of trench rather than delay the trucks. Limit the unloading area as much as possible to facilitate control of loose materials and compaction of the refuse (fig. 16).

*Caution:* To eliminate the possibil-

CEHCX133877

US_00034903



*Figure 17. Miscellaneous refuse acceptable for disposal in a sanitary fill.*

ity of starting a fire in the combustible rubbish, dump hot ashes in a section of trench which will not be used for several days. This will permit the ashes to cool before coming into contact with burnable materials.

(2) To assist in unloading collection trucks equipped with false endgates or other rapid unloading devices (par. 13a), connect cables or chains from endgate to the sanitary fill equipment. This permits faster unloading than by hand, with less scattering of refuse.

*d. Compacting the Refuse.* To confine the operation to as small a section of trench as pos-sible, spread and start compacting the refuse after a few loads have been unloaded. More uniform spreading and better compaction is accomplished with the bulldozer than any other type of equipment. Compacting reduces the volume of refuse to one-third or less of its original volume (fig. 18).

(1) In using the bulldozer for spreading and compacting work in the bottom of the trench, use the blade to spread the refuse evenly over the section of trench. As the bulldozer is run over the loose refuse, it crushes and compacts it into a dense mass. Repeat the spreading and compacting each time

26

CEHCX133878

US_00034904



*Figure 18. Tractor compacting refuse and climbing ramp.*

several loads are dumped, until the section of trench is filled with layers of compacted refuse to the desired final grade (fig. 19). Bulldoze any refuse scattered in other sections of the trench into the section being filled. Backing into and working in the trench permits the refuse clinging to the tracks of the bulldozer to fall off into the trench, and it is not scattered around the fill site.

(2) When the dragline is used for spreading and compacting refuse, use the bucket to spread the refuse evenly over the section of trench, then compact it by dropping the bucket from a height of 4 or 5 feet (fig. 20). Build up the section in layers by spreading and compacting after unloading several loads of refuse. Final compaction can be obtained by loading the bucket with earth to give added weight.

*e. Extending the Ramp.* When the sanitary fill raises the ground level (par. 18), the original ramp may have to be extended over several trenches in order to reach the desired grade. The slope of the ramp up to final grade of the fill must be such that trucks can traverse it during all seasons of the year. Grade the top layer of compacted refuse in the trench to conform to the slope of the ramp extension, but keep the top layer two feet below the desired grade to provide for the final earth cover.

*f. Covering the Refuse.* At the end of each day when a section of trench has been filled with compacted refuse and graded, cover the top, side, and end of the section with earth (fig. 21). Cover the top with two feet of well compacted earth, the side with one foot of earth. Just enough cover on the working face or end is required each day to confine the refuse and form a seal.

*g. Seal Cover.* Thoroughly seal the compacted refuse once a week or oftener by covering the working face with one foot of well compacted earth. Sealing the refuse into cells, provides a firebreak, controls odors, and prevents rodents from reaching the refuse. Provide at least a 2-foot covering of earth on the last section of each trench. Grade the last section in a

CEHCX133879

US_00034905



*Figure 19. Section of trench showing layers of compacted refuse.*

gradual slope to the original ground level. This will minimize erosion and exposure of the refuse. The necessity for complete sealing and compaction cannot be overemphasized. Sealing and compacting reduce future settlement; prevent spread of fires; eliminate odors, insects, and rodent nuisances; conserve trench space; and provide solid traction for collection truck travel over the fill during all seasons of the year.

*h. Succeeding Operations.* Continue operations, filling each succeeding section of trench until the entire trench is filled and sealed. Follow the same procedure of receiving, compacting, and covering the refuse. Start succeeding trenches and filling operations at the same end of the site as the first trench, using earth excavated from the next trench for cover material. Extend the truck ramp over as many trenches as are necessary to bring it gradually up to the desired finished grade (fig. 14).

## 22. Sanitary Fill Surface

When the desired level is reached, discontinue the truck ramp and maintain the completed fill at this level. The amount of compaciton will determine the amount of future settlement (par. 26c). Most of the settlement will occur during the first six months to a year. Periodic grading of the finished fill will be required during this settlement period (fig. 22). Stabilization of parts of the finished surface may be required to allow for all season truck travel to the dumping area. Use the same kind of material for stabilizing the fill surface as was used on the access road. An especially wet season may require additional measures such as metal or wooden mats, or dumping of the trucks and bulldozing the refuse into the trench. The final grade of the fill should provide for the drainage of rainfall. This is accomplished by grading flat

28

CEHCX133880

US_00034906



*Figure 20. Dragline bucket spreading and compacting refuse.*

valleys in the top of the fill parallel to the line of trenches; a slope of one foot to 100 feet, in two directions, is generally adequate.

