# EXHIBIT 3

INFORMATIONAL COPY ONLY

MANUALS—CORPS
OF ENGINEERS
U. S. ARMY

**EM 385–1–1**

**13 MARCH 1958**

S/S by
EM 385-1-1
1 Mar 1967

# SAFETY

# GENERAL SAFETY REQUIREMENTS



UG
23
.C3
EM 385-
1-1
1958

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# DEPARTMENT OF THE ARMY
# CORPS OF ENGINEERS
# UNITED STATES ARMY

Approved by the Chief of Engineers
16 December 1941
Revised 1958

# GENERAL SAFETY
# REQUIREMENTS



PROPERTY OF THE U.S. ARMY
OFFICE OF THE CHIEF OF ENGINEERS

United States

Government Printing Office

Washington : 1958

For sale by the Superintendent of Documents, U. S. Government
Printing Office, Washington 25, D. C.
Price 60 cents

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

# SAFETY

## General Safety Requirements

1. *Purpose and Scope.* This manual establishes the General Safety Requirements for all Corps of Engineer activities and operations. Application is mandatory to all missions under command of the Chief of Engineers.

2. *References.* a. AR 385 Series.

b. ER 385 Series.

c. EM 385 Series.

d. ER 1180–345–07.

e. EM 1180–1–16.

3. *Rescissions.* a. Safety Requirements approved by the Chief of Engineers 16 December 1941, revised 1951.

b. Multiple Letter, ENGWS, 19 November 1954, subject: Operation of Motorboats.

c. Multiple Letter, ENGWS, 23 February 1956, subject: Amendments of "Safety Requirements"—Powder Actuated Tools.

d. Paragraph 2009.12, O & R (EM 385–1–26)

4. *General.* a. Pertinent provisions of this manual will be applied to all work under jurisdiction of the Corps of Engineers, both military and civil, and whether accomplished by military, civilian or contractor forces. The term "pertinent provisions" is defined as those provisions which are applicable to the situation at hand.

b. In circumstances where literal application of a requirement to a specific job has impractical aspects, Division Engineers, District Engineers and Commanding Officers of separate installations and activities are authorized to approve an adaptation which meets the obvious intent of the requirement.

E. C. ITSCHNER
Major General, USA
Chief of Engineers

ii

# CONTENTS

Purpose and Scope

| | | Page |
|---|---|---|
| Purpose and Scope | | ii |
| **GENERAL SUBJECTS** | | |
| Section I. | Job Instruction | 1 |
| II. | Drinking Water | 1 |
| III. | Toilet and Washing Facilities | 2 |
| IV. | Medical Facilities | 3 |
| | First Aid Kits | 3 |
| | First Aid Station | 4 |
| | Infirmary | 5 |
| | Personnel, Qualifications, and Duties | 5 |
| | Miscellaneous Provisions | 6 |
| V. | Eating Facilities | 6 |
| VI. | Physical Qualifications of Employees | 6 |
| VII. | Personal Protective Apparel, Clothing, and Safety Equipment | 7 |
| | General | 9 |
| | Life Preservers | 10 |
| | Ring Buoys and Water Lights | 11 |
| | Lifesaving or Safety Skiffs | 11 |
| | Diving Equipment | 12 |
| VIII. | Poisonous and Harmful Substances | 12 |
| | General | 12 |
| | Hot Substances | 14 |
| | Insects — Vermin — Snakes — Rodents | 15 |
| | Poisonous Plants | 15 |
| | Herbicides | 16 |
| | Radioolgical Safety | 16 |
| | Tanks (Leaded Materials) | 19 |
| IX. | Lighting | 19 |
| X. | Signals, Warning Signs, and Signalmen | 20 |
| | Signals | 20 |
| | Signalmen | 20 |
| | Signs | 20 |

iii

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

**Section XI.** Materials Handling, Storage, and Disposal — 22

General — 22
Lumber — 23
Cement and Lime — 23
Brick — 23
Floor, Wall, and Partition Blocks — 24
Reinforcing and Structural Steel — 24
Pipe — 24
Sand, Gravel, and Crushed Stone — 24
Round Wood Piling or Poles — 24
Housekeeping — 25
Disposal of Waste Material — 25

**XII.** Fire Prevention — 25

General — 25
Cleanup and Housekeeping — 26
Arrangements — 27
Heating Devices and Systems — 27
Flammable Liquids — 28
Paints and Painting (Flammable) — 31
Miscellaneous — 32
Burning Areas — 33

**XIII.** Fire Protection — 33

First Aid Fire Protection — 33
Fire Patrols — 34
Water Supply and Distribution — 34
Mobile and Installed Fire Fighting Facilities — 35
Fire Alarm Devices — 35
Fire Fighting Organizations, Training, and Drilling — 35
Evacuation Facilities — 35
Miscellaneous — 36

**XIV.** Electric and Gas Welding and Cutting — 36

General — 36
Gas Welding and Cutting — 37
Arc Welding and Cutting — 38

**XV.** Electrical Wire and Apparatus — 38

Equipment — 38
Personnel — 44

**Section XVI.** Hand Tools and Portable Power Tools — 44

General — 44
Grinding Tools — 45
Power Saws — 46
Pneumatic Tools — 46
Powder-Actuated Tools — 46

**XVII.** Ropes, Cables, and Chains — 49

General — 49
Slings — 49
Wire Rope — 49
Chains — 51
Fiber Rope — 51

**XVIII.** Machinery and Mechanized Equipment — 52

Inspection and Testing — 52
Operation — 53
Guarding and Safety Devices — 54
Repairs and Maintenance — 56
Cranes, Hoists, Derricks, Draglines, and Power Shovels — 56
Material Hoists and Towers — 57
Passenger and Freight Elevators — 58
Pile Drivers — 58
Woodworking Machinery — 59
Railroad Locomotives and Equipment — 60
Conveyors, Cableways, and Related Equipment — 60
Motor Vehicles — 61
General — 62
Inspection — 62
Equipment — 63
Operating Rules — 65
Transportation of Personnel — 67
Fueling — 68
Loading — 68
Aircraft — 68

**XIX.** Pressure Vessels — 69

General — 69
Fired Pressure Vessels — 70
Unfired Pressure Vessels — 71
Compressed Gas Cylinders — 71

iv

v

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

**Section XX.** Ramps, Runways, Platforms, and Scaffolds ___ 73
General ___ 73
Construction ___ 74
Guarding ___ 78
Roofing Devices and Practices ___ 79
Stairways ___ 79
Swinging Scaffolds, Platforms, Boatswains' Chairs, and Scaffold Machines ___ 80
Ladders ___ 81
**XXI.** Excavations ___ 82
**XXII.** Blasting ___ 84
General ___ 84
Transportation of Explosives ___ 86
Handling of Explosives ___ 88
Storage of Explosives ___ 89
Drilling ___ 93
Loading ___ 93
Wiring ___ 94
Firing ___ 95
Inspection After Blasting ___ 96
Misfires ___ 96
**XXIII.** Floating Plant and Marine Locations ___ 97
Inspection, Equipment, and Certification ___ 97
Accessways and Passageways ___ 98
Miscellaneous ___ 99
Launches and Motorboats ___ 99
Drills ___ 101
Skiffs ___ 102

## PLATES

**Plate 1.** Required Shades for Filter Lenses and Glasses ___ 103
2. Threshold Limit Values for Atmospheric Contaminants ___ 104
3. Table of Minimum Foot-Candles Required for Lighting ___ 114

**Plate 4.** Minimum Requirements for Trench Timbering ___ 116
5. Ropes, Cables, and Chains ___ 118
6. Hoists ___ 125
7. Weights of Common Materials ___ 126
8. Characteristics of Truck-Mounted Cranes ___ 128
9. Characteristics of Truck-Mounted Cranes (Diagram) ___ 132
10. Characteristics of Crawler-Mounted Cranes ___ 134
11. Characteristics of Crawler-Mounted Cranes (Diagram) ___ 138
12. Stairs and Ramps and Ladders ___ 139
13. Position of Walers Before Placing Sheet Piling for Shoring Trenches ___ 145
14. Illustrating Completion of First Depth in Trench Shoring ___ 146
15. Trench Shoring Completed for Full Depth, Single Length of Sheeting ___ 147
16. Method of Shoring Trench Using Two Lengths of Sheeting ___ 148
17. Substituting Trench Jacks for Cross Braces Used in Trench Shoring ___ 149
18. Illustrating Trench Jacks Used to Brace Horizontal and Vertical Planks Bearing Against Hard Compact Material ___ 150
19. Typical Inclosure Guard ___ 151
20. Construction of Double Pole or Independent Scaffold ___ 152
21. Illustrating Diagonal Bracing on Double Pole Scaffold ___ 153
22. Illustration of Corner Construction of Single Pole Scaffold ___ 154
23. Construction of Outrigger Scaffold with Guardrail and Toeboard ___ 155
24. Illustrating Maximum Height of Horse Scaffold ___ 156
25. Showing Construction of the Square or Frame Scaffold ___ 157

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

Plate 26. Swinging Scaffolds, Ladder Platform Type and Boatswain's Chair_____ 158

27. Portable "Toothpick" Scaffolds Used on Roof Trusses Illustrating Use of Lifeline__ 159

28. Carpenter's Portable Bracket, Ladder Jack, Window Jack, and Hinged Frame Horse__ 160

29. Needle Beam Scaffold with Fastenings_____ 161

30. Single Rung Type Ladder_____ 162

31. Portable Single Cleat Ladder_____ 163

32. General Types of Knots and Hitches Used in Construction_____ 164

33. Wind Velocity in M. P. H._____ 165

34. Properties of Dressed Timber_____ 166

35. Allowable Loads and Sizes of Common Wire Nails and Spikes_____ 168

36. Properties of Manila and Sisal Rope and Breaking Strength of Wire Hoisting Rope_____ 170

37. Tables of Useful Information_____ 172

### APPENDIXES

Appendix A. ASTM Standards for Tests of Linemen's Equipment_____ 184

B. Transportation of Explosives and Other Dangerous Articles_____ 185

C. Specific Precautions Relating to the Entering of Tanks Which Have Contained Leaded Gasoline_____ 187

D. Hand Signals for Shovel-Crane Operation_____ 189

E. Project Construction and Maintenance Signs_____ 191

F. Fire Extinguisher Data_____ 194

G. Tank Cleaner's Check Sheet_____ 207

H. Accident Prevention Article of Contracts 1 December 1957_____ 211

I. Reference Material_____ 213

# Section I

## JOB INSTRUCTION

1–1. Each employee shall be provided initial indoctrination and such continuing instruction as will enable him to conduct his work in a safe manner.

1–2. Initial indoctrination shall include instructions on reporting of all accidents and availability of medical facilities.

1–3. A minimum of one five-minute "on the job" or "tool box" safety meeting shall be conducted each week by all field supervisors or foremen on construction projects.

# Section II

## DRINKING WATER

2–1. Drinking water shall be supplied from sources approved by Federal, State, or local health authorities.

2–2. Drinking water shall be dispensed by means which prevent contamination between source and the consumer.

2–3. All outlets dispensing nonpotable water will be conspicuously posted as providing water unfit for drinking.

2–4. All fountain type dispensers shall be equipped with a guarded orifice.

2–5. The use of drinking vessels such as cups or glasses by more than one individual is prohibited unless the vessels are sterilized between uses. A covered metal receptacle shall be provided for disposal of paper drinking cups.

2–6. In an emergency where water is obtained from an unapproved source, the water shall be clarified by sedimentation or filtration and then chemically* treated to provide a residual chlorine content of three-tenths to five-tenths parts per million or boiled for 10 minutes.

*The addition of 1 gram of fresh calcium hypochlorite for each 36 gallons of water will normally provide the required residual chlorine content.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# Section III

# TOILET AND WASHING FACILITIES

3–1. Toilet facilities shall be provided in a number not less than the following:

a. Temporary—one for every 30 persons.

b. Permanent—

| Number of persons | Number of toilets |
|---|---|
| 1–9 | 1 |
| 10–24 | 2 |
| 25–49 | 3 |
| 50–74 | 4 |
| 75–100 | 5 |
| Over 100 | 5 plus 1 for each additional 30 persons. |

3–2. For male employees, urinals instead of toilets may be substituted in a ratio not exceeding one-third of the total required.

## TOILET FACILITIES—SANITARY REGULATIONS

3–3. At locations where sewerage facilities are not available necessitating the use of temporary toilets, such toilets shall be constructed over ground pits or separate containers (equipped with handles and tight fitting lids for servicing) with fly tight box. Each toilet shall be equipped with a metal urinal trough. Toilets shall be so constructed that the occupants thereof shall be shielded from view and protected against weather and falling objects. All cracks shall be sealed and the door shall be tight fitting and self closing. Seats shall be provided with hinged covers and be self closing. Seat boxes shall be vented to outside (minimum vent size 4″ inside diameter) with vent intake located 1 inch below seat. Toilets shall be lighted and ventilated and all windows and vents screened. Pit type toilets shall be treated with lime daily. Toilets shall be kept clean. Seats shall be scrubbed daily with soap and water and sterilized with an antiseptic solution twice a week. All toilets shall be so lo-

cated or constructed to keep surface water out of toilet pit. When pit is filled within two feet of ground surface it shall be abandoned and backfilled with earth and the location marked with a sign reading "Abandoned Latrine Pit."

3–4. Separate toilet facilities shall be provided for male and female employees.

## WASHING FACILITIES

3–5. On construction work such washing and bathing facilities shall be provided as necessary to maintain healthful and sanitary conditions for all employees.

3–6. For fixed installations, washing facilities in the ratio of one lavatory (or equivalent wash place) for each 10 employees or less up to 100 for one additional lavatory (wash place) for each 15 persons in excess of 100. Shower baths (or bath tubs) in the ratio of 1 for each 15 employees or less requiring such facilities. Laundry facilities shall be provided as required.

3–7. Each washing facility shall be maintained in a sanitary condition and provided with adequate hot and cold water, soap, individual towels of cloth or paper, and metal-covered receptacles for disposal of waste.

3–8. Separate washing facilities shall be provided for male and female employees.

# Section IV

# MEDICAL FACILITIES

## FIRST AID KITS

4–1. On all projects, activities, or installations on which less than 100 workers are employed (greatest total aggregate number of employees on a shift), 16-unit first aid kits shall be provided in the ratio of one for each 25 persons employed. The contents of the 16-unit kits shall be as follows or equivalent:

2 pkgs. compress bandage, 4″.

2 pkgs. compress bandage, 2″.

2 pkgs. adhesive compress, 1″.

1 pkg. triangular bandage, 40″.

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

2 pkgs. ointment for burns, or other approved burn treatment.

2 pkgs. iodine brushes or merthiolate.

1 pkg. ammonia inhalants.

1 pkg. gauge bandage, 4''.

1 pkg. paper cups.

1 pkg. tourniquet and forceps.

1 pkg. eye dressing packet.

4-2. At least one employee in each crew of two or more persons shall be qualified to administer first aid, and if in a snake-infested locality, be trained in the use of snake-bite kits.

4-3. Each crew working in areas where poisonous snakes are likely to be found, shall be equipped with a snake-bite kit. Each snake-bite kit shall contain the following or equivalent:

1 plunger-type suction syringe.

1 large suction cup for flat surfaces.

1 small round suction cup for small curved surfaces.

1 lancet sealed in glass, plastic or metal case.

3 ammonia inhalants.

3 iodine or merthiolate applicators.

1 tourniquet or constricting band.

3 one-inch adhesive compresses.

1 tube syringe lubricant.

## FIRST AID STATION

4-4. On all projects, activities, installations, or contracts on which more than 99 and less than 300 persons are employed (greatest aggregate number of employees on a shift) at the site of the work, a first aid station shall be established and fully equipped.

4-5. A qualified person* shall be on duty at all hours when work is in progress. First aid stations shall provide a minimum of 100 square feet of floor space with provisions for adequate light, heat, water, and ventilation. Walls and ceilings shall be painted white; the floor shall be of impervious construction.

*Either a nurse or doctor.

4

## INFIRMARY

4-6. On all projects, installations, activities, or contracts where the number of employees (greatest total aggregate number of employees on a shift) is from 299 to 1,000 persons, an equipped infirmary shall be provided and attended by a qualified person* during all hours of work. The infirmary shall be so constructed as to provide reasonable quiet, privacy, good ventilation, light and heat, adequate toilet facilities, hot and cold water, drainage, electrical outlets, and impervious floors (linoleum, concrete, or tile). Walls and ceilings shall be painted with two coats of white paint and windows and doors will be properly screened.

## PERSONNEL, QUALIFICATIONS, AND DUTIES

4-7. Full-time physicians. All projects, installations, activities, or contracts on which 1,000 persons or more (greatest total aggregate number of employees on a shift) are employed shall have the full time services of a physician.

4-8. Registered nurses. Registered nurses shall be assigned full time to each project or installation requiring an infirmary or dispensary.

4-9. First aid attendants. A first aid attendant shall be a person holding a current certificate in first aid issued either by the American Red Cross or the United States Bureau of Mines.

4-10. A daily record of all admittances to infirmaries and first aid stations shall be maintained, providing the following data. Copies will be furnished Government Representative in charge each week.

Date of admittance.

Date and time of injury.

Case number.

Name of patient.

Badge number (if any).

Occupation of patient.

Name of witness (if any).

Name of employer.

Name of foreman.

Description of accident (if any), and location.

Nature of injury or illness.

Treated by.

Treatment given.

*Either a nurse or doctor.

5

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

## MISCELLANEOUS PROVISIONS

4-11. Adequate means of communications and transportation to effectively care for disabled workers shall be provided.

4-12. Adequate identification and directional markers shall be provided to readily denote location of all first aid stations and infirmaries.

4-13. Emergency lighting shall be provided for all first aid stations and infirmaries.

4-14. Expansion of or additional first aid stations and infirmaries shall be required in such proportions or locations as justified by the nature or location of the work.

## Section V

## EATING FACILIITIES

5-1. All cafeterias, restaurants, and related establishments located on areas, projects, or installations shall be established, operated, and maintained in compliance with the health and sanitation recommendations of the United States Public Health Service and applicable local, State, and Federal laws.

## Section VI

## PHYSICAL QUALIFICATIONS OF EMPLOYEES

6-1. All persons employed throughout the course of the work shall be physically qualified for performing the duties to which assigned. No person shall knowingly be permitted or required to work while his ability or alertness is so impaired because of fatigue, illness, or any other reason that it might unnecessarily expose him or others to injury, or property to damage.

6-2. Appropriate local, State, or Federal food handler's certificates shall be required for all persons assigned to such duties as require them to be present in kitchens and messes, or to prepare or handle regularly, food, drinks, or mess

INFORMATIONAL COPY ONLY

equipment, and any other person who comes in constant and intimate contact with food in other than unbroken packages which are protected against contamination.

## Section VII

## PERSONAL PROTECTIVE APPAREL, CLOTHING, AND SAFETY EQUIPMENT

7-1. The following is a list of operations on which the wearing of prescribed protection shall be mandatory.

*a.* Sledging; hammering on metal, stone, and concrete; chipping; calking; use of manual impact tools such as chisels; and other operations subjecting the eyes or head to flying particles, shall require goggles having safety type lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

*b.* Scaling, grinding, cutting or dressing of metals, stone, masonry materials and operations where protection from dust and small particles is important, shall require goggles having safety type lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

*c.* Babbitting, soldering, pouring of lead joints, casting of hot metals, handling of hot tar, oils, liquids, and other operations subjecting the eyes or head to hot liquids and molten substances, shall require eye protection such as goggles having safety type lenses and screens for side protection, or face masks, shields, and helmets giving equal protection, excepting that the lens mountings shall be of such design as to retain all parts of the lens in position if cracked.

*d.* Handling of acids, caustics, hot liquids, creosoted materials, and operations where protection from gases, fumes, and liquids is necessary shall require goggles with cups of soft pliable rubber or suitable face masks or hoods which cover the head and neck, fitted with lenses of plastic or glass; and other protective clothing which is appropriate to the hazards involved.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

*e.* Exposure to intense sunlight and glare shall require sunglasses of any serviceable design.

*f.* Gas welding, cutting, brazing, and operations where protection from radiant energy with moderate reduction of visible light is necessary shall require goggles, face masks, shields, or helmets, suitable to the type of work, providing protection from all angles of direct exposure, and lenses of appropriate shade. (See plate 1.)

*g.* Electric arc welding and cutting and hydrogen welding and similar operations, where protection from injurious radiant energy with a large reduction in visible radiant energy is necessary, shall require helmets or shields of insulating material not readily flammable, and designed to protect the head from direct rays and fitted with secure glasses of appropriate shade. (See plate 1.)

*h.* Work in quarries and tunnels, along and under steep cliffs and slopes, around cranes and hoisting devices, under scaffolds or overhead structures, in excavation pits, and all other operations where the head is exposed to injury from flying or falling objects, shall require protective headgear for all employees. Protective headgear worn in close proximity to electrical lines and equipment shall be of nonmetallic material free from rivets or other electric current conducting material.

*i.* Employees working from unguarded surfaces above pits or moving machinery, over dangerous waters or boiling cauldrons, on steep slopes, or otherwise subjected to falls hazardous to life and limb, shall be secured by safety belts and life lines or protected by use of safety nets.

*j.* Employees handling rough, sharp-edged, abrasive materials or where the work subjects the hands to lacerations, punctures, burns or bruises, shall require hand protection.

*k.* Employees working in darkened areas and exposed to vehicular traffic, such as signalmen, spotters, inspectors, servicemen, and others whose presence is required for a prolonged time, shall wear belts or apparel marked with a reflectorized material.

7-2. Respiratory protection shall be provided all employees subjected to hazardous dusts, gases, fumes, mists, or atmos- pheres deficient in oxygen, in compliance with the American Standard Safety Code for the Protection of Heads, Eyes, and Respiratory Organs. (See plate 2.)

*a.* No employee shall be permitted in atmospheres containing less than 16 percent oxygen or other substances in harmful quantities unless provided adequate respiratory protection and/or an independent source of pure air.

*b.* Hose masks or air line respirators supplied with air at a comfortable temperature, free from objectional odors and excessive moisture, shall provided workmen doing abrasive blasting or spraying with harmful substances in close quarters, welding in inclosed areas and under similar conditions where filter masks cannot be effectively used.

*c.* Canister type masks shall be provided only where the toxic content of the air is known to be of type which the mask will effectively remove.

## 7-3. GENERAL

*a.* Gloves shall be prohibited for close work around saws, lathes, drill presses, and similar machines or working parts of machines in which they are likely to become entangled.

*b.* Appropriate footwear such as rubber boots, protective covers, safety shoes, etc., shall be worn by employees who are engaged in work which requires such protection.

*c.* Electrical employees shall be provided with linemen's belts, rubber gloves, insulator hoods, rubber blankets, line hose, and hot line tools as necessary, which shall be periodically tested and maintained in safe condition, as stipulated under the provisions of the National Electric Safety Code (Ref A. S. T. M. Standards). (See app. A.)

*d.* Miners' lights and flashlights used around explosives and in atmospheres likely to contain explosive vapors, dusts, or gases shall be of the permissible type approved by the United States Bureau of Mines.

*e.* Personal protective supplies shall be furnished employees as required and their use enforced. All persons required to use protective equipment shall be properly instructed in the use of such equipment.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

*f.* Items of personal wear shall be maintained in serviceable condition and shall, before being reissued to other employees or returned to storage, be cleaned, sterilized, inspected, and repaired if necessary.

*g.* Loose and frayed clothing, such as dangling ties, hand rings, loose watch chains, shall not be worn around moving machinery or other sources of entanglement.

*h.* Heated facilities for changing, hanging and drying clothing shall be provided on tunnel construction and operations subjecting workers to prolonged wetting.

*i.* The American Standard Safety Code for the Protection of Head, Eyes, and Respiratory Organs, shall govern in the selection of protective devices for the head, eyes, and respiratory organs.

*j.* "Hard Hat Areas" shall be designated by the Government Representative in charge. These areas shall be general areas such as project, quarry, or building rather than specific portions of building, area, or other limitations. "Hard Hat Areas" shall be marked by signs at all entry points and strict enforcement required for all employees and visiting public.

## LIFE PRESERVERS

7-4. Life preservers, or work vests, of any type are permissible provided the buoyancy when new is at least of 15 pounds. All life preservers or work vests shall be removed from service when bouyancy depreciates below 13 pounds. Flotation material such as expanded plastics is desirable.

7-5. Life preservers, vests, or belts shall be orange in color and worn by all persons while—

*a.* On floating pipeline, pontoons, rafts, or float stages.

*b.* On open deck floating plant not equipped with bulwarks, guardrails, or life lines.

*c.* On structures extending over or adjacent to water except where proper guardrails, safety nets, or safety belts and life lines are provided and used.

*d.* Working alone at night where there are potential drowning hazards regardless of other safeguards provided.

*e.* In skiffs, small boats, or launches except when inside of enclosed cabin or cockpit.

## RING BUOYS AND WATERLIGHTS

7-6. Ring buoys and waterlights shall be provided so as to furnish the following coverage. All ring buoys shall be (international) orange in color.

*a.* On each safety skiff, 1 ring buoy shall be provided with 50 feet of three-eights-inch rope attached.

*b.* Any piece or group of floating plant up to 100 feet in length shall be provided with 2 ring buoys. One additional ring buoy shall be provided for each increase in length of 100 feet or fraction thereof.

*c.* Pipeline, walkways, wharves, piers, bulkheads, lock walls, scaffolds, platforms, and similar structures extending over or immediately adjacent to water shall have one ring buoy provided at intervals of not more than 200 feet (with rope attached where appropriate).

*d.* Wherever night operations are carried on or there is a potential need for ring buoys to be used after dark, at least one ring buoy as required in *b* above and every third one thereafter shall have a waterlight attached.

*e.* Waterlights used on or around gasoline and oil barges or other locations where open flames may cause fire or explosions shall be vapor proof electric lights.

*f.* A minimum of one ring buoy shall be provided for all motor boats up to 40 feet in length and two ring buoys for motor boats 40 feet or over in length.

## LIFESAVING OR SAFETY SKIFFS

7-7. One or more lifesaving skiffs shall be provided and manned (during work hours) at locations where men are working over or immediately adjacent to water. Lifesaving skiffs shall be kept afloat or ready for instant launching. Such skiffs shall be used only for emergencies and lifesaving drills. Lifesaving skiffs shall be equipped as follows:

*a.* Four oars.

*b.* Oarlocks securely attached to gunwales or the oars.

*c.* One ball pointed boat hook.

*d.* One ring buoy with 50 feet of three-eighths-inch rope attached.

*e.* Two life preservers.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

7-8. In locations where the waters are extremely swift or where manually operated boats are not practical a power boat suitable for the waters involved shall be provided and equipped with items *c*, *d*, and *e* of paragraph 7-7.

## DIVING EQUIPMENT

7-9. Diving equipment and diving procedures shall be in conformance with those as covered in Bureau of Ships—Diving Manual NAVSHIPS 250-538 (available Supt. of Documents, U. S. Government Printing Office, Washington 25, D. C.).

# Section VIII

# POISONOUS AND HARMFUL SUBSTANCES

## GENERAL

8-1.

*a.* All dusts, mists, fumes, gases, or other atmospheric impurities in areas where persons are employed, and in such quantities as are determined to be harmful to the health of such employees, shall be brought within safe limits by elimination, ventilation, or filtration. Where the above methods are impractical, air line respirators shall be provided for continued exposure. For intermittent or casual exposures, appropriate chemical cartridge or filter type respirators approved by the United States Bureau of Mines may be used. (See par. 7-2.)

*b.* Contamination or pollution of any river, stream, or public waters is prohibited and compliance with all Federal, State, and local laws concerning contamination of water resources shall be strictly observed.

*c.* See Appendix B—Transportation of Explosives and Other Dangerous Articles.

8-2. Where irritant or toxic substances come in contact with the skin or clothing, the employees shall be adequately protected by one or more of the following:

*a.* Necessary protective clothing, and equipment. (See sec. VII.)

*b.* An approved protective ointment for exposed skin areas.

*c.* Necessary facilities, approved solvents, soap, and hot water for the removal of accumulated material and protective ointments.

*d.* Approved first-aid remedies for affected employees.

*e.* An emergency type water fountain for flushing the eyes.

*f.* Emergency shower.

8-3. All persons required to use respirators or other protective equipment shall be properly instructed in the use of such equipment.

8-4. When required by the government representative in charge, determinations shall be made of the kind and amount of atmospheric impurities from samples taken at a point or points in the breathing zone of workers during normal operations. Determinations shall be made by a properly qualified analyst.

8-5. Maximum allowable concentrations of nonradioactive contaminants shall not be greater than values listed in plate 2. (See par. 8-31.)

8-6. After the installation of contaminant controls, the government representative in charge shall require additional sampling and analysis to check the design and efficiency of the control equipment, devices, or methods.

8-7. Air cleaning equipment shall be located so as to permit the removal of dust or other collected material without creating a hazard and to allow for cleaning and repairing the apparatus without recontaminating the general atmosphere.

8-8. Operations or processes generating different kinds of dust, fumes, or vapors shall not be connected to the same exhaust systems when the mixture results in the formation of toxic, flammable, or explosive compounds.

8-9. Contaminated materials removed by exhaust systems shall be disposed of in such a manner that they do not reenter the breathing zone of the worker or create a hazard to other employees or to the public.

8-10. Air supplied to air line respirators shall be free from harmful dusts, fumes, vapors, gases, and obnoxious odors.

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

8-11. Whenever compressed air is used to [operate respira]tors, an approved type regulator and filter shall be inserted in the supply line and the compressor shall be so located as to prevent contamination of the intake air. Air provided shall be of an equable temperature.

8-12. The use of Diesel engine or electric motor as power source for air supply equipment is recommended.

8-13. Dust control shall be provided on all projects to assure safe operations and minimize nuisance dusts in immediate and adjacent areas.

8-14. Controlled reversible ventilation of sufficient capacity shall be provided on all tunneling and underground excavation operations.

## HOT SUBSTANCES

8-15. Heating devices or melting kettles shall be placed on a level, firm foundation and protected against traffic, accidental tipping, or similar hazard.

8-16. Inclosed areas in which hot substances are being heated or applied shall be mechanically ventilated, if natural ventilation is insufficient.

8-17. An appropriate type of fire extinguisher shall be available at all locations where heating devices or melting kettles are in use.

8-18. Burners using liquid fuel shall be shut down while refueling.

8-19. Heating devices or melting kettles when in use shall not be left unattended, and shall be securely fastened to stable bases to prevent overturning.

8-20.

   a. Asphalt or tar heating kettles shall be provided with a lid and thermometer.

   b. Thermometer shall be kept clean and in operating condition.

   c. Melting kettles of bituminous materials shall be prohibited inside of or on buildings and shall be not closer than 25 feet to buildings or combustible materials.

8-21. Ladles, equipment, and material shall be moisture-free before being used or placed in heated material.

8-22. Proper runways or passageways, clear of obstructions shall be provided for all persons carrying hot substances. Carrying hot substances up or down ladders is prohibited.

8-23. Hoisting gear used in handling hot substances shall be adequate for loads imposed and shall be securely and substantially braced and anchored.

8-24. Proper protection shall be provided for all persons handling hot substances.

8-25. Buckets or vessels for handling of hot substances shall be substantially constructed and free from any soldered joints or attachments. Containers used in the handling and transportation of hot substances shall not be filled higher than 4 inches from the top.

## INSECTS—VERMIN—SNAKES—RODENTS

8-26. Protection against hazards involving insects, vermin, or snakes, shall include the following controls as are pertinent:

   a. Instruction regarding potential hazards.

   b. Boots, hoods, netting, gloves, masks, or other necessary personal protection.

   c. Repellents (i. e., insecticides, rodenticides, fumigants).

   d. Drainage or spraying of breeding areas.

   e. Burning or destruction of nests.

   f. Smudge pots for protecting small areas.

   g. Elimination of unsanitary conditions which propagate insects or vermin.

   h. Extermination measures (i. e., barriers, poison baits and traps).

   i. Fumigation.

   j. Inoculation.

   k. Approved first aid remedies for affected employees.

## POISONOUS PLANTS

8-27. In areas where employees are exposed to poison ivy, oak, or sumac, or other poisonous plants the following protective measures, as pertinent, shall be provided:

   a. All employees shall be instructed in identification of the plants and preventive measures.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

*b.* Where practicable the plants shall be removed or destroyed.

*c.* Appropriate protective clothing, gloves, etc., shall be worn.

*d.* Protective ointments shall be provided.

*e.* Soap and water shall be available for washing exposed parts.

*f.* Approved first aid remedies shall be provided for treatment of affected skin areas.

*g.* Immunization treatments.

## HERBICIDES

8–28. All storage, handling, or use of herbicides shall be under the supervision of qualified persons. No individual shall be permitted to use chemical herbicides until fully instructed in the safe handling and use thereof.

8–29. Herbicides which are poisonous or harmful to man will be stored in airtight and sound containers and kept in buildings accessible only to authorized employees.

## RADIOLOGICAL SAFETY

8–30. Prior to the initial use or operation of a radiation machine or the storing, using or handling of any radioactive material in an area or activity, the Government representative in charge shall be notified of such action, including a statement of the proposed location, nature and scope of such operation, use, or storage. Proposals by a contractor for use of radiation machines or introduction of radioactive material, on locations or activities under the jurisdiction of the Corps of Engineers, shall be submitted in writing for approval by the contracting officer or his designated representative. Such approval shall not imply assumption of any responsibility by the Corps of Engineers for the health or safety of persons or any damages which may occur on contract activities.

8–31. All radiation machines and radioactive materials shall be used, stored, handled, transported, or disposed of in such manner that no person receives an excessive dose of radiation.

8–32. The utilization and control of a radioactive material secured under an AEC license shall not deviate from the provisions and authorizations stated in the license and the application for license. A contractor shall submit a copy of such license to the contracting officer, upon request.

8–33. The transfer, storage, use, and disposal of byproduct material, source material, or special nuclear material secured under a license issued by the AEC shall comply with the provisions of Part 20—Standards for Protection Against Radiation, Title 10, Chapter 1, Code of Federal Regulations. In the use of radium or other radioactive material not controlled under licenses issued by the AEC, the permissible doses, levels of radiation, concentrations, precautionary procedures, and disposal shall also comply with the limits and controls prescribed in Part 20, Title 10, Chapter 1, CFR.

8–34. Operations involving radiation hazards at an activity or installation shall be performed under the direction of a person designated as responsible for radiation safety, who shall conduct such surveys and evaluations, and secure such specialized assistance as required to assure compliance with radiation protection standards. The competency of the person so assigned by a contractor shall be satisfactory to the contracting officer.

8–35. The determination of radiation dosage received by persons and the degree of hazard present in any situation shall be based upon nationally recognized guides and standards, such as the recommendations of the National Committee on Radiation Protection as published in Handbooks of the National Bureau of Standards and the Safety Standards of the American Standards Association.

8–36. The dose for an individual shall be considered to include all doses, from both internal and external sources from all types and energies of radiation, whether delivered simultaneously or successively, to the region of interest during the period of measurement.

8–37. Dosimetry shall be maintained on all persons exposed to radiation where the dosage can exceed one-fourth the permissible limits established for peacetime exposure. Instruments and dosimetry devices shall be of types which detect and provide for measurement, within an acceptable range of error, the accumulated dosage of all types of radia-

16

17

INFORMATIONAL COPY ONLY

tion to which personnel are exposed. Where radiation is well established and radiation is constant, exposure of a person to less than 100 milirem per hour from an external source of gamma radiation or X-rays may be estimated by performance of radiological surveys and taking the exposure as the worst possible indicated by such surveys, provided the person making the survey and evaluation has adequate experience and competency to assure reasonable accuracy. This latter procedure shall not be acceptable under conditions where an accident could release airborne radioactivity or the material is exposed to body contact.

8–38. Exposure of personnel in peacetime, under any but emergency conditions, shall not exceed the dosage rates and accumulated dosages prescribed in Part 20—Standards for Protection Against Radiation, Title 10, Chapter 1, Code of Federal Regulations.

8–39. Records shall be maintained of the exposure of personnel to radiation in such manner that accumulated exposure can be determined at a future date. Records on Government personnel shall be maintained in accordance with current directives. Records on a contractor's employees shall be maintained by the employer in a manner acceptable to the Government representative in charge. Such records shall be made available, upon request, for inspection by the contracting officer.

8–40. Civilians under 18 years of age shall not be exposed in peacetime to a dose per week in excess of 30 millirem from an external source, and shall not be permitted in an area where there is a possibility for body intake of radioactive material from such sources as contamination or radiochemical procedures.

8–41. Initial and continued indoctrination on radiation hazards and radiation safety measures shall be provided to all personnel working in a radiation area or handling and using equipment containing radioactive material.

8–42. Persons assigned to duty requiring regular exposure to radiation, or the regular handling of radioactive materials, shall be given a complete physical examination, including such laboratory tests as determined advisable by the exam-

ining physician for the exposure involved. Such persons shall be reexamined if there is suspected ingestion or inhalation of radioactive material.

