# EXHIBIT 4

INFORMATIONAL COPY ONLY

S/S by
EM 385-1-1
1 Jun 1977

SUPERSEDED

MANUALS — CORPS
OF ENGINEERS
U.S. ARMY

# EM 385-1-1

1 MARCH 1967



# SAFETY

# GENERAL SAFETY

# REQUIREMENTS

**S. J. GROVES & SONS COMPANY**
**40 WASHINGTON AVE. SO.**
**MINNEAPOLIS, MINN. 55401**

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034336

INFORMATIONAL COPY ONLY

SUPERSEDED

# DEPARTMENT OF THE ARMY
# CORPS OF ENGINEERS
# UNITED STATES ARMY

### Approved by the Chief of Engineers
### 16 December 1941
### Revised 1967

# GENERAL SAFETY
# REQUIREMENTS



**United States**
**Government Printing Office**
**Washington: 1967**

For sale by the Superintendent of Documents, U. S. Government
Printing Office, Washington D.C. 20401
Price 55 cents

This document has formally been made obsolete by the U. S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034337

INFORMATIONAL COPY ONLY

EM 385-1-1

ENGSO

DEPARTMENT OF THE ARMY
Office of the Chief of Engineers
Washington, D. C. 20315

Manual
No. 385-1-1

1 March 1967

SAFETY

General Safety Requirements

1. Purpose and Scope. This manual establishes the General Safety Requirements for all Corps of Engineer activities and operations. Application is mandatory to all missions under command of the Chief of Engineers.

2. References. a. AR 385 Series

   b. ER 385 Series

   c. Armed Services Procurement Regulations

3. General. a. Pertinent provisions of this manual will be applied to all work under jurisdiction of the Corps of Engineers, whether accomplished by military, civilian or contractor forces. The term "pertinent provisions" is defined as those provisions which are applicable to the situation at hand.

   b. In circumstances where literal application of the requirement to a specific job has impractical aspects, Division Engineers, District Engineers and Commanding Officers of separate installations and activities are authorized to approve an adaptation which meets the obvious intent of the requirement.

FOR THE CHIEF OF ENGINEERS:

MILES L. WACHENDORF
Colonel, Corps of Engineers
Executive

This manual rescinds EM 385-1-1, 13 March 1958

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034338

INFORMATIONAL COPY ONLY

# CONTENTS

Page

Purpose and Scope ---------------------------------------------------

## GENERAL SUBJECTS

SECTION     I.   Instruction and Training ------   1

           II.   Accident Reporting -----------   2

        III.   Sanitation ----------------------   3

             A. Drinking Water -----------   3

             B. Toilets ----------------------   3

             C. Washing Facilities ------   4

             D. Food Service -------------   4

       IV.   Medical Facilities -----------   5

             A. General --------------------   5

             B. First Aid Kits ------------   6

             C. First Aid Station ---------   6

             D. Infirmary ------------------   6

             E. Personnel Qualifications --   7

        V.   Physical Qualifications of
                 Employees -----------------   7

       VI.   Emergency Plans --------------   8

      VII.   Personal Protective Apparel,
                 Clothing, and Safety
                 Equipment -----------------   9

             A. General --------------------   9

             B. Respiratory Protection ---   11

             C. Protective Headgear ------   12

             D. Safety Nets ---------------   12

             E. Work Vests ---------------   14

             F. Ring Buoys and
                 Waterlights --------------   14

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034339

INFORMATIONAL COPY ONLY

| | | Page |
|---|---|---|
| SECTION | VII. Personal Protective Apparel, Clothing, and Safety Equipment—*Continued* | |
| | G. Lifesaving or Safety Skiffs | 15 |
| | H. Marine Fire Fighting Equipment | 15 |
| | I. Diving Equipment and Procedure | 16 |
| VIII. | Poisonous and Harmful Substances | 16 |
| | A. General | 16 |
| | B. Hot Substances | 17 |
| | C. Insects—Vermin—Snakes | 18 |
| | D. Poisonous Plants | 19 |
| | E. Poisons, Acids, Caustics and Harmful Chemicals | 19 |
| | F. Radiological | 20 |
| IX. | Lighting | 22 |
| X. | Signals, Warning Signs, and Signalmen | 23 |
| | A. Signals | 23 |
| | B. Signalmen | 24 |
| | C. Signs | 24 |
| | D. Warning Marking and Lighting for Airfield Construction Operations | 25 |
| | E. Warning Signs, Plant and Equipment | 26 |
| XI. | Material Handling, Storage and Disposal | 26 |
| | A. General | 26 |
| | B. Lumber | 27 |
| | C. Cement and Lime | 28 |
| | D. Brick | 28 |
| | E. Floor, Wall, and Partition Blocks | 28 |
| | F. Reinforcing, Sheet, and Structural Steel | 28 |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034340

INFORMATIONAL COPY ONLY

| | | Page |
|---|---|---|
| SECTION XI. | Material Handling, Storage and Disposal—*Continued* | |
| | G. Pipe | 29 |
| | H. Sand, Gravel, and Crushed Stone | 29 |
| | I. Round Wood Piling or Poles | 29 |
| | J. Housekeeping | 29 |
| | K. Disposal of Waste Material | 30 |
| XII. | Fire Prevention | 30 |
| | A. General | 30 |
| | B. Cleanup and Housekeeping | 31 |
| | C. Spacing | 31 |
| | D. Heating Devices and Systems | 32 |
| | E. Flammable and Combustible Liquids | 33 |
| | F. Paints and Painting (Flammable) | 36 |
| | G. Miscellaneous | 37 |
| | H. Burning Areas | 37 |
| | I. Liquefied Petroleum Gases | 38 |
| XIII. | Fire Protection | 38 |
| | A. First Aid Fire Protection | 38 |
| | B. Fire Patrols | 39 |
| | C. Water Supply and Distribution | 39 |
| | D. Apparatus and Equipment | 40 |
| | E. Fire Alarm Devices | 40 |
| | F. Fire Fighting Organizations, Training, and Drilling | 40 |
| | G. Miscellaneous | 40 |
| XIV. | Welding and Cutting | 41 |
| | A. General | 41 |
| | B. Gas Equipment | 42 |
| | C. Electric Equipment | 42 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

iii

US_00034341

INFORMATIONAL COPY ONLY

| | | Page |
|---|---|---|
| XV. | Electrical Wiring and Apparatus | 43 |
| | A. General | 43 |
| | B. Disconect and Overcurrent Protection | 44 |
| | C. Grounding | 45 |
| | D. Temporary Wiring | 46 |
| | E. Overhead Lines | 46 |
| XVI. | Hand Tools and Power Tools | 48 |
| | A. General | 48 |
| | B. Grinding Tools | 49 |
| | C. Power Saws | 49 |
| | D. Pneumatic Tools | 49 |
| | E. Explosive Actuated Tools | 50 |
| XVII. | Ropes, Slings, and Chains | 51 |
| | A. General | 51 |
| | B. Slings | 52 |
| | C. Wire Rope | 52 |
| | D. Chains | 54 |
| | E. Fiber Rope | 54 |
| XVIII. | Machinery and Mechanized Equipment | 54 |
| | A. General | 54 |
| | B. Guarding and Safety Devices General | 58 |
| | C. Hoisting Equipment General | 59 |
| | D. Crawler, Truck and Wheel Mounted Cranes | 60 |
| | E. Portal, Hammerhead, and Tower Cranes | 61 |
| | F. Pedestal Mounted Cranes and Derricks | 61 |
| | G. Floating Cranes | 62 |
| | H. Elevators, Passenger and Freight | 62 |
| | I. Workmen's Hoists | 62 |
| | J. Material Hoists | 62 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034342

INFORMATIONAL COPY ONLY

| | | Page |
|---|---|---|
| SECTION XVIII. | Machinery and Mechanized Equipment—*Continued* | |
| | K. Pile Drivers | 63 |
| | L. Woodworking Machinery | 65 |
| | M. Conveyors, Cableways, and Related Equipment | 65 |
| XIX. | Motor Vehicles | 68 |
| | A. General | 68 |
| | B. Operating Rules | 70 |
| | C. Transportation of Personnel | 72 |
| | D. Fueling | 73 |
| | E. Loading | 73 |
| XX. | Aircraft | 73 |
| XXI. | Pressurized Equipment and Systems | 74 |
| | A. General | 74 |
| | B. Compressed Air and Gas Equipment and Systems | 76 |
| | C. Boilers and Systems | 78 |
| | D. Compressed Gas Cylinders | 79 |
| XXII. | Ramps, Runways, Platforms, and Scaffolds | 81 |
| | A. General | 81 |
| | B. Metal Scaffolds and Towers | 85 |
| | C. Roofing Devices and Practices | 86 |
| | D. Ramps and Trestles | 86 |
| | E. Wood Pole Scaffolds | 87 |
| | F. Outrigger Scaffolds | 87 |
| | G. Suspended Scaffolds | 88 |
| XXIII. | Excavations | 89 |
| | A. General | 89 |
| | B. Trench Excavation | 93 |
| | C. Excavation of Small Diameter Shafts | 97 |
| | D. Excavation With Cofferdams | 98 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034343

INFORMATIONAL COPY ONLY

| | | | Page |
|---|---|---|---|
| SECTION | XXIV. | Tunnel Excavation | 98 |
| | | A. General | 98 |
| | | B. Tunnel Portal Preparation | 101 |
| | | C. Blasting | 101 |
| | | D. Haulage | 103 |
| | | E. Tunneling in Soil | 103 |
| | XXV. | Blasting | 104 |
| | | A. General | 104 |
| | | B. Electromagnetic Radiation | 106 |
| | | C. Vibration and Damage Control | 106 |
| | | D. Transportation of Explosives | 107 |
| | | E. Handling of Explosives | 109 |
| | | F. Storage of Explosives | 110 |
| | | G. Drilling | 111 |
| | | H. Loading | 112 |
| | | I. Wiring | 112 |
| | | J. Firing | 113 |
| | | K. Inspection After Blasting | 114 |
| | | L. Misfires | 115 |
| | XXVI. | Floating Plant and Marine Locations | 115 |
| | | A. General | 115 |
| | | B. Accessways and Passageways | 118 |
| | | C. Launches, Motorboats, and Skiffs | 119 |
| | | D. Drills | 120 |
| | | E. Pipeline Dredges | 121 |
| | XXVII. | Work in Confined or Enclosed Space | 121 |
| | XXVIII. | Safe Clearance Procedure | 122 |
| | XXIX. | Formwork and Falsework | 123 |
| | XXX. | Access Facilities | 124 |
| | | A. General | 124 |
| | | B. Ladders | 124 |
| | | C. Stairways | 126 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034344

INFORMATIONAL COPY ONLY

|  |  | Page |
| XXXI. | Floor and Wall Openings | 127 |
| XXXII. | Noise Control | 127 |
| APPENDIX | A. REQUIRED SHADES FOR FILTER LENSES AND GLASSES | 129 |
|  | B. CRANE SIGNALS | 130 |
|  | C. WIRE ROPE CLIPS | 136 |
|  | D. STAIRS AND RAMPS | 137 |
|  | E. FIXED LADDERS AND GUARD RAILS | 139 |
|  | F. TRENCH SHORING | 143 |
|  | G. TRENCH SHORING WITH TRENCH JACKS FOR CROSS BRACES | 144 |
|  | H. METHOD OF BRACING WHEN TWO LENGTHS OF SHEET PILING ARE USED | 145 |
|  | I. BRACING WITH JACK SCREWS IN HARD SOIL | 146 |
|  | J. TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES | 147 |
|  | K. POWER FIRING SYSTEM | 152 |
|  | L. INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT | 153 |
|  | M. REFERENCE MATERIAL | 161 |
| INDEX |  | 164 |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034345

INFORMATIONAL COPY ONLY

# SECTION I

# INSTRUCTION AND TRAINING

## 01.A. GENERAL

01.A.01. Each employee shall be provided initial indoctrination and such continuing instruction as will enable him to conduct his work in a safe manner.

01.A.02. Initial indoctrination shall include instruction in project safety practices, reporting of all accidents, availability of medical facilities, and individual responsibility for accident-free operations.

01.A.03. A minimum of one 5-minute "on the job" or "tool box" safety meeting for all workers shall be conducted each week by all field supervisors or foremen.

01.A.04. All persons required to use respirators or other protective equipment shall be properly instructed and trained in the use of such equipment.

01.A.05. All persons required to handle or use economic poisons, caustics, or other harmful substances shall be instructed regarding the potential hazards, personal hygiene, and personal protective measures.

01.A.06. All persons required to use rescue or life saving equipment shall be instructed and trained in the proper use of that equipment.

01.A.07. All persons required to give or receive signals shall be instructed in the proper use of the signal system.

01.A.08. All persons shall be instructed in the required response to emergency signals.

01.A.09. All persons required to handle or use flammable liquids shall be fully instructed in the safe handling and use of these flammable liquids.

01.A.10. In areas where insects, vermin, snakes, or rodents are present, all persons shall be instructed regarding the potential hazards and first aid procedures.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034346

INFORMATIONAL COPY ONLY

**01.A.11.** In areas where poisonous plants are present, all persons shall be instructed in the proper identification of the plants and personal protective measures.

**01.A.12.** All persons required to enter confined or inclosed spaces shall be instructed in the nature of the hazards involved, the need for personal cleanliness, and the use of personal protective equipment. Detailed instructions are given in section XXVII.

**01.A.13.** The selected person required to use fire fighter proximity suits shall be instructed and trained in the use of this equipment. Instruction and training shall include but not be limited to the proper use of the equipment, its capabilities, and its limitations.

**01.A.14.** All persons required to be in areas of potential exposure to electromagnetic or ionizing radiation shall be instructed in the potential hazards and in the safeguards.

# SECTION II
# ACCIDENT REPORTING

## 02.A. GENERAL

**02.A.01.** Reportable accidents shall be investigated irrespective of whom or what is involved. In the absence of personal injury, reporting of damage less than $100 to Government, contractor, or non-Army property and/or equipment, except Army motor vehicles, normally will not be required.

**02.A.02.** Accidents which result in loss of life, large property damage, or having other serious implications should be immediately investigated by a competent group. Standing instructions should be issued that in event of such accidents the scene shall be left undisturbed, except for rescue and other emergency measures, until otherwise directed.

**02.A.03.** All data relative to an accident shall be complete and timely. Usefulness of the data depends on care-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

2                                                    AGO 10009C

US_00034347

INFORMATIONAL COPY ONLY

ful review, verification of the facts, and specific action to control the cause(s).

02.A.04. Prime contractors shall be responsible for investigating and reporting accidents incident to work performed under the contract by subcontractors.

# SECTION III

# SANITATION

## 03.A. DRINKING WATER

03.A.01. Drinking water shall be supplied from sources approved by Federal, State, or local health authorities.

03.A.02. Drinking water shall be dispensed by means which prevent contamination between source and the consumer.

03.A.03. All outlets dispensing nonpotable water will be conspicuously posted, "Water unfit for drinking."

03.A.04. New or unsterilized water systems shall not be used for the distribution of drinking water.

03.A.05. All fountain-type dispensers shall be equipped with a guarded orifice.

03.A.06. The use of dippers, cups, or glasses by more than one individual is prohibited unless they are sterilized between uses.

03.A.07. Receptacles shall be provided for disposal of paper drinking cups.

03.A.08. In an emergency where water is obtained from an unapproved source, water shall be chemically treated and if sediment is present the water shall be clarified by sedimentation or filtration. Chemical treatment shall provide a residual chlorine content of three-tenths to five-tenths parts per million or boiled for 10 minutes.

## 03.B. TOILETS

03.B.01. Toilet facilities shall be provided at each project work area in the ratio of not less than one for each 30 persons or fraction thereof.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034348

INFORMATIONAL COPY ONLY

**03.B.02.** At locations where sewerage facilities are not available, approved chemical toilets shall be used. Each toilet shall be equipped with a metal urinal trough. Toilets shall be so constructed that the occupants shall be protected against weather and falling objects. All cracks shall be sealed and the door shall be tight-fitting and self-closing. Seat boxes shall be vented to outside (minimum vent size 4-inch inside diameter) with vent intake located 1 inch below seat.

**03.B.03.** Toilets shall be constructed so that the interior is lighted. Adequate ventilation will be provided and all windows and vents screened.

**03.B.04.** Toilets shall be kept clean. Seats shall be scrubbed daily with soap and water and sterilized with an antiseptic solution twice each week.

## 03.C. WASHING FACILITIES

**03.C.01.** Washing facilities shall be provided to maintain healthful and sanitary conditions for all employees.

**03.C.02.** Each washroom and washroom facility shall be maintained in a sanitary condition and provided with water, soap, individual towels of cloth or paper, and metal-covered receptacles for disposal of waste.

**03.C.03.** Emergency showers and eyewash facilities shall be provided as required.

## 03.D. FOOD SERVICE

**03.D.01.** All cafeterias, restaurants, mess facilities, and related establishments located on areas, projects, or installations shall be established, operated, and maintained in compliance with the health and sanitation recommendations of the United States Public Health Service and applicable State and local regulations.

**03.D.02.** Appropriate Federal, State, or local food handler's certificates shall be required for all persons assigned to such duties as require them to be present in kitchens and messes, or to prepare or handle regularly food, drinks, or mess equipment, and any other person who comes in constant and intimate contact with food in other than

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

4                                                              AGO 10009C

US_00034349

INFORMATIONAL COPY ONLY

unbroken packages which are protected against contamination.

# SECTION IV

# MEDICAL FACILITIES

## 04.A. GENERAL

04.A.01. Medical facilities shall be available to care for all injured workers.

04.A.02. Communication and transportation to effectively care for injured workers shall be provided.

04.A.03. Identification and directional markers shall be provided to readily denote location of all first aid stations and infirmaries.

04.A.04. Emergency lighting shall be provided for all first aid stations and infirmaries.

04.A.05. When a crew of one or more persons is working in snake-infested locations, a snake bite kit shall be provided.

04.A.06. When persons are exposed to epoxy resins, hydrocarbons, solvents, poisonous plants, cement, lime, or other dermatitis-producing substances, ointment of a composition recommended by the manufacturer for the specific exposure shall be available.

04.A.07. On activities requiring a first aid station or an infirmary, the facilities and equipment shall be determined by the proximity and quality of available medical services and shall be in accordance with the recommendations of a licensed physician.

04.A.08. Alternate facilities which provide the quantity and quality of services outlined in this section may be utilized if approved by the Government representative in charge.

04.A.09. A daily record of all first aid treatments shall be maintained providing the following data. (Copies will be furnished the Government representative in charge on request.)

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034350

INFORMATIONAL COPY ONLY

| | |
|---|---|
| Date of admittance. | Name of employer. |
| Date and time of injury. | Name of foreman. |
| Name of patient. | Description of accident |
| Badge number (if any). | (if any) and location. |
| Occupation of patient. | Treated by. |
| Name of witness (if any). | Nature of injury or illness. |
| Contract number. | Treatment given. |

## 04.B. FIRST AID KITS

**04.B.01.** On all projects, activities, or installations where less than 100 workers are employed (greatest total aggregate number of employees on a shift), 16-unit first aid kits (National Safety Council Data Sheet No. 202, "Unit First Aid Kits.") shall be provided in the ratio of one for each 25 persons employed.

**04.B.02.** When a crew of one or more persons is working at locations remote from first aid or other medical facilities, a first aid kit shall be provided.

## 04.C. FIRST AID STATION

**04.C.01.** On all projects, activities, installations, or contracts on which more than 99 and less than 300 persons are employed (greatest aggregate number of employees on a shift) at the site of the work, a first aid station shall be established and fully equipped.

**04.C.02.** A first aid attendant shall be on duty in the station at all hours when work is in progress except when on emergency calls.

**04.C.03.** First aid stations shall provide a minimum of 100 square feet of floor space with provisions for adequate light, heat, water, and ventilation. Walls and ceilings shall have an impervious finish equivalent to that provided by two coats of white paint. The floor shall be constructed of impervious material.

## 04.D. INFIRMARY

**04.D.01.** An equipped infirmary shall be provided on all projects, installations, activities, or contracts where the number of employees (greatest total aggregate number of employees on a shift) is 300 or more.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034351

INFORMATIONAL COPY ONLY

04.D.02. The infirmary shall provide reasonable quiet, privacy, air-conditioning, light, heat, adequate toilet facilities, hot and cold water, drainage, and electrical outlets. Walls and ceilings shall be finished with the equivalent of two coats of white paint. Windows and doors will be screened. Floors shall be of impervious constitution.

## 04.E. PERSONNEL AND QUALIFICATIONS

04.E.01. Full-time physicians. All projects, installations, activities, or contracts on which 1,000 persons or more (greatest total aggregate number of employees on a shift) are employed shall have the full-time services of a physician.

04.E.02. Registered nurses. A registered nurse shall be assigned full time to each installation requiring an infirmary.

04.E.03. First aid attendant. A first aid attendant shall be a person holding a current certificate in first aid issued by the American Red Cross or the United States Bureau of Mines, or an equivalent certification.

04.E.04. At least one employee in each work party of two or more shall be qualified to administer first aid. Minimum qualification shall be a current certificate in first aid issued by the American Red Cross or the United States Bureau of Mines.

04.E.05. The first aid attendant and registered nurse shall be under the general direction of a responsible licensed physician.

# SECTION V

# PHYSICAL QUALIFICATIONS OF EMPLOYEES

## 05.A. GENERAL

05.A.01. All persons employed throughout the course of the work shall be physically qualified for performing the duties to which they are assigned. Some factors to be con-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

7

US_00034352

sidered in making work assignments are strength, endurance, agility, coordination, and visual and hearing acuity.

05.A.02. No persons shall be permitted or required to work while his ability or alertness is impaired by fatigue, illness, or other causes to an extent that might unnecessarily expose himself or others to injury or property to damage.

05.A.03. Persons with indications of physical limitations or emotional instability which might create a hazard or adversely affect response to work situations shall be removed from the exposure and referred for specialized clinical or medical judgment of the suitability of the work assignment.

05.A.04. Hoisting equipment operators shall be at least 21 years of age.

05.A.05. Motor vehicle operators engaged in the transportation of personnel shall be at least 21 years of age.

05.A.06. Operators of equipment other than that covered in 05.A.04 and 05.A.05 shall be at least 18 years of age.

05.A.07. Operators of any equipment or vehicle shall be able to read and understand the signs, signals, and operating instructions in use at the place of operation.

05.A.08. Operators of hoisting equipment, mobile construction equipment, or motor vehicles shall not be permitted to operate more than 10 hours in any 24-hour period or more than 2 hours after working 8 hours at some other occupation without an interval of 8 consecutive hours of rest.

# SECTION VI

## EMERGENCY PLANS

### 06.A. GENERAL

06.A.01. Planning for any operation shall include the total systems response capabilities available to minimize the consequences of accidents or natural disaster.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

8                                                                   AGO 10009C

US_00034353

INFORMATIONAL COPY ONLY

**06.A.02.** The number of persons permitted in any location shall be limited to that for which rescue and escape capability is available.

**06.A.03.** Systems shall be developed and tested to alert all persons likely to be affected by existing or imminent disaster conditions and to alert and summon the people and equipment comprising the response capability.

# SECTION VII

## PERSONAL PROTECTIVE APPAREL, CLOTHING, AND SAFETY EQUIPMENT

### 07.A. GENERAL

**07.A.01.** Personal protective devices shall be furnished as required and their use enforced.

**07.A.02.** Items of personal issue shall be maintained in serviceable condition and, before being reissued to another employee or returned to storage, shall be cleaned, sterilized, inspected, and repaired.

**07.A.03.** Protective footwear, such as rubber boots, protective covers, ice clampons, safety shoes, etc., shall be worn by employees who are engaged in work which requires such protection.

**07.A.04.** Electrical employees shall be provided with linemen's belts, rubber gloves, insulator hoods, rubber blankets, line hose, and hot line tools as necessary, which shall be tested and maintained in safe condition, as stipulated under the provisions of the National Electrical Safety Code (Ref. ASTM Standards). Minimum dialectric test interval shall be 3 months for equipment in use and 6 months for equipment in storage.

**07.A.05.** Miners' lights and flashlights used around explosives and in atmospheres likely to contain explosive vapors, dusts, or gases shall be of the permissible type approved by the United States Bureau of Mines.

**07.A.06.** Gas welding, cutting, brazing, and operations where protection from radiant energy with moderate

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034354

reduction of visible light is necessary shall require goggles, face masks, shields, or helmets, suitable to the type of work, providing protection from all angles of direct exposure, and lenses of appropriate shade (app A).

07.A.07. Electric arc welding and cutting and hydrogen welding and similar operations, where protection from injurious radiant energy with a large reduction in visible radiant energy is necessary, shall require helmets or shields of insulating material not readily flammable, and designed to protect the head from direct rays and fitted with secure glasses of appropriate shade (app A).

07.A.08. Employees handling rough, sharp-edged, abrasive materials or where the work subjects the hands to lacerations, punctures, burns, or bruises shall be provided hand protection.

07.A.09. Employees exposed to vehicular traffic, such as signalmen, spotters, inspectors, servicemen, and others shall wear belts or apparel marked with a reflectorized or high visibility material.

07.A.10. Sledging; hammering on metal, stone, and concrete; chipping; calking; use of manual or power tools; and other operations subjecting the eyes or head to flying particles, shall require goggles having safety lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

07.A.11. Scaling, grinding, cutting, or dressing of metals, stone, masonry materials, and other operations which produce dust and small particles shall require goggles having safety lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

07.A.12. Babbitting, soldering, pouring of lead joints, casting of hot metals, handling of hot tar, oils, liquids, and other operations subjecting the eyes or head to hot liquids and molten substances, shall require eye protection such as goggles having safety-type lenses and screens for side protection, or face masks, shields, and helmets giving equal protection. Lens mountings shall be designed to retain in position all parts of a cracked lens.

07.A.13. Handling of acids, caustics, hot liquids, creo-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034355

INFORMATIONAL COPY ONLY

SUPERSEDED

soted materials, and operations where protection from gases, fumes, and liquids is necessary shall require goggles with cups of soft pliable rubber or suitable face masks or hoods which cover the head and neck, fitted with lenses of plastic or glass; and other protective clothing which is appropriate to the hazards involved.

07.A.14. Persons in hoppers, bins, or confined spaces or on steep slopes, swinging scaffolds, structural steel, float scaffolds, or boatswains' chairs shall be secured by safety belts and life lines, independently attached or attended.

07.A.15. Life lines used on rock-scaling operations or in areas where the line may be subject to cutting or abrasion shall be ⅞-inch wire core manila rope.

07.A.16. Persons tying reinforcing steel shall wear safety belts equipped with appropriate closed-type hook or snap.

## 07.B. RESPIRATORY PROTECTION

07.B.01. Respiratory protection of a type approved by the United States Bureau of Mines shall be provided all employees subjected to harmful concentration of dusts, gases, fumes, mists, or atmospheres deficient in oxygen.

07.B.02. No employee shall be permitted in atmospheres containing less than 16 percent oxygen, unless provided independent source of pure air.

07.B.03. Hose masks or air line respirators shall be worn by workmen doing abrasive blasting, spraying with harmful substances in close quarters, or welding in inclosed areas.

07.B.04. Canister-type masks shall be provided only where the toxic content of the air is known to be of type and concentration which the mask will effectively remove.

07.B.05. Air supplied to respirators shall be free of harmful dusts, fumes, vapors, gases, and obnoxious odors. Purity of the air shall be verified.

07.B.06. Whenever compressed air is used for breathing, an approved type regulator and filter shall be inserted in the supply line. The compressor shall be located to prevent

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034356

INFORMATIONAL COPY ONLY

contamination of the intake air. Air provided shall be of an equable temperature.

## 07.C. PROTECTIVE HEADGEAR

07.C.01. Protective headgear shall meet the requirements for class A or class B as defined by United States of America Standards Institute.

07.C.02. Protective headgear worn in proximity to electric lines, apparatus, and equipment shall be class B (USAS Z2.1).

07.C.03. Employees and visitors in quarries, tunnels, pits, wooded areas, under steep cliffs and slopes, around cranes and hoisting devices, under and around overhead structures, as well as construction sites and other locations where the head is exposed to injury from flying or falling objects, shall be provided with and required to wear protective headgear.

07.C.04, Hard hat areas shall be marked by signs at all entry points.

07.C.05. Hard hat areas shall be general areas such as project, quarry, or building rather than specific portions of a building or project.

## 07.D. SAFETY NETS

07.D.01. Workmen on unguarded platforms or scaffolds more than 20 feet above the ground or over water or machinery shall be protected by the use of safety nets. The use of safety belts and life lines generally is not an acceptable substitute for nets.

07.D.02. Where public traffic or workmen are required to be under a work area, safety nets shall be required.

07.D.03. Nets required by 07.D.02 shall be lined with wire or synthetic netting of not more than 1-inch mesh. Wire mesh shall be made of not less than 22-gage wire and synthetic mesh of not less than Number 18 twine.

07.D.04. Operations requiring safety net protection shall not be undertaken until the net is in place and has been tested.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034357

INFORMATIONAL COPY ONLY

07.D.05. Nets shall extend 8 feet beyond the edge of the work surfaces where workmen are exposed.

07.D.06. The maximum mesh size of nets shall be 6 inches by 6 inches.

07.D.07. Material and fabrication shall provide impact strength per unit of net width or length equal to 6 inches x 6 inches spacing of $\frac{3}{8}$-inch diameter No. 1 grade pure manila, $\frac{1}{4}$-inch nylon or $\frac{5}{16}$-inch polypropylene rope. Rapid loss of strength of small members should be considered.

07.D.08. The net suspension system shall be designed and constructed with a safety factor of four and as a minimum shall withstand the test loading without permitting contact between the net and any surface or object below the net.

07.D.09. Forged steel safety hooks or shackles shall be used to fasten the net to its supports.

07.D.10. Connections between net panels shall develop the full strength of the net.

07.D.11. The net installation shall be tested by dropping a weight of 500 pounds, contained in not more than 5 cubic feet from 25 feet above the perimeter or a height equal to the distance from the net perimeter to the highest surface for which protection is furnished by the net, whichever is greater.

07.D.12. Nets shall be tested immediately after installation, relocation, or major repair. Tests shall be repeated at not more than six-month intervals.

07.D.13. Nets shall be inspected daily for damage from abrasions, chemicals, or heat. Repairs shall be made before work above the net is resumed.

07.D.14. Debris shall be removed from safety nets at least daily and combustible materials shall be removed before welding, cutting, or other operations producing sparks, slag, or other ignition sources are done above the net.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034358

INFORMATIONAL COPY ONLY

## 07.E. WORK VESTS

**07.E.01.** Work vests shall be of unicellular plastic type approved and labeled by the United States Coast Guard.

**07.E.02.** Work vests shall be provided and worn by all persons—

 *a.* On floating pipeline, pontoons, rafts, or float stages.

 *b.* On open deck floating plant not equipped with bulwarks, guardrails, or lifelines.

 *c.* On structures extending over or adjacent to water except where proper guardrails or safety nets are provided.

 *d.* Working alone at night where there are potential drowning hazards regardless of other safeguards provided.

 *e.* In skiffs, small boats, or launches, except when inside of an inclosed cabin or cockpit.