## 23. Control of Blowing Paper

It is important to operate a sanitary fill without scattering paper. Various methods have been devised to assist in controlling this nuisance. Experience has shown the following to be effective:

*a.* By unloading trucks on the windward side of the fill site, lightweight material is blown into the trench (fig. 23) and not over the surface of the completed fill. Sometimes it is possible, under severe wind conditions, to route the collection trucks into the trench for unloading in a protected position.

*b.* Portable fences six or more feet high are especially effective in confining the blown paper to a small area (fig. 23). The fences are easily movable to the location where they are needed most.

*c.* It may be desirable, on occasion, to route the collection trucks to a hydrant near the fill site to wet down paper or other light nonputrescible materials before unloading. This method should be used with caution, to avoid creating a nuisance. Excessive use of water may result in difficult operations at the fill.

*d.* The most effective method of preventing scattering is by unloading the trucks rapidly. Hand unloading is a slow process and allows much more scattering of refuse materials than when the load is dumped rapidly as from a dump body.

## 24. High Water Table Operation

When operating a sanitary fill in low or swampy areas, operating difficulties are encountered which are not prevalent on higher,

CEHCX133881

US_00034907



*Figure 21. Section of trench covered at the end of the day.*



*Figure 22. Completed portion of fill site after finish grading.*

30

CEHCX133882

US_00034908



*Figure 23. Unloading to windward to minimize blowing of refuse.*

level sites.

*a. Tractor Operation.* Tractors with mounted excavating attachments can operate in water 3 feet deep where the soil will support the weight of the tractor.

*b. Dragline Operation.* On sites where the water table is at or near the surface, dragline operation is not materially affected, if the soil can support the weight of the machine. If necessary, mats can be used for the dragline until a supporting roadway can be constructed. Earth for the roadway can be obtained by excavating the trenches deeper (fig. 24). Operate the fill in the normal manner after the roadway has been constructed and stabilized. The dragline can operate efficiently from the high ground.

*c. Water in Trenches.* Construct an earth dam across the trench to keep water from one section draining into another section of the trench (fig. 25). This will confine the refuse to the section of trench being operated and will also facilitate covering and compacting.

## 25. Cold-Weather Operation

Operation of the sanitary fill becomes more difficult in extreme cold climates or where the frost penetrates the ground two feet or more. Operations can be satisfactory if plans and preparations are made before the freeze starts. Usually, there will be less difficulty in excavating with the dragline than with a tractor and excavating attachments.

CEHCX133883

US_00034909



*Figure 24. Roadway built into swamp to permit use of dragline for operating fill.*



*Figure 25. Water confined to each section of trench by a dam.*

CEHCX133884

US_00034910

*a. Cover Material.* Excavate the trench in advance of actual needs, making a liberal allowance for any contingency or increase in refuse materials. Stockpile the cover material loosely where it can be handled conveniently. In the most severe climate, the stockpiled cover material may require a covering of leaves, hay, or straw to retard frost penetration. If the cover material becomes too difficult to place, a thin layer to seal the trench will be sufficient until after the first thaw when the full two feet can be placed.

*b. Equipment Operation.* If required, shelter with heat should be provided for the equipment to assure starting the engine. Grousers on the tractor will assist in negotiating the hard ground. Provide a heated cab for the tractor operator.

## 26. Completing the Fill

The completed sanitary fill will be comparatively flat except for the gradual slope established to provide drainage of rainfall.

*a. Completing the Fill Site.* Excavate the last trench deeper than the others to provide the necessary cover for the last two trenches and the ramp to the original ground level. If the difference in grade between the top of the fill and the original ground level is great, start the ramp back as far as necessary. This slope should be gradual to reduce the possibilities of erosion and exposure of the refuse. Before moving to another site, a final grading of entire fill, or that used within the past year, should be made to correct depressions and cracks caused by uneven settling.

*b. Vegetative Covering.* Completed portions of a sanitary fill are bare of vegetation, are generally sources of dust or mud, and are subject to erosion. Provide a vegetative covering (fig. 26) on completed sections and trenches of the fill except where trucks are operating. The grounds maintenance supervisor will direct this phase of the sanitary fill operation.

*c. Maintenance of Completed Fill.* As much as 10 to 15 percent settlement will take place in a well compacted sanitary fill during the first year after completion. Uneven settlement takes place because of the variation in materials, compaction, and depth of fill and cover placed during the active operation. A maintenance program will be established for the first several years to periodically inspect the completed sanitary fill and make corrections where indicated.