8–43. All cases of overexposure to radiation will be promptly reported to medical authorities for determination of whether or not special examinations or treatment are indicated or warranted. When such a case results from a source secured under an AEC license, other reports shall be made to the AEC in accordance with current instructions. A contractor shall submit such reports of loss, theft, damage, or exposure direct to the AEC but shall provide the contracting officer with a copy of such reports.

8–44. Periodic examination of persons shall be performed when nature and scope of radiation hazard indicates such action, as determined by responsible medical and radiation protection advisors. The results of examinations of personnel shall be recorded and maintained as a permanent record.

8–45. Transportation of radioactive material shall comply with Interstate Commerce Commission Regulations for Transportation of Explosives and other Dangerous Articles.

8–46. The above requirements for radiological safety may be modified or waived to the extent necessary for emergency or wartime situations and activities, within the limits prescribed or authorized by applicable directives, manuals, or instructions.

## TANKS (LEADED MATERIALS)

8–47. The procedures, methods, and instructions prescribed by American Petroleum Institute* shall be followed for cleaning, repairing, or entry into a tank or vessel having contained leaded gasoline.

# Section IX

# LIGHTING

9–1. Offices, workrooms, stairways, corridors, passageways, construction roads, and working areas shall be adequately lighted while work is in progress.

---

*See Appendixes C and G.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

9–2. Where the use of artificial light is required it shall be maintained until workmen have had an opportunity to leave the area.

9–3. Minimum intensities of light are listed in Plate 3.

# Section X

# SIGNALS, WARNING SIGNS, AND SIGNALMEN

## SIGNALS

10–1. A uniform signal system shall be used on all operations of similar nature. (See app. D.)

10–2. Signals in use shall be posted at the operator's position, signal control points, and such other points as necessary to properly inform those concerned.

10–3. Where manual (hand) signals are used, only one person shall be designated to give signals to the operator. This signalman shall be so located as to be clearly visible to the operator at all times.

10–4. Reverse Signal Alarms. (See par. 18–12.)

## SIGNALMEN

10–5. Only persons who are dependable and fully qualified by experience with the operations being directed shall be used as signalmen.

10–6. A signalman shall be provided when the point of operation is not in full and direct view of the machine or equipment operator. Exception shall be made only when an adequate mechanical signaling or control device is provided for safe direction of the operation.

## SIGNS

10–7. Warning signs shall be placed as necessary to provide proper and adequate warning of hazards to workmen and the public. Signs shall be removed as soon as the hazards have been eliminated.

10–8. References for guidance in the design and use of signs are as follows:

*a.* American Standard Specifications for Industrial Accident Prevention Signs (ASA Z 35.1).

*b.* Manual on Uniform Traffic Control Devices for Streets and Highways (ASA D 6.1).

*c.* Project Construction and Maintenance signs shall be in accordance with appendix E.

10–9. *Traffic-control signs* will conform to standard highway signs for shape and color.

10–10. *Danger signs* shall be used only where an immediate hazard exists. The predominating color shall be red.

10–11. *Caution signs* shall be used only to warn against potential hazards or to caution against unsafe practices. The predominating color shall be yellow.

10–12. *Instructional safety signs* shall be used where there is need for general instructions and suggestions relative to safety measures. The predominating color shall be green.

10–13. *Other signs* such as directional or informational signs (excepting those regarding fire exits and fire protection equipment locations) shall be black and white.

10–14. *Fire exits, fire protection equipment locations, and physical hazards* shall be identified in accordance with American Standards Safety Color Code for Marking Physical Hazards and Identification of Certain Equipment (ASA Z 53.1).

10–15. Navigable waters. Signals and Signal Lights shall be provided in accordance with United States Coast Guard and Department of the Army Regulations.

10–16. Emergency lighting and signals on airfield construction. The operation of all ground equipment, mobile or stationary, required for construction, repairs, or any other purpose within the landing areas * of all airdromes shall be governed by the following regulations.

*a.* Landing areas hazardous to aircraft shall be outlined by yellow flags by day and red lanterns by night, except that

_____

*The term "landing area" shall include all runways, landing pads, and taxiways plus 75 feet on each side and a zone 1,000 feet long at each end of each runway, or to within 50 feet of the boundary of the airport. On all-over landing fields, the entire area available for landing and taxiing of aircraft is included in this term.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

where contact lights outline the runway no red lanterns shall be placed on obstructions outside the contact light area.

*b.* In the landing area, during daylight hours, all equipment shall be marked with international orange and white checkered flags, and materials with yellow flags. At night equipment and material shall be marked with red lanterns.

*c.* Nothing shall be placed upon a landing area without authority of the government representative in charge.

*d.* Neither equipment nor personnel shall use any runway for any purpose other than aircraft unless the runway is closed by order of the government representative in charge and marked as indicated above.

*e.* Yellow flags and red lanterns specified in *a* above shall be spaced not more than 200 feet apart.

*f.* All flags shall be not less than 3 feet square, and the checkered flags shall have squares of alternate orange and white of not less than one foot on each side and not less than 9 squares for each flag.

# Section XI

# MATERIALS HANDLING, STORAGE, AND DISPOSAL

## GENERAL

11-1. All material in bags, containers, or bundles, stored in tiers shall be stacked, blocked, interlocked, and limited in height so that it is stable and otherwise secured against sliding or collapse.

11-2. Material stored inside buildings under construction shall not be placed within 6 feet of any hoistway or inside floor opening, nor within 10 feet of an exterior wall which does not extend above top of the storage pile.

11-3. When any material is placed or encroaches upon thoroughfares, it shall be located so as to present the least possible hazard to, and interference with, traffic and shall be adequately marked with proper warning signs, barricades, and light (par. 10-15).

11-4. Flammable liquids and grease shall be stored in a NO SMOKING area and separated 50 feet from other stored materials (sec. XII).

11-5. A safety factor of four for static loading and a safety factor of six for live loading shall be maintained on all foundations, floors, or other structures where materials are stored.

11-6. Unauthorized persons shall be prohibited from entering storage areas. No person shall be allowed in or on railroad cars while materials are being loaded or unloaded by crane, dragline, or power shovels except while hooking or unhooking loads.

## LUMBER

11-7. Lumber shall be stacked on level and solidly supported sills.

11-8. Lumber shall be so stacked as to be stable and self-supporting.

11-9. Used lumber shall have all nails withdrawn before it is stacked for storage.

## CEMENT AND LIME

11-10. Bags of cement and lime shall not be stacked more than 10 bags high without setback, except when restrained by walls of appropriate strength.

11-11. The bags around the outside of the stack shall be placed with the mouths of the bags facing the center of the stack.

11-12. During unstacking, the entire top of the stack shall be kept nearly level and the necessary setback maintained.

## BRICK

11-13. Brick shall be stacked on an even solid surface.

11-14. Brick shall not be stored on scaffolds or runways in excess of normal supplies for immediate brick laying operations or in excess of safe load limit.

11-15. Brick stacks shall not be more than 7 feet in height.

11-16. When a stack reaches a height of 4 feet, it shall be tapered back 2 inches in every foot of height above the 4-foot level.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

11–17. The tops of brick stacks shall be kept level and square, and the taper maintained during unstacking operations.

## FLOOR, WALL, AND PARTITION BLOCKS

11–18. Blocks shall be stacked in tiers on solid, level surfaces.

11–19. Stacked blocks shall be limited to a height of 6 feet whenever practicable.

11–20. When blocks are stacked higher than 6 feet, the stack shall be set back, and secured to prevent toppling.

## REINFORCING AND STRUCTURAL STEEL

11–21. Reinforcing steel shall be stored in orderly piles.

11–22. Structural steel shall be securely piled to prevent members sliding off or the pile toppling over.

## PIPE

11–23. Pipe shall be stacked and blocked so as to prevent spreading or rolling. Separate stacks shall be made for each size.

11–24. Pipe, unless racked, shall not be stacked higher than 5 feet.

## SAND, GRAVEL, AND CRUSHED STONE

11–25. In withdrawing sand, gravel, and crushed stone from stock piles, no overhanging or vertical face shall exist at any time.

11–26. Material dumped against walls or partitions shall not be stored to a height that will endanger the stability or exceed the resisting strength of such walls and partitions.

11–27. Employees required to work in hoppers shall be equipped with lifelines and safety belts.

## ROUND WOOD PILING OR POLES

11–28. Round wood piling or poles shall be stored in an orderly manner on a level solid surface.

11–29. Either a pyramided stack or battened stack shall be used.

11–30. The lower tier of stacks shall have all piles or poles securely chocked to prevent lateral spread.

11–31. When a battened type of stack is used, the outside pile or pole shall be securely chocked.

11–32. Battened stacks shall be tapered back at least one pile or pole in each tier.

## HOUSEKEEPING

11–33. All stairways, passageways, and gangways shall at all times be kept free from materials, supplies, and obstructions.

11–34. Loose or light material shall not be stored or left lying about on roofs or floors that are not closed in, unless safely secured.

11–35. Tools, material, or debris shall not be strewn about in manner which may cause tripping or other hazard.

11–36. Empty bags having contained lime, cement, and other dust-producing material shall be removed from work areas daily.

11–37. Protruding nails in boards, planks, and timbers, shall be removed, hammered in, or bent over flush with the wood.

## DISPOSAL OF WASTE MATERIAL

11–38. All scrap lumber, waste material, and rubbish shall be collected and stored in piles or containers for daily removal and disposal.

11–39. Waste material and rubbish shall not be thrown from upper levels to lower levels or to the ground.

# Section XII

# FIRE PREVENTION

## GENERAL

12–1. Recommendations of American Petroleum Institute, National Fire Protection Association, and applicable regulations of the United States Coast Guard shall be used for guidance in situations not specifically covered in this section.

12–2. A survey of the suitability and effectiveness of fire prevention and protection measures and facilities existing at each project or installation shall be made at least semi-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

annually by a competent employee. Records of findings and recommendations shall be retained on file at the project or installation.

12–3. Fires, welding, flame cutting, melting, and other such operations in combustible areas shall not be permitted until approved by the government representative in charge. Fires and open flame devices shall not be left unattended.

12–4. Smoking shall be prohibited in all areas where flammable or combustible materials are stored, such as warehouses; carpenter, paint, and repair shops; garages, service stations, and other such hazardous areas, except at locations specifically provided for such purpose and approved by the government representative in charge. NO SMOKING signs shall be posted in all prohibited areas.

12–5. Smoking or use of open flame equipment is prohibited on lock structures during lockages involving flammable or explosive cargo vessels, either loaded or empty. Locking of pleasure craft or other vessels shall not be made with tows of flammable or explosive cargos.

## CLEANUP AND HOUSEKEEPING

12–6. All construction areas and storage yards shall be burned over or otherwise cleared before lumber or other combustible materials are delivered on the site. A clear space of 50 feet around the outer boundary of storage yards is desirable.

12–7. All rubbish shall be cleared from buildings daily and work areas shall be maintained free from accumulations of combustible debris.

12–8. Suitable burning areas, incinerators, or trash burners shall be provided for the disposal of combustible waste materials.

12–9. Ashes shall be deposited in noncombustible containers with covers, and located at least 2 feet from combustible walls, partitions, or material.

12–10. Areas beneath and within ten feet of buildings shall not be used for storage of combustible material and shall be regularly policed to keep them free from accumulation of debris and combustible vegetation.

rags, waste, etc., soiled by combustible or flammable materials shall be placed in tightly closed metal containers for daily disposal.

## ARRANGEMENTS

12–12. Separation of temporary buildings shall be as follows:

a. The minimum space between one-story non-fire-resistive buildings shall be 40 feet.

b. The minimum space between two-story frame building shall be 50 feet.

c. A group of buildings, the aggregate ground floor area of which does not exceed 2,000 square feet, shall be considered as one building for the above purpose.

d. Buildings other than non-fire-resistive shall comply with applicable recommendations of the National Fire Protective Association.

12–13. Fire lanes to provide access to all areas shall be established and maintained free from obstruction.

12–14. Lumber storage yards shall be divided into sections containing a maximum of 1 million feet board measure, with fire breaks of 50 feet between sections. Major lumber storage shall be maintained at a minimum distance of 100 feet from buildings or structures, where practical.

12–15. At least 10-feet clearance from buildings or structures shall be maintained for piles of lumber and other combustible materials to be used in the construction.

## HEATING DEVICES AND SYSTEMS

12–16. All boilers, stoves, and other heating apparatus shall be installed in accordance with applicable National Fire Codes of the National Fire Protection Association. Heating systems in buildings where flammables are stored or processed shall be of a type approved by the Underwriters' Laboratories, Inc.

12–17. Where smoke pipes from stoves or other heating apparatus pass through combustible walls or roofs, properly insulated and ventilated sleeves or roof jacks shall be used.

12–18. All joints of smoke pipe shall be riveted, welded, or otherwise securely fastened together and supported to prevent accidental displacement or separation.

26

27

INFORMATIONAL COPY ONLY

12–19. Spark arrestors shall be provided on all smokestacks or burning devices having forced drafts or short stacks permitting live sparks or hot materials to escape.

12–20. Only temporary heating devices which have been approved by the Government representative in charge shall be used. Compliance with the following is mandatory:

*a.* Applicable provisions of Section VIII, Poisonous and Harmful Substances.

*b.* Applicable provisions of Section XII, Fire Prevention.

*c.* Applicable provisions of Section XIII, Fire Protection.

*d.* Shall not be detrimental or harmful to the work.

*e.* A positive operating procedure established which shall assure the following operating controls:

    (1) Proper placement and servicing.

    (2) Safe clearance from combustible material.

    (3) Constant and close surveillance.

    (4) Safe fuel storage and refueling.

    (5) Proper maintenance

    (6) Detection of gaseous contamination or oxygen deficiency.

## FLAMMABLE LIQUIDS

12–21. All tanks, containers and pumping equipment, portable or stationary, used for the storage or handling of flammable liquids, shall meet the recommendations of the National Fire Protection Association.

12–22. All storage, handling, or use of flammable liquids shall be under the supervision of qualified persons. No one shall be permitted to handle or use flammable liquids until he has been fully instructed in safe handling and use thereof.

12–23. All sources of ignition shall be prohibited in areas where flammable liquids are stored, handled, and processed. Suitable warning and NO SMOKING signs shall be posted in all such areas.

12–24. Rubbish, brush, long grass, or other combustible material shall be continually removed from immediate areas where flammable liquids are stored, handled, or processed.

12–25. Accumulations of flammable liquids on floors, walls, etc., is prohibited. All spills of flammable liquids shall be cleaned up immediately.

12–26. Flashlights and electric lanterns used in connection with the handling of flammable liquids shall be the type approved by the Underwriters' Laboratories, Inc., for hazardous areas.

12–27. Electrical lighting shall be the only means used for artificial illumination in areas where flammable liquids, vapors, fumes, dust, or gases are present. All electrical equipment and installations shall be in accordance with provisions of the National Electrical Code for hazardous locations. Globes or lamps shall not be removed or replaced nor shall repairs be made on the electrical circuit until the circuit has been deenergized.

12–28. All buildings, rooms, and compartments where flammable liquids are stored, processed or used shall be properly ventilated. Where mechanical ventilation or exhaust systems are necessary, they shall be installed in accordance with recommendations of the National Fire Protection Association for the installation of blower and exhaust systems.

12–29. Shipment of all flammable liquids including intrastate shipments, shall be in containers approved for shipment of such materials, and tagged or labeled in accordance with regulations of the Interstate Commerce Commission.

12–30. Drums, barrels, and other flammable liquid containers shall be kept tightly capped. This regulation applies to empty as well as filled containers, at all times except when being filled or emptied.

12–31. Storage, handling, installation, and use of liquefied petroleum gases and systems shall be in accordance with recommendations of the National Fire Protection Association and the United States Coast Guard.

12–32. In buildings, shops, or rooms where flammable liquids are handled or stored, a self-closing metal refuse can shall be provided and maintained in good condition.

12–33. Open flame devices shall not be used in buildings housing flammable liquids.

12–34. Storage of flammable liquids shall be in accordance with the recommendations of the National Fire Protection Association and applicable regulations of the United States Coast Guard.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

12–35. Storage tanks and systems shall be electrically bonded and grounded.

12–36. Storage tanks shall be equipped with proper relief vents. Tank vents shall not be located close to open flames, stacks, heating apparatus, or any other source of ignition. In freezing weather, all vacuum and pressure reliefs shall be inspected daily. Water drawoff valves shall be antifreeze type or insulated to prevent freezing.

12–37. Storage tanks above ground shall be diked or curbed, or other suitable means provided to prevent the spread of liquids in case of leakage in tank or piping. Such dike or curbed area shall have a capacity at least equal in volume to that of the largest tank plus 10 percent of all other tanks enclosed.

12–38. Dispensing outlets from storage tanks above ground shall be equipped with quick-closing valves.

12–39. Buildings for the storage of flammable liquids or gases shall be of fire-resistant construction with protected wall openings and located at least 50 feet from adjoining buildings or structures. Buildings of combustible construction may be used when at least 100 foot clearances are provided. Buildings shall be properly ventilated.

12–40. Entrances to storage or process buildings shall be kept under lock and key when not occupied. Only authorized persons shall be permitted to enter such buildings.

12–41. A ventilated metal cabinet shall be provided for the storage of more than a total of 10 gallons of flammable liquids in buildings used for other than storage or processing. Not more than a total of 50 gallons shall be stored in any one cabinet. No individual container shall exceed 5 gallons capacity. Containers must be of metal and kept tightly closed.

12–42. Cleaning of petroleum storage tanks shall be performed in accordance with recommended practice of the American Petroleum Institute. (Accident Prevention Manual No. 1–A and 1–B, also see app. C.)

12–43. Tank cars or trucks shall be spotted accurately, and not loaded or unloaded until brakes have been set and wheels chocked.

12–44. Blue flag warning signs shall be clamped to the rails to warn train crews when tank cars are connected.

12–45. Tank cars or trucks shall be attended for the entire time while they are being loaded or unloaded.

12–46. All tank cars and trucks shall be properly bonded and grounded while being loaded or unloaded. Bonding and grounding connections shall be made before dome covers are removed on cars and trucks and shall not be disconnected until such covers have been replaced. Internal vapor pressure shall be relieved before dome covers are opened.

12–47. All dispensing of flammable fluids from underground tanks, skid tanks, tank barges, or tank trucks shall be by approved pumping arrangement. This rule applies to containers of 55 gallon capacity or more.

12–48. Smoking or the use of open flames within 50 feet of where flammables are being used or transferred or where equipment is being fueled is prohibited.

12–49. Handling of all flammable liquids by hand containers shall be in approved type safety containers with flame arrestors.

12–50. Construction of processing and mixing rooms shall be in accordance with recommendations of the National Fire Protection Association.

12–51. All tanks, hoses, and containers involved shall be kept in metallic contact while flammable liquids are being transferred.

12–52. Workmen shall be required to guard carefully against any part of their clothing becoming contaminated with flammable fluids. They shall not be allowed to continue work when their clothing becomes so contaminated.

12–53. Lamps, lanterns and heating devices shall be filled only in well-ventilated rooms free from open flames or in the open air and shall not be filled in storage buildings.

12–54. No flammable liquid with a (closed cup test) flash point below 100° F. shall be used for cleaning purposes.

## PAINTS AND PAINTING (Flammable)

12–55. Packages containing paints, varnishes, lacquers, thinners, or other volatile painting materials shall be kept tightly closed when not in actual use, and shall be stored

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

in accordance with recommendations of the National Fire Protection Association.

12–56. Paint materials in quantities other than required for daily use shall not be stored in buildings under construction and not more than a 2-day supply shall be stored on paint barges.

12–57. Sealed containers of paints, varnishes, lacquers, thinners, and other flammable paint materials, shall be kept in a well-ventilated location, free from excessive heat, smoke, sparks, flame, or direct rays of the sun.

12–58. Flammable paint materials in opened containers, in excess of 10 gallons and not to exceed 50 gallons, shall be stored in a ventilated, steel cabinet, or a cabinet lined with noncombustible material. Containers shall be kept tightly closed when not in use.

12–59. Paint-soiled clothing and drop cloth, when not in use, shall be stored in well-ventilated steel cabinets.

12–60. Paint scrapings and paint-saturated debris shall be removed daily from the premises.

12–61. Ventilation adequate to prevent the accumulation of flammable vapors to hazardous levels of concentration shall be provided in all areas where painting is done. When electric lights, switches, or electrical equipment are necessary, they shall be of the totally inclosed type.

12–62. No smoking or open flame, exposed heating elements or other sources of ignition of any kind shall be permitted in areas or rooms where spray painting is done.

12–63. Spray paint booths shall be in accordance with the recommendations of the National Fire Protection Association.

## MISCELLANEOUS

12–64. Hazardous material such as acids, unslaked lime, carbide, oakum, etc., shall be stored in separate detached weather-proof buildings or shelters.

12–65. Outside storage of hay or straw shall be of sufficient distance from buildings or structures to prevent the spread of fire from one to the other.

12–66. Combustible and flammable cleaning materials shall be stored in tightly closed metal containers.

12–67. Only those precautions shall be taken to protect extensive form work and scaffolding from exposure to and spread of fire.

12–68. Insulating material with a combustible-vapor seal shall be stored at least 25 feet from buildings or structures. Only the quantity required for daily use shall be permitted in buildings under construction.

12–69. Low density fiber board, combustible insulation, or vapor seal with a flame spread rating greater than 40 (UL, Inc.) shall not be installed so as to be exposed.

## BURNING AREAS

12–70. All burning areas shall be established by approval of the government representative in charge.

12–71. Compliance with appropriate local, State, and Federal laws shall be observed on all burning operations. Both the government representative in charge and the contractor shall maintain constant knowledge, by appropriate telephone or radio liaison with personnel of applicable forest protection services, relative to the degree of fire hazard and promptly disseminate by appropriate means this information to all concerned.

12–72. Sufficient force of men to properly control and patrol the burning operations shall be maintained at all times. All burning shall be halted or prohibited during periods of high fire danger.

# Section XIII

# FIRE PROTECTION

## FIRST AID FIRE PROTECTION

13–1. Fire extinguishers shall be provided in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations. Extinguishers shall be suitably placed and distinctly marked and accessibility to them shall not be obstructed.

13–2. All extinguishers shall be inspected, serviced, and maintained in accordance with the manufacturers' instruc-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

tions. Visual inspections shall be made monthly and recorded on a tag attached to the extinguisher (see app. F, Fire Extinguishers).

13–3. Fire barrels and buckets shall be painted red, marked "For Fire Only" and the barrels kept filled at all times. Antifreeze protection shall be provided when necessary. Each fire barrel shall be provided with at least two fire buckets.

13–4. Woolen or asbestos fire blankets shall be provided and kept in conspicuous and easily accessible locations as warranted by the operations involved.

## FIRE PATROLS

13–5. When watchmen or guards are provided, they shall make frequent rounds through buildings and storage areas during hours when work is suspended.

13–6. Watchman service shall be provided where 10 or more employees are quartered.

13–7. In any instance where combustible materials have been exposed to fire hazards, such as welding operations, hot metals or open flame, a watcher shall be assigned to remain at the location for at least 30 minutes after the job is completed.

## WATER SUPPLY AND DISTRIBUTION

13–8. Water supply and distribution facilites for fire fighting purposes shall be provided and maintained in accordance with recommendations of National Fire Protection Association or applicable United States Coast Guard regulations.

13–9. Where a water distribution system is required for the protection of buildings or other structures, water mains and hydrants shall be installed prior to or concurrently with the construction of the facilities. If circumstances prevent timely construction of the permanent system an equivalent temporary system shall be provided.

13–10. Vehicles, equipment, materials, and supplies shall not be placed in such a manner that access to fire hydrants and other fire fighting equipment is obstructed.

## MOBILE AND INSTALLED FIRE FIGHTING FACILITIES

13–11. Mobile and installed fire fighting facilities shall be provided and installed in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

13–12. No fire protection equipment or device shall be made inoperative or used for other purposes.

13–13. Inspections and tests of all mobile fire apparatus shall be conducted weekly to assure it is in satisfactory operating condition.

## FIRE ALARM DEVICES

13–14. A siren, telephone system, or other alarm arrangement suitable to the government representative in charge, shall be provided on all projects. All alarms or systems shall be tested at least monthly.

13–15. Firm alarm devices shall be installed as soon as practicable.

## FIRE FIGHTING ORGANIZATIONS, TRAINING, AND DRILLING

13–16. Fire fighting organizations of such types and size shall be provided to assure adequate protection to life and property. National Fire Protection Association recommendations shall be used as criteria for determining type, size, and training of fire fighting organizations.

13–17. Where fire brigades are organized, drills shall be held at intervals as required to assure a well-trained and efficient operating force. Records of such drills shall be maintained at the installation.

13–18. Demonstrations and training in first aid fire fighting shall be conducted at sufficient intervals to insure that sufficient project personnel are familiar with and are capable of operating first aid fire fighting equipment.

## EVACUATION FACILITIES

13–19. Evacuation facilities for personnel in case of fire shall be provided in strict accordance with applicable Na-


This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

tional Fire Protection Association recommendations and United States Coast Guard regulations. INFORMATIONAL COPY ONLY

## MISCELLANEOUS

13–20. When unusual fire hazards exist or emergencies develop, additional fire protection shall be provided as required by the government representative in charge.

13–21. Provisions shall be made for adequate fire protection facilities in all form and scaffolding work.

13–22. In situations where outside help is relied upon for fire protection, a definite written arrangement shall be made and a copy of such agreement shall remain on file in the office of the government representative in charge. An installation lying within the corporate limits of a municipality is an exception to this requirement. Emergency telephone numbers and reporting instructions shall be conspicuously posted.

# Section XIV

# ELECTRIC AND GAS WELDING AND CUTTING

## GENERAL

14–1. Electric arc welding apparatus shall comply with the latest National Electrical Manufacturers Association Electric Arc Welding Machine Standards and shall be installed, maintained, and operated in accordance with requirements of the National Electrical Code and American Standard "Safety in Electric and Gas Welding Operations" (ASA Z 49.1).

14–2. Gas welding and cutting equipment shall be listed by Underwriters' Laboratories, Inc., Chicago, Ill., or by Factory Mutuals Laboratories, Boston, Mass., and shall be installed, maintained, and operated in accordance with the requirements of American Standard "Safety in Electric and Gas Welding and Cutting Operations" (ASA Z 49.1).

14–3. Welding operations shall be performed only by persons of proven competency.

welding apparatus and equipment shall be inspected frequently. Defective apparatus and equipment shall be removed from service, replaced, or repaired and reinspected before again being placed in service. Each welding unit shall be equipped with a suitable fire extinguisher.

## GAS WELDING AND CUTTING

14–5. All portable cylinders used for the storage and shipment of compressed fuel, gas, or oxygen, shall be constructed, maintained, and marked in accordance with the regulations of the Interstate Commerce Commission.

14–6. Cylinders shall be handled with care, protected against excessive heat, including the continuous direct rays of the sun, and accumulations of ice or snow.

14–7. Cylinders containing oxygen shall not be stored with combustible materials or cylinders containing combustible gases.

14–8. Valve protection caps shall be in place when cylinders are not in use and the cylinders secured against toppling or accidental dislodgment. Cylinders shall be securely fastened in upright position while in use.

14–9. Oxygen or compressed flammable gases shall not be used as a substitute for compressed air.

14–10. Cylinder valves shall be opened only with hand wheels or tools, specifically designed for that purpose, and left in place while cylinders are in use. Cylinder valves shall be closed when not in use. Valves of empty cylinders shall be closed.

14–11. Electric magnets or direct slings shall not be used for handling cylinders.

14–12. Cylinders found to have leaky valves or fittings which the closing of the valve will not stop shall be taken into the open away from any source of ignition and slowly drained of gas.

14–13. Oxygen cylinders and fittings shall be kept away from oil or grease. Cylinders, cylinder valves, couplings, regulators, hose, and apparatus shall be kept free from oil or greasy substance and shall not be handled with oily hands or gloves. A jet of oxygen shall not be directed at oil sur-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

faces, greasy clothes, or within a fuel oil or power generating plants and associated switch-
tank or vessel.

## ARC WELDING AND CUTTING

14-14. Switching equipment for shutting down the welding
machine shall be provided on or near the welding ma-
chine. The noncurrent carrying metal parts of electrically
driven welding machines shall be grounded.

14-15. Neither terminal of the welding generator shall be
bonded to the frame of the welder.

14-16. Only rubber-covered cable free from splices shall be
permitted for a minimum distance of 10 feet from the
electrode holder.

14-17. Pipe lines containing gases or flammable liquids, or
conduits carrying electrical conductors shall not be used for
a ground return circuit.

14-18. When the operator has occasion to leave his work
or stop work for any appreciable time, the power supply
switch in the equipment shall be opened and the unit shut
down. Where arc welding and cutting operations are being
done in vicinity of other workmen or the public, fireproof
screens shall be provided to shield them from the welding
rays and flashes.

# Section XV

# ELECTRICAL WIRE AND APPARATUS

## EQUIPMENT

15-1. Approved materials. All electrical wire, apparatus,
and equipment in temporary or permanent use, shall be,
where applicable, of a type approved by the Underwriters'
Laboratories, Inc., or Factory Mutual Laboratories for the
specific application.

15-2. Installation and maintenance shall comply with per-
tinent provisions of the National Electrical Safety Code and
Nationl Electrical Code or applicable United States Coast
Guard regulations. All work shall be performed by com-
petent personnel, familiar with code requirements and qual-
ified for the class of work to be performed. At projects

yards and substations the plant superintendent will be
responsible for training personnel in code requirements and
safe practices, including the procedures for safe clearances.
Construction and maintenance work on both new and oper-
ating transmission and distribution lines and circuits shall
be done only by workmen trained by responsible foremen
who qualify their men for specific types of work and main-
tain strict compliance with safety regulations prescribed in
the codes.

15-3. Guarding from contact. Live parts of wiring or
equipment shall be effectively guarded to protect all persons
or objects from harmful contact. Transformer banks, rooms,
or spaces containing high voltage equipment shall be so
arranged with fences, screens, partitions, or walls or isolated
by elevation, to prevent entrance of unauthorized persons or
interference by them with equipment inside, and entrances
not under constant observation of an authorized attendant
shall be kept locked. Signs indicating danger and prohibit-
ing entrance by unauthorized persons shall be displayed at
entrances.

15-4. Cross-over protection. Built-up cross-over protection
shall be provided in all cases where operations require passage
of foot traffic or equipment over energized lines.

15-5. Temporary wiring—extension cords. Temporary
open wiring shall be guarded or isolated by elevation to pre-
vent accidental contact by workmen who may be carrying
construction materials or tools. The minimum vertical clear-
ance above walkways should be not less than 7 feet 8 inches
for circuits carrying 600 volts or less. Wires with weather-
proof insulation should not be enclosed in metal race ways
or used for open wiring in tanks, penstock and tunnels. Wires
shall be attached to approved insulators and adequate sup-
ports. Temporary festoon lighting strings should preferably
be made up with rubber-jacketed extension cords having
lamp sockets protected by rubber coverings vulcanized into
the cord jackets. Temporary wiring or lamp sockets installed
in conduit for permanent use shall be adequately protected
against contact at all outlets and terminals. Extension cords
shall be of a type listed by the Underwriters' Laboratories

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

for the purpose in which they are used. Cords for portable power tools shall contain an identified grounding conductor that should be connected to the frame of the tool and to a grounding contact in an approved plug. (See 1956 NEC sec. 2559.) Electric light bulbs attached to extension cords shall be provided with wire guards as protection against breakage. When temporary wiring is used in tanks or other confined spaces, an approved type switch, properly identified and plainly marked shall be provided at or near the entrance to such spaces for cutting off the current in emergencies.

15–6. Switches, fuses, and automatic circuit breakers shall be plainly marked, labeled, or arranged to afford ready identification of circuits or equipment supplied through them. They shall not be installed in locations where explosives are stored or where flammable gases or liquids exist. Switches shall be of the enclosed safety type, with enclosures grounded, and installed so as to minimize the danger of accidental operation. Fuse cabinets shall be provided with close fitting doors which can be locked. Switches or breakers shall be provided with a means for locking or securing in the off-position during maintenance periods. Fuses and circuit breakers shall be of the proper rating for the circuit protected, as prescribed by the National Electric Code. Blown fuses shall not be replaced by fuses of higher rating without specific authorization. The substitution of slugs, copper wires, or other conductors for fuses, and the use of jumpers around circuit breakers shall be prohibited.

15–7. Remodeling or adding new work to old work. Circuits to which modification is being made shall be deenergized until work is complete. Suitable tests shall be made, prior to energizing, to assure safe operation.

15–8. Overloading circuits. Loading of electric circuits beyond the limits specified by the National Electric Code is prohibited.

15–9. Grounding. All electrical circuits shall be grounded in accordance with the requirements of the various codes. The points of grounding and details of construction shall be as shown on project drawings and diagrams, or as directed by the electrician foreman on temporary work. Such grounds

shall be maintained and protected at all times. Effective ground shall be provided for noncurrent carrying metallic parts of such equipment as generators, switches, motor controller cases, fuse boxes, distribution cabinets, frames, tracks and motors of electrically operated cranes, electric equipment of elevators, metal frames of nonelectric elevators to which electric conductors are attached, and other electric equipment, and metal enclosures around equipment carrying voltages in excess of 750 volts between conductors. Grounding conductors shall be mechanically rugged, protected where necessary against mechanical injury, and have a current carrying capacity equal to or greater than prescribed in Article 250 of National Electric Code. Portable electrical tools and equipment shall be grounded either by use of a flexible ground wire fastened to the noncurrent carrying metallic parts of the tools and then fastened to a good ground, or by the use of a multiconductor cord having an identified grounding conductor and a multicontact polarized plug-in receptacle. Ground connections shall not be opened until disconnected at the equipment. Particular attention should be given to the grounding of semiportable equipment such as floodlights and other types of work lights which may be mounted on nonconducting supports, and moved occasionally. The protective ground on the metal enclosures of such equipment should be maintained during the moving unless supply circuits thereto are deenergized.

15–10. Inspection and repair. All electrical equipment shall be periodically inspected. Such inspections shall be made by qualified personnel at reasonable intervals, according to the equipment used and the severity of conditions under which they are used. All necessary repairs shall be made by qualified personnel. Circuits and equipment should be deenergized before work is started and personnel protected by clearance procedures and grounding whenever practicable. It should be remembered that contact with low voltage circuits such as 120-volt lighting can be fatal under certain conditions. However, circuits of 600 volts and lower can be worked bare handed if adequate working space is available and proper procedures are followed. Repairs or adjustment of contacts, brushes or other parts of electrical

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

equipment shall not be made while the equipment is in operation. Work on lines and equipment rated 600 volts and higher shall be done with the circuits deenergized, with rubber gloves and other protective equipment, or with hot-line tools, as directed by the superintendent or line foreman (par. 15–2).

**15–11. Work requiring two or more men.** In maintenance, repair or construction work, either in overhead line work or in substation and power plant work, where the wiring is congested and where the work requires unusual exposures, or handling of energized conductors or apparatus, two or more employees shall work together. It may be necessary to delegate one of the employees to watch the movements of the men doing the work so that he can warn them if they get dangerously close to live conductors and render assistance in case of an accident. The foreman is held responsible for assigning a sufficient number of qualified men to do this type of work safely.

**15–12. Voltage warning.** During construction operations and other instances where temporary power lines are used, the poles shall be plainly marked to indicate the maximum operating voltage of the lines carried thereon. The same procedure shall be followed for switch boxes, metal cabinets, and inclosures around equipment.

**15–13. Batteries and battery rooms.** Smoking, lighted blow torches, etc. shall not be permitted around batteries. In case necessary soldering or lead burning must be done, the battery room shall be well ventilated, the battery cell vent plugs removed, and the excess gas above the electrolyte blown out around those cells near location where work is to be done. Cleaning batteries or terminals with brushes or other devices which may short out the cell, shall not be permitted. When doing work on battery where contact with the electrolyte is made, a container with baking soda and water shall be provided to neutralize electrolyte on hands and tools.

**15–14. Floor insulation.** Suitable insulation mats or platforms of substantial construction and providing good footing, shall be so placed on floors and on the frames of equipment having exposed live parts of more than 150 volts to ground,

so that personnel or persons in the vicinity cannot touch such parts unless standing on the mats, platforms, or insulated floors.

**15–15. Rubber protective equipment.** All rubber goods in active use shall be inspected at least once a week. Rubber gloves shall be tested once each month when frequently used and in no case less than once every three months; all other rubber protective equipment shall be turned in at least once every six months to a testing laboratory for cleaning, inspection, and electric tests. Rubber equipment shall not be carried in truck or tool bags with tools or other equipment.

**15–16. Overhead lines.** Overhead transmission lines, telephone lines, and distribution lines carrying over 600 volts shall be carried on towers and poles which provide the necessary safe clearances over roadways and structures as stipulated by the government representative in responsible charge of the work. These clearances shall be adequate for the movement of vehicles and for the operation of regular construction equipment. Clearances shall not be reduced by roadway or other construction without authorization. The government representative shall be responsible for instructing employees and contractors as to the minimum safe working clearances when it is necessary to perform work near the conductors or supports.