 *f.* Wherever there is a potential drowning hazard.

## 07.F. RING BUOYS AND WATERLIGHTS

**07.F.01.** Each ring buoy shall have 50 feet of ⅜-inch manila rope or equal attached.

**07.F.02.** All ring buoys shall be of a type approved and labeled by the United States Coast Guard.

**07.F.03.** On each safety skiff, one ring buoy shall be provided.

**07.F.04.** Any piece or group of floating plant up to 100 feet in length shall be provided with two ring buoys. One additional ring buoy shall be provided for each increase in length of 100 feet or fraction thereof.

**07.F.05.** Pipeline, walkways, wharves, piers, bulkheads, lock walls, scaffolds, platforms, and similar structures extending over or immediately adjacent to water shall have one ring buoy provided at intervals of not more than 200 feet.

**07.F.06.** Wherever night operations are carried on or there is a potential need for ring buoys to be used after dark, at least one ring buoy and every third one thereafter shall have a waterlight attached.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

14    AGO 10009C

US_00034359

INFORMATIONAL COPY ONLY

07.F.07. Waterlights used on or around gasoline and oil barges or other locations where open flames may cause fire or explosions shall be vapor-proof electric lights.

07.F.08. A minimum of one ring buoy shall be provided for all motor boats up to 40 feet in length and two ring buoys for motor boats 40 feet or over in length.

## 07.G. LIFESAVING OR SAFETY SKIFFS

07.G.01. One or more lifesaving skiffs shall be provided at locations where men are working over or immediately adjacent to water.

07.G.02. Men trained in launching and operating the skiff shall be readily available during working hours.

07.G.03. Lifesaving skiffs shall be kept afloat or ready for instant launching.

07.G.04. Skiffs shall be used only for emergencies and lifesaving drills.

07.G.05. Lifesaving skiffs shall be equipped as follows:
   a. Four oars.
   b. Oarlocks securely attached to gunwales or the oars.
   c. One ball-pointed boat hook.
   d. One ring buoy with 50 feet of ⅜-inch rope attached.
   e. Two life preservers or work vests.

07.G.06. In locations where the waters are rough or swift or where manually-operated boats are not practical, a power boat suitable for the waters involved shall be provided and equipped for lifesaving.

07.G.07. Lifesaving skiffs and power boats shall have flotation tanks or buoyant material capable of floating the boat and its equipment and the crew.

## 07.H. MARINE FIRE FIGHTING EQUIPMENT

07.H.01. Each hopper dredge shall be equipped with two fire fighter proximity suits, complete with hood B, boots, gloves, and breathing apparatus (OBA), Type A, with two extra canisters. (Military Spec MIL–C–22033). Selected personnel shall be instructed and trained in the use of this equipment.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034360

INFORMATIONAL COPY ONLY

**07.H.02.** Each marine base, assembly of major plant, or lay-up area shall, when required by local conditions, be equipped with not less than two fire fighting proximity suits complete with hood, boots, gloves, and breathing apparatus with two extra canisters. Selected personnel shall be instructed and trained in the use of this equipment.

## 07.I. DIVING EQUIPMENT AND PROCEDURE

**07.I.01.** Diving equipment and diving procedures shall be in conformance with requirements of the United States Navy Diving Manual (NAVSHIPS 250–538), available from Superintendent of Documents, U.S. Government Printing Office, Washington, D.C.     20402.

# SECTION VIII

# POISONOUS AND HARMFUL SUBSTANCES

## 08.A. GENERAL

**08.A.01.** All dusts, mists, fumes, gases, or other atmospheric impurities in areas where persons are employed shall be brought within safe limits by elimination, ventilation, or filtration. Where the above methods are impractical, appropriate protective equipment shall be provided. (Safe limits shall be those recommended by the latest edition of "Threshold Limit Values," published by the American Conference of Governmental Industrial Hygienists.)

**08.A.02.** Contamination or pollution of any river, stream, or public water is prohibited. Compliance with all Federal, State, or local laws concerning pollution of water resources is required.

**08.A.03.** Where irritant or toxic substances may come in contact with the skin or clothing, protective equipment and sanitary facilities shall be provided.

**08.A.04.** A qualified analyst shall identify and measure atmospheric impurities.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

16

AGO 10009C

US_00034361

INFORMATIONAL COPY ONLY

08.A.05. After the installation of contaminant controls and periodically thereafter, the design and efficiency of the control equipment, devices, or methods shall be verified.

08.A.06. Air cleaning equipment shall be located to permit the removal of dust or other collected material without creating a hazard and to allow for cleaning and repairing the apparatus without recontaminating the general atmosphere.

08.A.07. Operations or processes generating different kinds of dust, fumes, or vapors shall not be connected to the same exhaust systems when the mixture may result in the formation of toxic, flammable, or explosive compounds.

08.A.08. Contaminated materials removed by exhaust systems shall be disposed of in such a manner that they do not re-enter the breathing zone of the worker or create a hazard to other employees or to the public.

08.A.09. Dust from equipment, sawing, grinding, and other dust-producing activities shall be controlled to assure visibility and safe operations and to minimize nuisance dust in the immediate and adjacent areas.

08.A.10. Controlled reversible ventilation of sufficient capacity shall be provided on all tunneling and underground excavation operations.

08.A.11. The use of carbon tetrachloride as a fire extinguishing agent is prohibited. Its use as a solvent or for any other purpose is prohibited on all work, plant, facilities, and equipment except under the direct and immediate supervision of a qualified person approved by the government representative in charge.

08.A.12. Dust from roadway traffic, storage areas, or bulk stock piles shall be controlled within approved limits for visibility by application of hygroscopic materials, watering, or surface binders.

## 08.B. HOT SUBSTANCES

08.B.01. Heating devices or melting kettles shall be placed on a level, firm foundation and protected against traffic, accidental tipping, or similar hazard.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034362

INFORMATIONAL COPY ONLY

08.B.02. Inclosed areas in which hot substances are being heated or applied shall be ventilated.

08.B.03. A compatible fire extinguisher shall be available at all locations where heating devices or melting kettles are in use.

08.B.04. Heating devices or melting kettles when in use shall not be left unattended.

08.B.05. Bituminous-material melting kettles shall be provided with an effective lid or hood and a thermometer in operating condition.

08.B.06. Bituminous-material melting kettles shall not be used or operated inside of or on buildings, or within 25 feet of buildings or combustible material.

08.B.07. Ladles, equipment, and material shall be moisture-free before being used or placed in heated material.

08.B.08. Proper runways or passageways, clear of obstructions, shall be provided for all persons carrying hot substances.

08.B.09. Hot substances shall not be carried up or down ladders.

08.B.10. Hoisting gear used in handling hot substances shall be adequate for loads imposed and shall be securely and substantially braced and anchored.

08.B.11. Protection shall be provided against contact, radiant heat, glare, fumes, and vapors for all persons handling hot substances.

08.B.12. Buckets or vessels for handling of hot substances shall be substantially constructed and free from any soldered joints or attachments.

08.B.13. Containers used in the handling and transportation of hot substances shall not be filled higher than 4 inches from the top.

## 08.C. INSECTS—VERMIN—SNAKES

08.C.01. Protection against hazards involving insects, vermin, or snakes shall include the following controls as are pertinent:

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

18                                                    AGO 10009C

US_00034363

*a.* Boots, hoods, netting, gloves, masks, or other necessary personal protection.

*b.* Repellents.

*c.* Drainage or spraying of breeding areas.

*d.* Burning or destruction of nests.

*e.* Smudge pots and aerosols for protecting small areas.

*f.* Elimination of unsanitary conditions which propagate insects or vermin.

*g.* Extermination measures.

*h.* Inoculation.

*i.* Approved first aid remedies for affected employees.

*j.* Instruction in recognition and identification.

## 08.D. POISONOUS PLANTS

**08.D.01.** In areas where employees are exposed to poison ivy, oak, sumac, or other poisonous plants, the following protective measures, as pertinent shall be provided:

*a.* Where practicable, the plants shall be removed or destroyed.

*b.* Appropriate protective clothing, gloves, etc., shall be worn.

*c.* Protective ointments shall be provided.

*d.* Soap and water shall be available for washing exposed parts.

*e.* Approved first aid remedies shall be provided for treatment of affected skin areas.

*f.* Immunization treatments shall be provided.

*g.* Instruction in recognition and identification.

**08.D.02.** Care shall be exercised when burning poisonous plants to prevent contact with toxic elements contained in the smoke.

## 08.E POISONS, ACIDS, CAUSTICS AND HARMFUL CHEMICALS

**08.E.01.** All handling and use of poisons, acids, caustics, and harmful chemicals shall be under the supervision of a qualified person.

**08.E.02.** All storage shall be in accordance with the

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034364

INFORMATIONAL COPY ONLY

recommendations of the manufacturer and accessible only to authorized persons.

08.E.03. Disposal of surplus or excess materials and containers shall be by burial in a manner which will not contaminate or pollute water supply, ground water, or streams. Alternate methods assuring the same degree of control may be used with the approval of the government representative in charge.

08.E.04 Appropriate personal protective equipment and sanitary facilities shall be provided.

08.E.05. Containers which have been used for poisons shall not be used for any other material.

08.E.06. Distribution of economic poisons shall be planned and controlled to prevent contamination of people, animals, or food.

## 08.F. RADIOLOGICAL

08.F.01. Prior to the initial use or operation of a radiation machine or the storing, using, or handling of any radioactive material, the Government representative in charge shall be notified of such action, including a statement of the proposed location, nature and scope of such operation, use, or storage.

08.F.02. All radiation machines and radioactive materials shall be used, stored, handled, transported, or disposed of in such a manner that no person receives an unnecessary dose of radiation.

08.F.03. In the use or application of radioactive material, permissible doses, levels of radiation, concentrations, precautionary procedures, and disposal shall be within the limits and controls prescribed in Title 10, Code of Federal Regulations.

08.F.04. Operations involving radiation hazards shall be performed under the direction of a person designated as responsible for radiation safety, who shall conduct such surveys and evaluations, and secure such specialized assistance as required to assure compliance with radiation protection standards.

08.F.05. The determination of radiation dosage received

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034365

INFORMATIONAL COPY ONLY

by persons and the degree of hazard present in any situation shall be based upon nationally recognized guides and standards, such as the recommendations published in Handbook 59 of the National Bureau of Standards and the Safety Standards of the USAS.

08.F.06. The dose for an individual shall be considered to include all doses, from both internal and external sources from all types and energies of radiation, whether delivered simultaneously or successively, to the region of interest during the period of measurement.

08.F.07. Dosimetry shall be maintained on all persons exposed to radiation where the dosage can exceed one-fourth the permissible limits established. Instruments and dosimetry devices shall be of types which detect and provide for measurement, within an acceptable range of error, the accumulated dosage of all types of radiation to which personnel are exposed.

08.F.08. Records shall be maintained of the exposure of personnel to radiation in such a manner that accumulated exposure can be determined at a future date.

08.F.09. Persons under 18 years of age or pregnant women shall not be exposed to a dose in excess of that prescribed for the general public, and shall not be permitted in an area where there is a possibility for body intake of radioactive material from such sources as contamination or radio-chemical procedures.

08.F.10. Initial and periodic physical examinations shall be performed upon advice of medical and radiation protection authorities.

08.F.11. All cases of overexposure and suspected ingestion or inhalation shall be referred to a physician.

08.F.12. Any loss, theft, damage, or overexposure shall be reported to the Government representative in charge.

08.F.13. Transportation, interstate or intrastate, shall be within the requirements of the Interstate Commerce Commission Regulations for Transportation of Explosives and other Dangerous Articles.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034366

INFORMATIONAL COPY ONLY

# SECTION IX
# LIGHTING

## 09.A. GENERAL

**09.A.01.** Offices, workrooms, stairways, corridors, passageways, construction roads, and working areas shall be adequately lighted while work is in progress.

**09.A.02.** Where the use of artificial light is required, it shall be maintained until workmen have had an opportunity to leave the area.

**09.A.03.** The following intensities of light are minimum requirements. Where a Government representative in charge considers additional light intensities are required, he should so specify.

| Application | Lighting intensity (foot-candles) |
|---|---|
| Accessways—general outdoor | 3 |
| Automotive service | 30 |
| Concrete operation placement | 5 |
| Construction—general indoor | 10 |
| Construction—general outdoor | 3 |
| Docks and loading platforms | 5 |
| Excavation and fill areas | 3 |
| Exitways | 5 |
| Locker and dressing rooms | 10 |
| Mechanical equipment rooms | 10 |
| Refueling | 5 |
| Shops: | |
|     Fine work | 30 |
|     Medium work | 10 |
|     Rough work | 5 |
| Stockrooms | 10 |
| Storage rooms—active inside | 10 |
| Storage areas—active outside | 3 |
| Toilets and washrooms | 10 |
| Tunnels and general underground work areas | 3 |
| Warehouses | 5 |
| Welding | 30 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

22

AGO 10009C

US_00034367

**09.A.04.** INFORMATIONAL COPY ONLY Other required lighting intensities may be found in Practice for Industrial Lighting (USAS A11.1).

*Note.* In addition to providing the recommended intensity of light, consideration should be given to the selection and placement of lighting equipment that will provide—

a. Comfort without anoyance from direct glare.

b. Minimum reflected glare.

c. Efficiency for the purpose.

d. Elimination of harsh shadows.

e. Well-lighted vertical and oblique surfaces.

f. Economy and safety for cleaning and maintenance.

# SECTION X

## SIGNALS, WARNING SIGNS, AND SIGNALMEN

### 10.A. SIGNALS

**10.A.01.** A uniform signal system shall be used on all operations of similar nature (APP. B.)

**10.A.02.** Signals in use shall be posted at the operator's position, signal control points, and such other points as necessary to properly inform those concerned.

**10.A.03.** Where manual (hand) signals are used, only one person shall be designated to give signals to the operator. This signalman shall be located so he can see the load and is clearly visible to the operator at all times.

**10.A.04.** Manual (hand) signals may be used when the distance between the operator and signalman is not more than 60 feet. Radio, telephone, or a visual and audible electrically-operated system shall be used when the distance between signalman and operator is more than 60 feet.

**10.A.05.** Signal systems shall be protected against unauthorized use, breakage, weather, or interference. Any malfunction shall be cause to stop all motion.

**10.A.06.** For Marine signals see section XXVI.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034368

INFORMATIONAL COPY ONLY

## 10.B. SIGNALMEN

**10.B.01.** Only persons who are dependable and fully qualified by experience with the operations being directed shall be used as signalmen.

**10.B.02.** A signalman shall be provided when the point of operation is not in full and direct view of the vehicle, machine, or equipment operator. Exception shall be made only when an adequate mechanical signaling or control device is provided for safe direction of the operation.

**10.B.03.** A signalman or other appropriate controls shall be provided when operations or equipment on or adjacent to a highway create a traffic hazard.

**10.B.04.** Signalmen shall wear high-visibility gloves.

## 10.C. SIGNS

**10.C.01.** Warning signs shall be placed to provide adequate warning of hazards to workmen and the public. Signs shall be removed promptly when the hazards no longer exist.

**10.C.02.** The design and use of signs will be in conformance with the following standards:

*a.* Specifications for Industrial Accident Prevention Signs (USAS Z35.1).

*b.* Manual on Uniform Traffic Control Devices for Streets and Highways (USAS D6.1).

**10.C.03.** Traffic-control signs will conform to standard highway signs for shape, color, size, and location.

**10.C.04.** Danger signs shall be used only where an immediate hazard exists. The predominating color shall be red.

**10.C.05.** Caution signs shall used only to warn against potential hazards or to caution against unsafe practices. The predominating color shall be yellow.

**10.C.06.** Instructional safety signs shall be used for general safety instructions. The predominating color shall be green.

**10.C.07.** Fire exits, fire protection equipment locations, and physical hazards shall be identified in accordance with

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034369

Safety Color Code for Marking Physical Hazards and Indtification of Equipment (USAS Z53.1).

10.C.08. Other signs such as directional or informational signs shall be black and white.

10.C.09. Radiological warning signs shall conform with current requirements of Title 10, Part 20, Code of Federal Regulations.

10.C.10. Signs required to be seen at night shall be lighted.

## 10.D. WARNING MARKING AND LIGHTING FOR AIRFIELD CONSTRUCTION OPERATIONS

10.D.01. The contractor shall report to the Government representative in charge before initiating any work and shall notify the Government representative of proposed changes of locations and operations. The Government representative shall keep the airport owner or operator informed so necessary Notice to Airmen (NOTAMS) can be issued to reflect hazardous conditions.

10.D.02. Construction and storage areas affecting aircraft movement areas shall be outlined during the day by red flags and at night by low intensity battery-operated electric red flasher lights spaced every 200 feet or less.

10.D.03. Nothing shall be placed in the aircraft movement area without authority of the Government representative in charge.

10.D.04. Work shall be carried on in such a manner as to leave that portion of the aircraft movement area which is available to aircraft free of hazards, holes, material piles, or projecting shoulders.

10.D.05. Waste material shall be removed often enough to insure that it does not create a hazard. Debris deposited on any active portion of a runway, taxiway, or apron shall be removed continuously during the course of the work.

10.D.06. Effective control of vehicles required to enter or cross aircraft movement areas shall be established and maintained.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034370

INFORMATIONAL COPY ONLY

**10.D.07.** All vehicles operating in aircraft movement areas shall be identified by means of a flag on a staff attached to and flying above the vehicle. This flag will not be less than 3 feet square and will consist of a checkered pattern of international orange and white squares of not less than 1 foot on each side.

**10.D.08.** All idle construction equipment shall be removed to locations 750 feet or more from the center line of the runway.

**10.D.09.** Only those trenches for which material is on hand and ready for placing therein shall be opened. As soon as practicable after material has been placed and work approved, trenches shall be backfilled and compacted as required. In the meantime, all resulting hazardous conditions shall be marked and lighted.

**10.D.10.** When desirable to clearly identify vehicles for control purposes, letters or numbers may be prominently displayed on each side by use of tape or water soluble paint. The identifying symbol should be 8-inch minimum, block-type characters of a color easily read.

## 10.E WARNING SIGNS, PLANT AND EQUIPMENT

**10.E.01.** Warning Signs. Warning signs shall be placed on unattended Government-owned floating plant and land based heavy equipment accessible to the public. Signs to read as follows:

**DANGER**

**NO TRESPASSING**

**U.S. GOVERNMENT PROPERTY**

# SECTION XI

# MATERIALS HANDLING, STORAGE, AND DISPOSAL

## 11.A. GENERAL

**11.A.01.** All material in bags, containers, bundles, or stored in tiers shall be stacked, blocked, interlocked, and

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034371

INFORMATIONAL COPY ONLY

limited in height so that it is stable and otherwise secured against sliding or collapse.

**11.A.02.** Material stored inside buildings under construction shall not be placed within 6 feet of any hoistway, inside floor opening, or exterior wall which does not extend above top of the storage pile.

**11.A.03.** When any material is placed or encroaches upon access ways, it shall be located so as to present the least possible hazard to and interference with traffic and shall be adequately marked with proper warning signs, barricades, and light.

**11.A.04.** Flammable liquids and grease shall be stored in a NO SMOKING area and separated 50 feet from combustible construction or other stored materials.

**11.A.05.** A safety factor of four for static loading and a safety factor of six for live loading shall be maintained on all foundations, floors, or other structures where materials are stored.

**11.A.06.** Unauthorized persons shall be prohibited from entering storage areas.

**11.A.07.** No person shall be allowed in or on railroad cars while materials are being loaded or unloaded by crane, dragline, or power shovels except while hooking or unhooking loads. All persons shall be in a safe position while materials are being loaded or unloaded from railroad cars.

**11.A.08.** No person shall be in or on railroad cars while they are being moved.

**11.A.09.** Material shall not be stored on scaffolds or runways in excess of needs for normal placement operations, or in excess of safe load limits.

**11.A.10.** Metal strapping and wires shall be cut only with a cutter which securely grips the strap or wire on both sides of the cut.

## 11.B. LUMBER

**11.B.01.** Lumber shall be stacked level and be solidly supported.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034372

INFORMATIONAL COPY ONLY

SUPERSEDED

**11.B.02.** Lumber shall be so stacked as to be stable and self-supporting.

**11.B.03.** Used lumber shall have all nails withdrawn before it is stacked for storage.

## 11.C. CEMENT AND LIME

**11.C.01.** Bags of cement and lime shall not be stacked more than 10 bags high without setback, except when restrained by walls of appropriate strength.

**11.C.02.** The bags around the outside of the stack shall be placed with the mouths of the bags facing the center of the stack.

**11.C.03.** During unstacking, the entire top of the stack shall be kept nearly level and the necessary setback maintained.

## 11.D. BRICK

**11.D.01.** Brick shall be stacked on an even, solid surface.

**11.D.02.** Brick shall not be stored on scaffolds or runways in excess of normal supplies for immediate bricklaying operations or in excess of safe load limit.

**11.D.03.** Brick stacks shall not be more than 7 feet in height.

**11.D.04.** Unitized brick shall not be stacked more than 3 units in height.

## 11.E. FLOOR, WALL, AND PARTITION BLOCKS

**11.E.01.** Blocks shall be stacked in tiers on solid, level surfaces.

**11.E.02.** When blocks are stacked higher than 6 feet, the stack shall be set back, and secured to prevent toppling.

## 11.F. REINFORCING, SHEET, AND STRUCTURAL STEEL

**11.F.01.** Reinforcing steel shall be stored in orderly piles away from walkways and roadways.

**11.F.02.** Structural steel shall be securely piled to prevent members sliding off or the pile toppling over.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034373

INFORMATIONAL COPY ONLY

## 11.G. PIPE

**11.G.01.** Pipe shall be stacked and blocked so as to prevent spreading or rolling. Separate stacks will be made for each size.

**11.G.02.** Pipe, unless racked, shall not be stacked higher than 5 feet.

## 11.H. SAND, GRAVEL, AND CRUSHED STONE

**11.H.01.** In withdrawing sand, gravel, and crushed stone from stock piles, no overhanging or vertical face shall exist at any time.

**11.H.02.** Material dumped against walls or partitions shall not be stored to a height that will endanger the stability or exceed the resisting strength of such walls and partitions.

## 11.I. ROUND WOOD PILING OR POLES

**11.I.01.** Round wood piling or poles shall be stored in an orderly manner on a solid, level surface.

**11.I.02.** Either a pyramided stack or battened stack shall be used.

**11.I.03.** The lower tier of stacks shall have all piles or poles securely chocked to prevent lateral spread.

**11.I.04.** Where battened type of stack is used, the outside pile or pole shall be securely chocked.

**11.I.05.** Battened stacks shall be tapered back at least one pile or pole in each tier.

**11.I.06.** Unloading of round piling, poles, or pipe shall be done so that no person is required to be on the unloading side of the carrier after the tie wires have been cut or during the unlocking of the stakes.

## 11.J. HOUSEKEEPING

**11.J.01.** All stairways, passageways, gangways, and accessways shall be kept free of materials, supplies, and obstructions at all times.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

29

INFORMATIONAL COPY ONLY

SUPERSEDED

**11.J.02.** Loose or light material shall not be stored or left on roofs or floors that are not closed in, unless it is safely secured.

**11.J.03.** Tools, material, extension cords, hoses, or debris shall not be strewn about in manner which may cause tripping or other hazard.

**11.J.04.** Tools, material, and equipment subject to displacement or falling shall be adequately secured.

**11.J.05.** Empty bags having contained lime, cement, and other dust-producing material shall be removed from work areas daily.

**11.J.06.** Protruding nails in boards, planks, and timbers shall be removed, hammered in, or bent over flush with the wood.

## 11.K. DISPOSAL OF WASTE MATERIAL

**11.K.01.** All scrap lumber, waste material, and rubbish shall be collected and stored in piles or containers for regular, at least daily, removal and disposal.

**11.K.02.** Waste material and rubbish shall not be thrown from upper levels to lower levels or to the ground.

**11.K.03.** Chutes for debris shall be inclosed for their entire height.

# SECTION XII

# FIRE PREVENTION

## 12.A. GENERAL

**12.A.01.** Recommendations of National Fire Protection Association, and applicable regulations of the United States Coast Guard shall be complied with in situations not specifically covered in this section.

**12.A.02.** A survey of the suitability and effectiveness of fire prevention and protection measures and facilities existing at each project or installation shall be made at least annually. Records of the survey findings and recom-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034375

INFORMATIONAL COPY ONLY

mendations shall be retained on file at the project or installation.

12.A.03. The Government representative in charge shall designate those areas requiring a hot work permit.

12.A.04. Fires and open flame devices shall not be left unattended.

12.A.05. Smoking shall be prohibited in all areas where flammable, combustible, or similar hazardous materials are stored, except in those locations specifically provided for such purpose and approved by the Government representative in charge. NO SMOKING signs shall be posted in all prohibited areas.

12.A.06. Smoking or use of open flame equipment is prohibited on lock structures during lockages.

12.A.07. Lockage of vessels containing dangerous articles or flammable vapors shall not be made with any other craft. (See requirements 26.A.22 through 26.A.24.)

## 12.B. CLEANUP AND HOUSEKEEPING

12.B.01. All construction areas and storage yards shall be cleared of combustible materials before lumber or other combustible materials are delivered to the site.

12.B.02. All rubbish shall be cleared from buildings regularly, at least daily, and work areas shall be maintained free of accumulations of debris.

12.B.03. Designated burning areas shall be provided for the disposal of combustible waste materials.

12.B.04. Areas beneath and within ten feet of buildings shall be free of accumulation of debris and combustible vegetation.

12.B.05. All rags, waste, etc., soiled by combustible or flammable materials shall be placed in tightly closed metal containers for daily disposal.

## 12.C. SPACING

12.C.01. Separation of temporary buildings shall be as follows:

a. The minimum space between one-story nonfire-resistive buildings shall be 40 feet.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034376

INFORMATIONAL COPY ONLY

*b.* The minimum space between two-story frame buildings shall be 50 feet.

*c.* A group of buildings, the aggregate ground floor area of which does not exceed 2,000 square feet, shall be considered as one building for the above purpose.

*d.* Buildings other than nonfire-resistive shall comply with applicable recommendations of the National Fire Protective Association.

**12.C.02.** Fire lanes to provide access to all areas shall be established and maintained free of obstruction.

**12.C.03.** Lumber storage yards shall be divided into sections containing a maximum of 1 million feet board measure, with fire breaks of 50 feet between sections. Major lumber storage shall be maintained at a minimum distance of 100 feet from buildings or structures.

**12.C.04.** At least 10-foot clearance from buildings or structures shall be maintained for piles of lumber and other combustible materials to be used in the construction.

## 12.D. HEATING DEVICES AND SYSTEMS

**12.D.01.** All boilers, stoves, and other heating apparatus shall be installed in accordance with applicable National Fire Codes of the National Fire Protection Association.

**12.D.02.** Where smoke pipes from heating apparatus pass through combustible walls or roofs, properly insulated and ventilated sleeves or roof jacks shall be used.

**12.D.03.** All joints of smoke pipe shall be securely fastened together and supported to prevent accidental displacement or separation.

**12.D.04.** Spark arresters shall be provided on all smoke stacks or burning devices having forced drafts or short stacks permitting live sparks or hot materials to escape.

**12.D.05.** Only temporary heating devices which have been approved by the Government representative in charge shall be used. A positive operating procedure shall be established to assure the following controls:

*a.* Proper placement and servicing.

*b.* Safe clearance from combustible material.

*c.* Close surveillance.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034377

INFORMATIONAL COPY ONLY

*d.* Safe fuel storage and refueling.

*e.* Proper maintenance.

*f.* Determination of gaseous contamination or oxygen deficiency.

12.D.06. Heating devices of the open flame type having exposed fuel below the flame are prohibited.

## 12.E. FLAMMABLE AND COMBUSTIBLE LIQUIDS

12.E.01. All tanks, containers, and pumping equipment, portable or stationary, used for the storage or handling of flammable and combustible liquids, shall meet the recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

12.E.02. All storage, handling, or use of flammable and combustible liquids shall be under the supervision of qualified persons.

12.E.03. All sources of ignition shall be prohibited in areas where flammable liquids are stored, handled, and processed. Suitable warning and NO SMOKING signs shall be posted in all such areas.

12.E.04. Rubbish, brush, long grass, or other combustible material shall be kept from areas where flammable and combustible liquids are stored, handled, or processed.

12.E.05. Accumulation of flammable and combustible liquids on floors, walls, etc., is prohibited. All spills of flammable and combustible liquids shall be cleaned up immediately.

12.E.06. Flashlights and electric lanterns used in connection with the handling of flammable liquids shall be the type listed by the Underwriters' Laboratories, Inc, for hazardous areas.

12.E.07. Electrical lighting shall be the only means used for artificial illumination in areas where flammable liquids, vapors, fumes, dust, or gases are present. All electrical equipment and installations shall be in accordance with provisions of the National Electrical Code for hazardous locations. Globes or lamps shall not be removed

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034378

INFORMATIONAL COPY ONLY

or replaced nor shall repairs be made on the electrical circuit until the circuit has been deenergized.

12.E.08. All buildings, rooms, and compartments where flammable liquids are stored, processed, or used shall be properly ventilated.

12.E.09. Shipment of all flammable liquids, including intrastate shipments, shall be in containers approved for shipment of such materials and tagged or labeled in accordance with regulations of the Interstate Commerce Commission.

12.E.10. Drums, barrels, and other flammable liquid containers shall be kept tightly capped.

12.E.11. In buildings, shops, or rooms where flammable liquids are handled or stored, a self-closing metal refuse can shall be provided and maintained in good condition.

12.E.12. Flammable storage tanks and systems shall be electrically bonded and grounded.

12.E.13. Storage tanks shall be equipped with proper relief vents. Tank vents shall not be located close to open flames, stacks, heating apparatus, or any other source of ignition. Water drawoff valves shall be antifreeze type or insulated to prevent freezing.

12.E.14. Storage tanks above ground shall be diked or curbed, or other suitable means provided to prevent the spread of liquids in case of leakage in tank or piping. Such dike or curbed area shall have a capacity at least equal in volume to that of the largest tank plus 10 percent of all other tanks inclosed.

12.E.15. Dispensing outlets from tanks above ground shall be equipped with quick-closing or self-closing valves.

12.E.16. Buildings for the storage of flammable liquids or gases shall be of fire-resistant construction with protected wall openings and located at least 50 feet from adjoining buildings or structures. Buildings of combustible construction may be used when at least 100-foot clearances are provided. Buildings shall be properly ventilated.

12.E.17. Entrances to storage or process buildings shall

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034379

be kept under lock and key when not occupied. Only authorized persons shall be permitted to enter such buildings.

12.E.18. A ventilated metal cabinet shall be provided for the storage of more than a total of 10 gallons of flammable liquids in buildings used for other than storage or processing. Not more than a total of 50 gallons shall be stored in any one cabinet. No individual container shall exceed 5 gallons capacity. Containers must be of metal and kept tightly closed.

12.E.19. Tank cars or trucks shall be spotted accurately, and not loaded or unloaded until brakes have been set and wheels chocked.

12.E.20. Blue flag warning signs shall be clamped to the rails to warn train crews when tank cars are connected.