*Figure 26. Centrally located sanitary fill after operations have been completed.*

CEHCX133885

US_00034911

# SECTION IV

# INCINERATION

## 27. General

Incineration is a satisfactory method used at many installations for disposal of garbage and combustible rubbish. This section describes procedures for efficient operation and maintenance of the types and sizes of incinerators suitable for disposal of general refuse generated. The construction and operating costs of incinerators are higher than for sanitary fills.

## 28. Safety Measures

The following measures must be enforced to overcome the inherent hazards in the operation of an incinerator:

*a. Flammable Materials.* Never charge explosive or highly flammable materials into an incinerator. Do not permit delivery of gasoline, oils, asphalt or tar, live ammunition, or other hazardous materials, or storage of these materials, near the incinerator or the incinerator building. Report any violations to the proper authorities.

*b. Guardrails.* Maintain in good condition guardrails around all top charging openings. Keep personnel outside the guardrail during charging and other times when the charging openings are uncovered (fig. 27).

*c. Face Masks.* Provide plastic face masks of an approved type to operators who require them.

*d. Fire Extinguishers.* Provide adequate fire extinguishers in good working order in the incinerator building at all times.

*e. Servicing Equipment.* Have mechanical and electrical equipment, motors, and wiring serviced by competent mechanics. Do not allow incinerator operators to perform these tasks.

*f. Chimney Screens.* Place ¾-inch wire mesh screen over the top of the chimney to confine sparks and fly-ash.

*g. Unauthorized Personnel.* Do not permit unauthorized personnel inside the incinerator building for any purpose. This also applies to collection personnel unless they have been previously instructed in safe conduct within the incinerator inclosure.

## 29. Incinerator Capacities

Incineration plants are usually rated on the number of tons of combustible materials they will burn during one day. The true burning capacity of an incinerator is its ability to receive and burn combustibles in one hour within proper temperature limits.

*a. Design Factors.* The hourly capacity of an incinerator is limited by the following factors:

(1) Grate and hearth areas.
(2) Firing chamber volume.
(3) Combustion chamber volume.
(4) Size of opening in bridge wall and target wall, and size of flue connection.
(5) Ash pit volume.
(6) Chimney height and area.

*b. Other Factors.*

(1) Average daily waste estimates are sometimes used to determine the required capacity, especially in a new installation. Actual wastes, as determined by a survey of weights and composition, will give accurate information on which to base the required capacity.

(2) Twenty-five percent excess capacity should be provided over the estimated hourly requirement to allow for irregularity in the delivery of refuse to the incinerator.

(3) A capacity allowance for troop expansion is not required, because the incinerator can be operated for an additional period or second shift during the day to handle the increased quantity of refuse.

(4) Little or no economy will result in designing special incinerators, or sizes intermediate between those adopted by the Chief of Engineers as standard (rubbish in 5-and 10-ton sizes, and garbage in 3-, 5-, and 10-ton sizes).

(5) Recommended hourly burning rates for these incinerators are:

| Rating | Hourly capacity |
| --- | --- |
| 3 tons in eight hours | 900 pounds per hour |
| 5 tons in eight hours | 1500 pounds per hour |
| 10 tons in eight hours | 3000 pounds per hour |

34

CEHCX133886

US_00034912



*Figure 27. Guardrails.*

## 30. Incinerator Identification

Many of the older Army incinerators were built under standard War Department designs and became known as "US Standard" incinerators. Many companies building incinerators also call their designs "Standard." In order to eliminate any misunderstanding, Army designed incinerators are no longer designated as "Standard." Army incinerators are now identified by type, with the following characteristics:

*a. Type I.* This is a general purpose incinerator and will satisfy most of the present-day needs for an incinerator at installations (fig. 28). It will burn all combustible rubbish, or by proper control of the damper will burn a mixture of 65 percent dry combustible rubbish and 35 percent wet garbage by weight. Type I incinerators may have one or two charging openings, or a chargnig hood.

*b. Type II.* A type II incinerator will burn a mixture of 35 percent dry combustible rubbish and 65 percent wet garbage without auxiliary fuel. This type is not designed to withstand the high release of heat resulting from burning all dry combustible rubbish. A type II incinerator should be specified where it has been determined that a type I incinerator is not suitable.

*c. Type III.* A type III incinerator is primarily a dry combustible rubbish or trash burner. It should be specified only when the refuse contains less than 15 percent moisture and when economy will result in its use over that of a type I incinerator. A type III incinerator usually requires a special design for particular disposal problems.

## 31. Incinerator Operation

*a. Control of the Fire.* The incinerator is controlled by the furnace doors, the damper,

CEHCX133887

US_00034913



*Figure 28. Typical Type I incinerator.*

forced draft and auxiliary fuel, and the rate of charging refuse.