**15–17. Cranes, derricks, draglines, shovels and moving machinery.** The construction, protection, and maintenance of outdoor trolleys and portable cables rated above 600 volts for supplying power to movable construction equipment such as gantry cranes, mobile cranes, shovels, etc. shall conform to code requirements. It shall be the responsibility of the government representative in charge of the work to see that equipment is operated and maintained safely and to formulate and disseminate safety rules appropriate to the specific installation. Movable equipment which must be operated within 20 feet of energized lines should have the frame of the equipment adequately grounded. When it is necessary to operate cranes, shovels, etc. with movable booms, or to transport large pieces of machinery or equipment under overhead lines in a manner that materially reduces normal overhead clearances, the job should be scheduled so the lines

42

43

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

can be deenergized, if practicable, or permission obtained from the responsible government representative for each specific operation or move. When permitted to operate under or near energized lines, the booms and cables of portable cranes, shovels, etc. shall maintain a minimum clearance of 10 feet at all times. Machinery, equipment, and all large metal objects that are moved in tunnels, galleries, penstocks, and tanks must be handled so as to avoid contacts with electrical equipment and wiring. Temporary open wiring is particularly hazardous, and should preferably be deenergized unless a minimum clearance of 3 feet from the equipment and the workmen can be maintained.

## PERSONNEL

15–18. **Conduct.** Employees shall be instructed to watch out for fellow workmen and warn them when they get into dangerous positions. Horseplay, wrestling, scuffling, practical jokes, or unnecessary conversation must be avoided during duty hours. The use of intoxicating beverages and drugs* shall be avoided during working hours. Close cooperation must be maintained among all men on the job.

15–19. **Reporting unusual conditions.** All unusual conditions of any kind in stations, substations, or underground or overhead systems that may be in any way affecting the continuity of service or endanger life or property shall be reported promptly to the government representative in charge.

# Section XVI
# HAND TOOLS AND PORTABLE POWER TOOLS

## GENERAL

16–1. All hand tools shall be kept in good repair and used only for the purpose for which designed.

16–2. Tools having mushroomed heads, split or defective handles, worn parts, or other defects that will impair their strength or render them unsafe for use, shall be removed from

*Any drug or narcotic which impairs the individual's judgment or actions.

service and shall not be reissued until the necessary repairs have been made.

16–3. Racks, bins, hooks, drawers, lockers, or other suitable storage space shall be provided and so arranged as to permit convenient arrangement of tools. They shall be constructed to prevent the tools or equipment from falling or otherwise injuring employees while storing and removing tools or working around the storage space.

16–4. Tools shall not be left on scaffolds, ladders, or overhead working spaces when not in use. When work is being performed overhead on scaffolds or ladders, containers shall be used to hold tools and prevent them from falling. (See Electrical Section on grounding of tools and equipment.)

16–5. The practice of throwing tools from one location to another, from one employee to another, or dropping them to lower levels, shall not be permitted. When necessary to pass tools or material under the above conditions, suitable containers and/or ropes shall be used.

16–6. Wooden tool handles shall be sound, and shall be kept smooth, in good condition, and securely fastened to the tool.

16–7. Sharp edged or pointed tools shall not be carried in workmen's pockets. All other tools which may project out of workmen's pockets shall be carried in safe containers.

16–8. Only nonsparking tools shall be used in locations where sources of ignition may cause a fire or explosion.

16–9. Tools requiring heat treating should be tempered, formed, dressed, and sharpened by workmen who are experienced in these operations.

## GRINDING TOOLS

16–10. Abrasive disks shall be guarded in accordance with American Standard Association Code B 7.1.

16–11. Work or tool rests shall not be adjusted while grinding wheel is in motion. Tool rests on power grinders should not be allowed to be more than one-eighth-inch distance from the wheel.

16–12. Cracked or damaged grinding wheels shall not be used.

16–13. Makeshift grinding equipment is prohibited.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

16–14. Grinding wheels shall not be operated in excess of their rated safe speed.

16–15. The American Standards Association Code B 7.1 shall govern the use, care, and protection of abrasive wheels.

## POWER SAWS

16–16. Portable circular power saws shall be equipped with guards that automatically and completely inclose the cutting edges when not actually sawing.

16–17. Cracked, bent, or damaged blades shall not be used.

16–18. Power saws shall not be left running unattended.

## PNEUMATIC TOOLS

16–19. Pneumatic tools shall be used only by employees familiar with and properly instructed in their use.

16–20. Pneumatic tools shall be kept in good operating condition, thoroughly inspected at regular intervals and particular attention given to control and exhaust valves, hose connections, die clips on hammer, and the chucks of reamers and drills.

16–21. Safety clips or retainers shall be installed on pneumatic impact tools to prevent dies and tools from being accidentally expelled from the barrel.

16–22. Pressure shall be shut off and exhausted from the line before disconnecting the line from any tool or connection.

16–23. Safety lashing shall be provided at connection between tool and hose, and at all quick makeup type connections.

16–24. Air hose shall be suitable to safely withstand the pressure for which it is intended. Leaking, or defective hose shall be removed from service.

16–25. Hose shall not be laid over ladders, steps, scaffolds, or walkways in such a manner as to create a tripping hazard.

16–26. The use of compressed air for blowing dirt from hands, face, or clothing is prohibited.

## POWDER-ACTUATED TOOLS

16–27. Powder-actuated tools shall be used, operated, repaired, serviced and handled only by authorized personnel. Authorized persons are those who have been trained and certified by the manufacturer or his authorized representative

in the safe use and servicing of the particular tool in question and permission to operate on a specific work site granted by the government representative in charge.

16–28. Such supervision and safeguards as necessary to prohibit their use by unauthorized persons shall be provided including the following provisions:

*a.* To secure authorization to operate a powder-actuated tool, the operator will present his evidence of qualification to the government representative in charge for recording and issuance of a work site authorization.

*b.* All powder-actuated tools to be used at the work site will be presented for inspection and registration with the government representative in charge. If acceptable a tool permit will be issued prior to use on the work site.

*c.* For each powder-actuated tool registered, the following data will be obtained and recorded:

   (1) Trade name.

   (2) Manufacturer.

   (3) Model and size.

   (4) Serial number.

   (5) Ownership.

16–29. The use of powder-actuated tools is prohibited in explosive or flammable atmospheres.

16–30. The tool operator shall wear safety goggles or other approved safety type face and eye protection devices.

16–31. Powder-actuated tools and the powder charges will be so secured to prevent unauthorized possession at all times.

16–32. Only powder-actuated charges, studs, pins, or fasteners so designed and recommended for use in a specific tool by the tool manufacturer shall be used.

16–33. Upon detection of any defect or malfunction in the operation of a powder-actuated tool, the tool will be removed from service until deficiency is corrected. Tool permit will be returned to government representative in charge upon detection of deficiency.

16–34. Powder-actuated fastener type tools which by means of a powder charge propel or discharge an object for the purpose of impinging it upon, affixing it to, or penetrating another object or material, will meet the following requirements:

46

47

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

*a.* The muzzle end of the tool, including barrel extensions shall have a protective shield or guard of at least 3½ inches in diameter, mounted and securely attached, perpendicular to the barrel, designed to confine the flying particles and arrest the ricochet of the projectiles; or in lieu of such shield or guard, a jig providing equivalent protection may be used.

*b.* The tool shall be incapable of firing if it is not equipped with either a standard guard, a special guard, fixture, or jig of this manufacturer's design.

*c.* The tool shall be so constructed as not to be operable other than against a work surface with a force at least five (5) pounds greater than the total weight of the tool.

*d.* The tool shall be so designed that it will not operate when equipped with the standard guard indexed to the center position, if the bearing surface of the guard is tilted more than eight degrees from contact with the working surface.

*e.* The firing mechanism shall be so constructed that the tool cannot fire during loading or preparation to fire, or if the tool is dropped while loaded.

*f.* Firing of the tool shall be dependent upon at least two separate and distinct operations of the operator, with the final firing movement being separate from the operation of bringing the tool into the firing position.

*g.* The tool shall be so constructed that positive means of varying the power are available or can be made available to the operator as part of the tool, or as an auxiliary, in order to make it possible for the operator to select a power level adequate to perform the desired work without excessive force.

16–35. Fasteners shall not be driven into very hard or brittle materials including but not limited to cast iron, glazed tile, surface hardened steel, glass block, live rock, face brick, or hollow tile.

16–36. Driving into soft materials shall be avoided unless they are backed by a substance that will prevent the pin or fastener from passing completely through and creating a flying missile hazard on the other side.

16–37. Fasteners shall not be driven directly into materials such as brick or concrete closer than 3 inches from edge or corner or into steel surfaces closer than one-half inch from

the edge or corner unless a special guard, fixture, or jig is used.

16–38. All powder-actuated tools and their use will comply with such Federal, State and local laws as are applicable.

# Section XVII

# ROPES, CABLES, AND CHAINS

## GENERAL

17–1. The use of ropes, cables and chains shall be in accordance with the safe usage recommended by the manufacturer or within the safe limits recommended by the equipment manufacturer when used in conjunction therewith. (Plate 5 contains recommended values for general conditions.)

17–2. All hooks used for the support of human loads or loads that pass over workmen will be closed or moused. The use of open hook is prohibited in rigging to lift any load where there is danger of relieving the tension on the hook due to the load or hook catching or fouling.

17–3. The installation, maintenance, repair, and testing of ropes, cables, and chains shall be done only by qualified persons.

## SLINGS

17–4. Slings, their fittings and fastenings, when in use, shall be inspected daily by a qualified person for evidence of overloading, excessive wear, or damage. Slings found to be defective shall be removed from service.

17–5. Proper storage shall be provided for slings while not in use.

17–6. Suitable protection shall be provided between the sling and sharp unyielding surfaces of the load to be lifted.

## WIRE ROPE

17–7. Wire rope or cables shall be inspected by a competent person at the time of installation and once each week

48

49

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

thereafter, when in use, and removed from hoisting or load-carrying service when kinked or one of the following conditions exist:

*a.* When three broken wires are found in one strand * of 6×7 wire rope.

*b.* When six broken wires are found in one strand * of 6×19 wire rope.

*c.* When nine broken wires are found in one strand * of 6×37 wire rope.

*d.* When eight broken wires are found in one strand * of 8×19 wire rope.

*e.* When marked corrosion appears.

*f.* Wire rope of a type not described herein, shall be removed from service when 4 percent of the total number of wires composing such rope are found to be broken in one strand.*

17–8. Wire rope removed from service due to defects shall be plainly marked or identified as being unfit for further use on cranes, hoists, or other load-carrying service.

17–9. The ratio between the rope diameter and the drum, block, sheave, or pulley tread diameter shall be such that the rope will adjust itself to the bend without excessive wear, deformation, or injury. In no case will the safe values of drums, blocks, sheaves, or pulleys be reduced in replacement of such items unless compensating changes are made for rope used and safe loading limits. (Plate 5 contains recommended values for general conditions.)

17–10. Drums, sheaves, and pulleys shall be smooth and free from surface defects liable to injure rope. Drum, sheaves, or pulleys having eccentric bores or cracked hubs, spokes, or flanges, shall be removed from service.

17–11. Connections, fittings, fastenings, parts, etc., used in connection with ropes and cables shall be of good quality and of proper size and strength, and shall be installed in accordance with recommendations of the manufacturer.

---

*The distance in which one strand makes one complete turn around the rope.

17–12. Socketing, splicing, and seizing of cables shall be done by qualified persons.

17–13. All eye splices shall be made in approved manner and wire rope thimbles of proper size shall be fitted in the eye, except that in slings, the use of thimbles shall be optional.

17–14. Wire rope clips attached with U-bolts shall have the U-bolts on the dead or short end of the rope. The U-bolt nuts shall be retightened immediately after initial load carrying use and at frequent intervals of time thereafter.

17–15. When a wedge socket type of fastening is used, the dead or short end of the cable shall be clipped with U-bolt or otherwise made secure against loosening.

17–16. Hooks, shackles, rings, and pad eyes, and other fittings that show excessive wear or that have been bent, twisted, or otherwise damaged shall be removed from service.

17–17. Running lines of hoisting equipment located within 6 feet 6 inches of the ground or working level shall be boxed off, or otherwise guarded, or the operating area restricted.

## CHAINS

17–18. Chains used in load carrying service shall be inspected by a competent person before each initial use and weekly thereafter.

17–19. Chains shall be normalized or annealed periodically as recommended by the manufacturer.

## FIBER ROPE

17–20. Frozen fiber rope shall not be used in load carrying service.

17–21. Fiber rope that has been subjected to acids or excessive heat shall not be used for load carrying purposes.

17–22. Fiber rope shall be protected from abrasion by padding where it is fastened or drawn over square corners or sharp or rough surfaces.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# Section XVIII

# MACHINERY AND MECHANIZED EQUIPMENT

## INSPECTION AND TESTING

18–1. Before any machinery or mechanized equipment is put into use on the job, it shall be inspected and tested by a qualified person and determined to be in safe operating condition. Continued periodic inspections shall be made at such intervals as necessary to assure its safe operating condition and proper maintenance.

18–2. Any machinery or equipment found to be in an unsafe operating condition shall be tagged at the operator's position—"Out of Service, Do Not Use," and its use prohibited until unsafe conditions have been corrected.

18–3. Inspections or determinations of road conditions and structures shall be made to assure that clearances and load capacities are safe for the passage or placing of any machinery or equipment, before permitting passage or placement.

18–4. Testing

  a. *Static test.* All cranes and derricks shall satisfactorily complete a static test prior to being placed in operation. The test shall be conducted using *not less than 150 percent of the maximum anticipated load at the maximum boom radius to be used in the specific operations.* The test shall consist of carefully *lifting* the test load (150 percent) in all positions that shall be required to completely demonstrate the stability of the entire crane or derrick structure. Tests shall be conducted with or without outriggers when so equipped.

  b. *Performance test.* All cranes and derricks shall satisfactorily complete a performance (operating) test before being placed in operation. The test shall be conducted *using 125 percent of the maximum anticipated load at the maximum boom radius to be used in the specific operation.* The test shall consist of *lifting, lowering, swinging and braking* the 125 percent load through all positions and operations normally performed to demonstrate the equipment's ability to safely maneuver the load.

  c. Pertinent data and record of tests shall be made part of the official project or job file by the government representative in charge.

## OPERATION

18–5. Machinery and mechanized equipment shall be operated only by qualified and authorized personnel.

18–6. Riding on equipment by unauthorized personnel is prohibited.

18–7. Getting off or on any equipment while it is in motion is prohibited.

18–8. Machinery or equipment requiring an operator shall not be permitted to run unattended. Where practical, equipment left unattended shall be locked to prevent starting by unauthorized persons.

18–9. Machinery or equipment shall not be operated in a manner that will endanger persons or property nor shall the safe operating speeds or loads be exceeded.

18–10. Equipment shall not be operated in close proximity to high voltage (440 volts or more) lines until the governing utilities authorities have been notified and the operation coordinated therewith. In addition such operations shall not be conducted unless one of the following conditions are satisfied:

  a. Power has been shut off and positive means taken to prevent the lines from being energized.

  b. Equipment being used or any part thereof does not have the capability of contacting the lines.

  c. Equipment which has the capability of making contact shall be positioned and blocked so as to assure no part thereof can come within 10 feet of the line. A notice of the 10-foot limitation shall be posted at the operators position.

18–11. An operator shall not be permitted to operate any machinery or equipment for more than 10 hours without a consecutive 8-hour interval of rest.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

# GUARDING AND SAFETY DEVICES

**18-12. Reverse Signal Alarms.** When specified by the government official in charge all self-propelled construction equipment, whether moving alone or in combination, shall be equipped with a reverse signal alarm which will operate automatically when the vehicle moves in reverse and which will give suitable audible sound alarm for the conditions and circumstances under which the equipment is operated. Exception to this requirement is made of light service trucks such as panels, pickups, or station wagons and crawler-type cranes, power shovels and draglines. The alarm may be continuous or intermittent, and shall provide suitable alarm during the entire period of backward movement. Alarms shall operate upon initial backward movement and if intermittent, shall operate at intervals not to exceed three seconds during the entire period of backward movement. The use of such devices shall be in addition to prescribed requirements for signal men.

**18-13.** All belts, gears, shafts, pulleys, sprockets, spindles, drums, flywheels, chains, or other reciprocating, rotating, or moving parts of equipment shall be guarded if such parts are exposed to contact by persons or otherwise create a hazard.

**18-14.** All hot surfaces of equipment, including exhaust pipes, or other lines which may be subject to high temperatures, exposed to contact by persons or which create a fire hazard, shall be suitably guarded or insulated.

**18-15.** Fuel tanks shall be located in a manner which will not allow spills or overflows to run onto engine, exhaust, or electrical equipment.

**18-16.** Exhaust or discharges from equipment shall be so directed that they do not endanger persons or obstruct view of operator.

**18-17.** All equipment having a drop type skip pan shall be provided with guards on both sides and open end of the skip pan area to prevent persons from walking under skip while in elevated position.

**18-18.** Platforms, footwalks, steps, handholds, guardrails, and toeboards shall be provided on machinery and equipment as necessary, to assure safe footing and accessways.

**18-19.** No guard, safety appliance, or device shall be removed from machinery or equipment, or made ineffective except for the purpose of making immediate repairs, lubrications, or adjustments and then, only after the power has been shut off. All guards and devices shall be replaced immediately after completion of repairs and adjustments.

**18-20.** Suitable protection against the elements, falling or flying objects, swinging loads, and similar hazards shall be provided for operators of all machinery or equipment. All glass used shall be "safety glass." All bulldozers, tractors or similar equipment used in clearing operations shall be provided with substantial guards, shields, canopies, or grills to protect the operator from falling and flying objects as appropriate to the nature of the clearing operations undertaken.

**18-21.** A warning device or services of a signalman shall be provided where there is danger to persons from moving equipment, swinging loads, buckets, booms, etc. Highway operated equipment shall be equipped with turn signals.

**18-22.** All machinery or equipment not equipped to prevent overloading or excessive speed shall have safe load capacities and/or operating speeds posted at the operator's position.

**18-23.** All machinery or equipment and material hoists operating on rails, tracks, or trolleys shall have positive stops or limiting devices either on the equipment, rails, tracks, or trolleys to prevent overrunning safe limits and shall be equipped with overspeed devices.

**18-24.** Stationary machinery and equipment shall be placed on a firm foundation and properly secured in place before being operated.

**18-25.** Stops shall be provided on all booms to prevent them from overtopping, and shall be so installed so as to limit the travel beyond the angle of 88° above the horizontal plane. The stops shall be of the type which provides a shock absorbing action to the boom.

**18-26.** All points requiring lubrication during operation shall have fittings so located or guarded to be accessible without hazardous exposure to personnel performing these operations.

**18-27.** All mobile equipment shall have adequate headlights and tail lights when operating in hours of darkness.

54

55

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.


INFORMATIONAL COPY ONLY

## REPAIRS AND MAINTENANCE

18–28. All machinery and equipment shall be shut down or positive means taken to prevent its operation while repairs, adjustments, or manual lubrications are being made.

18–29. Any guard or safety device removed or made ineffective shall be replaced or restored to safe operating condition immediately after completion of work which required its removal.

18–30. All repairs on machinery or equipment shall be made at a location which will provide a safe place for repairman.

18–31. Heavy machinery, equipment, or parts thereof which are suspended or held apart by use of slings, hoists, or jacks, shall also be substantially blocked or cribbed before men are permitted to work underneath or between them. Bulldozer and scraper blades shall be lowered to rest when not in use.

## CRANES, HOISTS, DERRICKS, DRAGLINES, AND POWER SHOVELS

18–32. All modifications, extensions, replacement parts, or repairs of equipment shall maintain at least the same factor of safety as the original designed equipment.

18–33. All drums on load-hoisting equipment shall be equipped with proper dogs, pawls, or other positive locking devices.

18–34. Braking equipment capable of effectively braking, lowering, and safely holding a load of at least the full rated load shall be provided.

18–35. Manufacturer's load rating plates shall be attached to all load-hoisting equipment in view of operator. On boom cranes and derricks they shall clearly indicate the safe load for maximum and minimum positions of the boom and for at least two intermediate stations. These indications shall be for loads both with and without outriggers where so equipped.

18–36. At no time shall a crane be required to handle a load in excess of the manufacturer's rating. If the weight of a load to be lifted is not known accurately, the load shall first be lifted just clear of the ground with the crane in its least stable position (usually with the boom over the side) and a determination made of the radius at which the load can be lifted with assured stability before raising the load. The load may be boomed out to any greater radius after swinging the boom to a new position.

18–37. There shall be at least two full wraps of cable on the drums of hoisting equipment at all times of operation.

18–38. Riding on loads, hooks, hammers, buckets, or material hoists is prohibited.

18–39. While hoisting equipment is in operation, the operator shall not be permitted to perform any other work, and he shall not leave his position at the controls until the load has been safely landed or returned to ground level.

18–40. Tag lines for controlling loads shall be used wherever practicable.

18–41. A standard signal system shall be used on all hoisting equipment (see sec. X).

18–42. Traveling bridge or gantry cranes shall be equipped with a warning device that will sound continuously while crane is traveling.

18–43. The use of cranks on hand-powered winches or hoists is prohibited unless the hoists or winches are provided with load brakes otherwise so designed to be self-holding. Hand wheels without projecting spokes, pins, or knobs shall be used.

18–44. Operators of hoisting equipment shall be experienced and shall meet the following additional qualifications:

*a.* Be able to read and understand the signs, notices, operating instructions, and signal code used.

*b.* Be not less than 21 years of age.

*c.* Must have had a physical examination within 1 year prior to date of employment and annually thereafter to determine that they have no deficiencies of eyesight or hearing, or that they are not subject to epilepsy, heart, or similar ailments that would be detrimental to safe operation of equipment.

## MATERIAL HOISTS AND TOWERS

18–45. The shaftways and cars of material hoists shall be constructed of sound material capable of sustaining the maximum load to be imposed with a factor of safety of at least five. Cars or platforms of all hoisting equipment shall be equipped with broken cable safety devices.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

18–46. All towers shall rest on solid foundations and well-guyed or otherwise strongly anchored in four directions at the top and at least every 30 feet in height.

18–47. Where wooden towers are used, the minimum sizes of various members shown in Plate 6 are recommended.

18–48. Hoist platforms or cars shall have all unused sides inclosed and the roof shall be constructed of material strong enough to afford protection from falling objects. The roof may be hinged in sections to provide for hoisting of long material.

## PASSENGER AND FREIGHT ELEVATORS

18–49. All entrances into shaftway shall be protected by hinged or pivoted bars or by gates.

18–50. Positive protection shall be provided to prevent persons or objects from falling into shaftway.

18–51. Safe accessways shall be provided for servicing and inspection of hoist towers and equipment.

18–52. All passenger and freight carrying elevators shall comply with American Standard Codes for Elevators (ASA 17.1, 2, and 3).

## PILE DRIVERS

18–53. Only pile-driving crew members and authorized persons shall be permitted in the actual work areas during driving operations.

18–54. The width of hulls for floating piledrivers shall not be less than 45 percent of the height of lead above the water. Operating deck of floating piledrivers shall be so guarded as to prevent piles, which are being hoisted into driving position from swinging in over the deck.

18–55. Dogs on piledriver hoist drums, that automatically disengage either by relieving the load or rotating the drum shall be prohibited.

18–56. A safety lashing shall be provided for all hose connections to piledriver hammers, pile ejectors, or jet pipes.

18–57. Hanging or swinging leads of piledrivers shall have fixed ladders. Employees shall be prohibited from remaining on leads or ladders while pile is being driven.

18–58. Tall piledriver leads shall be provided with decked landings having guard rails and toe boards. Fixed ladders or stairs shall be provided for access to landings and head-blocks.

18–59. Landing or leads shall not be used for storage of any kind.

18–60. Piledriver leads shall be provided with stop blocks to prevent the hammer from being raised against head block.

18–61. Pilehammers shall be lowered to bottom of leads while piledriver is being moved.

18–62. Suitable guys, outriggers, thrustouts, counterbalances, or rail clamps shall be provided as necessary to maintain stability of piledriver rigs.

18–63. Taglines shall be used for controlling "unguided piles" and "flying hammers."

18–64. Hoisting of steel piling shall be done by use of a closed shackle or other positive means of attachment that will prevent accidental disengagement.

18–65. Safe practices contained in National Safety Council Safe Practice Pamphlet "Pile Driving" (Industrial Safety Series No. Con–4) are recommended safe practices.

## WOODWORKING MACHINERY

18–66. The American Standard Safety Code for Woodworking Machinery (ASA–0 1.1) shall govern for the installation, operation, and maintenance of woodworking machinery.

18–67. Safe means shall be provided for the removal of sawdust, chips, and shavings on all woodworking machinery.

18–68. A mechanical or electrical power control shall be provided on each machine, in a protected position, to prevent accidental startings and to enable the operator to cut off the power without leaving his position at the point of operation.

18–69. Circular ripsaws shall be provided with hood guard, splitter, and antikickback device. All circular saws shall be provided with hood guards.

18–70. The peripheral length of circular saws and cutters beneath tables shall be guarded or sides of table inclosed.

18–71. Blades of planers and jointers shall be fully guarded and have cylindrical heads with throats in the cylinder.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

18–72. All swing cutoff and radial saws or similar machines, which are drawn across a table shall be equipped with limit stops to prevent the cutting edge of the tool from extending beyond the edge of table or table edge shall be extended beyond the limit of saw blade.

18–73. Bandsaw blades shall be fully inclosed except at point of operation.

18–74. Bandsaws and other machinery requiring warmup for safe operation shall be permitted to warm up before being put into operation whenever the temperature is below 45° F.

18–75. The use of cracked, bent, or otherwise defective parts such as saw blades, cutters, and knives is prohibited.

18–76. A push stick, block, or other safe means shall be used in all close operations on saws, jointers, sanders, and other machines having highspeed cutting edges.

## RAILROAD LOCOMOTIVES AND EQUIPMENT

18–77. Where construction railroads are served by a connecting railroad company, the equipment and its operation shall comply with regulations of the connecting railroad. All locomotives used on construction projects shall be equipped with "deadman" controls.

## CONVEYORS, CABLEWAYS, AND RELATED EQUIPMENT

18–78. The American Standard Safety Code (ASA B 20.1) for Conveyors, Cableways, and Related Equipment shall govern the design, installation, operation, and maintenance of conveyers and conveying machinery.

18–79. On all conveyors where reversing or runaway presents a hazard, "antirunaway" or "backup" stops or other safeguards shall be installed to protect persons and property from injury and damage.

18–80. At all points along conveyor, excepting at points where loads are removed from or placed on a conveyer or where a conveyor discharges to or receives material from another conveyor, suitable sideboards shall be provided unless other provisions are made to eliminate the possibility of loads or material being dislodged from the conveyor.

18–81. Safe accessways shall be provided to permit essential inspection, lubrication, repair, and maintenance operations.

18–82. Crossovers or underpasses with proper safeguards shall be provided for passage over or under all conveyors as necessary. Crossing over or under conveyors except where safe passageways are provided is prohibited.

18–83. Whenever conveyors pass adjacent to, or over working areas, roadways, highways, railroads, or other public passageways, suitable protective guards shall be installed. These guards shall be designed to catch and hold any load or material that may fall off or become dislodged from the conveyor.

18–84. Riding on conveyors is prohibited.

18–85. All conveyor systems shall be equipped with such emergency stopping or signal devices that will provide reasonable safe control at all times.

18–86. Where conveyors are operated in tunnels, pits, and similar inclosures, ample room shall be provided to allow safe accessway and operating space for all workmen.

18–87. Tunnels, pits, and similar inclosures shall be provided with adequate drainage, lighting, ventilation, and emergency controls including escapeways wherever it is necessary for persons to work in or enter such areas. Conveyor tunnels under stock piles of materials (i. e., sand, stone, gravel, cement) shall be open at both ends.

18–88. All openings to hoppers, chutes, bins, or hazardous areas shall be protected to prevent unauthorized entry or persons from stepping or falling into them.

## MOTOR VEHICLES

18–89. **Definition.** The term "Motor Vehicle" as used in this section and hereinafter referred to as a vehicle shall mean any vehicle propelled by a self-contained power unit and vehicles designed to be towed by a vehicle having a self-contained power unit, except a vehicle designed for use on railways or other trackage or material handling equipment designed for exclusive use off the highway.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## GENERAL

18–90. The following requirements are considered minimum except where more stringent local, State, or Federal laws are applicable.

*a. Operators' permits — Government motor vehicle.* Every person regularly or occasionally operating a Government-owned or leased motor vehicle shall have passed the prescribed examination and test and have in his possession at all times while operating such vehicle, a motor vehicle operator's permit, valid for the equipment being operated.

*b.* Government motor vehicle operator's permits shall not be issued to persons under 18 years of age, and for operation of buses to persons under 21 years of age. (A bus is considered any motor vehicle designed or equipped for carrying more than 10 passengers and used for the transportation of persons.) Permits shall not be issued to persons who possess a physical, mental, nervous, or emotional disorder, either organic or functional, apparent to or known by examiner, which will, or is found to interfere with safe driving. Applicants requiring the use of corrective lenses to qualify shall be issued a permit, plainly marked on the face "Limited to Driving With Corrective Lenses," provided all other qualifications have been satisfied.

*c. Contractor's vehicles.* Every person regularly or occasionally operating a contractor's motor vehicle shall have in his possession at all times while operating such vehicle an applicable valid State motor vehicle operator's license.

## INSPECTION

18–91. No vehicle shall be placed in service until it has been inspected by a qualified person and found to be in safe operating condition.

18–92. All vehicles shall be inspected by a mechanic every 90 days or after each 2,000 miles of operation, whichever occurs first.

18–93. Vehicles found to be in unsafe operating condition shall be removed from service, repaired or replaced, and reinspected before being placed in service again.

## EQUIPMENT

18–94. All vehicles or combination of vehicles, except motorcycles, if operated between sunset and sunrise, shall be equipped with the following lights:

Two headlights; one on each side.

At least one red taillight and one red or amber stop light.

Directional signals lights both front and back.

18–95. Motorcycles shall be equipped with at least one headlight and one red tail lamp.

18–96. All vehicles, except trailers or semitrailers having a gross weight of 5,000 pounds or less, shall be equipped with service brakes and hand-operated parking brakes. Service and parking brakes shall be adequate to control the movement of, to stop, and to hold the vehicle under all conditions of service. Service brakes on trailers and semitrailers shall be controlled from the driver's seat of the prime mover.

18–97. Braking systems on every combination of vehicles shall be so designed as to be in approximate synchonization on all wheels and developing the required braking effort on the rearmost wheels first. Such design shall also provide for application of the brakes by the driver of the prime mover from his cab. Exceptions—

Vehicles in tow by approved tow bar hitch.

Earth moving and construction equipment with factory designed or equipped braking systems.

18–98. Every passenger vehicle shall be capable at all times and under all conditions of being stopped on a dry, smooth, level road upon application of the service brakes within the distances specified below:

|  | *Stopping distance at 20 m. p. h. (feet)* |
|---|---|
| Passenger vehicles having brakes on all wheels | 30 |
| Passenger vehicles not having brakes on all wheels | 45 |

18–99. Every motor vehicle shall be equipped with a speedometer, a fuel gage, and an adequate audible warning device in proper operating condition.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

18-100. Every vehicle having a windshield shall be equipped with a suitable windshield wiper.

18-101. In localities where weather requires, every vehicle having a windshield shall be equipped with a suitable defrosting device.

18-102. All powered vehicles, operated on the highway shall be equipped with appropriate rear view mirrors.

18-103. Suitable cabs, cab shields, and other necessary protection shall be provided on all vehicles to protect the driver from the elements, falling or shifting materials, where practical.

18-104. Nonslip surfaces shall be provided on running boards and steps of all vehicles.

18-105. All vehicles shall be equipped with safety glass in windshields, windows, and doors.

18-106. All towing devices used on any combinations of vehicles shall be structurally adequate for the weight drawn and securely and properly mounted.

18-107. A locking device shall be provided on every fifth wheel mechanism and tow bar arrangement which will prevent the accidental separation of towed and towing vehicles.

18-108. Every full trailer shall be coupled with safety chains or cables to the towing vehicle. Such chain or cable shall be adequate to prevent the separation of the vehicles in the event of failure of the tow bar.

18-109. All dump trucks shall be equipped with a hinged strut or struts permanently attached and capable of being locked in the raised position, or other similar device, to prevent accidental lowering of the body while maintenance or inspection work is being done beneath.

18-110. All operating levers on hoists shall be equipped with a latch or other device which will prevent accidental starting or tripping of the mechanism.

18-111. Trip handles for tailgates on all dump trucks shall be so arranged that in dumping the load the operator will be in the clear.

18-112. Tailgates of dump trucks shall be so constructed or equipped with D-handles or other similar arrangement to facilitate handling.

18-113. All vehicles except motorcycles shall be equipped with a power-operated starting device. Cranks shall be used only in case of failure of power-operated starting device or while making motor adjustments.

18-114. All buses, trucks, and combinations of vehicles with a carrying capacity of one and one-half tons or over, when operated on public highways, shall be equipped with the following emergency equipment:

> One red flag not less than 12 inches square and one red lantern for day or night use on projecting load.
> Two red flags not less than 12 inches square, with standards, and 3 flares or 3 red lanterns, or 3 electric lanterns, which shall be available for immediate use in case of emergency stops.
> Two wheel chocks for each vehicle or each unit of a combination of vehicles.

## OPERATING RULES

18-115. No operator shall be permitted to operate a motor vehicle for more than 10 hours, nor shall any employee be permitted to operate a vehicle more than 2 hours after working 8 hours at some other occupation, without a consecutive 8 hour period of rest.

18-116. No vehicle shall be driven at a speed greater than is reasonable and proper, with due regard for weather, traffic, intersections, width and character of the roadway, type of motor vehicle, and any other existing conditions. The operator must at all times have the vehicle under such control as to be able to bring it to a complete stop within the assured clear distance ahead.

18-117. All State and local traffic laws and ordinances and all post and project traffic regulations shall be obeyed.

18-118. Headlight beams shall be depressed when approaching other vehicles.

18-119. No vehicle shall be driven on a down grade with gears in neutral or clutch disengaged.

18-120. Every vehicle, upon approaching a railroad crossing or drawbridge, shall be driven at such a speed as to permit stopping before reaching the nearest track or the edge of the draw and shall proceed only if the course is clear.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

18–121. No vehicle shall be stopped, parked, or left standing on any highway or adjacent thereto in such a manner as to endanger other vehicles using such highway.

18–122. No vehicle shall be left unattended until after the motor has been shut off, the key removed (unless local regulations prohibit), parking brake securely set, and gear engaged in low or reverse. If stopped on a hill or grade, front wheels shall be turned or hooked into the curb or the wheels securely chocked.

18–123. All vehicles carrying loads which project more than 4 feet beyond the rear of the vehicle shall at night, or whenever atmospheric conditions are such that it is necessary, carry a red light at or near the end of the projection. At other times a red flag not less than 12 inches square shall be used.

18–124. Employees shall not be permitted to get between a towed and towing vehicle until both vehicles have been stopped and, secured against movements.

18–125. No vehicle or combination of vehicles hauling unusually heavy loads or equipment shall be moved until the driver has been provided with required permits, the correct weights of the vehicles and load, and a designated route to be followed.

18–126. The operators of vehicles shall make certain that the way is clear before backing or maneuvering except when directed by a qualified signalman.

18–127. Operators of vehicles transporting personnel, explosives, flammables, or toxic substances shall come to a full stop at railroad crossings or drawbridges and shall not proceed until the course is clear; provided, however, that a full stop shall not be required at a streetcar crossing within a business or residential district nor at a railroad grade crossing or drawbridge protected by a watchman or traffic officer on duty or by a traffic signal giving a positive indication to approaching vehicles to proceed.

18–128. When a bus, truck, truck-trailer combination is disabled on the traveled portion of a highway or the shoulder adjacent thereto, except in the business or residential section of a municipality, red flags shall be displayed during the daytime and flares or electric lights at night or when atmospheric conditions are such that red flags are not clearly visible for at least 500 feet. One flag flare or electric lantern shall be placed at least 200 feet to the front and rear of the vehicle and a third flare flag or electric lantern shall be placed at the traffic side of the vehicle. Vehicles transporting flammables or explosives shall use only electric lanterns and flags.

18–129. The driver of any vehicle involved in an accident will report such accident in accordance with local, State, and Federal laws and regulations.

## TRANSPORTATION OF PERSONNEL

18–130. Operators of motor vehicles engaged in the transportation of personnel shall be 21 years of age or older and have in their possession valid Federal or State operator's permits or licenses for the equipment being operated.

18–131. The number of passengers of passenger-type vehicles shall not exceed the number which can be comfortably seated.

18–132. Trucks being used to transport personnel shall be equipped with a seating arrangement securely anchored, a rear endgate, and guardrail. Steps or ladders, for mounting and dismounting shall be provided.