12.E.21. Tank cars or trucks shall be attended for the entire time they are being loaded or unloaded. Appropriate precautions shall be taken against fire or other hazards.

12.E.22. All tank cars and trucks shall be properly bonded and grounded while being loaded or unloaded. Bonding and grounding connections shall be made before dome covers are removed on cars and trucks and shall not be disconnected until such covers have been replaced. Internal vapor pressure shall be relieved before dome covers are opened.

12.E.23. All dispensing of flammable fluids from underground tanks, skid tanks, tank barges, or tank trucks shall be by approved pumping arrangement. This rule applies to containers of 55-gallon capacity or more.

12.E.24. Smoking or the use of open flames within 50 feet of where flammables are being used or transferred or where equipment is being fueled is prohibited.

12.E.25. Handling of all flammable liquids by hand containers shall be in approved type safety containers with flame arrestors.

12.E.26. Construction of processing and mixing rooms

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034380

INFORMATIONAL COPY ONLY

shall be in accordance with recommendations of the National Fire Protection Association.

12.E.27. All tanks, hoses, and containers involved shall be kept in metallic contact while flammable liquids are being transferred.

12.E.28. Workmen shall be required to guard carefully against any part of their clothing becoming contaminated with flammable or combustible fluids. They shall not be allowed to continue work when their clothing becomes so contaminated.

12.E.29. Lamps, lanterns, and heating devices shall be filled only in well-ventilated rooms free of open flames in the open air and shall not be filled in storage buildings.

12.E.30. No flammable liquid with a (closed cup test) flash point below 100° F. shall be used for cleaning purposes.

12.E.31. No flammable liquid with a (closed cup test) flash point below 100° F. shall be used to start or rekindle fires.

12.E.32. Equipment using flammable liquid fuel shall be shut down during refueling operations. This requirement may be waived for diesel fueled equipment serviced by a closed system with attachments designed to prevent spillage.

## 12.F. PAINTS AND PAINTING (FLAMMABLE)

12.F.01. Packages containing paints, varnishes, lacquers, thinners, or other volatile painting materials shall be kept tightly closed when not in actual use, and shall be stored in accordance with recommendations of the National Fire Protection Association.

12.F.02. Paint materials in quantities other than required for one day's use shall not be stored in buildings under construction and not more than a 2-day supply shall be stored on paint barges.

12.F.03. Unopened containers of paints, varnishes, lacquers, thinners, and other flammable paint materials shall be kept in a well-ventilated location, free of excessive heat, smoke, sparks, flame, or direct rays of the sun.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034381

INFORMATIONAL COPY ONLY

12.F.04. Paint-soiled clothing and drop cloth, when not in use, shall be stored in well-ventilated steel cabinets.

12.F.05. Paint scrapings and paint-saturated debris shall be removed daily from the premises.

12.F.06. Ventilation adequate to prevent the accumulation of flammable vapors to hazardous levels of concentration shall be provided in all areas where painting is done.

12.F.07. No smoking, open flame, exposed heating elements, or other sources of ignition of any kind shall be permitted in areas or rooms where spray painting is done.

12.F.08. Spray paint booths and equipment shall be in accordance with the recommendations of the National Fire Protection Association.

## 12.G. MISCELLANEOUS

12.G.01. Hazardous material such as acids, unslaked lime, carbide, aerosols, oakum, etc., shall be stored in separate detached weather-proof buildings or shelters.

12.G.02. Precautions shall be taken to protect form work and scaffolding from exposure to and spread of fire.

12.G.03. Insulating material with a combustible-vapor barrier shall be stored at least 25 feet from buildings or structures. Only the quantity required for one day's use shall be permitted in buildings under construction.

12.G.04. Low density fiber board, combustible insulation, or vapor barrier with a flame spread rating greater than 40 (UL, Inc.) shall not be installed.

12.G.05. Temporary inclosures shall be of flame-proof tarpaulins or material of equivalent fire-resistant characteristics.

12.G.06. All combustibles shall be shielded from the flames of torches used to cut or sweat pipe.

## 12.H. BURNING AREAS

12.H.01. All burning areas shall be established by approval of the Government representative in charge.

12.H.02. On contract operations, the contractor shall

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034382

INFORMATIONAL COPY ONLY

maintain constant knowledge of the degree of fire hazard by contact with agencies responsible for monitoring fire potential in the area of concern.

12.H.03. All burning shall be halted or prohibited during periods of high fire danger.

12.H.04. Sufficient force of men to properly control and patrol the burning operations shall be maintained until the last embers have been extinguished.

12.H.05. Bump blocks shall be provided where trucks back up to a fire or burning pit.

## 12.I. LIQUEFIED PETROLEUM GASES

12.I.01. Storage, handling, installation, and use of liquefied petroleum gases and systems shall be in accordance with recommendations of the National Fire Protection Association and the United States Coast Guard.

12.I.02. Liquefied petroleum gas containers and equipment shall not be used in unventilated spaces, below grade, in pits, below decks, and other such spaces where dangerous accumulations of heavier-than-air gas may accumulate due to leaks or equipment failure.

12.I.03. Equipment using liquefied petroleum gas shall be shut down during refueling operations.

12.I.04. Polyvinyl chloride tubing shall not be used in LP gas systems.

# SECTION XIII

# FIRE PROTECTION

## 13.A. FIRST AID FIRE PROTECTION

13.A.01. Fire extinguishers shall be provided and maintained in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

13.A.02. Extinguishers shall be suitably placed and distinctly marked and accessibility to them shall not be obstructed.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034383

INFORMATIONAL COPY ONLY

**13.A.03.** All extinguishers shall be inspected monthly. Service and maintenance shall be in accordance with appendix L.

**13.A.04.** Fire barrels and buckets shall be painted red, marked "For Fire Only" and the barrels kept filled at all times. Antifreeze protection shall be provided when necessary. Each fire barrel shall be provided with at least two fire buckets.

**13.A.05.** Woolen or asbestos fire blankets shall be provided and kept in conspicuous and easily accessible locations as warranted by the operations involved.

## 13.B. FIRE PATROLS

**13.B.01.** When watchmen or guards are provided, they shall make frequent rounds through buildings and storage areas during hours when work is suspended.

**13.B.02.** Watchman service shall be provided where 10 or more employees are quartered.

**13.B.03.** In any instance where combustible materials have been exposed to fire hazards, such as welding operations, hot metals, or open flame, a watcher shall be assigned to remain at the location for at least one hour after the exposure has ended.

## 13.C. WATER SUPPLY AND DISTRIBUTION

**13.C.01.** Water supply and distribution facilities for fire fighting purposes shall be provided and maintained in accordance with recommendations of National Fire Protection association or applicable United States Coast Guard regulations.

**13.C.02.** Where a water distribution system is required for the protection of buildings or other structures, water mains and hydrants shall be installed prior to or concurrently with the construction of the facilities. Until the permanent system is in operation, an equivalent temporary system shall be provided.

**13.C.03.** Vehicles, equipment, materials, and supplies shall not be placed in such a manner that access to fire hydrants and other fire fighting equipment is obstructed.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034384

INFORMATIONAL COPY ONLY

## 13.D. APPARATUS AND EQUIPMENT

**13.D.01.** Firefighting apparatus and equipment shall be provided and installed in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

**13.D.02.** No fire protection equipment or device shall be made inoperative or used for other purposes.

**13.D.03.** Inspections and tests of all mobile fire apparatus shall be conducted weekly to assure it is in satisfactory operating condition.

**13.D.04.** If fire hose connections are not compatible with local fire fighting equipment, adapters will be available.

## 13.E. FIRE ALARM DEVICES

**13.E.01.** A siren, telephone system, or other alarm arrangement suitable to the Government representative in charge, shall be provided on all projects. All alarms or systems shall be tested at least monthly.

**13.E.02.** Fire alarm devices shall be installed as soon as practicable.

## 13.F. FIRE FIGHTING ORGANIZATIONS, TRAINING, AND DRILLING

**13.F.01.** Fire fighting organizations shall be provided to assure adequate protection to life and property. National Fire Protection Association recommendations shall be used as criteria for determining type, size, and training of fire fighting organizations.

**13.F.02.** Where fire brigades are organized, drills shall be held to assure a well-trained and efficient operating force. Records of such drills shall be maintained at the installation.

**13.F.03.** Demonstrations and training in first aid fire fighting shall be conducted at intervals to insure that project personnel are familiar with and are capable of operating first aid fire fighting equipment.

## 13.G. MISCELLANEOUS

**13.G.01.** When unusual fire hazards exist or emergencies

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034385

develop, additional fire protection shall be provided as required by the Government representative in charge.

**13.G.02.** In situations where outside help is relied upon for fire protection, a definite written arrangement shall be made and a copy of such agreement shall remain on file in the office of the Government representative in charge.

**13.G.03.** Emergency telephone numbers and reporting instructions shall be conspicuously posted.

## SECTION XIV
## WELDING AND CUTTING

### 14.A. GENERAL

**14.A.01.** All welding and cutting apparatus, equipment, and operations shall be in accordance with standards and recommended practices of the American Welding Society, Safety in Welding and Cutting (USAS Z49.1) and the recommendations of the National Fire Protection Association.

**14.A.02.** Transformer-type electric welding apparatus shall comply with USAS C32.2 and shall be installed, maintained, and operated in accordance with requirements of the National Electrical Code.

**14.A.03.** Gas welding and cutting equipment shall be listed by Underwriters' Laboratories, Inc., Chicago, Ill., or by Factory Mutuals Laboratories, Boston, Mass.

**14.A.04.** All welding apparatus and equipment shall be inspected daily. Defective apparatus and equipment shall be removed from service, replaced, or repaired and reinspected before again being placed in service.

**14.A.05.** Each welding unit shall be equipped with a compatible fire extinguisher.

**14.A.06.** Compatible fire extinguishing equipment shall be provided in the immediate vicinity of the welding or torch operation whenever combustible material is exposed.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034386

**14.A.07.** Combustible material or construction shall be shielded from the heat, sparks, and slag of welding.

**14.A.08.** Workmen and the public shall be shielded from welding rays, flashes, sparks, molten metal, and slag.

**14.A.09.** Cable, hoses, and other equipment shall be kept clear of passageways, ladders, and stairways.

**14.A.10.** All hollow spaces, cavities, or containers shall be vented to permit the escape of air or gases before preheating, cutting, or welding.

**14.A.11.** No welding, cutting, or hot work shall be performed on used drums, barrels, tanks, or other containers without specific prior approval of the Government representative in charge.

**14.A.12.** Cylinders shall be kept beyond the range of sparks, hot slag, or flame.

**14.A.13.** Compressed gas cylinders shall be stored, handled, and used in accordance with section 21D.

## 14.B. GAS EQUIPMENT

**14.B.01.** Torch valves shall be closed and gas supply shut off whenever work is suspended.

**14.B.02.** The torch and hose shall be removed from confined spaces whenever work is suspended.

## 14.C. ELECTRIC EQUIPMENT

**14.C.01.** Switching equipment for shutting down the welding machine shall be provided on or near the welding machine.

**14.C.02.** The noncurrent carrying metal parts of electrically-driven welding machines shall be grounded.

**14.C.03.** Neither terminal of the welding generator shall be bonded to the frame of the welder.

**14.C.04.** Pipe lines containing gases or flammable liquids, or conduits carrying electrical conductors shall not be used for a ground return circuit.

**14.C.05.** The equipment shall be shut down when the leads are unattended.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034387

INFORMATIONAL COPY ONLY

14.C.06. Cables with splices or repaired insulation within 10 feet of the holder shall not be used.

14.C.07. Welding supply cables shall not be placed in proximity to power supply cables or other high-tension wires.

14.C.08. Welding leads shall not be permitted to contact metal parts supporting suspended scaffolds.

14.C.09. Circuits from welding machines used for other than welding tools shall be grounded.

# SECTION XV

# ELECTRICAL WIRING AND APPARATUS

## 15.A. GENERAL

15.A.01. All electrical wire, apparatus, and equipment shall be of a type listed by the Underwriters' Laboratories, Inc., or Factory Mutual Laboratories for the specific application.

15.A.02. All installations shall comply with the National Electrical Safety Code, National Electrical Code, or applicable United States Coast Guard regulations.

15.A.03. All work shall be performed by personnel familiar with code requirements and qualified for the class of work to be performed.

15.A.04. Live parts of wiring or equipment shall be effectively guarded to protect all persons or objects from harmful contact.

15.A.05. Transformer banks or high voltage equipment shall be protected from unauthorized access. Entrances not under constant observation shall be kept locked. Signs warning of high voltage and prohibiting unauthorized entrance shall be posted at entrances.

15.A.06. Gates or doors to inclosures for electrical equipment shall swing outward or provide clearance from installed equipment.

15.A.07. Built-up cross-over protection shall be provided

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034388

INFORMATIONAL COPY ONLY

in all cases where operations require passage of foot traffic or equipment over energized lines.

15.A.08. Circuits and equipment shall be de-energized before work is started and personnel protected by clearance procedures and grounding.

15.A.09. When it is necessary to work on energized lines and equipment, rubber gloves and other protective equipment or hotline tools shall be used.

15.A.10. Two or more men shall be assigned to work on overhead lines, in substation and power plants where the wiring is congested, where the work is at remote or isolated locations, at night, during inclement weather, or when handling of energized conductors or apparatus. One employee shall be delegated to watch the movements of the men doing the work so that he can warn them if they get dangerously close to live conductors and render assistance in case of an accident.

15.A.11. Temporary power lines, switch boxes, receptacle boxes, metal cabinets, and inclosures around equipment shall be plainly marked to indicate the maximum operating voltage.

15.A.12. Plugs and receptacles shall not be interchangeable between circuits with different voltage and current ratings.

15.A.13. Insulation mats or platforms of substantial construction and providing good footing shall be so placed on floors and on the frames of equipment having exposed live parts that the operator or persons in the vicinity cannot touch such parts unless standing on the mats, platforms, or insulated floors.

15.A.14. All circuits shall be protected against overload.

## 15.B. DISCONNECT AND OVERCURRENT PROTECTION

15.B.01. Switches, fuses, and automatic circuit breakers shall be plainly marked, labeled, or arranged to afford ready identification of circuits or equipment supplied through them.

15.B.02. Switches shall be of the inclosed safety type,

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034389

INFORMATIONAL COPY ONLY

with inclosures grounded, and installed so as to minimize the danger of accidental operation.

15.B.03. Fuse cabinets shall be provided with close-fitting doors which can be locked.

15.B.04. Switches or breakers shall be provided with a means for locking in the off-position during maintenance periods.

15.B.05. Fuses and circuit breakers shall be of the proper rating for the circuit protected.

15.B.06. A readily accessible, manually-operated switch shall be provided for each incoming service or supply circuit.

15.B.07. Switches, circuit breakers, fuse panels, and motor controllers in wet locations or outside shall be inclosed in a weather-proof inclosure or cabinet.

## 15.C. GROUNDING

15.C.01. All electrical circuits shall be grounded in accordance with the requirements of the National Electrical Code and the National Electrical Safety Code.

15.C.02. Ground shall be provided for noncurrent carrying metallic parts of such equipment as generators, switches, motor controller cases, fuse boxes, distribution cabinets, frames, tracks, and motors of electrically operated cranes, electric elevators, metal frames of nonelectric elevators to which electric conductors are attached, and other electric equipment, and metal inclosures around equipment.

15.C.03. Portable and semi-portable electrical tools and equipment shall be grounded by the use of a multiconductor cord having an identified grounding conductor and a multicontact polarized plug-in receptacle.

15.C.04. Semi-portable equipment, floodlights, and work lights shall be grounded. The protective ground of such equipment should be maintained during the moving unless supply circuits thereto are de-energized.

15.C.05. Tools protected by an approved system of double insulation, or its equivalent, need not be grounded. Double

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034390

INFORMATIONAL COPY ONLY

insulated tools shall be positively and distinctly marked and listed by the Underwriters' Laboratories Inc., or Factory Mutual Laboratories.

## 15.D. TEMPORARY WIRING

15.D.01. Temporary wiring shall be guarded or isolated by elevation to prevent accidental contact by workmen or equipment.

15.D.02. Vertical clearance above walkways shall be not less than 10 feet for circuits carrying 600 volts or less.

15.D.03. Wires with weather-proof insulation shall not be inclosed in metal raceways or used for wiring in tanks, penstock, and tunnels.

15.D.04. Wires shall be insulated from their supports.

15.D.05. Temporary festoon lighting strings shall be made up with cords having lamp sockets and connections protected by insulating coverings.

15.D.06. Temporary wiring installed in conduit shall have bushings at all outlets and terminals.

15.D.07. Extension cords shall be of a type listed by the Underwriters' Laboratories for the purpose in which they are used.

15.D.08. Bulbs attached to extension cords shall be protected by wire guards.

15.D.09. When temporary wiring is used in tanks or other confined spaces, an approved type switch, properly identified and plainly marked, shall be provided at or near the entrance to such spaces for cutting off the current in emergencies.

15.D.10. Exposed empty light sockets and broken bulbs shall not be permitted.

## 15.E. OVERHEAD LINES

15.E.01. Overhead transmission and distribution lines shall be carried on towers and poles which provide safe clearances over roadways and structures.

15.E.02. All electric power or distribution lines shall be placed underground in areas where there is extensive

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034391

INFORMATIONAL COPY ONLY

SUPERSEDED

use of equipment having the capability of encroachment on the clear distances specified in 15.E.08.

**15.E.03.** Clearances shall be adequate for the movement of vehicles and for the operation of construction equipment.

**15.E.04.** Protection of outdoor trolleys and portable cables rated above 600 volts for supplying power to movable construction equipment such as gantry cranes, mobile cranes, shovels, etc., shall conform to National Electric Safety Code requirements.

**15.E.05.** When it is necessary to transport machinery or equipment under overhead lines in a manner that encroaches on specified clearances, the job shall be scheduled so the lines can be de-energized.

**15.E.06.** Plant shall not be sited or placed within 20 feet of overhead transmission or distribution lines.

**15.E.07.** Operations adjacent to overhead lines shall not be initiated until the governing utilities authorities have been notified and the operations coordinated therewith.

**15.E.08.** Operations adjacent to overhead lines are prohibited unless one of the following conditions is satisfied:

*a.* Power has been shut off and positive means taken to prevent the lines from being energized.

*b.* Equipment or any part thereof does not have the capability of coming within the following minimum clearances from energized overhead lines. Equipment has been positioned and blocked to assure no part thereof including cables can come within the following minimum clearances:

| Power lines nominal system kv | Minimum required clearance |
|---|---|
| Under 69 | 10 feet. |
| 69 | 12 feet. |
| 115–161 | 15 feet. |
| 230–285 | 20 feet. |
| 345 | 25 feet. |
| 500 | 35 feet. |

A notice of the minimum required clearance shall be posted at the operator's position.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034392

INFORMATIONAL COPY ONLY

15.E.09. Any time it is necessary to operate boom-type equipment where there is a capability of encroachment on the specified clearances, the boom shall be equipped with an insulating cage guard and an insulating link shall be installed on the load line.

# SECTION XVI
# HAND TOOLS AND POWER TOOLS

## 16.A. GENERAL

16.A.01. All hand tools shall be kept in good repair and used only for the purpose for which designed.

16.A.02. Tools having defects that will impair their strength or render them unsafe for use shall be removed from service.

16.A.03. When work is being performed overhead, tools not in use shall be secured or placed in holders.

16.A.04. Throwing tools or materials from one location to another, from one employee to another, or dropping them to lower levels, shall not be permitted.

16.A.05. Only nonsparking tools shall be used in locations where sources of ignition may cause a fire or explosion.

16.A.06. Tools requiring heat treating shall be tempered, formed, dressed, and sharpened by workmen who are experienced in these operations.

16.A.07. Power tools shall be inspected, tested, and determined to be in safe operating condition prior to use. Continued periodic inspections shall be made to assure safe operating condition and proper maintenance.

16.A.08. Power tools shall be operated only by designated personnel.

16.A.09. Rotating or reciprocating portable power tools shall be equipped with constant pressure switch that will shut off the power when the tool is released by the operator.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

48                                                    AGO 10009C

US_00034393

INFORMATIONAL COPY ONLY

**16.A.10.** The use of cranks on hand-powered winches or hoists is prohibited unless the hoists or winches are provided with load brakes designed to be self-holding. Hand wheels without projecting spokes, pins, or knobs shall be used.

**16.A.11.** Portable power nailing and stapling tools shall be operable only when held against the work surface with a force of at least five pounds more than the weight of the fully-loaded tool. In addition, it shall be necessary to operate a trigger or switch for each fastener driven. These two actions shall be separate.

## 16.B. GRINDING TOOLS

**16.B.01.** Use, care, and protection of abrasive wheels shall be in accordance with USAS B7.1.

**16.B.02.** Work or tool rests shall not be adjusted while grinding wheel is in motion.

**16.B.03.** Tool rests on power grinders shall not be more than one-eighth inch distance from the wheel.

**16.B.04.** Cracked or damaged grinding wheels shall be destroyed.

**16.B.05.** Grinding wheels shall not be operated in excess of their rated safe speed.

## 16.C. POWER SAWS

**16.C.01.** Circular saws shall be equipped with guards that automatically and completely inclose the cutting edges.

**16.C.02.** Cracked, bent, or damaged blades shall be destroyed.

**16.C.03.** Power saws shall not be left running unattended.

**16.C.04.** Radial arm power saws shall be equipped with an automatic brake.

**16.C.05.** The table of radial arm or swing saws shall extend beyond the leading edge of the saw blade.

## 16.D. PNEUMATIC TOOLS

**16.D.01.** Safety clips or retainers shall be installed and

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

49

US_00034394

INFORMATIONAL COPY ONLY

maintained on pneumatic impact tools to prevent dies and tools from being accidentally expelled from the barrel.

16.D.02. Pressure shall be shut off and exhausted from the line before disconnecting the line from any tool or connection.

16.D.03. Safety lashing shall be provided at connection between tool and hose, and at all quick makeup-type connections.

16.D.04. Air hose shall be pressure-rated by the manufacturer and this pressure shall not be exceeded. Defective hose shall be removd from service.

16.D.05. Hose shall not be laid over ladders, steps, scaffolds, or walkways in such a manner as to create a tripping hazard.

16.D.06. The use of compressed air for blowing dirt from hands, face, or clothing is prohibited.

## 16.E. EXPLOSIVE ACTUATED TOOLS

16.E.01. Explosive actuated tools and their use shall conform to the requirements of Safety Requirements for Explosive Actuated Tools (USAS A10.3) except where modified herein.

16.E.02. Explosive actuated tools shall be used, operated, repaired, serviced, and handled only by authorized personnel. Authorized persons are those who have been trained and certified by the manufacturer or his authorized representative in the safe use and servicing of the particular tool in question and permission to operate on a specific work site has been granted by the Government representative in charge.

16.E.03. The use of explosive actuated tools is prohibited in explosive or flammable atmospheres.

16.E.04. The tool operator shall wear safety goggles or other approved face and eye protection.

16.E.05. Explosive actuated tools and the charges shall be secured at all times to prevent unauthorized possession.

16.E.06. All tools shall be so constructed as not to be operable other than against a work surface with a force

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034395

INFORMATIONAL COPY ONLY

at least 5 pounds greater than the total weight of the tool.

16.E.07. The firing mechanism of all tools shall be so constructed that the tool cannot fire during loading or preparation to fire, or if the tool is dropped while loaded.

16.E.08. Firing of the tool shall be dependent upon at least two separate and distinct operations of the operator, with the final firing movement being separate from the operation of bringing the tool into the firing position.

16.E.09. Driving into soft or easily penetrable materials is prohibited unless they are backed by a substance that will prevent the pin or fastener from passing completely through and creating a flying missile hazard on the other side.

16.E.10. Explosive actuated tools shall be inspected, thoroughly cleaned, and tested after each 1,000 fastenings. Daily inspection, cleaning, and testing is recommended.

16.E.11. High velocity explosive actuated tools shall be used only for those applications where low velocity tools will not meet the job requirements. A high velocity tool is defined as a tool which propels or discharges a fastener at velocities in excess of 300 feet per second when measured at 6.5 feet from the muzzle.

16.E.12. Explosive actuated tools shall not be used in reinforced concrete when the fastener will strike the reinforcing.

# SECTION XVII
# ROPES, SLINGS, AND CHAINS

## 17.A. GENERAL

17.A.01. The use of ropes, slings, and chains shall be in accordance with the safe usage recommendations of the manufacturer and recommendations of the equipment manufacturer when used in conjunction therewith.

17.A.02. All hooks used to support human loads or loads that pass over workmen shall be closed or moused.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034396

INFORMATIONAL COPY ONLY

**17.A.03.** The use of open hooks is prohibited in rigging to lift any load where there is danger of relieving the tension on the hook due to the load or hook catching or fouling.

**17.A.04.** All eye splices shall be made in approved manner and rope thimbles of proper size shall be fitted in the eye, except that in slings, the use of thimbles shall be optional.

**17.A.05.** Hooks, shackles, rings, pad eyes, and other fittings that show excessive wear or that have been bent, twisted, or otherwise damaged shall be removed from service. Excessive wear is defined as the condition where the original strength has been reduced by 20 percent.

**17.A.06.** Running lines located within 6 feet 6 inches of the ground or working level shall be boxed off, guarded, or the area restricted.

**17.A.07.** Hoisting hooks rated at 10 tons or larger shall be provided with a handle or other means for safe handling.

## 17.B. SLINGS

**17.B.01.** Slings, their fittings and fastenings, when in use, shall be inspected daily by a qualified craft person for evidence of overloading, excessive wear, or damage. Excessive wear is that condition where the original strength has been reduced by 20 percent.

**17.B.02.** Defective slings shall be removed from service.

**17.B.03.** Proper storage shall be provided for slings while not in use.

**17.B.04.** Protection shall be provided between the sling and sharp, unyielding surfaces of the load to be lifted.

## 17.C. WIRE ROPE

**17.C.01.** Wire rope shall be inspected by a competent person at the time of installation and at scheduled intervals thereafter.

**17.C.02.** Wire rope shall be removed from hoisting and load-carrying service when one of the following conditions exists:

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034397

INFORMATIONAL COPY ONLY

*a.* In running lines when 12 randomly distributed broken wires in one rope lay, or 4 broken wires in one strand in one rope lay. A rope lay is the distance in which one strand makes one complete turn around the rope.

*b.* Abrasion, scrubbing, or peening causing loss of more than one-third of the original diameter of the outside wires.

*c.* Evidence of corrosion.

*d.* Kinking, crushing, bird caging, or other damage resulting in distortion of the rope structure.

*e.* Reduction from nominal diameter of more than $\frac{3}{64}$ inch for diameters up to and including $\frac{3}{4}$ inch; $\frac{1}{16}$ inch for diameters $\frac{7}{8}$ inch to $1\frac{1}{8}$ inch; $\frac{3}{32}$ inch for diameters $1\frac{1}{4}$ inch to $1\frac{1}{2}$ inch.

*f.* Evidence of any heat damage from any cause.

*g.* One or more broken wires in the valleys.

17.C.03. When one broken wire, rust, or corrosion is found adjacent to socket or end fitting, wire rope shall be removed from service or resocketed. Special attention shall be given to the inspection of end fittings on boom support, pendant, and guy ropes.

17.C.04. Wire rope removed from service due to defects shall be cut up or plainly marked as being unfit for further use on cranes, hoists, or other load-carrying service.

17.C.05. The ratio between the rope diameter and the drum, block, sheave, or pulley tread diameter shall be such that the rope will adjust itself to the bend without excessive wear, deformation, or injury.

17.C.06. In no case will the safe diameters of drums, blocks, sheaves, or pulleys be reduced in replacement of such items unless compensating changes are made for rope used and safe loading limits.

17.C.07. Drums, sheaves, and pulleys shall be smooth and free of surface defects liable to injure rope.

17.C.08. Drums, sheaves, or pulleys having eccentric bores or cracked hubs, spokes, or flanges shall be removed from service.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer activ
Distribution is limited to USACE for historical reference only.

US_00034398

INFORMATIONAL COPY ONLY

17.C.09. Connections, fittings, fastenings, parts, etc., used in connection with ropes shall be of good quality and of proper size and strength, and shall be installed in accordance with recommendations of the manufacturer.

17.C.10. Wire rope clips attached with U-bolts shall have the U-bolts on the dead or short end of the rope. The U-bolt nuts shall be retightened immediately after initial load carrying use and at frequent intervals of time thereafter.

17.C.11. When a wedge socket type of fastening is used, the dead or short end of the rope shall be clipped with U-bolt or otherwise made secure against loosening.

### 17.D. CHAINS

17.D.01. Chains used in load carrying service shall be inspected before each initial use and weekly thereafter.

17.D.02. Chains shall be normalized or annealed periodically as recommended by the manufacturer.

17.D.03. Chains shall be removed from service when showing evidence of cracks, nicks, lifting of any link weld, more than 10 percent elongation of any link or section, or when wear of 20 percent of the diameter of any link has occurred.

### 17.E. FIBER ROPE

17.E.01. Frozen fiber rope shall not be used.

17.E.02. Fiber rope that has been subjected to acids or excessive heat shall not be used for load carrying purposes.

17.E.03. Fiber rope shall be protected from abrasion by padding where it is fastened or drawn over square corners or sharp or rough surfaces.

# SECTION XVIII
# MACHINERY AND MECHANIZED EQUIPMENT

### 18.A. GENERAL

18.A.01. Before any machinery or mechanized equipment

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034399

INFORMATIONAL COPY ONLY

is placed in use, it shall be inspected and tested by a competent mechanic and certified to be in safe operating condition. Records of tests and inspections shall be maintained at the site and shall be available on request to the government representative in charge.

18.A.02. Inspections and tests shall be made at scheduled intervals to assure safe operating condition.

18.A.03. Preventive maintenance procedures recommended by the manufacturer shall be followed.

18.A.04. Any machinery or equipment found to be unsafe shall be deadlined and its use prohibited until unsafe conditions have been corrected.

18.A.05. Inspections or determinations of road conditions and structures shall be made in advance to assure that clearances and load capacities are safe for the passage or placing of any machinery or equipment.

18.A.06. Machinery and mechanized equipment shall be operated only by designated personnel.

18.A.07. Riding on equipment or loads is prohibited.

18.A.08. Getting off or on any equipment while it is in motion is prohibited.

18.A.09. Machinery or equipment requiring an operator shall not be permitted to run unattended.

18.A.10. Equipment shall be locked or secured to prevent starting by unauthorized persons.

18.A.11. Machinery or equipment shall not be operated in a manner that will endanger persons or property, nor shall the safe operating speeds or loads be exceeded.

18.A.12. All machinery and equipment shall be shut down and positive means taken to prevent its operation while repairs or manual lubrications are being done.

18.A.13. All repairs on machinery or equipment shall be made at a location which will provide protection from traffic for repairmen.

18.A.14. Heavy machinery, equipment, or parts thereof which are supended or held apart by use of slings, hoists, or jacks shall also be substantially blocked or cribbed

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034400

INFORMATIONAL COPY ONLY

before men are permitted to work underneath or between them.

18.A.15. Bulldozer scraper blades and loader buckets shall be lowered to rest when not in use.