(1) *Doors.* Keep combustion doors closed. Keep stoking and fire doors closed except during stoking. Keep charging-chute covers closed except during charging. Open and close doors and covers carefully to avoid loosening the refractory linings.

*Caution:* Be sure charging chutes are closed before opening stoking or fire doors and that forced draft is not in operation.

(2) *Damper.* Adjust damper to meet burning requirements. Open the damper just enough to allow free burning without back-puffing or smoking in the combustion chamber; but not so wide that a runaway fire results. Close the damper part way to retain the heat in the furnace when burning wet refuse.

(3) *Forced draft.* Use forced draft and auxiliary fuel (oil or gas burner) only for extremely wet refuse with a small amount of dry combustibles; keep all doors and chute covers closed while using forced draft.

(4) *Charging rate.* Charge refuse into the incinerator in accordance with the recommended hourly rated capacity (par. 29*b*(5)).

*b. Charts, Signs, and Records.*

(1) *Charts and Signs.* The following charts and signs help operating personnel familiarize themselves with correct incinerator practices.

(*a*) *Incinerator operating chart.* Post an incinerator operating chart for ready reference of the stoker and charger (fig. 29). Specific operating instructions, supplied by the incinerator constructor, will be displayed in the same prominent location.

(*b*) *Safety notices.* Place appropriate safety warnings in all hazardous areas.

*Example:* Place the sign KEEP OUT on the guardrails around the charging openings.

36

CEHCX133888

US_00034914



*Figure 29. Type I incinerator operating chart (cut away diagram).*

## NOTICE
## COLLECTION CREWS

1. Do not unload and charge refuse into incinerator without supervision of chief operator.

2. Do not unload GASOLINE, OIL, CLEANING FLUIDS, and EXPLOSIVES from trucks at the incinerator.

3. CANS, BOTTLES, WATERY GARBAGE, SALVABLE PAPER, CARTONS, BOXES, and the like will not be accepted for incineration.

4. Do not dump surgical waste on the floor. The chief operator must put it into the incinerator immediately.

5. Do not unload refuse after incinerator operator is gone.

6. Trucks must leave promptly after unloading.

7. Do not remove unloading tools belonging at incinerator building.

*Figure 30. Notice, collection crews.*

(c) *Notice to collection crews.* Place a "Notice, Collection Crews" sign (fig. 30) in full view of collection truck drivers and helpers approaching the unloading platform.

(d) *Salvage program.* Post a copy of the installation salvage regulations (par. 9a (2)) where it is available to incinerator operating personnel as well as collection crews, as a reminder of what materials will be delivered to the salvage yard.

(e) *Cleaning schedule.* Develop and post a schedule showing the frequency for inspecting and cleaning each component of the incinerator (refractories, iron castings, ash pit, fire and combustion chambers, chimney base, floors, sumps, drains, etc.).

(2) *Records.* Keep a chronological log of inspection dates and descriptions of all repairs made. Record each day, the number of cubic yards of each kind of refuse incinerated.

c. *Unsuitable Materials.* Some materials are unsuitable for incineration, because they would cause damage to the incinerator. Where refuse is disposed of by incineration, installation regu-

lations will specify the various segregations of refuse. The following materials not suitable for incineration will be rejected by the operators and the proper authority notified.

(1) *Hazardous refuse.* Reject all hazardous refuse of the types described in paragraph 28 *a.* Fine dust, flour, and powdered sawdust are also potentially hazardous when charged into the incinerator in large compact quantities. If care is exercised, they can be charged safely in small quantities.

(2) *Noncombustibles.* Metal, glass, ashes, and the like do not burn readily at normal incinerator temperatures. They form a slag, foul the grates, increase stoking requirements, reduce burning capacity, and finally must be removed from the furnace. Small quantities of tin cans and wire bindings will not materially affect incineration; operations should not be delayed to sort them out.

(3) *Excessive moisture.* Refuse containing a high percentage of liquid should be rejected. Excessive liquid will slow combustion and damage hot refractories and castings.

38

CEHCX133890

US_00034916

(4) *Lumber.* Burning lumber releases more than four times as much heat as ordinary combustible rubbish. Heavy construction lumber and crating should not be charged in large quantities into a type I or type II incinerator. Type III or an industrial destructor can be designed to incinerate this material.

*d. Labor Schedules.* Trained personnel are essential for efficient incinerator operation. If experienced operators are not available, training will be given under supervision of the chief operator. Common labor duties can be performed by less experienced personnel.