18–133. Bodies of dump trucks shall be made fast to chassis while being used to transport personnel. They shall be securely fastened by a chain or equivalent in addition to the normal locking device of dumping mechanism.

18–134. All tools and equipment shall be properly guarded, stowed, and securely fastened when transported with personnel.

18–135. Under no circumstances shall any person be permitted to ride with arms or legs outside of truck body, in a standing position on the body, or on running boards or seated on side fenders, cabs, cab shields, rear of truck, or on the load.

18–136. All vehicles transporting personnel during cold or inclement weather shall be provided with tarpaulins or other suitable inclosures. The exhaust fumes of vehicles transporting personnel shall be controlled in such a manner that they will present no hazards to the occupants.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

18–137. No explosives, flammable materials (excepting normal fuel supply), or toxic substances shall be carried in vehicles while carrying personnel.

18–138. No vehicle transporting personnel shall be moved until the driver has ascertained that all persons are seated and the required guardrails and rear endgates are in place or doors closed.

18–139. Getting on or off any vehicle while it is in motion is prohibited.

# FUELING

18–140. All motor vehicles and mechanized equipment using gasoline shall be shut down with ignition off prior to and during refueling operation.

# LOADING

18–141. Drivers of trucks, earth haulers, and similar vehicles shall leave the cab while vehicle is being loaded when exposed to danger from suspended or overhead loading equipment or methods.

18–142. No vehicle shall be so loaded as to obscure the driver's view ahead or to either side or to interfere in any manner with the safe operation of such vehicle.

18–143. No part of the load shall extend beyond the sides of the vehicle, except under unavoidable circumstances and then such warnings shall be provided and precautions taken to prevent endangering passing traffic or damage to the conveying vehicle.

18–144. The load on every vehicle shall be properly distributed, chocked, tied down, or otherwise secured.

18–145. No vehicle shall be driven with a load overhanging the rear or sides until proper warning flags or lights are in place and the driver has ascertained that required vehicle lights or reflectors are not obscured by tailboard, tailgate, or load.

# AIRCRAFT

18–146. All nonmilitary aircraft used in the United States shall be duly registered and licensed by Civil Aeronautics Administration or a comparable governing body of foreign or international authority as appropriate for use outside the United States.

18–147. All nonmilitary crew members shall be duly licensed and in current status under the appropriate authorities cited in paragraph 18–146.

# Section XIX

# PRESSURE VESSELS

## GENERAL

19–1. All pressure vessels (both fired and unfired) located on floating plant owned by the Government, shall be maintained and inspected in accordance with United States Coast Guard regulations.

19–2. All land pressure vessels owned or operated by the Government and all land and marine pressure vessels owned or operated by contractors performing construction work under the direction of the Government shall be inspected by a qualified inspector* and an approved certificate posted before such equipment is put into operation.

19–3. Provisions of the ASME Boiler Construction Code (combined edition) will generally apply in construction, operation, maintenance, and inspection of steam boilers and pressure vessels.

19–4. All pressure vessels shall be equipped with an approved type gage to register the pressure in such vessel.

19–5. Approved type safety or relief valves shall be provided on all pressure vessels. No valve shall be placed between the pressure vessel, generating equipment, and the safety or relief valve. No valve shall be placed between the relief valve and the atmosphere.

19–6. Safety or relief valves, after being adjusted by the inspector, shall be properly sealed. When, for any reason,

---

*A qualified inspector shall be a person employed by the Federal Government, State government, or insurance company for the purpose of inspecting and testing pressure vessels and having authority to certify the soundness of the vessel. Certification by National Board of Boiler and Pressure Vessels Inspectors is acceptable as qualifying.

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

it is necessary to break safety valve seal, the date and circumstances will be reported in writing to the responsible inspector.

19–7. When the pressure registers above the maximum allowable working pressure on the gage without the relief valve operating, the pressure gage shall be checked immediately. If such check indicates that the relief valve is inoperative the vessel shall be removed from service until the relief valve has been adjusted or replaced and approved by the responsible inspector.

19–8. When cracks or other serious defects develop, pressure vessels shall be taken out of service immediately, and shall remain out of service until the repairs have been made and such repairs approved by the responsible inspector.

19–9. Repairs shall not be made while pressure vessel is under pressure.

## FIRED PRESSURE VESSELS

19–10. Fired pressure vessels operating at a pressure in excess of 15 pounds per square inch shall be inspected annually for conformity with rules to which built. Boilers which have undergone major structural repairs or which have been relocated during the 12 calendar months for which certification has been made shall be reinspected and a new certificate posted before being put into operation.

19–11. Fusible plugs shall be provided on all boilers other than those of the water tube type, and shall be renewed annually, at time of inspection. When necessary to renew fusible plugs between inspections, a written report covering the circumstances and giving make and heat number of plugs removed and inserted, will be forwarded to the responsible boiler inspector.

19–12. All boilers shall be equipped with approved type water columns, gage glass, and try cocks. When shutoffs are used on the connections to a water column they shall be approved locking or sealing type.

19–13. All boilers shall be equipped with approved blowoff cocks or valves. Blowoff cocks shall be operated at least once a day. The blowoff line shall be arranged so that leakage can be observed by the operator.

19–14. All feed lines shall be equipped with stop and check valves in accordance with the ASME Boiler Code.

19–15. Safety relief valves, master valves, water column valves, and try cocks shall be so located or equipped to permit operation from floor level or provided with safe access in the form of walkways or ladders.

19–16. The discharge from safety valves, relief valves, and blowoffs shall be located so that they do not constitute a hazard to workmen. The discharge from safety valves and relief valves shall have an open gravity drain through the casing below the level of the valve seat.

## UNFIRED PRESSURE VESSELS

19–17. Unfired pressure vessels, except those listed below, shall be inspected biennially for conformity with rules to which built. Exceptions—

*a.* Pressure vessels less than 30 inches in diameter and subject to pressures not exceeding 100 pounds per square inch.

*b.* Pressure vessels 30 inches or larger in diameter but subject to less than 30 pounds per square inch.

*c.* Accumulators containing oil or water.

*d.* Those containing hot water at temperatures not exceeding 180° F.

19–18. All unfired pressure vessels (air receivers) shall be equipped with a drain valve located in an accessible position. Drain valves shall be operated at least once a day.

## COMPRESSED GAS CYLINDERS

19–19. Compressed gas cylinders shall be constructed, inspected, and tested in accordance with Interstate Commerce Commission requirements.

19–20. All Government owned cylinders shall be color coded and the gas contained identified by name in accordance with Military Standard 101A Color Code for compressed gas cylinders.

19–21. Cylinders shall be stored in well ventilated locations.

19–22. Cylinders containing the same gas shall be stored in a segregated group. Empty cylinders shall be stored in the same manner.

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

19-23. Cylinders in storage shall be separated from flammable or combustible material by at least 20 feet or by a fire resistive partition.

19-24. Cylinders containing oxygen or oxidizing gases in storage shall be separated from cylinders containing fuel gases by at least 40 feet or by a fire resistive partition.

19-25. No smoking shall be allowed wherever cylinders are stored.

19-26. Areas containing toxic gas in storage shall be appropriately placarded.

19-27. Cylinders shall be protected from extremes of temperature, physical damage, and sources of electric current.

19-28. Cylinder valves shall be closed when cylinders are in storage, in transit, or not in use.

19-29. Cylinder valve caps shall be in place when cylinders are in storage, in transit, and whenever regulator is not in place.

19-30. Upright cylinders shall be adequately secured against displacement.

19-31. Acetylene cylinders shall be in an upright position when in use.

19-32. Valve wrench or wheel shall be in operating position when cylinder is in use.

19-33. Cylinders shall be used only for designed purpose of containing a specific compressed gas.

19-34. Cylinders shall be handled in a manner which will not weaken or damage the cylinder or valve.

19-35. Leaking cylinders shall be moved to an isolated location out of doors. Valve shall be cracked and gas allowed to escape slowly. Keep personnel and all sources of ignition away. Cylinder shall be tagged "Defective."

19-36. Cylinders containing different gases shall not be bled simultaneously in close proximity of each other.

19-37. Bleeding of cylinders containing toxic gases shall be accomplished only under the direct supervision of qualified personnel.

# Section XX
## RAMPS, RUNWAYS, PLATFORMS, AND SCAFFOLDS

### GENERAL

20-1. Scaffolds, platforms, or temporary floors shall be provided for all work except that which can be done safely from the ground, other substantial footing or from ladders. (The use of ladders for other than a means of access should be eliminated as far as possible.) Scaffolds, platforms, runways, floors, etc., shall be kept free of ice, snow, grease, mud, or any other material or equipment which will render them unsafe or hazardous to persons using them. Where slippery surfaces cannot be avoided, abrasive material of some nature shall be used to assure safe footing. All false work, trestles, ramps, scaffolds, and similar temporary load-bearing structures shall be designed, constructed, and maintained with a safety factor of not less than four.

20-2. Stairs, ladders, or other safe means of access shall be provided to all work areas. Fixed ladders shall be constructed and installed in accordance with American Standard Safety Code A 14.3. Portable wood ladders shall be constructed and used in accordance with American Standard Safety Code A 14.1. Metal ladders shall be constructed and used in accordance with American Standard Safety Code A 14.2. (See plate 12 for additional information.)

20-3. All metal scaffolds, towers, power scaffolding machines, and similar equipment shall be of the types or equal to those approved by Underwriters' Laboratories, Inc. All such equipment shall be erected in accordance with manufacturer's specifications and the load limits as recommended by the manufacturer shall not be exceeded. Extreme caution shall be taken where metal scaffolds or ladders are used to prevent short circuits or electrical shock.

20-4. All rolling scaffolds shall be equipped with a positive locking device to prevent accidental movement of the scaffold while in use. The movement of all rolling scaffolds shall be from the base only. All wheels or castors shall be made

72

73

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

secure to scaffold. Rolling scaffold working platforms height shall not exceed four times the smallest base dimension. Employees shall be prohibited from riding on rolling scaffolds being moved.

20-5. The sections of metal scaffolds shall be securely connected together.

20-6. All scaffolds or working platforms of any nature shall be securely fastened to the building or structure, or if independent of the building shall be braced or guyed to prevent sway.

20-7. Extensions, alterations, or repairs to runways, platforms, working floors, or scaffolds shall conform in their entirety to the standards herein established.

20-8. The use of working platforms or scaffolds for the support of an outrigger boom, hoist, well pulley, or any other device or equipment used for hoisting materials will be permitted provided the platform or scaffold supports, and the individual member to which each device is attached, are reinforced or strengthened and braced to withstand the additional loads imposed upon them.

## CONSTRUCTION

20-9. The standards as listed herein are the minimum standards which will be used in the design and construction of runways, ramps, platforms, and scaffolds but will not be interpreted to relieve compliance with applicable State, municipal, or local laws, ordinances, or regulations which establish higher standards.

20-10. Lumber used in the construction of ramps, runways, platforms, temporary floors, and scaffolds shall be of good quality, reasonably straight grained, free of shakes, checks, splits, cross grains, unsound knots or knots in groups, decay and growth characteristics, or any other condition which will materially decrease the strength of the material.

20-11. The width of all scaffolds, ramps, runways, and platforms shall be determined by the use to which they will be put. They shall be of sufficient width to eliminate a congested condition of workmen and/or materials and equipment and shall provide unobstructed passageway for supplying materials and movement of workmen consistent with the work being performed. Minimum width for scaffolds—36 inches.

20-12. The dimensions of the members used in the construction of various types of working platforms or scaffolds shall generally conform to the sizes shown on the following tables. Variations from these sizes may be made provided no dimension is less than the smaller dimension shown in the table* and cross sectional area is not reduced.

### Fixed Platforms or Scaffolds

| | To support 25 pounds per square foot | To support 50 pounds per square foot | To support 75 pounds per square foot |
|---|---|---|---|
| Uprights: | | | |
| 25 feet and under | 2 x 4 | 3 x 4 | 4 x 4 |
| Over 25 feet | 3 x 4 | 4 x 4 | 4 x 6 |
| Bearers | 2 x 6 | 2 x 6 | 2 x 8 |
| Putlogs | | 3 x 4 | 4 x 4 |
| Braces | 1 x 6 | 1 x 6 | 1 x 6 |
| Guardrails | 2 x 4 | 2 x 4 | 2 x 4 |
| Intermediate guardrails | 1 x 6 | 1 x 6 | 1 x 6 |
| Toeboards | 1 x 6 | 1 x 6 | 2 x 6 |
| Spacing of (long) uprights (cross) | 8'0" 5'0" | 7'0" 5'0" | 7'0" 5'0" |

### Portable Scaffolds

(Horse Scaffolds—Square or Frames)

| | To support 25 pounds per square foot | To support 50 pounds per square foot | To support 75 pounds per square foot |
|---|---|---|---|
| Bearers | 2 x 4 | 2 x 4 | 3 x 4 |
| Legs | 2 x 4 | 2 x 4 | 2 x 4 |
| Braces | 1 x 6 | 1 x 6 | 1 x 6 |

*Or standard corresponding dimensions for finished lumber.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

20–13. Horses, squares, or frames shall be limited to 5 feet in height and width shall not be less than [illegible] more than 3 tiers of horses, frames, or squares shall be permitted in any scaffold. Spacing between horses, frames, or squares shall not be greater than 8 feet. Lean-to and prop-scaffolds are prohibited.

20–14. Each supporting member used in the construction of runways, platforms, ramps, and scaffolds shall be securely fastened and braced. The supporting members shall be placed on a firm, rigid, smooth foundation of a nature that will prevent lateral displacement if supported from the bottom and if suspended from the top the outrigger or thrustout members shall be constructed in compliance with the provisions for allowable load and stress tables for the material being used. Thrustout members shall extend at least 1 foot outside of platform being suspended and shall have a stop block or bolt at the outer end.

20–15. Nails smaller than 8d (common) shall not be used. Nails shall be driven full length, and the quantity and size used shall be determined by values in pounds for each size and materials being used as applied to the total load to be supported (see plate 35).

20–16. Planking used as working surfaces on runways, platforms, ramps, or scaffolds, in addition to complying with the standards established in paragraphs 20–10 and 20–17, shall be uniform in thickness, and be laid not more than three-eighths inch apart. They shall be supported or braced to prevent excessive spring or deflection and secured and supported sufficiently to prevent loosening, tipping, or displacement.

20–17. The dimensions of planking used as working surfaces on ramps, runways, platforms, and scaffolds shall be determined by the following table: (Planking of smaller dimensions than those shown shall not be used.)

*Safe Center Loads for Scaffold Plank (in pounds)*

(select common eastern spruce, select common Norway pine, and select structural eastern hemlock)

| Span in feet | 2 x 8 dressed to 1⅝ x 7½ | 2 x 10 dressed to 1⅝ x 9½ | 2 x 12 dressed to 1⅝ x 11½ | 3 x 8 dressed to 2⅝ x 7½ | 3 x 10 dressed to 2⅝ x 9½ | 3 x 12 dressed to 2⅝ x 11½ |
|---|---|---|---|---|---|---|
| 6 | 200 | 255 | 310 | 525 | 665 | 805 |
| 8 | 150 | 190 | 230 | 390 | 500 | 605 |
| 10 | 120 | 155 | 185 | 315 | 400 | 485 |
| 12 | 100 | 130 | 155 | 265 | 335 | 405 |
| 14 | | 110 | 135 | 225 | 285 | 346 |
| 16 | | | 115 | 195 | 250 | 305 |

Above values are for planks supported at the ends, wide side of plank face up, and with loads concentrated at the center of the span.

For loads uniformly distributed on the wide surface throughout the length, the safe loads may be twice those given in the table.

Loads given are net and do not include the weight of the plank.

If select structural coast region Douglas fir, merchantable structural longleaf southern pine, or dense structural square edge sound southern pine are used, above loads may be increased 25 percent.

20–18. The platform and all supporting elements of scaffolds, runways, and similar equipment shall be designed to support a minimum uniform load per square foot of platform as follows:

*Scaffold Loads*

| Type of Scaffold | Uniform load per square foot |
|---|---|
| Stone Masons | 75 pounds stone on scaffold. |
| Stone setters | 40 pounds no stone on scaffold. |
| Bricklayers | 50 pounds stocked. |
| Carpenter—miscellaneous | 20 pounds. |
| Painters and decorators | 20 pounds. |
| Stucco | 30 pounds hod stocked. |
| Lathers and plasterers | 30 pounds. |
| Lathers—precast work | Bay must be designed to carry weight of bay, casts, and men. |

*Note.* If concentrated load is used at any point in the span it shall not exceed one-half the designed uniformly distributed load.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

20–19. Inclined ramps, runways, and platforms shall be as flat as conditions will permit, Where the incline exceeds 1 foot in a 5-foot run, cleats shall be applied to the working surface.

20–20. Sketches of various types of scaffolds are shown in the appendix which show suggested methods of design and construction. Variations from the design shown shall provide the strength, rigidity, and protection indicated.

## GUARDING

20–21. Runways, ramps, platforms, elevated work surfaces, and scaffolds of 6 feet in height or more above the adjoining surface shall be effectively guarded as follows:

*a.* Guard rails of such height and stability as the nature of the work being performed, or contemplated use, may require (wooden guard rails shall be rigidly supported at intervals not greater than 8 feet). The height may vary from 36 to 42 inches and intermediate rails shall be provided.

*b.* Toeboards not less than 6 inches in height or side screens shall be provided as necessary to protect workmen, the public, or property below the working level from falling objects.

*c.* Substantial overhead protection shall be provided as needed to protect employees, the public, and property from falling objects. The overhead protection shall be not less than 7 feet nor more than 9 feet above the working surface and of sufficient strength to withstand potential load or impact likely to be encountered.

*d.* Vehicle trestles, ramps, and bridges on which foot traffic is permitted shall be provided with a suitable walkway and guardrail outside of the roadway. The roadway structures shall be provided with suitable wheel guards, fender logs, or curbs not less than 8 inches high placed parallel and secured to the sides of the runway.

*e.* All railroad and gantry crane trestles which extend into or pass over a work area shall be decked over solid with not less than 2-inch plank extending the full length of the work area.

*f.* During construction all openings—floor, roof, stairwell, shaftways, pits, and similar unguarded locations shall be provided with an inclosure guard securely anchored in the opening (plate 19). If the use of such a guard is not considered feasible, then the openings shall be decked over solid or closed with material and bracing of sufficient strength to support any load which may be imposed, and properly anchored to prevent accidental displacement.

## ROOFING DEVICES AND PRACTICES

20–22. In the construction of roofs, protective devices shall be provided which will prevent workmen from slipping and falling from the roof, and prevent workmen on lower levels from being struck by falling objects. These devices may be shingling footlocks, lifelines, crawling boards, ladders, railings, catwalks, toeboards, temporary decking, or any other device that will furnish positive protection. The device used shall be constructed of selected materials, free of imperfections which will weaken or reduce its strength, will furnish secure footing or support, and will be substantially secured.

20–23. On all roofs greater than 16 feet in height a hoisting device, stairways, or progressive platforms shall be furnished for use in supplying materials and equipment. Level footings adequately guarded shall be provided at the landing area on the roof.

20–24. Materials and equipment temporarily stored on the roofs shall be blocked or secured to prevent their slipping or dislocation by wind. Roofing materials shall not be used as ballast or counterbalance for hoists.

## STAIRWAYS

20–25. On all structures two or more floors (20 ft. or over) in height stairways shall be provided for workmen during the construction period. Where permanent stairways are not constructed or installed concurrently with the construction of each floor a temporary stairway shall be provided.

20–26. Temporary stairways and handrails shall be constructed of selected materials, free of imperfections, and shall be rigidly secured to the structure. Wooden treads shall be securely nailed in place. Risers will be of a uniform height and treads of uniform width. No flight of temporary stairs shall have an unbroken vertical rise of more than 12 feet (plate 12).

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

20-27. Rigid handrails of sufficient height to furnish positive protection to workmen shall be installed on all stairs with four or more risers, around all stairwells and at stair landings. An intermediate rail or screen will be provided in cases where adequate protection is not furnished by guardrails. Toeboards not less than 6 inches in height or screens shall be installed around all stairwells.

## SWINGING SCAFFOLDS, PLATFORMS, BOATSWAINS' CHAIRS, AND SCAFFOLD MACHINES

20-28. All component parts except rope or cables of swinging platforms, scaffold machines, scaffolds, or similar devices used for supporting human loads shall have a minimum factor of safety of four. Rope or cables and attachments supporting such devices shall have a minimum safety factor of eight. They shall be inspected daily by the supervisor of the work being performed and tested as frequently as may be necessary to insure that minimum safety factors are maintained. (The test will be made by raising the working surface 1 foot from the ground or substantial footing and loading it with at least two times the maximum weight that will be imposed upon it.)

20-29. Materials used in the construction of all swinging platforms or scaffolds shall be of the highest quality and be so secured or fastened that the possibility of slipping, tipping, or becoming displaced is entirely eliminated.

20-30. Tie lines and/or hold-off timbers shall be provided to prevent swinging and swaying of the working surface if the height of the lift, the nature of the work being performed, or any other condition exists which may require their use.

20-31. *Boatswains chairs.* See Section VII for use of safety belts, nets, and lifelines.

20-32. *Crane (boom type)* supported scaffolds shall meet the following requirements:

*a.* The scaffold shall be of metal or metal frame construction equipped with a 42-inch handrail, intermediate handrail, and 6-inch toeboards.

*b.* The hook connection to the scaffold rigging shall be of the closed type. A swivel will be placed between the hoist line and the hook to prevent undue rotation.

*c.* Scaffold shall be stabilized at all times by guylines or taglines.

*d.* Only cranes equipped with power-lowered boom hoists and load lines shall be used to support suspended scaffolds.

*e.* A daily inspection shall be made by qualified personnel, of crane, hoist line, and rigging.

*f.* A competent supervisor shall be at the site, directing operations at all times, while men are working from crane-suspended scaffolds.

## LADDERS

20-33. The construction and installation of ladders shall conform to the latest edition of the American Standard Safety Codes A 14.1 Portable Wood Ladders, A 14.2 Portable Metal Ladders, and A 14.3 Fixed Ladders. Additional information and illustrations concerning ladders are contained in plates 12, 30, and 31.

20-34. Splicing or extension to ladders shall develop full strength of a ladder of the same overall length.

20-35. Portable ladders shall be used at such a pitch that the horizontal distance from the top support to the foot will not be greater than one-fourth the vertical distance between these points. The supports on which a ladder rests, both top and bottom, shall be rigid, capable of supporting the loads to be imposed and of such a nature that lateral displacement cannot occur. Cleats, shoes, metal points, lashings, or other suitable devices shall be used to prevent slipping when required.

20-36. All portable ladders shall be of sufficient length and shall be so placed that workmen can reach the uppermost point at which work is to be performed without stretching or assuming a hazardous position.

20-37. Broken or damaged ladders shall be removed from service immediately and tagged "Unsafe" or destroyed.

20-38. Ladders shall not be placed in passageways, doorways, drives, or any location where they may be displaced by activities being conducted on any other work unless protected by barricades or guards.

20-39. Fixed ladders shall be secured by top, bottom, and sufficient intermediate fastenings to hold them rigidly in

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

place and to support the loads which will be imposed upon them. (See plate 12 for additional information.)

20–40. Metal rungs built into masonry work to form a fixed ladder, shall be so shaped that the crossbar will be at least 3 inches below the horizontal plane of the side bars to prevent the foot from slipping off the rung.

20–41. The steps or rungs of all fixed ladders shall be set to provide at least 6½ inches toe space from the inside face of the run or step.

20–42. A cage or ladder-climbing safety device substantially built and securely fastened to the ladder or surface to which the ladder is attached, shall be provided on all fixed ladders of more than 20 feet in height. The cage shall extend from a point not less than 7 feet or more than 8 feet above the base to the top of the ladder.

20–43. Provisions for landing at the top of all fixed ladders shall be made by the extension of side rails, hand holds, stanchions, or other suitable means to a minimum of 42 inches above landing.

20–44. Loose (unmortered) masonry blocks, brick, or tile, more than one tier high, shall not be used as scaffold footing or supports.

# Section XXI

# EXCAVATIONS

21–1. Excavations, if over 4 feet in depth, unless in solid rock, hard shale, *hardpan, cemented sand and gravel, or other similar materials*, shall be either shored, sheeted and braced, or sloped to the angle of repose. All shoring and bracing shall *be designed so that it is effective to the bottom of the excavation*. Sheeting, sheet piling, bracing, shoring, trench boxes, and other methods of protection, including sloping, shall be based upon calculation of pressures exerted by and the condition and nature of the materials to be retained, *including surcharge imparted to the sides of the trench by equipment and stored materials*. (See plate 4.)

21–2. Materials used for sheeting and sheet piling, bracing, shoring, and underpinning, shall be in good serviceable condition and timbers used shall be sound and free from large or loose knots.

21–3. Excavated or other material shall not be stored nearer than 4 feet from the edge of any excavation and shall be so stored and retained as to prevent its falling or sliding back into the excavation and to prevent excessive pressure upon the sides of the excavation.

21–4. Sides and slopes of excavations shall be maintained in a safe condition by scaling, benching, or barricading.

21–5. Foundations, adjacent to where excavation is to be made below the depth of the foundation, shall be supported by shoring, bracing, or underpinning as long as the excavation shall remain open.

21–6. Additional precautions by way of shoring and bracing shall be taken to prevent slides, or cave-ins, when excavations or trenches are made in locations adjacent to back-filled excavations or subjected to vibrations from railroad or highway traffic, the operation of machinery, or any other source.

21–7. Temporary guardrails or barricades and red lights or torches maintained from sunset to sunup, shall be placed at all excavations which are exposed to paths, walkways, sidewalks, driveways, or thoroughfares.

21–8. Minimum requirements for trench timbering shall be in accordance with plate 4.

21–9. Where employees are required to be in trenches, ladders extending from the floor of trench excavation to at least 3 feet above top of excavation shall be provided and so located as to provide means of exit without more than 50 feet of lateral travel.

21–10. Trenches, ditches, etc., over which men or equipment are required or permitted to cross, shall be provided with walkways or bridges with guardrails.

21–11. Pier excavation and underreaming—Workmen entering bell-bottom pier holes shall be protected by the installation of a removable type steel casing of sufficient strength to resist shifting of the surrounding earth. Such temporary protection shall be provided the full depth of that part of each pier hole which is above the bell. A life line suitable for instant rescue and securely fastened to a shoulder harness

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

shall be provided each man entering the shafts. This lifeline shall be separated from any line used to remove materials excavated from the bell footing. (See sec. VII, VIII, and IX for other appropriate requirements.)

21–12. Tunneling shall be performed in accordance with local, State, and Federal laws, as applicable, and Bulletin Number 439, Bureau of Mines, U. S. Department of Interior (Essential Safety Factors in Tunneling). See reference listing, also paragraph 8–12 for additional requirements.

# Section XXII

## BLASTING

### GENERAL

22–1. The transportation, handling, storage, and use of dynamite and other explosives shall be directed and supervised by a person of proven experience and ability in blasting operations. These operations shall be in accordance with the following requirements and applicable local, State, and Federal laws.

22–2. Permission shall be obtained from the Government representative in charge before any explosives are brought on the job.

22–3. All blasts shall be fired electrically with an electric blasting machine or properly designed electric power source, except as provided in paragraphs 22–17 and 22–18.

22–4. Where detonating cord is used as the detonating agent, the detonation cord shall be fired with an electric blasting cap, except as provided in paragraphs 22–17 and 22–18.

22–5. Delay electric detonators or detonating cord connectors shall be used for all delayed blasts.

22–6. Waterproof electric blasting caps or detonating cord shall be used for subaqueous blasting.

22–7. All operations involving the handling or use of explosives shall be discontinued and personnel moved to safe area during approach or progress of either a thunderstorm or severe dust storm.

INFORMATIONAL COPY ONLY

22–8. Blasting machines and electric power sources used for firing shall be known to be in good condition and of sufficient capacity to fire all charges. For blasting machines the following performance rating shall apply—Blasting machines shall fire without failure at least five times in succession, two electric blasting caps in series, through resistance as follows:

75 ohms for 10 cap machines.
144 ohms for 30 cap machines.
208 ohms for 50 cap machines.
320 ohms for 100 cap machines.

22–9. When energy for blasting is taken from power circuits, the voltage shall not exceed 550 volts. The wiring and controlling arrangements shall conform to the following:

a. The blasting switch shall be an Underwriters' approved, enclosed, externally operated double-pole double throw switch, which when locked in the open position will short circuit the leading wires. The switch shall be installed at the location where the firing is to be controlled.

b. A "safety" switch of the same type as the blasting switch shall be installed between the blasting switch and the firing circuit and lead lines, at a distance not to exceed 6 feet from the blasting switch.

c. Both the safety switch and the blasting switch shall be locked in the open position immediately after firing the shot and before any person is permitted to return to the blasting area. Key to the switches shall remain in the possession of the blaster at all times.

22–10. Rubber covered or other adequately insulated copper wires in good condition shall be used for firing lines and shall have solid cores of appropriate gage. Sufficient firing line shall be provided to permit the blaster to be located at a safe distance from the blast. Single conductor lead lines shall be used.

22–11. Blasting operations in the proximity of overhead power lines, communication lines, utility services, or other structures shall not be carried on until the operators and/or owners have been notified and precautionary measures deemed necessary for safe control have been taken.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

22–12. Blasting operations in or adjacent to coffer dams, piers, or underwater structures, shall be performed with full consideration for all forces and conditions involved.

22–13. All holes loaded on a shift shall be fired on the same shift.

22–14. The use of black powder is prohibited.

22–15. Only Fume Class I explosives shall be used in tunnel and underground blasting operations.

22–16. Mobile type radio transmitters shall be prohibited within 100 feet of any electrical blasting caps or electrical blasting system.

22–17. Electrical blasting operations or storage of electrical detonators shall be prohibited in vicinity of radio frequency (RF) transmitter stations except where the clearances given in table below can be observed.

| Transmitter power (watts) | Minimum distance (feet) |
|---|---|
| 5–25 | 100 |
| 25–50 | 150 |
| 50–100 | 220 |
| 100–250 | 350 |
| 250–500 | 450 |
| 500–1,000 | 650 |
| 1,000–2,500 | 1,000 |
| 2,500–5,000 | 1,500 |
| 5,000–10,000 | 2,200 |
| 10,000–25,000 | 3,500 |
| 25,000–50,000 | 5,000 |
| 50,000–100,000 | 7,000 |

22–18. When necessary to perform blasting operations at distances less than those shown in table, detonating type fuse shall be used with a nonelectric cap or primer.

## TRANSPORTATION OF EXPLOSIVES

22–19. Vehicles used for the transportation of explosives shall not be loaded beyond rated capacity and the explosives shall be so secured to prevent shifting of load or dislodgement from the vehicle in transit. In all open-body types of vehicles the explosives shall be covered with a fire-resistant tarpaulin.

22–20. All vehicles transporting explosives shall be marked with reflectorized placards on both sides and ends with the word EXPLOSIVES in white letters not less than 8 inches high on a red background.

22–21. Blasting caps or other exploders shall not be transported in the same vehicle with other explosives.

22–22. All vehicles used for transportation of explosives shall be in charge of and operated by a person who is physically fit, careful, reliable, able to read and write the English language, and not addicted to the use of intoxicants or narcotics.

22–23. No metal, metal tools, carbides, oils, matches, firearms, electric storage batteries, flammable substances, acids, or oxidizing or corrosive compounds shall be carried in the bed or body of any vehicle transporting explosives.

22–24. Vehicles to be used in the transportation of explosives shall be in good repair. When steel or part steel bodies are used, fire-resistant and nonsparking cushioning materials shall be employed to separate the containers of explosives from the metal.

22–25. Vehicles transporting explosives shall be equipped with not less than two fire extinguishers, placed at strategic points, filled and ready for immediate use, and of a make approved by the National Board of Fire Underwriters for class B and C fires.

22–26. A vehicle containing explosives shall not be taken into a garage or repair shop or parked in congested areas or stored overnight, or at any other time, in a public garage or similar building.

22–27. All vehicles shall be checked before transporting explosives and all electric wiring completely protected and securely fastened to prevent short circuiting.

22–28. Vehicles transporting explosives shall be operated with extreme care and shall not be driven at a speed greater than 35 miles per hour. Full stops shall be made at approaches to all railroad crossings and main highways and the vehicle shall not proceed until it is known that the way is clear.

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

22–29. Explosives shall not be transported in any form of trailer, nor shall any trailer be attached to any truck or vehicle hauling explosives.

22–30. All vehicles transporting explosives on public highways, roads, or streets shall have an authorized driver and helper. No person other than the authorized driver and helper shall be permitted to ride on trucks transporting explosives or detonators.

22–31. Explosives shall not be transported during hours of darkness, except in extreme emergency and only when the written approval of the government representative in charge has been secured.

22–32. No vehicle shall be refueled while explosives are on the motor vehicle except in an emergency.

22–33. Marine transportation of explosives shall comply with the requirements of the United States Coast Guard.

22–34. Persons employed in the transportation, handling, or other use of explosives shall not smoke or carry on their person or in the vehicle, matches, firearms, ammunition, or other flame producing devices.

22–35. See appendix B for additional requirements on transportation of explosives and other dangerous articles.

## HANDLING OF EXPLOSIVES

22–36. Containers of explosives shall be opened only by means of nonsparking tools or instruments.

22–37. Explosives shall only be removed from containers as they are needed for immediate use and carried to the blasting area in nonmetallic containers.

22–38. Explosives and detonators shall be taken to the blasting area in separate nonmetallic containers.

22–39. Primers shall not be made up in excess of immediate need for holes to be loaded.

22–40. Primers shall not be made up in or near magazines or excessive quantities of explosives.

22–41. After loading of a blast is completed, all excess explosives and detonators shall be removed to a safe location or returned at once to the storage magazines, observing the same rules when being conveyed to the blasting area.

22–42. All empty explosive containers and packing material shall be disposed of in accordance with the manufacturer's instructions.

22–43. **Marine handling of explosives.** Delivery of explosives shall be by a vessel authorized to carry explosives under local, State, and Federal regulations and accomplished as follows: (1) The delivering vessel shall be securely moored alongside the receiving plant as near the magazine as conditions permit. (2) Transfer of explosives from delivering vessel shall be made directly to the magazine. No explosives shall be placed on any scow or vessel which may lie between the delivering vessel and the magazine of the receiving plant. Detonators shall not be delivered until all explosives have been placed in the plant magazine.

## STORAGE OF EXPLOSIVES

22–44. Separate magazines shall be provided for storage of explosives and detonators. Such magazines shall be bulletproof, fire-resistant, rodentproof, and weatherproof and of an approved type and shall be adequately ventilated. The minimum distance between magazines storing detonators and explosives shall be 100 feet unbarricaded or 50 feet barricaded. Approved types will be considered those complying with United States Bureau of Mines for on-land storage and with United States Coast Guard for marine storage.

22–45. The area around the magazine for a distance of 25 feet shall be kept clear of vegetation and all combustible matter.

22–46. Magazines shall be kept locked except for inspection and the storage and removal of explosives; and the key shall be in the charge of a reliable and competent person who shall be in charge of explosives and the magazines.

22–47. Magazines in which explosives are stored shall not be used for any other purpose. No spark producing agent of any description shall be kept in magazines.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

22–48. Explosives shall be arranged in the magazine so that the oldest stock is used first.

22–49. Repairs to inside of magazines shall not be made without first removing all explosives to a safe distance and providing them with ample protection.

22–50. Explosives shall be stored only in original containers.

22–51. Containers of explosives shall be stored with top side up, in other words, so that the cartridges are lying flat and not standing on end.

22–52. Magazines shall be kept dry and clean, and the area around the magazines posted with appropriate "Caution" or "Danger" signs.

22–53. Explosives containers shall be opened, packed, or repacked only at a distance of at least 50 feet from any magazine.

22–54. No smoking, matches, firearms, open flames, or any flame-producing device shall be permitted within 100 feet of any magazine.

22–55. Magazine floors that become stained with nitroglycerin shall be scrubbed with a stiff broom or brush using a freshly made solution composed of one-half gallon of water, one-half gallon wood alcohol, and 2 pounds of sulphide of sodium. Plenty of liquid should be used so as to thoroughly decompose the nitroglycerin. Fire and explosion precautions must be taken.

22–56. Dynamite shall be protected from freezing and the use of frozen dynamite is prohibited.