18.A.16. No guard, safety appliance, or device shall be removed from machinery or equipment, or made ineffective except for the purpose of making immediate repairs, lubrications, or adjustments, and then, only after the power has been shut off.

18.A.17. All guards and devices shall be replaced immediately after completion of repairs and adjustments.

18.A.18. Suitable protection against the elements, falling or flying objects, swinging loads, and similar hazards shall be provided for operators of all machinery or equipment. If glass is used as windshields or in cabs, when furnished, it shall be "safety glass." Broken or cracked glass shall be replaced immediately.

18.A.19. All bulldozers, tractors, or similar equipment used in clearing operations shall be provided with substantial guards, shields, canopies, and grills to protect the operator from falling and flying objects as appropriate to the nature of the clearing operations undertaken.

18.A.20. Crawlers and rubber tired tractors, self-propelled pneumatic tired earth movers, water tank trucks, and similar equipment shall be equipped with steel canopies and seat belts for the protection of operators from the hazards of rollover. (Level, smooth, and firm terrain does not present a rollover hazard.) This protection shall be in addition to the provisions of 18.A.18 and 18.A.19. Canopy and supporting attachments shall be designed, fabricated, and attached to the frame in a manner to support not less than two times the weight of the prime mover, based on the ultimate strength of the metal and integrated loading of supporting members with the resultant load applied at the point of impact. The design objective shall be to prevent crushing of operators during rollover. There shall be a vertical clearance of 52 inches from the deck to the canopy where the operator enters or leaves the seat.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

56

AGO 10009C

US_00034401

INFORMATIONAL COPY ONLY

shall be provided where there is danger to persons from moving equipment, swinging loads, buckets, booms, etc.

**18.A.22.** Highway operated equipment shall be equipped with turn signals.

**18.A.23.** All machinery or equipment and material hoists operating on rails, tracks, or trolleys shall have positive stops or limiting devices either on the equipment, rails, tracks, or trolleys to prevent overrunning safe limits and shall be equipped with overspeed devices.

**18.A.24.** Stationary machinery and equipment shall be placed on a firm foundation and secured before being operated.

**18.A.25.** All points requiring lubrication during operation shall have fittings so located or guarded to be accessible without hazardous exposure.

**18.A.26.** All mobile equipment shall have adequate headlights and taillights when operating in hours of darkness.

**18.A.27.** Service or maintenance equipment which will be parked or moving slower than normal traffic on haul roads at night shall have a yellow flashing light mounted to be visible from all directions.

**18.A.28.** Mobile type equipment shall have a braking system or systems capable of stopping and holding the equipment fully loaded from operating speed on any grade of operation.

**18.A.29.** Heavy duty haulage equipment shall, in addition to the service braking system, have an emergency brake system. The emergency brake system shall automatically stop the equipment upon failure in the service brake system. The system shall also be manually operable from the driver's position.

**18.A.30.** Electric wheel and rubber tired haulage equipment not equipped with an effective parking brake shall have the wheels chocked to prevent movement in any direction whenever the equipment is parked.

**18.A.31.** Operators shall leave the cab while equipment

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer activ
Distribution is limited to USACE for historical reference only.

US_00034402

INFORMATIONAL COPY ONLY

is being loaded when exposed to danger from suspended or overhead loading equipment or methods.

18.A.32. Mechanized equipment shall be shut down prior to and during fueling operations. Closed systems with automatic shut off which will prevent spillage if connections are broken may be used to fuel diesel powered equipment.

18.A.33. All towing devices used on any combinations of equipment shall be structurally adequate for the weight drawn and securely and properly mounted.

18.A.34. Persons shall not be permitted to get between a towed and towing piece of equipment until the towing equipment has been stopped.

18.A.35. All machinery or equipment operating on rails, tracks, or trolleys shall be provided with substantial track scrapers or track clearers, effective in both directions on each wheel or set of wheels.

## 18.B. GUARDING AND SAFETY DEVICES
GENERAL

18.B.01. Reverse Signal Alarm. All self-propelled construction equipment, except light service trucks, panels, pickups, station wagons, crawler-type cranes, power shovels, and draglines, whether moving alone or in combination, shall be equipped with a reverse signal alarm. Alarm shall be audible and sufficiently distinct to be heard under prevailing conditions. Alarm shall operate automatically upon commencement of backward motion. Alarm may be continuous or intermittent (not to exceed 3-second intervals) and shall operate during the entire backward movement.

18.B.02. The use of reverse signal alarms shall be in addition to prescribed requirements for signalmen.

18.B.03. All belts, gears, shafts, pulleys, sprockets, spindles, drums, flywheels, chains, or other reciprocating, rotating, or moving parts of equipment shall be guarded as such parts are exposed to contact by persons or other-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034403

INFORMATIONAL COPY ONLY

**18.B.04.** All hot surfaces of equipment, including exhaust pipes or other lines, shall be guarded or insulated to prevent injury and fire.

**18.B.05.** Fuel tanks shall be located in a manner which will not allow spills or overflows to run onto engine, exhaust, or electrical equipment.

**18.B.06.** Exhaust or discharges from equipment shall be so directed that they do not endanger persons or obstruct view of operator.

**18.B.07.** All equipment having a drop type skip pan shall be provided with guards on both sides and open end of the skip pan area to prevent persons from walking under skip while in elevated position.

**18.B.08.** Platforms, footwalks, steps, handholds, guardrails, and toeboards shall be provided on machinery and equipment to provide safe footing and accessways.

**18.B.09.** Equipment shall be provided with suitable working platforms, guard rails, and hand grabs when attendants or other employees are required to ride for operating purposes outside the operator's cab or compartment. Platforms and steps shall be of nonskid material.

**18.B.10.** Substantial overhead protection shall be provided for the operators of fork lifts and similar material handling equipment.

**18.B.11.** Hand operated power equipment such as power mowers, flails, floor finishers, power screeds, and grinders shall have guards that contact the operator's foot before the operating head or blade.

## 18.C. HOISTING EQUIPMENT GENERAL

**18.C.01.** All hoisting equipment shall satisfactorily complete a performance (operating) test when placed in service on a project. Test shall be repeated prior to unusual or critical lifts, and after alteration, modification, or reassembly, and at least every six months. Test records shall be made a part of the official project file.

**18.C.02.** All modifications, extensions, replacement parts, or repairs of equipment shall maintain at least the same factor of safety as the original designed equipment.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034404

INFORMATIONAL COPY ONLY

**18.C.03.** All drums on load-hoisting equipment shall be equipped with proper dogs, pawls, or other positive locking devices.

**18.C.04.** Braking equipment capable of stopping, lowering, and holding a load of at least the full test load shall be provided.

**18.C.05.** Load rating plates shall be attached to all load-hoisting equipment in view of the operator.

**18.C.06.** At no time shall a crane be loaded in excess of the manufacturer's rating except during overload tests.

**18.C.07.** There shall be at least two full wraps of cable on the drums of hoisting equipment at all times.

**18.C.08.** Riding on loads, hooks, hammers, buckets, or material hoists is prohibited.

**18.C.09.** While hoisting equipment is in operation, the operator shall not be permitted to perform any other work, and he shall not leave his position at the controls until the load has been safely landed or returned to ground level.

**18.C.10.** Tag lines for controlling loads shall be used wherever practicable.

**18.C.11.** A standard signal system shall be used on all hoisting equipment (APP B).

**18.C.12.** Whenever a slack line condition occurs, prior to further operations, the proper seating of the rope in the sheaves and on the drum shall be checked.

**18.C.13.** Crane booms shall be lowered to ground level or secured against displacement by wind loads or other outside forces.

## 18.D. CRAWLER, TRUCK, AND WHEEL MOUNTED CRANES

**18.D.01.** Performance test of crawler, truck, and wheel mounted cranes shall demonstrate the strength, stability, capability, and adequacy of power, brakes, clutches, and controls to safely maneuver 125 percent of the anticipated load.

**18.D.02.** Auxiliary load-handling devices such as buck-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034405

INFORMATIONAL COPY ONLY

ets, magnets, load rails, slings, load blocks, hooks, and pile-driver leads shall be included as part of the load.

18.D.03. On all cranes, devices shall be attached between equipment frame and boom chords controlling vertical motion of boom with a gradually increasing resistance without impact and limiting vertical rise of boom to not more than 88° above the horizontal.

18.D.04. Means shall be provided for the operator to visually determine the levelness of the crane.

## 18.E. PORTAL, HAMMERHEAD, AND TOWER CRANES

18.E.01. Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes and clutches, and controls to safety maneuver 125% of the anticipated load.

18.E.02. Traveling cranes shall be equipped with a warning device that will sound continuously while crane is traveling.

18.E.03. Track riding cranes shall be provided with substantial rail scrapers or track clearers at each end of the tracks which shall be effective in both directions of travel.

18.E.04. Cranes shall be equipped with a load limiting device which will effectively prevent overloading beyond the manufacturer's ratings at any load, boom radius, and counterweight position.

## 18.F. PEDESTAL MOUNTED CRANES AND DERRICKS

18.F.01. Pedestal mounted cranes and derricks shall have foundations sized to resist the manufacturer's rated load plus 50 percent.

18.F.02. Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes, clutches, and controls to safely maneuver 133 percent of the anticipated load.

18.F.03. Load-radius chart and boom angle or radius indicator shall be provided within operator's view.

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034406

**INFORMATIONAL COPY ONLY**

SUPERSEDED

**18.G.**

**18.G.01.** Barge mounted cranes, designed and constructed as a unit, shall be rated by the manufacturer.

**18.G.02.** All other barge mounted cranes shall be on barges of sufficient size to limit list under load to about 5 degrees.

**18.G.03.** Work shall be halted if significant wave action should exist.

**18.G.04.** Load-radius chart and boom angle or radius indicator shall be provided within operator's view.

**18.G.05.** Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes and clutches, and controls to safely maneuver 150 percent of the anticipated load.

**18.G.06.** Truck and crawler cranes shall be securely attached to the barge. When stability of barge is not a factor, and control barriers are provided, limited travel may be authorized.

## 18.H. ELEVATORS, PASSENGER AND FREIGHT

**18.H.01.** Elevators shall be designed, constructed, inspected, tested, and maintained in accordance with the Safety Code for Elevators, Dumbwaiters, and Moving Walks (USAS A17.1).

**18.H.02.** Positive protection shall be provided to prevent persons or objects from falling into shaftway.

**18.H.03.** Safe accessways shall be provided for servicing and inspection of hoist towers and equipment.

## 18.I. WORKMEN'S HOISTS

**18.I.01.** Workmen's hoists shall be designed, constructed, inspected, tested, and maintained in accordance with the Safety Requirements for Workmen's Hoists (USAS A10.4).

## 18.J. MATERIAL HOISTS

**18.J.01.** Material hoists shall be designed, constructed, inspected, tested, and maintained in accordance with Safety Requirements for Material Hoists (USAS A10.13).

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034407

INFORMATIONAL COPY ONLY

SUPERSEDED

**18.J.02.** Towers, shaftways, and cars of material hoists shall be constructed of sound material capable of sustaining the maximum load to be imposed with a factor of safety of at least five.

**18.J.03.** Cars or platforms of all hoisting equipment shall be equipped with broken cable safety devices.

**18.J.04.** All towers shall rest on solid foundations, be plumb, and well-guyed or otherwise strongly anchored in four directions at the top and at least every 30 feet in height.

**18.J.05.** Hoist platforms or cars shall have all unused sides inclosed and the roof shall be constructed of material strong enough to afford protection from falling objects.

**18.J.06.** The roof may be hinged in sections to provide for hoisting of long material.

**18.J.07.** Hoist towers shall be inclosed on all sides for their entire height with a wire screen inclosure, formed of not less than No. 16 U.S. gage wire with openings not exceeding 1½-inch mesh securely fastened to the tower structure, with openings formed onto each floor level.

**18.J.08.** Not more than one cage or bucket shall be operated at the same time by any one hoisting machine or operator.

**18.J.09.** Each electric motor driven hoist shall be provided with an electro-mechanical automatic motor brake or an electrical device to automatically hold the load in case of power failure.

## 18.K. PILEDRIVERS

**18.K.01.** The width of hulls for floating piledrivers shall not be less than 45 percent of the height of lead above the water. Operating deck of floating piledrivers shall be so guarded as to prevent piles which are being hoisted into driving position from swinging in over the deck.

**18.K.02.** Dogs on piledriver hoist drums that automatically disengage either by relieving the load or rotating the drum shall be prohibited.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034408

INFORMATIONAL COPY ONLY

**18.K.03.** A safety lashing shall be provided for all hose connections to piledriver hammers, pile ejectors, or jet pipes.

**18.K.04.** Hanging or swinging leads of piledrivers shall have fixed ladders. Employees shall be prohibited from remaining on leads or ladders while pile is being driven.

**18.K.05.** Fixed piledriver leads shall be provided with decked landings having guard rails, intermediate rails, and toe boards. Fixed ladders or stairs shall be provided for access to landings and head blocks.

**18.K.06.** Landing or leads shall not be used for storage of any kind.

**18.K.07.** Piledriver leads shall be provided with stop blocks to prevent the hammer from being raised against head block.

**18.K.08.** Pilehammers shall be lowered to bottom of leads while piledriver is being moved.

**18.K.09.** Suitable guys, outriggers, thrustouts, counterbalances, or rail clamps shall be provided as necessary to maintain stability of piledriver rigs.

**18.K.10.** Taglines shall be used for controlling "unguided piles" and "flying hammers."

**18.K.11.** Hoisting of steel piling shall be done by use of a closed shackle or other positive means of attachment that will prevent accidental disengagement.

**18.K.12.** Swinging or hanging leads shall be lowered to the ground and detached from the crane while the crane is being moved.

**18.K.13.** If piling cannot be pulled without exceeding the load rating of equipment, a pile extractor shall be used.

**18.K.14.** When pulling piling, crane booms shall not be raised more than 60° above the horizontal.

**18.K.15.** Piling shall not be pulled by tipping the crane, releasing the load brake momentarily, and catching the load before the crane has settled.

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034409

INFORMATIONAL COPY ONLY

## 18.L. WOODWORKING MACHINERY

**18.L.01.** The safety Code for Woodworking Machinery (USAS 0 01.1) shall govern the installation, operation, and maintenance of woodworking machinery.

**18.L.02.** A brush shall be provided for the removal of sawdust, chips, and shavings on all woodworking machinery.

**18.L.03.** The power control for each machine shall be located to prevent accidental startings and to enable the operator to cut off the power without leaving his operating position.

**18.L.04.** Circular ripsaws shall be provided with hood guard, splitter, and antikickback device. All circular saws shall be provided with hood guards.

**18.L.05.** Blades of planers and jointers shall be fully guarded and have cylindrical heads with throats in the cylinder.

**18.L.06.** A push-stick, block, or other safe means shall be used on all operations close to high-speed cutting edges.

**18.L.07.** All swing cutoff and radial saws or similar machines which are drawn across a table shall be equipped with limit stops to prevent the leading edge of the tool from traveling beyond the edge of table.

**18.L.08.** Bandsaw blades shall be fully inclosed except at point of operation.

**18.L.09.** Bandsaws and other machinery requiring warmup for safe operation shall be permitted to warm up before being put into operation whenever the temperature is below 45° F.

**18.L.10.** The use of cracked, bent, or otherwise defective parts such as saw blades, cutters, and knives is prohibited.

## 18.M. CONVEYORS, CABLEWAYS, AND RELATED EQUIPMENT

**18.M.01.** The Safety Code for Conveyors, Cableways, and Related Equipment (USAS B20.1) shall govern the design, installation, operation, and maintenance of con-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034410

INFORMATIONAL COPY ONLY

veyors and conveying machinery except as modified herein.

18.M.02. Safe accessways shall be provided to permit essential inspection, lubrication, repair, and maintenance operations.

18.M.03. On all conveyors where reversing or runaway presents a hazard, "antirunaway" or "backup" stops or other safeguards shall be installed to protect persons and property from injury and damage.

18.M.04. At all points along conveyor, excepting at points where loads are removed from or placed on a conveyor where a conveyor discharges to or receives material from another conveyor, suitable sideboards shall be provided unless other provisions are made to eliminate the possibility of loads or material being dislodged from the conveyor.

18.M.05. Crossovers or underpasses with proper safeguards shall be provided for passage over or under all conveyors. Crossing over or under conveyors, except where safe passageways are provided, is prohibited.

18.M.06. Whenever conveyors pass adjacent to, or over, working areas, roadways, highways, railroads, or other public passageways, suitable protective guards shall be installed. These guards shall be designed to catch and hold any load or material that may fall off or become dislodged from the system.

18.M.07. Riding on conveyors is prohibited.

18.M.08. All conveyors shall be equipped with emergency stopping devices.

18.M.09. Where conveyors are operated in tunnels, pits, and similar inclosures, ample room shall be provided to allow safe accessway and operating space for all workmen.

18.M.10. Tunnels, pits, and similar inclosures shall be provided with adequate drainage, lighting, ventilation, and emergency stop controls, guards, and escapeways wherever it is necessary for persons to work in or enter such areas.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034411

INFORMATIONAL COPY ONLY

**18.M.11.** Conveyor tunnels under stock piles of materials shall be open at both ends.

**18.M.12.** All openings to hoppers, chutes, bins, or hazardous areas shall be protected to prevent unauthorized entry or persons from stepping or falling into them.

**18.M.13.** A log shall be maintained for each cableway in which all inspections, lubrications, maintenance activities, and repairs to cableway will be recorded. All log entries shall be signed by the responsible person performing the activity.

**18.M.14.** A daily inspection shall be made of all cableway components.

**18.M.15.** All running cables and moving gear on cableways shall be lubricated daily.

**18.M.16.** No other persons shall be permitted in the control console compartment with the operator while he is operating a cableway.

**18.M.17.** The operating control compartment shall be kept locked when the cableway is in use.

**18.M.18.** At least two systems of communication and control shall be continuously maintained between the signalman and the cableway operator. This dual system shall include voice communication by telephone and radio. Lights or bells may be included with or substituted for one of the voice systems.

**18.M.19.** Whenever a dual communication system cannot be maintained, the operator shall lock out cableway controls.

**18.M.20.** Cableway carriage platforms shall be equipped with handrails, intermediate rails, and toeboards. All open areas between handrails and toeboards shall be protected with wire mesh.

**18.M.21.** Only authorized inspection and maintenance personnel shall be permitted to ride cableway carriages.

**18.M.22.** Riding of cableway load blocks shall not be permitted.

**18.M.23.** Buckets or loads suspended by cableway load

his document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034412

INFORMATIONAL COPY ONLY

lines shall not be drifted from the perpendicular by any powered means.

**18.M.24.** No personnel shall be transported by cableway.

# SECTION XIX

# MOTOR VEHICLES

### 19.A. GENERAL

**19.A.01.** Definition. The term "Motor Vehicle" as used in this section and hereafter referred to as a vehicle shall mean any vehicle propelled by a self-contained power unit and vehicles designed to be towed by a vehicle having a self-contained power unit, except a vehicle designed for use on railways or other trackage, or equipment designed for exclusive use off the highway.

**19.A.02.** Every person regularly or occasionally operating a motor vehicle shall have in his possession at all times while operating such vehicle a permit, valid for the equipment being operated.

**19.A.03.** No vehicle shall be placed in service until it has been inspected by a mechanic and found to be in safe operating condition.

**19.A.04.** All vehicles shall be inspected on a scheduled maintenance program.

**19.A.05.** Vehicles found to be in unsafe operating condition shall be removed from service, repaired or replaced, and reinspected before being placed in service again.

**19.A.06.** All vehicles or combination of vehicles, if operated between sunset and sunrise, shall be equipped with the following lights:

    *a.* Two headlights, one on each side.

    *b.* At least one red taillight and one red or amber stop light.

    *c.* Directional signal lights both front and back.

**19.A.07.** All vehicles, except trailers or semitrailers having a gross weight of 5,000 pounds or less, shall be equipped with service brakes and hand-operated parking

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

68

AGO 10009C

US_00034413

INFORMATIONAL COPY ONLY

brakes. Service and parking brakes shall be adequate to control the movement of, to stop, and to hold the vehicle under all conditions of service. Service brakes on trailers and semitrailers shall be controlled from the driver's seat of the prime mover.

19.A.08. Braking systems on every combination of vehicles shall be so designed as to be in approximate synchronization on all wheels and developing the required braking effort on the rearmost wheels first. Such design shall also provide for application of the brakes by the driver of the prime mover from his cab. Exceptions to this are vehicles in tow by approved tow bar hitch.

19.A.09. Every motor vehicle shall be equipped with a speedometer, a fuel gage, and an adequate audible warning device in proper operating condition.

19.A.10. Every vehicle shall have a windshield and shall be equipped with a windshield wiper.

19.A.11. Every vehicle shall be equipped with a defrosting and defogging device.

19.A.12. All vehicles shall be equipped with a rear view mirror or mirrors.

19.A.13. Cabs, cab shields, and other protection shall be provided on all vehicles to protect the driver from the elements and falling or shifting materials.

19.A.14. Nonslip surfaces shall be provided on steps of all vehicles.

19.A.15. Glass in windshields, windows, and doors shall be safety glass.

19.A.16. Cracked or broken glass shall be replaced.

19.A.17. All towing devices used on any combinations of vehicles shall be structurally adequate for the weight drawn and securely and properly mounted.

19.A.18. A locking device shall be provided on every fifth wheel mechanism and tow bar arrangement which will prevent the accidental separation of towed and towing vehicles.

19.A.19. Every full trailer shall be coupled with safety chains or cables to the towing vehicle. Such chain or cable

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034414

INFORMATIONAL COPY ONLY

shall be adequate to prevent the separation of the vehicles in the event of failure of the tow bar.

**19.A.20.** All dump trucks shall be equipped with a holding device to prevent accidental lowering of the body while maintenance or inspection work is being done.

**19.A.21.** All hoist levers shall be secured to prevent accidental starting or tripping of the mechanism.

**19.A.22.** Trip handles for tailgates on all dump trucks shall be arranged to keep the operator in the clear.

**19.A.23.** All vehicles shall be equipped with a power-operated starting device.

**19.A.24.** All buses, trucks, and combinations of vehicles with a carrying capacity of 1½ tons or over, when operated on public highways, shall be equipped with emergency equipment required by applicable State laws but not less than:

    *a.* One red flag not less than 12 inches square, with standards, and 3 flares or 3 red lanterns, or 3 electric lanterns or reflective markers which shall be available for immediate use in case of emergency stops.

    *b.* Two wheel chocks for each vehicle or each unit of a combination of vehicles.

**19.A.25.** The exhaust fumes of vehicles shall be controlled in such a manner that they will present no hazards to the operator, attendants, or other occupants.

## 19.B. OPERATING RULES

**19.B.01.** No vehicle shall be driven at a speed greater than is reasonable and proper, with due regard for weather, traffic, intersections, width and character of the roadway, type of motor vehicle, and any other existing condition. The operator must at all times have the vehicle under such control as to be able to bring it to a complete stop within the assured clear distance ahead.

**19.B.02.** Headlight beams shall be depressed when approaching other vehicles.

**19.B.03.** No vehicle shall be driven on a down grade with gears in neutral or clutch disengaged.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034415

INFORMATIONAL COPY ONLY

19.B.04. Every vehicle, upon approaching a railroad crossing or drawbridge, shall be driven at such a speed as to permit stopping before reaching the nearest track or the edge of the draw and shall proceed only if the course is clear.

19.B.05. No vehicle shall be stopped, parked, or left standing on any highway or adjacent thereto in such a manner as to endanger other vehicles using such highway.

19.B.06. No vehicle shall be left unattended until after the motor has been shut off, the key removed (unless local regulations prohibit), parking brake securely set, and gear engaged in low, reverse, or park. If stopped on a hill or grade, front wheels shall be turned or hooked into the curb or the wheels securely chocked.

19.B.07. All vehicles carrying loads which project beyond the sides or more than 4 feet beyond the rear of the vehicle shall carry a red light at or near the end of the projection at night or whenever atmospheric conditions are such that it is necessary. At other times, a red flag not less than 12 inches square shall be used.

19.B.08. Employees shall not be permitted to get between a towed and towing vehicle except when hooking or unhooking.

19.B.09. No vehicle or combination of vehicles hauling unusually heavy loads or equipment shall be moved until the driver has been provided with required permits, the correct weights of the vehicles and load, and a designated route to be followed.

19.B.10. The operators of vehicles shall make certain that the way is clear before backing or maneuvering except when directed by a signalman.

19.B.11. Operators of vehicles transporting personnel, explosives, flammables, or toxic substances shall come to a full stop at railroad crossings or drawbridges and shall not proceed until the course is clear, provided, however, that a full stop shall not be required at a streetcar crossing within a business or residential district nor at a railroad grade crossing or drawbridge protected by a

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034416

INFORMATIONAL COPY ONLY

watchman or traffic officer on duty or by a traffic signal giving a positive indication to approaching vehicles to proceed.

**19.B.12.** When a bus, truck, or truck-trailer combination is disabled or parked on the traveled portion of a highway or the shoulder adjacent thereto, red flags shall be displayed during the daytime and reflectors, flares, or electric lights at night. An exception may be made in residential or business sections of municipalities.

## 19.C. TRANSPORTATION OF PERSONNEL

**19.C.01.** The number of passengers in passenger-type vehicles shall not exceed the number which can be seated.

**19.C.02.** Trucks being used to transport personnel shall be equipped with a seating arrangement securely anchored, a rear endgate, and guardrail. Steps or ladders, for mounting and dismounting, shall be provided.

**19.C.03.** Bodies of dump trucks shall be made fast to chassis while being used to transport personnel. They shall be securely fastened by a chain or equivalent in addition to the normal locking device of dumping mechanism.

**19.C.04.** All tools and equipment shall be guarded, stowed, and secured when transported with personnel.

**19.C.05.** Under no circumstances shall any person be permitted to ride with arms or legs outside of truck body, in a standing position on the body, or on running boards or seated on side fenders, cabs, cab shields, rear of truck, or on the load.

**19.C.06.** All vehicles transporting personnel during cold or inclement weather shall be inclosed.

**19.C.07.** No explosives, flammable materials (excepting normal fuel supply), or toxic substances shall be transported in vehicles while carrying personnel.

**19.C.08.** No vehicle transporting personnel shall be moved until the driver has ascertained that all persons are seated and the required guardrails and rear endgates are in place or doors closed.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034417

INFORMATIONAL COPY ONLY

**19.C.09.** Getting on or off any vehicle while it is in motion is prohibited.

## 19.D. FUELING

**19.D.01.** All motor vehicles shall be shut down prior to and during fueling operations.

## 19.E. LOADING

**19.E.01.** Drivers of trucks and similar vehicles shall leave the cab while vehicle is being loaded when exposed to danger from suspended or overhead loading equipment or methods.

**19.E.02.** No vehicle shall be so loaded as to obscure the driver's view ahead or to either side or to interfere in any manner with the safe operation of such vehicle.

**19.E.03.** No part of the load shall extend beyond the sides of the vehicle, except under unavoidable circumstances and then such warnings shall be provided and precautions taken to prevent endangering passing traffic or damage to the conveying vehicle.

**19.E.04.** The load on every vehicle shall be properly distributed, chocked, tied down, or otherwise secured.

**19.E.05.** No vehicle shall be driven with a load overhanging the rear or sides until proper warning flags or lights are in place and the driver has ascertained that required vehicle lights or reflectors are not obscured.

## SECTION XX

## AIRCRAFT

## 20.A. GENERAL

**20.A.01.** All non-military aircraft used in the United States shall be duly registered and licensed by Federal Aviation Agency or a comparable governing body of foreign or international authority as appropriate for use outside the United States.

**20.A.02.** Aircraft operators shall be qualified as

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034418

INFORMATIONAL COPY ONLY

commercial pilots with instrument rating in accordance with Federal Aviation Agency regulations.

20.A.03. Nonmilitary planes shall be equipped with two-way radio and instrument landing system.

# SECTION XXI

# PRESSURIZED EQUIPMENT AND SYSTEMS

## 21.A. GENERAL

21.A.01. Pressurized equipment and systems shall be inspected and tested before being placed in service, after alteration or modification, and at not more than six-month intervals. Permanent installations shall be inspected and tested at least annually.

21.A.02. As a minimum performance test, the equipment and system shall be subjected to at least the overpressure for actuating a properly adjusted safety relieving device. The reliability of gages, relieving and control devices shall be demonstrated.

21.A.03. Safety relief valve setting not more than 10 percent over working pressure is recommended. In no case shall the safety relief valve be set higher than the maximum allowable working pressure of the receiver or the system.

21.A.04. Any pressurized equipment or system found to be in an unsafe operating condition shall be tagged at the controls—"Out of Service, Do Not Use," and its use prohibited until unsafe conditions have been corrected.

21.A.05. Pressurized equipment shall be operated and maintained only by qualified and designated personnel.

21.A.06. No safety appliance or device shall be removed or made ineffective except for the purpose of making immediate repairs, or adjustments, and then only after the pressure has been relieved and the power shut off.

21.A.07. Repairs or adjustment to equipment under pressure shall require a safe clearance procedure.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034419

INFORMATIONAL COPY ONLY

21.A.08. The discharge from safety valves, relief valves, and blowoffs shall be located so that they do not constitute a hazard to workmen.

21.A.09. Master valves and controls shall be so located or equipped to permit operation from floor level or provided with safe access.

21.A.10. All pressurized equipment and systems shall be equipped with an approved type pressure gage.

21.A.11. Approved type safety or relief valves shall be provided on all pressurized equipment and systems. The relieving capacity of safety valves shall be enough to limit the system to 10 percent above the maximum allowable working pressure.

21.A.12. No valve shall be placed between the pressure vessel or generating equipment, and a safety or relief valve.

21.A.13. No valve shall be placed between the relief valve and the atmosphere.

21.A.14. Safety or relief valves, after being adjusted, shall be sealed.

21.A.15. When the pressure registers above the maximum allowable working pressure on the gage without the relief valve operating, the pressure gage shall be checked immediately. If such check indicates that the relief valve is inoperative, the equipment shall be removed from service until the relief valve has been adjusted or replaced.

21.A.16. Piping shall meet the requirements of the Code for Pressure Piping (USAS B31.1).

21.A.17. Pressurized manually held utilization equipment, subject to whipping or rotation if released, shall be provided with an automatic shut-off or control of the dead man type.

21.A.18. Safety lashings shall be provided at connections between tools and hoses, at all quick makeup connections, and at connections in lines not secured in place. If the system contains devices to detect and stop excess flow, the lashings may be omitted.

21.A.19. All pressurized cylinders actuating boom, out-

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034420

INFORMATIONAL COPY ONLY

riggers, or other load supporting appliances shall be equipped with pilot check valves, holding valves, or positive mechanical locks to prevent movement in case of failure in the pressure system.

## 21.B. COMPRESSED AIR AND GAS EQUIPMENT AND SYSTEMS

21.B.01. Air receivers shall be constructed in accordance with the ASME Code for Unfired Pressure Vessels.

21.B.02. All safety valves used shall be constructed, installed, and maintained in accordance with the ASME Code for Unfired Pressure Vessels.