(1) *One-shift operation.* Many incinerators have sufficient capacity to burn all suitable refuse within one 8-hour working day. One operator can perform all the work at a small incinerator. This includes cleaning the incinerator before firing in the morning and cleaning the building and trimming the fire before closing in the afternoon. The operator's working hours should be coordinated with the the collection time to permit him to incinerate all the refuse and complete his duties within the normal working day. Larger incinerators may require more than one operator.

(2) *Staggered-hours operation.* Some incinerators have insufficient capacity to burn all refuse delivered in an 8-hour working day. To provide proper refuse disposal, the incinerator must be operated longer than 8 hours. Plan the operators' schedules to provide for morning cleaning of the incinerator before deliveries of refuse start, and also for late afternoon burning until all refuse has been charged, the fire trimmed, and building cleaned. Staggering the working hours permits operation of the incinerator for a period longer than 8 hours, without requiring a full second shift of operators. It also provides for adequate operating personnel during the peak hours of the day when the refuse is being collected and delivered to the incinerator.

(3) *Refuse deliveries.* Scheduling deliveries of refuse evenly throughout the day smooths disposal operations, the unloading platform or pit is not congested or full, and the incinerator is neither overloaded nor operating at fractional capacity. Coordinate labor shifts with collection and delivery schedules.

*e. Placing Incinerators in Service.*

(1) Before starting regular operation with a new incinerator or one which has been out of service for major repairs, heat gradually for at least 3 days to dry out the unit. Start a small coal or wood fire over a small area of the grate, gradually increasing the fire over the 3-day period until the entire grate is covered and the temperature of the furnace has been brought up to approximately 1,500°. This will prevent cracking of the refractory and brickwork.

(2) Each morning after cleaning and before refuse deliveries start, warm up the incinerator for at least one-half hour, with a small wood fire. Do not use forced draft during the warmup period.

*Caution:* Do not use gasoline, kerosene, or other highly flammable material to kindle the fire.

*f. Incinerator Temperatures.* Efficient operation results in burning more refuse each day with less labor and fewer repairs. Avoid high or low temperatures and a rapid fluctuation of temperatures (fig. 31).

(1) *Temperature range.* In full operation, the temperatures in the combustion chamber range from 1,400° to a maximum of 2,000° F. All combustible materials and odorous gases are consumed at an optimum temperature of 1,600° F. Prolonged higher temperatures damage refractories and castings. Fluctuations in temperatures cause the cement joints between the firebricks to break down, allowing sections of refractory to fall out, especially in the arch and hanging walls.

(2) *Pyrometers.* Pyrometers are instruments for measuring temperatures.

CEHCX133891

US_00034917



*Figure 31. Graphs of incinerator temperatures (readings taken with a pyrometer).*

Some are portable; others are permanently installed. Some are equipped with lights or audible sounding devices to warn of high or low temperatures. Recording pyrometers are also available. An incinerator which burns a continuously heavy load will be equipped with a permanent type pyrometer (fig. 32).

*g. Charging.* Break up boxes, cartons, and crates to a size which will fall through the charging chute. Charge materials in quantities large enough to eliminate frequent opening of the charging chute, and in accordance with the rated capacity. Charge wet refuse onto the rear of the hearth to a level of not over 8 inches at a time. Charge materials in quantities which will rise no higher than the level of the top of the bridge wall (fig. 33). Keep firebox only about half full and the passage to the combustion chamber free of any obstruction. Charge surgical waste directly from the container in which delivered to the incinerator and only when the fire is very hot and brisk.

AGO 6750A

CEHCX133892

US_00034918





*Figure 33. Correct charging level in fire chamber.*

*a. Morning Cleaning.* Every morning before firing, clean the firebox, combustion chamber, refractory walls, grates, and ashpit. Brush down the walls and floors and remove all ash from the firebox and combustion chamber; remove incombustibles, slag, and clinkers from the hearth and grates; and clean out the ashpit.

*b. Noon Cleaning.* During the noon hour slack period, remove as much incombustible material as possible from the firebox.

*c. Evening Cleaning.* The last operator on duty cleans up all trash from platforms, floors, and immediate vicinity of the building and places it in the incinerator. He will also place a limited amount of scrap wood at a distance from charging openings for starting the next day's fire.

*d. General Cleaning.*

(1) Wash floors daily and remove grease with an approved solvent; also, police the grounds surrounding the incinerator building daily.

(2) At least on a weekly schedule, clean ashes from the base of the chimney and the flue connection; clean grease from all sumps and floor drains.

CEHCX133893

US_00034919



*Figure 32. Pyrometer permanently installed.*

*Caution:* Keep outside the guardrail. Keep refuse piles at least 3 feet away from the charging chute when covers are open. Do not stand directly over the chute while it is open.