22–57. All magazines in which explosives are had, kept, or stored shall be located at the distance from buildings, railroads, and highways in conformance with the following table:

## TABLE OF DISTANCES

*Safety Distances—Inhabited Building, Passenger Railroad and Public Highway*

| Net pounds explosives | | Distance in feet from explosive hazard | | | |
| Over | Not over | To inhabited buildings | | To passenger railroads and public highways | |
| | | Bar* | Unbar* | Bar* | Unbar* |
| 1 | 2 | 3 | 4 | 5 | 6 |
| | 50 | 150 | 300 | 90 | 180 |
| 50 | 100 | 190 | 380 | 115 | 230 |
| 100 | 200 | 235 | 470 | 140 | 280 |
| 200 | 300 | 270 | 540 | 160 | 320 |
| 300 | 400 | 295 | 590 | 175 | 350 |
| 400 | 500 | 320 | 640 | 190 | 380 |
| 500 | 600 | 340 | 680 | 205 | 410 |
| 600 | 700 | 355 | 710 | 215 | 430 |
| 700 | 800 | 375 | 750 | 225 | 450 |
| 800 | 900 | 390 | 780 | 235 | 470 |
| 900 | 1,000 | 400 | 800 | 240 | 480 |
| 1,000 | 1,500 | 460 | 920 | 275 | 550 |
| 1,500 | 2,000 | 505 | 1,010 | 305 | 610 |
| 2,000 | 3,000 | 580 | 1,160 | 350 | 700 |
| 3,000 | 4,000 | 635 | 1,270 | 380 | 760 |
| 4,000 | 5,000 | 685 | 1,370 | 410 | 820 |
| 5,000 | 6,000 | 730 | 1,460 | 440 | 880 |
| 6,000 | 7,000 | 770 | 1,540 | 460 | 920 |
| 7,000 | 8,000 | 800 | 1,600 | 480 | 960 |
| 8,000 | 9,000 | 835 | 1,670 | 500 | 1,000 |
| 9,000 | 10,000 | 865 | 1,730 | 520 | 1,040 |
| 10,000 | 15,000 | 990 | 1,780 | 595 | 1,070 |
| 15,000 | 20,000 | 1,090 | 1,950 | 655 | 1,170 |
| 20,000 | 25,000 | 1,170 | 2,110 | 700 | 1,265 |
| 25,000 | 30,000 | 1,245 | 2,260 | 745 | 1,355 |
| 30,000 | 35,000 | 1,310 | 2,410 | 785 | 1,445 |
| 35,000 | 40,000 | 1,370 | 2,550 | 820 | 1,530 |
| 40,000 | 45,000 | 1,425 | 2,680 | 855 | 1,610 |
| 45,000 | 50,000 | 1,470 | 2,800 | 880 | 1,680 |
| 50,000 | 55,000 | 1,520 | 2,920 | 910 | 1,750 |

See footnote at end of table.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

| Net pounds explosives | | Distance in feet from explosive hazard | | | |
|---|---|---|---|---|---|
| Over | Not over | To inhabited buildings | | To passenger railroads and public highways | |
| | | Bar* | Unbar* | Bar* | Unbar* |
| 1 | 2 | 3 | 4 | 5 | 6 |
| 55,000 | 60,000 | 1,570 | 3,030 | 940 | 1,820 |
| 60,000 | 65,000 | 1,610 | 3,130 | 965 | 1,880 |
| 65,000 | 70,000 | 1,650 | 3,220 | 990 | 1,930 |
| 70,000 | 75,000 | 1,690 | 3,310 | 1,015 | 1,985 |
| 75,000 | 80,000 | 1,725 | 3,390 | 1,035 | 2,035 |
| 80,000 | 85,000 | 1,760 | 3,460 | 1,055 | 2,075 |
| 85,000 | 90,000 | 1,790 | 3,520 | 1,075 | 2,110 |
| 90,000 | 95,000 | 1,825 | 3,580 | 1,095 | 2,150 |
| 95,000 | 100,000 | 1,855 | 3,630 | 1,115 | 2,180 |
| 100,000 | 125,000 | 2,115 | 3,670 | 1,270 | 2,200 |
| 125,000 | 150,000 | 2,350 | 3,800 | 1,410 | 2,280 |
| 150,000 | 175,000 | 2,565 | 3,930 | 1,540 | 2,360 |
| 175,000 | 200,000 | 2,770 | 4,060 | 1,660 | 2,435 |
| 200,000 | 225,000 | 2,965 | 4,190 | 1,780 | 2,515 |
| 225,000 | 250,000 | 3,150 | 4,310 | 1,890 | 2,585 |
| 250,000 | 275,000 | 4,430 | 4,430 | 2,660 | 2,660 |
| 275,000 | 300,000 | 4,550 | 4,550 | 2,730 | 2,730 |
| 300,000 | 325,000 | 4,670 | 4,670 | 2,800 | 2,800 |
| 325,000 | 350,000 | 4,780 | 4,780 | 2,870 | 2,870 |
| 350,000 | 375,000 | 4,890 | 4,890 | 2,935 | 2,935 |
| 375,000 | 400,000 | 5,000 | 5,000 | 3,000 | 3,000 |
| 400,000 | 425,000 | 5,110 | 5,110 | 3,065 | 3,065 |
| 425,000 | 450,000 | 5,210 | 5,210 | 3,125 | 3,125 |
| 450,000 | 475,000 | 5,310 | 5,310 | 3,185 | 3,185 |
| 475,000 | 500,000 | 5,410 | 5,410 | 3,245 | 3,245 |

*Igloo or special type magazines with a door barricade are considered barricaded in all directions. Without a door barricade they are considered barricaded in all directions except for the area between lines drawn from the center of the door and inclined 30° from a perpendicular to the door of the magazine.

Special study is required for reduction of the safety distance for barricaded explosive storage in excess of 250,000 pounds. Should situations arise where such quantities of explosives are involved, reduction of the safety distance factor will be given special appraisal.

22-58. Magazines in which more than 50 pounds of explosives are stored shall be detached from other structures, and magazines where more than 5,000 pounds of explosives are stored shall be located at least 200 feet from any other magazine, except blasting-cap magazines. Magazines where quantities of explosives in excess of 25,000 pounds are kept and stored shall have an increase over 200 feet of 2⅔ feet for each 1,000 pounds of explosives in excess of 25,000 pounds stored therein. These distances between magazines may be disregarded where the total quantity stored in the several magazines complies with the Table of Distances as regards proximity to inhabited buildings, railways, and highways—except that in all cases, the quantity of explosives contained in blasting-cap magazines shall govern in regard to spacing said cap magazines from magazines containing other explosives, but under no circumstances shall a magazine containing blasting caps be within a distance less than 100 feet not barricaded, or 50 feet barricaded from any magazine other than cap magazine.

## DRILLING

22-59. All drill holes shall be of greater diameter than the diameter of cartridges of explosives used.

22-60. Drilling shall not be done in an area already blasted until all remaining butts of old holes are examined for unexploded charges and the total area has been thoroughly examined to make sure that there are no additional unexploded charges remaining. Never insert a drill, pick, or bar in such holes even if examination fails to disclose explosives.

22-61. Drilling and loading operations generally shall not be carried on in the same area without a separation of at least 50 feet.

22-62. Where drilling adjacent to previously loaded areas or holes is *essential*, the minimum clearance shall be equal to or greater than the deepest hole in the area.

## LOADING

22-63. The loading or loaded areas shall be kept free of any equipment, operations, or persons not essential to loading.

22-64. Tamping shall be done with a wooden stick having

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

no metal parts. Cartridges shall be seated only by moderate hand pressure only.

22–65. All loaded holes or charges shall be checked and definitely located before firing.

22–66. Reloading of sprung holes shall be prohibited until it is definitely established that the hole is cool.

22–67. Cartridges shall be primed only in the number required for a single round of blasting. Detonators shall be inserted only in a hole in the end of a cartridge prepared especially for that purpose. Holes shall be made with a sharpened wooden stick.

22–68. All charges shall be covered with blasting mats before firing, where blasting is likely to cause injury or damage by flying rock or debris. Where steel mats are used care shall be taken to keep them from touching bare connections in the electric blasting circuits.

22–69. Detonating cord shall be cut from supply reel before attaching to explosive or tamping in hole.

22–70. Marine loading. The following requirements shall be observed for use of dynamite and/or electric detonators:

*a.* Only nonferrous tubes loaded with explosives and primed for insertion in drilled holes shall be permitted.

*b.* Loaded tubes shall not be permitted to be taken from the loading room until a hole is ready for loading.

*c.* Loaded tubes only in amounts necessary to load two holes shall be permitted in the loading room.

*d.* Detonators only in the amounts necessary to load two holes shall be permitted in the loading room.

*e.* Opened containers of explosives only in amounts necessary to load tubes for two holes shall be permitted to be kept in the loading room.

*f.* In loading drill holes with loaded or primed tubes, the tamping or ramming shall be done with a wooden stick or nonferrous metal rod.

## WIRING

22–71. Each electric blasting cap shall be tested with an approved galvanometer before being placed in primer and after testing the leg wires of electric blasting caps, they shall be short-circuited by twisting the bare ends together and shall remain so twisted until ready to be connected into the circuit preparatory to connecting to the firing line.

22–72. All caps in a blast shall have copper wire and shall be of the same manufacture.

22–73. All electric blasting caps shall be wired in a straight series when used with a hand operated generator type blasting machine and the firing line shall not be smaller than Number 14 B and S gage copper wire.

22–74. The number of electric blasting caps used in a circuit shall not exceed the tested capacity of the blasting machine or power source.

22–75. The circuit including all caps shall be tested with an approved galvanometer before being connected to firing line.

22–76. No lead wire shall be connected to the circuit until it has been grounded to dissipate any static charge.

22–77. The complete circuit, lead wires and firing line, shall be checked with an approved galvanometer at the terminals to be hooked on to the blasting machine or other power source.

22–78. No firing line shall be connected to a blasting machine or other power source until the shot is to be fired.

## FIRING

22–79. Prior to the firing of a shot, all persons in the danger area shall be warned of the blast and ordered to a safe distance from the area. Blast shall not be fired until it is *absolutely certain that every person* has retreated to a safe distance and that no one remains in a dangerous location.

22–80. All blasting operations shall use the following signals. *Warning signal*—A one minute series of long blasts 5 minutes prior to blast signal. *Blast signal*—A series of short blasts 1 minute prior to the shot. *All clear signal*—A prolonged blast following the inspection of blast area (par. 22–85). Signals for blasting shall be conspicuously posted. Competent flagmen shall be posted at all access points to danger area such as roads, walkways, railroads, and water routes.

94

95

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

**22–81. Marine firing.**

*a.* Prior to firing, the drill boat or vessel on the work shall be moved a safe distance from the blasting range or area. Prior to, and while the drill boat or vessel is being moved from the blasting area, a series of short signals by horn or whistle, similar to the usual navigation warning signals shall be given. On the completion of the firing of the blast, a long whistle or horn signal shall be given.

*b.* No blast shall be fired while any vessel under way is closer than 1,500 feet to the blasting area and those on board vessels or craft moored or anchored within 1,500 feet must be notified before a blast is fired.

*c.* No blast shall be fired closer than 250 feet to another boat or vessel containing an explosive magazine. Men engaged in drilling operations on another drill boat within 500 feet shall leave the drill frames for cover in the event that any complete holes have been loaded.

*d.* No blast shall be fired while any swimming or diving operations are in progress in the vicinity of the blasting area. If such operations are in progress, signals and arrangements shall be agreed upon to assure that no blast will be fired while a diver or other person is in the water.

## INSPECTION AFTER BLASTING

**22–82.** Immediately after blast has been fired, the firing line shall be disconnected from the blasting machine or where power switches are used they shall be locked open.

**22–83.** A thorough inspection shall be made by the blaster to determine if all charges have been exploded. Other persons shall not be allowed to return to the area of the blast until an "All Clear" signal is given.

**22–84.** All wires shall be carefully traced and search made for unexploded cartridges.

**22–85.** Loose pieces of rock and other debris shall be scaled down from the sides of the face of excavation and the area made safe before proceeding with the work.

## MISFIRES

**22–86.** If broken wires, faulty connections, or short circuits are determined as the cause of a misfire, the proper repairs

96

made, the firing line reconnected, and the charge fired. This shall be done, however, only after a careful inspection has been made of burdens remaining in such holes and no hole shall be so refired when the burden has been dangerously weakened by other shots.

**22–87.** Misfired charges tamped with solid material shall be detonated by the following method where practical: float out the stemming by use of a water or air jet from hose until hole has been opened to within 2 feet of charge, then siphon off or pump out water, place new charge, and detonate. Whenever this method is not practical, then drill a new hole no nearer than 2 feet, load, and detonate. A careful search shall be made for unexploded material in the debris of the second charge.

## Section XXIII

# FLOATING PLANT AND MARINE LOCATIONS

## INSPECTION, EQUIPMENT, AND CERTIFICATION

**23–1.** All floating plants shall be inspected and certificated as required under the regulations of the United States Coast Guard and other applicable local, State, or Federal laws before being placed into service.

**23–2.** A minimum qualification for any operator of a self-propelled floating vessel (including motorboats, launches, and outboards) will be the certification by the United States Coast Guard to operate the class of vessel to which assigned on the water involved even when such regulations are not mandatory under law.

**23–3.** All floating plants in use shall be given such inspection and at such intervals as necessary to assure the plants and their equipment are in safe operating condition or removed from service until unsafe conditions are corrected.

97

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# ACCESSWAYS AND PASSAGEWAYS

23-4. Safe means for boarding or leaving a floating plant shall be provided with such guarding as necessary to prevent persons falling from or slipping thereon.

23-5. All accessways and passageways used by persons shall be kept free of ice, snow, grease, mud, and other material that hinders safe passage. Sand, cinders, calcium chloride, or other material shall be used over slippery surfaces that cannot be avoided, or found impractical to remove.

23-6. Nonslip surfaces shall be provided on all working decks, stair treads, ship ladders, platforms, catwalks, and walkways, particularly on the weather side of all doorways opening on deck.

23-7. Wherever practical, either guardrails, bulwarks, or guardlines shall be provided for deck openings, elevated surfaces, and similar locations where persons may be subject to falling or slipping from them. Where impracticable to provide such protection, the areas shall be limited to occupation by persons provided with other appropriate safeguards, such as life preservers, lifelines, etc.

23-8. Any obstruction extending into a passageway and restricting normal passage shall be posted with suitable warning signs or distinctively marked.

23-9. Floating pipelines used as accessways shall be equipped with walkways which shall have a minimum width of 20 inches. Walkways shall be securely anchored to the pipeline. A guardrail equivalent in strength to a wood rail (2 x 4 in.) shall be provided on at least one side of walkway and shall be secured to uprights at intervals not more than 8 feet, and not less than 36 nor more than 42 inches in height above the walkway.

23-10. Unless a clear passageway of 2 feet or more is maintained, outboard of all cargo or materials stored on deck of barges, scows, floats and similar equipment, the outboard edge shall not be used as a passageway.

23-11. When two or more pieces of floating plant are being used as one unit, they shall be securely lashed or fastened together to prevent openings between them or the openings shall be properly covered or guarded.

and deck fitting and similar obstructions which present stumbling hazards shall be painted yellow or with yellow trim.

# MISCELLANEOUS

23-13. Axes or other suitable emergency cutting equipment shall be provided in accessible position on all towing vessels for use in freeing lines, etc.

23-14. A whistle, siren, horn, or other suitable signal device shall be provided on floating plant where men are working, if such plant is unattended by another vessel so equipped for signaling to shore or other vessels.

23-15. On all floating plants where 10 or more men are quartered, one man shall be on watch at all times to guard against fire, and provide general watchman service.

23-16. Suitable protection from weather shall be provided all persons being transported by water.

23-17. When engaged in operations where floating plant may be endangered by hurricanes, storms, or floods, plans shall be made in advance for removal or securing plant and evacuation of personnel in emergencies.

23-18. Major pieces of floating plant (i. e., dredges, tow boats, piledrivers, derrick boats, etc.), and marine locations (i. e., boat yards, material yards, locks, dams, etc.), shall be provided with grappling irons, hooks, drags, or suitable equipment for emergency rescue or recovery of persons from the water.

23-19. All controls requiring operation in cases of emergency such as boiler stops, safety valves, power switches, fuel valves, alarms, and fire extinguishing systems shall be located in such a manner that they are protected against accidental operation but may be readily accessible to operate in an emergency.

23-20. Provisions shall be made to prevent accumulation of fuel and grease on floors and in bilges.

# LAUNCHES AND MOTORBOATS

23-21. In the following circumstances a qualified crewman in addition to a qualified operator shall be assigned to motor-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

boats unless qualified able-bodied passengers are aboard to assist with deck duties:

*a.* When extended trips are made from the work site. Generally this will include overnight trips, trips across open water such as lakes or large reservoirs, and trips requiring two or more hours of continuous operation.

*b.* When conditions of navigation make it hazardous for an operator to leave the wheel at any time while underway.

*c.* When operations being performed, other than tying-in, require the handling of lines.

*d.* When operating during inclement weather.

23–22. All launches and motorboats having gasoline or liquid petroleum gas power plants or equipment located in cabins or compartments shall be equipped with a built-in automatic $CO_2$ or other equally effective type of fire extinguishing system. At least one $CO_2$ or dry powder pressure type hand fire extinguisher shall be carried on all launches and motorboats including outboards.

23–23. All launches and motor boats having gasoline or liquid petroleum gas power plants or equipment located in cabins or compartments shall be equipped with an exhaust fan or fans for ventilating engine space and bilges, such fans shall be vapor-proof and located as remote from potential explosive areas as practical. Engines shall not be started until the engine space and bilges have been properly ventilated.

23–24. For launches and motorboats having Diesel power plants not equipped with fans, ventilating shall be by natural draft through permanently open inlet and outlet ducts extending into the bilges. Inlet and exhaust ducts shall be equipped with suitable cowls or exhaust heads.

23–25. Gage glasses or try cocks shall not be installed on fuel tanks or lines.

23–26. A fuel supply valve shall be provided at all fuel tanks.

23–27. Fuel valves shall be closed at the tank on all launches and motorboats when shutting down for the night or more than 8 hours.

carburetors on gasoline engines shall be equipped with a backfire trap or flame arrestor, and a screened drip pan which is emptied continuously by suction from the intake manifold or by an overboard discharge.

23–29. The maximum number of passengers that can safely be transported shall be posted on all launches and motorboats. This number shall not be exceeded, and in no case shall the number of passengers (including crew) exceed the number of life preservers aboard.

23–30. Maximum passenger capacities for launches and motorboats shall be determined as follows:

*a.* For each passenger (including crew) there shall be provided 10 square feet of clear deck space and 18 inches of seat width.

*b.* Providing further that the boat shall have sufficient room, freeboard, and stability to safely carry the number of passengers allowed, with due consideration being given to the weather and water conditions in which it will be operated.

## DRILLS

23–31. On all floating plants having regular crews on which men are employed or quartered, the following drills are required to be held at least monthly. Where persons are quartered overnight, every fourth drill shall be at night.

*a.* Boat or abandon ship drills.

*b.* Fire drills.

*c.* Man overboard or rescue drills.

23–32. Man overboard or rescue drills shall also be required at boatyards, locks, and dams and other locations where marine rescue equipment is required.

22–33. A suitable electrical or mechanical alarm device shall be provided at locations required to conduct any of the above drills.

23–34. A record of all drills, including any deficiencies noted in equipment, and corrective action taken shall be made in station log.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

# SKIFFS

**23–35.** The maximum number of passengers allowed in skiffs shall be the number that can be placed in fixed seats allowing not less than 18 inches of seat width per passenger; providing further that the skiff shall have sufficient room, freeboard, and stability to safely carry the number of passengers allowed, with due consideration being given to the weather and water conditions in which it will be operated.

**23–36.** Each skiff shall have the maximum number of passengers allowed, plainly marked on each side of the bow in letters and figures not less than 1½ inches high, and on the top of at least two seats in letters and figures 3 inches high.

**23–37.** Metal safety or lifesaving skiffs shall be equipped with air tanks or provided with flotation factors equal to air tanks of a capacity of not less than 1.5 cubic feet for each person allowed and for equipment and/or material equal in weight to a person (160 pounds). Such tanks or flotation material shall be firmly and securely fastened to the hull.

**23–38.** Skiffs will be manned only by persons who have been given specific authorization and who have been instructed and are qualified in safe boat handling.

**23–39. Lifesaving or safety skiffs.** See section VII on Personal Protective Apparel, Clothing, and Safety Equipment.

**23–40. Ring buoys and life preservers.** See section VII on Personal Protective Apparel, Clothing, and Safety Equipment.

## Table of Required Shades for Filter Lenses and Glasses

Shades Nos. 3 and 4 filter lenses are intended for glare of reflected sunlight from snow, water, roadbeds, roofs, sand, etc., for stray light from nearby cutting and welding operations, and for metal pouring and furnace work.

| *Welding operation* | *Shade number* |
|---|---|
| Shielded metal-arc welding—1/16″, 3/32″, 1/8″, 5/32″ electrodes | 10 |
| Inert-gas metal-arc welding (nonferrous)—1/16″, 3/32″, 1/8″, 5/32″ electrodes | 11 |
| Inert-gas metal-arc welding (ferrous)—1/16″, 3/32″, 1/8″, 5/32″, electrodes | 12 |
| Shielded metal-arc welding—3/16″, 7/32″, 1/4″ electrodes | 12 |
| —5/16″, 3/8″ electrodes | 14 |
| Atomic hydrogen welding | 10–14 |
| Carbon arc welding | 14 |
| Soldering | 2 |
| Torch brazing | 3 or 4 |
| Light cutting, up to 1″ | 3 or 4 |
| Medium cutting, 1″ to 6″ | 4 or 5 |
| Heavy cutting, 6″ and over | 5 or 6 |
| Gas welding (light) up to 1/8″ | 4 or 5 |
| Gas welding (medium) 1/8″ to 1/2″ | 5 or 6 |
| Gas welding (heavy) 1/2″ and over | 6 or 8 |

*Note.* In gas welding or oxygen cutting where the torch produces a high yellow light, it is desirable to use a filter or lens that absorbs the yellow or sodium line in the visible light of the operation.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

PLATE 2. *Threshold Limit Values for Atmospheric Contaminants*

INFORMATIONAL COPY ONLY

Values given in the following tabulation express the maximum average atmospheric concentration of contaminants to which workers may be exposed for an eight-hour working day. The maximum concentration is defined as that amount of atmospheric contaminant which can be tolerated by the average person during the working day with no apparent impairment to health or well-being, either in a short time or after years of repeated exposure during the normal work week.

These values were adopted at the 19th Annual Meeting of the American Conference of Governmental Industrial Hygienist, 1957. The values are based on the best available information. They are not rigidly fixed values but are reviewed annually for revisions or additions as further information becomes available.

Threshold limits are to be used as guides in the control of health hazards and do not establish a fine line between safe and dangerous concentrations. The figures listed refer to weighted average concentrations over an eight-hour shift rather than a maximum which is not to be exceeded for a short period of time.

The amount by which these figures may be exceeded for short periods during the work day depends upon many factors, such as the nature of the contaminant, ability to produce acute poisoning by short exposure to high concentrations, the frequency at which higher values occur, and period of time over which the higher concentrations occur. All factors must be considered in reaching a decision as to whether or not a hazardous situation exists. Since contaminants may exert unknown effects when exposure continues over a long period, it is advisable to maintain concentrations below the listed values when such control is easily attained.

These values are not for use in the evaluation or control of community air pollution or air pollution nuisances.

## GASES AND VAPORS

*Note.* 1. PPM=Parts of vapor or gas per million parts of air by volume.
  2. Approx. Mg. per Cu. M.=Approximate milligrams per cubic meter of air.

| Substance | PPM | Approx. Mg. per Cu. M. |
|---|---|---|
| Acetaldehyde | 200 | 360 |
| Acetic acid | 10 | 25 |
| Acetic anhydride | 5 | 20 |
| Acetone | 1,000 | 2,400 |
| Acetylene tetrabromide | 1 | 14 |
| Acrolein | .5 | 1.2 |
| Allyl alcohol | 5 | 12 |
| Allyl chloride | 5 | 15 |
| Allyl glycidyl ether (AGE) | 10 | 45 |
| Allyl propyl disulfide | 2 | 12 |
| Ammonia | 100 | 70 |
| Amyl acetate | 200 | 1,050 |
| Amyl alcohol (isoamyl alcohol) | 100 | 360 |
| Aniline | 5 | 19 |
| Arsine | .05 | .2 |
| Benzene (benzol) | 25 | 80 |
| Benzyl chloride | 1 | 5 |
| Boron trifluoride | 1 | 3 |
| Bromine | 1 | 7 |
| Butadiene (1,3-butadiene) | 1,000 | 2,200 |
| Butanone (methyl ethyl ketone) | 250 | 250 |
| Butyl acetate (n-butyl acetate) | 200 | 950 |
| Butyl alcohol (n-butanol) | 100 | 300 |
| Butylamine | 5 | 15 |
| Butyl cellosolve (2-butoxyethanol) | 50 | 240 |
| n-Butyl glycidyl ether (BGE) | 50 | 270 |
| Butyl mercaptan | 10 | 35 |
| Carbon dioxide | 5,000 | 9,000 |
| Carbon disulfide | 20 | 60 |
| Carbon monoxide | 100 | 110 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY
SUPERSEDED

PLATE 2. *Threshold Limit Values for Atmospheric Contaminants*—Continued

| Substance | PPM | Approx. Mg. per Cu. M. |
|---|---|---|
| Carbon tetrachloride | 25 | 160 |
| Cellosolve (2-ethoxyethanol) | 200 | 740 |
| Cellosolve acetate (2-ethoxyethyl acetate) | 100 | 540 |
| Chlorine | 1 | 3 |
| Chlorine trifluoride | .1 | .4 |
| Chloroacetaldehyde | 1 | 3 |
| Chlorobenzene (monochlorobenzene) | 75 | 350 |
| Chlorobromomethane (ClBrCH₂) | 400 | 2,100 |
| Chloroform (trichloromethane) | 100 | 490 |
| 1-chloro-1-nitropropane | 20 | 100 |
| Chloropicrin | 1 | 7 |
| Chloroprene (2-chloro-1,3-butadiene) | 25 | 90 |
| Cresol (all isomers) | 5 | 22 |
| Cyclohexane | 400 | 1,400 |
| Cyclohexanol | 100 | 410 |
| Cyclohexanone | 100 | 400 |
| Cyclohexene | 400 | 1,350 |
| Cyclopropane | 400 | 690 |
| Decaborane | .05 | .3 |
| Diacetone alcohol (4-hydroxy-4-methyl-2-pentanone) | 50 | 240 |
| Diborane | .1 | .1 |
| o-Dichlorobenzene | 50 | 300 |
| Dichlorodifluoromethane | 1,000 | 4,950 |
| 1,1-Dichloroethane | 100 | 400 |
| 1,2-Dichloroethane (ethylene dichloride) | 100 | 400 |
| 1,2-Dichloroethylene | 200 | 790 |
| Dichloroethyl ether | 15 | 90 |
| Dichloromonofluoromethane | 1,000 | 4,200 |
| 1,1-Dichloro-1-nitroethane | 10 | 60 |
| Dichlorotetrafluoroethane | 1,000 | 7,000 |
| Diethylamine | 25 | 75 |

| Substance | PPM | Approx. Mg. per Cu. M. |
|---|---|---|
| Difluorodibromomethane | 100 | 860 |
| Diglycidyl ether (DGE) | 10 | 55 |
| Diisobutyl ketone | 50 | 290 |
| Dimethylaniline (N-dimethylaniline) | 5 | 25 |
| Dimethyl formamide | 20 | 60 |
| Dimethylsulfate | 1 | 5 |
| Dioxane (diethylene dioxide) | 100 | 360 |
| Dipropyleneglycolmethylether | 100 | 600 |
| Ethyl acetate | 400 | 1,400 |
| Ethyl acrylate | 25 | 100 |
| Ethyl alcohol (ethanol) | 1,000 | 1,900 |
| Ethylamine | 25 | 45 |
| Ethylbenzene | 200 | 870 |
| Ethyl bromide | 200 | 890 |
| Ethyl chloride | 1,000 | 2,600 |
| Ethyl ether | 400 | 1,200 |
| Ethyl formate | 100 | 300 |
| Ethyl mercaptan | 250 | 640 |
| Ethyl silicate | 100 | 850 |
| Ethylene chlorohydrin | 5 | 16 |
| Ethylenediamine | 10 | 30 |
| Ethylene dibromide (1,2-dibromoethane) | 25 | 190 |
| Ethylene imine | 5 | 9 |
| Ethylene oxide | 50 | 90 |
| Fluorine | .1 | .2 |
| Fluorotrichloromethane | 1,000 | 5,600 |
| Formaldehyde | 5 | 6 |
| Furfural | 5 | 20 |
| Furfuryl alcohol | 50 | 200 |
| Gasoline | 500 | 2,000 |
| Glycidol | 50 | 150 |
| Heptane (n-heptane) | 500 | 2,000 |
| Hexane (n-hexane) | 500 | 1,800 |
| Hexanone (methyl butyl ketone) | 100 | 410 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

| Substance | PPM | Approx. Mg. per Cu. M. |
|---|---|---|
| Hexone (methyl isobutyl ketone) | 300 | 410 |
| Hydrazine | 1 | 1. 3 |
| Hydrogen bromide | 5 | 17 |
| Hydrogen chloride | 5 | 7 |
| Hydrogen cyanide | 10 | 11 |
| Hydrogen fluoride | 3 | 2 |
| Hydrogen peroxide, 90% | 1 | 1. 4 |
| Hydrogen selenide | . 05 | . 2 |
| Hydrogen sulfide | 20 | 30 |
| Iodine | 0. 1 | 1 |
| Isophorone | 25 | 140 |
| Isopropylamine | 5 | 12 |
| Isopropyl glycidyl ether (IGE) | 50 | 240 |
| Mesityl oxide | 50 | 200 |
| Methyl acetate | 200 | 610 |
| Methyl acetylene | 1, 000 | 1, 650 |
| Methyl acrylate | 10 | 35 |
| Methyl alcohol (methanol) | 200 | 260 |
| Methyl bromide | 20 | 80 |
| Methyl cellosolve (2-methoxyethanol) | 25 | 80 |
| Methyl cellosolve acetate (ethylene glycol monomethyl ether acetate) | 25 | 120 |
| Methyl chloride | 100 | 210 |
| Methylal (dimethoxy-methane) | 1, 000 | 3, 100 |
| Methyl chloroform (1,1,1-trichloro-ethane) | 500 | 2, 700 |
| Methylcyclohexane | 500 | 2, 000 |
| Methylcyclohexanol | 100 | 470 |
| Methylcyclohexanone | 100 | 460 |
| Methyl formate | 100 | 250 |
| Methyl isobutyl carbinol (methyl amyl alcohol) | 25 | 100 |
| Methyl mercaptan | 50 | 100 |
| a Methyl styrene | 100 | 480 |
| Methylene chloride (dichlorome-thane) | 500 | 1, 750 |

| Substance | PPM | Approx. Mg. per Cu. M. |
|---|---|---|
| Monomethyl aniline | 2 | 9 |
| Naphtha (coal tar) | 200 | 800 |
| Naphtha (petroleum) | 500 | 2, 000 |
| Nickel carbonyl | . 001 | . 007 |
| Nitric acid | 5 | 25 |
| p-Nitroaniline | 1 | 6 |
| Nitrobenzene | 1 | 5 |
| Nitroethane | 100 | 310 |
| Nitrogen dioxide | 5 | 9 |
| Nitroglycerin | . 5 | 5 |
| Nitromethane | 100 | 250 |
| 2-Nitropropane | 50 | 180 |
| Nitrotoluene | 5 | 30 |
| Octane | 500 | 2, 350 |
| Ozone | . 1 | . 2 |
| Paradichlorobenzene | 75 | 450 |
| Pentaborane ($B_5H_9$)* | 0 | 0 |
| Pentane | 1, 000 | 2, 950 |
| Pentanone (methyl propyl ketone) | 200 | 700 |
| Perchlorethylene (tetrachloroethylene) | 200 | 1, 350 |
| Perchloromethyl mercaptan | . 1 | . 8 |
| Phenol | 5 | 19 |
| Phenyl glycidyl ether (PGE) | 50 | 310 |
| Phenylhydrazine | 5 | 22 |
| Phosgene (carbonyl chloride) | 1 | 4 |
| Phosphine | . 05 | . 07 |
| Phosphorus trichloride | . 5 | 3 |
| Propyl acetate | 200 | 840 |
| Propyl alcohol (isopropyl alcohol) | 400 | 980 |
| Propyl ether (isopropyl ether) | 500 | 2, 100 |
| Propylene dichloride (1,2-dichloro-propane) | 75 | 350 |
| Propylene imine | 25 | 60 |
| Propylene oxide | 100 | 240 |
| Pyridine | 10 | 30 |

108

109

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

PLATE 2. *Threshold Limit Values for Atmospheric Contaminants*—Continued

| Substance | PPM | Approx. Mg. per Cu. M. |
|---|---|---|
| Quinone | 0. 1 | 0. 4 |
| Stibine | . 1 | . 5 |
| Stoddard solvent | 500 | 2, 900 |
| Styrene monomer (phenylethylene) | 100 | 420 |
| Sulfur dioxide | 5 | 13 |
| Sulfur hexafluoride | 1, 000 | 6, 000 |
| Sulfur monochloride | 1 | 6 |
| Sulfur pentafluoride | . 025 | . 25 |
| Teflon decomposition products* | 0 | 0 |
| Tertiary butyl alcohol | 100 | 300 |
| p-Tertiarybutyltoluene | 10 | 60 |
| 1,1,2,2-Tetrachloroethane | 5 | 35 |
| Tetrahydrofuran | 200 | 590 |
| Tetranitromethane | 1 | 8 |
| Toluene (toluol) | 200 | 750 |
| o-Toluidine | 5 | 22 |
| Tolylene-2,4-diisocyanate | . 1 | . 7 |
| Trichloroethylene | 200 | 1, 050 |
| Triethylamine | 25 | 100 |
| Trifluoromonobromomethane | 1, 000 | 6, 100 |
| Turpentine | 100 | 560 |
| Vinyl chloride (chloroethylene) | 500 | 1, 300 |
| Vinyl toluene | 100 | 480 |
| Xylene (xylol) | 200 | 870 |
| Xylidine | 5 | 25 |

*Until more data are forthcoming, it is important that atmospheric concentrations of these materials to which workers are exposed must be kept as near 0 as possible.