21.B.03. Compressors and related equipment shall be located to provide safe access to all parts of the equipment for operation, maintenance, and repairs.

21.B.04. Safety appliances, such as safety valves, indicating devices, and controlling devices, shall be constructed, located, and installed so that they cannot be readily rendered inoperative by any means, including the elements.

21.B.05. A speed governor, independent of the unloader, shall be installed on all air compressors (including those driven by series-wound direct-current motors) except electric motor driven.

21.B.06. If the air compressor is engine or turbine driven, an auxiliary control to the governor shall be installed to prevent racing when the unloader operates.

21.B.07. Every air compressor shall automatically stop its air-compressing operation before the discharge pressure exceeds the maximum working pressure allowable on the weakest portion of the system.

21.B.08. If this automatic mechanism is electrically operated, the actuating device shall be so designed and constructed that the electrical contact or contacts cannot lock or fuse in a position that will cause the compressor to continue its air-compressing operation.

21.B.09. Provision shall be made to exclude flammables, toxic gases, vapors, or dusts from the compressor, and to

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034421

INFORMATIONAL COPY ONLY

prevent steam, water, or waste of any sort being blown or drawn into the compressor intake.

21.B.10. No valve shall be installed in the air intake pipe to an air compressor with an atmospheric intake.

21.B.11. The air discharge piping from the compressor to the air receiver shall be at least as large as the discharge opening on the air compressor.

21.B.12. If a stop valve is installed between the compressor and the receiver, spring-loaded safety valves shall be installed between the air compressor and the stop valve. The total capacity of such safety valves shall be sufficient to limit pressure in the air discharge piping to 10 percent above the working pressure of the piping.

21.B.13. Stop valves shall preferably be of the gate type. If a globe valve is used, it shall be so installed that the pressure is under the seat and that the valve will not trap condensation.

21.B.14. Provision shall be made in the system for expansion and contraction, and to counteract pulsation and vibration.

21.B.15. Piping shall be equipped with traps or other means for removing liquid from the lines.

21.B.16. Air discharge piping shall be installed to eliminate possible oil pockets.

21.B.17. A stop valve shall be installed between the air receiver and each piece of stationary utilization equipment at a point convenient to the operator.

21.B.18. A stop valve shall be installed at each outlet to which an air hose may be attached.

21.B.19. Air receivers shall be installed so that all drains, handholes, and manholes are easily accessible.

21.B.20. Air receivers should be supported with sufficient clearance to permit a complete external inspection and to avoid corrosion of external surfaces.

21.B.21. Under no circumstances shall an air receiver be buried underground or located in an inaccessible place.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034422

INFORMATIONAL COPY ONLY

**21.B.22.** The receiver should be located to keep the discharge pipe as short as possible.

**21.B.23.** The receiver should be located in a cool place to facilitate condensation of moisture and oil vapors.

**21.B.24.** A drain valve shall be installed at the lowest point of every air receiver to provide for the removal of accumulated oil and water.

**21.B.25.** Adequate automatic traps may be installed in addition to drain valves.

**21.B.26.** The drain valve on the air receiver shall be opened and the receiver completely drained often enough to prevent the accumulation of excessive amounts of liquid in the receiver.

**21.B.27.** No tool change or repair work shall be done until the stop valve in the air line supplying the equipment is closed.

**21.B.28.** Soapy water or any suitable non-toxic, non-inflammable solution may be used for cleaning the system.

**21.B.29.** Hose and hose connections used for conducting compressed air to utilization equipment shall be designed for the pressure and service to which they are subjected.

## 21.C. BOILERS AND SYSTEMS

**21.C.01.** Provisions of the ASME Boiler Construction Code shall apply in the construction, operation, maintenance, and inspection of steam boilers and pressure vessels.

**21.C.02.** Inspection shall be made to assure that all safety devices affecting operating of the firing equipment are installed in such a location that they cannot be isolated from the heat sourced by the closing of a valve.

**21.C.03.** When any boiler is being placed in service or restored to service after repairs to control circuits or safety devices, an operator will be in constant attendance until controls have functioned through several cycles and equipment has been fully placed in service.

**21.C.04.** Fired pressure vessels operating at a pressure

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034423

INFORMATIONAL COPY ONLY

in excess of 15 pounds per square inch shall be inspected annually for conformity with rules to which built.

21.C.05. Boilers which have undergone major structural repairs or which have been relocated during the 12 calendar months for which certification has been made shall be reinspected and a new certificate posted before being put into operation.

21.C.06. Fusible plugs shall be provided on all boilers other than those of the water tube type, and shall be replaced at inspection.

21.C.07. When necessary to renew fusible plugs between inspections, a written report covering the circumstances and giving make and heat number of plugs removed and inserted shall be forwarded to the responsible boiler inspector.

21.C.08. All boilers shall be equipped with approved type water columns, gage glass, and try cocks.

21.C.09. Gage glasses and water columns shall be guarded.

21.C.10. When shutoffs are used on the connections to a water column, they shall be approved locking or sealing type.

21.C.11. All boilers shall be equipped with approved blowoff cocks or valves.

21.C.12. Blowoff cocks shall be operated at least once a day.

21.C.13. The blowoff line shall be arranged so that leakage can be observed by the operator.

## 21.D. COMPRESSED GAS CYLINDERS

21.D.01. Compressed gas cylinders shall be constructed, inspected, and tested in accordance with Interstate Commerce Commission requirements.

21.D.02. All Government-owned cylinders shall be color coded and the gas contained identified by name in accordance with Military Standard 101A, Color Code for compressed gas cylinders.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034424

INFORMATIONAL COPY ONLY

**21.D.03.** Cylinders shall be stored in well-ventilated locations.

**21.D.04.** Cylinders containing the same gas shall be stored in a segregated group. Empty cylinders shall be stored in the same manner.

**21.D.05.** Cylinders in storage shall be separated from flammable or combustible material by at least 40 feet or by a fire resistive partition.

**21.D.06.** Cylinders containing oxygen or oxidizing gases in storage shall be separated from cylinders containing fuel gases by at least 40 feet or a fire resistive partition.

**21.D.07.** No smoking shall be allowed wherever cylinders are stored.

**21.D.08.** Areas containing toxic gas in storage shall be appropriately placarded.

**21.D.09.** Cylinders shall be protected from extremes of temperature, physical damage, and electric current.

**21.D.10.** Cylinder valves shall be closed when cylinders are in storage, in transit, not in use, or empty.

**21.D.11.** Cylinder valve caps shall be in place when cylinders are in storage, in transit, and whenever regulator is not in place.

**21.D.12.** All compressed gas cylinders in service shall be secured in substantial fixed or portable racks or hand trucks. Compressed gas cylinders transported by crane, hoist, or derrick shall be transported in cradles, nets, or skip pans, and never by slings, chains, or magnets.

**21.D.13.** Upright cylinders shall be adequately secured against displacement.

**21.D.14.** Acetylene cylinders shall be in an upright position when in use.

**21.D.15.** Valve wrench or wheel shall be in operating position when cylinder is in use.

**21.D.16.** Cylinders shall be used only for designed purpose of containing a specific compressed gas.

**21.D.17.** Cylinders shall be handled in a manner which will not weaken or damage the cylinder or valve.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

INFORMATIONAL COPY ONLY

**21.D.18.** Leaking cylinders shall be moved to an isolated location out of doors. Valve shall be cracked and gas allowed to escape slowly. Keep personnel and all sources of ignition away. Cylinder shall be tagged "Defective."

**21.D.19.** Cylinders containing different gases shall not be bled simultaneously in close proximity of each other.

**21.D.20.** Bleeding of cylinders containing toxic gases shall be accomplished only under the direct supervision of qualified personnel.

**21.D.21.** Oxygen or compressed gases shall not be used as a substitute for compressed air.

**21.D.22.** Electric magnets or direct slings shall not be used for handling cylinders.

**21.D.23.** Oxygen cylinders and fittings shall be kept away from oil or grease. Cylinders, cylinder valves, couplings, regulators, hose, and apparatus shall be kept free from oil or greasy substance and shall not be handled with oily hands or gloves. Oxygen shall not be directed at oil surfaces, greasy clothes, or within a fuel oil or other storage tank or vessel.

# SECTION XXII

# RAMPS, RUNWAYS, PLATFORMS, AND SCAFFOLDS

## 22.A. GENERAL

**22.A.01.** All temporary trestles, ramps, scaffolds, and similar load-bearing structures shall be designed, constructed, and maintained with a safety factor of not less than 4.

**22.A.02.** Scaffolds, platforms, or temporary floors shall be provided for all work except that which can be done safely from the ground or other substantial footing.

**22.A.03.** Ladders shall be used as work platforms only when use of small hand tools or handling of light material is involved. No work requiring lifting of heavy

his document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034426

INFORMATIONAL COPY ONLY

materials or substantial exertion shall be done from ladders.

**22.A.04.** Safe means of access shall be provided to all work areas.

**22.A.05.** Scaffolds, platforms, runways, floors, etc., shall be kept free of ice, snow, grease, mud, or any other material or equipment which will render them unsafe or hazardous to persons using them.

**22.A.06.** Where walkways and work surfaces are slippery, abrasive material shall be used to assure safe footing.

**22.A.07.** The width of all scaffolds, ramps, runways, and platforms shall be determined by the purpose for which built but in no case shall they be less than 18 inches. They shall be of sufficient width to eliminate a congested condition of workmen and/or materials and equipment and shall provide unobstructed passageway for supplying materials and movement of workmen consistent with the work being performed.

**22.A.08.** All scaffolds or working platforms of any nature shall be securely fastened to the building or structure, or, if independent of the building, shall be braced or guyed to prevent sway.

**22.A.09.** The use of working platforms or scaffolds for the support of an outrigger boom, hoist, well pulley, or any other device or equipment used for hoisting materials will be permitted provided the platform or scaffold supports, and the individual member to which each device is attached, are reinforced or strengthened and braced to withstand the additional loads imposed upon them.

**22.A.10.** Lumber used in the construction of ramps, runways, platforms, temporary floors, and scaffolds shall be of good quality, reasonably straight-grained, free of shakes, checks, splits, cross grains, unsound knots or knots in groups, decay and growth characteristics, or any other condition which will materially decrease the strength of the material.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034427

**22.A.11.** Horses, squares, or frames shall be limited to 5 feet in height, and width shall not be less than height.

**22.A.12.** Not more than three tiers of horses, frames, or squares shall be permitted in any scaffolds nor used as a substitute for scaffolds.

**22A.13.** Spacing between horses, frames, or squares shall not be greater than 8 feet.

**22.A.14.** Lean-to and prop-scaffolds are prohibited.

**22.A.15.** The supporting members shall be placed on a firm, rigid, smooth foundation of a nature that will prevent lateral displacement.

**22.A.16.** Masonry blocks, brick, or tile shall not be used as scaffold footing or supports.

**22.A.17.** Nails shall be driven full length, and the quantity and size used shall be determined by values in pounds for each size and materials being used as applied to the total load to be supported.

**22.A.18.** Planking used as working surfaces on runways, platforms, ramps, or scaffolds shall be uniform in thickness, and be laid not more than three-eighths inch apart.

**22.A.19.** Planking shall be supported or braced to prevent excessive spring or deflection and secured and supported sufficiently to prevent loosening, tipping, or displacement.

**22.A.20.** Planking shall extend from the toeboard to not more than 6 inches from the face of the building or structure.

**22.A.21.** No scaffold planking shall be less than 2 x 8 dressed lumber.

**22.A.22.** The dimensions of the members used in the construction of various types of working platforms or scaffolds shall generally conform to the sizes shown in the following table. Variations from these sizes may be made provided no dimension is less than the smaller dimension shown in the table* and cross-sectional area is not reduced.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

83

US_00034428

INFORMATIONAL COPY ONLY

*Fixed Platforms or Scaffolds*

|  | To support 25 pounds per square foot | To support 50 pounds per square foot | To support 75 pounds per square foot |
|---|---|---|---|
| Uprights: | | | |
| 25 feet and under | 2 x 4 | 3 x 4 | 4 x 4 |
| Over 25 feet | 3 x 4 | 4 x 4 | 4 x 6 |
| Bearers | 2 x 6 | 2 x 6 | 2 x 8 |
| Putlogs | — | 3 x 4 | 4 x 4 |
| Braces | 1 x 6 | 1 x 6 | 1 x 6 |
| Guardrails | 2 x 4 | 2 x 4 | 2 x 4 |
| Intermediate guardrails | 1 x 6 | 1 x 6 | 1 x 6 |
| Toeboards | 1 x 6 | 1 x 6 | 2 x 6 |
| Spacing of uprights: | | | |
| Long | 8' 0" | 7' 0" | 7' 0" |
| Cross | 5' 0" | 5' 0" | 5' 0" |

*Or standard corresponding dimensions for finished lumber.

22.A.23. All runways, ramps, scaffolds, or other working surface more than 6 feet above an adjoining surface shall be effectively guarded with a guard rail, intermediate rail, and toeboard.

22.A.24. Guard rails shall be 42 inches high.

22.A.25. Synthetic or natural fiber ropes or other similarly flexible materials shall not be used as guard rails.

22.A.26. Where persons are required to work or pass under a work surface, a screen consisting of No. 18 gauge U.S. Standard wire ½-inch mesh or the equivalent shall be provided between the toeboard and guard rail.

22A.27. Wire or fiber rope used to support scaffolds shall be capable of supporting at least eight times the intended load.

22.A.28. Ropes used to support scaffolds shall be capable of resisting chemicals or conditions to which they are exposed.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034429

## 22.B. METAL SCAFFOLDS AND TOWERS

INFORMATIONAL COPY ONLY

22.B.01. All metal scaffolds and towers shall be of the types or equal to those listed by Underwriters' Laboratories, Inc.

22.B.02. All such equipment shall be erected in accordance with manufacturer's specifications and the load limits as recommended by the manufacturer shall not be exceeded.

22.B.03. Extreme caution shall be taken where metal scaffolds are used to prevent short circuits or electrical shock.

22.B.04. Climbing of braces shall be prohibited.

22.B.05. Where a built-in ladder is part of a scaffold system, it shall conform to the requirements for ladders.

22.B.06. All metal scaffolds and towers shall be plumb and level.

22.B.07. The sections of metal scaffolds shall be securely connected together.

22.B.08. All braces shall be securely fastened.

22.B.09. Planking shall extend 6 inches beyond the center of support.

22.B.10. Planking shall be cleated at both ends to prevent movement.

22.B.11. Work platforms shall be securely fastened to the scaffold.

22.B.12. All rolling scaffolds shall be equipped with a positive locking device to prevent accidental movement of the scaffold while in use.

22.B.13. The movement of all rolling scaffolds shall be from the base only.

22.B.14. All wheels or castors shall be made secure to scaffold.

22.B.15. Rolling scaffolds shall be used only on firm, level, broom-clean surfaces.

22.B.16. Free-standing scaffold working platform height shall not exceed three times the smallest base dimension.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034430

INFORMATIONAL COPY ONLY

**22.B.17.** All persons shall be prohibited from riding on rolling scaffolds except when work platform height does not exceed two times the smallest base dimension.

**22.B.18.** The use of brackets on scaffolds shall be prohibited unless the tipping effect is eliminated or controlled.

## 22.C. ROOFING DEVICES AND PRACTICES

**22.C.01.** In the construction of roofs, protective devices shall be provided which will prevent workmen from slipping and falling from the roof, and prevent workmen on lower levels from being struck by falling objects.

**22.C.02.** Devices may be shingling footlocks, lifelines, crawling boards, ladders, railings, catwalks, toeboards, temporary decking, or any other device that will furnish positive protection.

**22.C.03.** On all roofs greater than 16 feet in height, a hoisting device, stairways, or progressive platforms shall be furnished for use in supplying materials and equipment.

**22.C.04.** Level, guarded platforms shall be provided at the landing area on the roof.

## 22.D. RAMPS AND TRESTLES

**22.D.01.** Inclined ramps, runways, and platforms shall be as flat as conditions will permit.

**22.D.02.** Where the incline exceeds 1 foot in a 5-foot run, transverse cleats shall be applied to the working surface.

**22.D.03.** Substantial overhead protection shall be provided as needed to protect employees, the public, and property from falling objects.

**22.D.04.** The overhead protection shall be not less than 7 feet nor more than 9 feet above the working surface and of sufficient strength to withstand potential load or impact likely to be encountered.

**22.D.05.** Vehicle trestles, ramps, and bridges on which foot traffic is permitted shall be provided with a suitable walkway and guardrail outside of the roadway.

**22.D.06.** The roadway structures shall be provided with suitable wheel guards, fender logs, or curbs not less than 8 inches high placed parallel and secured to the sides of the runway.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034431

INFORMATIONAL COPY ONLY

**22.D.07.** All railroad and gantry crane trestles which extend into or pass over a work area shall be decked over solid with not less than 2-inch plank extending the full length of the work area.

## 22.E. WOOD POLE SCAFFOLDS

**22.E.01.** Where wood poles are spliced, the ends shall be squared and the upper section shall rest squarely on the lower section. Splice plates shall be provided on two adjacent sides and the splice shall be capable of developing strength in any direction equal to the spliced members.

**22.E.02.** Full diagonal bracing shall be erected across the entire face of pole scaffolds in both directions. Braces shall be spliced at the poles.

**22.E.03.** Cross bracing shall be provided between the inner and outer sets of poles in independent pole scaffolds. The free ends of pole scaffolds shall be cross braced.

**22.E.04.** All wood pole scaffolds over 60 feet high shall be designed by a licensed professional engineer and constructed and erected in accordance with such design.

## 22.F. OUTRIGGER SCAFFOLDS

**22.F.01.** Outriggers' beams shall be straight-grained Douglas Fir, free of knots and defects, or its equivalent.

**22.F.02.** The beams shall not extend more than 6 feet beyond the face of the building or structure.

**22.F.03.** The beams shall rest on edge with the sides plumb.

**22.F.04.** The beams shall be secured against moving or tipping at the fulcrum point.

**22.F.05.** The inboard end of outrigger beams shall be not less than 1½ times the outboard length measured from the fulcrum point.

**22.F.06.** The inboard ends of outrigger beams shall be secured against movement in any direction.

**22.F.07.** When more than one working level is to be supported by an outrigger system, the system shall be designed by a licensed professional engineer.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034432

INFORMATIONAL COPY ONLY

## 22.G. SUSPENDED SCAFFOLDS

**22.G.01.** All parts of all suspended scaffolds shall have a minimum safety factor of 4.

**22.G.02.** Suspended scaffolds shall be supported by wire ropes secured to outrigger beams. A minimum safety factor of 8 is required for suspension ropes.

**22.G.03.** Suspension ropes shall have the fixed end equipped with a proper size thimble secured by splicing or other equivalent means and be attached to the support by a closed shackle. Running ends shall be securely attached to the hoisting drum and at least four turns of rope shall remain on the drum at all times.

**22.G.04.** Suspension ropes shall be attached at the vertical centerline of the outrigger and the attachment shall be directly over the hoisting drum.

**22.G.05.** Outrigger beams shall be equivalent to structural steel beams set with the web vertical and anchored to the structure by the equivalent of U-bolts and anchor plates, washers, and nuts. A stop bolt shall be placed at each end of every outrigger beam.

**22.G.06.** Suspended scaffolds shall be guyed, braced, or equipped with tag lines to prevent swaying.

**22.G.07.** Stone setters and two-point suspension scaffolds shall not be joined by bridging.

**22.G.08.** Brackets shall be wrought iron or mild steel. No reinforcing steel shall be used as any part of a support system. Brackets shall have attachments for guard rails, intermediate rails, and toeboards.

**22.G.09.** Suspended scaffolds shall have a guard rail, an intermediate rail, and a toeboard.

**22.G.10.** Overhead protection equal to ¾-inch plywood shall be provided on multiple-point suspension mason's scaffold.

**22.G.11.** Crane supported scaffolds shall be of metal frame construction.

**22.G.12.** Cranes used to support scaffolds shall be equipped with power lowered boom and hoist lines.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

88                                                    AGO 10009C

US_00034433

INFORMATIONAL COPY ONLY

ered, shall be worm geared or powered both ways. Design must be such that when the power is stopped the scaffold cannot move.

**22.G.14.** Controls for powered scaffolds shall be of the deadman type with a nonlocking switch or control.

**22.G.15.** A device to shut off the power shall be installed ahead of the operating control.

**22.G.16.** Hand-operated release mechanisms which can permit the load to descend faster than the speed rating shall be prohibited.

**22.G.17.** Scaffold machines with cast metal parts shall be prohibited.

**22.G.18.** Every suspended scaffold shall be tested with twice the maximum loading before being put into operation.

**22.G.19.** All anchorages of suspended scaffolds shall be inspected at the beginning of each shift.

**22.G.20.** Each workman on suspended scaffolds, except those scaffolds with overhead protection, shall be secured by a safety belt and line to an independently supported safety line. There shall be a safety line for each workman.

**22.G.21.** Independent wire ropes at each end of a suspended scaffold, with approved grabbing and locking devices, may be used instead of the safety line required in 22.G.20.

# SECTION XXIII
# EXCAVATIONS

## 23.A. GENERAL

**23.A.01.** The sides of excavations 4 feet or more in depth unless in solid rock, hard shale, or cemented sand and gravel shall either be sloped to the angle of repose or be supported by sheeting, sheet piling, cribbing, shoring, or other support system.

**23.A.02.** The determination of angle of repose and design of supporting system shall be based on careful evaluation of pertinent factors such as: depth of cut, possible varia-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034434

tion in water content of the material while the excavation is open; anticipated changes in materials from exposure to air, sun, water, or freezing; loading imposed by structures, equipment, overlying material, or stored material; and vibration from equipment, blasting, or traffic.

23.A.03. Where a weak stratum is overlain by strata with a greater angle of repose, the angle of repose for the overlying strata shall be taken as no more than that of the supporting stratum.

23.A.04. Design of supporting systems, i.e., piling, cribbing, shoring, etc., shall be based on calculations of forces and their direction with adequate consideration for surcharges, angle of internal friction of materials in the face, and other pertinent properties of the material to be retained in place. When tight sheeting or sheet piling is used, full loading due to ground water table shall be assumed, unless prevented by weep holes or drains or other means. Additional stringers, ties, and bracing shall be provided to allow for any necessary temporary removal of individual supports.

23.A.05. Where excavation is to be made below adjacent foundations of structures, such foundations shall be supported by shoring, bracing, or underpinnings.

23.A.06. Diversion ditches, dikes, or other suitable means shall be used to prevent surface water entering an excavation and to provide good drainage of the area adjacent to the excavation.

23.A.07. Excavated material shall be stored and retained at least 4 feet from the edge of the excavation and at a distance to prevent excessive loading on the face of the excavation.

23.A.08. Boulders, stumps, or other materials that may slide or roll into the excavation shall be removed.

23.A.09. Guard rails, fences, or other barricades and warning lights or other illumination maintained from sunset to sunup, shall be placed at all excavations which are adjacent to paths, walkways, sidewalks, driveways, and other pedestrian or vehicle thoroughfares. Adequate physical protection shall be provided at all re-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034435

INFORMATIONAL COPY ONLY

motely located excavations. All wells, calyx holes, pits, shafts, etc., shall be barricaded or covered. Upon completion of exploration and similar operations, temporary wells, calyx holes, pits, shafts, etc., shall be backfilled immediately.

23.A.10. Walkways or bridges with guard rails shall be provided where men or equipment are required or permitted to cross over excavations.

23.A.11. Materials used for sheeting, sheet piling, cribbing, bracing, shoring, and underpinning shall be in good serviceable condition, and timbers shall be sound, free of large or loose knots, and of adequate dimensions.

23.A.12. Side slopes and faces of all excavations shall be maintained in safe condition by scaling, ice removal, benching, barricading, rock bolting, wire mesh, or other effective means. Special attention shall be given to slopes which may be adversely affected by weather, moisture content, or vibration.

23.A.13. Precautions shall be taken in sloping or shoring the sides of excavations adjacent to a previously backfilled excavation or a fill, particularly when the separation is less than the depth of the excavation. Particular attention shall also be paid to joints and seams of material comprising a face and the slope of such seam and joints.

23.A.14. Support systems shall be planned and designed by a competent engineer when excavation is in excess of 20 feet in depth, or is adjacent to structures or improvements, or is subject to vibration or ground water.

23.A.15. Prior to opening an excavation, underground installations (i.e., sewer, water, fuel, electric lines, etc.) shall be located and protected from damage or displacement. Utility companies shall be contacted to have them locate and mark the actual location prior to start of excavation.

23.A.16. Where personnel are required to enter excavations over 3 feet in depth, stairs, ladders, or ramps shall be provided. When access to excavations in excess of 20 feet in depth is required, ramps, stairs, or mechanical

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034436

INFORMATIONAL COPY ONLY

man hoists shall be provided. Workman hoists shall comply with the provisions of the Safety Requirements for Workmen's Hoists (USAS A10.4).

23.A.17. Where it is necessary to undercut the side of an excavation, overhanging material shall be safely supported.

23.A.18. Bracing, shoring, cribbing, and other supports shall be inspected daily and after rain. Necessary adjustments shall be made prior to resumption of work in the excavation.

23.A.19. When tie rods are used to restrain the top of sheeting or other retaining system, the rods shall be securely anchored well back of the angle of repose.

23.A.20. In locations where oxygen deficiency or gaseous conditions are known or suspected, air in the excavation shall be tested prior to the start of each shift or more often if directed by the Government representative in charge. A log of all test results shall be maintained at the work site. Controls shall be in accordance with applicable parts of sections VII and VIII.

23.A.21. Emergency rescue equipment such as breathing apparatus, safety harness and line, basket stretcher, etc., shall be readily available where adverse atmospheric conditions may exist or develop in an excavation.

23.A.22. Where ramps are used, a minimum width of 4 feet for personnel and 12 feet for equipment shall be provided. Guard rails shall be provided on all personnel ramps. Curbs not less than 8-by 8-inch timbers or equivalent protection shall be provided on equipment ramps.

23.A.23. When mobile equipment is utilized or allowed adjacent to excavations, substantial stop logs or barricades shall be installed.

23.A.24. Excavating or hoisting equipment shall not be allowed to raise, lower, or swing loads over workmen in the excavation without substantial overhead protection.

23.A.25. At least two means of exit shall be provided for men working in excavations. Where the width of the excavation exceeds 100 feet, two or more means of exit shall be provided on each side of the excavation.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034437

INFORMATIONAL COPY ONLY

**23.A.26.** Ground water shall be controlled. Freezing, pumping, drainage, and similar control measures shall be planned and directed by a competent engineer. Full consideration shall be given to the existing moisture balances in surrounding soils, and the effects on foundations and structures if it is disturbed. When continuous operation of ground water control equipment is necessary, an emergency power source shall be provided.

## 23.B. TRENCH EXCAVATION

**23.B.01.** The sides of trenches 4 feet or more in depth entered by personnel shall be supported or sloped to the angle of repose. Where material is unstable and dangerous, such as fractured hard material with inclined slip planes, vertical or near vertical trench sides of any depth shall be supported.

**23.B.02.** Bracing or shoring of trenches shall be carried along with the excavation.

**23.B.03.** Cross braces or trench jacks shall be placed in true horizontal position and secured to prevent sliding, falling, or kick-outs.

**23.B.04.** Portable trench boxes, sliding trench boxes, or shields shall be designed, constructed, and maintained in a manner which will provide protection equal to or greater than the sheathing and shoring required for the situation.

**23.B.05.** Ladders used as accessways shall extend from the bottom of the trench to not less than 3 feet above the surface. Lateral travel to an exit ladder shall not exceed 50 feet.

**23.B.06.** Backfilling and removal of trench supports should progress together from the bottom of the trench. Jacks or braces shall be released slowly and, in unstable soil, ropes shall be used to pull out the jacks or braces from above after men have cleared the trench.

**23.B.07.** Minimum size and spacing of timbers for shoring of trenches shall be in accordance with the following table:

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034438

INFORMATIONAL COPY ONLY

*Trenches Not More Than 42 Inches Wide*

| Depth of trench in feet (feet) | * Uprights | | * Stringers | | * Cross bracing | | Notes |
|---|---|---|---|---|---|---|---|
| | Size (inches) | Horizontal spacing (feet) | Size (inches) | Vertical spacing (feet) | Size (inches) | Horizontal spacing (feet) | |
| Stiff, uniform clayey soils, not fissured | | | | | | | |
| 4 to 10 | 2 x 6 | 6c–c | | None | {2–2 x 6 up to 7 feet} {3–2 x 6 up to 10 feet} | 6c–c | |
| 10 to 15 | 2 x 6 | 4c–c | | None | {3–2 x 6 to 13 feet} {4–2 x 6 to 15 feet} | 4c–c | |
| Over 15 | 2 x 6 | Close tight | 4 x 12 | 4c–c | 4 x 12 | 6c–c | |
| Fissured clays; poorly cemented sands and gravels | | | | | | | |
| 4 to 10 | 2 x 6 | 3c–c | 2 x 6 | Top and bottom | {2–2 x 6 to 7 feet} {3–2 x 6 up to 10 feet} | 6c–c | |
| 10 to 15 | 2 x 6 | 3c–c | | | {3–2 x 6 — 13 feet} { — 15 feet} | 6c–c | |
| Over 15 | 2 x 6 | Close tight | 4 x 12 | 4c–c | 4 x 12 | 6c–c | |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034439

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only

**Loose sandy or silty soils**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 to 10 | 2 x 6 | Close tight | 4 x 6 | [4 up to 7]<br>[3 up to 10] | | 4 x 6 | 6c–c |
| 10 to 15 | 2 x 6 | Close tight | 4 x 6 | [3 up to 13]<br>[4 up to 15] | | 4 x 6 | 6c–c |
| Over 15 | 2 x 6 | Close tight | 4 x 12 | 4c–c | | 4 x 12 | 6c–c |

**Trenches More Than 42 Inches Wide**

**Stiff, uniform clayey soils, not fissured**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 to 10 | 2 x 6 | 6c–c | 4 x 6 | 4c–c | 4 x 6 | 6c–c | |
| 10 to 20 | 2 x 6 | Close | 6 x 6 | 4c–c | 6 x 6 | 6c–c | All soils. |
| Over 20 | 2 x 6 | Close | 6 x 8 | 4c–c | 6 x 8 | 6c–c | All soils. |

**Fissured clays; poorly cemented sands and gravels**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 to 10 | 2 x 6 | 3c–c | 4 x 6 | 4c–c | 4 x 6 | 6c–c |

**Loose sandy or silty soils**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 to 10 | 2 x 6 | Close | 4 x 6 | [4 up to 7]<br>[3 up to 10] | 4 x 6 | 6c–c |

US_00034440

INFORMATIONAL COPY ONLY

SUPERSEDED

*Trenches of Any Width*

| Depth of trench in feet (feet) | * Uprights | | * Stringers | | * Cross-bracing | | Notes |
|---|---|---|---|---|---|---|---|
| | Size (inches) | Horizontal spacing (feet) | Size (inches) | Vertical spacing (feet) | Size (inches) | Horizontal spacing (feet) | |
| | | | Soils having hydrostatic pressure | | | | |
| Not over 8 | 2 x 6 | T & G Close | 6 x 8 | 4c–c | 6 x 8 | 6c–c | (**) |
| Over 8 | 3 x 6 | T & G Close | 8 x 10 | 4c–c | 6 x 8 | 6c–c | (**) |

\* Based on use of nominal sizes of Douglas-fir or equivalent.