*h. Stoking.* Frequent stoking is necessary to free the grates and loosen materials to permit air circulation for proper burning. Wet material which is placed on the hearth for drying is moved by frequent stoking toward the flat grate for complete burning. Do not pry on door jambs with stoking tools. Toward the close of the day, free the grate bars as much as possible and move the unburned refuse to the flat grate area. Adjust the damper and ashpit doors to assure complete burning out of the fire without additional attention.

*Caution:* Do not stand directly in front while opening fire door or stoking door. Cold air will explode bottles near the opening and may cause injury to personnel.

## 32. Cleaning the Incinerator

Regular and thorough cleaning of the incinerator increases operating efficiency and reduces maintenance.

42

CEHCX133894

US_00034920

## 33. Maintenance and Repair

The useful life of an incinerator is lengthened and efficiency kept at a high level if inspections and repairs are made regularly and promptly. Figure 34 shows use of various materials to repair different parts of the incinerator. Small quantities of the more common types will be kept on hand. Operators often can make minor repairs. Major repairs require skilled specialists.

*a. Refractories.* Refractories fail due to high temperatures, rapid fluctuations of temperatures, moisture on hot surfaces, slagging, and tool abrasions. Inspect refractories at least once a month and make necessary repairs. Prompt repair of minor failures often forestalls major repairs. Failures usually begin around openings or at a change in contour such as the arch and hanging walls. Refractory linings are loosened when doors and covers are opened and closed carelessly.

*b. Castings.* Doors and covers warp and fracture when exposed to heat. The refractory linings protect these metal parts against the direct heat from the incinerator. Exposed metal surfaces require periodic painting to prevent corrosion.

*c. Electrical and Mechanical Equipment.* Gages, meters, motors, pumps, auxiliary burners, and fans will be inspected and maintained by competent mechanics. Incinerator operators will not attempt these repairs.

*d. Chimney and Footings.* Settlement of footings will cause cracks to develop in the masonry structures. These failures generally require extensive repairs and rebuilds which should be made by outside experts.

*e. Incinerator Inclosure.* The building housing the incinerator, the unloading platform, and the approach ramp are maintained by the building and structures personnel. Incinerators constructed without due consideration for unloading all types of collection vehicles will require modification of platform height, unloading door size, and charging floor capacity to accommodate the modern compaction-type and multiple-container-type collection vehicles. Provide adequate cover for the dumped refuse to protect it from rain, snow, and wind, prior to charging it into the incinerator. Consideration should be given to housing the incinerator in noncombustible construction.

CEHCX133895

US_00034921



PLAN SECTION THROUGH FIRING & STOKING DOORS

CEHCX133896
US_00034922

CEHCX1338897

US_00034923



*Figure 34. Details of incinerator repairs.*

# SECTION V
# MISCELLANEOUS DISPOSAL METHODS

## 34. General

Depots, arsenals, and small or temporary installations pose different problems from troop housing and training installations with respect to disposal of the waste materials generated.

a. Depots and arsenals generate large amounts of discarded crating, scrap lumber, rubbish, and industrial combustible wastes. Garbage resulting from housing the population is a small part of the total refuse in comparison to that resulting from the mission operations. The large amount of combustible refuse is the chief consideration in selecting a suitable disposal method. Sanitary fills are ordinarily not practical because of lack of space. Incinerators or industrial destructors of adequate capacity are usually too costly. Burning pits best suit the special conditions.

b. At small or temporary installations, it is usually impractical to provide conventional-type refuse disposal facilities. Temporary incinerators constructed from airplane landing mat, local materials or oil drums are sometimes used. Many such installations use the burn-and-cover method when other facilities are not available.

## 35. Burning Pits

Burning pits are suitable for disposing of large quantities of combustible refuse, even though they may require a supplemental dump for disposing of the ash and incombustible rubbish. The construction and method of operating burning pits must be approved by agencies responsible for fire and safety protection, because of the potential hazards involved. Burning pits must be located so that resulting smoke, fumes, odors, and blowing ash will not interfere with any installation operation or create a nuisance or health hazard which may jeopardize the well-being of installation personnel.

a. *Masonry Pits.* The pits may be either round or rectangular and from 4 to 8 feet deep. The sidewalls are masonry and vertical; the bottom is of masonry or earth, depending on whether the ash is to be buried in place or removed to a regulated dump. Pits where the ash is to be buried in place may be deeper than