PLATE 2. *Threshold Limit Values for Atmospheric Contaminants*—Continued

### TOXIC DUSTS, FUMES, AND MISTS

*Note* 1. Mg. per Cu. M.=Milligrams of dust, fume, or mist per cubic meter of air.
2. $\mu/m^3$=Micrograms per cubic meter.

| Substance | Mg. per Cu. M. |
|---|---|
| Aldrin (1,2,3,4,10,10-hexachloro-1,4,4a,5,8,8a-hexahydro-1,4,5,8-dimethanonaphthalene) | 0. 25 |
| Ammate (ammonium sulfamate) | 15 |
| Antimony | . 5 |
| ANTU (alpha-naphthyl-thiourea) | . 3 |
| Arsenic | . 5 |
| Barium (soluble compounds) | . 5 |
| Beryllium | $2\mu/m^3$ |
| Cadmium oxide fume | . 1 |
| Calcium arsenate | . 1 |
| Chlordane (1,2,4,5,6,7,8,8-octachloro-3a,4,7,7a-tetrahydro-4,7-methanoindane) | 2 |
| Chlorinated camphene, 60 | . 5 |
| Chlorinated diphenyl oxide | . 5 |
| Chlorodiphenyl (42% chlorine) | 1 |
| Chlorodiphenyl (54% chlorine) | . 5 |
| Chromic acid and chromates (as $CrO_3$) | . 1 |
| Crag herbicide (sodium 2-(2,4-dichlorophenoxyl) ethanol hydrogen sulfate) | 15 |
| Cyanide (as CN) | 5 |
| 2,4-D(2,4-dichlorophenoxyacetic acid) | 10 |
| DDT (2,2-bis(p-chlorophenyl)-1,1,1-trichloroethane) | 1 |
| Dieldrin (1,2,3,4,10,10-hexachloro-6,7-epoxy-1,4,4a, 5,6,7,8,8a-octahydro-1,4,5,8-dimethano-naphthalene) | . 25 |
| Dinitrobenzene | 1 |
| Dinitrotoluene | 1. 5 |
| Dinitro-o-cresol | . 2 |
| EPN (o-ethyl o-p-nitrophenyl thionobenzenephosphonate) | . 5 |
| Ferbam (ferric dimethyl dithiocarbamate) | 15 |
| Ferrovanadium dust | 1 |
| Fluoride | 2. 5 |
| HETP (hexaethyl tetraphosphate) | . 1 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 2. *Threshold Limit Values for Atmospheric Contaminants*—Continued

| Substance | Mg. per Cu. M. |
|---|---|
| Hydroquinone | 2 |
| Iron oxide fume | 15 |
| Lead | .2 |
| Lead arsenate | .15 |
| Lindane (hexachlorocyclohexane, gamma isomer) | .5 |
| Lithium hydride | $25\mu/m^3$ |
| Magnesium oxide fume | 15 |
| Malathion (0,0-dimethyl dithiophosphate of diethyl mercaptosuccinate) | 15 |
| Manganese | 6 |
| Mercury | .1 |
| Mercury (organic compounds) | .01 |
| Methoxychlor (2,2-di-p-methoxyphenyl-1,1,1-trichloroethane) | 15 |
| Molybdenum: | |
| (soluble compounds) | 5 |
| (insoluble compounds) | 15 |
| Nicotine | .5 |
| Parathion (0,0-diethyl 0-p-nitrophenyl thiophosphate) | .1 |
| Pentachloronaphthalene | .5 |
| Pentachlorophenol | .5 |
| Phosphorus (yellow) | .1 |
| Phosphorus pentachloride | 1 |
| Phosphorus pentasulfide | 1 |
| Picric acid | .1 |
| Pyrethrum | 2 |
| Rotenone | 5 |
| Selenium compounds (as Se) | .1 |
| Sodium hydroxide | 2 |
| Sodium fluoroacetate (1080) | .1 |
| Strychnine | .15 |
| Sulfuric acid | 1 |
| TEDP (tetraethyl dithionopyrophosphate) | .2 |
| TEPP (tetraethyl pyrophosphate) | .05 |
| Tellurium | .1 |

PLATE 2. *Threshold Limit Values for Atmospheric Contaminants*—Continued

| Substance | Mg. per Cu. M. |
|---|---|
| Tetryl (2,4,6-trinitrophenyl-methylnitramine) | 1.5 |
| Thiram (tetramethyl thiuram disulfide) | 5 |
| Thallium (soluble compounds) | .1 |
| Titanium dioxide | 15 |
| Trichloronaphthalene | 5 |
| Trinitrotoluene | 1.5 |
| Uranium: | |
| (soluble compounds) | .05 |
| (insoluble compounds) | .25 |
| Vanadium: | |
| ($V_2O_5$ dust) | .5 |
| ($V_2O_5$ fume) | .1 |
| Warfarin (3-(a acetonylbenzyl)-4-hydroxycoumarin) | .5 |
| Yttrium and inorganic compounds | 5 |
| Zinc oxide fumes | 15 |
| Zircomium compounds (as Zr) | 5 |

### MINSEAL DUSTS

*Note.* MPPCF=Millions of particles per cubic foot of air.

| Substance | MPPCF |
|---|---|
| Aluminum oxide | 50 |
| Asbestos | 5 |
| Dust (nuisance, no free silica) | 50 |
| Mica (below 5% free silica) | 20 |
| Portland cement | 50 |
| Talc | 20 |
| Silica: | |
| (high (above 50% free $SiO_2$) | 5 |
| medium (5 to 50% free $SiO_2$) | 20 |
| low (below 5% free $SiO_2$) | 50 |
| Silicon carbide | 50 |
| Soapstone (below 5% free $SiO_2$) | 20 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 3. *Table of Minimum Foot-Candles Required for Lighting*

*Note.* In addition to providing the recommended intensity of light, consideration should be given to the selection and placement of lighting equipment that will provide—
  a. Comfort without annoyance from direct glare.
  b. Minimum reflected glare.
  c. Efficiency for the purpose.
  d. Well-lighted vertical and oblique surfaces.
  e. Elimination of harsh shadows.
  .Economy and safety for cleaning and maintenance.

| Application | Lighting intensity (foot-candles) |
|---|---|
| Accessways—general outdoor | 3 |
| Classrooms | 30 |
| Concrete operations placement | 5 |
| Construction—general indoor | 10 |
| Construction—general outdoor | 2 |
| Corridors and hallways | 5 |
| Deskwork—close | 50 |
| Deskwork—intermittent | 20 |
| Docks and loading platforms | 5 |
| Excavation and fill areas | 3 |
| Exitways | 5 |
| Kitchens and food preparation rooms | 20 |
| Living quarters | 10 |
| Lobbies and waiting rooms | 10 |
| Locker and dressing rooms | 10 |
| Mechanical equipment rooms | 10 |
| Messhalls and dining rooms | 10 |
| Operating rooms (hospital) | 50 |
| Reading rooms | 30 |
| Refueling and maintenance areas | 5 |
| Shops: | |
|     Fine work | 20 |
|     Medium work | 10 |
|     Rough work | 5 |

PLATE 3. *Table of Minimum Foot-Candles Required for Lighting*—Continued

| Application | Lighting intensity (foot-candles) |
|---|---|
| Stockrooms | 10 |
| Storage rooms—active inside | 10 |
| Storage areas—active outside | 2 |
| Stores—public | 20 |
| Toilets and washrooms | 10 |
| Tunnels and general underground work areas | 3 |
| Warehouses | 5 |

Other specific recommended lighting intensities may be found in publications of the American Standards Association and the Illuminating Engineering Society.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY
SUPERSEDED

PLATE 4.  *Minimum Requirements for Trench Timbering*

[Based on use of Douglas fir or equivalent from the American Standard Safety Code for Building Construction, A10]

### TRENCHES NOT MORE THAN 42″ WIDE

| Depth of trench | Uprights | | Stringers | | Cross bracing | | Notes |
|---|---|---|---|---|---|---|---|
| | Size | Horizontal spacing | Size | Vertical spacing | Size | Horizontal spacing | |
| Hard and solid soils | | | | | | | |
| 4′–10′ | 2″ x 6″ | 6′ c–c | | None | 2-2″ x 6″ up to 7′<br>3-2″ x 6″ up to 10′ | 6′ c–c | |
| 10′–15′ | 2″ x 6″ | 4′ c–c | | None | 3-2″ x 6″ to 13′<br>4-2″ x 6″ to 15′ | 4′ c–c | |
| Over 15′ | 2″ x 6″ | Close tight | 4″ x 12″ | 4′ c–c | 4″ x 12″ | 6′ c–c | |
| Soil likely to crack and crumble | | | | | | | |
| 4′–10′ | 2″ x 6″ | 3′ c–c | 2″ x 6″ | Top and bottom | 2-2″ x 6″ to 7′<br>3-2″ x 6″ up to 10′ | 6′ c–c | |
| 10′–15′ | 2″ x 6″ | 3′ c–c | 2″ x 6″ | 3 in height | 3-2″ x 6″— 13′<br>4-2″ x 6″— 15′ | 6′ c–c | |
| Over 15′ | 2″ x 6″ | Close tight | 4″ x 12″ | 4′ c–c | 4″ x 12″ | 6′ c–c | |
| Soft sandy-filled or loose soils | | | | | | | |
| 4′–10′ | 2″ x 6″ | Close tight | 4″ x 6″ | 2 up to 7′<br>3 up to 10′ | 4″ x 6″ | 6′ c–c | |
| 10′–15′ | 2″ x 6″ | Close tight | 4″ x 6″ | 3 up to 13′<br>4 up to 15′ | 4″ x 6″ | 6′ c–c | |
| Over 15′ | 2″ x 6″ | Close tight | 4″ x 12″ | 4′ c–c | 4″ x 12″ | 6′ c–c | |

PLATE 4.  *Minimum Requirements for Trench Timbering*—Continued

### TRENCHES MORE THAN 42″ IN WIDTH

| Depth of trench | Uprights | | Stringers | | Cross bracing | | Notes |
|---|---|---|---|---|---|---|---|
| | Size | Horizontal spacing | Size | Vertical spacing | Size | Horizontal spacing | |
| Hard and solid soils except as noted | | | | | | | |
| 4′–10′ | 2″ x 6″ | 6′ c–c | 4″ x 6″ | 4′ c–c | 4″ x 6″ | 6′ c–c | All soils. |
| 10′–20′ | 2″ x 6″ | Close | 6″ x 6″ | 4′ c–c | 6″ x 6″ | 6′ c–c | All soils. |
| Over 20′ | 2″ x 6″ | Close | 6″ x 8″ | 4′ c–c | 6″ x 8″ | 6′ c–c | All soils. |
| Soils likely to crack or crumble | | | | | | | |
| 4′–10′ | 2″ x 6″ | 3′ c–c | 4″ x 6″ | 4′ c–c | 4″ x 6″ | 6′ c–c | |
| Soft sandy filled or loose soils | | | | | | | |
| 4′–10′ | 2″ x 6″ | Close | 4″ x 6″ | 2 up to 7<br>3 up to 10 | 4″ x 6″ | 6′ c–c | |

### TRENCHES OF ANY WIDTH

| Depth of trench | Uprights | | Stringers | | Cross bracing | | Notes |
|---|---|---|---|---|---|---|---|
| Soils having hydrostatic pressure | | | | | | | |
| Not over 8′ | 2″ x 6″ | T & G | Close | 6″ x 8″ | 4′ c–c | 6″ x 8″ | 6′ c–c | (¹) |
| Over 8′ | 3″ x 6″ | T & G | Close | 8″ x 10″ | 4′ c–c | 6″ x 8″ | 6′ c–c | (¹) |

¹ Sheet steel piling may be used in place of tongue and groove piling. The greater dimensions of the stringers should be at right angle to the sheeting.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 5. *Ropes, Cables, and Chains.*

PLATE 5. *Ropes, Cables, and Chains*—Continued

*Note* 1. To determine safe load for a single line, divide the breaking strength of the line by the applicable safety factor and multiply the result by the lowest applicable percentage factor or percentage factors (in the case of slings, fittings and angle) as shown in the tables below.

*Note* 2. An efficiency of 80 percent for fittings is generally assumed. However it must be noted that some fittings and most knots will not develop this efficiency.

### I. SAFETY FACTORS

| Type of service | Wire rope | Sisal or Manila rope | Chain |
|---|---|---|---|
| Guy lines | 3.5 | 3.5 | 3.5 |
| Mine shaft and drilling tool lines. | 8.0–up to 500 ft.<br>7.0–500 to 1,000 ft.<br>6.0–1,000 to 2,000 ft.<br>5.0–2,000 to 3,000 ft.<br>4.0–3,000 ft. and over. | | |
| Miscellaneous hoisting equipment. | 5.0 | 7.0 | 5.0 |
| Haulage lines | 6.0 | 8.0 | 6.0 |
| Overhead and gantry cranes. | 6.0 | | |
| Jib and pillar cranes | 6.0 | | |
| Derricks | 6.0 | | |
| Small electric and air hoists. | 7.0 | | 7.0 |
| Slings | 8.0 | 10.0 | 8.0 |

### II. HOW ANGLE OF SLING AFFECTS THE CAPACITY OF EACH LEG

| See angle part III | Efficiency (percent) | See angle part III | Efficiency (percent) |
|---|---|---|---|
| 90° | 100 | 50° | 76 |
| 80° | 98 | 45° | 71 |
| 70° | 94 | 40° | 64 |
| 65° | 91 | 35° | 57 |
| 60° | 87 | 30° | 50 |
| 55° | 82 | 5° | 8½ |

*Note.* Slings should not be attached to load in such manner as to provide an angle of less than 30° between the sling leg and the horizontal.

**III.**



W = Weight Lifted by Each Sling Leg = $\frac{LOAD}{2}$

T = Tension in Sling Leg = W X E

S = Distance Between Sling Legs at Base

E = Head-room = S X K

| ANGLE | 80° | 70° | 65° | 60° | 55° | 50° | 45° | 40° | 35° | 30° |
|---|---|---|---|---|---|---|---|---|---|---|
| E | 1.02 | 1.06 | 1.10 | 1.15 | 1.22 | 1.31 | 1.41 | 1.56 | 1.74 | 2.00 |
| K | 2.83 | 1.37 | 1 07 | 0.87 | 0.71 | 0.60 | 0.50 | 0.42 | 0.35 | 0.29 |

NOTE: To find E and K for any angle formed by sling leg:

E = $\frac{1}{\text{Sine of Angle}}$

K = $\frac{\text{Tangent of Angle}}{2}$

*a.* Tension and Head-Room Diagrams for Two-legged Slings at Various Angles.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 5. *Ropes, Cables, and Chains*—Continued

## PLATE 5. *Ropes, Cables, and Chains*—Continued



ANGLE OF SLING

\* NOTE: WHEN THIS DIMENSION IS GREATER THAN 1 FOOT, INCREASE THE VERTICAL DIMENSIONS IN SAME PROPORTIONS



TENSION OF SLING

NOTE: TENSIONS SHOWN IN SLING ARE FOR 1000 POUND LOAD. FOR HEAVIER OR LIGHTER LOADS, THE TENSIONS IN THE SLING INCREASE OR DECREASE PROPORTIONATELY

*b.* How to Determine Angle of Slings and How Angle of Slings Effects Tension in Sling Legs.

### IV. APPROXIMATE EFFICIENCY OF SPLICES AND KNOTS
#### (MANILLA ROPE)

| Type of connection | Capacity of connection (based on rated capacity of rope) (percent) |
|---|---|
| Thimble splice | 90 |
| Short splice | 80 |
| Timber hitch | 65 |
| Anchor bend | |
| Clove hitch | 60 |
| Bowline | |
| Square knot | 50 |
| Overhand knot | 45 |

### V. APPROXIMATE EFFICIENCY OF FITTINGS
#### (WIRE ROPE)

WIRE ROPE TECHNICAL BOARD

| Fitting | Efficiency |
|---|---|
| Wire Rope Sockets. Spelter (zinc) attachment | 100% |
| Compression fittings (swaged or pressed)* | 100% |
| Compressed sleeve attachment* | 100% |
| Wedge Sockets | 80 to 90% |
| Clips | 75 to 80% |
| Spliced in Thimbles: | |
| $\frac{3}{8}''-\frac{5}{8}''$ inclusive | 90-95% |
| $\frac{3}{4}''-1\frac{1}{8}''$ inclusive | 85-90% |
| $1\frac{1}{4}''-1\frac{1}{2}''$ inclusive | 80-85% |
| $1\frac{5}{8}''-2''$ inclusive | 75-80% |
| $2\frac{1}{8}''$ and up | 70-75% |

*Factory attached.
*Note.* The above table is for static load efficiencies only and do not reflect the effectiveness of these attachments under all types of live loading in service.

755-033 O - 65 - 9

SUPERSEDED

This document has formally been made obsolete by the U. S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 5. *Ropes, Cables, and Chains—Continued*

INFORMATIONAL COPY ONLY

PLATE 5. *Ropes, Cables, and Chains*—Continued

VI. NUMBER OF CLIPS AND THE PROPER TORQUE NECESSARY TO ASSEMBLE WIRE ROPE EYE LOOP CONNECTIONS WITH A PROBABLE EFFICIENCY NOT MORE THAN 80 PERCENT

| Rope diameter (in.) | Nominal size of clips | Number of clips | Torque to be applied to nuts of clips (ft-lbs) |
|---|---|---|---|
| 5/16 | 3/8 | 3 | 25 |
| 3/8 | 3/8 | 3 | 25 |
| 7/16 | 1/2 | 4 | 40 |
| 1/2 | 1/2 | 4 | 40 |
| 5/8 | 5/8 | 4 | 65 |
| 3/4 | 3/4 | 4 | 100 |
| 7/8 | 1 | 5 | 165 |
| 1 | 1 | 5 | 165 |
| 1 1/4 | 1 1/4 | 5 | 250 |
| 1 3/8 | 1 1/2 | 6 | 375 |
| 1 1/2 | 1 1/2 | 6 | 375 |
| 1 3/4 | 1 3/4 | 6 | 560 |

The spacing of clips should be six times the diameter of the wire rope. To assemble a satisfactory end to end connection, the number of clips indicated above should be increased by two, and the proper torque remain unchanged.

## How to Attach Wire Rope Clips

U-Bolt Clip



Fist Grip Clip



Thimble

U-Bolt of all clips on dead end of rope.

Never stagger clips.

Never put U-Bolt of clip on live end of rope.

Thimble

*Note.* D = six times diameter of wire rope.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 5. *Ropes, Cables, and Chains*—Continued

INFORMATIONAL COPY ONLY

PLATE 6. *Hoists*

## VII. RECOMMENDED PRACTICE-POURED SOCKET TERMINALS FOR WIRE ROPE

| Socket preheat temperature | Zinc pouring temperature | Wire rope size range |
|---|---|---|
| 500° F | 900° F | ¼″ to ¼″ incl. |
| 100° F | 900° F | ⅝″ to 2″ incl. |

Use 1.1.1 Trichloroethane as the degreasing material for cleaning wire rope ends prior to socketing.

Probable efficiency of a new and properly prepared zinc socket is 100 percent.

The use of babbitt is prohibited for poured sockets.

## VIII. SHEAVE DIAMETERS FOR OPERATING WIRE ROPES

| Wire rope construction | Recommended sheave diameter | Minimum sheave diameter |
|---|---|---|
| 6 strands of 7 wires | 72 times rope diameter | 42 times rope diameter. |
| 6 strands of 19 wires | 45 times rope diameter | 30 times rope diameter. |
| 6 strands of 37 wires | 27 times rope diameter | 18 times rope diamter. |
| 8 strands of 19 wires | 31 times rope diameter | 21 times rope diameter. |
| 18 strands of 7 wires | 51 times rope diameter | 34 times rope diameter. |

### MINIMUM SIZES OF VARIOUS MEMBERS IN WOODEN TOWERS

| Cage or bucket capacity up to— | Height from top down (ft.) | Post sizes (in.) | Guide S 4 S [1] sizes (in.) | Horizontal tie sizes (in.) | Diagonal brace sizes (in.) | Maximum tie spacing (ft.) |
|---|---|---|---|---|---|---|
| 500 lb | Top to 72 | 4 x 4 | 2½ x 3½ | 1 x 6 | 1 x 8 | 6 |
| 500 lb | 72 to 198 | 4 x 6 | 2½ x 3½ | 2 x 6 | 1 x 8 | 6 |
| 1,000 lb. or ¼ cu. yd | Top to 72 | 4 x 4 | 3½ x 3½ | 1 x 6 | 1 x 6 | 6 |
| 1,000 lb. or ¼ cu. yd | 72 to 126 | 4 x 6 | 3½ x 3½ | 2 x 6 | 1 x 8 | 6 |
| 1,000 lb. or ¼ cu. yd | 126 to 198 | 6 x 6 | 3½ x 3½ | 2 x 6 | 1 x 8 | 6 |
| 2,000 lb. or ½ cu. yd | Top to 80 | 4 x 6 | 3½ x 3½ | 2 x 6 | 1 x 8 | 8 |
| 2,000 lb. or ½ cu. yd | 80 to 128 | 4 x 6 | 3½ x 3½ | 2 x 6 | 1 x 8 | 8 |
| 2,000 lb. or ½ cu. yd | 128 to 208 | 6 x 6 | 3½ x 3½ | 2 x 6 | 2 x 6 | 8 |
| 4,000 lb. or 1 cu. yd | Top to 80 | 4 x 6 | 3½ x 3½ | 2 x 6 | 2 x 6 | 8 |
| 4,000 lb. or 1 cu. yd | 80 to 128 | 6 x 6 | 3½ x 3½ | 2 x 6 | 2 x 6 | 8 |
| 4,000 lb. or 1 cu. yd | 128 to 208 | 6 x 8 | 3½ x 3½ | 2 x 8 | 2 x 6 | 8 |

[1] Surfaced 4 sides.

### NAILING SCHEDULE

| | 1-in. material | 2-in. material |
|---|---|---|
| Diagonal braces | 5–8d | 5–20d |
| Horizontal ties | 5–8d | 5–20d |

124

125

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

PLATE 7. *Weights of Common Materials* — *Continued*

INFORMATIONAL COPY ONLY

| Material | Weight in pounds per cubic foot |
|---|---|
| Aluminum: | |
| Cast | 160 |
| Wire | 168 |
| Asphalt | 60–80 |
| Brass | 510–542 |
| Brick | 110–130 |
| Bronze | 480–555 |
| Cement, Portland (1 cubic foot per sack) | 94 |
| Coal, piled: | |
| Anthracite | 47–58 |
| Bituminous | 40–54 |
| Concrete: | |
| Reinforced | 150 |
| Plain | 140–150 |
| Copper, cast | 549–558 |
| Earth: | |
| Clay: | |
| Dry, compacted | 100 |
| Damp | 110 |
| Common: | |
| Dry, loose | 65–88 |
| Moist, compacted | 95–135 |
| Mud, wet: | |
| Fluid | 104–120 |
| Compacted | 110–130 |
| Sand: | |
| Dry, compacted | 110 |
| Damp, loose | 94 |
| Gravel, crushed rock: | |
| Damp, loose | 82–125 |
| Dry, compacted | 90–145 |
| Ice | 56 |
| Iron: | |
| Grey cast | 439–445 |
| Wrought | 487–492 |

| Material | Weight in pounds per cubic foot |
|---|---|
| Lead | 710 |
| Lime | 53–75 |
| Masonry: | |
| Mortar rubble | 155 |
| Dry rubble | 125 |
| Rock, solid: | |
| Granite | 125–187 |
| Shale | 162 |
| Soapstone | 162–175 |
| Trap | 187–190 |
| Salt, granulated | 50–70 |
| Snow: | |
| Fresh, fallen | 5–12 |
| Wet, compact | 15–20 |
| Steel | 474–494 |
| Tar | 75 |
| Tin | 455 |
| Water: | |
| Fresh | 62.4 |
| Sea | 64.0 |
| Zinc | 438 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 8. *Characteristics of Truck-Mounted Cranes*

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

| Name of equipment | Model and type | Rating Size (Yd.) | Rating Load (Ton) | Length L (In.) | Width M (Ft. In.) | Radius Q (Ft. In.) | Height R (Ft. In.) | Tailswing S (Ft. In.) | Height N (Ft. In.) | Working weight (Ton) | Std. max A (Ft.) | Center sections B (Ft.) | Hook max E (Ft.) | Boom angle Max (0°) | Wire rope Dia. (In.) | Single pull Max (Ton) | Use of outriggers | Direction of boom | Lifting Load (Ton) | Radius J (Ft.) | K | Load (Ton) | K (Ft.) | Load (Ton) | K (Ft.) | Load (Ton) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **SHOVEL** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thew-Lorain | E 6610 | 3/4 | 10 | 150 | 8 0 | 2 6 | 5 8 | 7 0 | 10 11 | 19.0 | 30 | 5 | 30 | 77 | 1/2 | 3 | With-out | End | 7.7 | — | — | 5.75 | — | 4.5 | — | 3.0 |
| | | | | | | | | | | | | | | | | | | Side | 6.75 | 10 | 12 | 5.25 | 15 | 3.75 | 20 | 2.5 |
| | | | | | | | | | | | | | | | | | With | End and side | 10 | 10 | 12 | 8.5 | 15 | 6.75 | 20 | 5.0 |
| Thew-Lorain | E 6620 | 3/4 | 20 | 175 | 8 0 | ------ | ------ | 9 0 | 10 11 | 27.0 | 30 | | 32 | 75 | 5/8 | | With-out | End | 14 | — | — | 11 | — | 8 | — | 5.5 |
| | | | | | | | | | | | | | | | | | | Side | 12 | 10 | 12 | 9.25 | 15 | 6.75 | 20 | 4.75 |
| | | | | | | | | | | | | | | | | | With | End and side | 20 | 10 | 12 | 16.5 | 15 | 13.0 | 20 | 14.5 |
| Harnischfeger | 255A TC | 3/4 | 12 | 184 | 8 0 | 2 5 | 6 0 | 8 10 | 11 11 | | 30 | | 31 | 75 | | | With-out | End | | | | | | | | |
| | | | | | | | | | | | | | | | | | | Side | 10.5 | 10 | 12 | 9.5 | 15 | 7.75 | 20 | 5.25 |
| | | | | | | | | | | | | | | | | | With | End and side | 20 | 10 | 12 | 17.75 | 15 | 14.5 | 20 | 10.5 |
| Browning | T 20 | 3/4 | 20 | 172¼ | 8 7 | ------ | 6¾4 | 9 0 | 12 3/18 | 25.75 | 25 | 5 | 32 | 75 | | | With-out | End | 17.5 | — | — | 13.5 | — | 10.0 | — | 7.76 |
| | | | | | | | | | | | | | | | | | | Side | 15 | 10 | 12 | 11.25 | 15 | 8.5 | 20 | 5.75 |
| | | | | | | | | | | | | | | | | | With | End and side | 20 | 10 | 12 | 16.5 | 15 | 13.0 | 20 | 9.75 |
| Gar Wood Buckeye | M20A TC | 3/4 | 20 | ------ | 8 8 | 2 7 | 6 4 | 9 6 | 12 0 | ------ | 30 | | | 75 | | | With-out | End | 14.25 | — | — | 11.5 | — | 8.75 | — | 6.25 |
| | | | | | | | | | | | | | | | | | | Side | 12 | 10 | 12 | 9.25 | 15 | 6.75 | 20 | 4.75 |
| | | | | | | | | | | | | | | | | | With | End and side | 20 | 10 | 12 | 16.5 | 15 | 13.0 | 20 | 9.75 |
| Unit crane shovel | 1014 | 1/2 | 6–10 | 160 | 8 0 | 2 9 | 6 6¼ | 8 3 | 12 0 | 24 | 30 | | 31 | 80 | 5/8 | | With-out | End | 9.25 | 10 | 12 | 7.25 | 15 | 5.25 | 20 | 3.5 |
| | | | | | | | | | | | | | | | | | | Side | 8.25 | — | — | 6.25 | — | 4.5 | — | 3 |
| | | | | | | | | | | | | | | | | | With | End and side | 12.5 | 10 | 12 | 11.25 | 15 | 7.75 | 20 | 5 |

| Name of equipment | Model and type | Rating Size | Rating Loa | Wheel base Length L | Wheel base Width M | Boom foot pin Radius Q | Boom foot pin Height R | Clearance Tailswing S | Clearance Height N | Working weight | Boom length Standard max. A | Lifting height Center sections B | Hoist rope Hook max. E | Boom angle Max. | Wire rope Dia. | Single pull Max. | Use of outriggers | Direction of boom | Lifting Load | Radius J | K | Load | K | Load | K | Load |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 20 | 21 | 23 | 24 | 25 | 26 | 27 |
| | | Yd. | Ton | In. | Ft. In. | Ft. In. | Ft. In. | Ft. In. | Ft. In. | Ton | Ft. | Ft. | Ft. | 0° | In. | Ton | | | Ton | | Ft. | Ton | Ft. | Ton | Ft. | Ton |
| SHOVEL— continued | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hanson crane shovel. | 61 | ¾ | 20 | | 8 0 | 2 2 | 6 4 | 9 1 | 11 8 | 29 | 35 | | 31 | 70 | | | Without out. | End | | | | | | | | |
| | | | | | | | | | | | | | | | | | | Side | 12 | 10 | 15 | 6.75 | 20 | 5 | 25 | 3.5 |
| | | | | | | | | | | | | | | | | | With. | End and side | 20 | 10 | 15 | 12.5 | 20 | 8.75 | 25 | 7 |
| Link-belt crane. | HC 70 | ¾ | 20 | 185 | 8 7 | 3 2 | 6 10 | 9 0 | 12 3 | 28 | 30 | | 31 | 70 | | | Without out. | End | 16.75 | | | 13.25 | | 10.0 | | 7.15 |
| | | | | | | | | | | | | | | | | | | Side | 12.0 | 10 | 12 | 9.30 | 15 | 6.90 | 20 | 4.75 |
| | | | | | | | | | | | | | | | | | With. | End and side | 20 | 10 | 12 | 16.65 | 15 | 13.15 | 20 | 9.70 |
| Wayne crane. | 40 | ½ | 10 | | | | | | | | 30 | | | | | ½ | | | | | | | | | | |
| Unit crane. | 1220 CE. | ¾ | 20 | | 8 0 | | | | | | 30 | | | | | | | | | | | | | | | |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

PLATE 9 INFORMATIONAL COPY ONLY PLATE 9—Continued



CRANE

CAPACITY, NOT
EXCEEDING 85%
OF TIPPING LOAD

**GENERAL DIMENSIONS**



This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

PLATE 10. *Characteristics of Crawler-Mounted Cranes*

INFORMATIONAL COPY ONLY

SUPERSEDED

| Name of equipment, number of specification | Model and type | Rating — Size | Rating — Load | Crawler — Length L | Crawler — Width M | Boom foot pin — Radius Q | Boom foot pin — Height R | Clearance — Tail swing S | Clearance — Height N | Clearance — Underframe O | Clearance — Under cab P | Auxiliary electric light plant — Size |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|  |  | Yd. | Ton | Ft. | Ft. | Ft. | Ft. | Ft. | Ft. | In. | Ft. | Watt |
| **3/8 YD** | | | | | | | | | | | | |
| Spec T-1443. | I | 3/8 | 2½ | ---- | 8.0 | ---- | ---- | -------- | 10.5 | 12 | ---- | 750 |
| Austin-Western. | Badger | 3/8 | 3 | 11.0 | 8.0 | 1.0 | 3.7 | Fixed | 9.4 | 12 | ---- | 1,500 |
| Bay City | 20 | 3/8 | 4½ | 9.8 | 7.7 | 2.0 | 3.8 | 7.0 | 9.8 | 13 | 2.3 | 750 |
| Link-Belt Speeder. | LS-40 | 3/8 | 4½ | 9.7 | 7.9 | 1.8 | 4.2 | 7.5 | 9.8 | 9 | 3.0 | 750 |
| **½ YD** | | | | | | | | | | | | |
| Spec. T-1443. | II | ½ | 5 | ---- | 7.5-8 | ---- | ---- | -------- | 10.5 | 12 | ---- | 750 |
| Bueyrus-Erie. | 15 B | ½ | 6½ | 9.5 | 8.0 | 3.1 | 4.3 | 7.5 | 10.0 | 11 | 2.5 | 800 |
| Link-Belt Speeder. | LS-50 | ½ | 5½ | 9.8 | 8.2 | 1.8 | 4.2 | 7.7 | 9.9 | 12 | 3.0 | 800 |
| Osgood | 200 | ½ | 7 | 9.3 | 8.7 | 2.2 | 4.2 | 7.8 | 10.5 | 11 | 3.3 | 750 |

| Working wt. | Boom length — Length std max. A | Boom length — Center section B | Lifting length — Hook max. E | Lifting length — Boom angle Max. | Hoist rope — Wire rope Diam. | Hoist rope — Single pull max. | Crane rating — Lifting Load | Crane rating — Radius J | K | Load | K | Load | K | Load | K | Load |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Ton | Ft. | Ft. | Ft. | 0° | In. | Ton | Ton | Ft. | Ft. | Ton | Ft. | Ton | Ft. | Ton | Ft. | Ton |
| **SHOVELS** | | | | | | | | | | | | | | | | |
| ---- | 30 | 5 | ---- | ---- | ---- | ---- | 2.5 | 12.0 | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| 11 | 35 | 5 | 34.0 | 72° | ½ | 5.0 | 3.4 | 10.0 | 11 | 2.3 | 16 | 1.7 | 21 | 1.3 | 26 | 1.1 |
| 10 | 30 | 5 | 31.0 | 75° | ½ | 6.6 | 4.5 | 10.0 | 10 | 2.5 | 15 | 1.6 | 20 | 1.2 | 25 | .9 |
| 10 | 30 | 5 | 28.0 | 73° | ½ | 4.2 | 4.5 | 10.0 | 7 | 3.4 | 10 | 2.5 | 15 | 1.8 | 21 | 1.1 |
| **SHOVELS** | | | | | | | | | | | | | | | | |
| ---- | 35 | 10 | ---- | ---- | ---- | ---- | 5.0 | 12.0 | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| 13 | 35 | 5 | 34.0 | 77° | 9/16 | 4.0 | 6.8 | 10.0 | 10 | 3.7 | 15 | 2.5 | 20 | 1.9 | 30 | 1.2 |
| 12 | 35 | 5 | 35.0 | 75° | ½ | 3.2 | 5.5 | 10.0 | 7 | 4.1 | 10 | 3.0 | 20 | 1.5 | 30 | 1.0 |
| 15 | 35 | 10 | 36.0 | 76° | ½ | 4.2 | 6.9 | 10.0 | 10 | 3.4 | 15 | 2.3 | 20 | 1.7 | 30 | 1.2 |

*Lifting capacity for clear distance K from end or side of crawlers*

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY
SUPERSEDED

PLATE 10. *Characteristics of Crawler-mounted Cranes*—Continued

| Name of equipment, number of specification | Model and type | Rating Size | Rating Load | Crawler Length L | Crawler Width M | Boom foot pin Radius Q | Boom foot pin Height R | Clearance Tail swing S | Clearance Height N | Clearance Underframe O | Clearance Under cab P | Aux. electric light plant Size | Working wt. | Boom length std max A | Boom length Center section B | Lifting length Hook max E | Boom angle Max | Wire rope Diam Max | Single pull max | Crane rating Lifting Load | Crane rating Radius J | K | Load | K | Load | K | Load | K | Load |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | Yd. | Ton | Ft. | Ft. | Ft. | Ft. | Ft. | Ft. | In. | Ft. | Watt | Ton | Ft. | Ft. | Ft. | 0° | In. | Ton | Ton | Ft. | Ft. | Ton | Ft. | Ton | Ft. | Ton | Ft. | Ton |
| **¾ YD** | | | | | | | | | | | | | **SHOVELS** | | | | | | | | | | | | | | | | |
| Spec. T-1061. | ---------- | ¾ | 7 | ----- | 8.0 | ---- | ---- | ------- | 11.0 | 12 | ---- | 1,000 | ---- | 35 | 10 | ----- | ----- | ---- | 6.0 | 7.0 | 12.0 | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |
| Buckeye... | Clipper-70. | ¾ | 7 | 11.7 | 8.7 | 2.3 | 4.7 | 8.5 | 10.6 | 12 | 2.8 | 1,500 | 16 | 35 | 5 | 34.2 | 77° | ⅝ | 5.6 | 7.3 | 10.0 | 6 | 7.0 | 9 | 5.0 | 19 | 2.5 | 29 | 1.8 |
| Koehring. | 304-A... | ¾ | 9 | 11.7 | 9.6 | 2.7 | 5.3 | 9.0 | 10.9 | 13 | 3.6 | 1,000 | 19 | 35 | 5-10 | 35.0 | 80° | ⅝ | 5.8 | 9.0 | 12.0 | 9 | 6.6 | 14 | 4.5 | 19 | 3.3 | 29 | 2.2 |
| Harnischfeger P&H. | 255-A... | ¾ | 8½ | 11.1 | 9.8 | 2.5 | 4.4 | 8.9 | 10.3 | 10 | 3.0 | ----- | 17 | 40 | 10 | 40.0 | 74° | ⅝ | 4.5 | 8.5 | 12.0 | 19 | 5.8 | 14 | 4.3 | 24 | 2.7 | 34 | 1.8 |
| Lima Locomotive. | Paymaster 34. | ¾ | 10 | 11.0 | 8.6 | 2.9 | 4.6 | 9.2 | 10.4 | 13 | 3.0 | 1,500 | 19 | 35 | 5 | 39.5 | 80° | ⅝ | 5.9 | 12.6 | 10.0 | 6 | 10.0 | 14 | 4.6 | 19 | 3.4 | 29 | 2.1 |
| **SHOVELS 1 YD** | | | | | | | | | | | | | **AND LARGER** | | | | | | | | | | | | | | | | |
| Marion... | 342... | 1 | 14 | 12.1 | 9.7 | 3.3 | 5.0 | 9.0 | 12.1 | 14 | 3.3 | 800 | 24 | 40 | 5-10 | 38.3 | 75° | ⅝ | 10.2 | 13.5 | 12.0 | 14 | 6.4 | 19 | 4.8 | 24 | 3.8 | 34 | 2.6 |
| Harnischfeger. | 655-A... | 1½ | 30 | 13.8 | 11.0 | 3.8 | 6.0 | 10.6 | 13.4 | 11 | 3.5 | 1,500 | 42 | 65 | 5-10 | 60.0 | 78° | ¾ | 10.0 | 30.0 | 12.0 | 8 | 21.8 | 18 | 11.2 | 38 | 5.0 | 58 | 3.0 |
| Koehring. | 604-B... | 1½ | 30 | 13.8 | 10.7 | 4.0 | 6.5 | 12.1 | 12.8 | 16 | 3.8 | 1,500 | 42 | 65 | 5-10 | 65.0 | 81° | ¾-⅞ | 8.0 | 39.4 | 12.0 | 8 | 22.2 | 18 | 10.4 | 38 | 4.7 | 53 | 2.9 |
| Thew Shovel. | Lorain 82. | 2 | 30 | 14.1 | 11.4 | 3.1 | 5.5 | 12.0 | 12.1 | 10 | 2.9 | 1,500 | 45 | 70 | 20 | 65.0 | 78° | ¾ | 12.0 | 21.0 | 15.0 | 13 | 14.0 | 23 | 8.0 | 43 | 4.0 | 63 | 2.4 |
| Lima Locomotive. | 802... | 2 | 40 | 14.4 | 11.4 | 3.6 | 5.5 | 13.8 | 12.3 | 9 | 3.5 | 1,500 | 75 | 60 | 10 | 58 | 82° | ¾ | 12.0 | 40.9 | 12.0 | 13 | 19.3 | 23 | 10.7 | 38 | 5.8 | 53 | 3.5 |
| Northwest. | 78-D... | 2 | 21 | 14.8 | 10.7 | ---- | ---- | 11.6 | 12.0 | ---- | ---- | 1,500 | 49 | 70 | 10-20 | 70.0 | 79° | ¾ | 12.0 | 21.1 | 15.0 | 13 | 14.5 | 23 | 8.5 | 43 | 4.4 | 63 | 2.8 |
| Bucyrus-Erie. | 54-B... | 2½ | 25 | 15.1 | 11.8 | 5.2 | 6.3 | 12.8 | 12.3 | ---- | 3.7 | 1,500 | 63 | 80 | 20 | 80.0 | 78° | 1 | 13.5 | 44.5 | 12.0 | 13 | 20.8 | 33 | 8.4 | 48 | 4.8 | 68 | 3.5 |
| Spec AS 1629. | ---------- | 2 | 21 | ---- | | | | | | | | 1,500 | ---- | 80 | 20-30 | ---- | ---- | ---- | ---- | 21.0 | 15.0 | ---- | ---- | ---- | ---- | ---- | ---- | ---- | ---- |

*Lifting capacities include weight of hooks, blocks, slings, and chains; their weight must be added to load handled.