\*\* Sheet steel piling may be used in place of tongue and groove piling. The greater dimension of the stringers should be at right angle to the sheeting.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034441

INFORMATIONAL COPY ONLY

## 23.C. EXCAVATION OF SMALL DIAMETER SHAFTS

**23.C.01.** Calyx holes, caisson footings, and other small diameter shafts, which persons are required to enter, shall be provided with a steel casing of sufficient strength to withstand shifting of the surrounding earth. Casing shall be provided the full depth of the overburden and shall extend at least 5 feet into solid rock, where such conditions exist.

**23.C.02.** The steel casing shall extend at least 1 foot above ground level and be equipped with a cover that can be locked into position. This cover shall be in place whenever no work is being performed in the excavation and until the excavation is backfilled to ground level.

**23.C.03.** Prior to men working in a shaft, air at the bottom of the shaft shall be tested for oxygen deficiency and harmful contaminants. No work shall be done in the shaft until the air is safe for breathing.

**23.C.04.** Mechanical ventilation shall be used to change the air in shafts. Compressed air from an untested source shall not be used.

**23.C.05.** Hoisting of persons shall be done only with equipment meeting requirements 22.G.13 through 22.G.17.

**23.C.06.** An inclosed covered metal cage shall be used to raise and lower persons in the shaft. The cage shall be designed with a safety factor of 4 and shall be load-tested prior to use. The exterior of the cage shall be free of projections or sharp corners. Only closed shackles shall be used in the cage rigging.

**23.C.07.** If the cage is equipped with a door, a positive locking device shall be installed to prevent the door from opening accidentally while the cage is being lowered or raised.

**23.C.08.** The rigging and cage shall be checked at the start of each shift by lowering the empty cage to the bottom of the shaft and hoisting it to the surface.

**23.C.09.** If the nature of the work or an emergency prohibits the use of a cage, persons may be raised and low-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034442

INFORMATIONAL COPY ONLY

SUPERSEDED

ered in the shaft in the muck bucket or a boatswain's chair. Persons hoisted in this manner shall wear a parachute-type harness with an independent safety line attached. "Riding the Hook" shall not be permitted.

23.C.10. A tender shall be stationed at the shaft entrance whenever workmen are in the shaft. He will be assigned no other duties.

23.C.11. An approved communication or signal system shall be provided and used.

23.C.12. Procedures for rescuing workmen who might be injured or incapacitated while in the shaft shall be developed in written form and be posted at the job site. These procedures shall include hoisting procedures to be used in the event the cage and the cage hoisting device is inoperative.

## 23.D. EXCAVATION WITH COFFERDAMS

23.D.01. If overtopping of the cofferdam by high water is possible, design shall include provisions for controlled flooding of the work area.

23.D.02. Where men or equipment are required or permitted on cofferdam walkways, bridges or ramps with guard rails or equivalent protection shall be provided.

23.D.03. At least two ladders, or other means of rapid exit shall be provided for men working in cofferdams.

23.D.04. A plan including warning signal for evacuation of men and equipment in case of emergency and for controlled flooding shall be developed and posted.

# SECTION XXIV

# TUNNEL EXCAVATION

## 24.A. GENERAL

24.A.01. In addition to the safety requirements set forth herein, tunnel excavation shall be performed in compliance with applicable State and local laws and regulations.

24.A.02. Vehicles not directly involved in the work

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034443

INFORMATIONAL COPY ONLY

shall be kept away from the portals and separated from construction activities.

24.A.03. A fully equipped first aid station shall be provided at each tunnel project regardless of the number of persons employed. An ambulance or transportation suitable for a litter case shall be at each project.

24.A.04. Where tunnels are being excavated from portals more than five road miles apart, a first aid station and transportation facilities shall be provided at each portal.

24.A.05. At least five men, trained in first aid, rescue techniques, and the use of rescue equipment, shall be available on each shift. At least four units of self-contained breathing apparatus shall be provided and selected members of each rescue team shall be trained in its use.

24.A.06. Noise control and ear protection shall be provided as required in section XXXII.

24.A.07. A change house, equipped with hot and cold running water, showers, washing and toilet facilities, and individual lockers for each workman, shall be provided near each tunnel portal.

24.A.08. The change house shall be large enough to accommodate all persons assigned to underground work. It shall be heated, lighted, and ventilated and continuously maintained to assure safe, clean, and sanitary conditions at all times.

24.A.09. In addition to the requirements of section VII, men working in wet underground areas shall be provided with safety toed rubber boots and raincoats.

24.A.10. Lighting circuits shall be installed on one side of the tunnel near the spring line and shall be mounted on insulators at each point of suspension.

24.A.11. Light fixtures shall be nonmetallic and weatherproof and so mounted to provide safe clearance for persons and equipment.

24.A.12. Underground transformer stations shall be housed in a fireproof inclosure, having a detachable roof and being capable of confining transformer oil in case of a fire or explosion.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034444

INFORMATIONAL COPY ONLY

24.A.13. Ventilation and exhaust systems for tunnel excavation shall be of sufficient capacity to maintain a supply of uncontaminated pure air at all points in the tunnel.

24.A.14. Atmospheric testing devices shall be provided and used to determine oxygen content of the air and concentrations of carbon monoxide and explosive gases. These tests shall be made on a fixed schedule but not less than one each day.

24.A.15. Where other harmful or toxic gases are suspected, atmospheric tests and analysis shall be made by Federal or State health authorities or by a qualified industrial hygienist.

24.A.16. A log of all atmospheric tests shall be maintained at the work site. The log shall show date and time of test, test results, and the name of the persons conducting the tests.

24.A.17. Storage of combustible or flammable material and the use of open fires in tunnels shall be prohibited. Heating devices used in tunnels shall be approved by the Government representative in charge.

24.A.18. Walkways shall be provided for personnel access to all underground work areas. Work areas and access walkways shall be maintained free of debris, waste material, and stumbling hazards.

24.A.19. Solid decking with nonslip surface shall be provided on all working platforms of drill jumbos. Working platform shall be provided with permanent guard rails, intermediate rails, and toe boards.

24.A.20. Safe access shall be provided to all working levels of the drill jumbos.

24.A.21. All connections between sections of "bull hose," used to supply air to drill jumbos, shall be provided with stay chains or lashing to prevent whipping should they become disconnected.

24.A.22. A program for testing all rock bolts for tightness shall be established. The frequency of testing will

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034445

INFORMATIONAL COPY ONLY

be determined by rock conditions and the distance from vibration sources.

## 24.B. TUNNEL PORTAL PREPARATION

**24.B.01.** Rock faces above and adjacent to portal areas shall be kept thoroughly scaled and all loose or overhanging rock removed.

**24.B.02.** Rock masses separated from the main mass by faults, joints, or fractures shall be secured by rock bolting or other suitable means. The means of securing shall be designed by a foundation engineer or an engineering geologist.

**24.B.03.** Anchored chain-link fabric shall be provided on rock faces subject to spalling.

**24.B.04.** Where tunnels are excavated through earth or shale, the excavations above and adjacent to portal areas shall be sloped to the angle of repose or held in place by ground supports. When undercutting occurs on these slopes, due to erosion or other causes, the overhanging material shall be promptly removed.

**24.B.05.** Ice and snow buildup on rock faces or earth slopes which create a hazard shall be promptly removed.

**24.B.06.** Where the need is indicated, a protective shelter shall be provided at each tunnel portal to protect persons and equipment from the hazards of falling rock or other material. The protective shelter shall project at least 15 feet from the tunnel portal.

## 24.C. BLASTING

**24.C.01.** Dynamite used in tunnel blasting shall be Fume Class I and shall be wrapped in red paper.

**24.C.02.** Prior to loading, all power, water, and air lines shall be disconnected from the loading jumbo. Power lines, including lighting circuits, shall be moved back a minimum distance of 50 feet.

**24.C.03.** The loading area shall be illuminated by floodlights located 50 feet from the face. If additional illum-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034446

INFORMATIONAL COPY ONLY

ination is needed, the loading crew shall be provided with permissible head lamps approved by the United States Bureau of Mines.

24.C.04. Equipment used for pneumatic placement of noncap-sensitive blasting agents (AN–FO, etc.) shall be designed specifically for that purpose and shall be grounded while in use.

24.C.05. Storage of explosives, blasting agents, and detonators in tunnels or underground work areas shall be prohibited.

24.C.06. Blasting power circuits shall be separate and distinct from other power and lighting circuits.

24.C.07. Firing lines shall be installed on the opposite side of the tunnel from power and lighting circuits and shall be mounted on insulators at each point of suspension.

24.C.08. Sectioning switches or equivalent shall be installed in the firing line at 500-foot intervals.

24.C.09. No blasts shall be fired until all persons have cleared the tunnel and are in a safe position away from the portal area.

24.C.10. The person in charge of blasting shall be the last to leave the tunnel. He shall see that no one remains in the tunnel and he shall operate the sectioning switches in the firing line as he proceeds toward the portal.

24.C.11. All underground blasts shall be fired with a power blasting switch system as shown in appendix K.

24.C.12. No persons shall enter the tunnel blast area until the ventilation system has cleared the heading of harmful gases, smoke, and dust.

24.C.13. Immediately after each blast, the rock surfaces shall be inspected, scaled where necessary, and provided with shoring, bracing, rock bolts, wire mesh, or chain-link fabric, before mucking operations are started.

24.C.14. Rock bolts within 100 feet of a blast shall be tested after each blast before drilling for the next round begins.

24.C.15. The muck pile shall be set down prior to mucking and kept wet during mucking operations.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034447

INFORMATIONAL COPY ONLY

## 24.D. HAULAGE

**24.D.01.** Use of gasoline, butane, or propane-powered internal combustion engines shall not be permitted inside tunnels. All diesel-powered equipment shall be provided with exhaust scrubbers for removal of irritating fumes and burning carbon.

**24.D.02.** Rubber-tired haulage equipment shall be equipped with cabs or canopies, two headlights, a backup light, and an automatic backup alarm.

**24.D.03.** All vehicles or equipment required to move in and out of tunnels shall have a revolving, flashing amber light, mounted so as to be visible in all directions. This flashing light shall be on when the equipment is in operation.

**24.D.04.** Where narrow-gage railroads are used for haulage, the tracks shall be secured to prevent shifting. No "humping" of mine dump cars shall be permitted.

**24.D.05.** Mine dump cars shall be equipped with automatic safety couplings, and cradle-type cars shall be equipped with a positive locking device to prevent accidental dumping.

**24.D.06.** Conveyors used to transport muck from tunnels shall be installed, guarded, and maintained in compliance with section 18.N.

## 24.E. TUNNELING IN SOIL

**24.E.01.** Where tunnels are excavated by conventional methods, the excavation shall not be extended more than 24 inches in advance of tunnel supports.

**24.E.02.** Where continuous mining machines are used for tunnel excavation, the excavation shall not be extended more than 48 inches in advance of tunnel supports.

**24.E.03.** Under no circumstances shall persons be required or permitted to work in unsupported sections of the tunnels.

**24.E.04.** All voids back of ring beams, liner plates, timbering, and other tunnel supports shall be filled, blocked, or braced to prevent further cave-ins.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034448

INFORMATIONAL COPY ONLY

SUPERSEDED

**24.E.05.** Where liner plate is not used for tunnel support, 2-inch wire mesh or chain-link fabric shall be installed over the crown section, extending down to the spring line on each side of the tunnel. It shall be securely held in place by ring beams or timber supports.

# SECTION XXV
# BLASTING

## 25.A. GENERAL

**25.A.01.** The handling, storage, and use of dynamite and other explosives and blasting agents shall be directed and supervised by a person of proven experience and ability in blasting operations. These operations shall be in accordance with the following requirements and applicable recommendations of the Institute of Makers of Explosives.

**25.A.02.** Permission shall be obtained from the Government representative in charge before any explosives or blasting agents are brought on the job.

**25.A.03.** All blasts shall be fired electrically with an electric blasting machine or properly designed electric power source.

**25.A.04.** Where detonating cord is used as the detonating agent, the detonating cord shall be fired with an electric blasting cap.

**25.A.05.** Delay electric detonators or detonating cord connectors shall be used for all delayed blasts.

**25.A.06.** All operations involving the handling or use of explosives shall be discontinued and personnel moved to a safe area during approach or progress of either a thunderstorm or severe dust storm.

**25.A.07.** Blasting machines, regardless of type, shall be maintained and used only as prescribed by the manufacturer.

**25.A.08.** Blasting machines shall be tested prior to use and periodically thereafter as prescribed by the manufacturer.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034449

**25.A.09.** Blasting machines shall be secured and accessible only to the blaster.

**25.A.10.** Warning signs shall be provided at points of access to blasting area.

**25.A.11.** When energy for blasting is taken from power circuits, the voltage shall not exceed 550 volts. The wiring and controlling arrangements shall conform to the following (APP K):

*a.* The blasting switch shall be an ungrounded Underwriters' listed, inclosed, externally operated double-pole double throw switch, which when locked in the open position will shunt the firing lines.

*b.* A grounded switch shall be installed between the blasting switch and the power circuit at a distance not less than 6 feet from the blasting switch.

*c.* A lightning gap of at least 6 feet shall be provided between the two switches. The gap connection shall be made by cable, plug, and receptacle.

**25.A.12.** The cable between switches shall be disconnected and both switches shall be locked in the open position immediately after firing the shot and before any person is permitted to return to the blasting area.

**25.A.13.** Key to the switches shall remain in the possession of the blaster at all times.

**25.A.14.** Insulated solid core wires of appropriate gage in good condition shall be used for all lines.

**25.A.15.** Sufficient firing line shall be provided to permit the blaster to be located at a safe distance from the blast.

**25.A.16.** Blasting operations in the proximity of overhead power lines, communications lines, utility services, or other structures shall not be carried on until the operators and/or owners have been notified and measures for safe control have been taken.

**25.A.17.** The use of black powder shall be prohibited.

**25.A.18.** All loading and firing shall be directed and supervised by one designated person.

**25.A.19.** A positive system to detect and insure the

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034450

probability of lightning or massive static electrical discharges shall be used.

## 25.B. ELECTROMAGNETIC RADIATION

**25.B.01.** Blasting operations or storage of electrical detonators shall be prohibited in vicinity of operating radio frequency (RF) transmitter stations except where the clearances given below can be observed.

| Transmitter power except FM mobile (watts) | Minimum distance (feet) |
|---|---|
| 5–25 | 100 |
| 25–50 | 150 |
| 50–100 | 220 |
| 100–250 | 350 |
| 250–500 | 450 |
| 500–1,000 | 650 |
| 1,000–2,500 | 1,000 |
| 2,500–5,000 | 1,500 |
| 5,000–10,000 | 2,200 |
| 10,000–25,000 | 3,500 |
| 25,000–50,000 | 5,000 |
| 50,000–100,000 | 7,000 |

| Transmitter power FM mobile (watts) | Minimum distance (feet) |
|---|---|
| 1–10 | 5 |
| 10–30 | 10 |
| 30–60 | 15 |
| 60–250 | 30 |

**25.B.02.** When necessary to perform blasting operations at distances less than those shown in table, detonating type fuse shall be used with a nonelectric cap.

## 25.C. VIBRATION AND DAMAGE CONTROL

**25.C.01.** Blasting operations in or adjacent to cofferdams, piers, underwater structures, buildings, structures, or other facilities shall be carefully planned with full consideration for all forces and conditions involved.

**25.C.02.** On operations where vibration damage may occur, the energy ratio as recorded at structures or facilities by seismograph shall not exceed 1.00. Energy ratio

his document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034451

INFORMATIONAL COPY ONLY

shall be computed from the equation $E-10.8\ F^2 A^2$ where F is frequency in cycles per second and A is amplitude of wave in inches.

25.C.03. Vibrations at structures shall not exceed the following limitations.

*Table of Limitations*

| Frequency of ground motion in cycles per second | Maximum amplitude of ground motion in inches |
|---|---|
| Up to 10 | Not more than 0.0305 |
| 11 to 20 | Not more than 0.0153 |
| 21 to 30 | Not more than 0.0102 |
| 31 to 40 | Not more than 0.0076 |
| 41 to 50 | Not more than 0.0061 |
| 51 to 60 | Not more than 0.0051 |

25.C.04. Prior to initiation of vibration controlled blasting operations, a written plan for monitoring the operations shall be established.

25.C.05. When appropriate, owners, occupants, and the public shall be notified of the nature of operations to be undertaken and controls to be established.

25.C.06. Vibration shall be monitored, recorded, and interpreted by qualified personnel.

25.C.07. Records and interpretations shall be furnished to the Government representative in charge.

25.C.08. Whenever any recording indicates an Energy Ratio greater than 1 or a particle velocity greater than 2 inches per second, blasting shall be suspended and the Government representative in charge shall be notified immediately. Blasting shall not be resumed until the probable cause has been determined and corrective measures taken.

## 25.D. TRANSPORTATION OF EXPLOSIVES

25.D.01. Vehicles used for the transportation of explosives shall not be loaded beyond rated capacity and the explosives shall be secured to prevent shifting of load or dislodgment from the vehicle. In all open-body types

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034452

INFORMATIONAL COPY ONLY

SUPERSEDED

of vehicles the explosives shall be covered with a fire-resistant tarpaulin.

**25.D.02.** All vehicles transporting explosives shall be marked with reflectorized placards on both sides and both ends with the word EXPLOSIVES in white letters not less than 6 inches high on a red background.

**25.D.03.** Blasting caps or other detonators shall not be transported in the same vehicle with other explosives.

**25.D.04.** All vehicles used for transportation of explosives shall be in the charge of and operated by a person who is physically fit, careful, reliable, able to read and understand instructions, and not addicted to the use of intoxicants and narcotics.

**25.D.05.** No spark-producing tools, carbides, oils, matches, firearms, electric storage batteries, flammable substances, acids, or oxidizing or corrosive compounds shall be carried in the bed or body of any vehicle transporting explosives.

**25.D.06.** Vehicles to be used in the transportation of explosives shall be in good repair. When steel or part steel bodies are used, nonsparking cushioning materials shall be employed to separate the containers of explosives from the metal.

**25.D.07.** Vehicles transporting explosives shall be equipped with not less than two fire extinguishers, each having a rating of 6–BC, placed at strategic points, filled and ready for immediate use, and of a make approved by the National Fire Protection Association.

**25.D.08.** A vehicle containing explosives shall not be taken into a garage or repair shop or parked in congested areas or stored overnight, or at any other time, in a public garage or similar building.

**25.D.09.** All vehicles shall be checked before transporting explosives and all electric wiring completely protected and securely fastened to prevent short circuits.

**25.D.10.** Vehicles transporting explosives shall be operated with extreme care. Full stops shall be made at approaches to all railroad crossings and main highways

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034453

INFORMATIONAL COPY ONLY

and the vehicles shall not proceed until it is known that the way is clear.

25.D.11. No person other than the authorized driver and his helper shall be permitted to ride on trucks transporting explosives or detonators.

25.D.12. No vehicle shall be refueled while explosives are on the motor vehicle except in an emergency.

25.D.13. Persons employed in the transportation, handling, or other use of explosives shall not smoke or carry on their person or in the vehicle, matches, firearms, ammunition, or other flame-producing devices.

25.D.14. Marine transportation of explosives shall comply with the requirements of the United States Coast Guard.

25.D.15. Provision shall be made for safe transfer of explosives to magazine vessels including provision for substantial ramps or walkways free of tripping and stumbling hazards.

25.D.16. Any explosive transported by aircraft shall be in the original unopened container.

## 25.E. HANDLING OF EXPLOSIVES

25.E.01. Containers of explosives shall be opened only by means of nonsparking tools or instruments.

25.E.02. Explosives shall be removed from containers only as they are needed for immediate use.

25.E.03. Explosives and detonators or primers shall be taken to the blasting area in separate nonmetallic containers.

25.E.04. Primers shall not be made up in excess of immediate need for holes to be loaded.

25.E.05. Primers shall not be made up in or near magazines or excessive quantities of explosives.

25.E.06. After loading of a blast is completed, all excess explosives and detonators shall be removed to a safe location or returned at once to the storage magazines, observing the same rules as when being conveyed to the blasting area.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034454

INFORMATIONAL COPY ONLY

25.E.07. All empty explosives containers and packing material shall be disposed of in accordance with the manufacturer's instructions.

## 25.F. STORAGE OF EXPLOSIVES

25.F.01. Separate magazines shall be provided for storage of explosives and detonators.

25.F.02. Magazines shall be bullet-resistant, fire resistant, rodent-resistant, and weather-resistant, of an approved type and ventilated.

25.F.03. The minimum distance between magazines storing detonators and explosives shall be 100 feet unbarricaded or 50 feet barricaded.

25.F.04. Approved types shall be considered those complying with standards of Institute of Makers of Explosives.

25.F.05. The quantity of explosives permitted aboard a drillboat at any one time shall not exceed the quantity required for one day's operation.

25.F.06. The area around the magazine for a distance of 25 feet shall be kept clear of vegetation and all combustible matter.

25.F.07. Magazines shall be kept locked except for inspection, storage, and removal of explosives; the key shall be in the charge of a reliable and competent person who shall be responsible for explosives and the magazines.

25.F.08. Magazines in which explosives are stored shall not be used for any other purpose.

25.F.09. No spark-producing agent of any description shall be kept in magazines.

25.F.10. Explosives shall be arranged in the magazine so that the oldest stock is used first.

25.F.11. Repairs to magazines shall not be made without first removing all explosives to a safe distance and providing them with protection.

25.F.12. Explosives shall be stored only in original containers.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034455

INFORMATIONAL COPY ONLY

**25.F.13.** Containers of explosives shall be stored with top side up, in other words, so that the cartridges are lying flat and not standing on end.

**25.F.14.** Magazines shall be kept dry and clean and the area around the magazines posted with "EXPLOSIVES" signs. The signs shall be located so that a bullet passing through the sign will not strike the magazine.

**25.F.15.** Explosives containers shall be opened, packed, or repacked only at a distance of at least 50 feet from any magazine.

**25.F.16.** Smoking, matches, firearms, open flames, or any flame-producing device shall not be permitted within 100 feet of any magazine.

**25.F.17.** Magazine floors that become stained with nitroglycerin shall be scrubbed with a non-sparking broom or brush using a freshly-made solution composed of one-half gallon of water, one-half gallon wood alchol, and 2 pounds of sulphide of sodium. Plenty of liquid should be used so as to thoroughly decompose the nitroglycerin. Fire and explosion precautions must be taken.

**25.F.18.** Magazines shall be located in conformance with the current American Table of Distances published by the Institute of Makers of Explosives (APP J).

## 25.G. DRILLING

**25.G.01.** All drill holes shall be of greater diameter than the cartridges of explosives used.

**25.G.02.** Drilling shall not be done in an area already blasted until remaining butts of old holes are examined for unexploded charges and the total area has been thoroughly examined to make sure that there are no additional unexploded charges remaining. Never insert a drill, pick, or bar in such holes even if examination fails to disclose explosives.

**25.G.03.** Drilling and loading operations generally shall not be carried or in the same area. Drilling shall be separated from loaded holes by at least the depth of the loaded hole.

**25.G.04.** Dust from all drilling shall be controlled by

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034456

INFORMATIONAL COPY ONLY

wet drilling. Other means of dust control may be considered if the results are comparable.

## 25.H. LOADING

25.H.01. The loading or loaded areas shall be kept free of any equipment, operations, or persons not essential to loading.

25.H.02. Tamping shall be done with a wooden stick.

25.H.03. Primers shall not be tamped.

25.H.04. Cartridges shall be seated by even, steady pressure only.

25.H.05. All loaded holes or charges shall be checked and definitely located before firing.

25.H.06. Loading of sprung or jet-pierced holes shall be prohibited until it is definitely established that the hole is cool.

25.H.07. Cartridges shall be primed only in the number required for a single round of blasting.

25.H.08. Caps shall be inserted into dynamite only in holes made for the purpose. Holes shall be punched with a nonmetallic punch.

25.H.09. All charges shall be covered with blasting mats before firing, where blasting may cause injury or damage by flying rock or debris.

25.H.10. Where mats are used, care shall be taken to protect electric blasting circuits.

25.H.11. Detonating cord shall be cut from supply reel before loading the remainder of the charge.

25.H.12. Loaded holes shall be stemmed to the collar with noncombustible material.

## 25.I. WIRING

25.I.01. Each electric blasting cap shall be tested with an approved galvanometer. Before being placed in the primer, the leg wires shall be short-circuited by twisting the bare ends together and they shall remain twisted until ready to be connected into the circuit preparatory to connecting to the firing line.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034457

INFORMATIONAL COPY ONLY

25.I.02. All caps in a blast shall be of the same manufacture.

25.I.03. The firing line shall not be smaller than No. 14 B and S gage copper wire, No. 12 B and S gage aluminum, or equivalent.

25.I.04. The number of electric blasting caps used in a circuit shall not exceed the tested capacity of the blasting machine or power source.

25.I.05. The circuit including all caps shall be tested with an approved galvanometer before being connected to firing line.

25.I.06. No lead wire shall be connected to the circuit until it has been grounded to dissipate any static charge.

25.I.07. The firing line shall be checked with an approved galvanometer at the terminals before being connected to the blasting machine or other power source.

25.I.08. No firing line shall be connected to a blasting machine or other power source until the shot is to be fired.

## 25.J. FIRING

25.J.01. Prior to the firing of a shot, all persons in the danger area shall be warned of the blast and ordered to a safe distance from the area.

25.J.02. Blast shall not be fired until it is absolutely certain that every person has retreated to a safe distance and that no one remains in a dangerous location.

25.J.03. All blasting operations shall use the following signals:

*WARNING SIGNAL* —A one-minute series of long blasts 5 minutes prior to blast signal.

*BLAST SIGNAL* —A series of short blasts 1 minute prior to the shot.

*ALL CLEAR SIGNAL*—A prolonged blast following the inspection of blast area.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034458

INFORMATIONAL COPY ONLY

**25.J.04.** Warning signals for blasting shall be posted at all access points.

**25.J.05.** Prior to each shot, competent flagmen shall be posted at all access points to danger area such as road, walkways, railroads, and water routes.

**25.J.06.** Prior to firing, the drill boat or vessel on the work shall be moved a safe distance from the blasting range or area.

**25.J.07.** Prior to, and while the drill boat or vessel is being moved from the blasting area, a series of short signals by horn or whistle similar to the usual navigation warning signals shall be given.

**25.J.08.** On the completion of the firing of the blast, a long whistle or horn signal shall be given.

**25.J.09.** No blast shall be fired while any vessel under way is closer than 1,500 feet to the blasting area. Those on board vessels or craft moored or anchored within 1,500 feet must be notified before a blast is fired.

**25.J.10.** No blast shall be fired closer than 250 feet to a boat or vessel containing an explosive magazine. Men engaged in drilling operations on another drill boat within 500 feet shall leave the drill frames for cover if any holes have been loaded.

**25.J.11.** No blast shall be fired while any swimming or diving operations are in progress in the vicinity of the blasting area. If such operations are in progress, signals and arrangements shall be agreed upon to assure that no blast shall be fired while any person is in the water.

**25.J.12.** Whenever a drill boat is moved from the drilling setting, all loaded under water holes shall be fired.

## 25.K. INSPECTION AFTER BLASTING

**25.K.01.** Immediately after blast has been fired, the firing line shall be disconnected from the blasting machine or where power switches are used, they shall be locked open.

**25.K.02.** A thorough inspection shall be made by the

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

**114**

US_00034459

INFORMATIONAL COPY ONLY

blaster to determine if all charges have been exploded and if any unexploded charges in the blasted material.

25.K.03. Other persons shall not be allowed to return to the area of the blast until an "All Clear" signal is given.

25.K.04. All wires shall be carefully traced and search made for unexploded cartridges.

25.K.05. Loose pieces of rock and other debris shall be scaled down from the sides of the face of excavation and the area made safe before proceeding with the work.

## 25.L. MISFIRES

25.L.01. If broken wires, faulty connections, or short circuits are determined as the cause of a misfire, the proper repairs shall be made, the firing line reconnected and tested, and the charge fired. This shall be done, however, only after a careful inspection has been made of burdens remaining in such holes and no hole shall be so refired when the burden has been dangerously weakened by other shots.

25.L.02. Misfired charges tamped with solid material shall be detonated by the following method where practical: Float out the stemming by use of water, place new primer, and detonate. A careful search shall be made for unexploded material in the debris of the second charge.

# SECTION XXVI
# FLOATING PLANT AND MARINE LOCATIONS

## 26.A. GENERAL

26.A.01. All marine plant and equipment shall be inspected and certificated as required under the regulations of the United States Coast Guard before being placed in service.

26.A.02. Minimum qualification of the master, pilot, and crewmen of marine plant shall be possession of a cur-

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034460

INFORMATIONAL COPY ONLY

rently valid license or certification as required by the United States Coast Guard.

26.A.03. Minimum qualification of an operator of motor vessels assigned to transporting personnel shall be a currently valid United States Coast Guard Motor Boat Operator's License.

26.A.04. Before any marine plant and equipment is put into use on the job, it shall be inspected and tested by a qualified person and determined to be in safe operating condition.

26.A.05. Scheduled inspections and tests shall be made to assure safe operating condition.

26.A.06. Marine plant and equipment found to be in an unsafe condition shall be taken out of service and its use prohibited until unsafe conditions have been corrected.

26.A.07. Cables across waterways between floating plants or between plant and mooring shall be marked.

26.A.08. Fenders shall be provided to prevent damage and sparking.

26.A.09. Axes or other suitable emergency cutting equipment shall be provided in accessible position on all towing vessels for use in freeing lines, etc.

26.A.10. A whistle, siren horn, or other signal device shall be provided on floating plant.

26.A.11. On all floating plants where 10 or more men are quartered, one man shall be on watch at all times to guard against fire and provide general watchman service. Automatic detection and warning systems may be installed in lieu of watchman service.

26.A.12. Protection from the elements shall be provided all persons being transported by water.

26.A.13. When engaged in operations where floating plant may be endangered by hurricanes, storms, or floods, plans shall be made in advance for removal or securing plant and evacuation of personnel in emergencies.

26.A.14. Extended movement of floating plant and tow shall be preceded by an evaluation of weather reports

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034461

INFORMATIONAL COPY ONLY

and weather conditions by a responsible person, to ascertain that safe movement of the plant and tow can be accomplished.

26.A.15. All controls requiring operation in cases of emergency such as boiler stops, safety valves, power switches, fuel valves, alarms, and fire extinguishing systems shall be located in such a manner that they are protected against accidental operation but may be readily accessible to operate in an emergency.

26.A.16. Provisions shall be made to prevent accumulation of fuel and grease on floors and in bilges.

26.A.17. Gage glasses or try cocks shall not be installed on fuel tanks or lines.

26.A.18. A shutoff valve shall be installed at the fuel tank connection. Arrangement shall be made for operating this valve from outside the compartment in which the tank is located.