8 feet. The facility should include four or five compartments separated by masonry partitions. Each compartment should have a substantial bumper block placed at the unloading edge to prevent trucks from backing into the pit. Unload material into one compartment at a time. Never back up to or unload a truck into a pit which is burning; use another compartment. Do not dump loose garbage; place it in a box or carton and toss it onto a brisk fire. Clean out the pit weekly and place unburned garbage onto the fire in another compartment to complete burning.

b. *Earthen Pits.* Earthen pits can be constructed either below or at grade, depending on the terrain and water table of the site (fig. 35). Construction of a revetment with two horseshoe-shaped cells is suggested. This permits using each cell alternately for dumping and burning. For safety reasons, do not unload a truck onto a fire. Use the other cell. Each day, move the unburned garbage onto the fire in the other compartment to complete burning. If the area of the pit is ample, level off the ashes periodically and cover the noncombustibles. Where the area is not sufficient, remove ashes and noncombustibles and place them in a regulated dump.

## 36. Burn-and-Cover Method

a. When it is impractical or uneconomical to use other approved methods, including an arrangement with a private or municipal off-post facility, the burn-and-cover method is used for disposing of domestic-type refuse. A desirable location for this facility is at the foot of a knoll if the site is approved by the local fire prevention agency (fig. 36).

b. Dig a trench about 2 to 3 feet deep, 2 feet or more wide, and at least 15 feet long. Pile the excavated earth in a windrow opposite the dumping side. Dump refuse into the trench at the high end if the trench is on a slope and burn the accumulation daily. At least once each week consolidate the unburned material, noncombustibles, and ashes at the high end of the trench to a height of about 6 inches below the original grade. Backfill the filled part of the

CEHCX133898

US_00034924



*Figure 35. Two-celled earth revetment.*



**MOUND OF COVER EARTH**

**REFUSE AFTER BURNING AND COMPACTING IS BELOW GRADE**

**SPOIL BANK**

**EXCAVATED TRENCH 15' LONG 3' WIDE 2' DEEP**

*Figure 36. Burn-and-cover disposal.*

trench with the excavated earth to form a mound. This will provide sufficient cover to prevent serious erosion and uncovering of the refuse even after considerable settlement. Periodic surveillance of completed sites should be maintained to correct any deficiencies which may occur.

## 37. Regulated Dump

A regulated dump is used to dispose of noncombustible rubbish, debris such as large stumps and pieces of masonry, ashes, and residue from an incinerator. Do not use it for disposal of combustible material which can be burned in the incinerator, or garbage and rubbish which can be disposed of in the sanitary fill. A regulated dump is established as an engineering project and maintained in an orderly manner (fig .37).

a. A 4-foot depth of waste material utilizes space economically and is easy to maintain. A deeper face may be desirable where the water table is shallow or a side-hill face is chosen as the site for the dump. Limit the working face of

CEHCX133899

US_00034925



*Figure 37. Properly controlled regulated dump.*

the dump to as small an area as possible.

*b.* Consolidate the waste material periodically and cover the completed area with a 12-inch covering of earth or ashes. Back the trucks over the completed surface of the dump and unload over the edge. Truck operation over the dumped material will assist in compaction. Maintain the dump for all-weather truck operation. Maintain drainage to reduce erosion and uncovering of the waste material.

## 38. Garbage Grinders

*a.* Refuse materials suitable for grinders constitute not over 10 percent of the total refuse normally generated. Refuse collection service for the materials which cannot be ground is required. Where garbage grinders are used (AR 420-55), putrescible materials which are ground and discharged into the sewer may affect the frequency for collecting other kinds of refuse.

*b.* Operation of central garbage grinders where truck collected garbage is ground prior to discharge into the sewage treatment plant is as follows:

(1) *Operation.* Separate garbage from metal, glass, and rubbish. Feed garbage into the grinder within limits of the rated hourly capacity. During operation, water flows through the grinder flushing the ground garbage into the sewer. Sufficient water must be used to assure that the plumbing is cleared of the ground garbage.

(2) *Cleaning.* Clean grinder parts thoroughly and regularly in accordance with the manufacturer's instructions. Thoroughly wash and scrub floors and walls of the central grinder building daily, using hot water and soap. Because of the putrescible nature of the material which is handled in a garbage grinder, a high standard of sanitation must be maintained to prevent a health and nuisance hazard.

## 39. Composting

Composting has not proven satisfactory or economical; therefore, composting is not an approved method for refuse disposal.

48

CEHCX133900

US_00034926

## 40. Receptacle Stands

Suitable stands for refuse receptacles at pickup stations are essential for efficient and economical collection operations. Discarding units segregate refuse and police the pickup station. Adequate receptacle stands are an aid to good housekeeping. Scheduled spraying for control of insects and rodent control measures will be established as required (TM 5–632).