136     137

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 11

INFORMATIONAL COPY ONLY

PLATE 12



GENERAL DIMENSIONS

STAIRWAY NOMENCLATURE

CLEARANCES AND
HANDRAIL HEIGHTS
(SEE TABLE OF PROPORTIONS)

76° to 90°
preferred for
fixed rail and
rung ladders—
with uniform
12" rung spacing.

60° to 75°
critical — AVOID

40° to 60°
preferred for fixed
inclined ladders
(Ship's ladders)

24° to 40°
preferred for
interior stairs.

6° to 24°
preferred for
monumental and
exterior steps.

8° or less
preferred for ramps

GRAPHIC ANALYSIS
*Stairs and Ramps.*

SUPERSEDED

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

PLATE 12—Continued

INFORMATIONAL COPY ONLY

## TABLE OF PROPORTIONS

BASED ON FORMULA: $T = \dfrac{R}{\tan\left[(R-3)8°\right]}$

| | HH HANDRAIL HEIGHT (Inches) | RISER (Inches) | EFFECTIVE TREAD (Inches) | ANGLE ($\phi$) (Degrees) | HEAD CLEARANCES Y VERTICAL (Inches) | N NORMAL TO SLOPE (In.) |
|---|---|---|---|---|---|---|
| RAMPS | 39 | — | — | 2° | 84 | |
| | | — | — | 4° | 84 | |
| | | — | — | 6° | 84 | |
| MONUMENTAL OR EXTERIOR | 36 | 4.00 | 28.5 | 8° | 84 | |
| | | 4.25 | 24.1 | 10° | 84 | |
| | 35 | 4.50 | 21.2 | 12° | 85 | |
| | | 4.75 | 19.1 | 14° | 85 | |
| | 34 | 5.00 | 17.4 | 16° | 85 | |
| | | 5.25 | 16.2 | 18° | 86 | |
| | 33 | 5.50 | 15.1 | 20° | 86 | |
| | | 5.75 | 14.2 | 22° | 86 | |
| INTERIOR | 32 | 6.00 | 13.5 | 24° | 87 | |
| | | 6.25 | 12.8 | 26° | 87 | |
| | | 6.50 | 12.2 | 28° | 88 | |
| | | 6.75 | 11.7 | 30° | 89 | |
| | 33 | 7.00 | 11.2 | 32° | 90 | |
| | | 7.25 | 10.7 | 34° | 91 | |
| | | 7.50 | 10.3 | 36° | 92 | |
| | | 7.75 | 9.9 | 38° | 93 | |
| FIXED INCLINED (STEPLADDER, SHIP'S LADDER) | 34 | 8.00 | 9.5 | 40° | | 72 |
| | | 8.25 | 9.2 | 42° | | 71 |
| | | 8.50 | 8.8 | 44° | | 69 |
| | | 8.75 | 8.5 | 46° | | 68 |
| | 33 | 9.00 | 8.1 | 48° | | 66 |
| | | 9.25 | 7.8 | 50° | | 64 |
| | | 9.50 | 7.4 | 52° | | 62 |
| | | 9.75 | 7.1 | 54° | | 59 |
| | 32 | 10.00 | 6.7 | 56° | | 57 |
| RAIL AND RUNG LADDER | | 12.00 max. | — | 76° | | 36 |
| | | | — | 82° | | 32 |
| | | | — | 90° | | 30 |

*Stairs and Ramps*—Continued

PLATE 12—Continued



THROUGH LADDER
LESS THAN 20 FT. HIGH

SIDE-STEP LADDER
LESS THAN 20 FT. HIGH

SECTION A-A    SECTIONAL ELEVATION

A REASONABLY SAFE ACCESS HATCH

STAGGERED LADDER

*Ladders and Guard Rails*—Continued
(*for design requirements see ASA A 14-3*).

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

SUPERSEDED

PLATE 12—Continued

INFORMATIONAL COPY ONLY



**CENTERED SIDE LADDER**

**DEFLECTOR PLATES FOR HEAD HAZARDS**

**END SIDE LADDER**

NOTE: Minimum height of guard rail 3'-6"

**END THROUGH LADDER**

**WALKWAY SIDE LADDER**

**GUARD RAILS AT LADDERS**

*Ladders and Guard Rails—Continued*

PLATE 12—Continued

**SHORT LADDERS AT ELEVATED LOCATIONS**

Increase spacing of siderail extensions to 22" above parapet.

**ROOF LADDER**

**LADDER FAR FROM WALL**

**CLEARANCE FOR UNAVOIDABLE OBSTRUCTION AT REAR OF LADDER**

**DETAIL OF INSERT RUNG**

**MINIMUM LADDER CLEARANCES**

*Ladders and Guard Rails—Continued*

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 12—Continued

INFORMATIONAL COPY ONLY



THROUGH LADDER    SIDE-STEP LADDER

OVER 20 FT. HIGH



BASKET GUARD



BAR LADDER → ← ANGLE IRON LADDER

BASKET GUARD HOOP



INCLINED LADDER
AT ELEVATED LOCATION
(for special hazard only)



CLEARANCE DIAGRAM

NOTE: Ladder Safety Devices
May Be Installed on vertical Ladders
Of Any Length In Lieu Of Basket Guard.

*Ladders and Guard Rails—Continued*

*Plate No. 13. Position of Walers Before Placing Sheet Piling for Shoring Trenches*



Set up preparatory to placing sheet piling

144

145

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 14. *Illustrating Completion of First Depth of Trench Shoring*

PLATE 15. *Trench Shoring Completed for Full Depth, Single Length of Sheeting*



Sheet piling added.
First depth complete



Shoring, full depth

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 16. *Method of Shoring Trench Using Two Lengths of Sheeting*

PLATE 17. *Substituting Trench Jacks for Cross Braces Used in Trench Shoring*



Method of bracing when two lengths of sheet piling are used.



Jack screws used with complete sheet piling

148

149

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 18. *Illustrating Trench Jacks Used to Crowd Horizontal and Vertical Planks Bearing Against Hard Compact Material*

PLATE 19. *Typical Inclosure Guard*





This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 20. *Construction of Double Pole or Independent Scaffold*

PLATE 21. *Illustrating Diagonal Bracing on Double Pole Scaffold*



DOUBLE POLE OR
INDEPENDENT SCAFFOLD

PLATE 21. *Illustrating Diagonal Bracing on Double Pole Scaffold*



END VIEW

DOUBLE POLE OR
INDEPENDENT SCAFFOLD

BACK VIEW

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 22. *Illustration of Corner Construction of Double Pole Scaffold*

PLATE 23. *Construction of Outrigger Scaffold With Guardrail and Toeboard*





154

155

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

SUPERSEDED

INFORMATIONAL COPY ONLY

PLATE 24. *Illustrating Maximum Height of Horse Scaffold.* PLATE 25. *Showing Construction of the Square or Frame Scaffold*



HORSE SCAFFOLD
MAXIMUM HEIGHT



FRAME SCAFFOLD

156

157

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

BOATSWAIN'S CHAIR

ILLUSTRATING REEVING OF ROPE

SWINGING SCAFFOLD
LADDER PLATFORM TYPE

ARRANGEMENT OF SCAFFOLD
PLATFORMS ON ROOF TRUSSES
ILLUSTRATING "TOOTHPICK"
SCAFFOLD LADDERS

ILLUSTRATING USE OF LIFELINE
FOR MOVING SCAFFOLD PLATFORMS

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## PLATE 28. *Carpenter's Portable Bracket, Ladder Jack, Window Jack, and Hinged Frame Horse*

## PLATE 29. *Needle Beam Scaffold With Fastenings*



LADDER JACK

CARPENTERS' PORTABLE BRACKET

WINDOW JACK

HINGED FRAME HORSE

NEEDLE BEAM SCAFFOLD

ENLARGED VIEW SCAFFOLD HITCH AND FASTENING

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY



SINGLE RUNG TYPE LADDER

BUILDERS PORTABLE
SINGLE CLEAT LADDER

| LENGTH | RAIL SECTIONS |
|---|---|
| UP TO 16' | 1-5/16" X 2-1/2" |
| 17' TO 20' | 1-5/16" X 2-5/8" |
| 21' TO 24' | 1-5/16" X 2-3/4" |

*MINIMUM DRESSED SIZE

HOUSING
DETAILS

| LENGTH | MINIMUM INSIDE WIDTH | MAXIMUM INSIDE WIDTH | CROSS SECTION OF RAILS | CROSS SECTION OF CLEATS |
|---|---|---|---|---|
| UP TO 16' | 20" | 24" | 2" X 4" | 1" X 3" |
| 17' TO 24' | 20" | 24" | 2" X 6" | 1" X 4" |

*TRADE SIZES

FIXED LADDERS SHALL FOLLOW DIMENSIONS
GIVEN FOR SINGLE CLEAT LADDERS AND MAY
EXCEED 24 FEET IN HEIGHT PROVIDED THEY
ARE SECURELY FIXED OR BRACED AT INTER-
VALS OF NOT MORE THAN 15 FEET.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

PLATE 32. *General Types of Knots and Hitches Used in Construction*

INFORMATIONAL COPY ONLY

PLATE 33. *Wind Velocity in M. P. H.*



WHIPPING—STEP 1
ROUNDS OPENED TO CLARIFY

WHIPPING—STEP 2
PULL LOOP TO CENTER

SQUARE KNOT

WHIPPING
CORRECT PROCEDURE

SHEET BEND

BOWLINE

CLOVE HITCH

ROLLING HITCH

RUNNING BOWLINE

TWO HALF HITCHES

ROUND TURN AND TWO HALF HITCHES

TIMBER HITCH AND HALF HITCH

SCAFFOLD HITCH

WIND VELOCITY IN M.P.H.

NUMBER OF 8" COURSES

HEIGHT OF WALL IN FEET

CONCRETE BLOCK WALLS WILL BLOW OVER IN MODERATELY HIGH WINDS AS INDICATED BY THE CURVES BELOW UNLESS THEY ARE BRACED.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

PLATE 34. *Properties of* *Dressed Timber*

| Nominal size (in.) b×d | American standard dressed size (S4S) (in.) b×d | Area of section $A=bd$ (sq. in.) | Section modulus $S=\dfrac{bd^2}{6}$ (in.³) | Board feet per linear foot of piece | Weight in pounds per linear foot if weight of wood per cubic foot equals | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 35 lb. | 40 lb. | 45 lb. | 50 lb. |
| 2 x 4 | 1⅝ x 3⅝ | 5.89 | 3.56 | ⅔ | 1.4 | 1.6 | 1.8 | 2.0 |
| 2 x 6 | 1⅝ x 5⅝ | 9.14 | 8.57 | 1 | 2.2 | 2.5 | 2.9 | 3.2 |
| 2 x 8 | 1⅝ x 7½ | 12.19 | 15.23 | 1⅓ | 2.9 | 3.4 | 3.8 | 4.2 |
| 2 x 10 | 1⅝ x 9½ | 15.44 | 24.44 | 1⅔ | 3.8 | 4.3 | 4.8 | 5.4 |
| 2 x 12 | 1⅝ x 11½ | 18.69 | 35.82 | 2 | 4.6 | 5.2 | 5.8 | 6.5 |
| 2 x 14 | 1⅝ x 13½ | 21.94 | 49.36 | 2⅓ | 5.3 | 6.1 | 6.9 | 7.6 |
| 3 x 6 | 2⅝ x 5⅝ | 14.77 | 13.84 | 1½ | 3.6 | 4.1 | 4.6 | 5.1 |
| 3 x 8 | 2⅝ x 7½ | 19.69 | 24.61 | 2 | 4.8 | 5.5 | 6.2 | 6.8 |
| 3 x 10 | 2⅝ x 9½ | 24.94 | 39.48 | 2½ | 6.0 | 6.9 | 7.8 | 8.7 |
| 3 x 12 | 2⅝ x 11½ | 30.19 | 57.86 | 3 | 7.3 | 8.4 | 9.4 | 10.5 |
| 3 x 14 | 2⅝ x 13½ | 35.44 | 79.73 | 3½ | 7.8 | 9.8 | 11.1 | 12.3 |
| 4 x 4 | 3⅝ x 3⅝ | 13.14 | 7.94 | 1⅓ | 3.2 | 3.7 | 4.1 | 4.6 |
| 4 x 6 | 3⅝ x 5⅝ | 20.39 | 19.12 | 2 | 4.9 | 5.7 | 6.4 | 7.1 |
| 4 x 8 | 3⅝ x 7½ | 27.19 | 33.98 | 2⅔ | 6.6 | 7.6 | 8.5 | 9.4 |
| 4 x 10 | 3⅝ x 9½ | 34.44 | 54.53 | 3⅓ | 8.4 | 9.6 | 10.8 | 12.0 |
| 4 x 12 | 3⅝ x 11½ | 41.69 | 79.90 | 4 | 10.3 | 11.6 | 13.0 | 14.5 |
| 6 x 6 | 5½ x 5½ | 30.25 | 27.73 | 3 | 7.3 | 8.4 | 9.5 | 10.5 |
| 6 x 8 | 5½ x 7½ | 41.25 | 51.56 | 4 | 10.0 | 11.5 | 12.9 | 14.3 |
| 6 x 10 | 5½ x 9½ | 52.25 | 82.73 | 5 | 12.6 | 14.5 | 16.3 | 18.1 |
| 6 x 12 | 5½ x 11½ | 63.25 | 121.23 | 6 | 15.4 | 17.6 | 19.8 | 22.0 |
| 6 x 14 | 5½ x 13½ | 74.25 | 167.06 | 7 | 18.1 | 20.6 | 23.2 | 25.8 |
| 6 x 16 | 5½ x 15½ | 85.25 | 220.23 | 8 | 20.7 | 23.7 | 26.6 | 29.6 |
| 6 x 18 | 5½ x 17½ | 96.25 | 280.73 | 9 | 23.4 | 26.7 | 30.1 | 33.4 |
| 8 x 8 | 7½ x 7½ | 56.25 | 70.31 | 5⅓ | 13.6 | 15.6 | 17.6 | 19.5 |
| 8 x 10 | 7½ x 9½ | 71.25 | 112.81 | 6⅔ | 17.3 | 19.8 | 22.3 | 24.7 |
| 8 x 12 | 7½ x 11½ | 86.25 | 165.31 | 8 | 20.9 | 24.0 | 27.0 | 29.9 |
| 8 x 14 | 7½ x 13½ | 101.25 | 227.81 | 9⅓ | 24.6 | 28.1 | 31.6 | 35.2 |
| 8 x 16 | 7½ x 15½ | 116.25 | 300.31 | 10⅔ | 28.7 | 32.3 | 36.3 | 40.4 |
| 8 x 18 | 7½ x 17½ | 131.25 | 382.81 | 12 | 31.8 | 36.5 | 41.0 | 45.6 |
| 10 x 10 | 9½ x 9½ | 90.25 | 142.90 | 8⅓ | 21.9 | 25.1 | 28.2 | 31.3 |
| 10 x 12 | 9½ x 11½ | 109.25 | 209.40 | 10 | 26.5 | 30.3 | 34.1 | 37.9 |
| 10 x 14 | 9½ x 13½ | 128.25 | 288.56 | 11⅔ | 31.2 | 35.6 | 40.1 | 44.5 |
| 10 x 16 | 9½ x 15½ | 147.25 | 380.40 | 13⅓ | 35.8 | 40.9 | 46.0 | 51.1 |
| 10 x 18 | 9½ x 17½ | 166.25 | 484.90 | 15 | 40.4 | 46.2 | 52.0 | 57.7 |
| 12 x 12 | 11½ x 11½ | 132.25 | 253.48 | 12 | 32.1 | 36.7 | 41.3 | 45.9 |
| 12 x 14 | 11½ x 13½ | 155.25 | 349.31 | 14 | 37.7 | 43.1 | 48.5 | 53.9 |
| 12 x 16 | 11½ x 15½ | 178.25 | 460.48 | 16 | 43.4 | 49.5 | 55.7 | 61.9 |
| 12 x 18 | 11½ x 17½ | 201.25 | 586.98 | 18 | 48.9 | 55.9 | 62.9 | 69.9 |



This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLATE 35

## SIZES OF COMMON WIRE NAILS AND ROUND SPIKES

| Common wire nails | | | Standard round spikes, flat head, diamond point | | |
|---|---|---|---|---|---|
| Size | Length in inches | Number per pound | Size inches | Length in | Number per pound |
| 2d | 1 | 876 | 10d | 3 | 41 |
| 3d | 1¼ | 568 | 12d | 3¼ | 38 |
| 4d | 1½ | 316 | 16d | 3½ | 30 |
| 5d | 1¾ | 271 | 20d | 4 | 23 |
| 6d | 2 | 181 | 30d | 4½ | 17 |
| 7d | 2¼ | 161 | 40d | 5 | 13 |
| 8d | 2½ | 106 | 50d | 5½ | 10 |
| 9d | 2¾ | 96 | 60d | 6 | 9 |
| 10d | 3 | 69 | 7″ | 7 | 7 |
| 12d | 3¼ | 63 | 8″ | 8 | 4 |
| 16d | 3½ | 49 | 9″ | 9 | 3½ |
| 20d | 4 | 31 | 10″ | 10 | 3 |
| 30d | 4½ | 24 | 12″ | 12 | 2½ |
| 40d | 5 | 18 | | | |
| 50d | 5½ | 15 | | | |
| 60d | 6 | 11 | | | |

## ALLOWABLE LATERAL LOADS FOR NAILS AND SPIKES IN SEASONED TIMBER

| Item, by size | Allowable load in pounds, per nail or spike | | | |
|---|---|---|---|---|
| | White pine, Eastern hemlock, Spruce | Douglas fir, Redwood, Cypress, Red cedar | Southern yellow pine, Larch | Oak, White ash, Hickory, Hard maple |
| Nails: | | | | |
| 6d | 41 | 51 | 62 | 77 |
| 8d | 51 | 64 | 78 | 96 |
| 10d | 61 | 77 | 94 | 116 |
| 12d | 61 | 77 | 94 | 116 |
| 16d | 70 | 88 | 108 | 133 |
| 20d | 91 | 113 | 139 | 171 |
| 30d | 102 | 127 | 155 | 192 |
| 40d | 115 | 144 | 176 | 218 |
| 50d | 130 | 163 | 199 | 246 |
| 60d | 146 | 182 | 222 | 275 |
| Spikes: | | | | |
| 10d | 91 | 114 | 139 | 172 |
| 12d | 91 | 114 | 139 | 172 |
| 16d | 102 | 127 | 155 | 192 |
| 20d | 115 | 144 | 176 | 218 |
| 30d | 130 | 163 | 199 | 246 |
| 40d | 146 | 182 | 222 | 275 |
| 50d | 163 | 204 | 248 | 307 |
| 60d | 163 | 204 | 248 | 307 |
| 7″ | 189 | 236 | 288 | 356 |
| 8–12″ | 248 | 310 | 378 | 468 |

*Notes.* Values apply to nails or spikes driven into the side grain of seasoned timber so that at least ⅔ of the length of the nail or spike is in the wood member holding the point.

Reduce allowable load ⅓ for nails and spikes driven into end grain of wood.

Reduce allowable load ¼ for unseasoned wood.

For both end grain and unseasoned wood, apply both reduction factors.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

INFORMATIONAL COPY ONLY

## PROPERTIES OF MANILA AND SISAL ROPE

| Nominal diameter (in.) | Circumference (in.) | Weight per 100 feet (lb.) | No. 1 Manila | | Sisal | |
|---|---|---|---|---|---|---|
| | | | Breaking strength (lb.) | Safe load* (pounds) F. S.=4 | Breaking strength (lb.) | Safe load* (pounds) F. S.=4 |
| ¼-------- | ¾ | 1. 96 | 600 | 150 | 480 | 120 |
| ⅜-------- | 1⅛ | 4. 02 | 1, 350 | 340 | 1, 080 | 270 |
| ½-------- | 1½ | 7. 35 | 2, 650 | 660 | 2, 120 | 530 |
| ⅝-------- | 2 | 13. 1 | 4, 400 | 1, 100 | 3, 520 | 880 |
| ¾-------- | 2¼ | 16. 3 | 5, 400 | 1, 350 | 4, 320 | 1, 080 |
| ⅞-------- | 2¾ | 22. 0 | 7, 700 | 1, 920 | 6, 160 | 1, 540 |
| 1-------- | 3 | 26. 5 | 9, 000 | 2, 250 | 7, 200 | 1, 800 |
| 1⅛-------- | 3½ | 35. 2 | 12, 000 | 3, 000 | 9, 600 | 2, 400 |
| 1¼-------- | 3¾ | 40. 8 | 13, 500 | 3, 380 | 10, 800 | 2, 700 |
| 1½-------- | 4½ | 58. 8 | 18, 500 | 4, 620 | 14, 800 | 3, 700 |
| 1¾-------- | 5½ | 87. 7 | 26, 500 | 6, 620 | 21, 000 | 5, 250 |
| 2-------- | 6 | 105. 0 | 31, 000 | 7, 750 | 24, 800 | 6, 200 |
| 2½-------- | 7½ | 163. 0 | 46, 500 | 11, 620 | 37, 200 | 9, 300 |
| 3-------- | 9 | 237. 0 | 64, 000 | 16, 000 | 51, 200 | 12, 800 |

*Note. Breaking strength and safe loads given are for new rope used under favorable conditions. As rope ages or deteriorates, progressively reduce safe loads to ½ of values given. Also see safety factors plate 5.

### BREAKING STRENGTH OF 6 X 19 STANDARD WIRE HOISTING ROPE [1]

| Diameter (in.) | Approximate weight per 100 feet (lb.) | Breaking strength [2] (tons of 2,000 pounds) | | |
|---|---|---|---|---|
| | | Mild plow steel | Plow steel | Improved plow steel |
| ¼-------- | 10 | 2. 07 | 2. 39 | 2. 74 |
| ⅜-------- | 23 | 4. 62 | 5. 31 | 6. 10 |
| ½-------- | 40 | 8. 13 | 9. 35 | 10. 7 |
| ⅝-------- | 63 | 12. 6 | 14. 5 | 16. 7 |
| ¾-------- | 90 | 18. 0 | 20. 7 | 23. 8 |
| ⅞-------- | 123 | 24. 3 | 28. 0 | 32. 2 |
| 1-------- | 160 | 31. 6 | 36. 4 | 41. 8 |
| 1⅛-------- | 203 | 39. 8 | 45. 7 | 52. 6 |
| 1¼-------- | 250 | 48. 8 | 56. 2 | 64. 6 |
| 1½-------- | 360 | 69. 6 | 80. 0 | 92. 0 |

[1] 6 x 19 wire rope means rope composed of 6 strands of 19 wires each. The strength of wire rope varies slightly with the strand construction and number of strands.

[2] The maximum allowable working load is the breaking strength divided by the appropriate factor of safety. Also see safety factors plate 5.

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

PLATE 37. *Tables of Useful Information*

## DECIMAL EQUIVALENTS OF FRACTIONS OF AN INCH

| Fraction | Decimal equivalent | Fraction | Decimal equivalent |
|---|---|---|---|
| 1/32 | 0.03125 | 17/32 | 0.53125 |
| 1/16 | .0625 | 9/16 | .5625 |
| 3/32 | .09375 | 19/32 | .59375 |
| 1/8 | .125 | 5/8 | .625 |
| 5/32 | .15625 | 21/32 | .65625 |
| 3/16 | .1875 | 11/16 | .6875 |
| 7/32 | .21875 | 23/32 | .71875 |
| 1/4 | .25 | 3/4 | .75 |
| 9/32 | .28125 | 25/32 | .78125 |
| 5/16 | .3125 | 13/16 | .8125 |
| 11/32 | .34375 | 27/32 | .84375 |
| 3/8 | .375 | 7/8 | .875 |
| 13/32 | .40625 | 29/32 | .90625 |
| 7/16 | .4375 | 15/16 | .9375 |
| 15/32 | .46875 | 31/32 | .96875 |
| 1/2 | .5 | 1 | 1.0 |

PLATE 37. *Tables of Useful Information*—Continued

## METRIC CONVERSION

### Millimeters to inches

| Millimeters | Inches | Millimeters | Inches |
|---|---|---|---|
| 1 | 0.0394 | 17 | 0.6693 |
| 2 | .0787 | 18 | .7087 |
| 3 | .1181 | 19 | .7480 |
| 4 | .1575 | 20 | .7874 |
| 5 | .1968 | 21 | .8268 |
| 6 | .2362 | 22 | .8661 |
| 7 | .2756 | 23 | .9055 |
| 8 | .3150 | 24 | .9449 |
| 9 | .3543 | 25 | .9483 |
| 10 | .3937 | 26 | 1.0236 |
| 11 | .4331 | 27 | 1.0630 |
| 12 | .4724 | 28 | 1.1024 |
| 13 | .5118 | 29 | 1.1417 |
| 14 | .5512 | 30 | 1.1811 |
| 15 | .5906 | 31 | 1.2205 |
| 16 | .6299 | 32 | 1.2598 |

### Inches to millimeters

| Inches | Millimeters | Inches | Millimeters |
|---|---|---|---|
| 1/32 | 0.79 | 17/32 | 13.49 |
| 1/16 | 1.58 | 9/16 | 14.28 |
| 3/32 | 2.38 | 19/32 | 15.08 |
| 1/8 | 3.17 | 5/8 | 15.87 |
| 5/32 | 3.96 | 21/32 | 16.66 |
| 3/16 | 4.75 | 11/16 | 17.46 |
| 7/32 | 5.55 | 23/32 | 18.25 |
| 1/4 | 6.34 | 3/4 | 19.04 |
| 9/32 | 7.14 | 25/32 | 19.84 |
| 5/16 | 7.93 | 13/16 | 20.63 |
| 11/32 | 8.73 | 27/32 | 21.43 |
| 3/8 | 9.52 | 7/8 | 22.22 |
| 13/32 | 10.31 | 29/32 | 23.01 |
| 7/16 | 11.11 | 15/16 | 23.81 |
| 15/32 | 11.90 | 31/32 | 24.60 |
| 1/2 | 12.69 | 1 | 25.39 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

PLANE TRAJECTORY INFORMATION—Continued

METRIC CONVERSION TABLES

| Meters | Meters to feet | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| -------- | -------- | 3. 28 | 6. 56 | 9. 84 | 13. 12 | 16. 40 | 19. 68 | 22. 97 | 26. 25 | 29. 53 |
| 10 -------- | 32. 81 | 36. 09 | 39. 37 | 42. 65 | 45. 93 | 49. 21 | 52. 49 | 55. 77 | 59. 06 | 62. 34 |
| 20 -------- | 65. 62 | 68. 90 | 72. 18 | 75. 46 | 78. 74 | 82. 02 | 85. 30 | 88. 58 | 91. 86 | 95. 14 |
| 30 -------- | 98. 42 | 101. 71 | 104. 99 | 108. 27 | 111. 55 | 114. 83 | 118. 11 | 121. 39 | 124. 67 | 127. 95 |
| 40 -------- | 131. 23 | 134. 51 | 137. 80 | 141. 08 | 144. 36 | 147. 64 | 150. 92 | 154. 20 | 157. 48 | 160. 76 |
| 50 -------- | 164. 04 | 167. 32 | 170. 60 | 173. 88 | 177. 16 | 180. 45 | 183. 73 | 187. 01 | 190. 29 | 193. 57 |
| 60 -------- | 196. 85 | 200. 13 | 203. 41 | 206. 69 | 209. 97 | 213. 25 | 216. 54 | 219. 82 | 223. 10 | 226. 38 |
| 70 -------- | 229. 66 | 232. 94 | 236. 22 | 239. 50 | 242. 78 | 246. 06 | 249. 34 | 252. 62 | 255. 90 | 259. 19 |
| 80 -------- | 262. 47 | 265. 75 | 269. 03 | 272. 31 | 275. 59 | 278. 87 | 282. 15 | 285. 43 | 288. 71 | 291. 99 |
| 90 -------- | 295. 28 | 298. 56 | 301. 84 | 305. 12 | 308. 40 | 311. 68 | 314. 96 | 318. 24 | 321. 52 | 324. 80 |

| Feet | Feet to meters | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| -------- | -------- | 0. 305 | 0. 610 | 0. 914 | 1. 219 | 1. 524 | 1. 829 | 2. 134 | 2. 438 | 2. 743 |
| 10 -------- | 3. 048 | 3. 353 | 3. 658 | 3. 962 | 4. 267 | 4. 572 | 4. 877 | 5. 182 | 5. 486 | 5. 791 |
| 20 -------- | 6. 096 | 6. 401 | 6. 706 | 7. 010 | 7. 315 | 7. 620 | 7. 925 | 8. 230 | 8. 534 | 8. 839 |
| 30 -------- | 9. 144 | 9. 449 | 9. 754 | 10. 058 | 10. 363 | 10. 668 | 10. 973 | 11. 278 | 11. 582 | 11. 887 |
| 40 -------- | 12. 192 | 12. 497 | 12. 802 | 13. 106 | 13. 411 | 13. 716 | 14. 021 | 14. 326 | 14. 630 | 14. 935 |
| 50 -------- | 15. 240 | 15. 545 | 15. 850 | 16. 154 | 16. 459 | 16. 764 | 17. 069 | 17. 374 | 17. 678 | 17. 983 |
| 60 -------- | 18. 288 | 18. 593 | 18. 898 | 19. 202 | 19. 507 | 19. 812 | 20. 117 | 20. 422 | 20. 726 | 21. 031 |
| 70 -------- | 21. 336 | 21. 641 | 21. 946 | 22. 250 | 22. 555 | 22. 860 | 23. 165 | 23. 470 | 23. 774 | 24. 079 |
| 80 -------- | 24. 384 | 24. 689 | 24. 994 | 25. 298 | 25. 603 | 25. 908 | 26. 213 | 26. 518 | 26. 822 | 27. 127 |
| 90 -------- | 27. 432 | 27. 737 | 28. 042 | 28. 346 | 28. 651 | 28. 956 | 29. 261 | 29. 566 | 29. 870 | 30. 175 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 37. *Tables of Useful Information*—Continued

INFORMATIONAL COPY ONLY

METRIC CONVERSION TABLES—continued

| Kilograms | Kilograms to pounds avoirdupois | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| -------- | -------- | 2. 20 | 4. 41 | 6. 61 | 8. 82 | 11. 02 | 13. 23 | 15. 43 | 17. 64 | 19. 84 |
| 10-------- | 22. 05 | 24. 25 | 26. 46 | 28. 66 | 30. 86 | 33. 07 | 35. 27 | 37. 48 | 39. 68 | 41. 89 |
| 20-------- | 44. 09 | 46. 30 | 48. 50 | 50. 71 | 52. 91 | 55. 12 | 57. 32 | 59. 52 | 61. 73 | 63. 93 |
| 30-------- | 66. 14 | 68. 34 | 70. 55 | 72. 75 | 74. 96 | 77. 16 | 79. 37 | 81. 57 | 83. 78 | 85. 98 |
| 40-------- | 88. 18 | 90. 39 | 92. 59 | 94. 80 | 97. 00 | 99. 21 | 101. 41 | 103. 62 | 105. 82 | 108. 03 |
| 50-------- | 110. 23 | 112. 44 | 114. 64 | 116. 84 | 119. 05 | 121. 25 | 123. 46 | 125. 66 | 127. 87 | 130. 07 |
| 60------ | 132. 28 | 134. 48 | 136. 69 | 138. 89 | 141. 10 | 143. 30 | 145. 51 | 147. 71 | 149. 91 | 152. 12 |
| 70-------- | 154. 32 | 156. 53 | 158. 73 | 160. 94 | 163. 35 | 165. 35 | 167. 55 | 169. 76 | 171. 96 | 174. 17 |
| 80-------- | 176. 37 | 178. 57 | 180. 78 | 182. 98 | 185. 19 | 187. 39 | 189. 60 | 191. 80 | 194. 01 | 196. 21 |
| 90-------- | 198. 42 | 200. 62 | 202. 83 | 205. 03 | 207. 23 | 209. 44 | 211. 64 | 213. 85 | 216. 05 | 218. 26 |

| Pounds | Pounds avoirdupois to kilograms | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| -------- | -------- | 0. 4536 | 0. 9072 | 1. 361 | 1. 814 | 2. 268 | 2. 722 | 3. 175 | 3. 629 | 4. 082 |
| 10-------- | 4. 536 | 4. 9990 | 5. 443 | 5. 897 | 6. 350 | 6. 804 | 7. 257 | 7. 711 | 8. 165 | 8. 618 |
| 20-------- | 9. 072 | 9. 525 | 9. 979 | 10. 433 | 10. 886 | 11. 340 | 11. 793 | 12. 247 | 12. 701 | 13. 154 |
| 30-------- | 13. 608 | 14. 061 | 14. 515 | 14. 969 | 15. 422 | 15. 876 | 16. 329 | 16. 783 | 17. 237 | 17. 690 |
| 40-------- | 18. 144 | 18. 597 | 19. 051 | 19. 504 | 19. 958 | 20. 412 | 20. 865 | 21. 319 | 21. 772 | 22. 226 |
| 50-------- | 22. 680 | 23. 133 | 23. 587 | 24. 040 | 24. 494 | 24. 948 | 25. 401 | 25. 855 | 26. 308 | 26. 762 |
| 60-------- | 27. 216 | 27. 669 | 28. 123 | 28. 576 | 29. 030 | 29. 484 | 29. 937 | 30. 391 | 30. 844 | 31. 298 |
| 70-------- | 31. 751 | 32. 205 | 32. 659 | 33. 112 | 33. 566 | 34. 019 | 34. 473 | 34. 927 | 35. 380 | 35. 834 |
| 80-------- | 36. 287 | 36. 741 | 37. 195 | 37. 648 | 38. 102 | 38. 555 | 39. 009 | 39. 463 | 39. 916 | 40. 370 |
| 90-------- | 40. 823 | 41. 277 | 41. 731 | 42. 184 | 42. 638 | 43. 091 | 43. 545 | 43. 998 | 44. 452 | 44. 906 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

PLATE 30. *Tables of Useful Information*—Continued

INFORMATIONAL COPY ONLY

FACTORS FOR CONVERSION OF UNITS

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **Length:** | | | |
| Miles | 5,280 | 0.0001894 | Feet. |
| Feet | .167 | 6 | Fathoms. |
| Do | .0606 | 16.5 | Rods. |
| Do | .0151 | 66 | Chain. |
| Do | .0015 | 660 | Furlongs. |
| Fathoms | .0083 | 120 | Cable lengths. |
| Miles | 1.609 | .6214 | Kilometers. |
| Yards | .9144 | 1.0936 | Meters. |
| Feet | .3048 | 3.281 | Do. |
| Do | .0003048 | 3281.0 | Kilometers. |
| Inches | 2.54 | .3937 | Centimeters. |
| Miles | .868 | 1.1515 | Nautical miles. |
| **Surface area:** | | | |
| Square miles | 640 | .001563 | Acres. |
| Acres | 4,840 | .000207 | Square yards. |
| Do | 43,560 | .00002297 | Square feet. |
| Square miles | 2.59 | .3861 | Square kilometers. |
| Acres | .4047 | 2.471 | Hectares. |
| Do | 4046.9 | .0002471 | Square meters. |
| Square yard | .8361 | 1.1960 | Do. |
| Do | .008361 | 1196 | Acres. |
| Square feet | .0929 | 10.764 | Square meters. |
| Square inch | 6.452 | .155 | Square centimeters. |
| **Volume:** | | | |
| Cubic feet | 1,728 | 0.000579 | Cubic inches. |
| Do | 7.481 | .1337 | United States gallons. |
| Do | 6.229 | .1605 | Imperial gallons. |
| Do | .8036 | 1.2445 | United States bushels. |
| Do | 12 | .0833 | Board feet. |
| Do | .007813 | 128 | Cords of wood. |
| Cubic inches | .5541 | 1.805 | Fluid ounces (U. S.). |
| United States gallons | .83251 | 1.2009 | Imperial gallons. |
| Do | .03175 | 31.5 | Barrels. |
| Cubic yards | .7645 | 1.308 | Cubic meters. |
| Cubic feet | .02832 | 35.314 | Do. |
| Do | 28.317 | .03531 | Liters. |
| United States gallons | 3.785 | .2642 | Do. |
| United States quarts | .946 | 1.0567 | Do. |
| Cubic inches | 16.38716 | .061 | Cubic centimeters. |
| Pounds per cubic yard | | 856 | Kilograms per hectoliter. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

PLATE 37. *Tables of Useful Information*—Continued

INFORMATIONAL COPY ONLY

FACTORS FOR CONVERSION OF UNITS—continued

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **Velocity:** | | | |
| Miles per hour | 1. 467 | . 6818 | Feet per second. |
| Feet per second | . 3048 | 3. 281 | Meters per second. |
| Miles per hour | . 4470 | 2. 237 | Do. |
| Do | 1. 609 | . 6214 | Kilometers per hour. |
| Do | . 8684 | 1. 1516 | Knots. |
| **Flowing liquids:** | | | |
| Cubic feet per second (second feet) | 60. 0 | . 01667 | Cubic feet per minute. |
| Do | 448. 8 | 002228 | United States gallons per minute. |
| Cubic feet per minute | 7. 481 | . 1337 | Do. |
| **Energy:** | | | |
| Foot-pound | . 001285 | 778. 1 | British Thermal Unit. |
| Do | . 0003239 | 3087. 77 | Kilogram calories. |
| Do | . 0000003766 | 2655403 | Kilowatt-hours. |
| Do | . 13826 | 7. 23300 | Kilogram meters. |
| Tons, long | 1. 016 | 0. 9842 | Tons, metric. |
| Pennyweight (Troy) | 24 | | Grains. |
| Hundredweight (long) | 112 | | Pounds. |
| Stone | 14 | | Do. |
| Carat for diamonds | 3. 086 | . 3240 | Grains (Troy). |
| **Linear Weight:** | | | |
| Pounds per foot | 1. 488 | . 672 | Kilograms per meter. |
| Pounds per yard | . 496 | 2. 016 | Do. |
| **Pressure:** | | | |
| Atmospheres (mean) | 33. 90 | . 02950 | Feet of water. |
| Do | 14. 70 | . 0680 | Pounds per square inch. |
| Do | 29. 92 | . 03342 | Inches of mercury. |
| Pounds per square inch | 2. 036 | . 4912 | Do. |
| Feet of water | 62. 42 | . 01602 | Pounds per square foot. |
| Kilograms per square centimeter | 14. 22 | . 0703 | Pounds per square inch. |
| Kilograms per square meter | . 2048 | 4. 8824 | Pounds per square foot. |
| **Density:** | | | |
| Pounds per cubic foot | . 0160 | 62. 428 | Grams per cubic centimeter (specific gravity for solids). |
| Do | 16. 0184 | . 0624 | Kilograms per cubic meter. |
| **Power:** | | | |
| Horsepower | 550 | . 001818 | Foot-pounds per second. |
| Do | . 746 | 1. 341 | Kilowatts. |
| Horsepower United States | 1. 0139 | . 98632 | Horsepower, metric. |
| Horsepower, metric | 75 | . 01333 | Kilogram meters per second. |

SUPERSEDED

INFORMATIONAL COPY ONLY

PLATE 37.—Tables of Useful Information.—Continued

FACTORS FOR CONVERSION OF UNITS—continued

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **Angles:** | | | |
| Degrees, angle | .01745 | 57.29578 | Radians. |
| Mils (circular) | .0562 | 17.78 | Degrees, angular. |
| Do | .008982 | 1.019 | Radians. |
| **Shipping:** | | | |
| Cubic feet | .010 | 100.0 | Register tons. |
| Do | .0250 | 40.0 | United States shipping tons. |
| Do | .0238 | 42.0 | British shipping tons. |
| **Weight:\*** | | | |
| Pounds | 7,000 | .0001429 | Grains. |
| Ounce | 437.5 | .002286 | Do. |
| Ounce (Troy or apothecaries' weight) | 480 | .002083 | Do. |
| Pound | .0004464 | 2240 | Long tons or gross tons. |
| Net tons or short-tons ton (U. S.) | .89286 | 1.12 | Long tons or gross tons (BR). |
| Pounds | .4536 | 2.205 | Kilograms. |
| Ounce | 28.35 | .03527 | Grams. |
| Ounce (Troy or apothecaries weight) | 31.103 | .03215 | Do. |
| Grain | .0648 | 15.432 | Do. |
| Tons, short | .907 | 1.1023 | Tons, metric. |
| Do | 907.185 | .0011023 | Kilograms. |

\*Avoirdupois or commercial weight unless otherwise shown.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# Appendix A

## ASTM STANDARDS FOR TEST OF LINEMEN'S EQUIPMENT

ASTM General_____ D 149–44 and D 140

| Linemen's protective equipment | Test standards | |
|---|---|---|
| Rubber: | | |
| Gloves_____ | D 120–40 | 3,000 volts |
| Matting_____ | D 178–24 | 3,000 volts |
| Blankets_____ | D 1048–49T | 16,000 volts 3 min. |
| Linehose_____ | D 1050–49T | 20,000 volts 3 min. |
| Insulator hoods_____ | D 1049–49T | 20,000 volts 3 min. |
| Flat belting_____ | D 378–41 | |
| Hot line tools dielectric strength. of electrical insulating materials of commercial power frequencies. | D 149–44 | |

ASTM Standards 1949—Part 6, Electrical Insulation Plastics—Rubber.