26.A.19. A shutoff valve shall be installed at the engine end of the fuel line.

26.A.20. Fuel valves shall be closed at the tank when shutting down for the night or more than 8 hours.

26.A.21. All carburetors on gasoline engines shall be equipped with a backfire trap or flame arrestor. A drip pan with a flame screen which is emptied continuously by suction from the intake manifold or by an overboard discharge shall be required on all carburetors except downdraft type.

26.A.22. Smoking, the use of open flame equipment, or other ignition sources shall be prohibited on lock structures during lockages.

26.A.23. Pleasure craft or any other vessel shall not be locked with a vessel carrying a dangerous cargo or containing flammable vapors. A towboat may be locked with its tow.

26.A.24. Dangerous cargoes are defined in the Code of Federal Regulations, Title 46, part 146.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034462

INFORMATIONAL COPY ONLY

## 26.B. ACCESSWAYS AND PASSAGEWAYS

**26.B.01.** Safe means for boarding or leaving a floating plant shall be provided with such guarding as necessary to prevent persons falling from or slipping thereon.

**26.B.02.** All accessways and passageways used by persons shall be kept free of ice, snow, grease, mud, and other material that hinders safe passage. Sand, cinders, calcium chloride, or other material shall be used over slippery surfaces that cannot be avoided or found impractical to remove.

**26.B.03.** Nonslip surfaces shall be provided on all working decks, stair treads, ship ladders, platforms, catwalks, and walkways, particularly on the weather side of all doorways opening on deck.

**26.B.04.** Guardrails, bulwarks, or taut cable guardlines shall be provided for deck openings, elevated surfaces, and similar locations where persons may be subject to falling or slipping from them.

**26.B.05.** Any obstruction extending into a passageway and restricting normal passage shall be posted with suitable warning signs or distinctively marked.

**26.B.06.** Floating pipelines used as accessways shall be equipped with walkway and guardrail. Walkways shall be at least 20 inches wide and securely anchored to the pipeline.

**26.B.07.** If cargo or materials are stored on the deck of barges, scows, floats, and similar equipment, the outboard edge shall not be used as a passageway unless a clearance of 2 feet or more is maintained.

**26.B.08.** When two or more pieces of floating plant are being used as one unit, they shall be securely lashed or fastened together to prevent openings between them or the openings shall be properly covered or guarded.

**26.B.09.** All deck fittings and similar obstructions which present stumbling hazards shall be painted yellow or with yellow trim.

**26.B.10.** Grab bars shall be provided on the sides of

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034463

INFORMATIONAL COPY ONLY

superstructure of tugs, tenders, and launches except where railing is present.

26.B.11. All doors shall be provided with positive means to secure them in both the open and closed position.

26.B.12. At least two means of escape shall be provided from areas in which crews are quartered.

26.B.13. Escape hatches and emergency exits shall be marked on both sides with letters at least 1 inch high. Marking shall read "Emergency Exit. Keep Clear."

## 26.C. LAUNCHES, MOTORBOATS, AND SKIFFS

26.C.01. In the following circumstances a qualified crewman shall be assigned, unless qualified able-bodied passengers are aboard to assist with deck duties:

*a.* When extended trips are made from the work site. Generally this will include overnight trips, trips across open water such as lakes or large reservoirs, and trips requiring two or more hours of continuous operation.

*b.* When conditions of navigation make it hazardous for an operator to leave the wheel at any time while underway.

*c.* When operations being performed, other than tying-in, require the handling of lines.

*d.* When operating during inclement weather.

26.C.02. All launches and motorboats having gasoline or liquid petroleum gas power plants or equipment located in cabins, compartments, or confined spaces shall be equipped with a built-in automatic $CO_2$ or other equally effective type of fire extinguishing system.

26.C.03. At least one dry powder pressure type hand fire extinguisher shall be carried on all launches and motorboats, including outboards.

26.C.04. All motor vessels or motor boats powered by internal combustion engines having electric spark ignition systems or having auxiliary engines of this type located in cabins, compartments, or confined spaces shall be equipped with an exhaust fan or fans for ventilating engine space and bilges; such fans shall be explosion-proof and located as remotely from potential explosive

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034464

INFORMATIONAL COPY ONLY

areas as practical. The vent intake shall extend to within not less than 1 foot of the bottom of the compartment.

26.C..05. Engines shall not be started until the engine space and bilges have been ventilated.

26.C.06. For launches and motorboats having diesel power plants not equipped with fans, ventilating shall be by natural draft through permanently open inlet and outlet ducts extending into the bilges. Inlet and exhaust ducts shall be equipped with suitable cowls or exhaust heads.

26.C.07. The maximum number of passengers that can safely be transported shall be posted on all launches, motorboats, and skiffs. This number shall not be exceeded, and in no case shall the number of passengers (including crew) exceed the number of life preservers aboard.

26.C.08. Launches and motorboats shall have 10 square feet of clear deck space and 18 inches of seat width per passenger.

26.C.09. Each boat shall have sufficient room, freeboard, and stability to safely carry the cargo and number of passengers allowed, with due consideration being given to the weather and water conditions in which it will be operated.

## 26.D. DRILLS

26.D.01. On all floating plants which have a regular crew or on which men are quartered, the following drills shall be held at least monthly. Where persons are quartered overnight, every fourth drill shall be at night.

　　*a.* Boat or abandon ship drills.

　　*b.* Fire drills.

　　*c.* Man overboard or rescue drills.

26.D.02. Man overboard or rescue drills shall also be required at boatyards, locks, dams, and other locations where marine rescue equipment is required.

26.D.03. Suitable electrical or mechanical alarm devices, audible in all occupied areas, shall be provided at locations required to conduct any of the above drills.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034465

INFORMATIONAL COPY ONLY

**26.D.04.** A record of all drills, including any deficiencies noted in equipment and corrective action taken, shall be made in station log.

## 26.E. PIPELINE DREDGES

**26.E.01.** Prior to repair or maintenance operations on the pump, suction or discharge lines below the water line, within the hull, the ladder shall be raised and positively secured. This provision is in addition to the normal securing of hoisting machinery. Blank or block plates shall also be set in suction or discharge lines as appropriate.

# SECTION XXVII

# WORK IN CONFINED OR INCLOSED SPACES

## 27.A. GENERAL

**27.A.01.** Prior to entry into confined or inclosed spaces, a positive procedure to eliminate or control the hazards shall be established.

**27.A.02.** Procedure shall be in accordance with the Manufacturing Chemists Association, Safety Guide SG–10—Entering Tanks and Other Inclosed Spaces, or with Department of the Navy publication "Fuel Storage Tank Cleaning at the Shore Establishment" (NAVDOCKS P–342).

**27.A.03.** Inclosed spaces shall include storage tanks, tank cars, holds of vessels, process vessels with limited access, deep tanks, pits, vaults, shaft, or other confined spaces with one side open to the air, and ventilation or exhaust ducts, sewers, underground utility tunnels, or pipe lines with limited ventilation.

**27.A.04.** Hazards considered shall include toxic material and vapors, flammable materials and vapors, asphyxiating, corrosive, or radioactive material, and lack of oxygen.

**27.A.05.** Inclosed spaces shall be tested for contaminants and periodic check tests shall be made to assure an acceptable atmospheric condition.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034466

INFORMATIONAL COPY ONLY

27.A.06. Adequate mechanical exhaust ventilation shall be provided.

27.A.07. Protective clothing and respiratory protection shall not be used as a substitute for cleaning and ventilating of spaces.

27.A.08. Except in an extreme emergency, no one shall enter an inclosed space containing a flammable atmosphere, or one which because of oxygen deficiency or contamination may be immediately harmful to life, in case of failure of the respiratory equipment.

27.A.09. Persons working in confined or inclosed spaces shall have a safety harness and life line with an attendant if the atmosphere has oxygen deficiency or contamination sufficient to require respiratory protection. The attendant shall be assigned no other duties.

27.A.10. Disconnects in the power to any apparatus in or containing inclosed spaces shall be tagged and locked open whenever men are in the inclosed space.

27.A.11. All lines leading into or out of inclosed spaces shall be disconnected and capped or blanked to prevent flow or drainage into the space. The closing of valves will not be a satisfactory substitute.

27.A.12. Local exhaust ventilation shall be provided to eliminate contaminants generated by welding and other operations within inclosed spaces.

27.A.13. Only explosion-proof lighting shall be used in confined or inclosed spaces unless the atmosphere has been proven to be nonflammable.

# SECTION XXVIII
# SAFE CLEARANCE PROCEDURE

## 28.A. GENERAL

28.A.01. A safe clearance procedure shall be established prior to work on or near electrical equipment or lines, mechanical equipment, pressure systems, and vessels and lines or equipment containing dangerous or hazardous

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034467

INFORMATIONAL COPY ONLY

material which can be energized, pressurized, activated, or released remotely or inadvertently.

28.A.02. A safe clearance is an operating procedure by which a person, acting individually or as a representative of a crew, may have a designated system or equipment removed from and held out of service until released by him.

28.A.03. Procedure shall include provisions for lockout, tagging, blanking or capping of controls, valves, and lines, or blocking of moving parts to prevent unauthorized operation.

28.A.04. A safe clearance procedure shall be required on all systems and equipment if unauthorized removal or return to service could result in injury, damage, loss of content, loss of protection, or loss of system operating capability.

# SECTION XXIX

# FORMWORK AND FALSEWORK

## 29.A. GENERAL

29.A.01. The planning and design of formwork and falsework shall be in accordance with the American Concrete Institute, Publication SP4 Formwork for Concrete.

29.A.02. All formwork, falsework, structural shoring, and bracing shall be designed, erected, braced, and maintained so that it will safely support all vertical and lateral loads that might be applied until such loads can be supported by the structure.

29.A.03. Supporting ground or completed construction shall be of adequate strength to carry the vertical and lateral loads to be imposed.

29.A.04. Splices shall be designed and constructed to prevent buckling and bending.

29.A.05. Diagonal bracing shall be provided in vertical and horizontal planes where required to provide stiffness and to prevent buckling of individual members.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034468

INFORMATIONAL COPY ONLY

29.A.06. The Government representative in charge shall approve the design of formwork and falsework.

# SECTION XXX
# ACCESS FACILITIES

## 30.A. GENERAL

30.A.01. Safe access shall be provided to all work areas.

30.A.02. Accessways shall be kept clear of operating or construction materials or debris that would obstruct passage or cause a tripping hazard.

30.A.03. Accessways shall be kept clear of ice, snow, mud, grease, or other material that hinders safe passage. Sand, cinders, or other material to control slipping hazards shall be used over slippery surfaces that cannot be avoided or cleared.

30.A.04. All obstructions or projections into an accessway or passageway shall be conspicuously marked.

30.A.05. Obstructions or projections into accessways or passageways which are pointed, sharp, or any other shape which may cause lacerations, contusions, or abrasions shall be covered with resilient material.

30.A.06. Entrances, portals, or other primary accessways or passageways shall have overhead protection equal to 2-inch solid planking whenever work is performed over the entrance or if there is unsecured material above.

30.A.07. Ramps, steps, or walkways complete with guard rail, intermediate rail, and toeboard shall be provided for temporary access to buildings or structures under construction.

## 30.B. LADDERS

30.B.01. The construction and installation of ladders shall as a minimum conform to the latest edition of the Safety Codes for Portable Wood Ladders (USAS A14.1), Portable Metal Ladders (USAS A14.2), and Fixed Ladders (USAS A14.3).

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

124

US_00034469

INFORMATIONAL COPY ONLY

**30.B.02.** Splices to ladders shall develop the full strength of a ladder of the same overall length.

**30.B.03.** Portable ladders shall be used at such a pitch that the horizontal distance from the top support to the foot will not be greater than one-fourth the vertical distance between these points.

**30.B.04.** The supports on which a ladder rests, both top and bottom, shall be rigid, capable of supporting the loads to be imposed, and of such a nature that lateral displacement cannot occur.

**30.B.05.** All portable ladders shall be of sufficient length and shall be placed so that workmen will not stretch or assume a hazardous position.

**30.B.06.** Portable ladders used as temporary access shall extend at least 3 feet past the landing.

**30.B.07.** Portable metal ladders shall not be used for electrical work or where they may contact electrical conductors.

**30.B.08.** Broken or damaged ladders shall be removed from service immediately and tagged "Unsafe" or destroyed.

**30.B.09.** Ladders shall not be placed in passageways, doorways, drives, or any location where they may be displaced by activities being conducted on any other work unless protected by barricades or guards.

**30.B.10.** Ladders shall be secured by top, bottom, and sufficient intermediate fastenings to hold them rigidly in place and to support the loads which will be imposed upon them.

**30.B.11.** Metal rungs built into masonry work to form a fixed ladder shall be so shaped that the crossbar will be at least 3 inches below the horizontal plane of the side bars to prevent the foot from slipping off the rung.

**30.B.12.** The steps or rungs of all ladders shall be set to provide at least 6½ inches toe space from the inside face of the rung or step.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

**125**

US_00034470

INFORMATIONAL COPY ONLY

**30.B.13.** Provisions for landing at the top of all fixed ladders shall be made by the extension of side rails, hand holds, stanchions, or other suitable means to a minimum of 42 inches above landing.

**30.B.14.** Any fixed ladder more than 20 feet in height or any fixed ladder where the fall distance can be more than 20 feet shall be provided with a ladder climbing safety device.

**30.B.15.** If it is impractical to use a ladder climbing safety device, cages may be used provided that no single section shall be more than 30 feet in length and each section shall be offset from adjacent sections and a guarded landing shall be provided at each offset.

## 30.C. STAIRWAYS

**30.C.01.** On all structures or work levels 20 feet or more in height, stairways shall be provided during the construction period. Where permanent stairways are not installed concurrently with the construction of each floor, a temporary stairway shall be provided to the work level.

**30.C.02.** Temporary stairways and handrails shall be constructed of selected materials, free of imperfections, and shall be rigidly secured to the structure. Wooden treads shall be securely nailed in place. Risers shall be of a uniform height and treads of uniform width. No flight of temporary stairs shall have an unbroken vertical rise of more than 12 feet.

**30.C.03.** The construction, maintenance, and use of temporary metal access stairways or stair towers shall be in accordance with the recommendations of the Steel Scaffolding and Shoring Institute.

**30.C.04.** Rigid handrails of sufficient height to furnish positive protection to workmen shall be installed on all stairs, with four or more risers, around all stairwells and at stair landings. An intermediate rail or screen shall be provided in cases where adequate protection is not furnished by guardrails. Toeboards not less than 6 inches in height, same shall be installed around all stairwells.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034471

INFORMATIONAL COPY ONLY

# SECTION XXXI
# FLOOR AND WALL OPENINGS

## 31.A. GENERAL

**31.A.01.** All floor and roof holes and openings into which persons can accidentally walk shall be guarded by a securely anchored inclosure guard or covered with material and bracing of sufficient strength to support any load which may be imposed. Coverings for floor and roof openings shall be secured in place to prevent accidental removal or displacement.

**31.A.02.** Every stairway and ladderway floor opening shall be guarded by a securely anchored railing, intermediate rail, and toeboard on all exposed sides except entrance opening.

**31.A.03.** Stairway and ladderway entrances shall be offset or provided with a gate to prevent anyone walking directly into the opening.

**31.A.04.** Every hatchway and chute floor opening shall be guarded by a hinged floor-opening cover equipped with railings permanently attached so as to leave only one exposed side.

**31.A.05.** Every wall opening shall be guarded if the lower edge is 4 feet or more above the adjacent floor or ground level.

# SECTION XXXII

# NOISE CONTROL

## 32.A. GENERAL

**32.A.01.** Harmful sound pressure levels in working areas shall be eliminated or minimized by planning and design. Control considerations shall include substitution of less noisy source, isolation, inclosure, baffling, muffling, resilient mounting, sound absorption, or such other measures as appropriate.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034472

INFORMATIONAL COPY ONLY

**32.A.02.** When the sound pressure level in a working area exceeds 85 decibels overall, personal ear protective devices shall be required.

**32.A.03.** When the sound pressure level in a working area exceeds 120 decibels, personal ear protection equivalent to the combination of ear plugs and ear muffs shall be required.

**32.A.04.** Sound pressure level measurements shall be made by qualified personnel.

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034473

INFORMATIONAL COPY ONLY

# APPENDIX A

# REQUIRED SHADES FOR FILTER LENSES AND GLASSES

*Required Shades for Filter Lenses and Glasses*

Shades Nos. 3 and 4 filter lenses are intended for glare of reflected sunlight from snow, water, roadbeds, roofs, sand, etc., for stray light from nearby cutting and welding operations, and for metal pouring and furnace work.

| Welding operation | Shade number |
|---|---|
| Shielded metal-arc welding—$\frac{1}{16}''$, $\frac{3}{32}''$, $\frac{1}{8}''$, $\frac{5}{32}''$ electrodes | 10 |
| Inert-gas metal-arc welding (nonferrous)—$\frac{1}{16}''$, $\frac{3}{32}''$, $\frac{1}{8}''$, $\frac{5}{32}''$ electrodes | 11 |
| Inert-gas metal-arc welding (ferrous)—$\frac{1}{16}''$, $\frac{3}{32}''$, $\frac{1}{8}''$, $\frac{5}{32}''$, electrodes | 12 |
| Shielded metal-arc welding—$\frac{3}{16}''$, $\frac{7}{32}''$, $\frac{1}{4}''$ electrodes | 12 |
| —$\frac{5}{16}''$, $\frac{3}{8}''$ electrodes | 14 |
| Atomic hydrogen welding | 10–14 |
| Carbon arc welding | 14 |
| Soldering | 2 |
| Torch brazing | 3 or 4 |
| Light cutting, up to 1″ | 3 or 4 |
| Medium cutting, 1″ to 6″ | 4 or 5 |
| Heavy cutting, 6″ and over | 5 or 6 |
| Gas welding (light) up to $\frac{1}{8}''$ | 4 or 5 |
| Gas welding (medium) $\frac{1}{8}''$ to $\frac{1}{2}''$ | 5 or 6 |
| Gas welding (heavy) $\frac{1}{2}''$ and over | 6 or 8 |

*Note.* In gas welding or oxygen cutting where the torch produces a high yellow light, it is desirable to use a filter or lens that absorbs the yellow or sodium line in the visible light of the operation.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034474

INFORMATIONAL COPY ONLY

# APPENDIX B
# CRANE SIGNALS*



USE MAIN HOIST. Tap fist on head; then use regular signals.

USE WHIP LINE. (Auxiliary Hoist) Tap elbow with one hand; then use regular signals.

HOIST. With forearm vertical, forefinger pointing up, move hand in small horizontal circle.

LOWER. With arm extended downward, forefinger pointing down, move hand in small horizontal circles.

*Extracted from Proposal USA Standards B30.2, Overhead and Gantry Cranes, and B30.5, Crawler, Locomotive and Truck Cranes, with the permission of the publisher, The American Society of Mechanical Engineers, United Engineering Center, 345 East 47th Street, New York, N.Y. 10017

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034475

INFORMATIONAL COPY ONLY

# CRANE SIGNALS—Continued



RAISE BOOM. Arm extended, fingers closed, thumb pointing upward.



LOWER BOOM. Arm extended, fingers closed, thumb pointing downward.



RAISE THE BOOM AND LOWER THE LOAD. With arm extended thumb pointing up, flex fingers in and out as long as load movement is desired.



LOWER THE BOOM AND RAISE THE LOAD. With arm extended, thumb pointing down, flex fingers in and out as long as load movement is desired.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034476

INFORMATIONAL COPY ONLY

# CRANE SIGNALS—Continued



EXTEND BOOM. (Telescoping Booms) Both fists in front of body with thumbs pointing outward.

RETRACT BOOM. (Telescoping Booms) Both fists in front of body with thumbs pointing toward each other.

SWING. Arm extended point with finger in direction of swing of boom.

MOVE SLOWLY. Use one hand to give any motion signal and place other hand motionless in front of hand giving the motion signal. (Hoist Slowly shown as example)

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

132

AGO 10009C

US_00034477

INFORMATIONAL COPY ONLY

# CRANE SIGNALS—Continued



TRAVEL. (One Track) Lock the track on side indicated by raised fist. Travel opposite track in direction indicated by circular motion of other fist, rotated vertically in front of body. (For crawler cranes only)

TRAVEL. (Both Tracks) Use both fists, in front of body, making a circular motion, about each other, indicating direction of travel; forward or backward. (For crawler cranes only)

TRAVEL. Arm extended forward, hand open and slightly raised, make pushing motion in direction of travel.

DOG EVERYTHING. Clasp hands in front of body.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034478

INFORMATIONAL COPY ONLY

## CRANE SIGNALS—Continued



TROLLEY TRAVEL. Palm up, fingers closed, thumb pointing in direction of motion, jerk hand horizontally.

BRIDGE TRAVEL. Arm extended forward, hand open and slightly raised, make pushing motion in direction of travel.

MULTIPLE TROLLEYS. Hold up one finger for block marked "1" and two fingers for block marked "2". Regular signals follow.

MAGNET IS DISCONNECTED. Crane operator spreads both hands apart - palms up.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034479

INFORMATIONAL COPY ONLY

# CRANE SIGNALS—Continued



STOP. Arm extended, palm down, hold position rigidly.

EMERGENCY STOP. Arm extended, palm down, move hand rapidly right and left.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034480

INFORMATIONAL COPY ONLY

# APPENDIX C
# WIRE ROPE CLIPS

### How to Attach Wire Rope Clips



U-Bolt Clip

Fist Grip Clip

Thimble

U-Bolt of **all** clips on dead end of rope.

Never stagger clips.

Never put U-Bolt of clip on live end of rope.

Thimble

*Note.* D=six times diameter of wire rope.

NUMBER OF CLIPS AND THE PROPER TORQUE NECESSARY TO ASSEMBLE WIRE ROPE EYE LOOP CONNECTIONS WITH A PROBABLE EFFICIENCY NOT MORE THAN 80 PERCENT

| Rope diameter (in.) | Nominal size of clips | Number of clips | Torque to be applied to nuts of clips (ft-lbs) |
|---|---|---|---|
| 5/16 | 3/8 | 3 | 25 |
| 3/8 | 3/8 | 3 | 25 |
| 7/16 | 1/2 | 4 | 40 |
| 1/2 | 1/2 | 4 | 40 |
| 5/8 | 5/8 | 4 | 65 |
| 3/4 | 3/4 | 4 | 100 |
| 7/8 | 1 | 5 | 165 |
| 1 | 1 | 5 | 165 |
| 1 1/4 | 1 1/4 | 5 | 250 |
| 1 3/8 | 1 1/2 | 6 | 375 |
| 1 1/2 | 1 1/2 | 6 | 375 |
| 1 3/4 | 1 3/4 | 6 | 560 |

The spacing of clips should be six times the diameter of the wire rope. To assemble a satisfactory end to end connection, the number of clips indicated above should be increased by two, and the proper torents remain unchanged.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034481

INFORMATIONAL COPY ONLY

# APPENDIX D

# STAIRS AND RAMPS

STAIRWAY NOMENCLATURE

CLEARANCES AND HANDRAIL HEIGHTS
(SEE TABLE OF PROPORTIONS)

76° to 90° preferred for fixed rail and rung ladders — with uniform 12" rung spacing.

PROPER ANGLE FOR PORTABLE LADDER

60° to 75° critical - AVOID

40° to 60° preferred for fixed inclined ladders (Ship's ladders)

24° to 40° preferred for interior stairs.

8° to 24° preferred for monumental and exterior steps.

8° or less preferred for ramps

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034482

INFORMATIONAL COPY ONLY

# STAIRS AND RAMPS—Continued

## TABLE OF PROPORTIONS

BASED ON FORMULA: $T = \dfrac{R}{\tan[(R-3)\,8°]}$

| | HH HANDRAIL HEIGHT (Inches) | RISER (Inches) | EFFECTIVE TREAD (Inches) | ANGLE ($\phi$) (Degrees) | HEAD CLEARANCES Y VERTICAL (Inches) | N NORMAL TO SLOPE (In.) |
|---|---|---|---|---|---|---|
| RAMPS | 39 | — | — | 2° | 84 | |
| | | — | — | 4° | 84 | |
| | | — | — | 6° | 84 | |
| MONUMENTAL OR EXTERIOR | 36 | 4.00 | 28.5 | 8° | 84 | |
| | | 4.25 | 24.1 | 10° | 84 | |
| | 35 | 4.50 | 21.2 | 12° | 85 | |
| | | 4.75 | 19.1 | 14° | 85 | |
| | 34 | 5.00 | 17.4 | 16° | 85 | |
| | | 5.25 | 16.2 | 18° | 86 | |
| | 33 | 5.50 | 15.1 | 20° | 86 | |
| | | 5.75 | 14.2 | 22° | 86 | |
| INTERIOR | 32 | 6.00 | 13.5 | 24° | 87 | |
| | | 6.25 | 12.8 | 26° | 87 | |
| | | 6.50 | 12.2 | 28° | 88 | |
| | | 6.75 | 11.7 | 30° | 89 | |
| | 33 | 7.00 | 11.2 | 32° | 90 | |
| | | 7.25 | 10.7 | 34° | 91 | |
| | | 7.50 | 10.3 | 36° | 92 | |
| | | 7.75 | 9.9 | 38° | 93 | |
| FIXED INCLINED (STEPLADDER, SHIP'S LADDER) | 34 | 8.00 | 9.5 | 40° | | 72 |
| | | 8.25 | 9.2 | 42° | | 71 |
| | | 8.50 | 8.8 | 44° | | 69 |
| | | 8.75 | 8.5 | 46° | | 68 |
| | 33 | 9.00 | 8.1 | 48° | | 66 |
| | | 9.25 | 7.8 | 50° | | 64 |
| | | 9.50 | 7.4 | 52° | | 62 |
| | | 9.75 | 7.1 | 54° | | 59 |
| | 32 | 10.00 | 6.7 | 56° | | 57 |
| RAIL AND RUNG LADDER | | 12.00 max. | — | 76° | | 36 |
| | | | — | 82° | | 32 |
| | | | | 90° | | 30 |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

*Stairs and Ramps—Continued*

US_00034483

INFORMATIONAL COPY ONLY

# APPENDIX E

# FIXED LADDERS AND GUARD RAILS



THROUGH LADDER
LESS THAN 20 FT. HIGH

SIDE-STEP LADDER
LESS THAN 20 FT. HIGH



SECTION A-A

SECTIONAL ELEVATION

A REASONABLY SAFE ACCESS HATCH

*Note.* See USAS A 14.3 for design requirements.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034484

INFORMATIONAL COPY ONLY

# APPENDIX E (Cont.)
# FIXED LADDERS AND GUARD RAILS



DEFLECTOR PLATES FOR HEAD HAZARDS

CENTERED SIDE LADDER

END SIDE LADDER

NOTE: height of guard rail 3'-6"

END THROUGH LADDER

WALKWAY SIDE LADDER

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034485

INFORMATIONAL COPY ONLY

# FIXED LADDERS AND GUARD RAILS

SHORT LADDERS AT ELEVATED LOCATIONS

ROOF LADDER

LADDER FAR FROM WALL

CLEARANCE FOR UNAVOIDABLE OBSTRUCTION AT REAR OF LADDER

MINIMUM LADDER CLEARANCES

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034486

INFORMATIONAL COPY ONLY

# APPENDIX E (Cont.)

# FIXED LADDERS AND GUARD RAILS



THROUGH LADDER    SIDE-STEP LADDER
OVER 20 FT. HIGH

BASKET GUARD

BAR LADDER ← → ANGLE IRON LADDER
BASKET GUARD HOOP

INCLINED LADDER
AT ELEVATED LOCATION
(for special hazard only)

CLEARANCE DIAGRAM

*Note.* Ladder devices are recommended on vertical ladders of any length.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034487

INFORMATIONAL COPY ONLY

# APPENDIX F

## TRENCH SHORING

*Position of Walers Before Placing Sheet Piling for Shoring Trenches*



Set up preparatory to placing sheet piling

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034488

INFORMATIONAL COPY ONLY

# APPENDIX G

# TRENCH SHORING WITH TRENCH JACKS
# FOR CROSS BRACES



Jack screws used with
complete sheet piling

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034489

INFORMATIONAL COPY ONLY

# APPENDIX H

# METHOD OF BRACING WHEN TWO LENGTHS OF SHEET PILING ARE USED



SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

145

US_00034490

INFORMATIONAL COPY ONLY

# APPENDIX I

## BRACING WITH JACK SCREWS IN HARD SOIL



This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034491

INFORMATIONAL COPY ONLY

# APPENDIX J

## AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

As Revised and Approved by the Institute of Makers of Explosives

June 5, 1964

| Explosives | | Distances in feet when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 2 | 5 | 70 | 30 | 30 | 6 |
| 5 | 10 | 90 | 35 | 35 | 8 |
| 10 | 20 | 110 | 45 | 45 | 10 |
| 20 | 30 | 125 | 50 | 50 | 11 |
| 30 | 40 | 140 | 55 | 55 | 12 |
| 40 | 50 | 150 | 60 | 60 | 14 |
| 50 | 75 | 170 | 70 | 70 | 15 |
| 75 | 100 | 190 | 75 | 75 | 16 |
| 100 | 125 | 200 | 80 | 80 | 18 |
| 125 | 150 | 215 | 85 | 85 | 19 |
| 150 | 200 | 235 | 95 | 95 | 21 |
| 200 | 250 | 255 | 105 | 105 | 23 |
| 250 | 300 | 270 | 110 | 110 | 24 |
| 300 | 400 | 295 | 120 | 120 | 27 |
| 400 | 500 | 320 | 130 | 130 | 29 |
| 500 | 600 | 340 | 135 | 135 | 31 |
| 600 | 700 | 355 | 145 | 145 | 32 |
| 700 | 800 | 375 | 150 | 150 | 33 |
| 800 | 900 | 390 | 155 | 155 | 35 |
| 900 | 1,000 | 400 | 160 | 160 | 36 |
| 1,000 | 1,200 | 425 | 170 | 165 | 39 |
| 1,200 | 1,400 | 450 | 180 | 170 | 41 |
| 1,400 | 1,600 | 470 | 190 | 175 | 43 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034492

INFORMATIONAL COPY ONLY

## APPENDIX J (Cont.)
# AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in feet when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 1,600 | 1,800 | 490 | 195 | 180 | 44 |
| 1,800 | 2,000 | 505 | 205 | 185 | 45 |
| 2,000 | 2,500 | 545 | 220 | 190 | 49 |
| 2,500 | 3,000 | 580 | 235 | 195 | 52 |
| 3,000 | 4,000 | 635 | 255 | 210 | 58 |
| 4,000 | 5,000 | 685 | 275 | 225 | 61 |
| 5,000 | 6,000 | 730 | 295 | 235 | 65 |
| 6,000 | 7,000 | 770 | 310 | 245 | 68 |
| 7,000 | 8,000 | 800 | 320 | 250 | 72 |
| 8,000 | 9,000 | 835 | 335 | 255 | 75 |
| 9,000 | 10,000 | 865 | 345 | 260 | 78 |
| 10,000 | 12,000 | 875 | 370 | 270 | 82 |
| 12,000 | 14,000 | 885 | 390 | 275 | 87 |
| 14,000 | 16,000 | 900 | 405 | 280 | 90 |
| 16,000 | 18,000 | 940 | 420 | 285 | 94 |
| 18,000 | 20,000 | 975 | 435 | 290 | 98 |
| 20,000 | 25,000 | 1,055 | 470 | 315 | 105 |
| 25,000 | 30,000 | 1,130 | 500 | 340 | 112 |
| 30,000 | 35,000 | 1,205 | 525 | 360 | 119 |
| 35,000 | 40,000 | 1,275 | 550 | 380 | 124 |
| 40,000 | 45,000 | 1,340 | 570 | 400 | 129 |
| 45,000 | 50,000 | 1,400 | 590 | 420 | 135 |
| 50,000 | 55,000 | 1,460 | 610 | 440 | 140 |
| 55,000 | 60,000 | 1,515 | 630 | 455 | 145 |
| 60,000 | 65,000 | 1,565 | 645 | 470 | 150 |
| 65,000 | 70,000 | 1,610 | 660 | 485 | 155 |
| 70,000 | 75,000 | 1,655 | 675 | 500 | 160 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

148

AGO 10009C

US_00034493

INFORMATIONAL COPY ONLY

# APPENDIX J (Cont.)
# AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in feet when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 75,000 | 80,000 | 1,695 | 690 | 510 | 165 |
| 80,000 | 85,000 | 1,730 | 705 | 520 | 170 |
| 85,000 | 90,000 | 1,760 | 720 | 530 | 175 |
| 90,000 | 95,000 | 1,790 | 730 | 540 | 180 |
| 95,000 | 100,000 | 1,815 | 745 | 545 | 185 |
| 100,000 | 110,000 | 1,835 | 770 | 550 | 195 |
| 110,000 | 120,000 | 1,855 | 790 | 555 | 205 |
| 120,000 | 130,000 | 1,875 | 810 | 560 | 215 |
| 130,000 | 140,000 | 1,890 | 835 | 565 | 225 |
| 140,000 | 150,000 | 1,900 | 850 | 570 | 235 |
| 150,000 | 160,000 | 1,935 | 870 | 580 | 245 |
| 160,000 | 170,000 | 1,965 | 890 | 590 | 255 |
| 170,000 | 180,000 | 1,990 | 905 | 600 | 265 |
| 180,000 | 190,000 | 2,010 | 920 | 605 | 275 |
| 190,000 | 200,000 | 2,030 | 935 | 610 | 285 |
| 200,000 | 210,000 | 2,055 | 955 | 620 | 295 |
| 210,000 | 230,000 | 2,100 | 980 | 635 | 315 |
| 230,000 | 250,000 | 2,155 | 1,010 | 650 | 337 |
| 250,000 | 275,000 | 2,215 | 1,040 | 670 | 360 |
| 275,000 | 300,000 | 2,275 | 1,075 | 690 | 385 |

*Note 1.* "Explosives" means any chemical compound, mixture, or device, the primary or common purpose of which is to function by explosion, i.e., with substantially instantaneous release of gas and heat, unless such compound, mixture, or device is otherwise specifically classified by the Interstate Commerce Commission.