*a. Location.* Locate receptacle stands at established pickup stations only (par. 8*a*).

(1) *Can stands.* Stands for 32-gallon garbage cans are constructed in conjunction with the can washing facility at mess halls, service clubs, and exchanges. Because of the low loading height of compactor trucks, do not place these stands on porches or loading docks.

(2) *Multiple container stands.* Because of the height of multiple containers, they are more easily loaded when placed adjacent to a loading dock or platform and loaded through their top doors. Whenever possible, locate the receptacle stand for this kind of container in such a position (fig. 38).

*b. Size.* Build stands large enough to accommodate enough receptacles to meet installation requirements for segregation of materials.

*c. Design.* Concrete stands are easily cleaned, and seldom require maintenance (fig. 3). Wooden stands are not satisfactory at mess halls or other locations where food is dispensed. Existing wooden stands will be replaced with concrete stands whenever replacement or major repairs are required. On paved areas, construction of separate stands is not normally required. Do not inclose receptacle stands. Screened stands are difficult to keep clean and create a fly-breeding environment. In some instances, a shelter over the can stand may be desirable to protect the cans and contents from becoming wet during rainy weather. Stands need not be over 4 inches above grade.

## 41. Washing Facilities

*a. Can Washing.*

(1) Wash garbage cans after each emptying. Wash all other cans as often as necessary for sanitation. Garbage cans do not require sterilizing, but grease and food particles serve as a harborage or a source of food for insects and rodents and must be removed to prevent a health hazard. Central can washing has generally proven to be an uneconomical operation both in manpower and trucks required to haul cans to and from the messing facility and the can-washing plant. Individual can-washing facilities are authorized (AR 420–47) for construction for mess halls, restaurants, service clubs, and exchanges (fig. 39).

(2) Provide can-washing facility at a convenient location for use of kitchen personnel as well as collection crews, in accordance with the following criteria: a concrete washing pad not less than 6 feet by 6 feet in size, surrounded by a low raised curb to prevent overflow of wash water, and sloped to the central drain connecting to the sanitary sewer. Hot water (not to exceed 140° F.) may be piped to the washing pad where the kitchen has sufficient heated water to meet all normal kitchen needs and also can-washing needs. Standard plans have been prepared showing the can-washing pad in conjunction with the can storage stand.

*b. Multiple Container Washing.*

(1) Multiple containers cannot be satisfactorily cleaned by the using personnel at mess halls and like facilities. The multiple container cleaning facility should be centrally located on the route between the disposal facility and the source of refuse materials. Locate the facility where water and sewerage is conveniently available. Hot water facilitates cleaning. It may be more convenient to locate the cleaning facil-

CEHCX133901

US_00034927



*Figure 38. Multiple container located adjacent to loading dock.*

AGO 6750A

CEHCX133902

US_00034928



*Figure 39. Storage platform and can-washing pit at consolidated mess.*

*Figure 40. Multiple container washing facility*

CEHCX133903

US_00034929

ity at the disposal facility. At a sanitary fill a water source and steam jenny can be provided with the drainage directly into the trench of the fill. At an incinerator, water and sewerage is always available.

(2) Provide a concrete slab with proper drainage and of adequate size for the intended service and number of vehicles which may use the washing facility at the same time. Shelter for the washing facility is not required (fig. 40). Whether using hot or cold water, a booster pump to give high pressure will facilitate washing. Fittings to introduce liquid soap or detergent into the hose stream may be desirable. Containers are considered adequately cleaned when the food particles have been removed. They do not require sterilizing. Containers used for storage of putrescible materials should be scheduled for regular cleaning, other containers on an as-required basis.

(3) This same washing facility may also be used at the end of the day for washing the collection vehicles.

[AG 485 (18 Apr 58)]

By Order of *Wilber M. Brucker*, Secretary of the Army:

MAXWELL D. TAYLOR,
*General, United States Army,*
*Chief of Staff.*

Official:
HERBERT M. JONES,
*Major General, United States Army,*
*The Adjutant General.*

Distribution:
*Active Army:*
ASA (3)
Technical Stf, DA (5) except
CofEngrs (50), CofT (1)
USCONARC (3)
OS Maj Comd (10)
OS Base Comd (5)
MDW (5)
Armies (20)
*NG:* None.
*USAR:* None.
For explanation of abbreviations used, see AR 320–50.

Instl (10)
USMA (2)
Svc Colleges (2)
Br Svc Sch (2) except
USAES (100)
Engr Fld Maint Shops (2)
Div Engr (5)
Engr Dist (5)

CEHCX133904

US_00034930