# Appendix B

## TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES

1. All movements of explosives and other dangerous articles over which the Corps of Engineers has jurisdiction, including contract operations, will be handled as follows.

2. Dangerous articles within the scope of these instructions are classified in Part 72 of Interstate Commerce Commission (ICC) regulations as Class A and B explosives; Class A and B poisons; Class D radioactive material. Local transportation is that confined to one state and includes incidental hauling on or adjacent to an installation or project area.

3. Basic requirements are—

   a. Application of appropriate provisions of AR 55–225 to both military and civil functions and activities.

   b. To assure a degree of safety equal to that required by the Interstate Commerce Commission even when such regulations are not mandatory under law for local transportation by Government and contractor vehicles.

   c. Commanding officers concerned will be responsible for enforcement where compliance with ICC and AR 55–225 is not required by statute.

   d. That inspection report Department of Defense (DD) Form 626, is—

      (1) Required for use as a check list for the inspection of government and contractor vehicles engaged in the local transportation of explosives and other dangerous articles.

      (2) Prescribed for use in AR 55–225 for shipments by carrier, contractor or government vehicle if the shipment is arranged for by a transportation officer and a formal shipping document is used.

      (3) Not required for vehicles hauling Class B poisons if packaging is such and quantities are so limited as to

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

exempt the article for specification packaging, marking, and labeling requirements of paragraphs 73.345, 73.359 and 73.364 of ICC regulations.

(4) Not required when hauling radioactive material under the conditions set forth in paragraph 73.392 of ICO regulations.

(5) Not required in completed form if supplier or freight line trucks enter project area at widely spaced time intervals to deliver supplies. In this instance, project personnel should check such trucks at the start of the job to determine that the hauler abides by the safety requirements.

*e.* That contract specifications covering construction, drayage, and other projects where the transportation of explosives and other dangerous articles is involved, will specify compliance with appropriate regulations, local laws or ordinances, and the requirements set forth herein.

**4. Inspection.**

*a. Vehicles.* All vehicles assigned to the daily transportation of explosives and other dangerous articles will be inspected not less frequently than once a week. Vehicles which are occasionally used for this purpose will be inspected within one week prior to such use. Where transportation is by formal shipping document, vehicles will be inspected as prescribed in AR 55–225.

*b. Personnel.* Inspections will be performed by competent assigned personnel other than the operator of the vehicle inspected. Commanding officers may authorize contractors engaged in local hauling to perform such inspection subject to initial and spot inspections by government personnel.

**5. Reports.**

*a.* Reports of accidents, improper packaging, unsatisfactory vehicle inspections, and similar emergencies in local hauling not subject to ICC regulations by law, will not be made to the Bureau of Explosives or to the Chief of Transportation.

*b.* Reports of Inspection (DD Form 626), need not be retained beyond 3 months.

*c.* Report of Inspection (DD Form 626) is exempt from reports control under paragraph 17u, AR 335–15.

## Appendix C

# SPECIFIC PRECAUTIONS RELATING TO THE ENTERING OF TANKS WHICH HAVE CONTAINED LEADED GASOLINE

1. These precautions should be followed even though the tank may be free of gasoline hazards.

*a.* Anyone who enters a tank which has contained leaded gasoline should wear a hose mask of the blower type through which air is supplied under positive pressure. He should continue to wear this equipment until all material which may give rise to lead vapors has been removed.

*b.* Protective equipment should be in good condition, and the hose lines for masks of the blower type should be clean. If anyone who wears such equipment detects an odor, such as that from gasoline, he should leave the tank immediately, and should not re-enter it until the cause has been determined and satisfactory equipment supplied.

*c.* Anyone who enters a tank should wear clean clothing from the skin outward. Outer clothing (coveralls) preferably should be light-colored. First-quality impermeable gloves and boots, in perfect condition, should also be worn. (Acid-proof rubber is an acceptable material.)

*d.* Freshly laundered clothing should be worn at the beginning of the job and each day thereafter. At the end of the day such clothing should be removed and laundered. A bath should be taken at the end of each day's work and at the end of the job.

*e.* Clothing which has become soaked with sludge or gasoline should be removed promptly. Before work is continued, a bath and a fresh change of clothing are necessary.

186

187

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

*f.* Hose mask sets, boots, gloves, and tools should be cleaned at the end of each day's work and at the end of the job.

*g.* Sludge should be kept wet; it is dangerous even when outside of a tank. It should be buried or disposed of in such a way so that there will be no accidental contact later.

**2. Repairs.** The foregoing precautions should be followed during repair work unless the tank has been cleaned so that it is safe for entry without protective equipment. Usually cold work produces no additional hazards. However, if perceptible dust results from scaling or scraping the sides or the bottom of the tank or from any other cause, a dust respirator of approved type should be worn. Hot work (such as welding) will volatilize lead compounds on the inside surfaces of a tank. Any area of such surfaces which might become hot should be cleaned down to bare metal before repair work is started, or a hose mask of the blower type suitable for welding should be worn.

(For complete detail precautions in cleaning of petroleum storage tanks see American Petroleum Institute, Accident Prevention Manuals No. 1A and 1B, American Petroleum Institute, 50 West 50th Street, New York 20, New York.)

## Appendix D

### HAND SIGNALS FOR SHOVEL-CRANE OPERATION



188

189

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

# FLAGMEN'S HAND SIGNALS

INFORMATIONAL COPY ONLY

## CODE AND INSTRUCTIONS

| Recommended Action | Instructions |
|---|---|
| Size of flag | 24-x 24-inch flag, on staff 36 inches long. |
| To slow traffic | To slow traffic without stopping, extend flag or light into traffic lane. Lower flag or light before full stop is made. |
| To stop traffic | *In daytime*—Extend flag into path of on-coming vehicle and hold it still until vehicle stops. Hold arm and flagstaff horizontal. Free arm should be raised with palm of hand toward approaching traffic. *At night*—Use red flashlight or lantern, waving it back and forth across traffic lane. |
| Signal to proceed | Give signal with left hand or orally. Do not wave flag. Do not use flag as signal to proceed. |
| Relief man | Do not leave your post until properly relieved. |
| General | Stand from 150 to 250 feet from the end of the working area where you can be seen by oncoming traffic for at least 500 feet. If hills, curves, bushes or trees obscure the view, stand where you can see and be seen by oncoming traffic, and where you can see the men working. Never wave flag as stop, or proceed signal. |

190

# Appendix E

## PROJECT CONSTRUCTION AND MAINTENANCE SIGNS

| Legend | Size | Background color | Letter color | Letter height |
|---|---|---|---|---|
| 1. Construction Ahead | 48" x 48" | Yellow | Black | 8" |
| 2. Loose Gravel | 24" x 24" | Yellow | Black | 6" |
| 3. Rough Road | 24" x 24" | Yellow | Black | 6" |
| 4. Rock Slides | 24" x 24" | Yellow | Black | 6" |
| 5. Road Machinery Ahead | 30" x 30" | Yellow | Black | 6" |
| 6. Open Trench | 24" x 24" | Yellow | Black | 6" |
| 7. Shoulder Construction | 24" x 24" | Yellow | Black | 6" |
| 8. Soft Shoulders | 24" x 24" | Yellow | Black | 6" |
| 9. Single Lane Traffic | 24" x 24" | Yellow | Black | 6" |
| 10. Flagman Ahead | 24" x 24" | Yellow | Black | 6" |
| 11. Workmen Ahead | 24" x 24" | Yellow | Black | 6" |
| 12. Electric Line Work Ahead | 30" x 30" | Yellow | Black | 6" |
| 13. Telephone Line Work Ahead | 30" x 30" | Yellow | Black | 6" |
| 14. Bridge Out | 30" x 30" | Yellow | Black | 8" |

Shape



Diamond
Yellow Background
Black Letters

191

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

| | Legend | Size | Background color | Letter color | Letter height |
|---|---|---|---|---|---|
| Square | 1. Speed Limit (Advisory) | 24″ x 24″ | Yellow | Black | 6″ |
| | 2. Do Not Enter | 24″ x 24″ | White | Black | 6″ |
| Rectangle (Verticle) | 1. Speed Limit (Mandatory) | 20″ x 24″ | White | Black | Letters 4″ / Numerals 8″ |
| | 2. Do Not Pass | 20″ x 24″ | White | Black | 5″ |
| | 3. Keep Right (Left) (w/Arrow) | 24″ x 24″ | White | Black | 4″ |
| | 4. Load Limit ____ Tons | 18″ x 24″ | White | Black | 4″ |
| Circular W/Crossbuck | 1. (Railroad Advance Warning) | 30″ diameter | Yellow | Black | 8″ |
| Rectangle (Horizontal) | 1. Road Closed | 60″ x 24″ | White | Black | 8″ |
| | 2. Road Construction Next ____ Miles. | 60″ x 36″ | White | Black | 6″ |
| | 3. Road Closed ____ Miles Ahead. | 60″ x 36″ | White | Black | 6″ |
| | 4. End Construction | 60″ x 24″ | White | Black | 6″ |
| | 5. Pilot Car Follow Me | 40″ x 20″ | White | Black | 8″ |

Reflectorized background shall be provided wherever applicable to night use.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# Appendix F

# FIRE EXTINGUISHER DATA

## CHARACTERISTICS OF FIRST-AID

| Type | Size | Weight, pounds | Method of operation | Effective range, feet | Time to empty (minutes) |
|---|---|---|---|---|---|
| Plain water (hand). | 2½, 5 gallons.* | 35, 50 | 2½ gallons invert, 5 gallon pump | 30–40 | 2½ gallons–1, 5 gallon–1½ to 2 |
| Antifreeze solution (wheeled). | 17, 33 gallons. | Variable | Per manufacturer's instructions. | 50 | 3 |
| Soda-acid (hand). | 2½ gallons | 35 | invert | 30–40 | 1 to 1½ |
| Soda-acid (wheeled). | 17, 33 gallons. | Variable | Per manufacturer's instructions. | 50 | 3 |
| Loaded-stream (hand). | 2½ gallons | 45 | Invert | 30–40 | 1 |
| Loaded-stream (wheeled). | 17, 33 gallons. | Variable | Per manufacturer's instructions. | 50 | 3 |
| Foam (hand). | 2½ gallons | 35 | Invert | 30–40 | 1 |
| Foam (wheeled). | 10, 17, 33 gallons. | Variable | Per manufacturer's instructions. | 50 | 3 |

## FIRE FIGHTING APPLIANCES

| Old classification / New classification ** | Conductor of electricity | Annual maintenance | Effect on fires (A) Wood-rubbish | (B) Flammable liquids | (C) Electrical |
|---|---|---|---|---|---|
| A-1 / 2A, 4A | Yes | 2½ weigh cartridge to 5-partial discharge. | Excellent | Poor | Poor. |
| A / 10A, 20A | Yes | Weigh cartridge | Excellent | Poor | Poor. |
| A-1 / 2A | Yes | Recharge | Excellent | Poor | Poor. |
| A / 10A, 20A | Yes | Recharge | Excellent | Poor | Poor. |
| A-1, B-2 / 2A, ½B | Yes | Weigh cartridge | Excellent | Fair | Poor. |
| A, B / 10A, 20A | Yes | Weigh cartridge | Excellent | Fair | Poor. |
| A-1, B-1 / 2A, 4B | Yes | Recharge | Good | Excellent | Poor. |
| A, B / 6, 10, 20A 8, 10, 20B | Yes | Recharge | Good | Excellent | Poor. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# FIRE EXTINGUISHER DATA—Continued

## CHARACTERISTICS OF FIRST-AID FIRE

| Type | Size | Weight, pounds | Method of operation | Effective range, feet | Time to empty, (minutes) |
|---|---|---|---|---|---|
| CTC (pump). | 1 quart | 7 | Pump | 20 | ¾ |
| CTC (stored pressure). | 1 gallon | 30 | Open valve | 20–30 | 1 |
| Carbon-dioxide (hand). | 7½, 15 pounds. | 35, 45 | Open valve | 6, 8 | 7½ pounds–⅓ to ½, 15 pounds–¾. |
| Carbon-dioxide (wheeled). | 25–100 pounds. | Variable | Per manufacturer's instructions. | 8–12 | 1 |
| Dry compound (hand). | 15 pounds | 40 | Open valve | 6–16 | ⅓ |
| Dry compound (wheeled). | 140, 300 pounds. | Variable | Per manufacturer's instructions. | 15–40 | 140 pounds–1,300 pounds–1¾. |

*Cartridge operated.
**New classification used by NFPA after 1955 (See NFPA Pamphlet No. 10). In conversion of old classification to new the classifications shown are approximate. (See National Fire Code Vol. IV for complete information.)

## FIGHTING APPLIANCES—continued

| Old classification / New classification** | Conductor of electricity | Annual maintenance | Effect on fires (A) Wood-rubbish | (B) Flammable liquids | (C) Electrical |
|---|---|---|---|---|---|
| B-2, C-2 / ½B, C | No | Partial discharge | Poor | Fair | Good. |
| B-2, C-1 / 1B, C | No | Partial discharge | Poor | Fair | Good. |
| B-1, C-1 / 2B, C | No | Weigh | Fair | Excellent | Excellent. |
| B, C / 6-12B, C | No | Weigh | Fair | Excellent | Excellent. |
| B-1, C-1 / 8B, C | No | Weigh cartridge | Fair | Excellent | Excellent. |
| B, C / 40B, C | No | Check gage | Fair | Excellent | Excellent. |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

*a. Item of inspection.*

| Automatic and manual protective equipment | Inspection interval | Procedure reference |
|---|---|---|
| Main Generator $CO_2$ System, Oil Storage Room $CO_2$ System and Oil Purification Room $CO_2$ System. | M–SA | 1 |
| Sprinkler System | Bimonthly | 2 |
| Fire Doors and Shutters | M–SA | 3 |
| Air Conditioning and Ventilating Systems | A | 4 |

| Portable protective equipment | | |
|---|---|---|
| Carbon dioxide ($CO_2$) Extinguisher, Portable and Wheeled Type | M–SA | 5 |
| Dry Chemical Extinguishers, Portable and Wheeled Type | M–SA | 6 |
| Carbon Tetrachloride, CTC, Extinguishers, Portable and Wheeled Type | M–Q–SA | 7 |
| Loaded Stream Type Extinguisher | M–SA–A | 8 |
| Foam Extinguishers Portable and Wheeled Type | M–SA–A | 9 |
| Soda and Acid Extinguishers, Portable and Wheeled Type | M–SA–A | 10 |
| Water Type Extinguishers | M–SA–A | 11 |
| Calcium Chloride Acid Reaction Type | M–SA–A | 11c |
| Transformer Fog System | D–SA | 13 |
| Fire Hose | M–A | 14 |

| Fire alarm system | | |
|---|---|---|
| Area Fire Signal | D–M | 15 |
| Station Fire Alarms | M | 16 |

*b. Frequency of inspection.*

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| 1. Main Generator $CO_2$ System, Oil Storage $CO_2$ System and Oil Purification $CO_2$ System. | Monthly | Check electrical control circuits to see that same are in the ON position. Check all indicating lights to see that same are ON. |
| | Semiannually | Check every cylinder to see that it is mounted properly and weigh to see that it has full charge. Check in detail the tripping devices in accordance with the equipment manufacturer's manual and recommendations. |
| 2. All Water Spray Systems. | Bimonthly | Make visual inspection of water spray system water supply control. Start fire pumps, thereby building up pressure on water lines and flush out lines by opening flushing valve at end of line. Check fire pumps for leakage and proper operation. |
| 3. Fire Doors and Shutters. | Monthly | Inspect and manually operate fire doors and dampers. Make repairs as needed. |
| | Semiannually | Test automatic operation of automatic fire doors and dampers. Lubricate rollers and clean out channels. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

| Procedure reference | Inspection interval | Procedure |
| --- | --- | --- |
| 4. Air Conditioning and Ventilating System. | Annually | Make visual inspection of fire dampers, dust filters and accumulative inflammable material in duct system. |
| 5. Carbon Dioxide ($CO_2$), Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers to see if each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Make sure that extinguisher is not subjected to high temperatures or located in direct rays of sun. Check lead wire seal and plastic seal on pressure release disk, if damaged or broken, check charge. Check hoses, nozzles, brackets, and supports and correct deficiencies. |
| | Semiannually | In addition to monthly check items, weigh all extinguishers to insure full charge. Recharge if loss is 10 percent or more of rated capacity. Lubricate wheels on wheeled type. |
| 6. Dry Chemical Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers to see that each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and supports and correct deficiencies. |
| | Semiannually | In addition to monthly check item, remove cartridges and weigh to determine that each is fully charged. Examine chemical to see that it is freely running, powdery condition. Check racks and lubricate wheels on wheeled type. |
| 7. Carbon Tetrachloride Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers to see that each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check stored pressure types to see that liquid is at filling mark and proper pressure is shown on gage. Check for leaks, corrosion, or damage. Check hoses, nozzles, orifices, brackets, and supports and correct deficiencies. |
| | Quarterly | In addition to monthly check items, discharge a small amount of liquid into small container to test valves, hoses, nozzles, and orifices. Return liquid to extinguishers. |
| | Semiannually | In addition to monthly and quarterly check items, inspect gages, pumps, and hose fittings. Test pumps by discharging a portion of the liquid with the stream directed alternately upward and downward. Recharge to normal. Lubricate wheels on wheeled type. |

755-033 O - 65 - 14

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

| Procedure reference | Inspection period | Procedure |
|---|---|---|
| 8. Loaded Stream Type Extinguishers. | Monthly | Check all extinguishers to see that each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and supports, and correct deficiencies. |
| | Semiannually | In addition to monthly check items, remove cap and carbon dioxide cartridge. Weigh cartridge and if loss from stamped weight exceeds ½ oz. replace with new cartridge. If liquid is expelled by a chemical reaction, check to see that material is at the proper level and that container will function in accordance with manufacturer's instructions. Examine inside of extinguisher and filler neck for corrosion, dents and other damage. |
| | Annually | In addition to monthly and semiannually check items, extinguishers of the chemical reaction type must be discharged and recharged annually. |
| 9. Foam Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers to see that each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check condition of tank, hoses, nozzles, orifices (¾ in.), brackets, and supports and correct deficiencies. |
| | Semiannually | In addition to monthly check items, remove caps and examine tank interior visually for corrosion and damage. Check quantity and quality of contents. Check inner chamber for corrosion, quantity and quality of solution. Check interchamber stopper for freedom of movement. Check gasket and filler collar for breaks, grooves, dents, or other damage. Lubricate wheels on wheeled type. |
| | Annually | In addition to monthly and semiannually check items discharge and recharge all foam types annually. |
| 10. Soda Acid Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers to see that each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and if any show signs of having been used, check charge and restore to normal. Check tanks for external damage, corrosion, and leaks. Check hoses, nozzles, orifices (⅛ in.), brackets, and supports and correct deficiencies. If extinguisher has been exposed to freezing temperatures, check closely for damage. |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

*b. Frequency of inspection—Continued*

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| | Semiannually | In addition to monthly check items, remove cap and blow through nozzle to insure waterway is unobstructed. Use a short hose or tube for mouthpiece. Check tank interior, gaskets, and filling collar for corrosion breaks, dents, foreign material, or other damage. Remove acid bottle and check quantity of soda solution by filler mark. Check for soda cake on bottom using small wooden rod or stick and recharge if excessive. Do not scratch lead coating on interior of extinguisher. Check quantity of acid. Excess indicates water absorption and need for fresh acid. Inspect acid bottle stopper for freedom of movement, acid bottle for cracks, and cage holder for weak spots. Lubricate wheels on wheeled type. |
| | Annually | In addition to monthly and semiannually check items, discharge and recharge all soda acid types annually. |
| 11. Water Type Extinguisher. | Monthly | Check all extinguishers to see that each is in its proper location. Check serial number to see that original installation has not been changed. Make visual inspection and if any show signs of having been used, check charge and restore to normal. Check tanks for external corrosion leaks, damage, and close fit of cover on pump types. Check hoses, nozzles, brackets, and supports and correct deficiencies. Check pumps in pump types and quantity of contents. |
| *a.* Pump Type | Semiannually | In addition to monthly check items, operate pump, several full strokes to check operation, direct discharge back into tank. Tighten packing gland to stop leaks. Put a few drops of oil on pump pumper rod. |
| *b.* Plain Water, Calcium Chloride Type. | Semiannually | In addition to monthly check items, remove cover and carbon dioxide cartridge and weigh. If weight is less than allowance specified on container, replace cartridge. If an acid reactor, check quantity of solution and workability of container stopper. Inspect interior, gaskets, and filler collar for corrosion, breaks, dents, or other damage. |
| *c.* Extinguishers Using an Acid Reaction to Expel Liquid. | Annually | In addition to monthly and semiannually check items, extinguishers of the acid reaction type must be discharged and recharged annually. |
| 12. Sand Pails | Weekly | See that sand pails are in proper location. Remove trash and refill if necessary. |
| | Annually | In addition to weekly check items, remove sand and sift through hardware cloth to remove hardened or caked sand. Refill if necessary. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

*b. Frequency of inspection.*

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| 13. Transformer Fog System. | Daily | See that pilot lights are burning indicating that power is on and system is ready for automatic operation. Make visual inspection of nozzle piping at transformers. |
| | Semiannually | Make complete overall test while transformer bank is out of service. Operate tripping devices and actually operate the entire system to see that it is operating properly. Make through inspection of each head and coverage of spray. |
| 14. Fire Hose | Monthly | Make a visual inspection of nozzle, hose, and connections. Be sure hose is hung in proper position for use in case of fire. Defective hose is to be discarded and replaced with new hose. |
| | Annually | Test flow from hydrant and test hose. |
| 15. Area Fire Signal | Daily | Test operate fire signal. |
| | Monthly | Service fire signal and controls. |
| 16. Stations Fire Alarms | Monthly | Check system for proper operation. Check controls, relays, bells, gongs, and other equipment. If the station automatic telephone system is used for fire alarm purposes, check in accordance with inspection and test of station telephone system. |

206

---

# Appendix G
# TANK CLEANER'S CHECK SHEET

A. *Reason for Tank Entry.*
  1. Routine cleaning.
  2. Inspection (with or without cleaning).
  3. Cleaning for change in service (returning to leaded or nonleaded service).
  4. Cleaning for cold repair (replace or repair pipe, swing line cable, etc.).
  5. Cleaning for hot repair (any welding in tank).
  6. Cleaning for dismantling.
B. *Preparation of Tank.*
  1. Remove all gasoline possible through existing connections.
  2. Remove all sources of ignition from the area.
  3. Remove manhole covers (sides and roof).
  4. Remove balance of gasoline through manhole or water draw-off.
  5. Blank off all lines to tank.
  6. Connect up and start ventilating system (if to be used).
  7. Select site and dig sludge pit.
    (a) Away from tank manhole.
    (b) Not likely to be dug up for any purpose in future.
    (c) Adequate size.
C. *Equipment (other than personnel protective).*
  1. Pump for removing sludge and liquid from tank.
    (a) Check on fire and explosion proof drive, switches, etc.
  2. Shovels.
  3. Brooms.
  4. Scrapers.
  5. Squeegees.
  6. Buckets.
    (a) Removing sludge.

207

INFORMATIONAL COPY ONLY

SUPERSEDED

(b) Water, soap and kerosene.

7. Rags or drying compound.

D. *Personnel Protective Equipment.*

1. Clothing (from skin out as needed for weather condition).

    (a) Quantity (depends on length of job and number of men used in tank and handling sludge and equipment outside of tank).

        (1) Clean each shift with spares to change to if needed.

        (2) Underwear, socks, caps, and coveralls.

        (3) Rubber boots (hip or midthigh lengths preferred).

        (4) Rubber gloves (gauntlet).

    (b) Quality.

        (1) Clothing clean and in good condition.

        (2) Oil resistant boots and gloves in good condition. (Gloves must not be canvas type dipped in rubber.)

2. Air Line Hose Blower and Masks.

    (a) Approved type with 1-inch oil resistant hose.

    (b) Face piece and hose clean and in good condition.

    (c) Face pieces for each man in tank plus 1 spare.

    (d) Sufficient hose for each man in tank to reach farthest point in tank plus 1 spare.

    (e) Each hose connection properly made up (tight and washer in place).

    (f) Harness and life line for each man in tank plus 1 spare.

3. Miscellaneous.

    (a) Water and soap.

    (b) Kerosene.

    (c) Disinfectant for mask face pieces.

E. *Discussion of Safety Precautions with Foreman.*

1. Understands difference between "Gas Free" and "Lead Hazard Free."

2. Wear all equipment in tank at all times.

3. Location of fresh air mask blower.

    (a) Upwind.

(b) Away from manhole.

    (c) Away from sludge pit.

4. Keep an eye on the men in the tank.

5. Avoid undue exposure at manhole by men outside of tank.

6. Understands safe handling of sludge.

7. Understands requirement men must change outer clothing and wash before eating.

8. Understands that men must change clothing and bathe at end of each day's work.

F. *Discussion of Personnel with Foreman.*

1. Sufficient in number.

2. Experience.

    (a) Have they cleaned tanks.

    (b) Have they worked while wearing masks.

3. Length of periods in tank.

    (a) Depends on experience (F–2), air temperature, and temperament of men.

G. *Preparation of Men for Tank Entry.*

1. Check men for proper attire.

2. Put on air mask and check for fit.

3. Check each man for sufficient air.

4. Check for compliance with all Safety Regulations.

5. Assist men through manhole.

6. Watch air line hose and safety line to keep free and untwisted.

H. *Things to Avoid During Progress of Work.*

1. Removing face piece while in tank.

2. Removing gloves.

3. Twisting hose.

4. Soaked clothing (excessive).

5. Men in tank too long.

6. Change in wind direction.

7. Air mask blower unattended.

8. Unnecessary exposure at manhole.

9. General sloppiness.

10. Handling of sludge and equipment removed from tank by outsiders without gloves.

11. Eating without washing and changing outer clothing.

12. Hose left in tank or outside and dirty overnight.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

13. Men leaving job (after work) without changing clothing and bathing.

14. Entry to tank by anyone for any purpose until tank is thoroughly cleaned and gas free without protective equipment.

I. *End of Job Clean Up.*

    1. Wash air line hose thoroughly.

        (a) Join hose ends to prevent interior contamination.

        (b) Kerosene followed by soap and water.

        (c) Disinfect all face pieces.

    2. Wash and thoroughly flush sludge pump and hose.

    3. Wash all tools.

    4. Discard brooms and rags in sludge pit.

    5. Scrape ground around manhole and put in sludge pit.

    6. Fill sludge pit.

    7. Place warning sign over sludge pit.

Finis: Go home with your mind at ease. Job well done and everybody safe.

# Appendix H

# Accident Prevention Article of Contracts
# 1 December 1957

Article _____, Accident Prevention.

(a) In order to provide safety controls for protection to the life and health of employees and other persons; for prevention of damage to property, materials, supplies, and equipment, and for avoidance of work interruptions in the performance of this contract; the Contractor will comply with all pertinent provisions of the Manual "Safety Requirements" approved by the Chief of Engineers 16 December 1941, as revised 16 April 1951, and as may be further amended, and will also take or cause to be taken such additional measures as the Contracting Officer may determine to be reasonably necessary for the purpose.

(b) The Contractor will maintain an accurate record of, and will report to the Contracting Officer in the manner and on the forms prescribed by the Contracting Officer, exposure data and all accidents resulting in death, traumatic injury, occupational disease, and/or damage to property, materials, supplies and equipment incident to work performed under this contract.

(c) The Contracting Officer will notify the Contractor of any noncompliance with the foregoing provisions and the action to be taken. The Contractor shall, after receipt of such notice, immediately correct conditions. Such notice, when delivered to the Contractor or his representative at the site of the work, shall be deemed sufficient for the purpose. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop order shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

(d) Compliance with the provisions of this article by subcontractors will be the responsibility of the Contractor.

*General Conditions of Specifications*

GC–18 Accident Prevention. In addition to full compliance with the requirements of the article of the contract entitled "Accident Prevention," the contractor will comply with the following provisions:

(a) Prior to the commencement of work the contractor will—

(1) Submit in writing, to the contracting officer, his proposals for effectuating the provisions of the article of the contract entitled "Accident Prevention."

(2) Meet in conference with representative of the contracting officer to discuss and develop mutual understandings relative to administration of the over-all safety program.

(b) During the performance of work under the contract, the contractor shall comply with all procedures prescribed by the contracting officer for the control and safety of persons visiting the job site and will comply with such requirements to prevent accidents as may be specified under the Special Conditions of these specifications or issued by the contracting officer.

# Appendix I

## REFERENCE MATERIAL

A. American Standards Association, 70 East 45th St., New York, New York.

1. Safety Code for Protection of Head, Eyes, and Respiratory Organs—Z2.
2. Specifications for Industrial Accident Prevention Signs—Z35.1.
3. Uniform Traffic Control Devices for Streets and Highways—D6.1.
4. Safety Color Code for Marking Physical Hazards and Identification of Certain Equipment—Z53.1.
5. Safety in Gas and Electric Welding Operations—Z49.1.
6. Safety Code for Abrasive Wheels—B7.1.
7. Grinding, Polishing and Buffing Equipment Sanitation—Z4.3.
8. Grinding Wheels and Other Bonded Abrasives, Marking—B5.17.
9. Grinding Machines—B5.32 and B5.33.
10. Safety Code for the Industrial Use of X-rays—Z54.1.
11. Safety Code for Wire Rope in Mines—M11.
12. Safety Code for Cranes, Derricks and Hoists—B30.2.
13. Safety Codes for Industrial Power Trucks—B56.1.
14. Allowable Concentrations of Carbon Monoxide—B37.1.
15. Safety Code for Inspection of Elevators, Dumbwaiters and Escalators—A17.1, A17.1.5 and A17.2.
16. Safety Code for Conveyors, Cableways and Related Equipment—B20.1.
17. Safety Code for Woodworking Machinery—01.1.
18. Safety Code for Metal Ladders—A14.2.
19. Safety Code for Wood Ladders—A14.1.
20. Safety Code for Fixed Ladders—A14.3.
21. Explosives, Bituminous Coal Mines—M14.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

22. Safety Code for Building Construction—A10.2.
23. Building Exits Code—A9.1.

B. American Society for Testing Materials.
C. American Society of Mechanical Engineers.
   1. Boiler and Pressure Vessel Codes.
   2. Boiler Construction Codes.
D. American Petroleum Institute.
   1. Accident Prevention Manuals—1A and 1B.
   2. Fire Prevention Manual.
E. American Medical Association.
F. American Red Cross.
G. American Conference of Governmental Industrial Hygienist—April 1948.
H. National Safety Council Safe Practice Pamphlets.
I. National Safety Council Industrial Data Sheets.
J. National Board of Fire Underwriters.
K. National Fire Protection Association Codes.
L. National Electrical Code.
M. National Building Code.
N. U. S. Department of Commerce, Bureau of Public Roads.
   1. Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects.
   2. Manual on Uniform Traffic Control Devices.
O. Blaster Handbook—E. I. Dupont de Nemours and Company.
P. U. S. Department of the Interior, Bureau of Mines.
   1. Some Essential Safety Factors in Tunnelling—Bulletin 439.
   2. Approval Sheet of Approved Equipment.
Q. Interstate Commerce Commission.
   1. Regulations on Compressed Gas Cylinders.
   2. Regulations on Class A and B Explosives.
   3. Regulations on Class D Radioactive Material.
R. Underwriters Laboratory, Inc.—Approval of Various Items of Equipment.
S. Treasury Department, Coast Guard.
   1. Navigation Aids.
   2. Fire Prevention.
   3. Vessel Inspection.

   4. Life Saving Equipment.
   5. Electrical Wiring.
T. Civil Aeronautical Authority.
   1. Regulations on Airfield Lighting.
   2. Regulations on Obstruction Marking.
U. Bureau of Ships.
   1. Diving Manual NAVSHIPS 250–538—Supt. of Documents, U. S. Government Printing Office, Washington 25, D. C.
V. Standards for Protection Against Radiation—Code of Federal Regulations.
W. National Bureau of Standards—Handbooks.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

U.S. GOVERNMENT PRINTING OFFICE : 1965 O—755-033 (7602C)