*Note 2.* "Magazine" means any building or structure, other than an explosives manufacturing building, used for the permanent storage of explosives.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034494

INFORMATIONAL COPY ONLY

## APPENDIX J (Cont.)
# AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

*Note 3.* "Natural Barricade" means natural features of the ground, such as hills, or timber of sufficient density that the surrounding exposures which require protection cannot be seen from the magazine when the trees are bare of leaves.

*Note 4.* "Artificial Barricade" means an artificial mound or revetted wall of earth of a minimum thickness of three feet.

*Note 5.* "Barricaded" means that a building containing explosives is effectually screened from a magazine, building, railway, or highway, either by a natural barricade, or by an artificial barricade of such height that a straight line from the top of any sidewall of the building containing explosives to the eave line of any magazine, or building, or to a point twelve feet above the center of a railway or highway, will pass through such intervening natural or artificial barricade.

*Note 6.* When a building containing explosives is not barricaded, the distances shown in the Table should be doubled.

*Note 7.* "Inhabited Building" means a building regularly occupied in whole or in part as a habitation for human beings, or any church, schoolhouse, railroad station, store, or other structure where people are accustomed to assemble, except any building or structure occupied in connection with the manufacture, transportation, storage, or use of explosives.

*Note 8.* "Railway" means any steam, electric, or other railroad or railway which carries passengers for hire.

*Note 9.* "Highway" means any public street or public road.

*Note 10.* When two or more storage magazines are located on the same property, each magazine must comply with the minimum distances specified from inhabited buildings, railways, and highways, and in addition, they

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034495

INFORMATIONAL COPY ONLY

# APPENDIX J (Cont.)
## AMERICAN TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

should be separated from each other by not less than the distances shown for "Separation of Magazine," except that the quantity of explosives contained in cap magazines shall govern in regard to the spacing of said cap magazines from magazines containing other explosives. If any two or more magazines are separated from each other by less than the specified "Separation of Magazines" distances, then such two or more magazines, as a group, must be considered as one magazine, and the total quantity of explosive stored in such group must be treated as if stored in a single magazine located on the site of any magazine of the group, and must comply with the minimum of distances specified from other magazines, inhabited buildings, railways, and highways.

*Note 11.* The Institute of Makers of Explosives does not approve the permanent storage of more than 300,000 pounds of commercial explosives in one magazine or in a group of magazines which is considered as one magazine.

*Note 12.* This Table applies only to the manufacture and permanent storage of commercial explosives. It is not applicable to transportation of explosives, or any handling or temporary storage necessary of incident thereto. It is not intended to apply to bombs, projectiles, or other heavily encased explosives.

*Note 13.* All types of blasting caps in strengths through No. 8 cap should be rated at 1½ pounds of explosives per 1,000 caps. For strengths higher than No. 8 cap, consult the manufacturer.

*Note 14.* For quantity and distance purposes detonating fuse up to 60 grains per foot should be calculated as equivalent to 9 lbs. of high explosives per 1,000 feet. Heavier cord loads should be rated proportionately.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034496

# APPENDIX K
# POWER FIRING SYSTEM



INFORMATIONAL COPY ONLY

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034497

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

# APPENDIX L

# INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

A. Item of Inspection.

| | Inspection interval | Procedure reference |
|---|---|---|
| *Automatic and manual protective equipment* | | |
| Main Generator CO₂ System, Oil Storage Room CO₂ System and Oil Purification Room CO₂ System | M–SA | 1 |
| Sprinkler System | Bimonthly | 2 |
| Fire Doors and Shutters | M–SA | 3 |
| *Portable protective equipment* | | |
| Carbon dioxide (CO₂) Extinguisher, Portable and Wheeled Type | M–SA | 4 |
| Dry Chemical Extinguishers, Portable and Wheeled Type | M–SA | 5 |
| Loaded Stream Type Extinguisher | M–SA–A | 6 |
| Foam Extinguishers Portable and Wheeled Type | M–SA–A | 7 |
| Soda and Acid Extinguishers, Portable and Wheeled Type | M–SA–A | 8 |
| Water Type Extinguishers | M–SA–A | 9 |
| Fire Pails, Drums, Tanks | W | 10 |
| Transformer Fog System | D–SA | 11 |
| Fire Hose | M–A | 12 |
| *Fire alarm system* | | |
| Area Fire Signal | D–M | 13 |
| Station Fire Alarms | M | 14 |

US_00034498

## B. Frequency of Inspection.

INFORMATIONAL COPY ONLY

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| 1. Main Generator $CO_2$ System, Oil Storage $CO_2$ System and Oil Purification $CO_2$ System. | Monthly | Check electrical control circuits to see that same are in the ON position. Check all indicating lights to se that same are ON. |
| | Semiannually | Check every cyinder to see that it is mounted properly and weigh to see that it has full charge. Check in detail the tripping devices in accordance with the equipment manufacturers manual and recommendations. |
| 2. All Water Spray Systems. | Bimonthly | Make visual inspection of water spray system water supply control. Start fire pumps, thereby building up pressure on water lines and flush out lines by opening flushing valve at end of line. Check fire pumps for leakage and proper operation. |
| 3. Fire Doors and Shutters. | Monthly | Inspect and manually operate fire doors and dampers. Make repairs as needed. |
| | Semiannually | Test automatic operation of automatic fire doors and dampers. Lubricate rollers and clean out channels. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

154

AGO 10009C

US_00034499

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only

| | | |
|---|---|---|
| 4. Carbon Dioxide (CO₂), Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers for proper location. Make sure that extinguisher is not subjected to high temperatures or located in direct rays of sun. Check lead wire seal and plastic seal on pressure release disk, if damaged or broken, check charge. Check hoses, nozzles, shells, brackets, and supports for deficiencies and correct. |
| | Semiannually | Weigh all extinguishers to insure full charge. Recharge if loss is 10 percent or more of rated capacity. Lubricate wheels on wheeled type. |
| 5. Dry Chemical Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and suports for deficiencies and correct. Pressurized units—check gauge pressure for full charge. |
| | Semiannually | Non-Pressurized units—remove cartridges and weigh. Examine chemical to see that it is freely running, powdery condition. DO NOT |

US_00034500

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| | | MIX THE VARIOUS TYPES OF DRY CHEMICALS. Wheeled type—check racks and lubricate wheels. |
| 6. Loaded Stream Type Extinguishers. | Monthly | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and supports, and correct deficiencies. |
| | Semiannually | Weigh cartridge and replace if loss exceeds stamped instructions. See that material is at the proper level. Examine inside of extinguisher and filler neck for corrosion, dents, and other damage. |
| | Annually | Stored-pressure units will be checked for pressure indication in operable range. All extinguishers except stored-pressure type must be discharged and recharged, and inspected annually. |
| 7. Foam Extinguish- | Monthly | Check all extinguishers for proper location. Make |

US_00034501

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

ers, Portable and Wheeled.

8. Soda Acid Extinguishers, Portable and Wheeled Type.

visual inspection and, if any show signs of having been used, check charge and restore to normal. Check condition of tank, hoses, nozzles, orifices, brackets, and supports for deficiences and correct.

Semiannually__Remove caps and examine tank interior visually for corrosion and damage. Check quantity of contents, inter-chamber stopper for freedom of movement, and gasket and filler collar for breaks, grooves, dents, or other damage. Lubricate wheels on wheeled type.

Annually ____ Discharge and recharge all foam types annually.

Monthly _____Check all extinguishers for proper location. Make visual inspection and if any show signs of having been used, check charge and restore to normal. Check tanks for external damage, corrosion, and leaks. Check hoses, nozzles, orifices, brackets, and supports and correct deficiencies.

Semiannually__Remove cap and blow through nozzle to insure waterway is unobstructed. Use a short hose or tube for mouthpiece. Check tank interior, gaskets, and filling collar for corrosion breaks,

157

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| | | dent, foreign material, or other damage. Remove acid bottle and check quantity of soda solution by filler mark. Check for soda cake on bottom using small wooden rod or stick and recharge if excessive. Do not scratch lead coating on interior of extinguisher. Check quantity of acid. Excess indicates water absorption and need for fresh acid. Inspect acid bottle stopper for freedom of movement, acid bottle for cracks, and cage holder for weak spots. Lubricate wheels on wheeled type. |
| | Annually | Discharge and recharge all soda acid types annually. |
| 9. Water Type Extinguisher.<br>(a) Pump Type.<br>(b) Plain Water, Calcium Chloride Type.<br>(c) Extinguishers Using an Acid | Monthly | Check all extinguishers for proper location, leaks, damage, and clear orifices. Operate pumps in pump types. |
| | Semiannually | Tighten packing gland on pump type to stop leaks. Oil pump pumper rod. Remove and weigh carbon dioxide cartridge. If weight is less than allowance specified on container, replace cartridge. Inspect interior, gaskets, and |

AGO 10009C

US_00034503

Reaction to Expel Liquid.

filler collar for corrosion, breaks, dents, or other damage.

Annually _____Extinguishers of the acid reaction type must be discharged and recharged annually and all parts carefully inspected.

10. Fire Pails, Drums, Tanks.

Weekly _____Check items for condition and proper location. Remove trash and refill if necessary. Check anti-freeze solution as required.

11. Transformer Fog System.

Daily_____See that pilot lights are burning indicating that power is on and system is ready for automatic operation. Make visual inspection of nozzle piping at transformers.

Semiannually_Make complete overall test while transformer bank is out of service. Operate tripping devices and actually operate the entire system to see that it is operating properly. Make thorough inspection of each head and coverage of spray.

12. Fire Hose.

Monthly _____Make a visual inspection of nozzle, hose, and connections. Be sure hose is hung in proper position for use in case of fire. Defective hose is to be discarded and replaced with new hose.

Annually _____Test flow from hydrant and test hose.

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034504

INFORMATIONAL COPY ONLY

SUPERSEDED

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

160

| Procedure reference | Inspection interval | Procedure |
|---|---|---|
| 13. Area Fire Signal. | Daily _____ | Test operate fire signal. |
|  | Monthly _____ | Service fire signal and controls. |
| 14. Stations Fire Alarms. | Monthly _____ | Check system for proper operation. Check controls, relays, bells, gongs, and other equipment. If the station automatic telephone system is used for fire alarm purposes, check in accordance with inspection and test of station telephone system. |

US_00034505

INFORMATIONAL COPY ONLY

# APPENDIX M

## REFERENCE MATERIAL

A. American Standards Association (United States of America Standards Institute)

1. Conveyors, Cableways, and Related Equipment, Safety Code for—B 20.1.
2. Electric Arc-Welding Apparatus, Requirements for—C 87.1.
3. Elevators, Dumbwaiters, and Moving Walks, Safety Code for—A 17.1.
4. Fixed Ladders, Safety Code for—A 14.3.
5. Head, Eye, and Respiratory Protection, Safety Code for—Z 2.1.
6. Industrial Accident Prevention Signs, Specifications for—Z 35.1.
7. Industrial Lighting, Practice for—A 11.1.
8. Marking Physical Hazards and the Identification of Certain Equipment, Safety Color Code for—Z 53.1.
9. National Electrical Code—C 1.
10. National Electrical Safety Code—C 2.
11. Portable Metal Ladders, Safety Code for—A 14.2.
12. Portable Wood Ladders, Safety Code for—A 14.1.
13. Pressure Piping, Code for—B 31.1.
14. Specifications for Rubber Protective Equipment for Electrical Workers—J 6.
15. Uniform Traffic Control Devices for Streets and Highways, Manual on—D 6.1.
16. Welding and Cutting, Safety in—Z 49.1.
17. Woodworking Machinery, Safety Code for—O 1.1.
18. Workmen's Hoists, Safety Requirements for—A 10.4.

B. American Concrete Institution Publication SP4—Formwork for Concrete.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034506

INFORMATIONAL COPY ONLY

SUPERSEDED

C. American Conference of Governmental Industrial Hygienists Pamphlet—Threshold Limit Values.

D. American Society of Mechanical Engineers.
   1. Boiler Construction Code.
   2. Code for Unfired Pressure Vessels.

E. Code of Federal Regulations.
   1. Title 10, Chapter I.
   2. Title 33, Chapter II.
   3. Title 46, Chapter I, Sub-chapter Q.
   4. Title 46, Chapter I, Sub-chapter T.

F. E. I. DuPont de Nemours and Co., Inc.—Blaster's Handbook.

G. Federal Aviation Agency Regulations.

H. Federal Specifications for Helmet, Construction Workers GGG–H142C.

I. Interstate Commerce Commission Regulations on Compressed Gas Cylinders.

J. Institute of Makers of Explosives.
   1. Suggested Code for the Manufacture, Transportation, Storage, and Use of Explosives and Blasting Agents.
   2. Standard Storage Magazines—Pamphlet No. 1.

K. Manufacturing Chemists Association, Safety Guide SG–10—Entering Tanks and Other Enclosed Spaces.

L. Military Standard 101A—Color Code for Compressed Gas Cylinders.

M. National Fire Protection Association.
   1. Fire Protection Handbook.
   2. National Fire Codes.

N. Underwriters' Laboratories, Inc. Lists.

O. U.S. Department of Commerce, National Bureau of Standards Handbook No. 59—Permissible Dose From External Sources of Ionizing Radiation.

P. U.S. Department of Interior.
   1. Permissible Mine Equipment.
      (a) Bureau of Mines Bulletin B 543.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034507

INFORMATIONAL COPY ONLY

(b) Bureau of Mines Information Circulars IC 7722, IC 7840, IC 7957, IC 8070.

2. Respiratory Protective Devices Approved by the Bureau of Mines—Information Circular IC 7885.

Q. U.S. Navy Diving Manual, NAVSHIPS 250–538.

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034508

INFORMATIONAL COPY ONLY

# INDEX

| | Section | Para-graph | Page |
|---|---|---|---|
| Access Facilities (General) | XXX | 30.A | 124 |
| Accessways and Passageways (to Floating Plants) | XXVI | 26.B | 118 |
| Accident Reporting and Records | II | 02.A | 2 |
| Aircraft (General) | XX | 20.A | 73 |
| Airfield Construction Operations (Warning Marking and Lighting) | X | 10.D | 25 |
| Blasting (General) | XXV | 25.A | 104 |
| Blasting, Inspection | XXV | 25.K | 114 |
| Blasting, Misfires | XXV | 25.L | 115 |
| Blasting (Tunnel Excavation) | XXIV | 24.C | 101 |
| Boilers and Systems | XXI | 21.C | 78 |
| Brick | XI | 11.D | 28 |
| Building Spacing (Fire Prevention) | XII | 12.C | 31 |
| Burning Areas (Fire Prevention) | XII | 12.H | 37 |
| Cement and Lime | XI | 11.C | 28 |
| Chains | XVII | 17.D | 54 |
| Chains and Ropes (General) | XVII | 17.A | 51 |
| Clearance Procedure (General) | XXVIII | 28.A | 122 |
| Coffer-Dams (Excavation) | XXIII | 23.D | 98 |
| Compressed Air and Gas Equipment and Systems | XXI | 21.B | 76 |
| Confined or Inclosed Space, Work in (General) | XXVII | 27.A | 121 |
| Construction Equipment Operators | V | 05.A | 7 |
| Conveyors, Cableways and Related Equipment | XVIII | 18.M | 65 |
| Cranes, Floating | XVIII | 18.G | 62 |
| Cranes, Pedestal Mounted and Derricks | XVIII | 18.F | 61 |
| Cranes, Portal, Hammerhead and Tower Cranes | XVIII | 18.E | 61 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034509

INFORMATIONAL COPY ONLY

| | Section | Para-graph | Page |
|---|---|---|---|
| Cranes, Wheel Mounted | XVIII | 18.D | 60 |
| Crawler, Truck and Wheel Mounted Cranes | XVIII | 18.D | 60 |
| Crushed Stone (Materials Handling) | XI | 11.H | 29 |
| Cylinders, Compressed Gas | XXI | 21.D | 79 |
| Damage and Vibration Control, Blasting | XXV | 25.C | 106 |
| Derricks | XVIII | 18.F | 61 |
| Disposal, Materials Handling (General) | XI | 11.A | 26 |
| Disposal of Waste Material | XI | 11.K | 30 |
| Diving Equipment and Procedure | VII | 07.I | 16 |
| Drilling | XXV | 25.G | 111 |
| Drills, on Floating Plants | XXVI | 26.D | 120 |
| Drinking Water | III | 03.A | 3 |
| Electric Equipment, Welding | XIV | 14.C | 42 |
| Electrical Wiring and Apparatus (General) | XV | 15.A | 43 |
| Electromagnetic Radiation | XXV | 25.B | 106 |
| Elevators, Passenger and Freight | XVIII | 18.H | 62 |
| Emergency Plans (General) | VI | 06.A | 8 |
| Employees, Physical Qualifications (General) | V | 05.A | 7 |
| Equipment, Construction Operators | V | 05.A | 7 |
| Excavations (General) | XXIII | 23.A | 89 |
| Excavation (with Coffer-Dams) | XXIII | 23.D | 98 |
| Explosives, Firing | XXV | 25.J | 113 |
| Explosives, Handling | XXV | 25.E | 109 |
| Explosives, Loading | XXV | 25.H | 112 |
| Explosives, Storage | XXV | 25.F | 110 |
| Explosives, Transportation | XXV | 25.D | 107 |
| Explosives, Wiring | XXV | 25.I | 112 |
| Falsework (General) | XXIX | 29.A | 123 |
| Fire Alarm Devices | XIII | 13.E | 40 |
| Fire Fighting Equipment, Work Area | VII | 07.H | 15 |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034510

INFORMATIONAL COPY ONLY

| | Section | Paragraph | Page |
|---|---|---|---|
| Fire Fighting Organizations, Training and Drilling | XIII | 13.F | 40 |
| Fire Patrols | XIII | 13.B | 39 |
| Fire Prevention (General) | XII | 12.A | 30 |
| Fire Prevention, Building and Material Spacing | XII | 12.C | 31 |
| Fire Prevention, Burning Areas | XII | 12.H | 37 |
| Fire Prevention, Cleanup and Housekeeping | XII | 12.B | 31 |
| Fire Prevention, Liquefied Petroleum Gases | XII | 12.I | 38 |
| Fire Prevention, Miscellaneous | XII | 12.G | 37 |
| Fire Protection, Apparatus, and Equipment | XIII | 13.D | 40 |
| Fire Protection, First Aid | XIII | 13.A | 38 |
| Fire Protection, Miscellaneous | XIII | 13.G | 40 |
| Fire Protection, Water Supply and Distribution | XIII | 13.C | 39 |
| First Aid, Fire Protection | XIII | 13.A | 38 |
| First Aid Kits | IV | 04.B | 6 |
| First Aid Station | IV | 04.C | 6 |
| Floor, Openings | XXXI | 31.A | 127 |
| Floor, Partition Blocks | XI | 11.E | 28 |
| Food Service | III | 03.D | 4 |
| Formwork and Falsework (General) | XXIX | 29.A | 123 |
| Fueling, Motor Vehicles | XIX | 19.D | 73 |
| Gas Equipment (Welding) | XIV | 14.B | 42 |
| Gas, Liquefied Petroleum (Fire Prevention) | XII | 12.I | 38 |
| Gravel ( Materials Handling) | XI | 11.H | 29 |
| Grounding, Wiring | XV | 15.C | 45 |
| Guarding and Safety Devices, Machinery (General) | XVIII | 18.B | 58 |
| Hammerhead Cranes | XVIII | 18.E | 61 |
| Haulage (Tunnel Excavation) | XXIV | 24.D | 103 |
| Headgear, Protective | VII | 07.C | 12 |
| Heating Devices and Systems | XII | 12.D | 32 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034511

INFORMATIONAL COPY ONLY

|  | Section | Para-graph | Page |
|---|---|---|---|
| Hoisting Equipment (General) | XVIII | 18.C | 59 |
| Hoisting Equipment Operators | V | 05.A | 7 |
| Hoists, Material | XVIII | 18.J | 62 |
| Hoists, Workmen's | XVIII | 18.I | 62 |
| Hot Substances | VIII | 08.B | 17 |
| Housekeeping | XI | 11.J | 29 |
| Housekeeping, Fire Prevention | XII | 12.B | 31 |
| Inclosed Space, Work in (General) | XXVII | 27.A | 121 |
| Infirmary | IV | 04.D | 6 |
| Insects, Protection Against | VIII | 08.C | 18 |
| Instruction and Training | I | 01.A | 1 |
| Ladders | XXX | 30.B | 124 |
| Launches, Motorboats, and Skiffs | XXVI | 26.C | 119 |
| Lifesaving | VII | 07.G | 15 |
| Lighting (General) | IX | 09.A | 22 |
| Lighting, Airfield Construction Operations | X | 10.D | 25 |
| Liquids, Flammable and Combustible | XII | 12.E | 33 |
| Loading, Motor Vehicles | XIX | 19.E | 73 |
| Lumber | XI | 11.B | 27 |
| Lumber Spacing, Fire Prevention | XII | 12.C | 31 |
| Machinery, Crawler, Truck and Wheel Mounted Cranes | XVIII | 18.D | 60 |
| Machinery, Guarding and Safety Devices (General) | XVIII | 18.B | 58 |
| Machinery and Mechanized Equipment (General) | XVIII | 18.A | 54 |
| Marine Locations and Floating Plant (General) | XXVI | 26.A | 115 |
| Materials Handling (General) | XI | 11.A | 26 |
| Medical Facilities (General) | IV | 04.A | 5 |
| Medical Personnel and Qualifications | IV | 04.E | 7 |
| Medical Records | IV | 04.A | 5 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

US_00034512

INFORMATIONAL COPY ONLY

| | Section | Paragraph | Page |
|---|---|---|---|
| Motorboats | XXVI | 26.C | 119 |
| Motor Vehicles (General) | XIX | 19.A | 68 |
| Nets, Safety | VII | 07.D | 12 |
| Noise Control | XXXII | 32.A | 127 |
| Openings, Floor and Wall | XXXI | 31.A | 127 |
| Operators, Motor Vehicles | V | 05.A | 7 |
| Overhead Lines, Wiring | XV | 15.E | 46 |
| Paints and Painting, Flammable | XII | 12.F | 36 |
| Partition Blocks, Floor and Wall | XI | 11.E | 28 |
| Passageways, Floating Plant | XXVI | 26.B | 118 |
| Physical Qualifications of Employees (General) | V | 05.A | 7 |
| Pile Drivers | XVIII | 18.K | 63 |
| Piling, Round Wood, or Poles | XI | 11.I | 29 |
| Pipe | XI | 11.G | 29 |
| Pipeline Dredges | XXVI | 26.E | 121 |
| Plant (Floating) and Marine Locations (General) | XXVI | 26.A | 115 |
| Plants, Poisonous | VIII | 08.D | 19 |
| Platforms (General) | XXII | 22.A | 81 |
| Pneumatic Tools | XVI | 16.D | 49 |
| Poisonous and Harmful Substances (General) | VIII | 08.A | 16 |
| Poisons, | VIII | 08.E | 19 |
| Portal, Hammerhead and Tower Cranes | XVIII | 18.E | 61 |
| Pressurized Equipment and Systems (General) | XXI | 21.A | 74 |
| Protection, Wiring Disconnect and Overcurrent | XV | 15.B | 44 |
| Protective Apparel, Personal (General) | VII | 07.A | 9 |
| Radiological | VIII | 08.F | 20 |
| Ramps (General) | XXII | 22.A | 81 |
| Ramps and Trestles | XXII | 22.D | 86 |
| Reinforcing, Sheet | XI | 11.F | 28 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034513

INFORMATIONAL COPY ONLY

| | Section | Paragraph | Page |
|---|---|---|---|
| Reporting and Records, Accidents | II | 02.A | 2 |
| Respiratory Protection | VII | 07.B | 11 |
| Ring Buoys | VII | 07.F | 14 |
| Roofing Devices and Practices | XXII | 22.C | 86 |
| Rope, Fiber | XVII | 17.E | 54 |
| Rope, Wire | XVII | 17.C | 52 |
| Ropes and Chains (General) | XVII | 17.A | 51 |
| Ropes and Chains, Slings | XVII | 17.B | 52 |
| Round Wood Piling or Poles | XI | 11.I | 29 |
| Runways (General) | XXII | 22.A | 81 |
| Safety Devices, Machinery | XVIII | 18.B | 58 |
| Safety Equipment, Personal | VII | 07.A | 9 |
| Safety Skiffs, Lifesaving | VII | 07.G | 15 |
| Sand (Materials Handling) | XI | 11.H | 29 |
| Saws, Power | XVI | 16.C | 49 |
| Scaffolds (General) | XXII | 22.A | 81 |
| Scaffolds and Towers, Metal | XXII | 22.B | 85 |
| Scaffolds, Outrigger | XXII | 22.F | 87 |
| Scaffolds, Suspended | XXII | 22.G | 88 |
| Scaffolds, Wood Pole | XXII | 22.E | 87 |
| Signalmen (General) | X | 10.A | 23 |
| Signalmen | X | 10.B | 24 |
| Signals (General) | X | 10.A | 23 |
| Signs | X | 10.C | 24 |
| Signs, Warning (General) | X | 10.A | 23 |
| Signs, Warning for Plant and Equipment | X | 10.E | 26 |
| Skiffs | XXVI | 26.C | 119 |
| Slings | XVII | 17.B | 52 |
| Snakes, Protection | VIII | 08.C | 18 |
| Stairways | XXX | 30.C | 126 |
| Storage and Disposal, Materials Handling | XI | 11.A | 26 |
| Structural Steel | XI | 11.F | 28 |
| Toilets | III | 03.B | 3 |
| Tools, Explosive Actuated Fastening | XVI | 16.E | 50 |
| Tools, Grinding | XVI | 16.B | 49 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034514

INFORMATIONAL COPY ONLY

| | Section | Para-graph | Page |
|---|---|---|---|
| Tools, Hand and Power (General) | XVI | 16.A | 48 |
| Tools, Pneumatic | XVI | 16.D | 49 |
| Tower Cranes | XVIII | 18.E | 61 |
| Towers, Metal, and Scaffolds | XXII | 22.B | 85 |
| Transportation of Personnel | XIX | 19.C | 72 |
| Trench Excavation | XXIII | 23.B | 93 |
| Truck, Crawler and Wheel Mounted Cranes | XVIII | 18.D | 60 |
| Tunnel Excavation (General) | XXIV | 24.A | 98 |
| Tunnel Portal Preparation | XXIV | 24.B | 101 |
| Tunneling in Soil | XXIV | 24.E | 103 |
| Vehicles, Motor (General) | XIX | 19.A | 68 |
| Vehicles, Motor Operators | V | 05.A | 7 |
| Vehicles, Operating Rules | XIX | 19.B | 70 |
| Vermin, Protection | VIII | 08.C | 18 |
| Vests, Work | VII | 07.E | 14 |
| Vibration Control, Blasting | XXV | 25.C | 106 |
| Wall, Openings | XXXI | 31.A | 127 |
| Wall, Partition Blocks | XI | 11.E | 28 |
| Warning Marking and Lighting, Airfield Construction Operations | X | 10.D | 25 |
| Warning Signs, Plant and Equipment | X | 10.E | 26 |
| Washing Facilities | III | 03.C | 4 |
| Waste Material, Disposal of | XI | 11.K | 30 |
| Waterlights | VII | 07.F | 14 |
| Water Supply and Distribution, Fire Protection | XIII | 13.C | 39 |
| Welding and Cutting (General) | XIV | 14.A | 41 |
| Wire Rope | XVII | 17.C | 52 |
| Wiring, Disconnect and Overcurrent Protection | XV | 15.B | 44 |
| Wiring, Electrical and Apparatus (General) | XV | 15.A | 43 |
| Wiring, Grounding | XV | 15.C | 45 |
| Wiring, Overhead Lines | XV | 15.F | 46 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

AGO 10009C

US_00034515

INFORMATIONAL COPY ONLY

| | Section | Para-graph | Page |
|---|---|---|---|
| Wiring, Temporary _____ | XV | 15.D | 46 |
| Woodworking Machinery _____ | XVIII | 18.L | 65 |
| Work Vests _____ | VII | 07.E | 14 |



This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

☆ U.S. Government Printing Office: 1967— 258-274/10009C

US_00034516