# EXHIBIT 5

**EM 385—1—1**

INFORMATIONAL COPY ONLY

1 June 1977

GARY T. STAFFO

S/S by
EM 385-1-1
1 Apr 1981

**DEPARTMENT OF THE ARMY—CORPS OF ENGINEERS**



# SAFETY

## GENERAL SAFETY REQUIREMENTS MANUAL

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034517

INFORMATIONAL COPY ONLY

# EMERGENCY NUMBERS

**Doctor**_____

**Ambulance**_____

**Rescue Squad**_____

**Hospital/Clinic**_____

**Police**_____

**Fire**_____

**Chemical Transportation
  Emergency Center
  (CHEMTREC)**                    (800) 424-9300

**Safety Office**_____

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034518

INFORMATIONAL COPY ONLY

# DEPARTMENT OF THE ARMY

## CORPS OF ENGINEERS

## UNITED STATES ARMY

## GENERAL SAFETY

## REQUIREMENTS



For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, D.C. 20402

Stock No. 008-022-00106-9

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034519

INFORMATIONAL COPY ONLY

DAEN-SN EM 385-1-1

# DEPARTMENT OF THE ARMY
## Office of the Chief of Engineers
### Washington, D.C. 20314

Manual
EM 385-1-1

1 June 1977

## Safety
## General Safety Requirements

**1. Purpose.** This manual describes the General Safety Requirements for all Corps of Engineers activities and operations.

**2. Applications.** These requirements are applicable to all missions under the command of the Chief of Engineers whether accomplished by CE military, civilian or contractor forces.

**3. General.**

a. The provisions of this manual are consistent with Section 19 of the Occupational Safety and Health Act. Where more stringent occupational health requirements are set forth in the AR 40 series, they will be applied to work by CE government forces.

b. This manual is applicable to construction contract work under the provisions of Armed Services Procurement Regulation clause 7-602.42, Accident Prevention. Where contract work presents hazards beyond the provisions of this manual, contracting officers will provide for same, through individually prepared contract Special Conditions.

c. Within the Corps of Engineers, exemptions to provisions of this manual require Office Chief of Engineers approval. waivers must be documented and copies furnished the next higher echelon. In all instances, however, protection consistent with the intent of the pertinent provisions will be provided.

d. Supplementation of this manual is not authorized within the Corps of Engineers, except as published by HQDA (DAEN).

FOR THE CHIEF OF ENGINEERS:

RUSSELL J. LAMP
Colonel, Corps of Engineers
Executive

This manual rescinds EM 385-1-1, 1 March 1967 and Change 1, 27 March 1972

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# CONTENTS

**GENERAL SUBJECTS**

| Section | Page |
| --- | --- |
| I. Instruction and Training | 1 |
|    A. General | 1 |
|    B. Indoctrination | 1 |
|    C. On-The-Job | 2 |
| II. Accident Reporting | 4 |
|    A. General | 4 |
|    B. Reports | 4 |
| III. Sanitation | 5 |
|    A. Water | 5 |
|    B. Toilets | 6 |
|    C. Washing Facilities | 6 |
|    D. Food Service | 7 |
|    E. Temporary Sleeping Quarters | 7 |
| IV. Medical Facilities | 7 |
|    A. General | 7 |
|    B. First Aid Kits | 8 |
|    C. First Aid Station | 8 |
|    D. Infirmary | 9 |
|    E. Personnel and Qualifications | 9 |
| V. Physical Qualifications of Employees | 10 |
|    A. General | 10 |
|    B. Equipment Operators | 10 |
|    C. Compressed Air Workers | 11 |
|    D. Blasters and Powdermen | 11 |
| VI. Emergency Plans | 11 |
|    A. General | 11 |
| VII. Personal Protective Apparel, Clothing, and Safety Equipment | 12 |
|    A. General | 12 |
|    B. Respiratory Protection | 16 |
|    C. Protective Headgear | 18 |
|    D. Safety Nets | 19 |

i

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034521

INFORMATIONAL COPY ONLY

## CONTENTS (Cont.)

| Subject | Page |
|---|---|
| E. Work Vests | 20 |
| F. Ring Buoys and Waterlights | 21 |
| G Lifesaving or Safety Skiffs | 21 |
| H. Marine Fire Fighting Equipment | 22 |
| I. Lineman's Body Belts, Safety Straps, and Lanyards | 22 |
| J. Compressed Air Locks | 24 |
| VIII. Poisonous and Harmful Substances | 24 |
| A. General | 24 |
| B. Hot Substances | 26 |
| C. Insects - Vermin - Snakes | 27 |
| D. Poisonous Plants | 27 |
| E. Poisons, Acids, Caustics and Harmful Chemicals | 28 |
| F. Radiological | 28 |
| G. Nonionizing Radiation | 30 |
| IX. Lighting | 31 |
| A. General | 31 |
| X. Signals, Warning Signs and Signalmen | 33 |
| A. Signals | 33 |
| B. Signalmen | 34 |
| C. Signs and Tags | 34 |
| D. Warning Marking and Lighting for Airfield Construction Operations | 36 |
| XI. Material Handling, Storage, and Disposal | 37 |
| A. General | 37 |
| B. Lumber | 38 |
| C. Cement and Lime | 38 |
| D. Brick | 39 |
| E. Floor, Wall and Partition Blocks | 39 |
| F. Reinforcing, Sheet, and Structural Steel | 39 |
| G. Cylindrical Material | 39 |
| H. Sand, Gravel, and Crushed Stone | 40 |
| I. Housekeeping | 40 |
| J. Waste Material Disposal | 41 |
| XII. Fire Prevention | 42 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034522

INFORMATIONAL COPY ONLY

# CONTENTS (Cont.)

| Subject | Page |
|---|---|
| A. General | 42 |
| B. Spacing | 42 |
| C. Heating Devices and Systems | 44 |
| D. Flammable and Combustible Liquids | 45 |
| E. Paints and Painting (Flammable) | 50 |
| F. Burning Areas | 50 |
| G. Liquefied Petroleum Gases | 51 |
| H. Miscellaneous | 52 |
| XIII. Fire Protection | 52 |
| A. First Aid Fire Protection | 52 |
| B. Fire Patrols | 54 |
| C. Water Supply and Distribution | 54 |
| D. Apparatus and Equipment | 55 |
| E. Fire Alarm Devices | 56 |
| F. Fire Fighting Organizations, Training, and Drilling | 56 |
| G. Miscellaneous | 56 |
| XIV. Welding and Cutting | 56 |
| A. General | 56 |
| B. Gas Equipment | 59 |
| C. Electric Equipment | 59 |
| D. Inert-Gas Metal-Arc Welding | 60 |
| XV. Electrical Wiring and Apparatus | 60 |
| A. General | 60 |
| B. Disconnect and Over-current Protection | 63 |
| C. Grounding | 63 |
| D. Temporary Wiring | 65 |
| E. Overhead Lines | 66 |
| F. Battery Charging | 68 |
| G. Lockout and Tagging of Circuits | 68 |
| H. Hazardous Locations | 68 |
| I. Power Transmission and Distribution | 69 |
| XVI. Hand Tools and Power Tools | 83 |
| A. General | 83 |
| B. Grinding Tools | 84 |
| C. Power Saws | 85 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

US_00034523

INFORMATIONAL COPY ONLY

## CONTENTS (Cont.)

| Subject | Page |
|---|---|
| D. Woodworking Machinery | 85 |
| E. Pneumatic Tools and Equipment | 86 |
| F. Explosive Actuated Tools | 87 |
| XVII. Ropes, Slings, Chains, and Hooks | 89 |
| A. General | 89 |
| B. Slings | 90 |
| C. Wire Rope | 90 |
| D. Chains | 92 |
| E. Fiber Rope | 93 |
| F. Shackles and Hooks | 94 |
| XVIII. Machinery and Mechanized Equipment | 95 |
| A. General | 95 |
| B. Guarding and Safety Devices | 99 |
| C. Hoisting Equipment General | 103 |
| D. Crawler, Truck and Wheel Mounted Cranes | 105 |
| E. Portal, Hammerhead, and Tower Cranes | 106 |
| F. Pedestal Mounted Cranes and Derricks | 106 |
| G. Floating Cranes | 107 |
| H. Elevators, Passenger and Freight | 107 |
| I. Workmen's Hoists | 109 |
| J. Material Hoists | 110 |
| K. Piledrivers | 111 |
| L. Conveyors, Cableways, and Related Equipment | 113 |
| M. Base Mounted Drum Hoists | 115 |
| N. Overhead Hoists | 115 |
| O. Aerial Equipment | 115 |
| P. Concrete Equipment | 116 |
| Q. Overhead and Gantry Cranes | 118 |
| R. Helicopter Cranes | 119 |
| S. Jacks-Lever and Ratchet, and Hydraulic | 121 |
| XIX. Motor Vehicles | 121 |
| A. General | 121 |
| B. Operating Rules | 124 |

iv

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034524

INFORMATIONAL COPY ONLY

## CONTENTS (Cont.)

| Subject | Page |
|---|---|
| C. Transportation of Personnel | 125 |
| D. Fueling | 126 |
| E. Loading | 126 |
| XX. Aircraft | 127 |
| XXI. Pressurized Equipment and Systems | 127 |
| A. General | 128 |
| B. Compressed Air and Gas Equipment and Systems | 130 |
| C. Boilers and Systems | 132 |
| D. Compressed Gas Cylinders | 133 |
| XXII. Ramps, Runways, Platforms, Scaffolds, and Towers | 135 |
| A. General | 135 |
| B. Standard Guardrail | 139 |
| C. Roofing Devices and Practices | 140 |
| D. Ramps and Trestles | 141 |
| E. Wood Pole Scaffolds | 142 |
| F. Outrigger Scaffolds | 143 |
| G. Suspended Scaffolds | 144 |
| H. Horse Scaffolds | 149 |
| I. Bricklayers' Square Scaffolds | 150 |
| J. Metal Scaffolds and Towers | 151 |
| K. Needle Beam Scaffolds | 154 |
| L. Float or Ship Scaffold | 155 |
| M. Form Scaffolds | 155 |
| N. Boatswain's Chairs | 158 |
| O. Elevating and Rotating Work Platforms | 159 |
| P. Plasterers', Decorators' and Large Area Scaffolds | 159 |
| Q. Interior Hung Scaffolds | 159 |
| R. Window Jack Scaffolds | 159 |
| S. Carpenter's Bracket Scaffolds | 160 |
| T. Single-Point Adjustable Suspension Scaffolds | 160 |
| U. Pump Jack Scaffolds | 161 |
| XXIII. Excavations | 162 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034525

INFORMATIONAL COPY ONLY

## CONTENTS (Cont.)

| Subject | Page |
|---|---|
| A. General | 162 |
| B. Trench Excavation | 166 |
| C. Excavation of Small Diameter Shafts | 167 |
| D. Excavation With Cofferdams | 168 |
| XXIV. Tunnel Excavation | 168 |
| A. General | 168 |
| B. Tunnel Portal Preparation | 171 |
| C. Blasting | 172 |
| D. Haulage | 173 |
| E. Tunneling in Soil | 174 |
| XXV. Blasting | 174 |
| A. General | 174 |
| B. Electromagnetic Radiation | 176 |
| C. Vibration and Damage Control | 176 |
| D. Transportation of Explosives | 178 |
| E. Handling of Explosives | 180 |
| F. Storage of Explosives | 180 |
| G. Drilling | 182 |
| H. Loading | 182 |
| I. Wiring | 184 |
| J. Firing | 184 |
| K. Inspection After Blasting | 186 |
| L. Misfires | 186 |
| M. Underwater Blasting | 187 |
| N. Blasting in Excavation Work Under Compressed Air | 187 |
| XXVI. Floating Plant and Marine Locations | 188 |
| A. General | 188 |
| B. Accessways and Passageways | 191 |
| C. Launches, Motorboats, and Skiffs | 192 |
| D. Drills | 194 |
| E. Dredging | 194 |
| F. Diving | 194 |
| XXVII. Work in Confined or Enclosed Space | 197 |
| XXVIII. Safe Clearance Procedure | 199 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.



US_00034526

INFORMATIONAL COPY ONLY

## CONTENTS (Cont.)

| Subject | Page |
|---|---|
| XXIX. Formwork and Falsework | 200 |
| A. General | 200 |
| B. Vertical Shoring | 200 |
| C. Tubular Welded Frame Shoring | 201 |
| D. Vertical Slip Forms | 201 |
| E. Tube and Coupler Shoring | 202 |
| F. Single Post Shores | 202 |
| XXX. Access Facilities | 203 |
| A. General | 203 |
| B. Ladders | 203 |
| C. Stairways | 203 |
| D. Roads | 206 |
| XXXI. Floor and Wall Openings | 207 |
| XXXII. Noise Control | 208 |
| XXXIII. Demolition | 209 |
| A. General | 209 |
| B. Stairs, Passageways, and Ladders | 211 |
| C. Debris Removal | 211 |
| D. Wall Removal | 213 |
| E. Floor Removal | 214 |
| F. Steel Removal | 214 |
| G. Mechanical Demolition | 214 |
| XXXIV. Steel Erection | 215 |
| A. Permanent Flooring | 215 |
| B. Temporary Flooring | 216 |
| C. Other Flooring | 216 |
| D. Structural Steel Assembly | 216 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034527

INFORMATIONAL COPY ONLY

# CONTENTS (Cont.)

| Appendix | Page |
|---|---|
| A. REQUIRED SHADES FOR FILTER LENSES AND GLASSES | 219 |
| B. CRANE SIGNALS | 220 |
| C. WIRE ROPE CLIPS | 226 |
| D. STAIRS AND RAMPS | 227 |
| E. FIXED LADDERS AND GUARD RAILS | 229 |
| F. TRENCH SHORING | 233 |
| G. TRENCH SHORING WITH TRENCH JACKS FOR CROSS BRACES | 234 |
| H. METHOD OF BRACING WHEN TWO LENGTHS OF SHEET PILING ARE USED | 235 |
| I. BRACING WITH JACK SCREWS IN HARD SOIL | 236 |
| J. TRENCH SHORING-MINIMUM REQUIREMENTS | 237 |
| K. POWER FIRING SYSTEM | 238 |
| L. INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT | 240 |
| M. TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES | 249 |
| N. RESPIRATOR SELECTION | 258 |
| O. TUBE AND COUPLER SCAFFOLDS | 259 |
| P. SINGLE AND INDEPENDENT POLE SCAFFOLDS | 260 |
| Q. SAFE WORKING LOADS FOR SHACKLES | 262 |
| R. SCHEDULE FOR LADDER-TYPE PLATFORMS | 263 |
| S. SCAFFOLDS | 264 |
| T. HELICOPTER HAND SIGNALS | 270 |
| U. DIVING DATA | 271 |
| V. REMOVAL OF SLINGS FROM SERVICE | 275 |
| W. REFERENCE MATERIAL | 277 |
| X. TABLE OF USEFUL INFORMATION | 281 |

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034528

INFORMATIONAL COPY ONLY

## SECTION I

# INSTRUCTION AND TRAINING

### 01.A. GENERAL

**01.A.01.** No employee shall be required to work in surroundings or under working conditions which are unsanitary, hazardous, or dangerous to his his health or safety.

**01.A.02.** The employer shall be responsible for initiating and maintaining a safety program which will comply with the Corps of Engineers' Safety Requirements.

**01.A.03.** Prior to commencement of work at a job site, an accident prevention program written by the prime contractor for the specific work and implementing in detail the pertinent requirements of this manual will be reviewed by designated government personnel. The prime contractor's program will include work to be performed by his subcontractors.

**01.A.04.** The employer's safety program shall provide for frequent and regular safety inspections of the work sites, materials, and equipment by competent persons designated by the employer.

**01.A.05.** At the start of the project and at the start of any major phase of the work, the contractor will meet with the Contracting Officer to discuss an analysis of the hazards and control measures associated with the project or phase. When required by the contract, the contractor will submit a job hazard analysis prior to the start of each major phase of work. The analysis will include an evaluation of hazards, as well as commonly recurring deficiencies that might possibly be encountered for that operation and will identify proposed methods and techniques of accomplishing each phase in a safe manner.

### 01.B. INDOCTRINATION

**01.B.01.** Each employee shall be provided initial indoctrination and such continued training as will enable him to perform his work in a safe manner.

**01.B.02.** Indoctrination and training shall be based on the safety program of the contractor or Government agency and shall include but not be limited to:

1

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034529

a. General safety policy and pertinent provisions of EM 385-1-1.

b. Requirements for employee and project safety.

c. Employee's responsibilities for property and the safety of others.

d. Employee's responsibilities for reporting all accidents.

e. Medical facilities and required treatment.

f. Procedures for reporting or correcting unsafe conditions or practices.

g. Safe Clearance Procedures.

h. Fire and other emergency procedures.

## 01.C. ON-THE-JOB

**01.C.01.** Regularly scheduled safety meetings shall be held at least once a month for all supervisors on the project to review past activities, to plan ahead for new or changed operations, and establish safe working procedures for anticipated hazards. An outline report of each meeting shall be submitted to the contracting officer.

**01.C.02.** At least one safety meeting shall be conducted weekly by field supervisors or foremen for all workers. An outline report of meeting giving date, time, attendance, subjects discussed and who conducted it shall be maintained and copies furnished the Contracting Officer's representative on request.

**01.C.03.** All persons required to enter into confined or enclosed spaces or atmospheres immediately dangerous to life shall be instructed as to the hazards involved and precautions to be taken. They shall be trained in the use and care of such emergency and protective equipment as self-contained oxygen breathing apparatus, hose line masks, and respirators. Training shall be by a qualified person. The employee shall comply with any specific regulations that apply to work in dangerous or potentially dangerous areas.

**01.C.04.** All employees required to handle or use poisons, caustics, or other harmful substances shall receive instruction regarding the safe handling and use and be made aware of the potential hazards, personal hygiene, protective equipment and other personal protective measures involved or required.

**01.C.05.** All persons who may be called upon to use rescue or life-saving equipment shall be familiarized with the location of the equipment and shall be instructed and trained in its proper use.

**01.C.06.** All persons required to give or receive signals shall be in-

2

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034530

structed in and familiar with the proper use of the signal system.

**01.C.07.** All persons required to handle or use flammable liquids, gases, or toxic materials shall be instructed in the safe handling, storage, and use of these materials and be made aware of the specific requirements for protection.

**01.C.08.** Where employees are exposed to cold, heat, harmful insects, plants, vermin, bacteria, or animals, they shall be instructed in the recognition, potential hazards, avoidance of injury and first aid procedures to be used in the event of injury.

**01.C.09.** When required by the contract, the contractor shall provide a trained and equipped fire-fighting organization (Fire Brigade) to assure adequate protection to life and property.

**01.C.10.** All persons who will be required to use fire fighter proximity suits shall be familiar with their storage location and be trained in the use of the equipment. Instruction and training shall include, but not be limited to, the proper use of the equipment, its capabilities, and its limitations.

**01.C.11.** Any activity which involves potential exposure to lasers, masers, microwaves, X-rays and electromagnetic or ionizing radiation, whether or not subject to license from the Nuclear Regulatory Commission, shall be performed by competent persons specially trained in the proper and safe operation of such equipment. In case of materials used under commission license, only persons under direction and supervision of the licensee shall perform such work. All persons required to be in areas of potential exposure to electromagnetic or ionizing radiation shall be instructed in the potential hazards and safeguards.

**01.C.12.** The employer shall provide training in handling emergency situations that may arise in the use of any equipment on the project.

**01.C.13.** Heavy equipment operators shall receive instructions by a qualified representative of the contractor and shall demonstrate proficiency in the operation of the equipment.

**01.C.14.** Employees using, operating, repairing, servicing, and handling explosive actuated tools shall be certified by the manufacturer or his authorized representative in the safe use and servicing of the particular tool.

**01.C.15.** Employees required to work energized power and transmission lines shall be instructed and trained in the live-line

3

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034531

bare-hand technique and the safety requirements pertinent thereto before being permitted to use the technique on energized circuits.

**01.C.16.** When, in terms of time and distance, a medical facility, physician, or an employee qualified to administer first aid, is not reasonably accessible to a group of 2 or more employees for the treatment of injuries, at least one employee shall be qualified to administer first aid. Minimum qualifications are given in 04.E.

## SECTION II

# ACCIDENT REPORTING

### 02.A. GENERAL

**02.A.01.** Prime contractors shall assure that accidents incident to the work they and their sub-contractors perform under the contract are investigated and reported as prescribed at the preconstruction safety conferences.

**02.A.02.** Prime contractors shall keep an accurate record of and report their and their sub-contractors' man-hours of exposure to the Contracting Officer.

### 02.B. REPORTS

**02.B.01.** All accidents involving injury or $250.00 or more damage to property and equipment, irrespective of who or what is involved, shall be investigated and reported to the Contracting Officer in accordance with the requirements of the agency having jurisdiction.

**02.B.02.** Accidents which result in loss of life, shall be immediately reported to the Contracting Officer's representative by the most expeditious and economical means and promptly investigated by a competent group which includes a contractor representative when applicable. Except for rescue and emergency measures, the scene shall not be disturbed until the investigation is complete.

**02.B.03.** All reports and data resulting from the investigation of an accident shall be complete, accurate, and timely.

**02.B.04.** A daily record of all first aid treatments not otherwise reportable shall be maintained and copies furnished the Contracting Officer's representative on request. The record shall provide the following information:

Date of treatment     Employer

4

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034532

INFORMATIONAL COPY ONLY

Date and time of injury  Foreman
Name of patient and social  Description and
  security number    location of accident
Occupation  Treated by
Department  Nature of injury or illness
Contract number  Treatment given

**02.B.05.** The contractor shall promptly give the Contracting Officer's representative a copy of his completed first report of injury for all injured personnel referred to a physician.

**02.B.06.** Injured persons are responsible for reporting all injuries as soon as possible to their immediate supervisor. No supervisor shall decline to accept a report of injury from a subordinate.

## SECTION III

# SANITATION

### 03.A. WATER

**03.A.01.** An adequate supply of drinking water shall be supplied from sources approved by Federal, State, or local health authorities or treated in accordance with 03.A.02.

**03.A.02** When water must be obtained from an unapproved source, it shall be disinfected or boiled for 10 minutes. If sediment is present, the water shall be clarified by sedimentation or filtration. Disinfection shall provide a free available chlorine residual content of three-tenths to five-tenths parts per million.

**03.A.03.** Drinking water shall be dispensed by means which prevent contamination between source and the consumer.

**03.A.04.** Outlets dispensing nonpotable water will be conspicuously posted, "CAUTION—WATER UNFIT FOR DRINKING, WASHING OR COOKING."

**03.A.05.** Only approved potable water systems shall be used for the distribution of drinking water.

**03.A.06.** Fountain-type dispensers shall be equipped with a guarded orifice.

**03.A.07.** The common cup is prohibited. A sanitary container for the paper cups and a waste receptacle for the used cups shall be provided.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034533

## 03.B. TOILETS

**03.B.01.** Toilet facilities shall be provided at each construction jobsite in the ratios shown below:

| Number of employees | Minimum number of facilities |
| --- | --- |
| 20 or less— | 1 toilet seat and 1 urinal |
| 20 or more— | 1 toilet seat and 1 urinal per 40 workers |
| 200 or more— | 1 toilet seat and 1 urinal per 50 workers |

Under temporary field conditions, provisions shall be made to assure not less than one toilet facility is available for men, and, if necessary, women. This requirement shall not apply to mobile crews having transportation readily available.

**03.B.02.** When sanitary sewers are not available, one of the following toilet facilities, unless prohibited by local codes, shall be provided:

(a) Chemical toilets,

(b) Recirculating toilets; or

(c) Combustion toilets.

Each toilet shall be equipped with a metal, plastic, or porcelain urinal trough. Toilets shall be so constructed that the occupants shall be protected against weather and falling objects. All cracks shall be sealed and the door shall be tight-fitting and self-closing. Seat boxes shall be vented to the outside (minimum vent size 4-inch (10.16 cm) inside diameter) with vent intake located 1 inch (2.54 cm) below the seat.

**03.B.03.** Toilets shall be constructed so that the interior is lighted. Adequate ventilation shall be provided and all windows and vents screened.

**03.B.04.** Toilets shall be kept clean. Seats shall be scrubbed with soap and water daily and sanitized with a disinfectant solution twice each week or as needed.

**03.B.05.** Provisions for routinely servicing chemical toilets and disposing of the sewage in an approved manner shall be established before placing toilet facilities into operation. The method of sewage disposal and location selected shall be in accordance with Federal, State, and local health regulations.

## 03.C. WASHING FACILITIES

**03.C.01.** Washing facilities shall be provided as needed to main-

6

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034534

tain healthful and sanitary conditions for all employees. Washing facilities shall be adequate for employees engaged in the application of paints, coatings, herbicides, or insecticides, or in other operations where contaminants may be harmful to the employees. Such facilities shall be in near proximity to the worksites and shall be so equipped as to enable employees to remove such substances.

**03.C.02.** Each washroom and washroom facility shall be maintained in a sanitary condition and provided with water, soap, individual means of drying, and metal-covered receptacles for disposal of waste.

### 03.D. FOOD SERVICE

**03.D.01.** All cafeterias, restaurants, mess facilities, and related establishments located on areas, projects, or installations shall be established, operated, and maintained in compliance with the health and sanitation recommendations of the United States Public Health Service and applicable State and local regulations.

**03.D.02.** Appropriate State or local food handlers' certifications shall be required for all persons assigned to such duties as require them to be present in kitchens and messes, or to regularly prepare or handle food, drinks, or mess equipment, and any other person who comes in constant and intimate contact with food in broken packages which had protected the food against contamination. Such employees shall show evidence of cleanliness in person, clothing, and habits.

**03.D.03.** Food such as flour and sugar kept in large containers shall be covered when not in use.

**03.D.04.** Food handlers or others assigned to cooking or other food preparation shall wear clean garments including head covering.

### 03.E. TEMPORARY SLEEPING QUARTERS

**03.E.01.** When temporary sleeping quarters are provided, they shall be heated, ventilated, lighted, and maintained in a clean condition. Fire drills will be held periodically.

## SECTION IV

# MEDICAL FACILITIES

### 04.A. GENERAL

**04.A.01.** Prior to the commencement of work, arrangements shall

7

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034535

be made for medical facilities, ambulance service, and medical personnel to be available for prompt attention to the injured and consultation on matters of occupational health.

**04.A.02.** Communication and transportation to effectively care for injured workers shall be provided.

**04.A.03.** Identification and directional markers shall be provided to readily denote location of all first aid stations and infirmaries

**04.A.04.** Emergency lighting shall be provided for all first aid stations and infirmaries.

**04.A.05.** When a crew of one or more persons is working in snake-infested locations, a snake bite kit shall be provided.

**04.A.06.** When persons are exposed to epoxy resins, hydrocarbons, solvents, poisonous plants, cement, lime, or other dermatitis-producing substances, ointment of a composition recommended by the manufacturer for the specific exposure shall be available.

**04.A.07.** On activities requiring a first aid station or an infirmary, the facilities and equipment shall be determined by the proximity and quality of available medical services and shall be in accordance with the recommendations of a licensed physician.

**04.A.08.** Alternate facilities which provide the quantity and quality of services outlined in this section may be utilized if approved by the Contracting Officer.

## 04.B. FIRST AID KITS

**04.B.01.** In all places of employment where less than 100 workers are employed on any given shift and where neither a first aid station nor infirmary is available, 16 unit first aid kits (National Safety Council DATA SHEET No. 202) or kits approved by a physician shall be provided in the ratio of one for each 25 persons or less employed. The containers shall be weatherproof and each type of item therein shall be maintained in sterile condition.

**04.B.02.** The contents of first aid kits shall be checked by the employer before being sent out on each job and at least weekly when work is in process to insure that expended items are replaced.

**04.B.03.** A first aid kit shall be provided when a person or group is working at locations not reasonably accessible to a first aid or other medical facility.

## 04.C. FIRST AID STATION

8

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034536

INFORMATIONAL COPY ONLY

**04.C.01.** On all projects, activities, installations, or contracts on which more than 99 and less than 300 persons are employed (greatest total aggregate number of employees on a shift) at the site of the work, a first aid station shall be established and fully equipped as directed by a pysician. In urban locations, medical clinics, hospitals, or doctor's office may be approved for use.

**04.C.02.** A full time first aid attendant shall be on duty in the station at all hours when work is in progress except when on emergency calls.

**04.C.03.** First aid stations shall provide a minimum of 100 square feet (9.29 m$^2$) of floor space with provisions for adequate light, heat, water, and ventilation. Walls and ceilings shall have an impervious finish equivalent to that provided by two coats of white paint. The floor shall be constructed of impervious material.

**04.C.04.** When tunnels are being excavated, a first aid station and transportation facilities shall be provided at a reasonable distance as determined by the Contracting Officer.

## 04.D. INFIRMARY

**04.D.01.** An equipped infirmary shall be provided on all projects, installations, activities, or contracts where the number of employees (greatest total aggregate number of employees on a shift) is 300 or more. In urban locations, medical clinics, hospitals, or a doctor's office may be approved for use.

**04.D.02.** The infirmary shall provide reasonable quiet, privacy, air-conditioning, light, heat, adequate toilet facilities, hot and cold water, drainage, and electrical outlets. Walls and ceilings shall be finished with the equivalent of two coats of white paint. Windows and doors will be screened. Floors shall be of impervious construction.

## 04.E. PERSONNEL AND QUALIFICATIONS

**04.E.01.** Full-time physicians. All projects, installations, activities, or contracts on which 1,000 persons or more (greatest total aggregate number of employees on a shift) are employed shall have the full-time services of a physician. An EMT having direct communication with a physician may be used when a full-time physician is not available.

**04.E.02.** Registered Nurses (RN). A registered nurse shall be assigned full time to each installation requiring an infirmary.

**04.E.03.** Emergency Medical Technician (EMT). A certificated

9

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034537

INFORMATIONAL COPY ONLY

EMT may be used in lieu of a registered nurse.

**04.E.04.** First aid attendant. A first aid attendant shall be a person holding a current certificate (not more than three years from date of issue) in first aid training from the American Red Cross, the United States Bureau of Mines, or equivalent training that can be verified by documentary evidence.

**04.E.05.** Licensed Practical Nurse (LPN). A LPN, licensed by the state, may be used with approval of a licensed physician in lieu of a RN or EMT.

**04.E.06.** The first aid attendant, RN, LPN, and EMT, shall be under the general direction of a responsible licensed physician.

## SECTION V

# PHYSICAL QUALIFICATIONS OF EMPLOYEES

### 05.A. GENERAL

**05.A.01.** All persons employed throughout the course of the work shall be physically qualified for performing the duties to which they are assigned. Some factors to be considered in making work assignments are strength, endurance, agility, coordination, and visual and hearing acuity.

**05.A.02.** No persons shall be permitted or required to work while his ability or alertness is impaired by fatigue, illness, or other causes to an extent that might unnecessarily expose himself or others to injury or property to damage.

**05.A.03.** Persons with indications of physical limitations or emotional instability which might create a hazard or adversely affect response to work situations shall be removed from the exposure.

### 05.B. EQUIPMENT OPERATORS

**05.B.01.** Operators of any equipment or vehicle shall be able to read and understand the signs, signals, and operating instructions in use at the place of operation.

**05.B.02.** Operators of hoisting equipment and motor vehicle drivers shall not be permitted to exceed 10 hours of actual operation in any 24-hour period or more than 2 hours after working 8 hours at

10

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034538

some other occupation without an interval of 8 consecutive hours of rest.

## 05.C. COMPRESSED AIR WORKERS

**05.C.01.** No employee shall be permitted to enter a compressed air environment until he has been examined by a physician and reported by him to be physically qualified to engage in such work.

**05.C.02.** In the event an employee working in a compressed air environment is absent from work for 10 days, or is absent due to sickness or injury, he shall not resume work until he is re-examined by the physician, and his physical condition reported to be such as to permit him to work in compressed air.

**05.C.03.** After an employee has been employed continuously in compressed air for a period designated by the physician, but not to exceed 1 year, he shall be re-examined by the physician to determine if he is still physically qualified to engage in compressed air work.

## 05.D. BLASTERS AND POWDERMEN

**05.D.01.** A blaster and powdermen shall be in good physical condition and not be addicted to narcotics, intoxicants, or similar types of drugs, and able to understand and give written and oral orders.

## SECTION VI

# EMERGENCY PLANS

## 06.A. GENERAL

**06.A.01.** Planning for any operation shall include the total systems response capabilities available to minimize the consequences of accidents or natural disaster.

**06.A.02.** The number of persons permitted in any location shall be limited to that for which rescue and escape capability is available.

**06.A.03.** Systems shall be developed and tested to alert all persons likely to be affected by existing or imminent disaster conditions and to alert and summon the people and equipment comprising the response capability.

**06.A.04.** Emergency telephone numbers and reporting instructions for ambulance, doctor, hospital, fire, and police shall be conspicuously posted.

11

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034539

INFORMATIONAL COPY ONLY

# PERSONAL PROTECTIVE APPAREL, CLOTHING, AND SAFETY EQUIPMENT

## 07.A. GENERAL

**07.A.01.** Personal protective devices shall be used as required.

**07.A.02.** Items of personal issue shall be inspected regularly and maintained in serviceable and sanitary condition and, before being reissued to another employee or returned to storage, shall be cleaned, sterilized, inspected, and repaired.

**07.A.03.** Protective footwear, such as rubber boots, protective covers, ice clampons, safety shoes, etc., shall be worn by employees who are engaged in work which requires such protection.

**07.A.04.** Electrical employees shall be provided with linemen's belts, insulating gloves, insulating hoods, insulating blankets, insulating line hose, and hot line tools as necessary, which shall be tested and maintained in safe condition, as stipulated under the provisions of the National Electrical Safety Code. Minimum dialectric test intervals shall be 3 months for equipment in use and 6 months for equipment in storage.

**07.A.05.** Miners' lights and flashlights used around explosives and in atmospheres likely to contain explosive vapors, dusts, or gases shall be of the permissible type approved by the United States Bureau of Mines or NIOSH.

**07.A.06.** Electric welding, gas welding, thermal cutting, brazing, pressure and fusion welding, and operations where protection from radiant energy with moderate reduction of visible light is necessary shall require goggles, face masks, shields, or helmets, suitable to the type of work, providing protection from all angles of direct exposure, and lenses of appropriate shade (App. A). All eye and face protection must comply with ANSI Z 87.1.

**07. A. 07.** Electric arc welding and cutting and hydrogen welding and similar operations, where protection from injurious radiant energy with a large reduction in visible radiant energy is necessary, shall require helmets or shields of insulating material not readily flammable, and designed to protect the head from direct rays and fitted with secure glasses of appropriate shade (App. A).

12

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034540

INFORMATIONAL COPY ONLY

**07.A.08.** Employees handling rough, sharp-edged, abrasive materials or where the work subjects the hands to lacerations, punctures, burns, or bruises shall use hand protection.

**07.A.09.** Employees exposed to vehicular traffic, such as signalmen, spotters, inspectors, servicemen, and others shall wear belts or apparel marked with a reflectorized or high visibility material.

**07.A.10.** Sledging; hammering on metal, stone, and concrete; chipping; calking; use of manual or power tools; and other operations subjecting the eyes or head to flying particles, shall require goggles having safety lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

**07.A.11.** Scaling, grinding, cutting, or dressing of metals, stone, masonry materials, and other operations which produce dust and small particles shall require goggles having safety lenses and screens for side protection, or face masks, shields, and helmets giving equal protection.

**07.A.12.** Babbitting, soldering, pouring of lead joints, casting of hot metals, handling of hot tar, oils, liquids, and molten substances, shall require eye protection such as goggles having safety-type lenses and screens for side protection, or face masks, shields, and helmets giving equal protection. Lens mountings shall be designed to retain in position all parts of a cracked lens.

**07.A.13** Handling of acids, caustics, hot liquids, creosoted materials, and operations where protection from gases, fumes, and liquids is necessary shall require goggles with cups of soft pliable rubber or suitable face masks of hoods which cover the head and neck, fitted with lenses of plastic or glass; and other protective clothing which is appropriate to the hazards involved.

**07.A.14.** Safety lines, lanyards and life lines independently attached or attended, shall be used when performing such work as the following where requirements of 22.A.20 and 07.D.01 cannot be complied with:

22.A.18

    a. Work on stored material in hoppers, bins, silos, tanks, or other confined spaces.

    b. Work on hazardous slopes or structural steel, erecting and dismantling safety nets, tying reinforcing bars, and working on poles at elevations greater than 6 feet (1.83 m) or from boatswains' chairs, swinging scaffolds, or other unguarded locations.

    c. Work on skips and platforms used in shafts by crews when the skip or cage does not occlude the opening to within 1 foot (30.5 cm)

13

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034541

of the sides INFORMATIONAL COPY ONLY of the shaft, unless cages are provided. See 07.D.01. and 22.A.20.

**07.A.15.** Life lines used on rock-scaling operations or in areas where the line may be subject to cutting or abrasion shall be a minimum ⅞-inch manila rope with wire core. For all other lifeline applications, a minimum of ¾-inch manila or equivalent, with a minimum breaking strength of 5400 pounds (2.45 kg) shall be used.

**07.A.16.** Life lines, safety belts, and lanyards shall be used only for employee safeguarding. Any fiber life line, safety belt, or fiber lanyard actually subjected to impact loading shall be immediately removed from service, and shall not be used again for employee safeguarding.

**07.A.17.** Lifelines shall be secured above the point of operation to an anchorage or structural member capable of supporting a minimum dead weight of 5,400 pounds (2.45 kg).

**07.A.18.** Safety belt lanyard shall be a minimum of ½-inch nylon, or equivalent, with a maximum length to provide for a fall of no greater than 6 feet (1.83 m). The rope shall have a nominal breaking strength of 5,400 pounds (2.45 kg).

**07.A.19.** Safety lines are not to be subjected to shock loading and are used for emergency rescue such as lowering a man to the ground. Such safety lines shall be a minimum of one-half-inch diameter and three or four strand first-grade manila or its equivalent in strength [2,650 lb. (1.20 kg)] and durability.

**07.A.20.** Defective body belts, harnesses, lanyards and drop lines shall be replaced.

**07.A.21.** Body belts, harnesses, lanyards and drop lines shall meet the requirements of ANSI A10.14, Requirements for Safety Belts, Harnesses, Lanyards, and Drop Lines for Construction and Industrial Use or Section 07.1. Body belts shall be free from additional metal hooks and tool loops other than those permitted in the ANSI standard.

**07.A.22.** Body belts, harnesses, lanyards and life lines shall be inspected before use each day to determine that they are in safe working condition.

**07.A.23.** Rubber protective equipment shall be in accordance with the provisions of the American National Standards Institute ANSI J6 series as follows:

Rubber Insulating gloves        J6.6

14

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034542

INFORMATIONAL COPY ONLY

Rubber matting for use around
electric apparatus      J6.7
Rubber insulating blankets      J6.4
Rubber insulting hoods      J6.2
Rubber insulating line hose      J6.1
Rubber insulating sleeves      J6.5

**07.A.24.** Electrical workers rubber insulating protective equipment shall be visually inspected prior to use.

**07.A.25.** An air test shall be performed for electrical workers rubber insulating gloves prior to use.

**07.A.26.** Protective equipment of material other than rubber shall provide equal or better electrical and mechanical protection.

**07.A.27.** Only live-line tool poles having a manufacturer's certification to withstand at least the following tests shall be used:

a. 100,000 volts per foot (0.3 m) of length for 5 minutes when the tool is made of fiberglass, or

b. 75,000 volts per foot (0.3 m) of length for 3 minutes when the tool is made of wood, or

c. Other equivalent tests.

**07.A.28.** Only tools and equipment intended for live-line bare-hand work shall be used on transmission lines. They shall be kept dry, clean and visually inspected before use each day. If any hazardous defects are found, the item shall be removed from service.

**07.A.29.** Overhead protection shall be provided where the public or workers are subject to injury from falling objects.

**07.A.30.** Employees shall not be permitted to work above vertically protruding reinforcing steel unless provisions have been made to eliminate the hazard of impalement.

**07.A.31.** Employees shall be provided with eye and face protection equipment when machines or operations present potential eye or face injury from physical, chemical, or radiation agents.

**07.A.32.** Eye and face protection equipment required by this section shall meet the requirements specified in American National Standards Institute Z87.1, Practice for Occupational and Educational Eye and Face Protection. The use of this equipment with structural or optical defects is prohibited.

**07.A.33.** Employees whose vision requires the use of corrective lenses in spectacles, when required by this regulation to wear eye protection, shall be protected by goggles or spectacles of one of the

15

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034543

INFORMATIONAL COPY ONLY

following types:

a. Spectacles whose protective lenses provide optical correction;

b. Goggles that can be worn over corrective lenses without disturbing the adjustment of the spectacles;

c. Goggles that incorporate corrective lenses mounted behind the protective lenses.

**07.A.34.** Face and eye protection equipment shall be kept clean and in good repair.

**07.A.35.** Personnel working in other than administrative functions who are considered as blind in one eye shall wear safety spectacles while on the job.

**07.A.36.** Employees shall wear clothing suitable for the weather and work conditions. The minimum shall be short sleeve shirt, long trousers, and leather or other protective work shoes or boots. Canvas, tennis or deck shoes are not acceptable for Corps work.

## 07.B RESPIRATORY PROTECTION

**07.B.01.** Respirators shall not be substituted for engineering or environmental control methods without approval of the Contracting Officer's representative. Respiratory protection of a type approved by NIOSH or MESA shall be provided all employees subject to harmful concentration of dusts, gases, fumes, mists, toxic materials, or atmospheres deficient in oxygen. See Appendix N.

**07.B.02.** No employee shall be permitted in atmospheres containing less than 20 percent oxygen unless provided with a source of air of high purity.

**07.B.03.** Hose masks or air line respirators shall be worn by workmen doing abrasive blasting, spraying with harmful substances in close quarters, or welding in inclosed areas.

**07.B.04.** Canister-type masks shall be provided only where the toxic content of the air is known to be of type and concentration which the mask will effectively remove.

**07.B.05.** Air supplied to respirators shall be free of harmful dusts, fumes, vapors, gases and obnoxious odors. Purity of the air shall meet USP or Compressed Gas Assoc. Spec. G7.1, grade D.

**07.B.06.** Whenever compressed air is used for breathing, an approved type regulator and suitable in-line air purifying sorbent beds and filters shall be inserted in the supply line. The compressor shall be located to prevent contamination

16

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034544

INFORMATIONAL COPY ONLY

of the intake air. Air provided shall be of an equable temperature.

**07.B.07.** Welding, cutting, or heating in any inclosed space involving metals of toxic significance shall be performed with either general mechanical ventilation or local exhaust ventilation sufficient to maintain welding fumes and smoke within safe limits. Local exhaust ventilation will consist of freely movable hoods placed as close as practicable to the work to remove fumes and smoke at the source. The safe limits are those concentrations specified in the "Threshold Limit Values of Airborne Contaminants" of the American Conference of Government Hygienists. Metals of toxic significance are:

a. Zinc-bearing base or filler metals or metals coated with zinc-bearing materials (galvanized);

b. Lead-based metals;

c. Cadmium-bearing filler materials;

d. Chromium-bearing metals or metals coated with chromium-bearing materials.

**07.B.08.** Welding, cutting, or heating in any inclosed space involving the metals specified in this requirement shall be performed with local exhaust ventilation as described in 07.B.07. above, or employees shall be protected by air line respirators;

a. Metals containing lead, other than as an impurity, or metals coated with lead-bearing materials;

b. Cadmium-bearing or cadmium-coated base metals;

c. Metals coated with mercury-bearing metals.

**07.B.09.** Welding, cutting, or heating involving beryllium-containing base or filler metals in an inclosed space shall be done using both local ventilation (07.B.07 above) and air line respirators.

**07.B.10.** Employees performing such operations in the open air shall be protected by fiber-type respirators except that employees performing such operations on beryllium-containing base or filler metals shall be protected by air line respirators.

**07.B.11.** Other employees exposed to the same atmosphere as the welders or burners shall be protected in the same manner as the welder or burner.

**07.B.12.** Welding, cutting, and heating, not involving conditions or materials described in this section, may normally be done without mechanical ventilation or respiratory protective equipment, but where, because of unusual physical or atmospheric conditions an unsafe accumulation of contaminants exists, suitable

17

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034545

mechanical ventilation or respiratory protective equipment shall be provided.

**07.B.13.** No entry shall be permitted to manholes or unvented vaults unless forced ventilation is provided or the atmosphere is found to be safe by testing for oxygen deficiency and the presence of explosive gases or fumes. No man shall enter such a place unless wearing a life line tended by a man safely outside and having no other duties. A signal system shall be established.

**07.B.14.** When sufficient ventilation cannot be obtained without blocking the means of access, employees in the confined space shall be protected by air line respirators.

**07.B.15.** Exposure of employees to inhalation, ingestion, skin absorption, or contact with any material or substance at a concentration above those specified in the "Threshold Limit Values of Airborne Contaminates" of the American Conference of Governmental Industrial Hygienists, latest edition, shall be avoided.

**07.B.16.** Instruments shall be provided to test the atmosphere quantitatively for carbon monoxide, nitrogen dioxide, flammable or toxic gasses, dusts, mists, and fumes that occur in the tunnel or shaft. Tests shall be conducted as frequently as necessary to assure that the required quality and quantity of air is maintained. A record of all tests shall be maintained and kept available.

## 07.C. PROTECTIVE HEADGEAR

**07.C.01.** Protective headgear shall meet the requirements for class A or class B headgear as defined by ANSI Z89.2.

**07.C.02.** Protective headgear worn in proximity to electric lines, apparatus, and equipment shall be class B (ANSI Z89.2).

**07.C.03.** All points of entry to a hard hat area shall have a hard hat caution sign.

**07.C.04.** Hard hat areas shall be general areas such as construction, alteration, demolition, dredging, quarry, building, or similar related field activities rather than specific portions of a building or project.

**07.C.05.** All construction workers and supervisors and inspector personnel on construction work, floating plant, survey parties and stream discharge measuring parties, lock operating personnel, and all employees engaged in maintenance operations shall wear protective headgear while on the work site. Visitors at work sites shall be furnished and

18

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034546

required to wear protective headgear.

**07.C.06.** Employees and visitors in quarries, tunnels, pits, wooded areas, under steep cliffs and slopes, around cranes and hoisting devices, under and around overhead structures, as well as construction sites and other locations where the head is exposed to injury from flying or falling objects, shall be provided with and required to wear protective headgear.

### 07.D. SAFETY NETS

**07.D.01.** Safety nets shall be used where scaffolds, catch platforms, or temporary floors are impractical. (See paragraph 07.A.14. and 22.A.20.). Nets shall be installed as close under the work surface as practical but in no case more than 25 feet (7.62 m) below such work surface. Nets shall be hung with sufficient clearance to prevent user's contact with the surfaces or structures below. Such clearance shall be determined by impact load testing. It is intended that only one level of nets be required for bridge construction.

**07.D.02.** Safety nets may be provided where public traffic or workmen are permitted to be under a work area. (See paragraph 22.A.29.)

**07.D.03.** Nets for overhead protection shall be lined with wire or synthetic netting of not more than 1-inch (2.54 cm) mesh. Wire mesh shall be made of not less than 22-gage wire and synthetic mesh of not less than Number 18 twine.

**07.D.04.** Operations requiring safety net protection shall not be undertaken until the net is in place and has been tested.

**07.D.05.** Nets shall extend 8 feet (2.44 m) beyond the edge of the work surfaces where workmen are exposed.

**07.D.06.** The maximum mesh size of nets shall be 6 inches by 6 inches (15.2 cm x 15.2 cm).

**07.D.07.** All new nets shall meet accepted performance standards of 17,500 foot-pounds (23,726.8 J) minimum impact resistance as determined and certified by the manufacturers and shall bear a label of proof test. Edge ropes shall provide a minumum breaking strength of 5,000 pounds (2.3 kg).

**07.D.08.** The net suspension system shall be designed and constructed with a safety factor of four and as a minimum shall withstand the test loading without permitting contact between the net and any surface or object below the net.

19

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034547

INFORMATIONAL COPY ONLY

**07.D.09.** Forged steel safety hooks or shackles shall be used to fasten the net to its supports.

**07.D.10.** Connections between net panels shall develop the full strength of the net.

**07.D.11.** The net installation shall be tested by dropping a 400 pound (181.4 kg) bag of sand, not more than 30 inches ±2 inches (76.2 cm ±5.1 cm) in diameter, onto the center of the net from a height of 25 feet (7.6 m) above the net or from height equal to the distance from the net to the highest surface for which protection is furnished by the net, whichever is greatest.

**07.D.12.** Nets shall be tested immediately after installation, relocation, or major repair. Tests shall be repeated at not more than six-month intervals.

**07.D.13.** Nets shall be inspected daily for cuts and damage from abrasions, chemicals, or heat. Repairs shall be made before work above the net is resumed. Rapid loss of strength of small members should be considered.

**07.D.14.** Debris shall be removed from safety nets at least daily and combustible materials shall be removed before welding, cutting, or other operations producing sparks, slag, or other ignition sources are done above the net.

**07.E. WORK VESTS**
**07.E.01.** Type III or better U.S. Coast Guard approved International Orange personal flotation device (PFD) shall be provided to and worn by all persons:

a. On floating pipeline, pontoons, rafts, or float stages.

b. On open deck floating plant not equipped with bulwarks, guardrails, or lifelines.

c. On structures extending over or adjacent to water except where proper guardrails or safety nets are provided for protection of employees.

d. Working alone at night where there are potential drowning hazards regardless of other safeguards provided.

e. In skiffs, small boats, or launches, except when inside of an inclosed cabin or cockpit.

f. Wherever there is a potential drowning hazard.

**07.E.02.** Before and after each use, the PFD shall be inspected for defects which would alter their strength or buoyancy. Defective devices or devices with less than 13

20

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034548

pounds (5.9 kg) buoyancy shall be removed from service.

**07.F. RING BOUYS AND WATERLIGHTS**

**07.F.01.** Ring buoys approved and labeled by the United States Coast Guard with at least 90 feet (27.4 m) of attached ⅜-inch manila rope or equal shall be provided in a readily available location at the following places:

a. At least one ring buoy shall be provided on each safety skiff.

b. At least one ring buoy shall be provided on all motor boats up to 40 feet (12.2 m) in length and two ring buoys for motor boats 40 feet (12.2 m) in length or over.

c. At least two ring buoys shall be provided on any other piece or group of floating plant up to 100 feet (30.5 m) in length and one additional ring buoy shall be provided for each increase in length of 100 feet (30.5 m) or fraction thereof.

d. At least one ring buoy shall be provided at intervals of not more than 200 feet (61 m) on pipelines, walkways, wharves, piers, bulkheads, lock walls, scaffolds, platforms, and similar structures extending over or immediately adjacent to water.

e. At least one ring buoy and every third one thereafter shall have a waterlight attached wherever night operations are carried on or there is a potential need for ring buoys to be used after dark.

**07.F.02.** Waterlights used on or around gasoline and oil barges or other locations where open flames may cause fire or explosion shall be vaporproof electric lights.

**07.F.03.** The employer shall ensure that there is on board or in the vicinity of each barge in use at least one portable or permanent ladder which will reach from the top of the deck to the surface of the water. If the above equipment is not available at the pier, the employer shall furnish it during the time that he is working the barge.

**07.G. LIFESAVING OR SAFETY SKIFFS**

**07.G.01.** One or more lifesaving skiffs shall be provided at locations where men are working over or immediately adjacent to water.

**07.G.02.** Men trained in launching and operating the skiff shall be readily available during working hours.

**07.G.03.** Lifesaving skiffs shall be kept afloat or ready for instant launching.

**07.G.04.** Skiffs shall be used only for emergencies and lifesaving drills.

21

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

**07.G.05.** Lifesaving skiffs shall be equipped as follows:

 a. Four oars (two if the skiff is motor powered).

 b. Oarlocks securely attached to gunwales or the oars.

 c. One ball-pointed boat hook.

 d. One ring buoy with 90 feet (27.4 m) of ⅜-inch rope attached.

 e. Two life preservers or work vests.

**07.G.06.** In locations where the waters are rough or swift or where manually-operated boats are not practical, a power boat suitable for the waters involved shall be provided and equipped for lifesaving.

**07.G.07.** Lifesaving skiffs and power boats shall have flotation tanks or buoyant material capable of floating the boat and its equipment and the crew.

## 07.H. MARINE FIRE FIGHTING EQUIPMENT

**07.H.01.** Each hopper dredge shall be equipped with two fire fighter proximity suits, complete with hood B, boots, gloves, and breathing apparatus (OBA), Type A, with two extra canisters. (Military Spec MIL-C-22033).

**07.H.02.** Each marine base, assembly of major plant, or lay-up area shall, when required by local conditions, be equipped with not less than two fire fighting proximity suits complete with hood, boots, gloves, and breathing apparatus with two extra canisters.

## 07.I. LINEMAN'S BODY BELTS, SAFETY STRAPS, AND LANYARDS

**07.I.01.** The requirements of this section shall be complied with for all lineman's body belts, safety straps and lanyards.

**07.I.02.** Hardware for lineman's body belts, safety straps, and lanyards shall be drop forged or pressed steel and have a corrosive resistive finish tested to American Society for Testing and Materials B117-64 (50-hour test). Surfaces shall be smooth and free of sharp edges.

**07.I.03.** All buckles shall withstand a 2,000-pound (907.2 kg) tensile test with a maximum permanent deformation no greater than one sixty-fourth inch (0.04 cm).

**07.I.04.** D rings shall withstand a 5,000-pound (2.27 kg) tensile test without failure. Failure of a D ring shall be considered cracking or breaking.

**07.I.05.** Snaphooks shall withstand a 5,000-pound (2.27 kg) tensile test without failure. Failure of a snaphook shall be distortion

22

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034550

INFORMATIONAL COPY ONLY

sufficient to release the keeper.

**07.I.06.** All fabric used for safety straps shall withstand an A.C. dielectric test of not less than 25,000 volts per foot (30.5 cm) "dry" for 3 minutes, without visible deterioration.

**07.I.07.** All fabric and leather used shall be tested for leakage current and shall not exceed 1 milliampere when a potential of 3,000 volts is applied to the electrodes positioned 12 inches (30.5 cm) apart.

**07.I.08.** Direct current tests may be permitted in lieu of alternating current tests.

**07.I.09.** The cushion part of the body belt shall:

a. Contain no exposed rivets on the inside;

b. Be at least three (3) inches (7.6 cm) in width;

c. Be at least five thirty-seconds (5/32) inch (0.4 cm) thick, if made of leather; and

d. Have pocket tabs that extend at least 1½-inches (3.8 cm) down and three (3) inches (7.6 cm) back of the inside of circle of each D ring for riveting on plier or tool pockets. On shifting D belts, this measurement for pocket tabs shall be taken when the D ring section is centered.

**07.I.10.** A maximum of four (4) tool loops shall be so situated on the body belt that four (4) inches (10.2 cm) of the body belt in the center of the back, measuring from D ring to D ring, shall be free of tool loops, and any other attachments.

**07.I.11.** Suitable copper, steel, or equivalent liners shall be used around bar of D rings to prevent wear between these members and the leather of fabric enclosing them.

**07.I.12.** All stitching shall be of a minimum 42-pound (19.05 kg) weight nylon or equivalent thread and shall be lock stitched. Stitching parallel to an edge shall not be less than three-sixteenth (3/16) inch (0.5 cm) from edge of narrowest member caught by the thread. The use of cross stitching on leather is prohibited.

**07.I.13.** The keeper of snaphooks shall have a spring tension that will not allow the keeper to begin to open with a weight of 2½ pounds (1.1 kg) or less, but the keeper of snaphooks shall begin to open with a weight of four (4) pounds (1.8 kg) when the weight is supported on the keeper against the end of the nose.

**07.I.14.** Testing of lineman's safety straps, body belts, and lanyards shall be in accordance with the following procedure:

a. Attach one end of the safety strap or lanyard to a rigid support.

23

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034551

INFORMATIONAL COPY ONLY

The other end shall be attached to a 250-pound (113.4 kg) canvas bag of sand;

b. Allow the 250-pound (113.4 kg) canvas bag of sand to free fall 4 feet (1.22 m) for safety strap test and 6 feet (1.83 m) for lanyard test; in each case stopping the fall of the 250-pound (113.4 kg) bag;

c. Failure of the strap or lanyard shall be indicated by any breakage or slippage sufficient to permit the bag to fall free of the strap or lanyard. The entire "body belt assembly" shall be tested using one D ring. A safety strap or lanyard shall be used that is capable of passing the "impact loading test" and attached as required in subdivision (a) of this subparagraph. The body belt shall be secured to the 250-pound (113.4 kg) bag of sand at a point to simulate the waist of a man and allowed to drop as stated in subdivision (b) of this subparagraph. Failure of the body belt shall be indicated by any breakage or slippage sufficient to permit the bag to fall free of the body belt.

### 07.J. COMPRESSED AIR LOCKS

**07.J.01.** A medical lock shall be established and maintained in immediate working order whenever air pressure in the working chamber is increased above the normal atmosphere. The lock will be constructed and maintained in accordance with the requirements of 29 CFR Part 1926.803.

**07.J.02.** Man locks and special decompression chambers will be erected, maintained and operated in accordance with the requirements of 29 CFR Part 1926.803.

<br>

## SECTION VIII

# POISONOUS AND HARMFUL SUBSTANCES

### 08.A. GENERAL

**08.A.01.** All dusts, mists, fumes, gases, or other atmospheric contaminants in areas where persons are employed shall first be brought within acceptable limits by appropriate engineering controls such as ventilation, enclosure, or filtration. If this is not feasible, then administrative controls such as duration of exposure shall be used. When this method is not feasible, appropriate protective equipment shall be provided. Acceptable limits shall be those recommended by the latest edition of "Threshold Limit Values"

24

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034552

INFORMATIONAL COPY ONLY

published by the American Conference of Governmental Industrial Hygienists.

**08.A.02.** Contamination or pollution of any river, stream, or public water is prohibited. Compliance with all Federal, State, or local laws concerning pollution of water resources is required.

**08.A.03.** Where irritant or toxic substances may come in contact with the skin or clothing, protective equipment and sanitary facilities shall be provided.

**08.A.04.** Instruments shall be provided to test atmospheres for harmful contaminants. Tests shall be conducted by competent personnel as frequently as necessary to assure a safe environment. Records of all tests shall be made and kept available.

**08.A.05.** After the installation of contaminant controls and periodically thereafter, the design and efficiency of the control equipment, devices, or methods shall be verified. Such engineering control method shall be designed to prevent the contaminants dispersion through work areas. Control systems shall be in operation continually during occupancy while exposure exceeds safe limits.

**08.A.06.** Air cleaning equipment shall be located to permit the removal of dust or other collected material without creating a hazard and to allow for cleaning and repairing the apparatus without recontaminating the general atmosphere.

**08.A.07.** Operations or processes generating different kinds of dust, fumes, or vapors shall not be connected to the same exhaust systems when the mixture may result in the formation of toxic, flammable, or explosive compounds.

**08.A.08.** Contaminated materials removed by exhaust systems shall be disposed of in such a manner that they do not re-enter the breathing zone of the worker or create a hazard to other employees or to the public.

**08.A.09.** Dust from equipment, sawing, grinding, and other dust-producing activities shall be controlled to assure visibility and safe operations and to minimize nuisance dust in the immediate and adjacent areas.

**08.A.10.** Controlled reversible ventilation of sufficient capacity shall be provided on all tunneling and underground excavation operations.

**08.A.11.** Carbon tetrachloride and other toxic vaporizing liquid fire extinguishers are prohibited.

**08.A.12.** Dust from roadway traffic, storage areas, or bulk stock

25

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034553

piles shall be controlled within approved limits for visibility.

**08.A.13.** Welding, cutting, or heating of metals of toxic significance are covered in Section XIV.

**08.A.14.** All electrical components and equipment used in a hazardous area shall be chosen from among those listed by a nationally recognized testing laboratory such as Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**08.A.15.** For ventilation and protection in welding, cutting, and heating, see Section XIV.

**08.A.16.** Contaminant controls shall be installed to ensure that emissions of atmospheric impurities are in compliance with Federal, State or local air pollution laws.

**08.A.17.** The use of toxic vaporizing liquids as a solvent or for any other purpose is prohibited except under the direct and immediate supervision of a qualified person and when approved by the Contracting Officer's representative.

## 08.B. HOT SUBSTANCES

**08.B.01.** Heating devices or melting kettles shall be placed on a level, firm foundation and protected against traffic, accidental tipping, or similar hazard.

**08.B.02.** Inclosed areas in which hot substances are being heated or applied shall be ventilated.

**08.B.03.** A fire extinguisher, rated not less than 10-B shall be available at all locations where heating devices or melting kettles are in use. (See Section 13.A.).

**08.B.04.** Heating devices or melting kettles when in use shall not be left unattended.

**08.B.05.** Bituminous-material melting kettles shall be provided with an effective lid or hood and a thermometer in operating condition.

**08.B.06.** Bituminous-material melting kettles shall not be used or operated inside of or on buildings, or within 25 feet (7.6 m) of buildings or combustible material.

**08.B.07.** Ladles, equipment, and material shall be moisture-free before being used or placed in heated material.

**08.B.08.** Proper runways or passageways, clear of obstructions, shall be provided for all persons carrying hot substances.

**08.B.09.** Hot substances shall not be carried up or down ladders.

**08.B.10.** Hoisting gear used in handling hot substances shall be

26

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034554

INFORMATIONAL COPY ONLY

adequate for loads imposed and shall be securely aand substantially braced and anchored. (For power driven hoists, refer to Section 18.J).

**08.B.11.** Protection shall be provided against contact, radiant heat, glare, fumes, and vapors for all persons handling hot substances. (See Section VII.)

**08.B.12.** Buckets or vessels for handling of hot substances shall be substantially constructed and free from any soldered joints or attachments.

**08.B.13.** Containers used in the handling and transportation of hot substances shall not be filled higher than 4 inches (10.2 cm) from the top.

### 08.C. INSECTS—VERMIN—SNAKES

**08.C.01.** Protection against hazards involving insects, vermin, or snakes shall include the following controls as are pertinent:

    a. Boots, hoods, netting, gloves, masks, or other necessary personal protection.

    b. Repellents.

    c. Drainage or spraying of breeding areas.

    d. Burning or destruction of nests.

    e. Smudge pots and aerosols for protecting small areas.

    f. Elimination of unsanitary conditions which propagate insects or vermin.

    g. Extermination measures.

    h. Inoculation.

    i. Approved first aid remedies for affected employees.

    j. Instruction in recognition and identification.

### 08.D. POISONOUS PLANTS

**08.D.01.** In areas where employees are exposed to poison ivy, oak, sumac, or other poisonous plants, the following protective measures, as pertinent, shall be provided:

    a. Where practicable, the plants shall be removed or destroyed.

    b. Appropriate protective clothing, gloves, etc., shall be worn.

    c. Protective ointments shall be provided.

    d. Soap and water shall be available for washing exposed parts.

    e. Approved first aid remedies shall be provided for treatment of affected skin areas.

    f. Immunization treatments shall be provided.

    g. Instruction in recognition and identification.

**08.D.02.** Care shall be exercised when burning poisonous plants to

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034555

INFORMATIONAL COPY ONLY

prevent contact with toxic elements contained in the smoke.

## 08.E. POISONS, ACIDS, CAUSTICS AND HARMFUL CHEMICALS

**08.E.01.** All handling and use of poisons, acids, caustics, and harmful chemicals shall be under the supervision of a qualified person.

**08.E.02.** All storage shall be in accordance with the recommendations of the manufacturer and accessible only to authorized persons.

**08.E.03.** Disposal of surplus or excess materials and containers shall occur in a manner which will not contaminate or pollute water supply, ground water, or streams, and will comply with Federal, State, and local regulations and guidelines.

**08.E.04.** Appropriate personal protective equipment and sanitary facilities shall be provided.

**08.E.05.** Containers which have been used for poisons shall not be used for any other material.

**08.E.06.** Distribution of economic poisons shall be planned and controlled to prevent contamination of people, animals, or food.

**08.E.07.** Facilities for quick emergency drenching of eyes and body shall be provided within immediate vicinity of such work areas as laboratories, battery rooms, and chemical handling areas.

## 08.F. RADIOLOGICAL

**08.F.01.** Prior to the initial use or operation of a radiation machine or the storing, using, or handling of any radioactive material, the Contracting Officer's representative shall be notified of such action, including a statement of the proposed location, nature and scope of such operation, use, or storage.

**08.F.02.** All radiation machines and radioactive materials shall be used, stored, handled, transported, or disposed of in such a manner that no persons receives an unnecessary dose of radiation.

**08.F.03.** In the use or application of radioactive material, permissible doses, levels of radiation, concentrations, precautionary procedures, and disposal shall be within the limits and controls prescribed in Title 10, Code of Federal Regulations, Part 20.

**08.F.04.** Operations involving radiation hazards shall be performed under the direction of a qualified person designated as responsible for radiation safety, who shall conduct such surveys and

28

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034556

INFORMATIONAL COPY ONLY

evaluations, and secure such specialized assistance as required to assure compliance with radiation protection standards. In case of materials used under AEC license, only persons actually licensed, or competent persons under direction and supervision of the licensee shall perform such work.

**08.F.05.** The determination of radiation dosage received by persons and the degree of hazard present in any situation shall be based upon nationally recognized guides and standards, such as the recommendations published by the National Council on Radiation Protection and Measurements, NCRP 39, Basic Radiation Protection Criteria.

**08.F.06.** The dose for an individual shall be considered to include all doses, from both internal and external sources from all types and energies of radiation, whether delivered simultaneously or successively, to the region of interest during the period of measurement.

**08.F.07.** Dosimetry shall be maintained on all persons exposed to radiation where the dosage can exceed one-fourth the permissible limits established, and on each individual who enters a high radiation area. Instruments and dosimetry devices shall be of types which detect and provide for measurement, within an acceptable error, the accumulated dosage of all types of radiation to which personnel are exposed.

**08.F.08.** Records shall be maintained of the exposure of personnel to radiation in such a manner that accumulated exposure can be determined at a future date.

**08.F.09.** Persons under 18 years of age or pregnant women shall not be exposed to a dose in excess of that prescribed for the general public, shall not be permitted in an area where there is a possibility for body intake of radioactive material from such sources as contamination or radio-chemical procedures.

**08.F.10.** Initial, periodic, and terminal physical examinations shall be performed upon advice of medical and radiation protection authorities.

**08.F.11.** All cases of overexposure and suspected ingestion or inhalation shall be referred to a physician.

**08.F.12.** Any loss, theft, damage, or overexposure shall be reported to the Contracting Officer's representative.

**08.F.13.** Transportation, interstate or intrastate, shall be within the requirements of the Department of Transportation for Transportation of explosives and other dangerous articles.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034557

INFORMATIONAL COPY ONLY

## 08.G. NONIONIZING RADIATION

**08.G.01.** Only qualified and trained employees shall be assigned to install, adjust, and operate laser equipment.

**08.G.02.** The laser equipment operator shall have had training in the operation of laser equipment.

**08.G.03.** Employees, when working in areas in which a potential exposure to direct or reflected laser light greater than 0.005 watts (5 milliwatts) exists, shall be provided with suitable laser safety goggles which will protect for the specific wavelength of the laser and be of optical density (O.D.) adequate for the energy involved. The following table lists the maximum power or energy density for which adequate protection is afforded by glasses of optical densities from 5 through 8.

### Selecting Laser Safety Glass

| CW maximum power density (watts/cm$^2$) | Optical density (O.D.) | Attenuation factor |
|:---:|:---:|:---:|
| $10^{-2}$ | 5 | $10^5$ |
| $10^{-1}$ | 6 | $10^6$ |
| 1.0 | 7 | $10^7$ |
| 10.0 | 8 | $10^8$ |

Output levels falling between lines in this table shall require the higher optical density.

**08.G.04.** All protective goggles shall bear a label identifying the following data:

    a. The laser wavelength for which use is intended;

    b. The optical density of those wavelength;

    c. The visible light transmission.

**08.G.05.** Areas in which lasers are used shall be posted with standard laser warning placards.

**08.G.06.** Beam shutters or caps shall be utilized, or the laser turned off, when laser transmission is not actually required. When the laser is left unattended for a substantial period of time, such as during lunch hour, overnight, or at change of shifts, the laser shall be turned off.

30

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

**08.G.07.** Only mechanical or electronic means shall be used as a dectector for guiding the internal alignment of the laser.

**08.G.08.** The laser beam shall not be directed at employees. Revolving laser units shall be set above or below the heads of employees.

**08.G.09.** When it is raining or snowing, or when there is dust or fog in the air, the operation of laser systems shall be prohibited where practicable; in any event, employees shall be kept out of range of the area of source and target during such weather conditions.

**08.G.10.** Laser equipment shall bear a label to indicate maximum output, make, and beam spread.

**08.G.11.** Employees shall not be exposed to light intensities above:

    a. Direct staring: 1 micro-watt per square centimeter;

    b. Incidental observing 1 milliwatt per square centimeter;

    c. Diffused reflected light: 2½ watts per square centimeter.

**08.G.12.** Looking into the primary beam must be avoided and equal care shall be exerted to avoid looking at specular reflections at the beam including those from lens surface work.

**08.G.13.** Avoid aligning the laser with the naked eye.

**08.G.14.** Employees shall not be exposed to microwave power densities in excess of 10 milliwatts per square centimeter and radio frequency generating equipment.

## SECTION IX

# LIGHTING

### 09.A. GENERAL

**09.A.01.** Offices, workrooms, stairways, corridors, passageways, construction roads, and working areas shall be adequately lighted while work is in progress.

**09.A.02.** Where the use of artificial light is required, it shall be maintained until workmen have had an opportunity to leave the area.

**09.A.03.** The following intensities of light are minimum requirements for construction.

31

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034559

INFORMATIONAL COPY ONLY

| Application | Lighting intensity (Foot-candles) |
|---|---|
| Accessways-general indoor | 5 |
| Accessways-general outdoor | 3 |
| Walkways, ladders, stairways or working levels in a compressed air environment | 10 |
| Automotive service | 30 |
| Concrete operation placement | 5 |
| Construction-general indoor | 10 |
| Construction-general outdoor | 3 |
| Docks and loading platforms | 5 |
| Excavation and fill areas | 3 |
| Exitways | 5 |
| Field maintenance | 3 |
| First aid stations, infirmaries, and offices | 30 |
| General construction plant and shops (e.g. batch plants, screening plants, carpenter shops, rigging lofts, barracks, or living quarters, mess halls and workrooms) | 10 |
| Locker and dressing rooms | 10 |
| Mechanical and electrical equipment rooms | 10 |
| Refueling | 5 |
| Shops: | |
| Fine work | 30 |
| Medium and rough work | 10 |
| Stockrooms | 10 |
| Storage rooms-active inside | 10 |
| Storage areas-active outside | 3 |
| Toilets and washrooms | 10 |
| Tunnels and general underground work areas | 5 |
| Tunnel and shaft heading during drilling, mucking, and scaling | 10 |
| Warehouses | 5 |
| Welding | 30 |

**09.A.04.** In addition to providing the recommended intensity of light, consideration should be given to the selection and placement of lighting equipment that will provide:

32

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034560

INFORMATIONAL COPY ONLY

a. Comfort without annoyance from direct glare.

b. Minimum reflected glare.

c. Efficiency for the purpose.

d. Elimination of harsh shadows.

e. Well-lighted vertical and oblique surfaces.

f. Economy and safety for cleaning and maintenance.

## SECTION X

# SIGNALS, WARNING SIGNS, AND SIGNALMEN

### 10.A. SIGNALS

**10.A.01.** A uniform standard signal system shall be used on all operations. Hand signals for crane operations shall conform to ANSI B30 series. Traffic flagging procedures shall meet D6.1, Uniform Traffic Control Devices for Streets and Highways. (See Appendices B and T).

**10.A.02.** Signals in use shall be posted at the operator's position, signal control points, and such other points as necessary to properly inform those concerned. Tested load capacities, and recommended operating speed, special hazard warnings, or instruction, shall be conspicuously posted on all equipment. Instructions or warnings shall be visible to the operator while he is at his control station.

**10.A.03.** Where manual (hand) signals are used, only one person shall be designated to give signals to the operator. This signalman shall be located so he can see the load and is clearly visible to the operator at all times.

**10.A.04.** Manual (hand) signals may be used when the distance between the operator and signalman is not more than 100 feet (30.48 m). Radio, telephone, or a visual and audible electrically-operated system shall be used when the distance between signalman and operator is more than 100 feet (30.48 m).

**10.A.05.** Signal systems shall be protected against unauthorized use, breakage, weather, or interference. Any malfunction shall be cause to stop all motion.

**10.A.06.** For Marine signals see section XXVI.

33

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034561

## 10.B. SIGNALMEN

**10.B.01.** Only persons who are dependable and fully qualified by experience with the operations being directed shall be used as signalmen.

**10.B.02.** A signalman shall be provided when the point of operation is not in full and direct view of the vehicle, machine, or equipment operator; vehicles are backed more than 100 ft (30.48 m); terrain is hazardous; or 2 or more vehicles are backing in the same area.

**10.B.03.** A signalman shall back one vehicle at a time. While under control of a signalman, the driver shall not back or maneuver until directed. He shall stop when contact with the signalman is lost.

**10.B.04.** The signalman shall have a warning device of clear range and penetrating sound to warn workmen when the load is coming in so they have time to get in the clear.

**10.B.05.** A flagman or other appropriate controls shall be provided when operations or equipment on or adjacent to a highway create a traffic hazard. Exception shall be made only when an adequate mechanical signaling or control device is provided for safe direction of the operation.

**10.B.06.** Equipment operators shall accept signals only from the designated signalman.

## 10.C. SIGNS AND TAGS

**10.C.01.** Warning signs shall be placed to provide adequate warning of hazards to workmen and the public. Signs shall be removed promptly when the hazards no longer exist.

**10.C.02.** The design and use of signs will be in conformance with the following standards:

a. Specs. for Industrial Accident Prevention Signs (ANSI Z35.1).

b. Manual on Uniform Traffic Control Devices for Street and Highways (ANSI D6.1).

c. Specs. for Industrial Accident Prevention Tags (ANSI Z35.2).

d. Radio freq. Radiation Hazard Warning Symbol (ANSI C95.2).

e. Radiation Symbol (ANSI-N2.1)

**10.C.03.** Danger signs shall be used only where an immediate hazard exists. The predominating color shall be red in accordance

34

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034562

INFORMATIONAL COPY ONLY

with the Figure on the following page.



**10.C.04.** Caution signs shall be used only to warn against potential hazards or to caution against unsafe practices. The predominating color shall be yellow in accordance with the Figure below.



**10.C.05.** Instructional safety signs shall be used for general safety instructions. The predominating color shall be green.

**10.C.06.** Fire exits, fire protection equipment locations, and physical hazards shall be identified in accordance with Safety Color Code for Marking Physical Hazards and Identification of Equipment, ANSI Z53.1.

**10.C.07.** Other signs such as directional or informational signs shall be black and white.

**10.C.08.** Radiological warning signs shall conform with current requirements of Title 10, Part 20, Code of Federal Regulations.

**10.C.09.** Signs required to be seen at night shall be lighted.

**10.C.10.** Accident prevention tags shall be used only as a temporary means of warning employees of an existing hazard, such as defective tools, equipment, and lockout.

**10.C.11.** Kerosene lamps and open flame pots shall not be used for or with warning signs or devices.

**10.C.12.** Warning signs shall be placed on unattended Government-owned floating plant and land based heavy equipment accessible to the public. Signs to read as follows:

**DANGER**
**NO TRESPASSING**
**U.S. GOVERNMENT PROPERTY**

35

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034563

INFORMATIONAL COPY ONLY

## 10.D. WARNING MARKING AND LIGHTING FOR AIR-FIELD CONSTRUCTION OPERATIONS

**10.D.01.** The contractor shall report to the Contracting Officer's representative before initiating any work and shall notify the Contracting Officer's representative of proposed changes of locations and operations. The Contracting Officer's representative shall keep the airport owner or operator informed so necessary Notice to Airmen (NOTAMS) can be issued to reflect hazardous conditions.

**10.D.02.** Construction and storage areas affecting aircraft movement areas shall be outlined during the day by red flags and at night by low intensity battery-operated electric red flasher lights spaced every 200 feet (60.96 m) or less.

**10.D.03.** Nothing shall be placed in the aircraft movement area without authority of the Contracting Officer's representative.

**10.D.04.** Work shall be carried on in such a manner as to leave the portion of the aircraft movement area which is available to aircraft free of hazards, holes, material piles, or projecting shoulders.

**10.D.05.** Waste material shall be removed often enough to insure that it does not create a hazard. Debris deposited on any active portion of a runway, taxiway, or apron shall be removed continuously during the course of the work.

**10.D.06.** Effective control of vehicles required to enter or cross aircraft movement areas shall be established and maintained.

**10.D.07.** All vehicles operating in aircraft movement areas shall be identified by means of a flag on a staff attached to and flying above the vehicle. This flag will not be less than 3 feet (0.91 m) square and will consist of a checkered pattern of international orange and white squares of not less than 1 foot (0.3 m) on each side.

**10.D.08.** All idle construction equipment shall be removed to locations 750 feet (228.6 m) or more from the center line of the runway.

**10.D.09.** Only those trenches for which material is on hand and ready for placing there in shall be opened. As soon as practicable after material has been placed and work approved, trenches shall be backfilled and compacted as required. In the meantime, all resulting hazardous conditions shall be marked and lighted.

**10.D.10.** When desirable to clearly identify vehicles for control purposes, letters or numbers may be prominently displayed on each side by use of tape or water soluble paint. The identifying symbol

36

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034564

INFORMATIONAL COPY ONLY

should be 8-inch (20.3 cm) minimum, block-type characters of a color easily read.

# MATERIAL HANDLING, STORAGE, AND DISPOSAL

## 11.A. GENERAL

**11.A.01.** All material in bags, containers, bundles, or stored in tiers shall be stacked, blocked, interlocked, and limited in height so that it is stable and otherwise secured against sliding or collapse.

a. Bagged materials shall be stacked by stepping back the layers and crosskeying the bags at least every 10 bags high.

b. Material shall be stacked as low as practical and in no case higher than 20 feet (6.1 m).

**11.A.02.** Material stored inside buildings under construction shall not be placed within 6 feet (1.83 m) of any hoistway or inside floor opening, nor within 10 feet (3.05 m) of an exterior wall which does not extend above the top of the material stored.

**11.A.03.** Accessways shall be kept clear.

**11.A.04.** Flammable liquids and greases in a storage building shall be in a NO SMOKING area and separated from combustible construction and other stored materials by 50 feet (15.24 m) where practicable.

**11.A.05.** The design live load in psf for floors, foundations, or other structures where materials are stored shall be conspicuously posted and not exceeded.

**11.A.06.** Unauthorized persons shall be prohibited from entering storage areas.

**11.A.07.** No person shall be allowed in or on railroad cars while materials are being loaded or unloaded by crane, dragline, or power shovels except while hooking or unhooking loads. All persons shall be in a safe position while materials are being loaded or unloaded from railroad cars.

**11.A.08.** Only the brakeman shall be in or on railroad cars while they are being moved.

**11.A.09.** Material shall not be stored on scaffolds or runways in

37

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034565

INFORMATIONAL COPY ONLY

excess of needs for normal placement operations, or in excess of safe load limits.

**11.A.10.** Metal strapping and wires shall be cut only with a cutter which securely grips the strap or wire on both sides of the cut.

**11.A.11.** Noncompatible materials shall be segregated in storage.

**11.A.12.** Materials will not be moved over or suspended above workmen unless positive precautions have been taken to protect the workmen from falling objects.

**11.A.13.** Employees shall not work or pass under elevated work areas unless protected by overhead protection.

**11.A.14.** A clearance of 24 inches (0.61 m) shall be maintained around the path of travel of fire doors unless a barricade is provided. Material shall not be stored within 36 inches (0.91 m) of a fire door opening.

**11.A.15.** Where the movement of materials may be hazardous to employees, taglines or other suitable devices shall be used to control the loads being handled by hoisting equipment. They shall be of a nonconductive type when used near energized lines.

**11.A.16.** The hoist rope shall not be wrapped around the load. This requirement shall not apply to electric construction crews when setting or removing poles.

**11.A.17.** When moving equipment under or near energized lines, a designated employee shall be utilized to determine that required clearance is maintained.

## 11.B. LUMBER

**11.B.01.** Lumber shall be stacked level and be supported on stable sills.

**11.B.02.** Lumber shall be so stacked as to be stable and self-supporting.

**11.B.03.** Reusable lumber shall have all nails withdrawn before it is stacked for storage.

**11.B.04.** Lumber shall be stacked as low as practicable and in no case higher than 16 feet (4.88 m) when handled manually.

## 11.C. CEMENT AND LIME

**11.C.01.** Bags of cement and lime shall not be stacked more than 10 bags high without setback, except when restrained by walls of appropriate strength.

38

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034566

INFORMATIONAL COPY ONLY

**11.C.02.** The bags around the outside of the stack shall be placed with the mouths of the bags facing the center of the stack.

**11.C.03.** During unstacking, the entire top of the stack shall be kept nearly level and the necessary setback maintained.

## 11.D. BRICK

**11.D.01.** Brick shall be stacked on an even, solid surface.

**11.D.02.** Brick stacks shall not be more than 7 feet (2.13 m) in height. When a loose brick stack reaches a height of 4 feet (1.22 m) it shall be tapered back 2 inches (5 cm) in every foot (30.5 cm) of height above the 4-foot (1.22 m) level.

**11.D.03.** Unitized brick shall not be stacked more than 3 units in height.

## 11.E. FLOOR, WALL, AND PARTITION BLOCKS

**11.E.01.** Blocks shall be stacked in tiers on solid, level surfaces.

**11.E.02.** When masonry blocks are stacked higher than 6 feet (1.83 m) the stack shall be tapered back one-half block per tier above the 6-foot (1.83 m) level.

## 11.F. REINFORCING, SHEET AND STRUCTURAL STEEL

**11.F.01.** Reinforcing steel shall be stored in orderly piles away from walkways and roadways.

**11.F.02.** Structural steel shall be securely piled to prevent members sliding off or the pile toppling over.

## 11.G. CYLINDRICAL MATERIAL

**11.G.01.** Pipe, structural steel, poles, bar stock, round wood pilings and other cylindrical materials, unless racked, shall be stacked in an orderly manner on preferably a solid, level surface and shall be blocked to prevent spreading, rolling, or tilting. Separate stacks will be made for each size.

**11.G.02.** Pipe, unless racked, shall not be stacked higher than 5 feet (1.525 m).

**11.G.03.** Either a pyramided stack or battened stack shall be used.

**11.G.04.** Where battened type of stack is used, the outside pile or pole shall be securely chocked.

**11.G.05.** Battened stacks shall be tapered back at least one pile or pole in each tier.

**11.G.06.** Unloading of round material shall be done so that no per-

39

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034567

INFORMATIONAL COPY ONLY

son is required to be on the unloading side of the carrier after the tie wires have been cut or during the unlocking of the stakes.

## 11.H. SAND, GRAVEL, AND CRUSHED STONE

**11.H.01.** In withdrawing sand, gravel, and crushed stone from stockpiles, no overhanging or vertical face shall exist at any time.

**11.H.02.** Material dumped against walls or partitions shall not be stored to a height that will endanger the stability or exceed the resisting strength of such walls and partitions.

## 11.I. HOUSEKEEPING

**11.I.01.** All stairways, passageways, gangways, and accessways shall be kept free of materials, supplies, and obstructions at all times.

**11.I.02.** Loose or light material shall not be stored or left on roofs or floors that are not closed in, unless it is safely secured.

**11.I.03.** Tools, materials, extension cords, hoses, or debris shall not be strewn about in a manner which may cause tripping or other hazard.

**11.I.04.** Tools, materials, and equipment subject to displacement or falling shall be adequately secured.

**11.I.05.** Empty bags having contained lime, cement, and other dust-producing material shall be removed from work areas daily.

**11.1.06.** Protruding nails in scrap boards, planks, and timbers shall be removed, hammered in, or bent over flush with the wood unless directly placed in containers or dump truck for removal.

**11.1.07.** Walkways, runways, and sidewalks shall be kept clear of excavated material or other obstructions and no sidewalks shall be undermined unless shored to carry a minimum live load of one hundred and twenty-five (125) pounds per square foot (5.985 k Pa).

**11.1.08.** Containers shall be provided for storing or carrying rivets, bolts and drift pins, and secured against accidental displacement when aloft.

**11.1.09.** When rivet heads are knocked off, or backed out, means shall be provided to keep them from falling.

**11.1.10.** Form and scrap lumber and debris shall be kept cleared from work areas, passageways, and stairs, in and around building storage yards, and other structures.

**11.1.11.** The entire storage and construction sites shall be kept free from the accumulation of unnecessary combustible materials.

40

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034568

INFORMATIONAL COPY ONLY

Weeds and grass shall be kept down and a regular procedure provided for the periodic cleanup of the entire area.

**11.I.12.** Rubbish, brush, long grass, or other combustible material shall be kept from areas where flammable and combustible liquids are stored, handled, or processed.

**11.I.13.** Accumulation of flammable and combustible liquids on floors, walls, etc., is prohibited. All spills of flammable and combustible liquids shall be cleaned up immediately.

## 11.J. WASTE MATERIAL DISPOSAL

**11.J.01.** Scrap lumber shall be placed in piles or containers. Waste material and rubbish shall be placed in containers.

**11.J.02.** Waste material and rubbish shall not be thrown down from a distance of more than 6 feet (1.83 m).

**11.J.03.** Chutes for debris shall be enclosed for their entire height, except for openings equipped with closures at or about floor level for the insertion of materials. The openings shall not exceed 48 inches (1.22 m) in height measured along the wall of the chute. At all stories below the top floor, such openings shall be kept closed when not in use.

**11.J.04.** Whenever materials are dropped to any point lying outside the exterior walls of the building, an enclosed chute of wood, or equivalent material, shall be used. For the purpose of this paragraph, an enclosed chute is a slide, closed in on all sides, through which material is moved from a high place to a lower one.

**11.J.05.** When debris that cannot be handled by chutes is dropped, the area onto which the material is dropped shall be completely enclosed with barricades not less than 42 inches (1.07 m) high and not less than 6 feet (1.83 m) back from the projected edge of the opening above. Signs warning of the hazard of falling materials shall be posted at each level.

**11.J.06.** See section 12.F. for burning requirements.

**11.J.07.** Containers shall be provided for the collection and separation of trash, rags and waste soiled by combustible or flammable materials, and other refuse. Covered metal containers shall be provided for garbage and oily, flammable, or hazardous wastes such as caustics, acids, and harmful dust. Disposal shall be daily.

**11.J.08.** Used roofing mops shall be stored outside the building and away from other combustible materials.

41

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034569

INFORMATIONAL COPY ONLY

SECTION XII

# FIRE PREVENTION

## 12.A.GENERAL

**12.A.01.** Recommendations of National Fire Protection Association, and applicable regulations of the United States Coast Guard shall be complied with in situations not specifically covered in this section.

**12.A.02.** A survey of the suitability and effectiveness of fire prevention and protection measures and facilities existing at each project or installation shall be made at least annually. Records of the survey findings and recommendations shall be retained on file at the project or installation.

**12.A.03.** The Contracting Officer's representative shall designate those areas requiring a hot work permit.

**12.A.04.** Fires and open flame devices shall not be left unattended.

**12.A.05.** Smoking shall be prohibited in all areas where flammable, combustible, or similar hazardous materials are stored, except in those locations specifically provided for such purpose and approved by the Contracting Officer's representative. NO SMOKING signs shall be posted in all prohibited areas.

**12.A.06.** Smoking or use of open flame equipment is prohibited on lock structures during lockages.

**12.A.07.** Lockage of vessels containing dangerous cargoes or flammable vapors shall not be made with any other craft except as permitted by paragraph 26.A.23.

**12.A.08.** When there is a danger of an underground fire, that land shall not be used for combustible or flammable storage.

**12.A.09.** Noncompatible materials which may create a fire hazard shall be segregated by a barrier having a fire resistance of at least 1 hour.

**12.A.10.** All sources of ignition shall be prohibited within 50 feet, (15.24 m) of the vicinity of operations which constitute a fire hazard. The area shall be conspicuously posted: NO SMOKING or OPEN FLAME.

## 12.B. SPACING

**12.B.01.** Where practicable, temporary buildings shall be separated as follows:

42

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

a. The minimum space between one-story non-fire-resistive buildings shall be 20 feet (6.1 m).

b. The minimum space between two-story non-fire-resistive buildings shall be 25 feet (7.6 m).

C. A group of buildings, the aggregate ground floor area of which does not exceed 2,000 square feet (185.8 square meters), shall be considered as one building for the above purpose. However, each building in the group shall be horizontally separated at least 10 feet (3.05 m) on each side from other buildings.

d. Buildings other than non-fire-resistive shall comply with applicable recommendations of the National Fire Protective Association.

**12.B.02.** Fire lanes to provide access to all areas shall be established and maintained free of obstruction.

**12.B.03.** Lumber storage yards shall be divided into sections containing a maximum of 1 million feet (304.8 km) board measure, with fire breaks of 50 feet (15.24 m) between sections. Major lumber storage shall be maintained at a minimum distance of 100 feet (30.48 m) from buildings or structures.

**12.B.04.** At least 10-foot (3.05 m) clearance from buildings or structures shall be maintained for piles of lumber and other combustible materials to be used in the construction.

**12.B.05.** Driveways between and around open yard combustible storage piles shall be at least 15 feet (4.57 m) wide and maintained free from accumulation of rubbish, equipment, or other articles or materials. Driveways shall be so spaced that a maximum grid system unit of 50 feet by 150 feet (15.24 m by 45.72 m) is produced.

**12.B.06.** Material shall be piled to minimize the spread of fire internally and to permit convenient access for firefighting. Aisle space shall be maintained to safely accommodate the widest vehicle that may be used for firefighting purposes.

**12.B.07.** Within 200 feet (60.96 m) of each portable tank or pile of flammable or combustible liquid containers stored outdoors, there shall be a 12-foot (3.66 m) wide access way to permit approach of fire control apparatus.

**12.B.08.** Clearance of at least 36 inches (0.91 m) shall be maintained between the top level of stored material and sprinkler deflectors.

**12.B.09.** Clearance shall be maintained around lights and heating units to prevent ignition of combustible materials.

43

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034571

## 12.C. HEATING DEVICES AND SYSTEMS

**12.C.01.** Where smoke pipes from heating apparatus pass through combustible walls or roofs, properly insulated and ventilated sleeves or roof jacks shall be used.

**12.C.02.** All smoke pipe joints shall be securely fastened together and supported to prevent accidental displacement or separation.

**12.C.03.** Spark arresters shall be provided on all smoke stacks or burning devices having forced drafts or short stacks permitting live sparks or hot materials to escape.

**12.C.04.** Only temporary heating devices which have been approved by the Contracting Officer's representative shall be used. A positive operating procedure shall be established to assure the following controls:

    a. Proper placement and servicing.

    b. Safe clearance from combustible material.

    c. Close surveillance.

    d. Safe fuel storage and refueling.

    e. Proper maintenance.

    f. Determination of gaseous contamination or oxygen deficiency.

**12.C.05.** Heating devices of the open flame type having exposed fuel below the flame are prohibited.

**12.C.06.** Gas or liquid fueled space heating devices used in any inclosed building, room, or structure shall be vented by the flue pipe to the exterior or the structure. Underwriters' Laboratory listed heating devices may be used when they are vented to the outside.

**12.C.07.** Heating equipment of an approved type may be installed in the lubrication or service area where there is no dispensing or transferring of flammable liquids, provided the bottom of the heating unit is at least 18 inches (46 cm) above the floor and is protected from physical damage.

**12.C.08.** Heating equipment installed in lubrication or service areas, where flammable liquids are dispensed, shall be of a type approved for garages, and shall be installed at least 8 feet (2.44 m) above the floor.

**12.C.9.** Flammable liquid-fired heaters shall be equipped with a primary safety control to stop the flow of fuel in the event of flame failure. Barometric or gravity oil feed shall not be considered a

44

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034572

primary safety control.

**12.C.10.** Heaters used in the vicinity of combustible tarpaulins, canvas, or similar coverings shall be located at least 10 feet (3.05 m) from such combustibles and shall be securely fastened to prevent ignition or upsetting of the heater.

## 12.D. FLAMMABLE AND COMBUSTIBLE LIQUIDS

**12.D.01.** All tanks, containers, and pumping equipment, portable or stationary, used for the storage or handling of flammable and combustible liquids, shall be listed by UL or FM or approved by the Federal agency having jurisdiction such as the U.S. Coast Guard or the Bureau of Mines.

**12.D.02.** All storage handling, or use of flammable and combustible liquids shall be under the supervision of qualified persons.

**12.D.03.** All sources of ignition shall be prohibited in areas where flammable liquids are stored, handled, and processed. Suitable NO SMOKING signs shall be posted in all such areas.

**12.D.04.** Flammable or combustible liquids shall not be stored in areas used for exits, stairways, or normally used for the safe passage of people.

**12.D.05.** At least one portable fire extinguisher having a rating of not less than 20-B units shall be located not less than 25 feet (7.62 m) nor more than 75 feet (22.86 m), from any flammable liquid storage area located outside.

**12.D.06.** Flashlights and electric lanterns used in connection with the handling of flammable liquids shall be the type listed by the Underwriters'Laboratories, Inc., or other nationally recognized testing laboratory for use in such hazardous areas.

**12.D.07.** Electrical lighting shall be the only means used for artificial illumination in areas where flammable liquids, vapors, fumes, dust, or gases are present. All electrical equipment and installations shall be in accordance with provisions of the National Electrical Code for hazardous locations. Globes or lamps shall not be removed or replaced nor shall repairs be made on the electrical circuit until the circuit has been de-energized.

**12.D.08.** All buildings, rooms, and compartments where flammable liquids are stored, processed, or used shall be properly ventilated by a gravity or mechanical exhausting system. Every inside storage room shall be provided with either a gravity or a mechanical exhausting system. Such system shall commence not

45

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034573

INFORMATIONAL COPY ONLY

more than 12 inches (30.48 cm) above the floor and be designed to provide for a complete change of air within the room at least 6 times per hour. If a mechanical exhausting system is used, it shall be controlled by a switch located outside of the door. The ventilating equipment and any lighting fixtures shall be operated by the same switch. An electric pilot light shall be installed adjacent to the switch if flammable liquids are dispensed within the room. Where gravity ventilation is provided, the fresh air intake, as well as the exhausting outlet from the room, shall be on the exterior of the building in which the room is located.

**12.D.09.** Shipment, storage and handling of all flammable liquids, including intrastate shipments, shall be in containers approved for shipment of such materials and tagged or labeled in accordance with regulations of the Department of Transportation.

**12.D.10.** Drums, barrels, and other flammable liquid containers shall be kept tightly capped. Safety cans or other portable service type containers of flammable liquids having a flash point at or below 73°F (295.9 K) shall be painted red with a yellow band around the can and/or the name of the contents conspicuously painted or stenciled on the container in yellow.

**12.D.11.** In buildings, shops, or rooms where flammable liquids are handled or stored, a self-closing metal refuse can shall be provided and maintained in good condition.

**12.D.12.** Flammable storage tanks and systems shall be electrically bonded and grounded.

**12.D.13.** Storage tanks shall be equipped with proper relief vents. Tank vents shall not be located close to open flames, stacks, heating apparatus, or any other source of ignition. Water drawoff valves shall be antifreeze type or insulated to prevent freezing.

**12.D.14.** Above ground storage tanks, except 50 gallon (.189 m$^3$) skid-mounted tanks, shall be diked or curbed, or other suitable means provided to prevent the spread of liquids in case of leakage in tank or piping. Such dike or curbed area shall have a capacity at least equal in volume to that of the largest tank plus 10 percent of all other tanks inclosed. Provision shall be made for draining off accumulations of ground or rain water or spills. Drain plugs shall remain in place except when draining. Drains shall terminate at a safe location and shall be accessible to operation under fire conditions.

**12.D.15.** Dispensing outlets from tanks above ground shall be

46

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034574

equipped with an approved automatic-closing valve without a latch-open device.

**12.D.16.** Buildings for the storage of flammable liquids or gases shall be of fire-resistant construction with protected wall openings and located at least 50 feet (15.24 m) from adjoining buildings or structures. Buildings of combustible construction may be used when at least 100-foot (30.48 m) clearances are provided. Buildings shall be properly ventilated. Storage rooms for flammable liquids or gases in a multi-purpose building shall meet the requirements of the National Fire Protection Association Code No. 30, Flammable and Combustible Liquids. Storage of fuels for heating and diesel engines in buildings shall meet the applicable requirements of National Fire Protection Association Code No. 31, Standard for the Installation of Oil Burning Equipment.

**12.D.17.** Entrances to storage or process buildings shall be kept under lock and key when not occupied. Only authorized persons shall be permitted to enter such buildings.

**12.D.18.** A metal cabinet meeting requirements of NFPA 30, Flammable and Combustible Liquids, shall be provided for the storage of more than a total of 10 gallons (.038 m$^3$) of flammable liquids and greases in buildings used for other than storage or processing. Not more than a total of 50 gallons (.189 m$^3$) shall be stored in any one cabinet. Individual containers must be of metal, kept tightly closed, and shall not exceed 5 gallons (.019 m$^3$) capacity.

**12.D.19.** Tank cars or trucks shall be spotted accurately, and not loaded or unloaded until brakes have been set and wheels chocked.

**12.D.20.** Blue flag warning signs shall be clamped to the rails to warn train crews when tank cars are connected.

**12.D.21.** Tank cars or trucks shall be attended for the entire time they are being loaded or unloaded. Appropriate precautions shall be taken against fire or other hazards.

**12.D.22.** All tank cars and trucks shall be properly bonded and grounded while being loaded or unloaded. Bonding and grounding connections shall be made before dome covers are removed on cars and trucks and shall not be disconnected until such covers have been replaced. Internal vapor pressure shall be relieved before dome covers are opened.

**12.D.23.** All dispensing of flammable fluids from underground tanks, skid tanks, tank barges, or tank trucks shall be by approved pumping arrangement. This rule applies to containers of 55-gallon

47

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034575

INFORMATIONAL COPY ONLY

(.208 m³) capacity or more. Transferring by means of air pressure on the container or portable tank is prohibited.

**12.D.24.** Smoking or the use of open flames within 50 feet (15.24 m) of where flammables are being used or transferred or where equipment is being fueled is prohibited.

**12.D.25.** Areas in which flammable or combustible liquids are transferred at one time, in quantities greater than 5 gallons (.019 m³) from one tank or container to another tank or container, shall be separated from other operations by 25 feet (7.62 m) distance or by construction having a fire resistance of at least 1 hour. Drainage or other means shall be provided to control spills. Adequate natural or mechanical ventilation shall be provided to maintain the concentration of flammable vapor at or below 10 percent of the lower flammable limit.

**12.D.26.** Construction of processing and mixing rooms shall be in accordance with recommendations of the National Fire Protection Association.

**12.D.27.** All tanks, hoses, and containers of 5 gallons (.019 m³)or less shall be kept in metallic contact while flammable liquids are being transferred. Transfer of flammable liquids containers in excess of 5 gallons (.019 m³) shall be done only when containers are electrically interconnected (bonded).

**12.D.28.** Workmen shall be required to guard carefully against any part of their clothing becoming contaminated with flammable or combustible fluids. They shall not be allowed to continue work when their clothing becomes so contaminated.

**12.D.29.** Lamps, lanterns, and heating devices shall be filled only in well-ventilated rooms free of open flames or in open air and shall not be filled in storage buildings.

**12.D.30.** No flammable liquid with a (closed cup test) flash point below 100°F (310.9 K), shall be used for cleaning purposes.

**12.D.31.** No flammable liquid with a (closed cup test) flash point below 100°F. (310.9 K) shall be used to start or rekindle fires.

**12.D.32.** Equipment using flammable liquid fuel shall be shut down during refueling, servicing, or maintenance operations. This requirement may be waived for diesel fueled equipment serviced by a closed system with attachments designed to prevent spillage.

**12.D.33.** Inside storage rooms shall be constructed to meet the required fire-resistive rating for their use.

**12.D.34.** Where an automatic extinguishing system is provided,

48

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034576

INFORMATIONAL COPY ONLY

the system shall be designed and installed in accordance with the recommendations of the NFPA.

**12.D.35.** In every inside storage room there shall be maintained one clear aisle at least 3 feet (0.9 m) wide. Containers over 30 gallons (.114 m$^3$) capacity shall not be stacked one upon the other.

**12.D.36.** Storage of containers, not more than 60 gallons (.227 m$^3$) each, shall not exceed 1,100 gallons (4.16 m$^3$) in any one pile. Piles shall be separated by at least 5 feet (1.5 m) and shall be at least 20 feet (6.1 m) from buildings.

**12.D.37.** Outdoor portable tanks shall be at least 20 feet (6.1 m) from buildings. Individual tanks shall be at least 5 feet (1.5 m) apart.

**12.D.38.** The dispensing units shall be protected against collision damage.

**12.D.39.** Underground tanks, used during construction, shall not be abandoned.

**12.D.40.** Clearly identified and easily accessible switch(es) shall be provided at a location remote from dispensing devices to shut off the power to all dispensing devices in the event of an emergency.

**12.D.41.** Handling of all flammable liquids by hand containers shall be in approved type safety containers with flame arrestors. This requirement shall not apply to those flammable liquid materials which are highly viscid (extremely hard to pour), which may be used and handled in original shipping containers. For quantities of one gallon or less, only the original container or approved metal safety cans shall be used for storage, use and handling of flammable liquids.

**12.D.42.** Flammable or combustible liquids shall be drawn from or transferred into vessels, containers, or tanks within a building or outside only through a closed piping system, from safety cans, by means of a device drawing through the top, or from a container, or portable tanks, by gravity or pump, through an approved self-closing valve. Transferring by means of air pressure on the container or portable tanks is prohibited.

**12.D.43.** Oil, grease, or fuel stored underground shall be kept in tightly sealed containers in fire-resistant areas, at safe distances from explosive magazines, electrical installations, and shaft stations.

49

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034577

INFORMATIONAL COPY ONLY

## 12.E. PAINTS AND PAINTING (FLAMMABLE)

**12.E.01.** Packages containing paints, varnishes, lacquers, thinners, or other volatile painting materials shall be kept tightly closed when not in actual use and shall be stored in accordance with recommendations of the National Fire Protection Association.

**12.E.02.** Paint materials in quantities other than required for one day's use shall not be stored in buildings under construction and not more than a 2-day supply shall be stored on paint barges.

**12.E.03.** Unopened containers or paints, varnishes, lacquers, thinners, and other flammable paint materials shall be kept in a well-ventilated location, free of excessive heat, smoke, sparks, flame, or direct rays of the sun.

**12.E.04.** Paint-soiled clothing and drop cloth, when not in use shall be stored in well-ventilated steel cabinets.

**12.E.05.** Paint scrapings and paint-saturated debris shall be removed daily from the premises.

**12.E.06.** Ventilation adequate to prevent the accumulation of flammable vapors to hazardous levels of concentration shall be provided in all areas where painting is done or paints are mixed.

**12.E.07.** No smoking, open flame, exposed heating elements, or other sources of ignition of any kind shall be permitted in areas or rooms where spray painting is done.

**12.E.08.** Spray paint booths and equipment shall be in accordance with the recommendations of the National Fire Protection Association.

## 12.F. BURNING AREAS

**12.F.01.** All burning areas shall be established after coordination with the Contracting Officer's representative and in compliance with Federal, State, and local regulations and guidelines.

**12.F.02.** Where designated burning areas, as permitted by law, are provided for the disposal of combustible waste materials, disposal and burning shall comply with all applicable fire regulations.

**12.F.03.** On contract operations, the contractor shall coordinate all burning with agencies responsible for monitoring fire potential in the area of concern.

**12.F.04.** Sufficient force of men to properly control and patrol the burning operations shall be maintained until the last embers have been extinguished.

50

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034578

INFORMATIONAL COPY ONLY

**12.F.05.** Bump blocks shall be provided where trucks back up to a fire or burning pit.

## 12.G. LIQUEFIED PETROLEUM GASES

**12.G.01.** Storage, handling, installation, and use of liquefied petroleum gases and systems shall be in accordance with recommendations of the National Fire Protection Association Standard 58 and the United States Coast Guard.

**12.G.02.** Liquefied petroleum gas containers and equipment shall not be used in unventilated spaces, below grade in pits, below decks, and other such spaces where dangerous accumulations of heavier-than-air gas may accumulate due to leaks or equipment failure.

**12.G.03.** Equipment using liquefied petroleum gas shall be shut down during refueling operations.

**12.G.04.** Polyvinyl chloride tubing shall not be used in LP gas systems.

**12.G.05.** Every container and every vaporizer shall be provided with one or more approved safety relief valves or devices. These valves shall be arranged to afford free vent to the outer air with discharge not less than 5 feet (1.5 m) horizontally away from any opening into a building which is below such discharge.

**12.G.06.** Each system shall have containers, valves, connectors, manifold valve assemblies, and regulators of an approved type.

**12.G.07.** Connections to containers, except safety relief connections, liquid level gauging devices, and plugged openings, shall have shutoff valves located as close to the container as practicable.

**12.G.08.** Shutoff valves shall not be installed between the safety relief device and the container, or the equipment or piping to which the safety relief device is connected, except that a shutoff valve may be used where the arrangement of this valve is such that full required capacity flow through the safety relief device is always afforded.

**12.G.09.** Filling of fuel containers for trucks or motor vehicles from bulk storage containers shall be performed not less than 10 feet (3.05 m) from the nearest masonry-walled building, or not less than 25 feet (7.62 m) from the nearest building or other construction and, in any event, not less than 25 feet (7.62 m) from any building opening.

51

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034579

INFORMATIONAL COPY ONLY

**12.G.10.** Filling of portable containers or containers mounted on skids from storage containers shall be performed no less than 50 feet (15.24 m) from the nearest building.

## 12.H. MISCELLANEOUS

**12.H.01.** Hazardous material such as acids, unslaked lime, carbide, oakum, etc., shall be stored in separate detached weather-proof buildings or shelters.

**12.H.02.** Precautions shall be taken to protect form work and scaffolding from exposure to and spread of fire.

**12.H.03.** Insulating material with a combustible-vapor barrier shall be stored at least 25 feet (7.62 m) from buildings or structures. Only the quantity required for one day's use shall be permitted in buildings under construction.

**12.H.04.** Low density fiber board, combustible insulation, or vapor barrier with a flame spread rating greater than 25 (UL, Inc.) shall not be installed in permanent buildings.

**12.H.05.** Temporary inclosures shall be of flame-proof tarpaulins or material of equivalent fire-resistant characteristics.

**12.H.06.** All combustibles shall be shielded from the flames of torches used to cut or sweat pipe.

**12.H.07.** Fire walls and exit stairways, required for the completed buildings, shall be given construction priority. Fire doors, with automatic closing devices, shall be hung on openings as soon as practicable.

**12.H.08.** Fire cutoffs shall be retained in buildings undergoing alterations or demolition until operations necessitate their removal.

## SECTION XIII
# FIRE PROTECTION

### 13.A. FIRST AID FIRE PROTECTION

**13.A.01.** Portable fire extinguishers shall be provided where needed and inspected and maintained in accordance with Appendix L and NFPA 10, Maintenance and use of Portable Fire Extinguishers.

**13.A.02.** Fire extinguishers shall be suitably placed, distinctly marked and accessibility to them shall not be obstructed.

52

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034580

**13.A.03.** Fire barrels and buckets shall be painted red, marked "For Fire Only", and the barrels kept filled at all times. Anti-freeze protection shall be provided when necessary. Each fire barrel shall be provided with at least two fire buckets.

**13.A.04.** Woolen or asbestos fire blankets shall be provided and kept in conspicuous and easily accessible locations as warranted by the operations involved.

**13.A.05.** A fire extinguisher, rated not less than 2-A, shall be provided for each 3,000 square feet (278.7 square meters) of the protected building area, or major fraction thereof. Travel distance from any point of the protected area to the nearest fire extinguisher shall not exceed 100 feet (30.48 m).

**13.A.06.** One or more fire extinguishers, rated not less than 2-A, shall be provided on each floor. In multistory buildings, at least one fire extinguisher shall be located adjacent to each stairway.

**13.A.07.** A fire extinguisher, rated not less than 10-B:C, shall be provided within 30 feet (9.15 m) of wherever more than 5 gallons. ($.019$ m$^3$) of flammable or combustible liquids or 5 pounds (2.3 kg) of flammable gas are being used on the worksite. This requirement does not apply to the integral fuel tanks of motor vehicles.

**13.A.08.** Hydrostatic tests are not required on fire pails, pump-type water, antifreeze, and non-refillable extinguishers.

**13.A.09.** At least one portable fire extinguisher, having a rating of not less than 20-B units, shall be located outside of but not more than 10 feet (3.05 m) from the door opening into any room used for storage of more than 60 gallons ($.227$ m$^3$) of flammable or combustible liquids.

**13.A.10.** At least one portable fire extinguisher having a rating of not less than 20-B units shall be located not less than 25 feet (7.62 m), nor more than 30 feet (9.14 m), from any flammable liquid storage area located outside.

**13.A.11.** At least one portable fire extinguisher having a rating of not less than 20-B:C units shall be provided on all tank trucks or other vehicles used for transporting and/or dispensing flammable or combustible liquids.

**13.A.12.** Each service or fueling area shall be provided with at least one fire extinguisher having a rating of not less than 20-B:C located so that an extinguisher will be within 30 feet (9.14 m) of each pump, dispenser, underground fill pipe opening, and lubrication or service area.

53

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034581

**13.A.13.** Fire extinguishing equipment shall be provided in storage areas according to the hazard present.

**13.A.14.** Fire extinguishers or equivalent protection shall be provided at the head and tail pulleys of underground belt conveyors and at 300 foot (91.44 m) intervals along the belt line.

**13.A.15.** Fire extinguishers listed or approved by a nationally recognized testing laboratory shall be used.

**13.A.16.** No fire shall be fought where the fire is in imminent danger of contact with explosives. All employees shall be removed to a safe area and the fire area guarded against intruders.

**13.A.17.** A fire extinguisher rated not less than 2-A shall be at the worksite where plumbers are using melting pots or torches.

**13.A.18.** When sprinklers are provided, they shall be installed in accordance with the Standard for the Installation of Sprinkler Systems, NFPA 13.

**13.A.19.** A ½-inch diameter garden-type hose line, not to exceed 100 feet (30.48 m) in length and equipped with a nozzle, may be substituted for a 2-A-rated fire extinguisher, provided it is capable of discharging a minimum of 5 gallons per minute ($0.315 \times 10^{-3}$ $m^3/s$) with a minimum hose stream range of 30 feet (9.14 m) horizontally. The garden-type hose lines shall be mounted on conventional racks or reels. The number of location of hose racks or reels shall be such that at least one hose stream can be applied to all points in the area.

## 13.B FIRE PATROLS

**13.B.01.** When watchmen or guards are provided, they shall make frequent rounds through buildings and storage areas during hours when work is suspended.

**13.B.02.** Watchman service shall be provided where 10 or more employees are quartered.

**13.B.03.** In any instance where combustible materials have been exposed to fire hazards, such as welding operations, hot metals, or open flame, a watcher shall be assigned to remain at the location for at least one hour after the exposure has ended.

## 13.C. WATER SUPPLY AND DISTRIBUTION

**13.C.01.** Water supply and distribution facilities for fire fighting purposes shall be provided and maintained in accordance with recommendations of National Fire Protection Association or applicable United States Coast Guard regulations.

54

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034582

**13.C.02.** Where a water distribution system is required for the protection of buildings or other structures, water mains and hydrants shall be installed prior to or concurrently with the construction of the facilities. Until the permanent system is in operation, an equivalent temporary system shall be provided.

**13.C.03.** Vehicles, equipment, materials, and supplies shall not be placed in such a manner that access to fire hydrants and other fire fighting equipment is obstructed.

**13.C.04.** If the facility being constructed includes the installation of automatic sprinkler protection, the installation shall closely follow the construction and be placed in service as soon as applicable laws permit following completion of each story.

**13.C.05.** During demolition or alterations, existing automatic sprinkler installations shall be retained in service as long as reasonable. The operation of sprinkler control valves shall be permitted only by properly authorized persons. Modification of sprinkler systems to permit alterations or additional demolition should be expedited so that the automatic protection may be returned to service as quickly as possible. Sprinkler control valves shall be checked daily at close of work to ascertain that the protection is in service.

**13.C.06.** In all structures in which standpipes are required, or where standpipes exist in structures being altered, they shall be brought up as soon as construction permits, and shall be maintained as construction progresses in such a manner that they are always ready for fire protection use. The standpipes shall be provided with siamese fire department connections on the outside of the structure, at the street level, which shall be conspicuously marked. There shall be at least one standard hose outlet at each floor.

## 13.D. APPARATUS AND EQUIPMENT

**13.D.01.** Fire fighting apparatus and equipment shall be provided and installed in accordance with recommendations of the National Fire Protection Association and applicable United States Coast Guard regulations.

**13.D.02.** No fire protection equipment or device shall be made inoperative or used for other purposes.

**13.D.03.** Inspections and tests of all mobile fire apparatus shall be conducted weekly to assure it is in satisfactory operating condition.

**13.D.04.** If fire hose connections are not compatible with local fire fighting equipment, adapters will be available.

55

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034583

INFORMATIONAL COPY ONLY

### 13.E. FIRE ALARM DEVICES

**13.E.01.** An alarm system shall be established by the employer whereby employees on the site and the local fire department can be alerted for an emergency.

**13.E.02.** Fire alarm devices shall be installed as soon as practicable.

**13.E.03.** Reporting and evacuating instructions shall be conspicuously posted.

### 13.F. FIREFIGHTING ORGANIZATIONS, TRAINING AND DRILLING

**13.F.01.** Fire fighting organizations shall be provided to assure adequate protection to life and property. National Fire Protection Association recommendations shall be used as criteria for determining type, size, and training of fire fighting organizations.

**13.F.02.** Where fire brigades are organized, drills shall be held to assure a well-trained and efficient operating force. Records of such drills shall be maintained at the installation.

**13.F.03.** Demonstrations and training in first aid fire fighting shall be conducted at intervals to insure that project personnel are familiar with and are capable of operating first aid fire fighting equipment

### 13.G. MISCELLANEOUS

**13.G.01.** When unusual fire hazards exist or emergencies develop, additional fire protection shall be provided as required by the Contracting Officer's representative.

**13.G.02.** When outside help is relied upon for fire protection, a written arrangement shall be made if possible. Otherwise a memorandum of record shall be provided to the Contracting Officer stating agreement and giving details. Standpipe and hydrant connections must be compatible with the equipment of the local fire department.

**13.G.03.** Emergency telephone numbers and reporting instructions shall be conspicuously posted.

<div align="center">

## SECTION XIV

# WELDING AND CUTTING

</div>

### 14.A. GENERAL

**14.A.01.** All welding and cutting apparatus, equipment and opera-

56

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034584

INFORMATIONAL COPY ONLY

tions shall be in accordance with standards and recommended practices of the American Welding Society, Safety in Welding and Cutting, ANSI Z49.1, and the recommendations of the National Fire Protection Association.

**14.A.02.** Transformer-type electric welding apparatus shall comply with ANSI C33.2 and shall be installed, maintained, and operated in accordance with requirements of the National Electrical Code.

**14.A.03.** Gas welding and cutting equipment shall be listed by Underwriters'Laboratories, Inc., Chicago, Ill., or by Factory Mutual Laboratories, Boston, Mass.

**14.A.04.** All welding apparatus and equipment shall be inspected daily. Defective apparatus and equipment shall be removed from service, replaced, or repaired and reinspected before again being placed in service.

**14.A.05.** Each welding unit shall be equipped with a compatible fire extinguisher.

**14.A.06.** Compatible fire extinguishing equipment shall be provided in the immediate vicinity of the welding or torch operation whenever combustible material is exposed.

**14.A.07.** Objects to be welded, cut, or heated shall be moved to a designated safe location or, if they cannot be moved, all moveable fire hazards in the vicinity shall be taken to a safe place or the combustible material and construction shall be protected from the heat, sparks, and slag of welding.

**14.A.08.** Workmen and the public shall be shielded from welding rays, flashes, sparks, molten metal, and slag.

**14.A.09.** Cable, hoses, and other equipment shall be kept clear of passageways, ladders, and stairways.

**14.A.10.** All hollow spaces, cavities, or containers shall be vented to permit the escape of air or gases before preheating, cutting, or welding. Pertinent portions of regulations issued by Department of Transportation, Office of Pipeline Safety, 49 CFR Part 192, Minimum Federal Standards for Gas Pipelines, shall apply when welding, cutting, and heating on steel pipelines containing natural gas. Pipelines containing gases or flammable liquids or conduits containing electrical circuits shall not be used as a ground return.

**14.A.11.** No welding, cutting, or hot work shall be performed without specific prior approval of the Contracting Officer's representative.

57

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034585

INFORMATIONAL COPY ONLY

**14.A.12.** Cylinders shall be kept beyond the range of sparks, hot slag, or flame.

**14.A.13.** Compressed gas cylinders shall be stored, handled, and used in accordance with section 21.D.

**14.A.14.** Positive mechanical and/or personal protective measures shall be taken when welding, cutting, or heating metals of toxic significance in enclosed spaces. Beryllium is highly toxic and both local exhaust ventilation and air line respirators will be used when working in enclosed spaces. In open air, only an air line respirator is required.

**14.A.15.** Oxygen shall not be used for ventilation purposes, comfort cooling, blowing dust from clothing, or for cleaning the work area.

**14.A.16.** Before welding, cutting, or heating is commenced on any surface covered by a preservative coating whose flammability is not known, a test shall be made to determine its flammability. Preservative coatings shall be considered to be highly flammable when scrapings burn with extreme rapidity.

**14.A.17.** Precautions shall be taken to prevent ignition of highly flammable hardened preservative coatings. When coatings are determined to be highly flammable, they shall be stripped from the area to be heated to prevent ignition.

**14.A.18.** In enclosed spaces, all surfaces covered with toxic preservatives shall be stripped of all toxic coatings for a distance of at least 4 inches (10.16 cm) from the area of heat application or the employees shall be protected by air line respirators.

**14.A.19.** In the open air, workers shall be protected against toxic preservative coatings by a respirator that meets requirements of NIOSH.

**14.A.20.** Preservative coatings shall be removed a sufficient distance from the area to be heated to ensure that the temperature of the unstripped metal will not be appreciably raised.

**14.A.21.** When the welding, cutting, or heating operation is such that normal fire prevention precautions are not sufficient, additional personnel shall be assigned to guard against fire while the actual welding, cutting, or heating operation is being performed, and for a sufficient period of time after completion of the work to ensure that no possibility of fire exists. Such personnel shall be instructed as to the specific anticipated fire hazards and how the fire fighting equipment provided is to be used.

58

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034586

INFORMATIONAL COPY ONLY

**14.A.22.** Hose which has been subject to flashback, or which shows evidence of severe wear or damage, shall be tested to twice the normal pressure to which it is subject but in no case less than 300 p.s.i. (206.8 x $10^4$ Pa). Defective hose, or hose in doubtful condition, shall not be used.

**14.A.23.** No welding, cutting, or heating shall be done where the application of flammable paints, or the presence of other flammable compounds, or heavy dust concentration creates a hazard.

**14.A.24.** Noncombustible barriers shall be installed below welding or burning operations in or over a shaft or raise.

**14.A.25.** When welding, cutting, or heating is performed on walls, floors, and ceilings, the same precautions shall be taken on the opposite side as are taken on the side on which the welding is being performed.

## 14.B. GAS EQUIPMENT

**14.B.01.** Torch valves shall be closed and gas supply shut off whenever work is suspended.

**14.B.02.** The torch and hose shall be removed from confined spaces whenever work is suspended.

**14.B.03.** All oxyacetylene or other fuel gas-oxygen combinations used in cutting or welding equipment shall have reverse-flow check valves installed between torch and hoses.

**14.B.04.** Boxes used for the storage of gas hose shall be ventilated.

**14.B.05.** Acetylene regulators shall not be adjusted to permit a discharge greater than 15 psig (103.42 x $10^3$ Pa).

## 14.C. ELECTRIC EQUIPMENT

**14.C.01.** Switching equipment for shutting down the welding machine shall be provided on or near the welding machine.

**14.C.02.** The noncurrent carrying metal parts of welding machines shall be grounded. Grounding circuits, other than by means of the structure, shall be checked to ensure that the circuit between the ground and the grounded power conductor has resistance low enough to permit sufficient current to flow to cause the fuse or circuit breaker to interrupt the current.

**14.C.03.** Neither terminal of the welding generator shall be bonded to the frame of the welder.

**14.C.04.** Pipe lines containing gases or flammable liquids or con-

59

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034587

INFORMATIONAL COPY ONLY

duits carrying electrical conductors shall not be used for a ground return circuit.

**14.C.05.** The equipment shall be shut down when the leads are unattended.

**14.C.06.** Cables with splices or repaired insulation within 10 feet (3.05 m) of the holder shall not be used.

**14.C.07.** Welding supply cables shall not be placed in proximity to power supply cables or other high-tension wires.

**14.C.08.** Welding leads shall not be permitted to contact metal parts supporting suspended scaffolds.

**14.C.09.** Circuits from welding machines used for other than welding tools shall be grounded.

### 14.D. INERT-GAS METAL-ARC WELDING

**14.D.01.** The use of chlorinated solvents shall be kept at least 200 feet (60.96 m) unless shielded, from the exposed arc and surfaces prepared with chlorinated solvents shall be thoroughly dry before welding is permitted on such surfaces.

**14.D.02.** Employees in the area not protected from the arc by screening shall be protected by filter lenses. When two or more welders are exposed to each other's arc, filter lens goggles of a suitable type shall be worn under welding helments. Hand shields to protect the welders against flashes and radiant energy shall be used when either the helment is lifted or the shield is removed.

**14:D.03.** Welders and other employees who are exposed to radiation shall be suitable protected so that the skin is covered completely to prevent burns and other damage by ultraviolet rays. Welding helmets and hand shields shall be free of leaks and openings and free of highly reflective surfaces.

**14.D.04.** When inert-gas metal-arc welding is performed on stainless steel, the employees will be protected against dangerous concentrations of nitrogen dioxide by local exhaust ventilation or air line respirators.

## SECTION XV
# ELECTRICAL WIRING AND APPARATUS

### 15.A. GENERAL

**15.A.01.** All electrical wire, apparatus, and equipment shall be of a type listed by the Underwriters'Laboratories, Inc., or Factory

60

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034588

INFORMATIONAL COPY ONLY

Mutual Laboratories for the specific application.

**15.A.02.** All installations shall comply with the National Electrical Safety Code, National Electrical Code, or applicable United States Coast Guard regulations.

**15.A.03.** All work shall be performed by personnel familiar with code requirements and qualified for the class of work to be performed.

**15.A.04.** Live parts of wiring or equipment shall be effectively guarded to protect all persons or objects from harmful contact.

**15.A.05.** Transformer banks or high voltage equipment shall be protected from unauthorized access. Entrances not under constant observation shall be kept locked. Signs warning of high voltage and prohibiting unauthorized entrance shall be posted at entrances. Metallic enclosures shall be grounded.

**15.A.06.** Gates or doors to inclosures for electrical equipment shall swing outward or provide clearance from installed equipment.

**15.A.07.** Electric wire passing through work areas shall be covered or elevated to protect it from damage by foot traffic, vehicles, sharp corners, projections or pinching in doors or elsewhere.

**15.A.08.** Before work is begun the employer shall ascertain by inquiry or direct observation, or by instruments, whether any part of an electric power circuit, exposed or concealed, is so located that the performance of the work may bring any person, tool, or machine into physical or electrical contact therewith. Whenever possible, all equipment as well as circuits to be worked on shall be de-energized before work is started and personnel protected by clearance procedures and grounding.

**15.A.09.** When it is necessary to work on energized lines and equipment, rubber gloves and other protective equipment or hotline tools meeting the provisions of the ANSI J-6 series shall be used.

**15.A.10.** Two or more employees shall be assigned to work on energized overhead lines, in substation and power plants where the wiring is congested, where the work is at remote or isolated locations, at night, during inclement weather, or when handling energized conductors or apparatus. One employee, trained to recognize the electrical hazards, shall be delegated to watch the movements of the men doing the work so that he can warn them if they get dangerously close to live conductors or perform other unsafe acts and render assistance in case of an accident.

61

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034589

INFORMATIONAL COPY ONLY

**15.A.11.** Temporary power lines, switch boxes, receptacle boxes, metal cabinets, and inclosures around equipment shall be plainly marked to indicate the maximum operating voltage.

**15.A.12.** Plugs and receptacles shall not be interchangeable between circuits with different voltage and current ratings.

**15.A.13.** Insulation mats or platforms of substantial construction and providing good footing shall be so placed on floors and on the frames of equipment having exposed live parts that the operator or persons in the vicinity cannot touch such parts unless standing on the mats, platforms, or insulated floors.

**15.A.14.** All circuits shall be protected against overload.

**15.A.15.** Suitable barriers or other means shall be provided to ensure that work space for electrical equipment shall not be used as a passageway during periods when energized parts of electrical equipment are exposed.

**15.A.16.** No overcurrent device or other means of disconnect shall be placed in any permanently grounded conductor, except where the device simultaneously opens all conductors of the circuit.

**15.A.17.** When fuses are installed, or removed with one or both terminals energized, special tools insulated for the voltage shall be used.

**15.A.18.** Where different voltages, frequencies, or types of current (a.c. or d.c.) are to be supplied by portable cords, receptacles shall be of such design that attachment plugs used on such circuits are not interchangeable.

**15.A.19.** Attachment plugs or other connectors supplying equipment at more than 300 volts shall be of the skirted type or otherwise so designed that arcs will be confined.

**15.A.20.** Attachment plugs for use in work areas shall be so constructed that they will endure rough use and be equipped with a suitable cord grip to prevent strain on the terminal screws.

**15.A.21.** Flexible cord shall be used only in continuous lengths without splice, except suitable molded or vulcanized splices may be used where properly made, and the insulation shall be equal to the cable being spliced and wire connections soldered.

**15.A.22.** Patched, oil soaked, worn or frayed electric cables shall not be used.

**15.A.23.** Handlamps of the portable type shall be of the molded composition or other type approved for the purpose. Metal-shell,

62

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034590

INFORMATIONAL COPY ONLY

paper-lined lampholders shall not be used. Handlamps shall be equipped with a handle and a substantial guard over the bulb and attached to the lampholder or the handle.

**15.A.24.** Extension cords shall not be fastened with staples, hung from nails, or suspended by bare wire.

**15.A.25.** Boxes for disconnecting means shall be securely and rigidly fastened to the surface upon which they are mounted and fitted with covers.

**15.A.26.** Splices in trailing cable shall be mechanically strong components and insulated to retain the mechanical and dielectric strength of the original cable.

## 15.B. DISCONNECT AND OVERCURRENT PROTECTION

**15.B.01.** Switches, fuses, and automatic circuit breakers shall be plainly marked, labeled, or arranged to afford ready identification of circuits or equipment supplied through them.

**15.B.02.** Switches shall be of the inclosed safety type, with inclosures grounded, and installed so as to minimize the danger of accidental operation.

**15.B.03.** Fuse cabinets shall be provided with close-fitting doors which can be locked.

**15.B.04.** Switches or breakers shall be provided with a means for locking in the off-position during maintenance periods.

**15.B.05.** Fuses and circuit breakers shall be of the proper rating for the circuit protected.

**15.B.06.** A readily accessible, manually-operated switch shall be provided for each incoming service or supply circuit.

**15.B.07.** Switches, circuit breakers, fuse panels, and motor controllers in wet locations or outside shall be inclosed in a weather-proof inclosure or cabinet.

**15.B.08.** Disconnecting means shall be so located or shielded that employees will not be injured.

## 15.C. GROUNDING

**15.C.01.** All electrical circuits shall be grounded in accordance with the requirements of the National Electrical Code and the National Electrical Safety Code.

**15.C.02.** Ground shall be provided for noncurrent carrying metallic parts of such equipment as generators not covered by exception in 15.C.09, arc welders, switches, motor controller cases, fuse

63

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034591

INFORMATIONAL COPY ONLY

boxes, distribution cabinets, frames, tracks, and motors of electrically operated cranes, electric elevators, metal frames of nonelectric elevators to which electric conductors are attached, and other electric equipment, and metal inclosures around equipment.

**15.C.03.** Portable and semi-portable electrical tools and equipment shall be grounded by the use of a multiconductor cord having an identified grounding conductor and a multi-contact polarized plug-in receptacle.

**15.C.04.** Semi-portable equipment, floodlights, and work lights shall be grounded. The protective ground of such equipment should be maintained during the moving unless supply circuits thereto are de-energized.

**15.C.05.** Tools protected by an approved system of double insulation, or its equivalent, need not be grounded. Double insulated tools shall be positively and distinctly marked and listed by the Underwriters'Laboratories, Inc., or Factory Mutual Laboratories.

**15.C.06.** Driven rod electrodes shall, where practicable, have a resistance to ground not to exceed 25 ohms.

**15.C.07.** Grounding circuits shall be checked to ensure that the circuit between the ground and a grounded power conductor has a resistance which is low enough to permit sufficient current to flow to cause the fuse or circuit breaker to interrupt the current.

**15.C.08.** Conductors used for bonding and grounding stationary and movable equipment shall be of ample size to carry the anticipated current. When attaching bonding and grounding clamps or clips, a secure and positive metal-to-metal contact shall be made. The ground end shall be attached first and the other end shall be attached and removed by means of insulated tools or other suitable devices. When removing grounds, the grounding device shall first be removed from the line or equipment using insulated tools or other suitable devices. Such bonding and grounding attachments shall be made before closures are opened and material movements are started and shall not be broken until after material movements are stopped and closures are made.

**15.C.09.** All 120-volt single-phase 15 and 20 ampere receptacle outlets which are not a part of the permanent wiring of the building or structure, shall have ground fault circuit interrupters (GFCI) for personnel protection. The permanent wiring shall be electrical circuits grounded in accordance with NEC. Exception: Receptacles on a portable generator rated not more than 5 kW where the circuit

64

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034592

INFORMATIONAL COPY ONLY

conductors of the generator are insulated from earth and all grounded surfaces. GFCIs may be sensitive to some equipment such as concrete vibrators. In these instances, the contractor shall take other precautions to insure the protection of the employees.

## 15.D. TEMPORARY WIRING

**15.D.01.** Temporary wiring shall be guarded, buried, or isolated by elevation to prevent accidental contact by workmen or equipment.

**15.D.02.** Vertical clearance above walkways shall be not less than 10 feet (3.05 m) for circuits carrying 600 volts or less.

**15.D.03.** Wires with non-rated weather-proof insulation shall not be inclosed in metal raceways or used for wiring in tanks, penstocks, and tunnels.

**15.D.04.** Wires shall be insulated from their supports.

**15.D.05.** Temporary molded festoon lighting strings shall consist of lamp sockets and connections permanently molded to the conductor insulation.

**15.D.06.** Temporary wiring installed in conduit shall have bushings at all outlets and terminals.

**15.D.07.** Extension cords shall be of a type listed by the Underwriters' Laboratories, Inc., for the purpose in which they are used.

**15.D.08.** Bulbs attached to festoon lighting strings and extension cords shall be protected by wire guards or equivalent unless deeply recessed in a reflector.

**15.D.09.** When temporary wiring is used in tanks or other confined spaces, an approved type switch, properly identified and plainly marked, shall be provided at or near the entrance to such spaces for cutting off the current in emergencies.

**15.D.10.** Exposed empty light sockets and broken bulbs shall not be permitted.

**15.D.11.** Extension cords used with portable electric tools and appliances shall be of three-wire type unless all portable tools and appliances on the job are protected by an approved system of double-insulation. When such an approved system is employed, the equipment shall be distinctly marked.

**15.D.12.** Temporary lights shall be equipped with hard service electric cords with connections and insulation maintained in safe condition. Temporary lights shall not be suspended by their electric cords unless cords and lights are designed for this means of suspen-

65

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034593

INFORMATIONAL COPY ONLY

sion. Splices shall have insulation equal to that of the cable.

**15.D.13.** Portable electric lighting used in moist and/or hazardous locations such as drums, tanks, vessels, and grease pits shall be operated at a maximum of 12 volts.

## 15.E. OVERHEAD LINES

**15.E.01.** Overhead transmission and distribution lines shall be carried on towers and poles which provide safe clearances over roadways and structures.

**15.E.02.** All electric power or distribution lines shall be placed underground in areas where there is extensive use of equipment having the capability of encroachment on the clear distances specified in 15.E.08.

**15.E.03.** Clearances shall be adequate for the movement of vehicles and for the operation of construction equipment.

**15.E.04.** Protection of outdoor trolleys and portable cables rated above 600 volts for supplying power to moveable construction equipment such as gantry cranes, mobile cranes, shovels, etc., shall conform to National Electric Safety Code requirements.

**15.E.05.** When it is necessary to transport machinery or equipment under overhead lines in a manner that encroaches on specified clearances, the job shall be scheduled so the lines can be de-energized.

**15.E.06.** Plant shall not be sited or placed within 20 feet (6.10 m) of overhead transmission or distribution lines.

**15.E.07.** Operations adjacent to overhead lines shall not be initiated until the governing utilities authorities have been notified and the operations coordinated therewith.

**15.E.08.** Operations adjacent to overhead lines are prohibited unless one of the following conditions is satisfied:

a. Power has been shut off and positive means taken to prevent the lines from being energized.

b. Equipment or any part thereof does not have the capability of coming within the following minimum clearance from energized overhead lines, and equipment has been positioned and blocked to assure no part thereof including cables can come within the following minimum clearances:

66

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034594

INFORMATIONAL COPY ONLY

| Power lines nominal system kv | Minimum required clearance |
|---|---|
| 50 or under | 10 feet ( 3.05 m) |
| 69 | 12 feet ( 3.66 m) |
| 115; 161 | 15 feet ( 4.57 m) |
| 230; 285 | 20 feet ( 6.10 m) |
| 345 | 25 feet ( 7.62 m) |
| 500 | 35 feet (10.67 m) |

A notice of the minimum required clearance shall be posted at the operator's position. Electric line derrick trucks and aerial lifts shall not be required to comply with this requirement. (ENG Form 3363).

**15.E.09.** Cage-type boom guards, insulating links, or proximity warning devices may be used on cranes, but the use of such devices shall not alter the requirements of any other regulation of this part even if such device is required by law or regulation. The insulating link shall be capable of withstanding a one-minute dry low frequency dielectric test of 50,000 volts, a.c. Boom guard and warning devices shall meet Air Force Technical Order, T.O. 36C-1-4.

**15.E.10.** In transit with no load and boom lowered, the equipment clearance shall be a minimum of 4 feet (1.2 m) for voltages less than 50 kv, and 10 feet (3.05 m) for voltages over 50 kv, up to and including 345 kv, and 16 feet (4.88 m) for voltages above 345 kv.

**15.E.11.** Any overhead wire shall be considered to be energized unless and until the person owning such line or operating officials of the electrical utility supplying the line assures that it is not an energized line and it has been visibly grounded.

**15.E.12.** Prior to work near transmitter towers where an electrical charge can be induced in the equipment or materials being handled, the transmitter shall be de-energized or test shall be made to determine if electrical charge is induced on the crane. The following precautions shall be taken when necessary to dissipate induced voltages:

a. The equipment shall be provided with an electrical ground directly to the upper rotating structure supporting the boom; and

b. Ground jumper cables shall be attached to materials being handled by boom equipment when electrical charge is induced while working near energized transmitters. Crews shall be provided with nonconductive poles having large alligator clips or other

67

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034595

INFORMATIONAL COPY ONLY

similar protection to attach the ground cable to the load. Approved insulating-gloves will be used.

**15.E.13.** Combustible and flammable materials shall be removed from the immediate area prior to operations.

## 15.F. BATTERY CHARGING

**15.F.01.** Battery charging installations shall be located in areas designated for that purpose.

**15.F.02.** Batteries of the nonseal type shall be located in enclosures with outside vents, or in well ventilated rooms, so arranged as to prevent the escape of fumes, gases, or electrolyte spray into other areas.

**15.F.03.** Ventilation shall be provided to ensure diffusion of the gases from the battery to prevent the accumulation of an explosive mixture.

**15.F.04.** Racks and trays shall be substantial and treated to be resistant to the electrolyte.

**15.F.05.** Floors shall be of acid resistant construction or be protected from acid accumulations.

**15.F.06.** Facilities for quick drenching of the eyes and body shall be provided for emergency use in the immediate vicinity of the work area.

**15.F.07.** Facilities shall be provided for flushing and neutralizing spilled electrolyte, for fire protection, for protecting charging apparatus from mechanical damage, and for adequate ventilation for dispersal of fumes from batteries.

**15.F.08.** When charging batteries, the vent caps shall be kept in place to avoid electrolyte spray. Care shall be taken to assure vent caps are functioning.

## 15.G. LOCKOUT AND TAGGING OF CIRCUITS

**15.G.01.** Equipment or circuits that are de-energized shall be rendered inoperative and have tags attached at all points where such equipment or circuits can be energized.

**15.G.02.** A safe clearance procedure shall be established. See Section XXVIII.

## 15.H. HAZARDOUS LOCATIONS

**15.H.01.** All components and utilization equipment used in a hazardous location shall be chosen from among those listed by a nationally recognized testing laboratory, such as Underwriters'

68

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034596

Laboratories, Inc., or Factory Mutual Engineering Corp., except custom-made components and utilization equipment.

**15.H.02.** Equipment approved for a specific hazardous location shall not be installed or intermixed with equipment approved for another specific hazardous location.

**15.H.03.** Employer shall ensure that all wiring components and utilization equipment are maintained as explosion-proof (vapor, dust, or fiber tight) as indicated in their approvals. There shall be no loose or missing screws, gaskets, threaded connections, or other impairments to this tight condition.

## 15.I. POWER TRANSMISSION AND DISTRIBUTION

**15.I.01.** The requirements contained in this sub-section and the pertinent requirements contained in the other sub-sections of this manual shall apply to the erection of new electric transmission and distribution lines and equipment, and the alteration, conversion, and improvement of existing electric transmission and distribution lines and equipment.

**15.I.02.** Before starting work, existing conditions shall be determined by an inspection or a test. Such conditions shall include, but not be limited to location and voltage of energized lines and equipment, conditions of poles, and the location of circuits and equipment, including power and communication lines, CATV and fire alarm circuits.

**15.I.03.** Electric equipment and lines shall be considered energized until determined to be de-energized by test or other appropriate methods or means, and grounds applied.

**15.I.04.** Clearance requirements of sub-paragraph a or b below shall be observed.

a. No employee shall be permitted to approach or take any conductive object without an approved insulating handle closer to exposed energized parts than shown in Table 15-1 unless:

(1) The employee is insulated or guarded from the energized part (gloves or gloves with sleeves rated for the voltage involved shall be considered insulation of the employee from the energized part), or

(2) The energized part is insulated or guarded from him and any other conductive object at a different potential, or

(3) The employee is isolated, insulated, or guarded from any other conductive object(s), as during live-line bare-hand work.

69

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034597

INFORMATIONAL COPY ONLY

b. The minimum working distance and minimum clear hot stick distances stated in Table 15-1 shall not be violated. The minimum clear hot stick distance is that for the use of live-line tools held by linemen when performing live-line work.

c. Conductor support tools, such as link sticks, strain carriers and insulator cradles may be used provided that the clear insulation is at least as long as the insulator string or the minimum distance specified in Table 15-1 for the operating voltage.

## TABLE 15-1

### ALTERNATING CURRENT—MINIMUM DISTANCES

| Voltage range (phase to phase) kilovolts | Minimum working and clear hot stick distance |
|---|---|
| 2.1 to 15 | 2 ft. 0 in. (60.96 cm) |
| 15.1 to 35 | 2 ft. 4 in. (71.12 cm) |
| 35.1 to 46 | 2 ft. 6 in. (76.20 cm) |
| 46.1 to 72.5 | 3 ft. 0 in. (91.44 cm) |
| 72.6 to 121 | 3 ft. 4 in. ( 1.02 m) |
| 138 to 145 | 3 ft. 6 in. ( 1.07 m) |
| 161 to 169 | 3 ft. 8 in. ( 1.12 m) |
| 230 to 242 | 5 ft. 0 in. ( 1.52 m) |
| 345 to 362 | [1] 7 ft. 0 in. ( 2.13 m) |
| 500 to 552 | [1] 11 ft. 0 in. ( 3.35 m) |
| 700 to 765 | [1] 15 ft. 0 in. ( 4.57 m) |

[1]NOTE: For 345-362 kv., 500-552 kv., and 700-765 kv., the minimum working distance and the minimum clear hot stick distance may be reduced provided that such distances are not less than the shortest distance between the energized part and a grounded surface.

**15.1.05.** De-energized conductors and equipment which are to be grounded shall be tested for voltage. Results of this voltage test shall determine the subsequent procedures required in 15.1.07.

**15.1.06.** When attaching grounds, the ground end shall be attached first, and the other end shall be attached and removed by means of insulated tools or other suitable devices.

70

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034598

INFORMATIONAL COPY ONLY

**15.I.07.** When removing grounds, the grounding device shall first be removed from the line or equipment using insulating tools or other suitable devices.

**15.I.08.** When de-energizing lines and equipment operated in excess of 600 volts, all the provisions of a through g of this requirement shall be complied with:

a. The particular section of line or equipment to be de-energized shall be clearly identified and it shall be isolated from all sources of voltage.

b. Notification and assurance from the designated employee shall be obtained that:

(1) All switches and disconnectors through which electric energy may be supplied to the particular section of line or equipment to be worked have been de-energized;

(2) All switches and disconnectors are plainly tagged indicating that men are at work; and

(3) All switches and disconnectors have been rendered inoperable where design permits.

c. After all designated switches and disconnectors have been opened, rendered inoperable, and tagged, visual inspection or tests shall be conducted to insure that equipment or lines have been de-energized.

d. Protective grounds shall be applied on the disconnected lines or equipment to be worked on.

e. Guards or barriers shall be erected as necessary to adjacent energized lines.

f. When more than one independent crew requires the same line or equipment to be de-energized, a prominent tag for each such independent crew shall be placed on the line or equipment by the designated employee in charge.

g. Upon completion of work on de-energized lines or equipment, each designated employee in charge shall determine that all employees in his crew are clear, that protective grounds installed by his crew have been removed, and he shall report to the designated authority that all tags and locks protecting his crew may be removed.

**15.I.09.** All hydraulic fluids used for the insulated sections of derricks, trucks, aerial lifts, and hydraulic tools which are used on or around energized lines and equipment shall be of the insulating type. The requirements for fire resistant fluids do not apply to hydraulic tools covered by this paragraph.

71

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034599

INFORMATIONAL COPY ONLY

**15.I.10.** Portable metal or conductive ladders shall not be used near energized lines or equipment except as may be necessary in specialized work such as in high voltage substations where nonconductive ladders might present a greater hazard than conductive ladders. Conductive or metal ladders shall be prominently marked as conductive and all necessary precautions shall be taken when used in specialized work.

**15.I.11.** Measuring tapes or measuring ropes which are metal or contain conductive strands shall not be used when working on or near energized parts.

**15.I.12.** When working near energized lines or equipment, aerial lift trucks shall be grounded or barricaded and considered as energized equipment, or the aerial lift truck shall be insulated for the work being performed.

**15.I.13.** Equipment or material shall not be passed between a pole or structure and an aerial lift while an employee working from the basket is within reaching distance of energized conductors or equipment that are not covered with insulating protective equipment.

**15.I.14.** With the exception of equipment certified for work on the proper voltage, mechanical equipment shall not be operated closer to any energized line or equipment than the clearances set forth in Table 15-1 unless:

    a. An insulated barrier is installed between the energized part and the mechanical equipment, or

    b. The mechanical equipment is grounded, or

    c. The mechanical equipment is insulated, or

    d. The mechanical equipment is considered as energized.

**15.I.15.** When hauling poles during the hours of darkness, illuminated warning devices shall be attached to the trailing end of the longest pole.

**15.I.16.** No materials or equipment shall be stored under energized bus, energized lines, or near energized equipment, if it is possible to store them elsewhere.

**15.I.17.** When materials or equipment are stored under energized lines or near energized equipment, applicable clearance shall be maintained as stated in Table 15-1 and extraordinary caution shall be exercised when moving materials near such energized equipment.

**15.I.18.** New lines or equipment may be considered de-energized

72

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034600

INFORMATIONAL COPY ONLY

and worked as such where the lines or equipment are grounded or the hazard of induced voltages is not present and adequate clearances or other means are implemented to prevent contact with energized lines or equipment and the new lines or equipment.

**15.I.19.** Bare wire communication conductors on power poles or structures shall be treated as energized lines unless protected by insulating materials suitable for the highest voltage which may be accidentally applied to the line.

**15.I.20.** Grounds shall be placed between work location and all sources of energy and as close as practicable to the work location or grounds shall be placed at the work location. If work is to be performed at more than one location in a line section, the line section must be grounded and short circuited at one location in the line section and the conductor to be worked on shall be grounded at each work location. The minimum distance shown in Table 15-1 shall be maintained from ungrounded conductors at the work location. Where the making of a ground is impracticable, or the conditions resulting therefrom would be more hazardous than working on the lines or equipment without grounding, the grounds may be omitted and the line or equipment worked as energized.

**15.I.21.** Grounds may be temporarily removed only when necessary for test purposes and extreme caution shall be exercised during the test procedures. The lines or equipment from which grounds have been removed shall be considered energized.

**15.I.22.** When grounding electrodes are utilized, such electrodes shall have a resistance to ground low enough to remove the danger of harm to personnel or permit prompt operation of protective devices.

**15.I.23.** Grounding to tower shall be made with a tower clamp capable of conducting the anticipated fault current.

**15.I.24.** A ground lead, to be attached to either a tower ground or driven ground, shall be capable of conducting the anticipated fault current and shall have a minimum conductance of No. 2 AWG copper.

**15.I.25.** Prior to climbing poles, ladders, scaffolds, or other elevated stuctures, an inspection shall be made to determine that the structures are capable of sustaining the additional or unbalanced stresses to which they will be subjected.

**15.I.26.** Poles or structures shall not be climbed until made safe by guying, bracing, or other adequate means.

73

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034601

INFORMATIONAL COPY ONLY

**15.I.27.** Before installing or removing wire or cable, strains to which poles and structures will be subjected shall be considered and necessary action taken to prevent failure of supporting structures.

**15.I.28.** When setting, moving, or removing poles by means of cranes, derricks, gin poles, A-frames, or other mechanized equipment near energized lines or equipment, precautions shall be taken to avoid contact with energized lines or equipment, except in bare-hand, live-line work, or where barriers or protective devices are used.

**15.I.29.** Unless using suitable protective equipment for the voltage involved, employees standing on the ground shall avoid contacting equipment or machinery working adjacent to energized lines or equipment.

**15.I.30.** Lifting equipment shall be bonded to an effective ground or it shall be considered energized and barricaded when utilized near energized equipment or lines.

**15.I.31.** Pole holes shall not be left unattended or unguarded.

**15.I.32.** The walls and faces of all excavations for pad- or pile-type footings in which employees are exposed to danger from moving ground shall be guarded by a shoring system, sloping of the ground, or some other equivalent means. Ladders shall be provided for access to footing excavations in excess of 4 feet (1.22 m).

**15.I.33.** When working in unstable material, provision shall be made for cleaning out auger-type footings without requiring an employee to enter the footing unless shoring is used to protect the employee.

**15.I.34.** A designated employee shall be used in directing mobile equipment adjacent to footing excavations.

**15.I.35.** No one shall be permitted to remain in the footing excavation while equipment is being spotted for placement.

**15.I.36.** Where necessary to assure the stability of mobile equipment, the location of use for such equipment shall be graded and leveled.

**15.I.37.** Tower assembly shall be carried out with a minimum exposure of employees to falling objects when working at two or more levels on a tower.

**15.I.38.** Guy lines shall be used as necessary to maintain sections or parts of tower sections in position and to reduce the possibility of

74

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034602

tipping.

**15.I.39.** Tower members and sections being assembled shall be adequately supported.

**15.I.40.** No one shall be permitted under a tower which is in the process of erection or assembly, except as may be required to guide and secure the section being set.

**15.I.41.** When erecting towers using hoisting equipment adjacent to energized transmission lines, the lines shall be de-energized when practical. If the lines are not de-energized, extraordinary caution shall be exercised to maintain minimum clearance distances.

**15.I.42.** Erection cranes shall be set on firm level foundations and when the cranes are so equipped, outriggers shall be used.

**15.I.43.** The loadline shall not be detached from a tower section until the section is adequately secured.

**15.I.44.** Except during emergency restoration procedures, tower erection shall be discontinued in the event of high wind or other adverse weather conditions which could make the work hazardous.

**15.I.45.** Where there is a possibility of the de-energized conductor being installed or removed accidentally contacting an energized circuit or receiving a dangerous induced voltage buildup, to further protect the employee from the hazards of the conductor, the conductor being installed or removed shall be grounded or provisions made to insulate or isolate the employee.

**15.I.46.** If the existing line is de-energized, proper clearance authorization shall be secured and the line grounded on both sides of the crossover or, the wire being strung or removed shall be considered and worked as energized.

**15.I.47.** When crossing over energized conductors in excess of 600 volts, rope nets or guard structures shall be installed unless provision is made to isolate or insulate the workman or the energized conductor. Where practical the automatic reclosing feature of the circuit interrupting device shall be made inoperative. In addition, the line being strung shall be grounded on either side of the crossover or considered and worked as energized.

**15.I.48.** Conductors being strung in or removed shall be kept under positive control by the use of adequate tension reels, guard structures, tielines, or other means to prevent accidental contact with energized circuits.

75

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034603

INFORMATIONAL COPY ONLY

**15.I.49.** Guard structure members shall be sound, of adequate dimension and strength, and adequately supported.

**15.I.50.** Catch-off anchors, rigging, and hoists shall be of ample capacity to prevent loss of the lines.

**15.I.51.** Pulling lines and accessories shall be inspected regularly and replaced or repaired when damaged or when dependability may be doubtful.

**15.I.52.** Conductor grips shall not be used on wire rope unless designed for this application.

**15.I.53.** While the conductor or pulling line is being pulled (in motion) employees shall not be permitted directly under overhead operations, nor shall any employee be permitted on the crossarm.

**15.I.54.** A transmission clipping crew shall have a minimum of two structures clipped in between the crew and the conductor being sagged. When working on bare conductors, clipping and tying crews shall work between grounds at all times. The grounds shall remain intact until the conductors are clipped in, except on dead end structures.

**15.I.55.** Except during emergency restoration procedures, work from structures shall be discontinued when adverse weather (such as high wind or ice on structures) makes the work hazardous.

**15.I.56.** Stringing and clipping operations shall be discontinued during the progress of an electrical storm in the immediate vicinity.

**15.I.57.** Reel handling equipment, including pulling and braking machines, shall have ample capacity, operate smoothly, and be leveled and aligned in accordance with the manufacturer's operating instructions.

**15.I.58.** Reliable communications between the reel tender and pulling rig operator shall be provided.

**15.I.59.** Each pull shall be snubbed or dead ended at both ends before subsequent pulls.

**15.I.60.** Prior to stringing parallel to an existing energized transmission line, a competent determination shall be made to ascertain whether dangerous induced voltage build-ups will occur, particularly during switching and ground fault conditions. When there is a possibility that such dangerous induced voltage may exist, the employer shall comply with the provisions of 15.I.61 through 15.I.70. in addition to the provisions of 15.I.45 through 15.I.59 unless the line is worked as energized.

76

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034604

INFORMATIONAL COPY ONLY

**15.I.61.** When stringing adjacent to energized lines, the tension stringing method or other methods which preclude unintentional contact between the lines being pulled and any person shall be used.

**15.I.62.** All pulling and tensioning equipment shall be isolated, insulated, or effectively grounded.

**15.I.63.** A ground shall be installed between the tensioning reel setup and the first structure in order to ground each bare conductor, subconductor, and overhead ground conductor during stringing operations.

**15.I.64.** During stringing operations, each bare conductor, subconductor, and overhead ground conductor shall be grounded at the first tower adjacent to both the tensioning and pulling set up and in increments so that no point is more than 2 miles (3.22 km) from a ground.

a. The ground shall be left in place until conductor installation is completed.

b. Such grounds shall be removed as the last phase of aerial cleanup.

c. Except for moving type grounds, the grounds shall be placed and removed with a hot stick.

**15.I.65.** Conductors, subconductors, and overhead ground conductors shall be grounded at all dead-end or catch-off points.

**15.I.66.** A ground shall be located at each side and within 10 feet (3.05 m) of working areas where conductors, subconductors, or overhead ground conductors are being spliced at ground level. The two ends to be spliced shall be bonded to each other. It is recommended that splicing be carried out on either an insulated platform or on a conductive metallic grounding mat bonded to both grounds. When a grounding mat is used, it is recommended that the grounding mat be roped off and an insulated walkway provided for access to the mat.

**15.I.67.** All conductors, subconductors, and overhead ground conductors shall be bonded to the tower at any isolated tower where it may be necessary to complete work on the transmission line.

**15.I.68.** Work on dead-end towers shall require grounding on all de-energized lines.

**15.I.69.** Grounds at a dead-end tower may be removed as soon as the work is completed provided the line is not left open circuited at

77

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034605

the isolated tower at which work is being completed.

**15.I.70.** When performing work from the structures, clipping crews and all others working on conductors, subconductors, or overhead ground conductors shall be protected by individual grounds installed at every work location.

**15.I.71.** In addition to any other applicable standards, all live-line bare-hand work shall be performed in accordance with 15.I.72. through 15.I.77.

**15.I.72.** Before using the live-line bare-hand technique on energized high-voltage conductors or parts, a check shall be made of:

a. The voltage rating of the circuit on which the work is to be performed,

b. The clearances to ground of lines and other energized parts of which work is to be performed, and

c. The voltage limitations of the aerial-lift equipment intended to be used.

**15.I.73.** Only equipment designed, tested, and intended for live-line bare-hand work shall be used.

**15.I.74.** All work shall be personally supervised by a person trained and qualified to perform live-line bare-hand work.

**15.I.75.** The automatic reclosing feature of circuit interrupting devices shall be made inoperative where practical before working on any energized line or equipment.

**15.I.76.** A conductive bucket liner or other suitable conductive device shall be provided for bonding the insulated aerial device to the energized line or equipment.

a. The employee shall be connected to the bucket liner by use of conductive shoes, leg clips, or other suitable means. Climbers shall not be worn while performing work from an aerial lift.

b. Where necessary, adequate electrostatic shielding for the voltage being worked or conductive clothing shall be provided.

**15.I.77.** Only tools and equipment intended for live-line bare-hand work shall be used, and such tools and equipment shall be kept clean and dry.

**15.I.78.** Before the boom is elevated, the outriggers on the aerial truck shall be extended and adjusted to stabilize the truck and the body of the truck shall be bonded to an effective ground or barricaded and considered as energized equipment.

**15.I.79.** Before moving the aerial lift into the work position, all

78

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034606

INFORMATIONAL COPY ONLY

controls (ground level and bucket) shall be checked and tested to determine that they are in proper working condition.

**15.I.80.** Arm current tests shall be made before starting work each day, each time during the day when higher voltage is going to be worked and when changed conditions indicate a need for additional tests. Aerial buckets used for bare-hand live-line work shall be subjected to an arm current test. This test shall consist of placing the bucket in contact with an energized source equal to the voltage to be worked upon for a minimum time of three (3) minutes. The leakage current shall not exceed 1 microampere per kilovolt of nominal line-to-line voltage. Work operations shall be suspended immediately upon any indication of a malfunction in the equipment.

**15.I.81.** All aerial lifts to be used for live-line bare-hand work shall have dual controls (ground level and basket).

a. The basket controls shall be within easy reach of the employee in the basket. If a two-basket type lift is used, access to the controls shall be within easy reach from either basket.

b. The ground level controls shall be located near base of the boom and will permit over-ride operation of equipment at any time.

**15.I.82.** Ground level lift control shall not be operated unless permission has been obtained from the employee in lift except in case of emergency.

**15.I.83.** Before the employee contacts the energized part to be worked on, the conductive bucket liner shall be bonded to the energized conductor by means of a positive connection which shall remain attached to the energized conductor until the work on the energized circuit is completed.

**15.I.84.** The minimum clearance distances for live-line bare-hand work shall be as specified in Table 15-2. These minimum clearance distances shall be maintained from all grounded objects and from lines and equipment at a different potential than that to which the insulated aerial device is bonded unless such grounded objects or other lines and equipment are covered by insulated guards. These distances shall be maintained when approaching leaving, and when bonded to the energized circuit.

**15.I.85.** When approaching, leaving, or bonding to an energized circuit, the minimum distances in Table 15-2 shall be maintained between all parts of the insulated boom assembly and any grounded parts (including the lower arm or portions of the truck).

79

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034607

INFORMATIONAL COPY ONLY

## TABLE 15-2
## MINIMUM CLEARANCE DISTANCES FOR LIVE-LINE BARE-HAND WORK (ALTERNATING CURRENT)

| Voltage Range (Phase-to-phase kilovolts) | Distance for Maximum Voltage (feet and inches) | |
| --- | --- | --- |
| | Phase to Ground | Phase to Phase |
| 2.1-15 | 2'0" (60.96 cm) | 2'0" (60.96 cm) |
| 15.1-35 | 2'4" (71.12 cm) | 2'4" (71.12 cm) |
| 35.1-46 | 2'6" (76.20 cm) | 2'6" (76.20 cm) |
| 46.1-72.5 | 3'0" (91.44 cm) | 3'0" (91.44 cm) |
| 72.6-121 | 3'4" ( 1.02 m) | 4'6" ( 1.37 m) |
| 138 -145 | 3'6" (1.07 m) | 5'0" ( 1.52 m) |
| 161 -169 | 3'8" ( 1.12 m) | 5'6" ( 1.68 m) |
| 230 -242 | 5'0" ( 1.52 m) | 8'4" ( 2.54 m) |
| 345 -362 | [1]7'0" ( 2.13 m) | [1]13'4" ( 4.06 m) |
| 500 -552 | [1]11'0" ( 3.35 m) | [1]20'0" ( 6.10 m) |
| 700 -765 | [1]15'0" ( 4.57 m) | [1]31'0" ( 9.45 m) |

[1]NOTE: For 345-362 kv., 500-552 kv., and 700-765 kv., the minimum clearance distance may be reduced provided the distances are not made less than the shortest distance between the energized part and a grounded surface.

**15.I.86.** When positioning the bucket alongside an energized bushing or insulator string, the minimum line-to-ground clearances of Table 15-2 must be maintained between all parts of the bucket and the grounded end of the bushing or insulator string.

**15.I.87.** The use of handlines between buckets, booms, and the ground is prohibited.

**15.I.88.** No conductive materials over 36 inches (91.44 cm) long shall be placed in the bucket, except for appropriate length jumpers, armor rods, and tools.

**15.I.89.** Nonconductive-type handlines may be used from line to ground when not supported from the bucket.

**15.I.90.** The bucket and boom shall not be overstressed by attempting to lift or support weights in excess of the manufacturer's rating.

80

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034608

INFORMATIONAL COPY ONLY

**15.I.91.** A minimum clearance table (as shown in Table 15-2) shall be printed on a plate of durable nonconductive material, and mounted in the buckets or its vicinity so as to be visible to the operator of the boom.

**15.I.92.** Only insulated measuring sticks shall be used to verify clearance distances.

**15.I.93.** Appropriate warning signs and rigid barricades shall be promptly placed when covers of manholes, handholes, or vaults are removed. The make-up of an appropriate warning sign is dependent upon the nature and location of the hazards involved. The warning medium shall be lighted at night.

**15.I.94.** When work is to be performed in a manhole or unvented vault:

a. No entry shall be permitted unless forced ventilation is provided or the atmosphere is found to be safe by testing for oxygen deficiency and the presence of explosive gases or fumes.

b. Where unsafe conditions are detected, by testing or other means, the work area shall be ventilated and otherwise made safe before entry.

**15.I.95.** While work is being performed in manholes, an employee shall be available in the immediate vicinity to render emergency assistance as may be required. This shall not preclude the employee in the immediate vicinity from occasionally entering a manhole to provide assistance, other than emergency.

**15.I.96.** When open flames must be used or smoking is permitted in manholes, extra precautions shall be taken to provide adequate ventilation.

**15.I.97.** Before using open flames in a manhole or excavation in an area where combustible gases or liquids may be present, the atmosphere of the manhole or excavation shall be tested and found safe or cleared of the combustible gases or liquids.

**15.I.98.** During excavation or trenching, in order to prevent the exposure of employees to the hazards created by damage to dangerous underground facilities, efforts shall be made to determine the location of such facilities and work conducted in a manner designed to avoid damage.

**15.I.99.** When underground facilities are exposed (electric, gas, water, telephone, etc., or cables other than the one being worked on) they shall be protected as necessary to avoid damage.

81

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034609

INFORMATIONAL COPY ONLY

**15.I.100.** Before cutting into a cable or opening a splice, the cable shall be identified and verified to be the proper cable and de-energized.

**15.I.101.** When working on buried cable or on cable in manholes, metallic sheath continuity shall be maintained by bonding across the opening or by equivalent means.

**15.I.102.** When construction work is performed in an energized substation, authorization shall be obtained from the designated authorized person before work is started.

**15.I.103.** When work is to be done in an energized substation, the following shall be determined:

a. What facilities are energized, and

b. What protective equipment and precautions are necessary for the safety of personnel.

**15.I.104.** Extraordinary caution shall be exercised in the handling of busbars, tower steel, materials, and equipment in the vicinity of energized facilities. The requirements set forth in 15.I.01. shall be complied with.

**15.I.105.** Work on or adjacent to energized control panels shall be performed by qualified employees.

**15.I.106.** Precaution shall be taken to prevent accidental operation of relays or other protective devices due to jarring, vibration, or improper wiring.

**15.I.107.** Use of vehicles, gin poles, cranes, and other equipment in restricted or hazardous areas shall at all times be controlled by qualified employees.

**15.I.108.** All mobile cranes and derricks shall be effectively grounded when being moved or operated in close proximity to energized lines or equipment or the equipment shall be considered energized.

**15.I.109.** When a substation fence must be expanded or removed for construction purposes, a temporary fence affording similar protection, when the site is unattended, shall be provided. Adequate interconnection with ground shall be maintained between temporary fence and permanent fence.

**15.I.110.** All gates to all unattended substations shall be locked, except when work is in progress.

**15.I.111.** No employee shall be permitted to enter an unsupported auger-type excavation in unstable material for any purpose. Necessary clean-out in such cases shall be accomplished with out entry.

82

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034610

INFORMATIONAL COPY ONLY

# HAND TOOLS AND POWER TOOLS

## 16.A. GENERAL

**16.A.01.** All hand tools shall be kept in good repair and used only for the purpose for which designed.

**16.A.02.** Tools having defects that will impair their strength or render them unsafe for use shall be removed from service.

**16.A.03.** When work is being performed overhead, tools not in use shall be secured or placed in holders.

**16.A.04.** Throwing tools or materials from one location to another, from one employee to another, or dropping them to lower levels, shall not be permitted.

**16.A.05.** Only nonsparking tools shall be used in locations where sources of ignition may cause a fire or explosion.

**16.A.06.** Tools requiring heat treating shall be tempered, formed, dressed, and sharpened by workmen who are experienced in these operations.

**16.A.07.** Power tools shall be inspected, tested, and determined to be in safe operating condition prior to use. Continued periodic inspections shall be made to assure safe operating condition and proper maintenance.

**16.A.08.** Power tools shall be operated only be designated personnel

**16.A.09.** Rotating or reciprocating portable power tools shall be equipped with constant pressure switch that will shut off the power when the tool is released by the operator. They may have a lock-on control provided turn-off can be accomplished by a single motion of the same finger or fingers that turned them on. Hand held powered platen sanders, grinders with wheels 2-inch (5.08 cm) diameter or less, routers, planers, laminate trimmers, nibblers, shears, scroll saws, and jigsaws with blade shanks one-fourth of an inch (0.635 cm) wide or less may be equipped with only a positive on-off control.

**16.A.10.** The use of cranks on hand-powered winches or hoists is prohibited unless the hoists or winches are provided with positive self-locking dogs. Hand wheels without projecting spokes, pins, or knobs shall be used.

**16.A.11.** Portable power nailing and stapling tools shall be oper-

83

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034611

INFORMATIONAL COPY ONLY

able only when held against the work surface with a force of at least five pounds more than the weight of the fully-loaded tool. In addition, it shall be necessary to operate a trigger or switch for each fastener driven. These two actions shall be separate.

**16.A.12.** Hydraulic fluid used in powered tools shall be approved under schedule 30 U.S. Bureau of Mines. It shall retain its operating characteristics at the most extreme temperatures to which it will be exposed.

**16.A.13.** Manufactures' safe operating pressures for hydraulic hoses, valves, pipes, filters and other fittings shall not be exceeded.

**16.A.14.** All hydraulic or pneumatic tools which are used on or around energized lines or equipment shall have nonconducting hoses having adequate strength for the normal operating pressures.

**16.A.15.** When fuel powered tools are used in enclosed spaces, the applicable requirements for concentrations of toxic gases and use of personal protective equipment, as outlined in 07.B.01., shall apply.

**16.A.16.** Requirements for personal protective apparel, clothing, and safety equipment are covered in Section VII.

**16.A.17.** Loose and frayed clothing, loose long hair, dangling jewelry, rings, chains, and wrist watches shall not be worn while working with any power tool or machine.

## 16.B. GRINDING TOOLS

**16.B.01.** Use, care, and protection of abrasive wheels shall be in accordance with ANSI B7.1.

**16.B.02.** Work or tool rests shall not be adjusted while grinding wheel is in motion.

**16.B.03.** Tool rests on power grinders shall not be more than one-eighth inch distance from the wheel.

**16.B.04.** Cracked or damaged grinding wheels shall be destroyed.

**16.B.05.** Grinding wheels shall not be operated in excess of their rated safe speed.

## 16.C. POWER SAWS

**16.C.01.** Circular saws shall be equipped with guards that automatically and completely enclose the cutting edges, splitters, and anti-kickback devices.

**16.C.02.** Cracked, bent, or damaged blades shall be destroyed.

84

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034612

INFORMATIONAL COPY ONLY

**16.C.03.** Power saws shall not be left running unattended.

**16.C.04.** Radial arm power saws shall be equipped with an automatic brake.

**16.C.05.** The table of radial arm or swing saws shall extend beyond the leading edge of the saw blade.

**16.C.06.** All swing cutoff and radial saws or similar machines which are drawn across a table shall be equipped with limit stops to prevent the leading edge of the tool from traveling beyond the edge of table.

**16.C.07.** Each hand-fed crosscut table saw and each hand-fed circular ripsaw shall be furnished with a spreader to prevent the material from squeezing the saw or being thrown back on the operator.

**16.C.08.** All portable, power-driven circular saws shall be equipped with guards above and below the base plate or shoe. The upper guard shall cover the saw to the depth of the teeth, except for the minimum arc required to permit the base to be tilted for bevel cuts. The lower guard shall cover the saw to the depth of the teeth, except for the minimum arc required to allow proper retraction and contact with the work. When the tool is withdrawn from the work, the lower guard shall automatically and instantly return to the covering position.

**16.C.09.** The operating speed shall be etched or otherwise permanently marked on all circular saws over 20 inches (50.8 cm) diameter or operating at over 10,000 peripheral feet per minute (5080 m per sec.). Any saw so marked shall not be operated at a speed other than that marked on the blade. When a marked saw is retensioned for a different speed, the marking shall be corrected to show the new speed.

## 16.D. WOODWORKING MACHINERY

**16.D.01.** The safety Code for Woodworking Machinery (ANSI O 01.1) shall govern the installation, operation, and maintenance of woodworking machinery.

**16.D.02.** A brush shall be provided for the removal of sawdust, chips, and shavings on all woodworking machinery.

**16.D.03.** The power control for each machine shall be located to prevent accidental startings and to enable the operator to cut off the power without leaving his operating position. All fixed power driven woodworking tools shall be provided with a disconnect switch that can either be locked or tagged in the off position.

85

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034613

INFORMATIONAL COPY ONLY

**16.D.04.** Blades of planers and jointers shall be fully guarded and have cylindrical heads with throats in the cylinder.

**16.D.05.** A push-stick, block, or other safe means shall be used on all operations close to high-speed cutting edges.

**16.D.06.** Bandsaw blades shall be fully inclosed except at point of operation.

**16.D.07.** Bandsaws and other machinery requiring warmup for safe operation shall be permitted to warm up before being put into operation whenever the temperature is below 45°F (280.37 K).

**16.D.08.** The use of cracked, bent, or otherwise defective parts such as saw blades, cutters, and knives is prohibited.

**16.D.09.** Automatic feeding devices shall be installed on machines whenever the nature of the work will permit. Feeder attachments shall have the feed rolls or other moving parts covered or guarded so as to protect the operator from hazardous points.

## 16.E. PNEUMATIC TOOLS AND EQUIPMENT

**16.E.01.** Safety clips or retainers shall be installed and maintained on pneumatic impact tools to prevent dies and tools from being accidentally expelled from the barrel.

**16.E.02.** Pressure shall be shut off and exhausted from the line before disconnecting the line from any tool or connection.

**16.E.03.** Safety lashing shall be provided at connection between tool and hose, and at all quick makeup-type connections.

**16.E.04.** Air hose, pipes, valves, filters, and other fittings shall be pressure-rated by the manufacturer and this pressure shall not be exceeded. Defective hose shall be removed from service.

**16.E.05.** Hose shall not be laid over ladders, steps, scaffolds, or walkways in such a manner as to create a tripping hazard.

**16.E.06.** The use of compressed air for blowing dirt from hands, face, or clothing is prohibited.

**16.E.07.** Compressed air shall not be used for other cleaning purposes except where reduced to less than 30 psi ($2.068 \times 10^5$ Pa) and then only with effective chip guarding and personal protective equipment. The 30 psi ($2.068 \times 10^5$ Pa.) requirement does not apply for concrete form, mill scale and similar cleaning purposes.

**16.E.08.** Hoses shall not be used for hoisting or lowering tools.

**16.E.09.** All airlines exceeding ½-inch inside diameter sub-

86

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034614

INFORMATIONAL COPY ONLY

ject to whipping on tools and such equipment as track drills shall have a safety device at the source of supply or branch line to reduce pressure in case of hose failure.

**16.E.10.** Airless spray guns of the type which atomize paints and fluids at high pressures (1,000 pounds or more per square inch) (6.895 x $10^6$ Pa) shall be equipped with automatic or visible manual safety devices which will prevent pulling of the trigger to prevent release of the paint or fluid until the safety device is manually released.

**16.E.11.** In lieu of the above, a diffuser nut which will prevent high pressure high velocity release while the nozzle tip is removed plus a nozzle tip guard which will prevent the tip from coming into contact with the operator or other equivalent protection, shall be provided.

**16.E.12.** Impact wrenches shall be provided with a locking device for retaining the socket.

## 16.F. EXPLOSIVE ACTUATED TOOLS

**16.F.01.** Explosive actuated tools and their use shall conform to the requirements of Safety Requirements for Explosive Actuated Tools (ANSI A10.3) except where modified herein.

**16.F.02.** Explosive actuated tools shall be used, operated, repaired, serviced, and handled only by authorized personnel. Authorized persons are those who have been trained by the manufacturer or his authorized representative in the safe use and servicing of the particular tool in question and permission to operate on a specific work site has been granted by the Contracting Officer's representative.

**16.F.03.** The use of explosive actuated tools is prohibited in explosive or flammable atmospheres.

**16.F.04.** The tool operator shall wear safety goggles or other approved face and eye protection.

**16.F.05.** Explosive actuated tools and the charges shall be secured at all times to prevent unauthorized possession.

**16.F.06.** All tools shall be so constructed as not to be operable other than against a work surface with a force at least 5 pounds (2.27 kg) greater than the total weight of the tool.

**16.F.07.** The firing mechanism of all tools shall be so constructed that the tool cannot fire during loading or preparation to fire or if the tool is dropped while loaded.

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034615

**16.F.08.** Firing of the tool shall be dependent upon at least two separate and distinct operations of the operator, with the final firing movement being separate from the operation of bringing the tool into the firing positon.

**16.F.09.** Driving into soft or easily penetrable materials is prohibited unless they are backed by a substance that will prevent the pin or fastener from passing completely through and creating a flying missile hazard on the other side.

**16.F.10.** Explosive acutated tools shall be inspected, throughly cleaned and tested after each 1,000 fastenings. Daily inspection, cleaning, and testing shall be performed as recommended by the manufacturer.

**16.F.11.** High velocity explosive actuated tools shall be used only for those applications where low velocity tools will not meet the job requirements. A high velocity tool is defined as a tool which propels or discharges a fastener at velocities in excess of 300 feet per second (91.44 m/s per sec.) when measured at 6.5 feet (1.98 m) from the muzzle.

**16.F.12.** Explosive actuated tools shall not be used in reinforced concrete when the fastener will strike the rebar, cast iron, glazed tile, surface-hardened steel, glass block, live rock, face bricks or similar materials.

**16.F.13.** Explosive actuated tools shall be tested each day before loading to see that safety devices are in proper working condition. The method of testing shall be in accordance with the manufacturer's recommended procedure.

**16.F.14.** Explosive actuated tools shall not be loaded until just prior to the intended firing time. Neither loaded nor empty tools are to be pointed at any employees. Hands shall be kept clear of the open barrel end.

88

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034616

# ROPES, SLINGS, CHAINS, AND HOOKS

## 17.A. GENERAL ·

**17.A.01.** The use of ropes, slings, and chains shall be in accordance with the safe usage recommendations of the manufacturer and recommendations of the equipment manufacturer when used in conjunction therewith. Rigging equipment shall not be loaded in excess of its recommended safe working load as prescribed in latest edition of ANSI B30.9, Appendix C, and the table in 17.F.01.

**17.A.02.** All hooks used to support human loads or loads that pass over workmen shall be closed.

**17.A.03.** The use of open hooks is prohibited in rigging to lift any load where there is danger of relieving the tension on the hook due to the load or hook catching or fouling.

**17.A.04.** All eye splices shall be made in approved manner and rope thimbles of proper size shall be fitted in the eye except that in slings the use of thimbles shall be optional.

**17.A.05.** Hooks, shackles, rings, pad eyes, and other fittings that show excessive wear or that have been bent, twisted, or otherwise damaged shall be removed from service. Excessive wear is defined as the condition where the original strength has been reduced by 20 percent.

**17.A.06.** Running lines located within 6 feet 6 inches (1.98 m) of the ground or working level shall be boxed off, guarded, or the area restricted.

**17.A.07.** Hoisting hooks rated at 10 tons (9072 kg) or larger shall be provided with a means for safe handling.

**17.A.08.** Rigging equipment for material handling shall be inspected prior to use on each shift and as necessary during its use to insure that it is safe. Defective rigging equipment shall be removed from service.

**17.A.09.** Rigging equipment, when not in use, shall be removed from the immediate work area so as not to present a hazard to employees.

89

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034617

INFORMATIONAL COPY ONLY

**17.A.10.** Special custom designed grabs, hooks, clamps, or other lifting accessories, for such units as modular panels, prefabricated structures and similar materials shall be marked to indicate the safe working loads and shall be proof-tested prior to use to 125 percent of their rated load.

## 17.B. SLINGS

**17.B.01.** Slings, their fittings and fastenings, when in use, shall be inspected prior to use on each shift and as necessary during its use by a competent craft person for evidence of overloading, excessive wear, or damage. See Appendix V.

**17.B.02.** Defective slings shall be removed from service.

**17.B.03.** Proper storage shall be provided for slings while not in use.

**17.B.04.** Protection shall be provided between the sling and sharp unyielding surfaces of the load to be lifted.

**17.B.05.** Wire rope slings shall have a minimum length of clear rope equal to 10 times the rope diameter between each end fitting or eye splice.

**17.B.06.** Braided slings shall have a minimum clear length of braided body equal to 40 times the diameter of component ropes between each end fitting or eye splice.

## 17.C. WIRE ROPE

**17.C.01.** Wire rope shall be inspected by a competent person at the time of installation and at scheduled intervals thereafter. Wire rope shall not be used if, in any length of eight diameters, the total number of visible broken wires exceeds 10 percent of the total number of wires or if the rope shows other signs of excessive wear, corrosion, or defect.

**17.C.02.** Wire rope shall be removed from hoisting and load-carrying service when one of the following conditions exists:

a. In running ropes, six randomly distributed broken wires in one lay or three broken wires in one strand in one lay.

b. Abrasion, scrubbing, or peening causing loss of more than one-third of the original diameter of the outside individual wires.

c. Evidence of corrosion.

d. Kinking, crushing, bird cageing, or other damage resulting in distortion of the rope structure.

e. Reductions from nominal diameter of more than one-sixty-fourth inch for diameters up to and including five-sixteenth inch,

90

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034618

one-thirty-second inch for diameters three-eighths inch to and including one-half inch, three-sixty-fourths inch for diameters nine-sixteenth inch to and including three-fourths, one-sixteenth inch for diameters seven-eights inch to 1-⅛ inches inclusive, three-thirty-seconds inch for diameters 1¼ to 1½ inches inclusive. See Appendix X for conversion to Metric Units.

f. Evidence of any heat damage from any cause.

g. One or more broken wires in the valleys.

h. In standing ropes, more than two broken wires in one lay in sections beyond end connections or more than one broken wire at an end connection.

i. Wire rope safety factors shall be in accordance with American National Standards Institute B 30.5 or SAE J959.

**17.C.03.** When two wires are broken or rust or corrosion is found adjacent to socket or end fitting, wire rope shall be removed from service or resocketed. Special attention shall be given to the inspection of end fittings on boom support, pendants, and guy ropes.

**17.C.04.** Wire rope removed from service due to defects shall be cut up or plainly marked as being unfit for further use on cranes, hoists, or other load-carrying service.

**17.C.05.** The ratio between the rope diameter and the drum, block, sheave, or pulley tread diameter shall be such that the rope will adjust itself to the bend without excessive wear, deformation, or injury.

**17.C.06.** In no case will the safe diameters of drums, blocks, sheaves, or pulleys be reduced in replacement of such items unless compensating changes are made for rope used and safe loading limits.

**17.C.07.** Drums, sheaves, and pulleys shall be smooth and free of surface defects liable to injure rope.

**17.C.08.** Drums, sheaves, or pulleys having eccentric bores, cracked hubs, spokes, or flanges shall be removed from service.

**17.C.09.** Connections, fittings, fastenings, parts, etc., used in connection with ropes shall be of good quality and of proper size and strength, and shall be installed in accordance with recommendations of the manufacturer.

**17.C.10.** Wire rope clips attached with U-bolts shall have the U-bolts on the dead or short end of the rope. The clip nuts shall be retightened immediately after initial load carrying use and at frequent intervals of time thereafter. (See Appendix C).

91

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034619

**17.C.11.** When a wedge socket type of fastening is used, the dead or short end of the rope shall have a clip attached to it or be looped back and secured to itself by a clip.

**17.C.12.** The safe working load of various sizes and classifications of improved plow steel wire rope and wire rope slings with various types of terminals shall be determined by using latest edition of ANSI B30.9 tables. For sizes, classifications, and grades not included in these tables, the safe working load recommended by the manufacturer shall be followed, provided that a safety factor of not less than 5 is maintained.

**17.C.13.** Protruding ends of strands in splices on slings and bridles shall be covered or blunted.

**17.C.14.** Wire rope shall not be secured by knots except on haul back lines on scrapers.

**17.C.15.** An eye splice made in any wire rope shall have not less than three full tucks. However, this requirement shall not operate to preclude the use of another form of splice or connection which can be shown to be as efficient and which is not otherwise prohibited.

**17.C.16.** Except for eye splices in the ends of wires and for endless rope slings, each wire rope used in hoisting or lowering, or in pulling loads, shall consist of one continuous piece without knot or splice.

**17.C.17.** Eyes in wire rope bridles, slings, or bull wires shall not be formed by wire rope clips or knots.

**17.C.18.** Wire rope clips shall not be used to splice rope.

**17.D. CHAINS**

**17.D.01.** Chains used in load carrying service shall be inspected before each initial use and weekly thereafter.

**17.D.02.** Chains shall be normalized or annealed periodically as recommended by the manufacturer.

**17.D.03.** Chains shall be removed from service when showing evidence of cracks, nicks, lifting of any linkweld, more than 10 percent elongation of any link or section, or when wear of 20 percent of the diameter of any link has occurred.

**17.D.04.** Welded alloy steel chain slings shall have permanently affixed durable identification stating size, grade, rated capacity, and sling manufacturer.

**17.D.05.** Hooks, rings, oblong links, pear-shaped links, welded or

92

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

mechanical coupling links, or other attachments, when used with alloy steel chains, shall have a rated capacity at least equal to that of the chain.

**17.D.06.** Job or shop hooks and links, or makeshift fasteners, formed from bolts, rods, etc., or other such attachments, shall not be used.

**17.D.07.** Rated capacity (working load limit) for alloy steel chain slings shall conform to the values shown in latest edition of ANSI B 30.9.

### 17.E. FIBER ROPE

**17.E.01.** Frozen fiber rope shall not be used.

**17.E.02.** Fiber rope that has been subjected to acids or excessive heat shall not be used for load carrying purposes.

**17.E.03.** Fiber rope shall be protected from abrasion by padding where it is fastened or drawn over square corners or sharp or rough surfaces.

**17.E.04.** When using natural or synthetic fiber rope slings, latest edition of ANSI B 30.9 will apply.

**17.E.05.** All splices in rope slings provided by the employer shall be made in accordance with fiber rope manufacturers' recommendations.

**17.E.06.** In manila rope, eye splices shall contain at least three full tucks, and short splices shall contain at least six full tucks (Three on each side of the centerline of the splice).

**17.E.07.** In layed synthetic fiber rope, eye splices shall contain at least four full tucks, and short splices shall contain at least eight full tucks (four on each side of the centerline of the splice).

**17.E.08.** Strand end tails shall not be trimmed short (flush with the surface of the rope) immediately adjacent to the full tucks. This precaution applies to both eye and short splices and all types of fiber rope. For fiber ropes under 1-inch diameter, the tails shall project at least six rope diameters beyond the last full tuck. For fiber ropes 1-inch (2.54 cm) diameter and larger, the tails shall project at least 6 inches (15.24 cm) beyond the last full tuck. In applications where the projecting tails may be objectionable, the tails shall be tapered and spliced into the body of the rope using at least two additional tucks (which will require a tail length of approximately six rope diameters beyond the last full tuck).

**17.E.09.** For all eye splices, the eye shall be sufficiently large to

93

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034621

provide an included angle of not greater than 60° (1.047 rad) at the splice when the eye is placed over the load or support.

**17.E.10.** Knots shall not be used in lieu of splices.

**17.E.11.** The employer shall have each synthetic web sling marked or coded to show:

  a. Name or trademark of manufacturer.
  b. Rated capacities for the type of hitch.
  c. Type of material.

## 17.F. SHACKLES AND HOOKS

**17.F.01.** The following table shall be used to determine the safe working loads of various sizes of shackles, except that higher safe working loads are permissible when recommended by the manufacturer for specific identifiable products, provided that a safety factor of not less than 5 is maintained.

### SAFE WORKING LOADS FOR SHACKLES
#### (In tons of 2000 pounds)

| Material size (inches) | | Pin diameter (inches) | | Safe working load |
|---|---|---|---|---|
| 1/2 | (1.27 cm) | 5/8 | (1.59 cm) | 1.4 |
| 5/8 | (1.59 cm) | 3/4 | (1.91 cm) | 2.2 |
| 3/4 | (1.91 cm) | 7/8 | (2.22 cm) | 3.2 |
| 7/8 | (2.22 cm) | 1 | (2.54 cm) | 4.3 |
| 1 | (2.54 cm) | 1-1/8 | (2.86 cm) | 5.6 |
| 1-1/8 | (2.86 cm) | 1-1/4 | (3.18 cm) | 6.7 |
| 1-1/4 | (3.18 cm) | 1-3/8 | (3.49 cm) | 8.2 |
| 1-3/8 | (3.49 cm) | 1-1/2 | (3.81 cm) | 10.0 |
| 1-1/2 | (3.81 cm) | 1-5/8 | (4.13 cm) | 11.9 |
| 1-3/4 | (4.45 cm) | 2 | (5.08 cm) | 16.2 |
| 2 | (5.08 cm) | 2-1/4 | (5.72 cm) | 21.2 |

**17.F. 02.** The manufacturer's recommendations shall be followed in determining the safe working loads of the various sizes and types of specific and identifiable hooks, All hooks for which no applicable manufacturer's recommendations are available shall be tested to twice the intended safe working load before they are initially put into use. The employer shall maintain a record of the dates and results of such tests.

94

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034622

INFORMATIONAL COPY ONLY

SECTION XVIII

# MACHINERY AND MECHANIZED EQUIPMENT

## 18.A. GENERAL

**18.A.01.** Before any machinery or mechanized equipment is placed in use, it shall be inspected and tested by a competent mechanic of the owner and certified to be in safe operating condition. Records of tests and inspections shall be maintained at the site and shall be available on request to the Contracting Officer's representative.

**18.A.02.** The employer shall designate a competent person to be responsible for the inspection of all machinery and equipment daily and during use to make sure it is in safe operating condition. Tests shall be made at the beginning of each shift during which the equipment is to be used to determine that the brakes and operating systems are in proper working condition.

**18.A.03.** Preventive maintenance procedures recommended by the manufacturer shall be followed.

**18.A.04.** Any machinery or equipment found by the contractor or Contracting Officer's representative to be unsafe shall be deadlined and its use prohibited until unsafe conditions have been corrected.

**18.A.05.** Inspections or determinations of road conditions and structures shall be made in advance to assure that clearances and load capacities are safe for the passage or placing of any machinery or equipment.

**18.A.06.** Machinery and mechanized equipment shall be operated only by designated personnel. Equipment deficiencies observed at anytime that affect the safe operation of the equipment shall be corrected before continuing operation.

**18.A.07.** Seats or equal protection must be provided for each person required to ride on equipment.

**18.A.08.** Getting off or on any equipment while it is in motion is prohibited.

**18.A.09.** Machinery or equipment requiring an operator shall not be permitted to run unattended.

**18.A.10.** Machinery or equipment shall not be operated in a manner that will endanger persons or property nor shall the safe

95

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034623

INFORMATIONAL COPY ONLY

operating speeds or loads be exceeded.

**18.A.11.** All machinery or equipment shall be shut down and positive means taken to prevent its operation while repairs or manual lubrications are being done. Exemption: Equipment specifically designed to be serviced while running.

**18.A.12.** All repairs on machinery or equipment shall be made at a location which will provide protection from traffic for repairmen.

**18.A.13.** Heavy machinery, equipment, or parts thereof which are suspended or held apart by use of slings, hoists, or jacks shall also be substantially blocked or cribbed before men are permitted to work underneath or between them.

**18.A.14.** Bulldozer and scraper blades, end-loader buckets, dump bodies, and similar equipment shall be either fully lowered or blocked when being repaired or when not in use. All controls shall be in a neutral position, with the engines stopped and brakes set, unless work being performed requires otherwise.

**18.A.15.** Equipment operated on the highway shall be equipped with turn signals visible from the front and rear.

**18.A.16.** All machinery or equipment and material hoists operating on rails, tracks, or trolleys shall have positive stops or limiting devices either on the equipment, rails, tracks, or trolleys to prevent overrunning safe limits.

**18.A.17.** Stationary machinery and equipment shall be placed on a firm foundation and secured before being operated.

**18.A.18.** All points requiring lubrication during operation shall have fittings so located or guarded to be accessible without hazardous exposure.

**18.A.19.** When necessary, all mobile equipment and the area in which they are operated shall be adequately illuminated while work is in progress.

**18.A.20.** Service or maintenance equipment which will be parked or moving slower than normal traffic on haul roads at night shall have a yellow flashing light visible from all directions.

**18.A.21.** Mobile type equipment, operating within an off-highway job site not open to public traffic, shall have a service brake system, a parking brake system, and an emergency brake system capable of stopping and holding the equipment fully loaded on the grade of operation for the specific piece of equipment. The emergency brake system shall automatically stop the equipment upon failure in the

96

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034624

service brake system. The emergency brake system shall also be manually operable from the driver's position. These systems may use common components, and shall be maintained in operable condition. Test procedures in the following SAE recommended practices are acceptable:

J 166. Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons.

J 181. Brake Test Procedure for Industrial Wheel Tractors and Equipment.

J 236. Minimum Performance Criteria for Brake Systems for Rubber-Tired, Self-Propelled Graders.

J 237 a. Minimum Performance Criteria for Braking Systems for Off-Highway, Rubber-Tired, Front-End Loaders and Dozers.

J 319 b. Minimum Performance Criteria for Brake Systems for Off-Highway, Rubber-Tired, Self-Propelled Scrapers.

J 1041. Brake Test Procedure and Brake Performance Criteria for Agricultural Equipment.

**18.A.22.** Heavy duty haulage equipment shall, in addition to complying with 18.A.21., have an emergency brake system. The emergency brake system shall automatically stop the equipment upon failure in the service brake system. The system shall also be manually operable from the driver's position.

**18.A.23.** No one shall be permitted in the truck cab during loading operations except the driver and he only if the truck is equipped with a cab protector.

**18.A.24.** Fill hatches on water haul vehicles shall be secured or the opening reduced to a maximum 8 inches.

**18.A.25.** Mechanized equipment shall be shut down prior to and during fueling operations. Closed systems with automatic shut off which will prevent spillage if connections are broken may be used to fuel diesel powered equipment.

**18.A.26.** All towing devices used on any combinations of equipment shall be structurally adequate for the weight drawn and securely and properly mounted.

**18.A.27.** Persons shall not be permitted to get between a towed and towing piece of equipment until the towing equipment has been stopped.

**18.A.28.** All machinery or equipment operating on rails, tracks, or

97

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.


US_00034625

INFORMATIONAL COPY ONLY

trolleys shall be provided with substantial track scrapers or track clearers effective in both directions on each wheel or set of wheels.

**18.A.29.** Motor vehicles with cabs and windshields that operate within an off-highway job-site not open to public traffic, shall be equipped with powered wipers. Vehicles that operate under conditions that cause fogging or frosting of windshields shall be equipped with operable defogging or defrosting devices.

**18.A.30.** All equipment left unattended at night, adjacent to a highway in normal use, or adjacent to construction areas where work is in progress, shall have appropriate light or reflectors, or barricades equipped with appropriate lights or reflectors, to identify the location of the equipment.

**18.A.31.** Whenever the equipment is parked, the parking brake shall be set. Equipment parked on inclines shall have the wheels chocked or track mechanism blocked and the parking brake set.

**18.A.32.** Lift trucks, stackers, etc., shall have the rated capacity clearly posted on the vehicle so as to be clearly visible to the operator. When auxiliary removable counterweights are provided by the manufacturer, corresponding alternate rated capacities also shall be clearly shown on the vehicle. The ratings shall not be exceeded.

**18.A.33.** No modifications or additions which affect the capacity or safe operation of equipment shall be made without the manufacturer's written approval. If such modifications or changes are made, the capacity, operation, and maintenance instruction plates, tags, or decals shall be changed accordingly. In no case shall the original safety factor of the equipment be reduced.

**18.A.34.** Steering or spinner knobs shall not be attached to the steering wheel unless the steering mechanism is of a type that prevents road reactions from causing the steering handwheel to spin. The steering knob shall be mounted within the periphery of the wheel.

**18.A.35.** All industrial trucks in use shall meet the applicable requirements of design, construction, stability, inspection, testing, maintenance, and operation, as defined in American National Standards Institute B56.1, Safety Standards for Powered Industrial Trucks.

**18.A.36.** The installation of live booms on material and personnel hoists is prohibited.

**18.A.37.** Safeguards shall be provided to prevent such equipment

98

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034626

as rubber-tired bulldozers, front-end loaders, and land cranes operating on floating plant from going into the water.

**18.A.38.** The controls of loaders, excavators, or similar equipment with folding booms or lift arms shall not be operated from a ground position unless so designed.

## 18.B. GUARDING AND SAFETY DEVICES

**18.B.01.** All self-propelled construction equipment, except light service trucks, panels, pickups, station wagons, crawler-type cranes, power shovels, and draglines, whether moving alone or in combination, shall be equipped with a reverse signal alarm. Alarm shall be audible and sufficiently distinct to be heard under prevailing conditions. Alarm shall operate automatically upon commencement of backward motion. Alarm may be continuous or intermittent (not to exceed 3-second intervals) and shall operate during the entire backward movement.

**18.B.02.** The use of reverse signal alarms shall be in addition to prescribed requirements for signalmen.

**18.B.03.** All belts, gears, shafts, pulleys, sprockets, spindles, drums, flywheels, chains, or other reciprocating, rotating, or moving parts of equipment shall be guarded as such parts are exposed to contact by persons or otherwise create a hazard. Guarding shall meet the requirements of ANSI B15.1, Safety Standards for Mechanical Power Transmission Apparatus.

**18.B.04.** All hot surfaces of equipment, including exhaust pipes or other lines, shall be guarded or insulated to prevent injury and fire.

**18.B.05.** Fuel tanks shall be located in a manner which will not allow spills or overflows to run onto engine, exhaust, or electrical equipment.

**18.B.06.** Exhaust or discharges from equipment shall be so directed that they do not endanger persons or obstruct view of operator.

**18.B.07.** All equipment having a drop type skip pan shall be provided with guards on both sides and open end of the skip pan area to prevent persons from walking under skip while in elevated position.

**18.B.08.** Platforms, footwalks, steps, handholds, guardrails, and towboards shall be provided on machinery and equipment to provide safe footing and accessways.

**18.B.09.** Equipment shall be provided with suitable working platforms, guard rails, and hand grabs when attendants or other

99

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034627

employees are required to ride for operating purposes outside the operator's cab or compartment. Platforms and steps shall be of non-skid material.

**18.B.10.** Hand operated power equipment such as power mowers, flails, floor finishers, power screeds, and grinders shall have guards that contact the operator's foot before the operating head or blade.

**18.B.11.** Substantial overhead protection shall be provided for the operators of fork lifts and similar material handling equipment.

**18.B.12.** A safety tire rack, cage, or equivalent protection shall be provided and used when inflating, mounting, or dismounting tires installed on split rims, or rims equipped with locking rings or similar devices.

**18.B.13.** No guard, safety appliance, or device shall be removed from machinery or equipment, or made ineffective except for the purpose of making immediate repairs, lubrications, or adjustments, and then, only after the power has been shut off.

**18.B.14.** All guards and devices shall be replaced immediately after completion of repairs and adjustments and before power is turned on.

**18.B.15.** A warning device or services of a signalman shall be provided where there is danger to persons from moving equipment, swinging loads, buckets, booms, etc.

**18.B.16.** Seatbelts and anchorages meeting the requirements of 49 CFR 571 (Department of Transportation Federal Motor Vehicle Safety Standards) shall be installed in all motor vehicles except earthmoving equipment operating within an off-highway job-site not open to public traffic.

**18.B.17.** All high rider industrial trucks shall be equipped with overhead guards which meet the configuration and structural requirements as defined in paragraph 421 of American National Standards Institute B56.1, Safety Standards for Powered Industrial Trucks.

**18.B.18.** Suitable protection against the elements, falling or flying objects, swinging loads, and similar hazards shall be provided for operators of all machinery or equipment. Glass used in windshields or cabs shall be safety glass. Broken or cracked glass shall be replaced immediately.

**18.B.19.** All bulldozers, tractors, or similar equipment used in clearing operations shall be provided with substantial guards,

100

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034628

INFORMATIONAL COPY ONLY

shields, canopies, and grills to protect the operator from falling and flying objects as appropriate to the nature of the clearing operations undertaken. The overhead covering on this canopy structure shall be of not less than ⅛-inch (3.175 mm) steel plate or ¼-inch (6.35 mm) woven wire mesh with openings no greater than 1 inch (2.54 cm), or equivalent. The opening in the rear of the canopy structure shall be covered with not less that ¼-inch (6.35 mm) woven wire mesh with openings no greater than 1 inch (2.54 cm).

**18.B.20.** Rollover Protective Structures.

a. In addition to the requirements of 18.B.18. and 18.B.19., seat belts and rollover protective structures (ROPS) shall be installed on crawler and rubber-tired tractors such as dozers, push and pull tractors, winch tractors, and mowers; off-the-highway self-propelled pneumatic-tired earth movers such as trucks, pans, scrapers, bottom dumps and end dumps; motor graders; water tank trucks having a tank height less than the cab; and other self-propelled construction equipment such as front-end loaders, backhoes, rollers, and compactors. ROPS are not required on trucks designed exclusively for hauling on public highways, crane-mounted dragline type backhoes, tractors or front-end loaders used exclusively to unload material from barges, rollers and compactors of the tandem steel-wheeled and self-propelled pneumatic tired type, self-propelled rubber-tired lawn and garden tractors under 20 drawbar horsepower, or steel rollers used exclusively for asphalt or bituminous surface work and preparation of paving sub-base materials, cranes, draglines, or equipment on which the operator's cab and boom rotate as a unit.

b. ROPS shall be installed in accordance with the manufacturer's or designer's recommendations. The construction contractor shall furnish certification from the manufacturer or a Registered Professional Engineer that the ROPS complies with the Society of Automotive Engineers (SAE) Standard J397, Critical Zone-Characteristics and Dimensions for Operators of Construction and Industrial Machinery, and the applicable SAE Standards listed in paragraphs c, d, e and f below. The following information permanently affixed to the ROPS is acceptable in lieu of a written certification; (1) Manufacturers or fabricator's name and address; (2) ROPS model number, if any; (3) Machine make, model, or series number that the structure is designed to fit.

c. ROPS for construction may comply with SAE

101

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034629

J1040. Performance Criteria for Rollover Protective structures (ROPS) for Earthmoving, Construction, Logging, and Industrial Vehicles, ROPS certified to meet SAE standards superseded by this standard are acceptable.

d. ROPS for light industrial tractors shall comply with the applicable SAE Standard listed below:

(1) J167. Protective Frame With Overhead Protection - Test Procedures and Performance Requirements.

(2) J334a. Protective Frame Test Procedures and Performance Requirements.

e. ROPS shall be acceptable if they meet the rollover protective structure criteria of the state of California or the Bureau of Reclamation of the U. S. Department of the Interior in effect on April 5, 1972.

f. ROPS shall be acceptable if the construction contractor furnishes certification from the manufacturer or a Registered Professional Engineer that the ROPS and supporting attachments will:

(1) Show satisfactory performance by actual test of a prototype involving a roll of 360° (6.282 rad.) or more,

(2) Support not less than two times the weight of the prime mover, based on the integrated loading of supporting members with the resultant load applied at the point of impact, or

(3) Support the following separately applied minimum loads:

(a) 125 percent of the weight of the vehicle applied as a uniformly distributed horizontal load at the top of the ROPS and perpendicular to a vertical plane through the longitudinal axis of the prime mover.

(b) A load of twice the weight of the vehicle applied as a uniformly distributed vertical load to the top of the ROPS after complying with (a) above. Stresses shall not exceed the ultimate strength. Steel used in the ROPS must have capability to perform at 0°F (255.37 K), or exhibit Charpy V-notch impact strength of 8 ft-lb at -20°F with a standard Charpy V-notch Type A specimen and provide 20% elongation over two inches in a standard 2 inch gauge length on a 0.505 inch diameter tensile specimen. Bolts and nuts shall be SAE grade 8 (reference SAE J429d and J995).

f. Field welding on ROPS shall be performed by welders who are certified by the construction contractor as being qualified in accordance with American Welding Society Standards D2.0, Part

102

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034630

INFORMATIONAL COPY ONLY

II; the Military Standard MIL-STD 248; or equivalent.

g. Two-piece seat belts and anchorages shall comply with applicable Federal Specifications or SAE Recommended Practices J4c and J386.

**18.B.21.** Accessible areas within the swing radius of the rear of the rotating super-structure of a crane, either permanently or temporarily mounted, shall be guarded in such a manner as to prevent an employee from being struck or crushed by the crane.

## 18.C. HOISTING EQUIPMENT-GENERAL

**18.C.01.** All hoisting equipment must be capable of satisfactorily completing a performance (operating) test before being placed in service on a project. This test shall consist of maneuvering a specified test load through maximum lift height, lift radius, and boom quadrant. Except for the test load, the anticipated load is the maximum load that can be lifted by the hoisting equipment. Test shall be repeated prior to unusual or critical lifts, and after alteration, modification, repairs or reassembly, and at least every 12 months. Test records shall be made a part of the official project file. The above test requirements do not apply to permanently installed cranes such as those installed in powerhouses, pumping stations, boatyards, hopper dredges, and locks and dams. Such permanently installed equipment will be tested in accordance with the policy established by the Contracting Officer. A thorough annual inspection of the hoisting machinery shall be made by a competent person.

**18.C.02.** Load capacities, determined by the performance test, recommended operating speeds, and special hazard warnings or instructions shall be posted where clearly visible to the operators of cranes and derricks and posted on hoist and elevator cars and platforms. Load capacities shall be recorded on ENG form 3364 or similar form and shall not be exceeded.

**18.C.03.** At no time shall a crane be loaded in excess of the manufacturer's rating except during performance tests. Test loads shall not exceed 110% of manufacturer's rated load.

**18.C.04.** No modifications or additions which affect the capacity or safe operation of the equipment shall be made without the manufacturer's written approval. If such modifications or changes are made, the capacity, operation, and maintenance instruction

103

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034631

INFORMATIONAL COPY ONLY

plates, tags, or decals, shall be changed accordingly. In no case shall the original safety factor of the equipment be reduced.

**18.C.05.** All load drums on load-hoisting equipment shall be equipped with proper dogs, pawls, or other positive holding devices.

**18.C.06.** Braking equipment capable of stopping, lowering, and holding a load of at least the full test load shall be provided.

**18.C.07.** There shall be at least two full wraps of cable on the drums of hoisting equipment at all times.

**18.C.08.** Riding on loads, hooks, hammers, buckets, or material hoists is prohibited.

**18.C.09.** While hoisting equipment is in operation, the operator shall not be permitted to perform any other work and he shall not leave his position at the controls until the load has been safely landed or returned to ground level.

**18.C.10.** A standard signal system shall be used on all hoisting equipment (APP B).

**18.C.11.** Whenever a slack line condition occurs, prior to further operations, the proper seating of the rope in the sheaves and on the drum shall be checked.

**18.C.12.** Crane booms shall be lowered to ground level or secured against displacement by wind loads or other outside forces.

**18.C.13.** All government-owned cranes and derricks with booms (except draglines) shall be equipped with a boom angle indicator and a load indicating device or a load limiting device to prevent loading beyond the manufacturer's rating at any boom radius and counterweight position.

**18.C.14.** Except as modified by this manual, the manufacturer's specifications and limitations applicable to the operation of any and all cranes, derricks, hoists and elevators shall be followed. Where manufacturer's specifications are not available, the limitations assigned to the equipment shall be based on the determinations of a qualified engineer competent in this field and such determinations will be appropriately documented and recorded. Attachments used with cranes shall not exceed the capacity, rating, or scope recommended by the manufacturer.

**18.C.15.** All windows in crane cabs shall be of safety glass, or equivalent, that introduces no visible distortion that will interfere with the safe operation of the machine.

104

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034632

**18.C.16.** The hoist rope shall not be wrapped around the load.

**18.C.17.** Hoisting ropes shall be installed in accordance with the wire rope manufacturer's recommendations.

**18.C.18.** Adequate clearance shall be maintained between moving and rotating structures of the crane and fixed objects to allow the passage of employees without harm.

**18.C.19.** All cranes with cable-supported booms except draglines shall have a device attached between the gantry or A-frame and boom chords. The device will control vertical motion of boom with gradually increasing resistance from 83° or less without impact and limiting vertical rise of boom to not more than 88° (1.54 rad) above the horizontal.

### 18.D. CRAWLER, TRUCK, AND WHEEL MOUNTED CRANES

**18.D.01.** Performance test of crawler, truck, and wheel mounted cranes shall demonstrate the strength, stability, capability, and adequacy of power, brakes, clutches, and controls to safely maneuver 125 percent of the anticipated load.

**18.D.02.** Auxiliary load-handling devices such as buckets, magnets, load falls, slings, load blocks, hooks, and pile-driver leads shall be included as part of the load.

**18.D.03.** A means shall be provided for the crane operator to visually determine the levelness of the crane.

**18.D.04.** A boom angle or radius indicator shall be provided within operator's view.

**18.D.05.** All crawler, truck, or locomotive cranes in use shall meet the applicable requirements for design, inspection, construction, testing, maintenance and operation as prescribed in the ANSI B30.5, Safety Code for Crawler, Locomotive and Truck Cranes.

**18.D.06.** All jibs shall have positive stops to prevent their movement of more than 5° (0.087 rad) above the straight line of the jib and boom on conventional type crane booms.

**18.D.07.** Sideboom cranes mounted on wheel or crawler tractors shall meet the requirements of SAE J743a.

105

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034633

INFORMATIONAL COPY ONLY

## 18.E. PORTAL, HAMMERHEAD, AND TOWER CRANES

**18.E.01.** Performance test shall demonstrate the strength, stability, capability, and adequacy of power, brakes and clutches, and controls to safely maneuver 125% of the anticipated load.

**18.E.02.** Traveling cranes, except floor-operated type, shall be equipped with a warning device that will sound continuously while crane is traveling.

**18.E.03.** Track riding cranes shall be provided with substantial rail scrapers or track clearers at each end of the tracks which shall be effective in both directions of travel.

**18.E.04.** All hammerhead tower cranes in use shall meet the applicable requirements for design, construction, installation, testing, maintenance, inspection, and operation as prescribed by the manufacturer.

**18.E.05.** Buffers shall be provided at both ends of travel of the trolley.

**18.E.06.** Cranes mounted on rail tracks shall be equipped with limit switches limiting the travel of the crane on the track and stops or buffers at each end of the tracks.

**18.E.07.** All portal, tower and pillar cranes in use shall meet the applicable requirements for design, construction, installation, inspection, testing, maintenance, and operation, as prescribed in ANSI B30.4, Safety Standards for Portal, Tower and Pillar Cranes.

**18.E.08.** A boom angle or radius indicator shall be provided within the operator's view.

## 18.F. PEDESTAL MOUNTED CRANES AND DERRICKS

**18.F.01.** Pedestal mounted cranes and derricks shall have foundations sized to resist the manufacturer's rated load plus 50 percent.

**18.F.02.** A performance test shall be conducted to demonstrate the strength, stability, capability, and adequacy of power, brakes, clutches, and controls to safely maneuver 125 percent of the anticipated load.

**18.F.03.** Load-radius chart and boom angle or radius indicator shall be provided within operator's view.

**18.F.04.** All derricks in use shall meet the applicable requirements for design, construction, installation, inspection, testing, maintenance, and operation as prescribed in American National Standards Institute B30.6, Safety Code for Derricks.

106

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034634

INFORMATIONAL COPY ONLY

## 18.G. FLOATING CRANES

**18.G.01.** Barge mounted cranes, designed and constructed as a unit, shall be rated by the manufacturer.

**18.G.02.** All other barge mounted cranes shall be on barges of sufficient size to limit list under load to about 5 degrees (0.087 rad). The rated load of the crane shall not exceed the original capacity specified by the manufacturer.

**18.G.03.** Work shall be halted when significant wave action exists.

**18.G.04.** Corps Load-radius chart and boom angle or radius indicator shall be provided within operator's view. When load ratings are reduced to stay within the barge list limits, a new load rating chart shall be provided.

**18.G.05.** Floating cranes and floating derricks in use shall meet the applicable requirements for design, construction, installation, maintenance, and operation as prescribed by ANSI B30.8, Safety Code for Floating Cranes and Floating Derricks. Performance test shall demonstrate the strength; stability; capability; and adequacy of power, brakes, clutches, and controls to safely maneuver 150 percent of the anticipated load.

**18.G.06.** Truck and crawler cranes shall be securely attached to the barge. When stability of barge is not a factor and control barriers are provided, limited travel may be authorized, if necessary, by the contracting officer's Representative.

**18.G.07.** The rated load of a barge mounted mobile crane shall not exceed the original capacity specified by the manufacturer.

## 18.H. ELEVATORS. PASSENGER AND FREIGHT

**18.H.01.** Permanent elevators shall be designed, constructed, inspected, tested, and maintained in accordance with ANSI A17.1 and supplements, Safety Code for Elevators, Dumbwaiters, and Moving Walks; ANSI A17.2, Practice for Inspection of Elevators; and ANSI A10.4, Safety Requirements for Personnel Hoists.

**18.H.02.** Positive protection shall be provided to prevent persons or objects from falling into shaftway. Hoist towers outside the structure shall be enclosed for the full height on the side or sides used for entrance and exit to the structure. At the lowest landing, the enclosure on the sides not used for exit or entrance to the structure shall be enclosed to a height of at least 10 feet (3.05 m). Other sides of the tower adjacent to floors or scaffold platforms shall be

107

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034635

INFORMATIONAL COPY ONLY

enclosed to a height of 10 feet (3.05 m), above the level of such floors or scaffolds. Towers inside of structures shall be enclosed on all four sides throughout the full height.

**18.H.03.** Safe accessways shall be provided for servicing and inspection of hoist towers and equipment.

**18.H.04.** Cars shall be permanently enclosed on all sides and the top except sides used for entrance and exit which have car gates or doors.

**18.H.05.** A door or gate shall be provided at each entrance to the car which shall protect the full width and height of the car entrance opening.

**18.H.06.** Doors or gates shall be provided with electric contacts which do not allow movement of the hoist when door or gate is open.

**18.H.07.** When a hoist tower is not enclosed, the hoist platform or car shall be totally enclosed (caged) on all sides for the full height between the floor and the overhead protective covering with ¾-inch mesh of No. 14 U.S. gauge wire or equivalent. The hoist platform enclosure shall include the required gates for loading and unloading.

**18.H.08.** Overhead protective covering of 2-inch planking, ¾-inch plywood, or other solid material of equivalent strength shall be provided on the top of every personnel hoist.

**18.H.09.** safeties shall be capable of stopping and holding the car and rated load when traveling at governor tripping speed.

**18.H.10.** Cars shall be provided with a capacity and data plate secured in a conspicuous place on the car or crosshead.

**18.H.11.** Internal combustion engines shall not be permitted for direct drive.

**18.H.12.** Normal and final terminal stopping devices shall be provided.

**18.H.13.** An emergency stop switch shall be provided in the car and marked "Stop".

**18.H.14.** The minimum number of hoisting ropes used shall be three for traction hoist and two for drum-type hoists.

**18.H.15.** The minimum diameter of hoisting and counterweight wire ropes shall be ½-inch.

108

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034636

**18.H.16.** Safety factors:

## MINIMUM FACTORS OF SAFETY
## FOR SUSPENSION WIRE ROPES

| Rope speed in feet per minute | Minimum factor of safety |
|---|---|
| 50 ( 25.40 cm per sec.) | 7.60 |
| 75 ( 38.10 cm per sec.) | 7.75 |
| 100 ( 50.80 cm per sec.) | 7.95 |
| 125 ( 63.50 cm per sec.) | 8.10 |
| 150 ( 76.20 cm per sec.) | 8.25 |
| 175 ( 88.90 cm per sec.) | 8.40 |
| 200 (101.60 cm per sec.) | 8.60 |
| 225 (113.58 cm per sec.) | 8.75 |
| 250 (127.00 cm per sec.) | 8.90 |
| 300 (152.40 cm per sec.) | 9.20 |
| 350 (177.80 cm per sec.) | 9.50 |
| 400 (203.20 cm per sec.) | 9.75 |
| 450 (228.60 cm per sec.) | 10.00 |
| 500 (254.00 cm per sec.) | 10.25 |
| 550 (279.40 cm per sec.) | 10.45 |
| 600 (304.80 cm per sec.) | 10.70 |

**18.H.17.** Personnel hoists used in bridge tower construction shall be approved by a registered professional engineer and erected under the supervision of a qualified engineer competent in this field.

**18.H.18.** These hoists (18.H.17.) shall be inspected and maintained on a weekly basis. Whenever the hoisting equipment is exposed to winds exceeding 35 mph (56.33 kilometers per hour), it shall be inspected and put in operable condition before reuse.

**18.H.19.** Wire rope shall be taken out of service when any of the conditions described in paragraph 17.C.02 exist.

**18.H.20.** Rated load capacities, recommended operating speeds, and special hazard warnings or instructions shall be posted on cars and platforms.

### 18.I. WORKMAN'S HOISTS

**18.I.01.** Workman's hoists shall be designed, constructed, inspected, tested, and maintained in accordance with Safety Requirements for Workman's Hoists, ANSI A10.4.

109

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034637

INFORMATIONAL COPY ONLY

**18.I.02** The use of endless belt-type manlifts on construction shall be prohibited.

## 18.J. MATERIAL HOISTS

**18.J.01.** Material hoists shall be designed, constructed, inspected, tested, and maintained in accordance with the Safety Requirements for Material Hoists, ANSI A10.5.

**18.J.02.** Towers, Shaftways, and cars of material hoists shall be constructed of sound material capable of sustaining the maximum load to be imposed with a factor of safety of at least five.

**18.J.03.** Cars or platforms of all hoisting equipment shall be equipped with broken cable safety devices.

**18.J.04.** All towers shall rest on solid foundations, be plumb, and well-guyed or otherwise strongly anchored in four directions at the top and at least every 30 feet (9.14 meters) in height.

**18.J.05.** Hoist platforms or cars shall have all unused sides inclosed and the roof shall be constructed of material strong enough to afford protection from falling objects.

**18.J.06.** The roof may be hinged in sections to provide for hoisting of long material.

**18.J.07.** Hoist towers shall be enclosed on all sides for their entire height with a wire screen enclosure, formed of not less than No. 18 U.S. gage wire with openings not exceeding ½-inch mesh securely fastened to the tower structure, with openings formed onto each floor level.

**18.J.08.** Not more than one cage or bucket shall be operated at the same time by any one hoisting machine or operator.

**18.J.09.** Each electric motor driven hoist shall be provided with an electro-mechanical automatic motor brake or an electrical device to automatically hold the load in case of power failure.

**18.J.10.** Operating rules shall be established and posted at the operator's station of the hoist. Such rules shall include signal system and allowable line speed for various loads. Rules and notices shall be posted on the car frame or crosshead in a conspicuous location, including the statement " No Riders Allowed".

**18.J.11.** No person shall be allowed to ride on material hoists except for the purposes of inspection and maintenance.

**18.J.12.** All entrances of the hoistways shall be protected by substantial gates or bars which shall guard the full width of the landing

110

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034638

INFORMATIONAL COPY ONLY

entrance. All hoistway entrance bars and gates shall be painted with diagonal contrasting colors, such as black and yellow stripes.

**18.J.13.** Bars at hoistway entrances shall be not less than 2 by 4-inch wooden bars or the equivalent located 2 feet (60.96 cm) from the hoistway line. Bars shall be located not less than 36 inches (91.44 cm) nor more than 42 inches (1.07 m) above the floor.

**18.J.14.** Gates or bars protecting the entrances to hoistways shall be equipped with a latching device.

**18.J.15.** The operator's station of a hoisting machine shall be provided with overhead protection equivalent to tight planking not less than 2 inches (5.1 cm) thick. The support for the overhead protection shall be of equal strength.

**18.J.16.** All material hoist towers shall be designed by a registered professional engineer competent in this field.

## 18.K. PILEDRIVERS

**18.K.01.** The width of hulls for floating piledrivers shall not be less than 45 percent of the height of lead above the water. Operating deck of floating piledrivers shall be so guarded as to prevent piles which are being hoisted into driving position from swinging in over the deck.

**18.K.02.** Dogs on piledriver hoist drums that automatically disengage either by relieving the load or rotating the drum shall be prohibited.

**18.K.03.** All hose connections to pile driver hammers, pile ejectors, or jet pipes shall be securely attached with an adequate length of at least ¼-inch (6.35 mm) chain, having 3250 lbs (1.47 Mg) working load limit, alloy steel, or equal strength cable, to prevent whipping in the event the joint is broken.

**18.K.04.** Hanging or swinging leads of piledrivers shall have fixed ladders. Employees shall be prohibited from remaining on leads or ladders while pile is being driven. Fixed leads shall be provided with adequate rings or similar attachment points so that the loft worker may engage his safety belt lanyard to the leads.

**18.K.05.** Fixed piledriver leads shall be provided with decked landings having guard rails, intermediate rails, and toe boards. Fixed ladders or stairs shall be provided for access to landings and head blocks.

**18.K.06.** Landing or leads shall not be used for storage of any kind.

111

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034639

INFORMATIONAL COPY ONLY

**18.K.07.** Piledriver leads shall be provided with stop blocks to prevent the hammer from being raised against head block.

**18.K.08.** Pilehammers shall be lowered to bottom of leads while piledriver is being moved.

**18.K.09.** Suitable guys, outriggers, thrustouts, counter-balances, or rail clamps shall be provided as necessary to maintain stability of piledriver rigs.

**18.K.10.** Taglines shall be used for controlling "unguided piles" and "flying hammers."

**18.K.11.** Hoisting of steel piling shall he done by use of a closed shackle or other positive means of attachment that will prevent accidental disengagement.

**18.K.12.** If piling cannot be pulled without exceeding the load rating of equipment, a pile extractor shall be used.

**18.K.13.** When pulling piling, crane booms shall not be raised more than 60° (1.05 rad) above the horizontal.

**18.K.14.** Piling shall not be pulled by tipping the crane, releasing the load brake momentarily, and catching the load before the crane has settled.

**18.K.15.** Overhead protection shall be provided which will not obscure the vision of the operator and shall be the equivalent of 2-inch (5.08 cm) planking or other solid material of equivalent strength.

**18.K.16.** A blocking device, capable of safely supporting the weight of the hammer, shall be provided for placement in the leads under the hammer at all times while employees are working under the hammer.

**18.K.17.** Guards shall be provided across the top of the head block to prevent the cable from jumping out of the sheaves.

**18.K.18.** Steam line controls shall consist of two shutoff valves, one of which shall be quick-acting lever type within easy reach of the hammer operator.

**18.K.19.** When it is necessary to cut off the tops of driven piles, pile driving operations shall be suspended except where the cutting operations are located at least twice the length of the longest pile from the driver.

**18.K.20.** All pressure vessels which are a part of, or used with, pile driving equipment shall meet the applicable requirements of the

112


This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

American Society of Mechanical Engineers, Pressure Vessels (Section VIII).

**18.K.21.** All employees shall be kept clear when piling is being hoisted into the leads.

**18.K.22.** When driving jacked piles, all access pits shall be provided with ladders and bulkheaded curbs to prevent material from falling into the pit.

### 18.L. CONVEYORS, CABLEWAYS, AND RELATED EQUIPMENT

**18.L.01.** The Safety Code for Conveyors, Cableways, and Related Equipment (ANSI B20.1) shall govern the design, installation, operation, and maintenance of conveyors and conveying machinery except as modified herein.

**18.L.02.** Safe accessways shall be provided to permit essential inspection, lubrication, repair, and maintenance operations.

**18.L.03.** On all conveyors where reversing or runaway presents a hazard, "antirunaway" or "backup" stops or other safeguards shall be installed to protect persons and property from injury and damage. Conveyor systems shall be equipped with an audible warning signal to be sounded immediately before starting up the conveyor.

**18.L.04.** At all points along conveyor, excepting at points where loads are removed from or placed on a conveyor or where a conveyor discharges to or receives material from another conveyor, provisions shall be made to eliminate the possibility of loads or material being dislodged from the conveyor.

**18.L.05.** Crossovers or underpasses with proper safeguards shall be provided for passage over or under all conveyors. Crossing over or under conveyors, except where safe passageways are provided, is prohibited.

**18.L.06.** Whenever conveyors pass adjacent to, or over working areas, roadways, highways, railroads, or other public passageways, suitable protective guards shall be installed. The guards shall be designed to catch and hold any load or material that may fall off or become dislodged from the system.

**18.L.07.** Riding on conveyors is prohibited.

**18.L.08.** All conveyors shall be equipped with emergency stopping devices.

**18.L.09.** Where conveyors are operated in tunnels, pits, and

113

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034641

INFORMATIONAL COPY ONLY

similar inclosures, ample room shall be provided to allow safe accessway and operating space for all workmen.

**18.L.10.** Tunnels, pits, and similar inclosures shall be provided with adequate drainage, lighting, ventilation, and emergency stop controls, guards, and escapeways wherever it is necessary for persons to work in or enter such areas.

**18.L.11.** Conveyor tunnels under stock piles of materials shall be open at both ends.

**18.L.12.** All openings to hoppers, chutes, bins, or hazardous areas shall be protected to prevent unauthorized entry or persons from stepping or falling into them.

**18.L.13.** A log shall be maintained for each cableway in which all inspections, lubrications, maintenance activities, and repairs to cableway will be recorded. All log entries shall be signed by the responsible person performing the activity.

**18.L.14.** A daily inspection shall be made of all cableway components.

**18.L.15.** All running cables and moving gear on cableways shall be lubricated daily.

**18.L.16.** No other persons shall be permitted in the control console compartment with the operator while he is operating a cableway.

**18.L.17.** The operating control compartment shall be kept locked when the cableway is in use.

**18.L.18.** At least two systems of communication and control shall be continuously maintained between the signalman and the cableway operator. This dual system shall include voice communication by telephone and radio. Lights or bells may be included with or substituted for one of the voice systems.

**18.L.19.** Whenever a dual communication system cannot be maintained, the operator shall lock out cableway controls.

**18.L.20.** Cableway carriage platforms shall be equipped with guardrails, intermediate rails, and toeboards. All open areas between guardrails and toeboards shall be protected with wire mesh.

**18.L.21.** Only authorized inspection and maintenance personnel shall be permitted to ride cableway carriages.

**18.L.22.** Riding of cableway load blocks shall not be permitted.

**18.L.23.** Buckets or loads suspended by cableway load lines shall not be drifted from the perpendicular by any powered means.

114

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034642

### 18.M. BASE MOUNTED DRUM HOISTS

**18.M.01.** Exposed moving parts such as gears, projecting screws, setscrews, chains, cables, chain sprockets, and reciprocating or rotating parts, which constitute a hazard, shall be guarded.

**18.M.02.** All controls used during the normal operation cycle shall be located within easy reach of the operator's station.

**18.M.03.** Electric motor operated hoists shall be provided with:

a. A device to disconnect all motors from the line upon power failure and not permit any motor to be restarted until the controller handle is brought to the "off" position;

b. Where applicable, an overspeed preventive device; and

c. A means whereby remotely operated hoists stop when any control is ineffective.

**18.M.04.** All base-mounted drum hoists in use shall meet the applicable requirements for design, construction, installation, testing, inspection, maintenance, and operations, as prescribed by the manufacturer.

### 18.N. OVERHEAD HOISTS

**18.N.01.** The safe working load of the overhead hoist, as determined by the manufacturer, shall be indicated on the hoist, and this safe working load shall not be exceeded.

**18.N.02.** The supporting structure to which the hoist is attached shall have a safe working load equal to that of the hoist.

**18.N.03.** The support shall be arranged so as to provide for free movement of the hoist and shall not restrict the hoist from lining itself up with load.

**18.N.04.** The hoist shall be installed only in locations that will permit the operator to stand clear of the load at all times.

**18.N.05.** Air hoists shall be connected to an air supply of sufficient capacity and pressure to safely operate the hoist. All air hoses supplying air shall be positively connected to prevent their becoming disconnected during use.

**18.N.06.** All overhead hoists in use shall meet the applicable requirements for construction, design, installation, testing, inspection, maintenance, and operation, as prescribed by the manufacturer.

### 18.O. AERIAL EQUIPMENT

**18.O.01.** Aerial lifts shall be designed and constructed in

115

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034643

INFORMATIONAL COPY ONLY

conformance with the applicable requirements of the American National Standard for "Vehicle Mounted Elevating and Rotating Work Platforms," ANSI A92.2. Aerial lifts include the following types of vehicle-mounted aerial devices used to elevate personnel to jobsites above ground: (a) extensible boom platforms, (b) aerial ladders, (c) articulating boom platforms, (d) vertical towers, and (e) a combination of any of the above. Aerial equipment may be made of metal, wood, fiberglass reinforced plastic (FRP), or other material; may be powered or manually operated; and are deemed to be aerial lifts whether or not they are capable of rotating about a substantially vertical axis.

**18.O.02.** Aerial lifts may be "field modified" for uses other than those intended by the manufacturer provided the modification has been certified in writing by the manufacturer or by any other equivalent entity, such as a nationally recognized testing laboratory, to be in conformity with all applicable provisions of ANSI A92.2 and this section and to be at least as safe as the equipment was before modification.

**18.O.03.** Aerial ladders shall be secured in the lower traveling positon by the locking device on top of the truck cab and the manually operated device at the base of the ladder before the truck is moved for highway travel.

**18.O.04.** Lift controls shall be tested each day prior to use to determine that such controls are in safe working condition.

**18.O.05.** Only authorized persons shall operate an aerial lift.

**18.O.06.** Belting off to an adjacent pole structure or equipment while working from an aerial lift shall not be permitted.

**18.O.07.** Employees shall always stand firmly on the floor of the basket and shall not sit or climb on the edge of the basket or use planks, ladders, or other devices for a work position.

**18.O.08.** A body belt shall be worn and a lanyard attached to the boom or basket when working from an aerial lift.

**18.O.09.** Boom and basket load limits specified by the manufacturer shall not be exceeded.

**18.O.10.** When outriggers are used, they shall be positioned on pads or a solid surface and the brakes shall be set. Wheel chocks shall be installed before using an aerial lift on an incline.

**18.O.11.** An aerial lift truck shall not be moved when the boom is elevated in a working position with men in the basket except for

116

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034644

INFORMATIONAL COPY ONLY

equipment which is specifically designed for this type of operation in accordance with the provisions of paragraphs 18.O.01. and 18.O.02. of this section.

**18.O.12.** Articulating boom and extensible boom platforms, primarily designed as personnel carriers, shall have both platform (upper) and lower controls. Upper controls shall be in or beside the platform within easy reach of the operator. Lower controls shall provide for overriding the upper controls. Controls shall be plainly marked as to their function. Lower level controls shall not be operated unless permission has been obtained from the employee in the lift, except in case of emergency.

**18.O.13.** The insulated portion of an aerial lift shall not be altered in any manner that might reduce its insulating value.

**18.O.04.** Before moving an aerial lift for travel, the boom(s) shall be inspected to see that it is properly cradled and outriggers are in stowed position except as provided in paragraph 18.O.11.

**18.O.15.** All electrical tests shall conform to the requirements of ANSI A92.2, Section 5. However, equivalent d.c. voltage tests may be used in lieu of the a.c. voltage specified in A92.2. Voltage (d.c.) tests which are approved by the equipment manufacturer or equivalent entity shall be considered an equivalent test.

**18.O.16.** The provisions of the American National Standards Institute Standard ANSI A92.2, Section 4.9, Bursting Safety Factor, shall apply to all critical hydraulic and pneumatic components. Critical components are those in which a failure would result in a free fall or free rotation of the boom. All noncritical components shall have a bursting safety factor of at least 2 to 1.

**18.O.17.** All welding shall conform to the following standards as applicable:

a. Standard Qualification Proceedure, AWS B3.0.

b. Recommended Practices for Automotive Welding Design, AWS D8.4.

c. Standard Qualification of Welding Procedures and Welders for Piping and Tubing, AWS D10.9.

d. Specifications for Welding Highway and Railway Bridges, AWS D2.0.

## 18.P. CONCRETE EQUIPMENT

**18.P.01.** Bulk storage bins, containers, or silos shall have conical or tapered bottoms with mechanical or pneumatic means of starting

117

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034645

the flow of material.

**18.P.02.** Concrete mixers equipped with 1-yard (0.76 cubic meters) or larger loading skips shall be equipped with a mechanical device to clear the skip of material.

**18.P.03.** Mixers of 1-yard (0.76 cubic meters) capacity or greater shall be equipped with protective guardrails installed on each side of the skip.

**18.P.04.** Handles on bull floats used where they may contact energized electrical conductors shall be constructed of nonconductive material, or insulated with a nonconductive sheath whose electrical and mechanical characteristics provide the equivalent protection of a handle constructed of nonconductive material.

**18.P.05.** Powered and rotating-type concrete troweling machines that are manually guided shall be equipped with a control switch that will automatically shut off the power whenever the operator removes his hands from the equipment handles.

**18.P.06.** Handles of buggies shall not extend beyond the wheels on either side of the buggy. Installation of knuckle guards on buggy handles is recommended.

**18.P.07.** Pumpcrete or similar systems using discharge pipes shall be provided with pipe supports designed for 100 percent overload. Compressed air hose in such systems shall be provided with positive fail-safe joint connectors to prevent separation of sections when pressurized.

**18.P.08.** Concrete buckets equipped with hydraulic or pneumatically operated gates shall have positive safety latches or similar safety devices installed to prevent premature or accidental dumping. The buckets shall be designed to prevent aggregate and loose material from accumulating on the top and sides of the bucket.

**18.P.09** Riding of concrete buckets for any purpose shall be prohibited and vibrator crews shall be kept out from under concrete buckets suspended from cranes or cableways.

**18.P.10.** When discharging on a slope, the wheels of ready-mix trucks shall be blocked and the brakes set to prevent movement.

**18.P.11.** Nozzlemen applying a cement, sand, and water mixture through a pneumatic hose shall be required to wear protective hand and face equipment.

## 18.Q. OVERHEAD AND GANTRY CRANES

118

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034646

**18.Q.01.** The rated load of the crane shall be plainly marked on each side of the crane and this marking shall be clearly legible from the ground or floor. If the crane has more than one hoisting unit, each hoist shall have its rated load marked on it or its load block.

**18.Q.02.** Bridge trucks shall be equipped with sweeps which extend below the top of the rail and project in front of the truck wheels.

**18.Q.03.** Except for floor-operated cranes, a gong or other effective audible warning signal shall be provided for each crane equipped with a power traveling mechanism.

**18.Q.04.** All overhead and gantry cranes in use shall meet the applicable requirements for design, construction, installation, testing, maintenance, inspection, and operation as prescribed in the ANSI B30.2, Safety Code for Overhead and Gantry Cranes.

### 18.R. HELICOPTER CRANES

**18.R.01.** Helicopter cranes shall comply with applicable regulations of the Federal Aviation Administration.

**18.R.02.** Prior to each day's operation, a briefing shall be conducted. This briefing shall set forth the plan of operation for the pilot and ground personnel.

**18.R.03.** Load shall be properly slung. Tag lines shall be of a length that will not permit their being drawn up into rotors. Pressed sleeve, swedged eyes, or equivalent means shall be used for all freely suspended loads to prevent hand splices from spinning open or cable clamps from loosening.

**18.R.04.** All electrically operated cargo hooks shall have the electrical activating device so designed and installed as to prevent inadvertent operation. In addition, these cargo hooks shall be equipped with an emergency mechanical control for releasing the load. The hooks shall be tested prior to each day's operation to determine that the release functions properly, both electrically and mechanically.

**18.R.05.** Personal protective equipment for employees receiving the load shall consist of complete eye protection and hard hats secured by chinstraps.

**18.R.06.** Loose-fitting clothing likely to flap in the downwash, and thus be snagged on hoist line, shall not be worn.

**18.R.07.** Every practical precaution shall be taken to provide for the protection of the employees from flying objects in the rotor

119

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034647

downwash. All loose gear within 100 feet (30.48 m) of the place of lifting the load, depositing the load, and all other areas susceptible to rotor downwash shall be secured or removed.

**18.R.08.** The helicopter operator shall be responsible for size, weight, and manner in which loads are connected to the helicopter. If, for any reason, the helicopter operator believes the lift cannot be made safely, the lift shall not be made.

**18.R.09.** When employees are required to perform work under hovering craft, a safe means of access shall be provided for employees to reach the hoist line hook and engage or disengage cargo slings. Employees shall not perform work under hovering craft except when necessary to hook, unhook, or position loads.

**18.R.10.** Static charge on the suspended load shall be dissipated with a ground device before ground personnel touch the suspended load, or protective rubber gloves shall be worn by all ground personnel touching the suspended load.

**18.R.11.** The weight of an external load shall not exceed the manufacturer's rating.

**18.R.12.** Hoist wires or other gear, except for pulling lines or conductors that are allowed to "pay out" from a container or roll off a reel, shall not be attached to any fixed ground structure or allowed to foul on any fixed structures.

**18.R.13.** When visibility is reduced by dust or other conditions, ground personnel shall exercise special caution to keep clear of main and stabilizing rotors. Precautions shall also be taken to eliminate reduced visibility.

**18.R.14.** Signal systems between aircrew and ground personnel shall be understood and checked in advance of hoisting the load. This applies to either radio or hand signal systems. Hand signals shall be as shown in APPENDIX T.

**18.R.15.** No unauthorized person shall be allowed to approach within 50 feet (15.24 m) of the helicopter when the rotor blades are turning.

**18.R.16.** Whenever approaching or leaving a helicopter with blades rotating, all employees shall remain in full view of the pilot and keep in a crouched position. Employees shall avoid the area from the cockpit or cabin rearward unless authorized by the helicopter operator to work there.

**18.R.17.** There shall be constant reliable communication between

120

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034648

the pilot and a designated employee of the ground crew who acts as a signalman during the period of loading and unloading, This signalman shall be distinctly recognizable from other ground personnel.

**18.R.18.** Good housekeeping shall be maintained in all helicopter loading and unloading areas.

### 18.S. JACKS-LEVER AND RATCHET, AND HYDRAULIC

**18.S.01.** The manufacturer's rated capacity shall be legibly marked on all jacks and shall not be exceeded.

**18.S.02.** All jacks shall have a positive stop to prevent overtravel.

**18.S.03.** Hydraulic jacks used in lift slab construction shall have a safety device which will cause the jacks to support the load in any position in the event the jack malfunctions.

**18.S.04.** If lift slabs are automatically controlled, a device shall be installed which will stop the operation when the ½-inch (1.27 cm) leveling tolerance is exceeded.

**18.S.05.** When it is necessary to provide a firm foundation, the base of the jack shall be blocked or cribbed. Where there is a possibility of slippage of the metal cap of the jack, a wood block shall be placed between the cap and the load.

## SECTION XIX

# MOTOR VEHICLES

### 19.A. GENERAL

**19.A.01.** The term "Motor Vehicle" as used in this section and hereafter referred to as a vehicle shall mean any vehicle propelled by a self-contained power unit and vehicles designed to be towed by a vehicle having a self-contained power unit, except a vehicle designed for use on railways or other trackage, or equipment designed for exclusive use off the highway.

**19.A.02.** Every person regularly or occasionally operating a motor vehicle shall have in his possession, at all times while operating such vehicle, a permit valid for the equipment being operated.

**19.A.03.** No vehicle shall be placed in service until it has been inspected by a mechanic and found to be in safe operating condition.

**19.A.04.** All vehicles shall be inspected on a scheduled maintenance program. Vehicles in use shall be checked at the

121

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034649

beginning of each shift to assure that the following parts, equipment, and accessories are in safe operating condition and free of apparent damage that could cause failure while in use; service brakes, including trailer brake connections; parking system (hand brake); emergency stopping system (brakes); tires; horns; steering mechanism; coupling devices; seat belts; operating controls; and safety devices. All defects shall be corrected before the vehicle is placed in service. These requirements also apply to equipment such as lights, reflectors, windshield wipers, defrosters, and fire extinguishers where such equipment is necessary.

**19.A.05.** Vehicles found to be in unsafe operating condition shall be removed from service, repaired or replaced, and reinspected before being placed in service again.

**19.A.06.** All vehicles or combination of vehicles operated between sunset and sunrise shall have the following lights:

a. Two headlights, one on each side.

b. At least one red taillight and one red or amber stop light on each side.

c. Directional signal lights both front and back.

d. Three emergency flares, reflective markers, or equivalent portable warning device.

**19.A.07.** All vehicles, except trailers or semitrailers having a gross weight of 5,000 pounds (2268 kg) or less, shall be equipped with service brakes and hand-operated parking brakes. Service and parking brakes shall be adequate to control the movement of, to stop, and to hold the vehicle under all conditions of service. Service brakes on trailers and semitrailers shall be controlled from the driver's seat of the prime mover.

**19.A.08.** Braking systems on every combination of vehicles shall be so designed as to be in approximate synchronization on all wheels and developing the required braking effort on the rearmost wheels first. Such design shall also provide for application of the brakes by the driver of the prime mover from his cab. Exceptions to this are vehicles in tow by approved tow bar hitch.

**19.A.09.** Every motor vehicle shall be equipped with a speedometer, a fuel gage, and an adequate audible warning device in proper operating condition.

**19.A.10.** Every vehicle shall have a windshield and shall be equipped with a windshield wiper.

**19.A.11.** Every vehicle shall be equipped with a defrosting and defogging device.

122

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034650

**19.A.12.** All vehicles shall be equipped with a rear view mirror or mirrors.

**19.A.13.** Cabs, cab shields, and other protection shall be provided on all vehicles to protect the driver from the elements and falling or shifting materials.

**19.A.14.** Nonslip surfaces shall be provided on steps of all vehicles.

**19.A.15.** Glass in windshields, windows, and doors shall be safety glass.

**19.A.16.** Cracked or broken glass shall be replaced.

**19.A.17.** All towing devices used on any combinations of vehicles shall be structurally adequate for the weight drawn and securely and properly mounted.

**19.A.18.** A locking device or double safety system, shall be provided on every fifth wheel mechanism and tow bar arrangement which will prevent the accidental separation of towed and towing vehicles.

**19.A.19.** Every full trailer shall be coupled with safety chains or cables to the towing vehicle. Such chain or cable shall be adequate to prevent the separation of the vehicles in the event of failure of the tow bar.

**19.A.20.** All dump trucks shall be equipped with a holding device to prevent accidental lowering of the body while maintenance or inspection work is being done.

**19.A.21.** All hoist levers shall be secured to prevent accidental starting or tripping of the mechanism.

**19.A.22.** Trip handles for tailgates on all dump trucks shall be arranged to keep the operator in the clear.

**19.A.23.** All vehicles shall be equipped with a power-operated starting device.

**19.A.24.** All buses, trucks, and combinations of vehicles with a carrying capacity of 1½-tons (1360.8 kg) or over, when operated on public highways, shall be equipped with emergency equipment required by applicable state laws but not less than:

a. One red flag not less than 12 inches (30.48 cm) square with standard and 3 reflective markers which shall be available for immediate use in case of emergency stops.

b. Two wheel chocks for each vehicle or each unit of a combination of vehicles.

123

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034651

c. At least one 10-A:B:C dry chemical or $CO_2$ fire extinguisher. Two dry chemical or $CO_2$ fire extinguishers are required for flammable cargoes.

**19.A.25.** The exhaust fumes of vehicles shall be controlled in such a manner that they will present no hazards to the operator, attendants, or other occupants.

**19.A.26.** Records of tests and inspections shall be maintained at the site and shall be available on request to the Contracting Officer's representative.

**19.A.27.** A safety tire rack, cage; or equivalent protection shall be provided and used when inflating, mounting, or dismounting tires installed on split rims, or rims equipped with locking rings or similar devices.

**19.A.28.** All rubber-tired motor vehicles shall be equipped with fenders. Mud flaps may be used in lieu of fenders whenever motor vehicle equipment is not designed for fenders.

## 19.B. OPERATING RULES

**19.B.01.** No vehicle shall be driven at a speed greater than is reasonable and proper, with due regard for weather, traffic, intersections, width and character of the roadway, type of motor vehicle, and any other existing condition. The operator must at all times have the vehicle under such control as to be able to being it to a complete stop within the assured clear distance ahead.

**19.B.02.** Headlight beams shall be depressed when approaching other vehicles.

**19.B.03.** No vehicle shall be driven on a down-grade with gears in neutral or clutch disengaged.

**19.B.04.** Every vehicle, upon approaching a railroad crossing or drawbridge, shall be driven at such a speed as to permit stopping before reaching the nearest track or the edge of the draw and shall proceed only if the course is clear.

**19.B.05.** No vehicle shall be stopped, parked, or left standing on any road or adjacent thereto or in any area in such a manner as to endanger the vehicle, other vehicles, equipment, or personnel using or passing that road or area.

**19.B.06.** No vehicle shall be left unattended until after the motor has been shut off, the key removed (unless local regulations prohibit), parking brake securely set, and gear engaged in low, reverse, or park. If stopped on a hill or grade, front wheels shall be

124

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034652

INFORMATIONAL COPY ONLY

turned or hooked into the curb or the wheels securely chocked.

**19.B.07.** All vehicles carrying loads which project beyond the sides or more than 4 feet (1.22 m) beyond the rear of the vehicle shall carry a red light at or near the end of the projection at night or whenever atmospheric conditions are such that it is necessary. At other times, a red flag not less than 12 inches (30.48 cm) square shall be used.

**19.B.08.** Employees shall not be permitted to get between a towed and towing vehicle except when hooking or unhooking.

**19.B.09.** No vehicle or combination of vehicles hauling unusually heavy loads or equipment shall be moved until the driver has been provided with required permits, the correct weights of the vehicles and load, and a designated route to be followed.

**19.B.10.** The operators of vehicles shall make certain that the way is clear before backing or maneuvering.

a. Trucks shall have a reverse signal alarm audible above the surrounding noise, or

b. Trucks shall be backed up only when an observer signals that it is safe.

**19.B.11.** Operators of vehicles transporting personnel, explosives, flammables, or toxic substances shall come to a full stop at railroad crossings or drawbridges and shall not proceed until the course is clear, provided, however, that a full stop shall not be required at a streetcar crossing within a business or residential district nor at a railroad grade crossing or drawbridge protected by a watchman or traffic officer on duty or by a traffic signal giving a positive indication to approaching vehicles to proceed.

**19.B.12.** When a bus, truck, or truck-trailer combination is disabled or parked on the traveled portion of a highway or the shoulder adjacent thereto, red flags shall be displayed during the daytime and reflectors, flares, or electric lights at night. An exception may be made in residential or business sections of municipalities.

**19.B.13.** The principles of defensive driving shall be practiced.

## 19.C. TRANSPORTATION OF PERSONNEL

**19.C.01.** The number of passengers in passenger-type vehicles shall not exceed the number which can be seated.

**19.C.02.** Trucks being used to transport personnel shall be equipped with a seating arrangement securely anchored, a rear endgate,

125

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034653

and guardrail. Steps or ladders, for mounting and dismounting, shall be provided.

**19.C.03.** Bodies of dump trucks shall be made fast to chassis while being used to transport personnel. They shall be securely fastened by a chain or equivalent in addition to the normal locking device of dumping mechanism.

**19.C.04.** All tools and equipment shall be guarded, stowed, and secured when transported with personnel.

**19.C.05.** Under no circumstances shall any person be permitted to ride with arms or legs outside of truck body, in a standing position on the body, or on running boards, or seated on side fenders, cabs, cab shields, rear of truck, or on the load.

**19.C.06.** All vehicles transporting personnel during cold or inclement weather shall be inclosed.

**19.C.07.** No explosives, flammable materials (excepting normal fuel supply), or toxic substances shall be transported in vehicles while carrying personnel.

**19.C.08.** No vehicle transporting personnel shall be moved until the driver has ascertained that all persons are seated and the required guardrails and rear endgates are in place or doors closed.

**19.C.09.** Getting on or off any vehicle while it is in motion is prohibited.

## 19.D. FUELING

**19.D.01.** All motor vehicles shall be shut down prior to and during fueling operations.

## 19.E. LOADING

**19.E.01.** Drivers of trucks and similar vehicles shall leave the cab while vehicle is being loaded when exposed to danger from suspended or overhead loading equipment or methods.

**19.E.02.** No vehicle shall be so loaded as to obscure the driver's view ahead or to either side or to interfere in any manner with the safe operation of such vehicle.

**19.E.03.** No part of the load shall extend beyond the sides of the vehicle, except under unavoidable circumstances and then such warnings shall be provided and precautions taken to prevent endangering passing traffic or damage to the conveying vehicle.

**19.E.04.** The load on every vehicle shall be properly distributed, chocked, tied down, or otherwise secured.

126

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034654

INFORMATIONAL COPY ONLY

**19.E.05.** No vehicle shall be driven with a load overhanging the rear or sides until proper warning flags or lights are in place and the driver has ascertained that required vehicle lights or reflectors are not obscured.

## SECTION XX
# AIRCRAFT

### 20.A. GENERAL

**20.A.01.** All non-military aircraft used in the United States shall be properly registered, certified in the standard category and maintained in accordance with the air-worthiness standards of the Federal Aviation Administration (FAA) or, if used outside the United States, in accordance with a comparable governing body of foreign or international authority as appropriate.

**20.A.02.** All non-military contract pilots shall hold at least a commercial pilot certificate with instrument rating. All non-military pilots shall possess ratings necessary to comply with the FAA Regulations governing the type of aircraft and operations involved.

**20.A.03.** All non-military aircraft shall be equipped with a two-way radio. They shall also be equipped for Visual Flight Rules (VFR) (day), VFR (night), or Instrument Flight Rules (IFR) in accordance with 14 CFR 91 (FAR Part 91), General Operating and Flight Rules.

**20.A.04.** All civilian flights shall be conducted in accordance with the FAA rules governing conduct for the specific type of operation performed. Examples are 14 CFR 133 (FAR Part 133), Rotocraft External-Load Operations; 14 CFR 135 (FAR Part 135), Air Taxi Operators and Commercial Operators of Small Aircraft; and 14 CFR 91 (FAR Part 91), General Operating and Flight Rules. All military flights shall be conducted under FAA Regulations and/or Army Regulations (series 95) or Air Force Regulations, whichever is appropriate.

## SECTION XXI
# PRESSURIZED EQUIPMENT AND SYSTEMS

127

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034655

## 21.A. GENERAL

INFORMATIONAL COPY ONLY

**21.A.01.** Pressurized equipment and systems shall be inspected and tested before being placed in service; after any alteration, repairs, or modification; and at not more than six-month intervals. Permanent installations shall be inspected and tested at least annually. Records of the required inspections and tests shall be available for review upon request.

**21.A.02.** As a minimum performance test, the equipment and system shall be subjected to at least the overpressure for actuating a properly adjusted safety relieving device. The reliability of gauges and relieving and control devices shall be demonstrated.

**21.A.03.** Safety relief valve setting not more than 10 percent over working pressure is recommended. In no case shall the safety relief valve be set higher than the maximum allowable working pressure of the receiver or the system.

**21.A.04.** Any pressurized equipment or system found to be in an unsafe operating condition shall be tagged at the controls — "Out of Service, Do Not Use," and its use prohibited until unsafe conditions have been corrected.

**21.A.05.** Pressurized equipment shall be operated and maintained only by qualified and designated personnel.

**21.A.06.** No safety appliance or device shall be removed or made ineffective except for the purpose of making immediate repairs or adjustments and then only after the pressure has been relieved and the power shut off.

**21.A.07.** Repairs or adjustment to equipment under pressure shall require a safe clearance procedure.

**21.A.08.** The discharge from safety valves, relief valves, and blowoffs shall be located so that they do not constitute a hazard to workmen.

**21.A.09.** Master valves and controls shall be so located or equipped to permit operation from floor level or provided with safe access.

**21.A.10.** All pressurized equipment and systems shall be equipped with an approved type pressure gauge.

**21.A.11.** Approved type safety or relief valves shall be provided on all pressurized equipment and systems. The relieving capacity of safety valves shall be enough to limit the system to 10 percent above the maximum allowable working pressure.

128

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034656

**21.A.12.** No valve shall be placed between the pressure vessel or generating equipment and a safety or relief valve.

**21.A.13.** No valve shall be placed between the relief valve and the atmosphere.

**21.A.14.** Safety or relief valves, after being adjusted, shall be sealed.

**21.A.15.** When the pressure registers above the maximum allowable working pressure on the gauge without the relief valve operating, the pressure gauge shall be checked immediately. If such check indicates that the releif valve is inoperative, the equipment shall be removed from service until the relief valve has been adjusted or replaced.

**21.A.16.** Piping shall meet requirements of the Code for Power Piping (ANSI B31.1).

**21.A.17.** Pressurized manually held utilization equipment, subject to whipping or rotation if released, shall be provided with an automatic shut-off or control of the dead man type.

**21.A.18.** Saftey lashings shall be provided at connections between tools and hoses, at all quick makeup connections, and at connections in lines not secured in place. If the system contains devices to detect and stop excess flow, the lashings may be omitted.

**21.A.19.** All pressurized cylinders actuating booms, outriggers, or other load supporting appliances shall be equipped with pilot check valves, holding valves, or positive mechanical locks to prevent movement in case of failure in the pressure system. Replacement of pressure system fittings shall be with new parts equivalent to the manufacturer's standards.

**21.A.20.** Hydrostatic testing of unfired pressured vessels shall be performed when vessels are installed, when placed in service after lay-up, after any repairs or modifications, and every three years, or when conditions found during inspections warrant such tests. Testing shall be in accordance with ASME Code for Unfired Pressure Vessels. The following classes of unfired vessels are exempt from the requirement of this paragraph:

a. Vessels designed for a maximum allowable pressure not exceeding 15 psi ($1.034 \times 10^5$ Pa).

b. Vessels having an internal volume of 5 cubic feet (0.14 cubic meters) or less and a maximum pressure of 100 psi ($6.895 \times 10^5$ Pa).

129

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034657

c. Compression tanks containing water under pressure not exceeding 100 psi (6.895 x 10^5Pa.) and temperatures not exceeding 200 degrees F (366.48 K).

d. Compression tanks containing water and fitted with a permanent air charging line subject to pressures not exceeding 15 psi (1.034 x 10^5Pa) and temperatures not exceeding 200 degrees F (366.48 K).

e. Fire extinguishers. See Sub-Section 13.A.

**21.A.21.** Tests for structural integrity or leaks using pressurized gases, such as air, are prohibited except testing of bulk POL storage tanks under API standards.

## 21.B. COMPRESSED AIR AND GAS EQUIPMENT AND SYSTEMS

**21.B.01.** Air receivers shall be constructed in accordance with the ASME Code for Unfired Pressure Vessels.

**21.B.02.** All safety valves used shall be constructed, installed, and maintained in accordance with the ASME Code for Unfired Pressure Vessels.

**21.B.03.** Compressors and related equipment shall be located to provide safe access to all parts of the equipment for operation, maintenance, and repairs.

**21.B.04.** Safety appliances, such as safety valves, indicating devices, and controlling devices, shall be constructed, located, and installed so that they cannot be readily rendered inoperative by any means, including the elements.

**21.B.05.** A speed governor, independent of the unloaders, shall be installed on all air compressors except those driven by electrical induction or electrical synchronized motors.

**21.B.06.** If the air compressor is engine or turbine driven, an auxiliary control to the governor shall be installed to prevent racing when the unloader operates.

**21.B.07.** Every air compressor shall automatically stop its air-compressing operation before the discharge pressure exceeds the maximum working pressure allowable on the weakest portion of the system. An air by-pass and alarm may be used as an alternative.

**21.B.08.** If this automatic mechanism is electrically operated, the actuating device shall be so designed and constructed that the electrical contact or contacts cannot lock or fuse in a position that will cause the compressor to continue its air-compressing

130

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034658

INFORMATIONAL COPY ONLY

operation.

**21.B.09.** Provision shall be made to exclude flammables, toxic gases, vapors, or dusts from the compressor and to prevent steam, water, or waste of any sort being blown or drawn into the compressor intake.

**21.B.10.** No valve shall be installed in the air intake pipe to an air compressor with an atmospheric intake.

**21.B.11.** The air discharge piping from the compressor to the air receiver shall be at least as large as the discharge opening on the air compressor.

**21.B.12.** If a stop valve is installed between the compressor and the receiver, spring-loaded safety valves shall be installed between the air compressor and the stop valve. The total capacity of such safety valves shall be sufficient to limit pressure in the air discharge piping to 10 percent above the working pressure of the piping.

**21.B.13.** Stop valves shall preferably be of the gate type. If a globe valve is used, it shall be so installed that the pressure is under the seat and that the valve will not trap condensation.

**21.B.14.** Provision shall be made in the system for expansion and contraction, and to counteract pulsation and vibration.

**21.B.15.** Piping shall be equipped with traps or other means for removing liquid from the lines.

**21.B.16.** Air discharge piping shall be installed to eliminate possible oil pockets.

**21.B.17.** A stop valve shall be installed between the air receiver and each piece of stationary utilization equipment at a point convenient to the operator.

**21.B.18.** A stop valve shall be installed at each outlet to which an air hose may be attached.

**21.B.19.** Air receivers shall be installed so that all drains, hand-holes, and manholes are easily accessible.

**21.B.20.** Air receivers should be supported with sufficient clearance to permit a complete external inspection and to avoid corrosion of external surfaces.

**21.B.21.** Under no circumstances shall an air receiver be buried underground or located in an inaccessible place.

**21.B.22.** The receiver should be located to keep the discharge pipe as short as possible.

**21.B.23.** The receiver should be located in a cool place to facilitate

131

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034659

condensation of moisture and oil vapors.

**21.B.24.** A drain valve shall be installed at the lowest point of every air receiver to provide for the removal of accumulated oil and water.

**21.B.25.** Adequate automatic traps may be installed in addition to drain valves.

**21.B.26.** The drain valve on the air receiver shall be opened and the receiver completely drained often enough to prevent the accumulation of excessive amounts of liquid in the receiver.

**21.B.27.** No tool change or repair work shall be done until the stop valve in the air line supplying the equipment is closed.

**21.B.28.** Soapy water or any suitable non-toxic, non-inflammable solution may be used for cleaning the system.

**21.B.29.** Hose and hose connections used for conducting compressed air to utilization equipment shall be designed for the pressure and service to which they are subjected.

## 21.C. BOILERS AND SYSTEMS

**21.C.01.** Provisions of the ASME Boiler Construction Code shall apply in the construction, operation, maintenance, and inspection of steam boilers and pressure vessels.

**21.C.02.** Inspection shall be made to assure that all safety devices affecting operation of the firing equipment are installed in such a location that they cannot be isolated from the heat source by the closing of a valve.

**21.C.03.** When any boiler is being placed in service or restored to service after repairs to control circuits or safety devices, an operator shall be in constant attendance until controls have functioned through several cycles and equipment has been fully placed in service.

**21.C.04.** Fired pressure vessels operating at a pressure in excess of fifteen pounds per square inch ($1.03 \times 10^5$Pa) shall be inspected annually for conformity with rules to which built.

**21.C.05.** Boilers which have undergone major structural repairs or which have been relocated during the 12 calendar months for which certification has been made shall be reinspected and a new certificate posted before being put into operation.

**21.C.06.** Fusible plugs shall be provided on all boilers, other than those of the water tube type, and shall be replaced at inspection.

132

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034660

INFORMATIONAL COPY ONLY

**21.C.07.** When necessary to renew fusible plugs between inspections, a written report covering the circumstances and giving make and heat number of plugs removed and inserted shall be forwarded to the responsible boiler inspector.

**21.C.08.** All boilers shall be equipped with approved type water columns, gauge glass, and try cocks.

**21.C.09.** Gauge glasses and water columns shall be guarded.

**21.C.10.** When shutoffs are used on the connections to a water column, they shall be approved locking or sealing type.

**21.C.11.** All boilers shall be equipped with approved blowoff cocks or valves.

**21.C.12.** Blowoff cocks shall be operated at least once a day.

**21.C.13.** The blowoff line shall be arranged so that leakage can be observed by the operator.

### 21.D. COMPRESSED GAS CYLINDERS

**21.D.01.** Compressed gas cylinders shall be constructed, inspected, and tested in accordance with Department of Transportation requirements.

**21.D.02.** All Government-owned cylinders shall be color coded and the gas contained identified by name in accordance with Military Standard 101A, Color Code for Compressed Gas Cylinders.

**21.D.03.** Cylinders shall be stored in well-ventilated locations. Cylinders containing oxygen, acetylene, or other fuel gas shall not be taken into confined spaces.

**21.D.04.** Cylinders containing the same gas shall be stored in a segregated group. Empty cylinders shall be stored in the same manner.

**21.D.05.** Cylinders in storage shall be separated from flammable or combustible material by at least 40 feet (12.19 m) or by a fire resistive partition.

**21.D.06.** Cylinders containing oxygen or oxidizing gases in storage shall be separated from cylinders containing fuel gases by at least 20 feet (6.10 m) or a fire resistive partition, having at least a 1 hour rating.

**21.D.07.** No smoking shall be allowed wherever cylinders are stored.

**21.D.08.** Areas containing toxic gas in storage shall be appropriately placarded.

133

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034661

INFORMATIONAL COPY ONLY

**21.D.09.** Cylinders shall be protected from extremes of temperature, physical damage, and electric current.

**21.D.10.** Cylinder valves shall be closed when cylinders are in storage, in transit, not in use, or empty.

**21.D.11.** Cylinder valve caps shall be in place when cylinders are in storage, in transit, and whenever regulator is not in place.

**21.D.12.** All compressed gas cylinders in service shall be secured in substantial fixed or portable racks or hand trucks. Compressed gas cylinders transported by crane, hoist, or derrick shall be transported in cradles, nets, or skip pans, and never directly by slings, chains or magnets.

**21.D.13.** Compressed gas cylinders shall be secured in an upright position at all times, except when being hoisted.

**21.D.14.** Valve wrench or wheel shall be in operating position when cylinder is in use. Valves shall be opened slowly. Quick closing valves on fuel gas cylinders shall not be opened more than 1½ turns.

**21.D.15.** Cylinders shall be used only for designed purpose of containing a specific compressed gas. Cylinders shall be refilled only by qualified persons.

**21.D.16.** Cylinders shall be handled in a manner which will not weaken or damage the cylinder or valve.

**21.D.17.** Leaking cylinders shall be moved to an isolated location out of doors. Valve shall be cracked and gas allowed to escape slowly. Keep personnel and all sources of ignition away. Cylinder shall be tagged "Defective."

**21.D.18.** Cylinders containing different gases shall not be bled simultaneously in close proximity of each other.

**21.D.19.** Bleeding of cylinders containing toxic gases shall be accomplished only under the direct supervision of qualified personnel.

**21.D.20.** Oxygen or compressed gases shall not be used as a substitute for compressed air.

**21.D.21.** Oxygen cylinders and fittings shall be kept away from oil or grease. Cylinders, cylinder valves, couplings, regulators, hose, and apparatus shall be kept free from oil or greasy substance and shall not be handled with oily hands or gloves. Oxygen shall not be directed at oil surfaces, greasy cloths, or within a fuel oil or other storage tank or vessel.

134

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034662

**21.D.22.** When parallel sections of oxygen and fuel gas hose are taped together, not more than 4 inches (10.16 cm) out of 12 inches (30.48 cm) shall be covered by tape.

**21.D.23.** Hose which has been subject to flashback, or which shows evidence of severe wear or damage, shall be tested to twice the normal pressure to which it is subject, but in no case less than 300 psi (2.068 x $10^6$ Pa). Defective hose, or hose in doubtful condition, shall not be used.

**21.D.24.** Torches in use shall be inspected at the beginning of each working shift for leaking shutoff valves, hose couplings, and tip connections. Defective torches shall not be used.

**21.D.25.** Torches shall be lighted by friction lighters or other approved devices and not by matches or from hot work.

**21.D.26.** Oxygen and fuel gas pressure regulations, including their related gauges, shall be in proper working order while in use.

## SECTION XXII

# RAMPS, RUNWAY, PLATFORMS, SCAFFOLDS AND TOWERS

### 22.A. GENERAL

**22.A.01.** All temporary trestles, ramps, scaffolds, and similar load-bearing structures shall be designed, constructed, and maintained with a safety factor of not less than 4. These structures, including such accessories as braces, brackets, trusses, screw legs and ladders, damaged or weakened from any cause shall be immediately repaired or replaced.

**22.A.02.** Scaffolds, platforms, or temporary floors shall be provided for all work except that which can be done safely from the ground or similar footing. Erection, moving, dismantling or altering shall be under supervision of a competent person. The conditions for using safety nets and safety belts are described in Section 07.D. and paragraph 07.A.14.

**22.A.03.** Ladders shall be used as work platforms only when use of small hand tools or handling of light material is involved. No work requiring lifting of heavy materials or substantial exertion shall be done from ladders.

135

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034663

**22.A.04.** An access ladder or equivalent safe means of access shall be provided to all work areas.

**22.A.05.** Scaffolds, platforms, runways, floors, etc. shall be kept free of ice, snow, grease, mud, or any other material or equipment which will render them unsafe or hazardous to persons using them.

**22.A.06.** Where walkways and work surfaces are slippery, abrasive material shall be used to assure safe footing.

**22.A.07.** The width of all scaffolds, ramps, runways, and platforms shall be determined by the purpose for which built but in no case shall they be less than 18 inches (45.72 cm). They shall be of sufficient width to eliminate a congested condition of workmen and/or materials and equipment and shall provide unobstructed passageway for supplying materials and movement of workmen consistant with the work being performed.

**22.A.08.** The use of working platforms or scaffolds for the support of an outrigger boom, hoist, well pulley, or any other device or equipment used for hoisting materials will be permitted provided the platform or scaffold supports, and the individual member to which each device is attached, are reinforced or strengthened and braced to withstand the additional loads imposed upon them.

**22.A.09.** All load-carrying lumber used in the construction of ramps, runways, platforms, temporary floors, and scaffolds shall be at least 1,500 fiber (stress grade) construction grade, reasonably straight-grained, free of shakes, checks, splits, cross grains, unsound knots or knots in groups, decay and growth characteristics, or any other condition which will materially decrease the strength of the material. All dimensions are nominal sizes as provided in the American Lumber Standards, except that where rough sizes are noted, only rough or undressed lumber of the size specified will satisfy minimum requirements.

**22.A.10.** Ladder jacks, lean-to and prop-scaffolds are prohibited.

**22.A.11.** The supporting members shall be placed on a firm, rigid, smooth foundation of a nature that will prevent lateral displacement. Unstable objects such as barrels, boxes, loose bricks, or concrete blocks, shall not be used to support scaffolds or planks. Scaffolds shall be level. The poles, legs, or uprights of scaffolds shall be plumb and securely and rigidly braced to prevent swaying and displacement.

**22.A.12.** Nails shall be driven full length and the quantity and size used shall be determined by values in pounds for each size and

136

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034664

materials being used as applied to the total load to be supported.

**22.A.13.** Planking used as working surfaces on runways, platforms, ramps, or scaffolds shall be scaffold grades, or equivalent, not less than 2 inches (5.08 cm) in thickness, and be laid with their edges close together.

The maximum permissible spans for 2 x 10-inch or wider planks shall be as shown in the following:

| | Full thickness undressed lumber | | | Nominal thickness lumber[1] | |
|---|---|---|---|---|---|
| Working load (p.s.f.) | 25 | 50 | 75 | 25 | 50 |
| Permissible span (ft.) | 10 | 8 | 6 | 8 | 6 |

[1]Nominal thickness lumber not recommended for heavy duty use.

(See Appendix X for Metric Conversions)

**22.A.14.** Planking shall be supported or braced to prevent excessive spring or deflection and secured and supported sufficiently to prevent loosening, tipping, or displacement.

**22.A.15.** Planking on scaffolds other than outrigger scaffolds shall extend from the toeboard to not more than 6 inches (15.2 cm) from the face of the building or structure. See 22.F.08.

**22.A.16.** When planking is lapped, each plank shall lap its end supports at least 12 inches (30.5 cm). Where the ends of planks abut each other to form a flush floor, the butt joint shall be at the centerline of a pole. The abutted ends shall rest on separate bearers. Intermediate beams shall be provided where necessary to prevent dislodgment of planks due to deflection, and the ends shall be secured to prevent their dislodgment.

**22.A.17.** The dimensions of the members used in the construction of various types of working platforms or scaffolds shall conform to the sizes shown in the various tables in this manual or the latest edition of ANSI A10.8, Safety Requirements for Scaffolding.

**22.A.18.** Employees on runways, ramps, scaffolds, roofs, floors, platforms, cofferdams, or other working surfaces from which they may fall 6 feet (1.8 m) or more or working over water or machinery shall be protected by guardrails with intermediate rail and toeboard, catch platforms, temporary floors, safety nets, safety belts, or equivalent. See 07.A.14., 22.A.02., and Section 07.D.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034665

**22.A.19.** Guardrails, midrails, and toeboards shall be installed on all open sides and ends of platforms more than 6 feet (1.8 m) above the ground or floor, except needle beam scaffolds and floats. Scaffolds 4 feet to 6 feet (1.2 to 1.8 m) in height, having a minimum horizontal dimension in either direction of less than 45 inches (1.14 m), shall have standard guardrails installed on all open sides and ends of the platform.

**22.A.20.** Synthetic or natural fiber ropes shall not be used as guard rails. Wire rope may be used if tension is maintained to provide not more than 12 inches (30.5 cm) deflection in any direction from the center line under a 200 lb. (90.7 kg) weight. Support posts should be located not more than 8 feet (1.4 m) apart.

**22.A.21.** Where persons are required to work or pass under a work surface, a screen consisting of No. 18 gauge U.S. standard wire ½-inch mesh or the equivalent shall be provided between the toeboard and guard rail.

**22.A.22.** Wire, synthetic, or fiber rope used to support scaffolds shall be capable of supporting at least six times the intended load.

**22.A.23.** Ropes used to support scaffolds shall be capable of resisting chemicals or conditions to which they are exposed. No welding, burning, riveting, or open flame work shall be performed on any staging suspended by means of fiber or synthetic rope.

**22.A.24.** All planking or platforms shall be overlapped (minimum 12 inches (30.5 cm)) or secured from movement.

**22.A.25.** Scaffold planks shall extend over their end supports not less than 6 inches (15.2 cm) nor more than 12 inches (30.5 cm).

**22.A.26.** When a scaffold materially changes its direction, the platform planks shall be laid to prevent tipping. The planks that meet the corner putlog at an angle shall be laid first, and extend over the diagonally placed putlog far enough to have a good safe bearing but not far enough to involve any danger from tipping. The planking running in the opposite direction at an angle shall be laid so as to extend over and rest on the first layer of planking.

**22.A.27.** When moving platforms to the next level, the old platform shall be left undisturbed until the new putlogs or bearers have been set in place ready to receive the platform planks.

**22.A.28.** Overhead protection shall be provided for contractor and government personnel and the public exposed to hazards from falling objects.

138

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034666

INFORMATIONAL COPY ONLY

## 22.B. STANDARD GUARDRAIL

**22.B.01.** A standard railing shall consist of top rail, intermediate rail, toeboard, and posts, and shall have a vertical height of approximately 42 inches (1.07 m) from upper surface of top rail to floor, platform, runway, or ramp level. The top rail shall be smooth-surfaced throughout the length of the railing. The intermediate rail shall be halfway between the top rail and the floor, platform, runway, or ramp. The ends of the rails shall not overhang the terminal posts except where such overhang does not constitute a projection hazard. Minimum requirements for standard railings under various types of construction are specified in the following paragraphs:

**22.B.02.** Posts for wood railings shall be of at least 2-inch by 4-inch stock spaced not to exceed 8 feet (2.44 m); the top rail shall be of at least 2-inch by 4-inch stock; the intermediate rail shall be at least 1-inch by 6-inch stock.

**22.B.03.** Posts and top and intermediate railings for pipe railings shall be at least 1½ inches nominal diameter with posts spaced not more than 8 feet (2.44 m) on centers.

**22.B.04.** Posts and top and intermediate rails for structural steel railings shall be of 2-inch by 2-inch by ⅜-inch angles or other metal shapes of equivalent bending strength. The posts shall be spaced not more than 8 feet (2.44 m) on centers.

**22.B.05.** The anchoring of posts and framing of members for railings of all types shall be of such construction that the completed structure shall be capable of withstanding a load of at least 200 pounds (90.7 kg) applied in any direction at any point on the top rail with a minimum of deflection.

**22.B.06.** Railings receiving heavy stresses from employees trucking or handling materials shall be provided additional strength by the use of heavier stock, closer spacing of posts, bracing, or by other means.

**22.B.07.** Other types, sizes, and arrangements of railing construction are acceptable provided they meet the following conditions:

a. A smooth-surfaced top rail at a height above floor, platform, runway, or ramp level of approximately 42 inches (1.07 m);

b. A strength to withstand at least the minimum requirement of 200 pounds (90.7 kg) top rail pressure with a minimum deflection.

139



This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034667

c. Protection between top rail and floor, platform, runway, ramp, or stair treads, equivalent at least to that afforded by a standard intermediate rail;

d. Elimination of overhang or rail ends unless such overhang does not constitute a hazard.

**22.B.08.** A stair railing shall be of construction similar to a standard guardrail but the vertical height shall be not more than 34 inches (86.36 cm) nor less than 30 inches (76.2 cm) from upper surface of top rail to surface of tread in line with face of riser at forward edge of tread.

**22.B.09.** A standard toeboard shall be 4 inches (10.16 cm) vertical height from its top edge to the level of the floor, platform, runway, or ramp. It shall be securely fastened in place and have not more than ¼-inch (6.35 mm) clearance above floor level. It may be made of any substantial material, either solid, or with openings not over 1 inch (2.54 cm) in greatest dimension. Where material is piled to such height that a standard toeboard does not provide protection, paneling or screening from floor to intermediate rail or to top rail shall be provided.

**22.B.10.** A standard handrail shall be of construction similar to a standard guardrail except that it is mounted on a wall or partition and does not include an intermediate rail. It shall have a smooth surface along the top and both sides of the handrail. The handrail shall have an adequate handhold for any one grasping it to avoid falling. Ends of the handrail shall be constructed so as not to constitute a projection hazard.

**22.B.11.** The height of handrails shall be not more than 34 inches (86.4 cm) nor less than 30 inches (76.2 cm) from upper surface of handrail to surface of tread, in line with face of riser or to surface of ramp.

**22.B.12.** All handrails and railings shall be provided with a clearance of approximately 3 inches (7.6 cm) between the handrail or railing and any other object.

## 22.C. ROOFING DEVICES AND PRACTICES

**22.C.01.** In the construction, demolition, repair, or other use of roofs, protective devices shall be provided which will prevent workmen from slipping and falling from the roof and prevent workmen on lower levels from being struck by falling objects.

140

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034668

**22.C.02.** Devices may be shingling footlocks, lifelines, crawling boards, ladders, railings, catwalks, toeboards, temporary decking, or any other device that will furnish positive protection.

**22.C.03.** On all roofs greater than 16 feet (4.88 m) in height, a hoisting device, stairways, or progressive platforms shall be furnished for use in supplying materials and equipment.

**22.C.04.** Level, guarded platforms shall be provided at the landing area on the roof.

**22.C.05.** Crawling boards shall be not less than 10 (25.4 cm) wide and 1 inch (2.54 cm) thick, having cleats 1 x 1½ inches (2.54 x 3.81 cm). The cleats shall be equal in length to the width of the board and spaced at equal intervals not to exceed 24 inches (60.96 cm). Nails shall be driven through and clinched on the underside. The crawling board shall be secured and extend from the ridge pole to the eaves when used in connection with roof construction, repairs, or maintenance.

**22.C.06.** A firmly fastened lifeline of at least ¾-inch diameter rope, or equivalent, shall be strung beside each crawling board for a handhold.

**22.C.07.** A catch platform shall be installed below the working area of roofs more than 10 feet (3.05 m) from the ground to eaves with a slope greater than 3 inches (7.6 cm) to 12 inches (30.48 cm) without a parapet. In width, the platform shall extend from the perimeter 2 feet (60.96 cm) beyond the projection of the eaves and shall be provided with a guardrail, midrail, and toeboard. This provision shall not apply where employees engaged in work upon such roofs are protected by a safety belt attached to a lifeline.

**22.C.08.** Roofing brackets shall be secured in place by nailing in addition to the pointed metal projections. When it is impractical to nail brackets, rope supports shall be used. When rope supports are used, they shall consist of first-grade manila rope ¾-inch diameter or equivalent.

## 22.D. RAMPS AND TRESTLES

**22.D.01.** Inclined ramps, runways, and platforms shall be as flat as conditions will permit.

**22.D.02.** Where the incline exceeds 1 foot (30.48 cm) in a 5-foot (1.52 m) run traverse cleats shall be applied to the working surface.

141

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.



US_00034669

**22.D.03.** Substantial overhead protection shall be provided as needed to protect employees, the public, and property from falling objects.

**22.D.04.** The overhead protection shall be not less than 7 feet (2.13 m) nor more than 9 feet (2.74 m), above the working surface and of sufficient strength to withstand potential load or impact likely to be encountered.

**22.D.05.** Vehicle trestles, ramps, and bridges on which foot traffic is permitted shall be provided with a suitable walkway and guardrail outside of the roadway.

**22.D.06.** The roadway structures shall be provided with suitable wheel guards, fender logs, or curbs not less than 8 inches (203.2 mm) high placed parallel and secured to the sides of the runway.

**22.D.07.** All railroad and gantry crane trestles which extend into or pass over a work area, except where crane is hoisting between rails, shall be decked over solid with not less than 2-inch plank or equivalent extending the full length of the work area.

**22.D.08.** Raised walkways, runways, and sidewalks shall be provided with plank steps on strong stringers. Ramps, used in lieu of steps, shall be provided with cleats to insure a safe walking surface.

## 22.E. WOOD POLE SCAFFOLDS

**22.E.01.** Where wood poles are spliced, the ends shall be squared and the upper section shall rest squarely on the lower section. Splice plates shall be provided on two adjacent sides and the splice shall be capable of developing strength in any direction equal to the spliced members.

**22.E.02.** Full diagonal bracing shall be erected across the entire face of pole scaffolds in both directions. Braces shall be spliced at the poles.

**22.E.03.** Cross bracing shall be provided between the inner and outer sets of poles in independent pole scaffolds. The free ends of pole scaffolds shall be cross braced.

**22.E.04.** All wood pole scaffolds over 60 feet (18.29 m) high shall be designed by a licensed professional engineer and constructed and erected in accordance with such design. Wood scaffolds 60 feet (18.29 m) or less in height shall be constructed and erected in accordance with APPENDIX P.

**22.E.05.** Independent pole scaffolds shall be set as near to the wall

142

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034670

of the building as practicable.

**22.E.06.** All pole scaffolds shall be securely guyed or tied to the building or structure. Where the height or length exceeds 25 feet (7.62 m) the scaffold shall be secured at intervals not greater than 25 feet (7.62 m) vertically and horizontally.

**22.E.07.** Putlogs or bearers shall be set with their greater dimension vertical, long enough to project over the ledgers of the inner and outer rows of poles at least 3 inches (76.2 mm) for proper support.

**22.E.08.** Every wooden putlog on single pole scaffolds shall be reinforced with a 3/16 x 2 inch (4.76 mm x 50.8 mm) steel strip, or equivalent, secured to its lower edge throughout the entire length.

**22.E.09.** Ledgers shall be long enough to extend over two pole spaces. Ledgers shall not be spliced between the poles. Ledgers shall be reinforced by bearing blocks securely nailed to the side of the pole to form a support for the ledger.

**22.E.10.** When a scaffold materially changes its direction, the platform planks shall be laid to prevent tipping. The planks that meet the corner putlog at an angle shall be laid first, entending over the diagonally placed putlog far enough to have a good safe bearing, but not far enough to involve any danger from tipping. The planking running in the opposite direction at an angle shall be laid so as to extend over and rest on the first layer of planking.

## 22.F. OUTRIGGER SCAFFOLDS

**22.F.01.** Outriggers' beams shall be straight-grained Douglas Fir, free of knots and defects, or its equivalent.

**22.F.02.** The beams shall not extend more than 6 feet (1.83 m) beyond the face of the building or structure.

**22.F.03.** The beam edge shall rest, with side plumb, on a secure bearing at least 6 inches (15.24 cm) in each horizontal dimension.

**22.F.04.** The beams shall be secured against moving or tipping at the fulcrum point.

**22.F.05.** The inboard end of outrigger beams shall be not less than 1½ times the outboard length measured from the fulcrum point.

**22.F.06.** The inboard ends of outrigger beams shall be secured against movement in any direction.

**22.F.07.** Single level outrigger scaffolds shall be constructed and erected in accordance with Table 22-1. When more than one

143

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

working level is to be supported by an outrigger system, the system shall be designed by a licensed professional engineer.

### TABLE 22-1. MINIMUM NOMINAL SIZE AND MAXIMUM SPACING OF MEMBERS OF OUTRIGGER SCAFFOLDS

| Maximum scaffold load | Light duty 25 psf | Medium duty 50 psf |
|---|---|---|
| Outrigger size . . . . . . . . . . | 2 x 10 in. . . . . . . . | 3 x 10 in. |
| Max. outrigger spacing . . . | 10 ft. 0 in. . . . . . . . | 6 ft. 0 in. |
| Planking . . . . . . . . . . . . . . | 2 x 10 in. . . . . . . . | 2 x 10 in. |
| Guardrail . . . . . . . . . . . . . | 2 x 4 in. . . . . . . . | 2 x 4 in. |
| Guardrail uprights . . . . . . | 2 x 4 in. . . . . . . . | 2 x 4 in. |
| Toeboards . . . . . . . . . . . . . | 4 in. (min.) . . . . . . | 4 in. (min.) |

See Appendix X for metric conversions.

**22.F.08.** Planking shall be laid tight and shall extend to within 3 inches (7.62 cm) of the building wall. Planking shall be secured to the beams.

### 22.G. SUSPENDED SCAFFOLDS

**22.G.01.** All parts of all suspended scaffolds, except support cables, shall have a minimum safety factor of 4.

**22.G.02.** Suspended scaffolds shall be supported by wire ropes secured to outrigger beams. A minimum safety factor of 6 is required for suspension ropes.

**22.G.03.** Suspension ropes shall have the fixed end equipped with a proper size thimble secured by splicing or other equivalent means and be attached to the support by a closed shackle. Running ends shall be securely attached to the hoisting drum and at least four turns of rope shall remain on the drum at all times.

**22.G.04.** Suspension ropes shall be attached at the vertical centerline of the outrigger and the attachment shall be directly over the hoisting drum.

**22.G.05.** Suspended scaffolds shall be guyed, braced, or equipped with tag lines to prevent swaying.

144

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034672

INFORMATIONAL COPY ONLY

**22.G.06.** Stone setters and two-point suspension scaffolds shall not be joined by bridging.

**22.G.07.** Brackets shall be wrought iron or mild steel. No reinforcing steel shall be used as any part of a support system. Brackets shall have attachments for guard rails, intermediate rails, and toeboards. Tiebacks of ¾-inch manila rope, or the equivalent, shall serve as a secondary means of anchorage, installed at right angles to the face of the building, whenever possible, and secured to a structually sound portion of the building.

**22.G.08.** Suspended scaffolds shall have a guardrail, an intermediate rail, and a toeboard.

**22.G.09.** Overhead protection equal to ¾-inch plywood shall be provided on multiple-point suspension mason's scaffold.

**22.G.10.** Scaffold machines, either powered or hand powered, shall be worm geared or powered both ways. Design must be such that when the power is stopped, the scaffold cannot move. Hoisting machines shall meet the requirements of Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**22.G.11.** Controls for powered scaffolds shall be of the deadman type with a non-locking switch or control.

**22.G.12.** A device to shut off the power shall be installed ahead of the operating control.

**22.G.13.** Hand-operated release mechanisms which can permit the load to descend faster than the speed rating shall be prohibited.

**22.G.14.** Scaffold machines with cast metal parts shall be prohibited.

**22.G.15.** Every suspended scaffold shall be tested with twice the maximum loading before being put into operation.

**22.G.16.** All anchorages of suspended scaffolds shall be inspected at the beginning of each shift.

**22.G.17.** Each person supported by a suspended scaffold shall be secured by a safety belt and lanyard attached to an independently supported safety line before they get on the scaffold and shall remain so attached until they are completely off the scaffold. There shall be a safety line for each person. Independent wire ropes at each end of a suspended scaffold, with approved grabbing and locking devices, may be used instead of the safety line.

**22.G.18.** Masons' adjustable multiple-point suspension scaffolds shall be capable of sustaining a working load of 50 pounds per

145

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034673

INFORMATIONAL COPY ONLY

square foot ($2.39 \times 10^5$ Pa) and shall not be loaded in excess of that figure.

**22.G.19.** The Masons' scaffold shall be provided with hoisting machines that meet the requirements of Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**22.G.20.** The scaffold outrigger beams for the Masons' adjustable multiple-point suspension scaffold shall consist of structural metal securely fastened or anchored to the frame or floor system of the building or structure. Each outrigger beam shall be equivalent in strength to at least a standard 7-inch, 15.3-pound steel I-beam, at least 15 feet (4.57 m) long, and shall not project more than 6 feet 6 inches (1.98 m) beyond the bearing point. Where the overhang exceeds 6 feet 6 inches (1.98 m), outrigger beams shall be composed of stronger beams or multiple beams and be installed under the supervision of a competent person.

**22.G.21.** All outrigger beams shall be set and maintained with their webs in a vertical position and anchored to the structure by the equivalent of U-bolts and anchor plates, washers and nuts.

**22.G.22.** A stop bolt shall be placed at each end of every outrigger beam.

**22.G.23.** The outrigger beam shall rest on suitable wood bearing blocks.

**22.G.24.** The free end of the suspension wire ropes shall be equipped with proper size thimbles and secured by splicing or other equivalent means. The running ends shall be securely attached to the hoisting drum and at least four turns of wire rope shall at all times remain on the drum. The use of fiber rope is prohibited.

**22.G.25.** Where a single outrigger beam is used, the steel shackles or clevises with which the wire ropes are attached to the outrigger beams shall be placed directly over the hoisting drums.

**22.G.26.** When employees are working on a scaffold where an overhead hazard exists, overhead protection consisting of 2-inch planking or material of equivalent strength, laid tight, and extending not less than the width of the scaffold shall be provided not more than 9 feet (2.74 m) above the scaffold planking.

**22.G.27.** Each scaffold shall be installed or relocated under the supervision of a competent person.

**22.G.28.** Stone setters' adjustable multiple-point suspension scaffolds shall be capable of sustaining a working load of 25

146

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034674

pounds per square foot ($1.2 \times 10^3$ Pa) and shall not be overloaded. Scaffolds shall not be used for storage of stone or other heavy materials.

**22.G.29.** The hoisting machines and supports used with stonecutter's scaffolds shall be of a type tested and listed by Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corp.

**22.G.30** The platform for the stonesetters' scaffolds shall be securely fastened to the hangers by U-bolts or other equivalent means.

**22.G.31.** The stonecutters' scaffold unit shall be suspended from metal outriggers, iron brackets, wire rope slings, or iron hooks.

**22.G.32.** When two or more stonecutters' scaffolds are used on a building or structure, they shall not be bridged one to the other, but shall be maintained at even height with platforms abutting closely.

**22.G.33.** Two-point suspension scaffold platforms shall be not less than 20 inches (50.8 cm) nor more than 36 inches (91.4 cm) wide overall. The platform shall be securely fastened to the hangers by U-bolts or by other equivalent means.

**22.G.34.** The hangers of two-point suspension scaffolds shall be made of mild steel, or other equivalent materials, having a cross sectional area capable of sustaining 4 times the maximum rated load and shall be designed with a support for guardrail, intermediate rail, and toeboard.

**22.G.35.** When hoisting machines are used on two-point suspension scaffolds, such machines shall be of a design tested and approved by Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**22.G.36.** The roof irons or hooks shall be mild steel, or other equivalent material of proper size and design, securely installed and anchored. Tiebacks of ¾-inch manila rope, or the equivalent shall serve as a secondary means of anchorage, installed at right angles to the face of the building, whenever possible, and secured to a structurally sound portion of the building.

**22.G.37.** Two-point suspension scaffolds shall be suspended by wire, synthetic, or fiber ropes capable of supporting at least 6 times the rated load. All other components shall be capable of supporting at least four times the rated load.

**22.G.38.** The sheaves of all blocks, consisting of at least one double and one single block, shall fit the size and type of rope used.

147

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034675

INFORMATIONAL COPY ONLY

**22.G.39.** All wire ropes, fiber and synthetic ropes, slings, hangers, platforms, and other supporting parts shall be inspected before every installation. Periodic inspections shall be made while the scaffold is in use.

**22.G.40.** On suspension scaffolds designed for a working load of 500 pounds (226.8 kg) no more than two men shall be permitted to work at one time. On suspension scaffolds with a working load of 750 pounds (340.2 kg) no more than three men shall be permitted to work at one time. Each employee shall be protected by an approved safety life belt attached to a lifeline. The lifeline shall be securely attached to substantial members of the structure (not scaffold), or to securely rigged lines, which will safely suspend the employee in case of a fall. In order to keep the lifeline continuously attached with a minimum of slack to a fixed structure, the attachment point of the lifeline shall be appropriately changed as the work progresses.

**22.G.41.** Two-point suspension scaffolds shall be securely lashed to the building or structure. Window cleaners' anchors shall not be used for this purpose.

**22.G. 42.** The platform or every two-point suspension scaffold shall be the ladder-type, plank-type or beam-type.

**22.G.43.** The side stringer for ladder-type platforms shall be of clear straight-grained spruce or materials of equivalent strength and durability. The rungs shall be of straight-grained oak, ash, or hickory, at least 1⅛ inch (28.6 mm) in diameter, with ⅞ inch (22.2 mm) tenons mortised into the side stringers at least seven-eighths inch (22.2 mm). The stringers shall be tied together with tie rods not less than one-quarter inch in diameter passing through the stringers and riveted up tight against washers on both ends. The flooring strips shall be spaced not more than five-eighths inch apart except at the side rails where the space may be 1 inch (25.4 mm). Ladder-type platforms shall be constructed in accordance with Appendix R.

**22.G.44.** Plank-type platforms shall be composed of not less than nominal 2 x 10 inch unspliced planks, properly cleated together on the underside, starting 6 inches (15.24 cm) from each end at intervals not to exceed 4 feet (1.22 m). The plank-type platform shall not extend beyond the hangers more than 12 inches (30.5 cm). A bar or other effective means shall be securely fastened to the platform at each end to prevent its slipping off the hanger. The span

148

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034676

between hangers for plank-type platforms shall not exceed 8 feet (2.44 m).

**22.G.45.** Beam platforms shall have side stringers of lumber not less than 2 x 6-inches set on edge. The span between hangers shall not exceed 12 feet (3.66 m) when beam platforms are used. The flooring shall be supported on 2 x 6-inch cross beams, laid flat and set into the upper edge of the stringers with a snug fit, at intervals of not more than 4 feet (1.22 m), securely nailed in place. The flooring shall be of 1 x 6-inch material properly nailed. Floor boards shall not be spaced more than one-half inch (12.7 mm) apart.

**22.G.46.** Light metal-type platforms, when used, shall be tested and listed according to Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**22.G.47.** Crane supported scaffolds may be used in emergencies, under strictly controlled conditions, to lower injured employees or when authorized by the Contracting Officer's representative.

**22.G.48.** Crane (boom type) supported scaffolds shall meet the following requirements:

a. The scaffold shall be of metal or metal frame construction equipped with a 42 inch (1.07 m) handrail, intermediate rail and 4 inch (10.16 cm) minimum toeboards.

b. The hook connection to the scaffold rigging shall be closed by a positive clamping device other than spring loaded. A swivel will be placed between the hoist line and the hook to prevent line rotation.

c. Scaffold shall be stabilized at all times by guylines or taglines.

d. Only cranes equipped with mechanical gear train power-lowered boom hoists and load lines shall be used to support these scaffolds. Scaffolds shall be lowered only under power and not by the brake alone.

e. Thorough inspection by a qualified person shall be made of all hoisting and pertinent parts prior to each use.

f. A competent supervisor shall observe the operations at all times while men are working from crane supported scaffolds.

## 22.H. HORSE SCAFFOLDS

**22.H.01.** Horse scaffolds shall not be constructed or arranged more

149

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034677

**INFORMATIONAL COPY ONLY**

than two tiers or 10 feet (3.05 m) in height. Scaffolds shall be 5 feet (1.52 m) or less in height and 5 feet (1.52 m) or more in width.

**22.H.02.** The members of horse scaffolds shall not be less than those specified in the table below:

### MINIMUM DIMENSIONS FOR HORSE SCAFFOLD MEMBERS

| Members | Dimensions* |
|---|---|
| Horizontal members or bearers | 3 x 4 in. |
| Legs | 1¼ x 4½ in. |
| Longitudinal brace between legs | 1 x 6 in. |
| Gusset brace at top of legs | 1 x 8 in. |
| Half diagonal braces | 1¼ x 4½ in. |

*See Appendix X for metric conversions

**22.H.03.** Horse scaffolds shall be spaced not more than 5 feet (1.52 m) for medium duty and not more than 8 feet (2.44 m) for light duty.

**22.H.04.** When arranged in tiers, each horse scaffold shall be placed directly over the horse scaffold in the tier below. The legs shall be nailed down or otherwise secured to the planks to prevent displacement or thrust and each tier shall be substantially cross braced.

**22.H.05.** Horse scaffold or parts which have become weak or defective shall not be used.

## 22.I. BRICKLAYERS' SQUARE SCAFFOLDS

**22.I.01.** The squares for bricklayers' square scaffolds shall not exceed 5 feet (1.52 m) in height nor be less than 5 feet (1.52 m) in width.

**22.I.02.** Members shall be not less than those specified in the table below:

### MINIMUM DIMENSIONS FOR BRICKLAYERS' SQUARE SCAFFOLD MEMBERS

| Members | Dimensions* |
|---|---|
| Bearers or horizontal members | 2 x 6 in. |
| Legs | 2 x 6 in. |
| Braces at corners | 1 x 6 in. |
| Braces diagonally from center frame | 1 x 8 in. |

*See Appendix X for metric conversions.

150

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034678

**22.I.03.** The squares shall be reinforced on both sides of each corner with 1 x 6-inch gusset pieces. They shall also have diagonal braces 1 x 8-inches on both sides running from center to center of each member or other means to secure equivalent strength and rigidity.

**22.I.04.** The squares shall be set not more than 5 feet (1.52 m) for medium duty scaffolds, and not more than 8 feet (2.44 m) apart for light duty scaffolds. Bracing, 1 x 8-inches, extending from the bottom of each square to the top of the next square, shall be provided on both front and rear sides of scaffold.

**22.I.05.** Platform planks shall be at least 2 x 10-inch nominal size. The ends of the planks shall overlap the bearers of the squares and each plank shall be supported by not less than three squares.

**22.I.06.** Bricklayers' square scaffolds shall not exceed three tiers in height and shall be so constructed and arranged that one square shall rest directly above the other. The upper tiers shall stand on a continuous row of planks laid across the next lower tier and be nailed down or otherwise secured to prevent displacement.

## 22.J. METAL SCAFFOLDS AND TOWERS

**22..J.01.** All metal scaffolds and towers shall be of the types or equal to those listed by Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**22.J.02.** All such equipment shall be erected in accordance with manufacturer's specifications and the load limits as recommended by the manufacturer shall not be exceeded. No dissimilar metals shall be used together.

**22.J.03.** Extreme caution shall be taken where metal scaffolds are used in the vicinity of energized electrical circuits.

**22.J.04.** Climbing of braces shall be prohibited. A ladder or stairway shall be provided for proper access and exit and shall be affixed or built into the scaffold and so located that when in use it will not have a tendency to tip the scaffold. A landing platform with guardrails will be provided at intervals not to exceed 35 feet (10.67 m).

**22.J.05.** Where a built-in ladder is part of a scaffold system, it shall conform to the requirements for ladders.

**22.J.06.** All metal scaffolds and towers shall be plumb and level.

151

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034679

**22.J.07.** The sections of metal scaffolds shall be securely connected together.

**22.J.08.** All braces shall be securely fastened.

**22.J.09.** Scaffold planks shall extend over their end supports not less than 6 inches (15.24 cm) nor more than 12 inches(30.48 cm).

**22.J.10.** Planking shall be cleated at both ends to prevent movement.

**22.J.11.** Work platforms shall be securely fastened to the scaffold.

**22.J.12.** All wheels and casters on rolling scaffolds shall be equipped with a positive locking device and securely fastened to the scaffold to prevent accidental movement of the scaffold while in use.

**22.J.13.** The force necessary to move the mobile scaffold shall be applied near or as close to the base as practicable and provision shall be made to stabilize the tower during movement from one location to another.

**22.J.14.** All wheels or castors shall be provided with a positive locking device and securely fastened to the scaffold.

**22.J.15.** Rolling scaffolds shall be used only on firm, level, broom-clean surfaces.

**22.J.16.** Free-standing scaffold working platform height shall not exceed three times the smallest base dimension.

**22.J.17.** No person shall be allowed to ride on manually propelled scaffolds unless the following conditions exist:

a. The floor or surface is within $3°$ ($5.235 \times 10^{-2}$ radians) of level, and free from pits, holes, or obstructions;

b. The minimum dimension of the scaffold base when ready for rolling, is at least one-half of the height. Outriggers, if used, shall be installed on both sides of staging;

c. The wheels are equipped with rubber or similar resilient tires;

d. All tools and materials are secured or removed from the platform before the mobile scaffold is moved.

**22.J.18.** The use of brackets on scaffolds shall be prohibited unless the tipping effect is eliminated or controlled.

**22.J.19.** Tube and coupler scaffolds shall have posts, runners and bracing of nominal 2-inch O.D. steel tubing. Other structural metals, when used, must be designed to carry an equivalent load.

152

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034680

No dissimilar metals shall be used together.

**22.J.20.** Light duty tube and coupler scaffold shall have nominal 2-inch O.D. steel tubing bearers. Posts shall be spaced no more than 6 feet (1.83 m) apart by 10 feet (3.05 m) along the length of the scaffold.

**22.J.21.** Medium duty tube and coupler scaffolds shall have posts spaced not more than 6 feet (1.83 m) apart by 8 feet (2.44 m) along the length of the scaffold and shall have bearers of nominal 2½-inch O.D. steel tubing. Posts spaced not more than 5 feet (1.5 m) apart by 8 feet (2.44 m) along the length of the scaffold shall have bearers of nominal 2-inch O.D. steel tubing.

**22.J.22.** A heavy duty tube and coupler scaffold shall have bearers of nominal 2½-inch O.D. steel tubing with the posts spaced not more than 6 feet (1.83 m) 6 feet-6 inches (1.98 m) along the length of the scaffold.

**22.J.23.** Tube and coupler scaffolds shall be limited in heights and working levels to those permitted in Appendix O. Drawings and specifications of all tube and coupler scaffolds above the limitations in APPENDIX O shall be designed by a qualified engineer competent in this field.

**22.J.24.** All tube and coupler scaffolds shall be constructed and erected to support four times the maximum intended loads, as set forth in APPENDIX O or as set forth in the specifications by a licensed professional engineer competent in this field.

**22.J.25.** The bottom runners on tube and coupler scaffolds shall be located as close to the base as possible. Runners shall be placed not more than 6 feet-6 inches (1.98 m) on centers. Bearers shall be installed transversely between posts and shall be securely coupled to the posts bearing on the runner coupler. When coupled directly to the runners, the coupler must be kept as close to the posts as possible.

**22.J.26.** Bearers on tube and coupler scaffolds shall be at least 4 inches (10.16 cm) but not more than 12 inches (30.48 cm) longer than the post spacing or runner spacing.

**22.J.27.** Spacing of tubular welded panels or frames shall be consistent with the loads imposed. The frames shall be placed one on top of the other with coupling or stacking pins to provide proper vertical alignment of the legs.

153

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034681

**22.J.28.** Drawings and specifications for all frame scaffolds over 125 feet (38.1 m) in height above the base plates shall be designed by a registered professional engineer.

**22.J.29.** When free-standing mobile scaffold towers are used, the height shall not exceed four times the minimum base dimension.

**22.J.30.** A ladder or stairway shall be provided for proper access and exit from mobile scaffolds and shall be affixed or built into the scaffold and so located that when in use it will not have a tendency to tip the scaffold. A landing platform must be provided at intervals not to exceed 35 feet (10.67 m).

**22.J.31.** Scaffolds in use by any person shall rest upon a suitable footing and shall be plumb.

**22.J.32.** Guardrails with a midrail, toeboard, and wire mesh shall be installed on mobile scaffolds.

## 22.K. NEEDLE BEAM SCAFFOLDS

**22.K.01.** Wood needle beams shall be not less than 4 x 6 inches in size with the greater dimension placed in a vertical direction. Metal beams or the equivalent may be used and shall not be altered or moved horizontally while they are in use.

**22.K.02.** Ropes or hangers shall be provided for supports. The span between supports on the needle beam shall not exceed 10 feet (3.05 m) for 4 x 6-inch timbers. Rope supports shall be equivalent in strength to 1-inch diameter first-grade manila rope.

**22.K.03.** The ropes shall be attached to the needle beams by a scaffold hitch or a properly made eye splice. The loose end of the rope shall be tied by a bowline knot or by a round turn and a half hitch.

**22.K.04.** The scaffold hitch shall be arranged so as to prevent the needle beam from rolling or becoming otherwise displaced.

**22.K.05.** The platform span between the needle beams shall not exceed 8 feet (2.44 m) when using 2-inch scaffold plank. For spans greater than 8 feet (2.44 m) platforms shall be designed based on design requirements for the special span. The overhang of each end of the platform planks shall not be less than 6 inches (15.24 cm) and not more than 12 inches (30.48 cm).

**22.K.06.** When needle beam scaffolds are used, the planks shall be secured against slipping.

154

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034682

**22.K.07.** All unattached tools, bolts, and nuts used on needle beam scaffolds shall be kept in suitable containers properly secured.

**22.K.08.** Each employee working on a needle beam scaffold shall be protected by a safety belt and lifeline.

### 22.L. FLOAT OR SHIP SCAFFOLD

**22.L.01.** Float or ship scaffolds shall not be used to support more than three men and a few light tools, such as those needed for riveting, bolting, and welding. They shall be constructed as designed in subparagraphs 22.L.02. through 22.L.05., unless substitute designs and materials provide equivalent strength, stability, and safety.

**22.L.02.** The platform shall be not less than 3 feet (0.91 m) wide and 6 feet (1.83 m) long, made of ¾-inch (19.05 mm) plywood, equivalent to American Plywood Association Grade B-B, Group I, Exterior, or other similar material.

**22.L.03.** Under the platform, there shall be two supporting bearers made from 2 x 4-inch, or 1 x 10-inch rough, "select lumber," or better. They shall be free of knots or other flaws and project 6 inches (15.24 cm) beyond the platform on both sides. The ends of the platform shall extend 6 inches (15.24 cm) beyond the outer edges of the bearers. Each bearer shall be securely fastened to the platform.

**22.L.04.** An edging of wood not less than ¾ x 1½ inches or equivalent shall be placed around all sides of the platform to prevent tools from rolling off.

**22.L.05.** Supporting ropes shall be 1-inch diameter manila rope or equivalent, free from deterioration, chemical damage, flaws or other imperfections. Rope connections shall be such that the platform cannot shift or slip. If two ropes are used with each float, they shall be arranged so as to provide four ends which are to be securely fastened to an overhead support. Each of the two supporting ropes shall be hitched around one end of bearer and pass under the platforms to the other end of the bearer where it is hitched again, leaving sufficient rope at each end for the supporting ties.

**22.L.06.** Each employee shall be protected by an approved safety lifebelt and lifeline.

### 22.M. FORM SCAFFOLDS.

**22.M.01.** Figure-four scaffolds are intended for light duty and shall not be used to support loads exceeding 25 pounds per square

155

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034683

foot (1.197 x $10^3$ Pa) unless specifically designed for heavier loading. For minimum design criteria, see table below:

## MINIMUM DESIGN CRITERIA
## FOR FIGURE-FOUR FORM SCAFFOLDS

| Members | Dimensions* |
|---|---|
| Uprights | 2 x 4 in. or 2 x 6 in. |
| Outriggers ledgers (two) | 1 x 6 in. |
| Braces | 1 x 6 in. |
| Guardrails | 2 x 4 in. |
| Guardrail height | Approximately 42 in. |
| Intermediate guardrails | 1 x 6 in. |
| Toeboards | 4 in. (minimum) |
| Maximum length of ledgers | 3 ft. 6 in. (unsupported) |
| Planking | 2 x 10 in. |
| Upright spacing | 8 ft. 0 in. (on centers) |

*See Appendix X for metric conversions.

**22.M.02.** Figure-four form scaffold frames shall be spaced not more than 8 feet (2.44 m) on centers and constructed from sound lumber, as follows: The outrigger ledger shall consist of two pieces of 1 x 6-inch or heavier material nailed on opposite sides of the vertical form support. Ledgers shall project not more than 3 feet 6 inches (1.07 m) from the outside of the form support and shall be substantially braced and secured to prevent tipping or turning. The knee or angle brace shall intersect the ledger at least 3 feet (91.44 cm) from the form at an angle of approximately 45° (7.85 x $10^{-1}$ rad.) and the lower end shall be nailed to a vertical support. The platform shall consist of two or more 2 x 10-inch planks, which shall be of such length that they extend at least 6 inches (15.24 cm) beyond ledgers at each end unless secured to the ledgers. When planks are secured to the ledgers (nailed or bolted), a wood filler strip shall be used between the ledgers. Unsupported projecting ends of planks shall be limited to an overhang of 12 inches (30.48 cm).

156

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034684

**22.M.03.** Metal brackets or scaffold jacks which are an integral part of the form shall be securely bolted or welded to the form. Folding type brackets shall be either bolted or secured with a locking-type pin when extended for use.

**22.M.04.** "Clip-on" or "hook-over" metal brackets may be used, provided the form walers are bolted to the form or secured by snap ties or shea-bolts extending through the form and securely anchored.

**22.M.05.** Metal brackets shall be spaced not more than 8 feet (2.44 m) on centers.

**22.M.06.** Scaffold planks shall be either bolted to the metal brackets or of such length that they overlap the brackets at each end by at least 6 inches (15.24 cm). Unsupported projecting ends of scaffold planks shall be limited to a maximum overhang of 12 inches (30.48 cm).

**22.M.07.** Metal bracket form scaffolds shall be equipped with wood guardrails, intermediate rails, toeboards, and scaffold planks meeting the minimum dimensions shown in table below. (Metal may be substituted for wood, providing it affords equivalent or greater design strength.)

### MINIMUM DESIGN CRITERIA
### FOR METAL BRACKET FORM SCAFFOLDS

| Members | Dimensions* |
|---|---|
| Uprights | 2 x 4 in. |
| Guardrails | 2 x 4 in. |
| Guardrail height | Approximately 42 in. |
| Intermediate guardrails | 1 x 6 in. |
| Toeboards | 4 in. (minimum) |
| Planking | 2 x 9 in. |

*See Appendix X for metric conversions.

**22.M.08.** Wooden bracket form scaffolds shall be an integral part of the form panel. The minimum design criteria set forth herein and in table below cover scaffolding intended for light duty and shall not be used to support loads exceeding 25 pounds per square foot $(1.197 \times 10^3$ Pa) unless specifically designed for heavier loading.

157

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034685

INFORMATIONAL COPY ONLY

## MINIMUM DESIGN CRITERIA
## FOR WOODEN BRACKET FORM SCAFFOLDS

| Members | Dimensions* |
|---|---|
| Uprights | 2 x 4 in or 2 x 6 in. |
| Support ledgers | 2 x 6 in. |
| Maximum scaffold width | 3 ft. 6 in. |
| Braces | 1 x 6 in. |
| Guardrails | 2 x 4 in. |
| Guardrail height | Approximately 42 in. |
| Intermediate guardrails | 1 x 6 in. |
| Toeboards | 4 in. (minimum) |
| Upright spacing | 8 ft. 0 in. (on centers) |

*See Appendix X for metric conversions.

**22.M.09.** Guardrails and toeboards shall be installed on all open sides and ends of platforms and scaffolding over 6 feet (1.83 m) above floor or ground.

**22.M.10.** Scaffold planks shall be either nailed or bolted to the ledgers or of such length that they overlap the ledgers at each end by at least 6 inches (15.24 cm). Unsupported projecting ends of scaffold planks shall be limited to a maximum of 12 inches (30.48 cm).

## 22.N. BOATSWAIN'S CHAIRS

**22.N.01.** The boatswain's chair seat shall not be less than 12 x 24 inches (30.48 cm x 609.6 mm) and 1-inch (2.54 cm) thick. The seat shall be reinforced on the underside by cleats securely fastened to prevent the board from splitting.

**22.N.02.** The two fiber rope seat slings shall be of ⅝-inch diameter reeved through the four seat holes so as to cross each other on the underside of the seat.

**22.N.03.** Seat slings shall be of at least ⅜-inch wire rope when an employee is conducting a heat-producing process such as gas or arc welding.

**22.N.04.** The employee shall be protected by a safety belt and lifeline. The attachment point of the lifeline to the structure shall be appropriately changed as the work progresses.

**22.N.05.** The tackle shall consist of correct size ball bearing or bushed blocks and properly spliced ⅝-inch diameter first-grade manila rope or equivalent.

158

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034686

**22.N.06.** The roof irons, hooks, or the object to which the tackle is anchored, shall be securely installed. Tiebacks, when used, shall be installed at right angles to the face of the building and securely fastened.

## 22.O. ELEVATING AND ROTATING WORK PLATFORMS

**22.O.01.** Applicable requirements of American National Standards Institute A92.2, Vehicle Mounted Elevating and Rotating Work Platforms, shall be complied with for such equipment.

## 22.P. PLASTERERS', DECORATORS' AND LARGE AREA SCAFFOLDS

**22.P.01.** Plasterers', lathers', and ceiling workers' inside scaffolds shall be constructed in accordance with the general requirements for independent wood pole scaffolds.

**22.P.02.** When independent pole scaffold platforms are erected in sections, such sections shall be provided with connecting runways equipped with substantial guardrails.

## 22.Q. INTERIOR HUNG SCAFFOLDS

**22.Q.01.** An interior hung scaffold shall· be hung or suspended from the roof structure or ceiling beams.

**22.Q.02.** The suspending wire or fiber rope shall be capable of supporting at least six times the rated load. The rope shall be wrapped at least twice around the supporting members and twice around the bearers of the scaffold, with each end of the wire rope secured by at least three standard wire-rope clips properly installed.

**22.Q.03.** For handling wood scaffolds, the following minimum nominal size material shall be used:

    a. Supporting bearers 2 x 10-inches on edge;

    b. Planking 2 x 10-inches with maximum span 7 feet (2.13 m) for heavy duty and 10 feet (3.05 m) for light duty or medium duty.

**22.Q.04.** Steel tube and coupler members may be used for hanging scaffolds with both types of scaffold designed to sustain a uniform distributed working load up to heavy duty scaffold loads with a safety factor of four.

## 22.R. WINDOW JACK SCAFFOLDS

**22.R.01.** Window jack scaffolds shall be used only for the purpose of working at the window opening through which the jack is placed. They shall not be used to support planks placed between one window jack and another or for other elements of scaffolding.

159

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034687

INFORMATIONAL COPY ONLY

**22.R.02.** Window jack scaffolds shall be constructed and used in compliance with ANSI, A10.8, Safety Requirements for Scaffolding.

**22.R.03.** Window jack scaffolds shall have guardrails unless safety belts with lifelines are attached and provided for employee.

**22.R.04.** Not more than one employee shall occupy a window jack scaffold at any one time.

## 22.S. CARPENTER'S BRACKET SCAFFOLDS

**22.S.01.** Carpenter's bracket scaffolds and brackets shall consist of a triangular wood frame not less than 2 x 3 inches in cross section or a metal of equivalent strength. Each member shall be properly fitted and securely joined.

**22.S.02.** Each bracket shall be attached to the structure by means of one of the following:

a. A bolt, no less than five-eighths inch in diameter, which shall extend through to the inside of the building wall;

b. A metal stud attachment device;

c. Welding to steel tanks;

d. Hooking over a well-secured and adequately strong supporting member.

**22.S.03.** The brackets shall be spaced no more than 8 feet (2.44 m) apart.

**22.S.04.** No more than two employees shall occupy any given 8 feet (2.44 m) of a bracket scaffold at any one time. Tools and materials shall not exceed 75 pounds (34.02 kg) in addition to the occupancy.

**22.S.05.** The platform shall consist of not less than two 2 x 10-inch nominal size planks extending not more than 12 inches (30.48 cm) or less than 6 inches (15.24 cm) beyond each end support.

## 22.T. SINGLE-POINT ADJUSTABLE SUSPENSION SCAFFOLDS

**22.T.01.** The scaffolding, including power units or manually operated winches, shall be of a type tested and listed by Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corporation.

**22.T.02.** The power units may be either electrically or air motor driven.

**22.T.03.** All power-operated gears and brakes shall be enclosed.

160

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034688

**22.T.04.** In addition to the normal operating brake, all power-driven units shall have an emergency brake which engages automatically when the normal speed of descent is exceeded.

**22.T.05.** The units may be combined to form a two-point suspension scaffold. Such scaffold shall then comply with Section 22.G.

**22.T.06.** The supporting cable shall be vertical for its entire length and the basket shall not be swayed nor the cable fixed to any intermediate points to change the original path of travel.

**22.T.07.** Guardrails, midrails, and toeboards shall completely enclose the cage or basket.

**22.T.08.** For additional details not covered in this paragraph, applicable technical portions of American National Standards Institute A120.1, Power-Operated Devices for Exterior Building Maintenance Powered Platforms, shall be used.

### 22.U. PUMP JACK SCAFFOLDS

**22.U.01.** Pump jack scaffolds shall not carry a working load exceeding 500 pounds (226.8 kg).

**22.U.02.** The manufacturer components of pump jack scaffolds shall not be loaded in excess of the manufacturer's recommmended limits.

**22.U.03.** Pump jack brackets, braces, and accessories shall be fabricated from metal plates and angles. Each pump jack bracket shall have two positive gripping mechanisms to prevent any failure or slippage.

**22.U.04.** The platform bracket shall be fully decked and the planking secured.

**22.U.05.** When wood scaffold planks are used as platforms, poles used for pump jacks shall not be spaced more than 10 feet (3.05 m) center to center. When fabricated platforms are used that fully comply with all other provisions of this paragraph, pole spacing may exceed 10 feet (3.05 m) center to center.

**22.U.06.** Poles shall not exceed 30 feet (9.14 m) in height.

**22.U.07.** Poles shall be secured to the work wall by rigid triangular bracing, or equivalent, at the bottom, top, and other points as necessary, to provide a maximum vertical spacing of not more than 10 feet, (3.05 m) between braces. Each brace shall be capable of supporting a minimum of 225 pounds (102.06 kg) tension or compression.

**22.U.08.** For the pump jack bracket to pass bracing already

161

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034689

installed, an extra brace shall be used approximately 4 feet (1.22 m) above the one to be passed until the original brace is reinstalled.

**22.U.09.** Pole lumber shall be two 2 x 4's, of Douglas fir, or equivalent, straight-grained, clear, free of cross-grain, shakes, large loose or dead knots, and other defects which might impair strength.

**22.U.10.** A ladder shall be provided for access to the platform during use.

**22.U.11.** Not more than two persons shall be permitted at one time upon a pump jack scaffold between any two supports.

**22.U.12.** Pump jack scaffolds shall be provided with standard guardrails, but no guardrail is required when safety belts with lifelines are provided for employees.

**22.U.13.** When a work bench is used at an approximate height of 42 inches (1.07 m), the top guardrail may be eliminated if the work bench is fully decked, the planking secured, and is capable of withstanding 200 pounds (90.7 kg) pressure in any direction.

**22.U.14.** Employees shall not be permitted to use a work bench as a scaffold platform.

## SECTION XXIII
# EXCAVATIONS

### 23.A. GENERAL

**23.A.01.** The sides of all excavations in which employees are exposed to danger from moving ground shall be guarded by a shoring system, sloping of the ground, or some other equivalent means. All slopes except for solid rock, hard shale, or cemented sand and gravel, shall be excavated to at least the angle of repose. The angle of repose shall be flattened when an excavation has water conditions, silty materials, loose boulders, and areas where erosion, deep frost action, and slide planes appear.

**23.A.02** The determination of angle of repose and design of supporting system shall be based on careful evaluation of pertinent factors such as: depth of cut, possible variation in water content of the material while the excavation is open; anticipated changes in materials from exposure to air, sun, water, or freezing; loading imposed by structures, equipment, overlaying material, or stored

162

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034690

material; and vibration from equipment, blasting, or traffic.

**23.A.03.** Where a weak stratum is overlain by strata with a greater angle of repose, the angle of repose for the overlying strata shall be taken as no more than that of the supporting stratum.

**23.A.04.** Design of supporting systems, i.e., piling, cribbing, shoring, etc., shall be based on calculations of forces and their direction with adequate consideration for surcharges, angle of internal friction of materials in the face, and other pertinent properties of the material to be retained in place. When tight sheeting or sheet piling is used, full loading due to ground water table shall be assumed unless prevented by weep holes or drains or other means. Additional stringers, ties, and bracing shall be provided to allow for any necessary temporary removal of individual supports.

**23.A.05.** Except in hard rock, excavations below the level of the base of footing of any foundation or retaining wall shall not be permitted unless the wall is underpinned and all other precautions taken to insure the stability of the adjacent walls for the protection of employees involved in excavation work or in the vicinity thereof. If the stability of adjoining buildings or walls is endangered by excavations, shoring, bracing, or underpinning shall be designed by a qualified person and shall be provided as necessary to insure their safety. Such shoring, bracing, or underpinning shall be inspected daily or more often, as conditions warrant, by the qualified person and the protection effectively maintained.

**23.A.06.** Diversion ditches, dikes, or other suitable means shall be used to prevent surface water entering an excavation and to provide good drainage of the area adjacent to the excavation.

**23.A.07.** Excavated material shall be stored and retained at least 2 feet (61 cm) from the edge of the excavation and at a distance to prevent excessive loading on the face of the excavation.

**23.A.08.** Boulders, stumps, or other materials that may slide or roll into the excavation shall be removed or made safe.

**23.A.09.** Guardrails, fences, or other barricades and warning lights or other illumination maintained from sunset to sunup, shall be placed at all excavations which are adjacent to paths, walkways, sidewalks, driveways, and other pedestrian or vehicle thoroughfares. Adequate barrier physical protection shall be provided at all remotely located excavations. All wells, calyx

163

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034691

holes, pits, shafts, etc., shall be barricaded or covered. Upon completion of exploration and similar oprations, temporary wells, calyx holes, pits, shafts, etc., shall be backfilled immediately.

**23.A.10.** Walkways or bridges with guardrails shall be provided where men or equipment are required or permitted to cross over excavations.

**23.A.11.** Materials used for sheeting, sheet piling, cribbing, bracing, shoring, and underpinning shall be in good serviceable condition and of adequate dimensions. Timbers shall be sound and free of large or loose knots.

**23.A.12.** Side slopes and faces of all excavations shall be maintained in safe condition by scaling, ice removal, benching, barricading, rock bolting, wire mesh, or other effective means. Special attention shall be given to slopes which may be adversely affected by weather, moisture content, or vibration.

**23.A.13.** Precautions shall be taken in sloping or shoring the sides of excavations adjacent to a previously backfilled excavation or a fill, particularly when the separation is less than the depth of the excavation. Particular attention shall also be paid to joints and seams of material comprising a face and the slope of such seam and joints.

**23.A.14.** Support systems shall be planned and designed by a qualified person when an excavation is in excess of 20 feet (6.10 m) in depth, adjacent to structures or improvements, or subject to vibration or ground water.

**23.A.15.** Prior to opening an excavation, underground installations (i.e,. sewer, water, fuel, electric lines, etc.) shall be located and protected from damage or displacement. Utility companies shall be contacted to have them locate and mark actual locations.

**23.A.16.** Where prsonnel are required to enter excavations over 4 feet (1.22 m) in depth, stairs, ladders, or ramps shall be provided so as to require no more than 25 feet (7.62 m) of lateral travel. When access to excavations in excess of 20 feet (6.10 m) in depth is required, ramps, stairs, or mechanical man hoists shall be provided. Workmen's hoists shall comply with the provisions of the Safety Requirements for Workmen's Hoists, ANSI A10.4.

**23.A.17.** Where it is necessary to undercut the side of an excavation, overhanging material shall be safely supported.

**23.A.18.** Bracing, shoring, cribbing, and other supports shall be

164

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034692

inspected daily and after every rain storm by a competent person. Protection against slides and cave-ins shall be increased if necessary. If evidence of possible cave-ins or slides is apparent, all work in the excavation shall cease until the necessary precautions have been taken to safeguard the employees.

**23.A.19.** When tie rods are used to restrain the top of sheeting or other retaining system, the rods shall be securely anchored well back of the angle of repose.

**23.A.20.** In locations where oxygen deficiency or gaseous conditions are known or suspected, air in the excavation shall be tested prior to the start of each shift or more often if directed by the Contracting Officer's representative. A log of all test results shall be maintained at the work site. Controls shall be in accordance with applicable parts of Sections VII and VIII.

**23.A.21.** Emergency rescue equipment such as breathing apparatus, safety harness and line, and basket stretcher shall be readily available where adverse atmospheric conditions may exist or develop in an excavation.

**23.A.22.** Where ramps are used, a minimum width of 4 feet (1.22 m) for personnel and 12 feet (3.66 m) for equipment shall be provided. Guardrails shall be provided on all personnel ramps. Curbs not less than 8 by 8-inch timbers or equivalent protection shall be provided on equipment ramps. Such ramps shall be designed and constructed in accordance with accepted engineering practice and Sub-Section 22.D.

**23.A.23.** When mobile equipment is utilized or allowed adjacent to excavations, substantial stop logs or barricades shall be installed.

**23.A.24.** Excavating or hoisting equipment shall not be allowed to raise, lower, or swing loads over workmen in the excavation without substantial overhead protection.

**23.A.25.** At least two means of exit shall be provided for men working in excavations. Where the width of the excavation exceeds 100 feet (30.48 m), two or more means of exit shall be provided on each side of the excavation.

**23.A.26.** Ground water shall be controlled. Freezing, pumping, drainage, and similar control measures shall be planned and directed by a competent engineer. Full consideration shall be given to the existing moisture balances in surrounding soils and the effects on foundations and structures if it is disturbed. When

165

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

continuous operation of ground water control equipment is necessary, an emergency power source shall be provided.

## 23.B. TRENCH EXCAVATION

**23.B.01.** Banks more than 5 feet (1.5 m) high shall be shored, laid back to a stable slope, or provided with other equivalent protection where employees may be exposed to moving ground or cave-ins. Trenches less than 5 feet (1.5 m) in depth also shall be effectively protected when examination of the ground indicates hazardous ground movement may be expected. The safe angle of repose for soil conditions and bracing systems shall be designed by a qualified person.

**23.B.02.** Bracing or shoring of trenches shall be carried along with the excavation.

**23.B.03.** Cross braces or trench jacks shall be placed in true horizontal position and secured to prevent sliding, falling, or kick-outs.

**23.B.04.** Portable trench boxes, sliding trench boxes, or shields shall be designed, constructed, and maintained in a manner which will provide protection equal to or greater than the sheathing and shoring required for the situation.

**23.B.05.** Ladders used as accessways shall extend from the bottom of the trench to not less than 3 feet (91.44 cm) above the surface. Lateral travel to an exit ladder shall not exceed 25 feet (7.62 m).

**23.B.06.** Backfilling and removal of trench supports should progress together from the bottom of the trench. Jacks or braces shall be released slowly and, in unstable soil, ropes shall be used to pull out the jacks or braces from above after men have cleared the trench.

**23.B.07.** Minimum size and spacing of timbers for shoring of trenches shall be in accordance with APPENDIX J.

**23.B.08.** Braces and diagonal shores in a wood shoring system shall not be subjected to compressive stress in excess of values given by the following formula:

$$S = 1300 - \frac{20L}{D}$$

$$\text{Maximum ratio } \frac{L}{D} = 50$$

Where:

$L$ = Length, unsupported, in inches.

166

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034694

INFORMATIONAL COPY ONLY

D = Least side of the timber in inches.

S = Maximum allowable stress in pounds per square inch of cross-section.

**23.B.09.** Aluminum hydraulic shoring shall be installed in accordance with the manufacturer's recommendations with due regard to the requirements or paragraph 23.A.04.

## 23.C. EXCAVATION OF SMALL DIAMETER SHAFTS

**23.C.01.** Calyx holes, caisson footings, and other small diameter shafts, which persons are required to enter, shall be provided with a steel casing of sufficient strength to withstand shifting of the surrounding earth. Casing shall be provided the full depth of the overburden and shall extend at least 5 feet (1.52 m) into solid rock, where such conditions exist.

**23.C.02.** The steel casing shall extend at least 1 foot (30.48 cm) above ground level and be equipped with a cover that can be locked into position. This cover shall be in place whenever no work is being performed in the excavation and until the excavation is backfilled to ground level.

**23.C.03.** Prior to men working in a shaft, air at the bottom of the shaft shall be tested for oxygen deficiency and harmful contaminants. No work shall be done in the shaft until the air is safe for breathing.

**23.C.04.** Mechanical ventilation shall be used to change the air in shafts. Compressed air from an untested source shall not be used.

**23.C.05.** Hoisting of persons shall be done only with equipment meeting requirements 22.G.13. through 22.G.17.

**23.C.06.** An inclosed covered metal cage shall be used to raise and lower persons in the shaft. The cage shall be designed with a safety factor of 4 and shall be load tested prior to use. The exterior of the cage shall be free of projections or sharp corners. Only closed shackles shall be used in the cage rigging.

**23.C.07.** If the cage is equipped with a door, a positive locking device shall be installed to prevent the door from opening accidentally while the cage is being lowered or raised.

**23.C.08.** The rigging and cage shall be checked at the start of each shift by lowering the empty cage to the bottom of the shaft and hoisting it to the surface.

**23.C.09.** If the nature of the work or an emergency prohibits the use of a cage, persons may be raised and lowered in the shaft in the

167

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034695

INFORMATIONAL COPY ONLY

muck bucket or a boatswain's chair. Persons hoisted in this manner shall wear a parachute-type harness with an independent safety line attached. "Riding the Hook" shall not be permitted.

**23.C.10.** A tender shall be stationed at the shaft entrance whenever workmen are in the shaft. He will be assigned no other duties.

**23.C.11.** An approved communication or signal system shall be provided and used.

**23.C.12.** Procedures for rescuing workmen who might be injured or incapacitated while in the shaft shall be developed in written form and be posted at the job site. These procedures shall include hoisting procedures to be used in the event the cage and the cage hoisting device is inoperative.

## 23.D. EXCAVATION WITH COFFERDAMS

**23.D.01.** If overtopping of the cofferdam by high water is possible, design shall include provisions for controlled flooding of the work area.

**23.D.02.** Where men or equipment are required or permitted on cofferdams, walkways, bridges, or ramps with guardrails or equivalent protection shall be provided.

**23.D.03.** At least two ladders, walkways, ramps, roads or other means of rapid exit shall be provided for men and equipment working on cofferdams.

**23.D.04.** A plan including warning signal for evacuation of men and equipment in case of emergency and for controlled flooding shall be developed and posted.

## SECTION XXIV

# TUNNEL EXCAVATION

## 24.A. GENERAL

**24.A.01.** In addition to the safety requirements set forth herein, tunnel excavation shall be performed in compliance with CFR Title 29, PART 1926, Safety and Health Regulations for Construction, Subpart S, Tunnels & Shafts, Caissons, Cofferdams, and Compressed Air.

**24.A.02.** Vehicles not directly involved in the work shall be kept away from the portals and separated from construction activities.

168

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034696

INFORMATIONAL COPY ONLY

**24.A.03.** Noise control and ear protection shall be provided as required in Section XXXII.

**24.A.04.** In addition to the requirements of section VII, men working in wet underground areas shall wear safety-toed rubber boots and rain gear.

**24.A.05.** Lighting circuits shall be installed on one side of the tunnel near the spring line and shall be mounted on insulators at each point of suspension.

**24.A.06.** Light fixtures shall be nonmetallic and weatherproof and so mounted to provide safe clearance for persons and equipment.

**24.A.07.** Underground transformer stations shall be housed in a fireproof inclosure, having a detachable roof and being capable of confining transformer oil in case of a fire or explosion.

**24.A.08.** Ventilation and exhaust systems for tunnel excavation shall be of sufficient capacity to maintain a supply of uncontaminated pure air at all points in the tunnel.

**24.A.09.** Atmospheric testing devices shall be provided and used to determine oxygen content of the air and concentrations of carbon monoxide and explosive gases. These tests shall be made on a fixed schedule but not less than once each shift.

**24.A.10.** Where other harmful or toxic gases are suspected, atmospheric tests and analysis shall be made by Federal or State health authorities or by a qualified industrial hygienist.

**24.A.11.** A log of all atmospheric tests shall be maintained at the work site. The log shall show date and time of test, test results, and the name of the persons conducting the tests.

**24.A.12.** Storage of combustible or flammable material and the use of open fires in tunnels shall be prohibited. Heating devices used in tunnels shall be approved by the Contracting Officer's representative.

**24.A.13.** Walkways shall be provided for personnel access to all underground work areas. Work areas and access walkways shall be maintained free of debris, waste material, and stumbling hazards.

**24.A.14.** Solid decking with nonslip surface shall be provided on all working platforms of drill jumbos. Working platform shall be provided with guardrails, intermediate rails, and toe boards.

**24.A.15.** Safe access shall be provided to all working levels of the drill jumbos.

**24.A.16.** All connections between sections of "bull hose," used to

169

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034697

supply air to drill jumbos, shall be provided with stay chains or lashing to prevent whipping should they become disconnected.

**24.A.17.** A program for testing all rock bolts for tightness shall be established. The frequency of testing shall be determined by rock conditions and the distance from vibration sources.

**24.A.18.** The employer shall examine and test the roof, face, and walls of the work area at the start of each shift and frequently thereafter.

**24.A.19.** Gasoline or liquefied petroleum gases shall not be taken, stored, or used underground.

**24.A.20.** Air that has passed through underground oil or fuel-storage areas shall not be used to ventilate working areas.

**24.A.21** Fire-resistant hydraulic fluids approved by a duly constituted and nationally recognized authority or agency such as Underwriters' Laboratories, Inc., or Factory Mutual Laboratories, shall be used in hydraulically actuated underground machinery and equipment. A properly designed fire protection system may be installed in lieu of fire-resistant hydraulic fluids.

**24.A.22.** Drilling equipment that is to be used during a shift shall be inspected each shift by a competent person. Equipment defects affecting safety shall be corrected before the equipment is used.

**24.A.23.** Before commencing the drill cycle, the face and lifters shall be examined for misfires (residual explosives) and, if found, they shall be removed before drilling commences at the face. Lifters shall not be drilled through blasted rock (muck) or water.

**24.A.24.** Scaling bars shall be in good condition at all times and blunted or severely worn bars shall not be used.

**24.A.25.** When jumbos are being moved, riders will not be allowed on the jumbo unless they are assisting the driver.

**24.A.26.** On jumbo decks over 10 feet (3.05 m) in height, guardrails which are removable (pipe in sockets with chain handrail), or equal, shall be provided on all sides and back platforms.

**24.A.27.** The employer shall provide stair access to jumbo decks wide enough to accommodate two persons if the deck is over 10 feet (3.05 m) in height.

**24.A.28.** When a drill is being moved from one drilling area to another, drill steel, tools, and other equipment shall be secured, and the mast placed in a safe postion.

**24.A.29.** The drilling area shall be inspected for hazards before

170

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034698

starting the drilling operation.

**24.A.30.** Employees shall not be allowed on a drill mast while the drill bit is in operation.

**24.A.31** Receptacles or racks shall be provided for drill steel stored on jumbos.

**24.A.32.** Before drilling cycle is started, warning shall be given to men working below jumbo decks.

**24.A.33.** Drills on columns shall be anchored firmly before drilling is started and shall be retightened frequently thereafter.

**24.A.34.** The employer shall provide mechanical means for lifting drills, roof bolts, mine straps, and other unwieldy heavy material to the top decks of jumbos over 10 feet (3.05 m) in height.

**24.A.35.** Oil-filled transformers shall not be used underground unless they are located in a fire-resistant enclosure and surrounded by a dike to contain the contents of the transformers in event of a rupture.

## 24.B. TUNNEL PORTAL PREPARATION

**24.B.01.** Rock faces above and adjacent to portal areas shall be kept thoroughly scaled and all loose or overhanging rock removed.

**24.B.02.** Rock masses separated from the main mass by faults, joints, or fractures shall be secured by rock bolting or other suitable means. The means of securing shall be designed by a foundation engineer, an engineering geologist, or other qualified person.

**24.B.03** Anchored chain-link fabric shall be provided on rock faces subject to spalling.

**24B.04.** Where tunnels are excavated through earth or shale, the excavations above and adjacent to portal areas shall be sloped to the angle of repose or held in place by ground supports. When undercutting occurs on these slopes, due to erosion or other causes, the overhanging material shall be promptly removed.

**24.B.05.** Ice and snow buildup on rock faces or earth slopes which create a hazard shall be promptly removed.

**24.B.06.** Where the need is indicated, a protective shelter shall be provided at each tunnel portal to protect persons and equipment from the hazards of falling rock or other material. The protective shelter shall project at least 15 feet (4.57 m) from the tunnel portal.

**24.B.07.** Torque meters and torque wrenches shall be available in tunnels where rock bolts are used for roof support. Frequent tests shall be made to determine if bolts meet the required torque. The

171

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034699

INFORMATIONAL COPY ONLY

test frequency shall be determined by rock conditions and distance from vibration sources.

**24.B.08.** All sets, including horseshoe-shaped or arched rib steel sets, shall be designed and installed so that the bottoms will have required anchorage to prevent pressures from pushing them inward into the excavation. Lateral bracing shall be provided between sets to further stabilize the support.

**24.B.09.** Damaged or dislodged tunnel supports, whether steel sets or timber, shall be repaired or replaced. New supports shall be installed whenever possible before removing the damaged supports.

## 24.C. BLASTING

**24.C.01.** Dynamite used in tunnel blasting shall be Fume Class 1. Fume Class 2 and Fume Class 3 explosives maybe used if adequate ventilation is provided.

**24.C.02.** Prior to loading, all power, water, and air lines shall be disconnected from the loading jumbo. Power lines, including lighting circuits, shall be moved back a minimum distance of 50 feet (15.24 m).

**24.C.03.** The loading area shall be illuminated [minimum 10 ft-candles $(1.076 \times 10^2 lux)$] by floodlights located 50 feet (15.24 m) from the face. If additional illumination is needed, the loading crew shall be provided with permissible head lamps approved by the United Stated Bureau of Mines.

**24.C.04.** Equipment used for pneumatic placement of non-cap-sensitive blasting agents (AN-FO, etc.) shall be designed specifically for that purpose and shall be grounded while in use.

**24.C.05.** Storage of explosives, blasting agents, and detonators in tunnels or underground work areas shall be prohibited.

**24.C.06.** Blasting power circuits shall be separate and distinct from other power and lighting circuits.

**25.C.07.** Firing lines shall be installed on the opposite side of the tunnel from power and lighting circuits and shall be mounted on insulators at each point of suspension.

**24.C.08.** Sectioning switches or equivalent shall be installed in the firing line at 500-foot (152.4 m) intervals.

**24.C.09.** No blasts shall be fired until all persons have cleared the blast area and are in a safe position.

**24.C.10.** The person in charge of blasting shall be the last to leave

172

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034700

the blast area. He shall see that no one remains in the blast area and he shall operate the sectioning switches in the firing line as he proceeds out of the blast area.

**24.C.11.** All underground blasts fired by external power shall be by a power blasting switch system shown in Appendix K.

**24.C.12.** No persons shall enter the tunnel blast area until the ventilation system has cleared the heading of harmful gases, smoke, and dust.

**24.C.13.** Immediately after each blast, the rock surfaces shall be inspected, scaled where necessary, and provided with shoring, bracing, rock bolts, wire mesh, or chain-link fabric, before mucking operations are started.

**24.C.14.** Rock bolts within 100 feet (30.48 m) of a blast shall be tested after each blast before drilling for the next round begins.

**24.C.15.** The muck pile shall be wet down prior to mucking and kept wet during mucking operations.

## 24.D. HAULAGE

**24.D.01.** Internal combustion engines other than mobile diesel shall not be used underground. Mobile diesel-powered equipment used underground shall be certified by the US Bureau of Mines, US Department of Interior, according to the Bureau of Mines publication "Mechanical Equipment for Mines-tests for Permissibility and Suitability, Part 32, Mobile Diesel Power Equipment for Non-Coal Mines, Schedule 24."

**24.D.02.** Rubber-tired haulage equipment shall be equipped with two headlights at both ends, a backup light, and an automatic backup alarm.

**23.D.03.** All vehicles or equipment required to move in and out of tunnels shall have a revolving, flashing amber light, mounted so as to be visible in all directions. This flashing light shall be on when the equipment is in operation.

**24.D.04.** Where narrow-gage railroads are used for haulage, the tracks shall be secured to prevent shifting. No "humping" of mine dump cars shall be permitted.

**24.D.05.** Mine dump cars shall be equipped with automatic safety couplings, and cradle type cars shall be equipped with a positive locking device to prevent accidental dumping.

**24.D.06.** Conveyors used to transport muck from tunnels shall be

173

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

installed, INFORMATIONAL COPY ONLY guarded, and maintained as required by section 18.L.

### 24.E. TUNNELING IN SOIL

**24.E.01.** Where tunnels are excavated by conventional methods, the excavation shall not be extended more than 24 inches (60.96 cm) in advance of tunnel supports.

**24.E.02.** Where continuous mining machines are used for tunnel excavation, the excavation shall not be extended more than 48 inches (1.22 m) in advance of tunnel supports.

**24.E.03.** Under no circumstances shall persons be required or permitted to work in unsupported sections of the tunnels.

**24.E.04.** All voids back of ring beams, liner plates, timbering, and other tunnel supports shall be filled, blocked, or braced to prevent further cave-ins.

**24.E.05.** Where liner plate is not used for tunnel support, 2-inch wire mesh or chain-link fabric shall be installed over the crown section, extending down to the spring line on each side of the tunnel. It shall be securely held in place.

### 24.F. COMPRESSED AIR WORK

**24.F.01.** The contractor shall comply with the requirements of 29 CFR Part 1926 pertaining to compressed air.

## SECTION XXV

# BLASTING

### 25.A. GENERAL

**25.A.01.** The transporting, handling, storage, and use of dynamite and other explosives and blasting agents shall be directed and supervised by a person of proven experience and ability in blasting operations. These operations shall be in accordance with the following requirements.
Institute of Makers of Explosives.

**25.A.02.** Permission shall be obtained from the Contracting Officer's representative before any explosives or blasting agents are brought on the job.

**25.A.03.** All blasts shall be fired electrically with an electric blasting machine, properly designed electric power source, or by a single safety fuse with fuse cap properly crimped thereto when the presence or threat of stray electric currents, electrical storms, radar or radio transmission facilities, or other electrical energy sources are known or assumed to be present in the area. Blasting caps leg wires shall be kept

174

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034702

INFORMATIONAL COPY ONLY

short-circuited (shunted) until connected into the circuit for firing.

**25.A.04.** Where detonating cord is used as the detonating agent, the detonating cord shall be fired with an electric blasting cap except as noted in 25.A.03.

**25.A.05.** Delay electric detonators, non-electric delay detonators, or detonating cord connectors shall be used for all delayed blasts. The practice shall conform to the manufacturer's recommendations.

**25.A.06.** Operations involving the handling or use of explosives shall be discontinued and personnel moved to a safe area during approach or progress of a thunderstorm or severe dust storm. Appropriate controls will be established to prevent accidental discharge of electric blasting caps from extraneous electricity.

**25.A.07.** Blasting machines, regardless of type, shall be maintained and used only as prescribed by the manufacturer.

**25.A.08.** Blasting machines shall be tested prior to use and periodically thereafter as prescribed by the manufacturer.

**25.A.09.** Blasting machines shall be secured and accessible only to the blaster. Only the blaster shall connect the leading wire to the machine.

**25.A.10.** Warning signs shall be provided at points of access to blasting area.

**25.A.11.** When energy for blasting is taken from power circuits, the voltage shall not exceed 550 volts. The wiring and controlling arrangements shall conform to the following (APP K):

a. The blasting switch shall be an ungrounded UL listed, inclosed, externally operated doublepole double throw switch which, when locked in the open positon, will shunt the firing lines.

b. A grounded switch shall be installed between the blasting switch and the power circuit at a distance not less than 6 feet (1.83 m) from the blasting switch.

c. A lightning gap of at least 6 feet (1.83 m) shall be provided between the two switches. The gap connection shall be made by cable, plug, and receptacle.

**25.A.12.** The cable between switches shall be disconnected and both switches shall be locked in the open position immediately after firing the shot.

**25.A.13.** Key to the switches shall remain in the possession of the blaster at all times.

175

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034703

**25.A.14.** Insulated solid core wires of appropriate gage in good condition shall be used for all lines.

**25.A.15.** Sufficient firing line shall be provided to permit the blaster to be located at a safe distance from the blast.

**25.A.16.** Blasting operations in the proximity of overhead power lines, communications lines, utility servces, or other structures shall not be carried on until the operators and/or owners have been notified and measures for safe control have been taken.

**25.A.17.** The use of black powder shall be prohibited.

**25.A.18.** All loading and firing shall be directed and supervised by one designated person.

**25.A.19.** A positive system to detect and measure the probability of lightning or massive static electrical discharges shall be used.

**25.A.20.** No explosives or blasting agents shall be abandoned.

**25.A.21.** Before adopting any system of electrical firing, a thorough survey shall be made for extraneous currents and all dangerous currents shall be eliminated before any holes are loaded.

## 25.B. ELECTROMAGNETIC RADIATION

**25.B.01.** Blasting operations or storage of electrical detonators shall be prohibited in vicinity of operating radio frequency (RF) transmitter stations except where the clearances given in ANSI C95.4 can be observed.

**25.B.02.** When necessary to perform blasting operations at distances less than those shown in table, detonating cord shall be used with a non-electric cap.

**25.B.03.** Mobile radio transmitters, which are less than 100 feet (30.48 m) away from electric blasting caps in other than original containers, shall be de-energized and effectively locked, except in blasting areas where a totally non-electric initiation system as described in 25.A.03. is being used.

**25.B.04.** All refuse from explosive loading shall be buried in an approved manner or burned on the site. When burned, precautions must be taken to prevent burning material from being blown or carried into the area of loaded holes or stored explosives.

## 25.C. VIBRATION AND DAMAGE CONTROL

**25.C.01.** Blasting operations in or adjacent to cofferdams, piers,

176

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034704

underwater structures, buildings, structures, or other facilities shall be carefully planned with full consideration for all forces and conditions involved.

**25.C.02.** Prior to initiation of vibration controlled blasting operations, a written plan for monitoring the operations shall be established.

**25.C.03.** When appropriate, owners, occupants, and the public shall be notified of the nature of operations to be undertaken and controls to be established.

**25.C.04.** Where vibration damage may occur, the total Energy Ratio recorded by a three component seismograph at structures or facilities shall not exceed 1.00 or the peak particle velocity shall not exceed 2-inches per second ($5.08 \times 10^{-2}$ m/second). Energy Ratio is calculated from the following formula: $ER = (3.29 FA)^2$.

Where $F$ = frequency of the vibration in cycles per second.
$A$ = amplitude (displacement) of the vibration in inches.
Total ER is the vector sum of the ER in 3 mutually perpendicular planes of motion in the vertical and horizontal directions at any one instant of time. Total peak particle velocity is the vector sum of the peak particle velocity in 3 mutually perpendicular planes of motion in the vertical and horizontal directions at any one instant of time.

When any recording indicates this criteria has been exceeded, blasting shall be suspended and the Contracting Officer's representative shall be notified immediately. Blasting shall not be resumed until the probable cause has been determined and corrective measures taken.

**25.C.05.** When a blast is planned that would have a scaled distance less than 50, a 3 component seismograph shall be used to monitor vibration levels. Scaled distance is defined as:

$$S = \frac{D}{\sqrt{W}}$$

Where: $S$ = Scaled distance, ft/lb$^{1/2}$.
$D$ = Distance from nearest structure to blast site, feet.
$W$ = Maximum Weight of explosives, per delay, pounds.

**25.C.06.** The scaled distance shall be determined in advance of each shot and included in the records.

**25.C.07.** Air blast pressures exerted on structures resulting from blasting shall be kept below 0.1.psi. ($6.895 \times 10^2$ Pa).

**25.C.08.** The monitoring, recording, and interpreting of vibrations

177

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034705

shall be by qualified personnel.

**25.C.09.** Records and interpretations shall be furnished to the Contracting Officer's representative.

## 25.D. TRANSPORTATION OF EXPLOSIVES

**25.D.01.** Vehicles used for the transportation of explosives shall not be loaded beyond rated capacity and the explosives shall be secured to prevent shifting of load or dislodgment from the vehicle. In all open-body types of vehicles, the explosives shall be covered with a fire-resistant tarpaulin.

**25.D.02.** All vehicles transporting explosives shall be marked with reflectorized placards on both sides, the front and rear, and the word EXPLOSIVES in red letters not less than 4 inches (10.16 cm) high on a white background.

**25.D.03.** Blasting caps or other detonators shall not be transported with other explosives, unless the blasting caps are in a closed steel box having a 2'' (5.08 cm) wood lining and separated at least 2 feet (.61 m) from other explosives.

**25.D.04.** All vehicles used for transportation of explosives shall be in the charge of and operated by a person who is physically fit, careful, reliable, able to read and understand instructions, and not addicted to the use of intoxicants and narcotics.

**25.D.05.** No spark-producing tools, carbides, oils, matches, firearms, electric storage batteries, flammable substances, acids, or oxidizing or corrosive compounds shall be carried in the bed or body of any vehicle transporting explosives.

**25.D.06.** Vehicles to be used in the transportation of explosives shall be in good repair. When steel or part steel bodies are used, nonsparking cushioning materials shall be employed to separate the containers of explosives from the metal.

**25.D.07.** Vehicles transporting explosives shall be equipped with one or more fire extinguishers having a rating of 10-A:B:C placed at strategic points. The extinguishers shall be approved by a nationally recognized test laboratory such as Underwriters' Laboratories, Inc. or Factory Mutual Engineering Corp., filled and ready for use.

**25.D.08.** A vehicle containing explosives shall not be taken into a garage or repair shop or parked in congested areas or stored overnight, or at any other time, in a public garage or similar building.

**25.D.09.** All vehicles shall be inspected before transporting explosives and all electric wiring completely protected and securely

178

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034706

fastened to prevent short circuits. A written record of such inspection shall be kept on file. (DD form 626).

**25.D.10.** Vehicles transporting explosives shall be operated with extreme care. Full stops shall be made at approaches to all railroad crossings and main highways and the vehicles shall not proceed until it is known that the way is clear.

**25.D.11.** Only the authorized driver and his helper shall be permitted to ride on trucks transporting explosives or detonators.

**25.D.12.** No vehicle shall be refueled while explosives are on the motor vehicle except in an emergency.

**25.D.13.** Persons employed in the transportation, handling, or other use of explosives shall not smoke or carry on their persons or in the vehicle, matches, firearms, ammunition, or other flame-producing devices.

**25.D.14.** Marine transportation of explosives shall comply with the requirements of the United States Coast Guard.

**25.D.15.** Provision shall be made for safe transfer of explosives to magazine vessels including provision for substantial ramps or walkways free of tripping and stumbling hazards.

**25.D.16.** Any explosive transported by aircraft shall be in the original unopened container.

**25.D.17.** Transportation of explosives over public highways shall meet the provisions of Department of Transportation Regulations contained in 14 CFR, Part 103, Air Transportation; 46 CFR, Parts 146-149, Water Carriers; 49 CFR Parts 171-179, Highways and Railways; 49 CFR Part 180, Pipelines; and 49 CFR Parts 390-397. Motor Carriers.

**25.D.18.** Vehicles transporting explosives shall not be left unattended.

**25.D.19.** The hoist operator shall be notified before explosives or blasting agents are transported in a shaft conveyance.

**25.D.20.** Explosives and blasting agents shall be hoisted, lowered, or conveyed in a powder car. No other materials, supplies or equipment shall be transported in the same conveyance at the same time.

**25.D.21.** No person shall ride in any shaft conveyance transporting explosives and blasting agents. Loading and unloading shall be accomplished only when the conveyance is stationary.

**25.D.22.** No explosives or blasting agents shall be transported on any locomotive. At least two car lengths shall separate the

179

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034707

locomotive from the powder car.

**25.D.23.** No explosives or blasting agents shall be transported on a man haul trip.

**25.D.24.** The car or conveyance containing explosives or blasting agents shall be pulled, not pushed, whenever possible.

**25.D.25.** The powder car or conveyance especially built for the purpose of transporting explosives or blasting agents shall bear a reflectorized sign with a sharply contrasting background on each side with the word "Explosives" in letters not less than 4 inches (10.16 cm) in height.

## 25.E. HANDLING OF EXPLOSIVES

**25.E.01.** Containers of explosives shall be opened only by means of nonsparking tools or instruments.

**25.E.02.** Explosives shall be removed from containers only as they are needed for immediate use.

**25.E.03.** Explosives and detonators or primers shall be taken to the blasting area in separate nonmetallic containers.

**25.E.04.** Primers shall not be made up in excess of immediate need for holes to be loaded.

**25.E.05.** Primers shall not be made up in or near magazines or excessive quantities of explosives.

**25.E.06.** After loading of a blast is completed, all excess explosives and detonators shall be removed to a safe location or returned at once to the storage magazines, observing the same rules as when being conveyed to the blasting area.

**25.E.07.** All empty explosives containers and packing material shall be disposed of in accordance with the manufacturer's instructions.

**25.E.08.** The quantity of explosives or blasting agents taken to an underground loading area shall not exceed the amount estimated to be necessary for the blast.

**25.E.09.** Detonators and explosives shall be taken separately into pressure working chambers.

## 25.F. STORAGE OF EXPLOSIVES

**25.F.01.** Explosives and related materials shall be stored in approved facilities required under the applicable provisions of the Internal Revenue Service regulations contained in 26 CFR 181, Commerce in Explosives.

**25.F.02.** Magazines shall be bullet-resistant, rodent-resistant,

180

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034708

INFORMATIONAL COPY ONLY

weather-resistant, ventilated, and of a type meeting the standards of the Internal Revenue Service or Institute of Makers of Explosives.

**25.F.03.** The minimum distance between magazines storing detonators and explosives shall be 100 feet (30.48 m) unbarricaded or 50 feet (15.24 m) barricaded.

**25.F.04.** The quantity of explosives permitted aboard a drillboat at any one time shall not exceed the quantity required for one day's operation.

**25.F.05.** The area around the magazine for a distance of 25 feet (7.62 m) shall be kept clear of vegetation and all combustible matter.

**25.F.06.** All explosives shall be accounted for at all times. Explosives not being used shall be kept in a locked magazine, unavailable to persons not authorized to handle them. The employer shall maintain an inventory and use record of all explosives. appropriate authorities shall be notified of any loss, theft, or unauthorized entry into a magazine.

**25.F.07.** Magazines in which explosives are stored shall not be used for any other purpose.

**25.F.08.** No spark-producing agent of any description shall be kept in magazines.

**25.F.09.** Explosives shall be arranged in the magazine so that the oldest stock is used first.

**25.F.10.** Repairs to magazine shall not be made without first removing all explosives to a safe distance and providing them with protection.

**25.F.11.** Explosives shall be stored only in original containers.

**25.F.12.** Containers of explosives shall be stored with top side up, in other words, so that the cartridges are lying flat and not standing on end.

**25.F.13.** Magazines shall be kept dry and clean and the area around the magazines posted with "EXPLOSIVES" signs. The signs shall be located so that a bullet passing through the sign will not strike the magazine.

**25.F.14.** Explosives containers shall be opened, packed, or repacked only at a distance of at least 50 feet (15.24 m) from any magazine.

**25.F.15.** Smoking, matches, firearms, open flames, or any flame-producing device shall not be permitted within 100 feet (30.48 m) of any magazine.

181

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034709

**25.F.16.** Magazine floors that become stained with nitroglycerin shall be scrubbed with a non-sparking broom or brush using a freshly made solution composed of one-half gallon ($1.89 \times 10^{-3}$ m$^3$) of water, one-half gallon wood alcohol, and 2 pounds (907.2 g) of sulphide of sodium. Plenty of liquid should be used so as to thoroughly decompose the nitroglycerin. Fire and explosion precautions must be taken.

**25.F.17.** Explosives on non-military sites shall be located in conformance with the Table of Distances (APP M) and other tables in 26 CFR 181, Commerce in Explosives. Explosives on military sites shall be located in accordance with Department of Defense Ammunition and Explosives Safety Standards, DOD 5154.4S.

### 25.G. DRILLING

**25.G.01.** All drill holes shall be of greater diameter than the cartridges of explosives used.

**25.G.02.** Drilling shall not be done in an area already blasted until remaining butts of old holes are examined for unexploded charges and the total area has been thoroughly examined to make sure that there are no additional unexploded charges remaining. Never insert a drill, pick, or bar in such holes even if examination fails to disclose explosives. No drilling shall be performed within 50 feet (15.24 m) of a loaded hole that has failed to detonate.

**25.G.03.** Drilling and loading operations generally shall not be carried on in the same area. Drilling shall be separated from loaded holes by at least the depth of the loaded hole.

**25.G.04.** Dust from all drilling shall be controlled by wet drilling. Other means of dust control may be considered if the results are comparable.

### 25.H. LOADING

**25.H.01.** The loading or loaded area shall be kept free of any equipment, operations, or persons not essential to loading.

**25.H.02.** Tamping shall be done with a wooden stick or approved loading tool.

**25.H.03.** Primers shall not be tamped.

**25.H.04.** Cartridges shall be seated by even steady pressure only.

**25.H.05.** All loaded holes or charges shall be checked and definitely located before firing.

**25.H.06.** Loading of sprung or jet-pierced holes shall be prohibited until it is definitely established that the hole is cool.

**25.H.07.** Cartridges shall be primed only in the number required

182.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034710

**INFORMATIONAL COPY ONLY**

for a single round of blasting.

**25.H.08.** Caps shall be inserted into dynamite only in holes made for the purpose. Holes shall be punched with a nonmetallic punch.

**25.H.09.** All charges shall be covered with blasting mats before firing where blasting may cause injury or damage by flying rock or debris.

**25.H.10.** Where mats are used, care shall be taken to protect electric blasting circuits.

**25.H.11.** Detonating cord shall be cut from supply reel before loading the remainder of the charge.

**25.H.12.** Loaded holes shall be stemmed to the collar with non-combustible material.

**25.H.13.** No explosives, blasting agents, or loaded holes, shall be left unattended at the blast site.

**25.H.14.** A bore hole shall never be sprung when it is adjacent to or near a hole that is loaded. Flashlight batteries shall not be used for springing holes.

**25.H.15.** No holes shall be loaded except those to be fired in the next round of blasting. After loading, all remaining explosives and detonators shall be immediately returned to an authorized magazine.

**25.H.16.** Detonating cord shall be handled and used with care to avoid damaging or severing the cord during and after loading and hooking-up.

**25.H.17.** Detonating cord connections shall be competent and positive in accordance with approved and recommended methods. Knot-type or other cord-to-cord connections shall be made only with detonating cord in which the explosive core is dry.

**25.H.18.** All detonating cord trunklines and branchlines shall be free of loops, sharp kinks, or angles that direct the cord back toward the oncoming line of detonation.

**25.H.19.** All detonating cord connections shall be inspected before firing the blast.

**25.H.20.** When detonating cord millisecond-delay connectors or short-interval-delay electric blasting caps are used with detonating cord, the practice shall conform strictly to the manufacturer's recommendations.

**25.H.21.** When connecting a blasting cap or an electric blasting cap to detonating cord, the cap shall be taped or otherwise attached securely along the side or the end of the detonating cord, with the

183

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034711

**25.H.22.** Detonators for firing the trunkline shall not be brought to the loading area nor attached to the detonating cord until everything else is in readiness for the blast.

## 25.I. WIRING

**25.I.01.** The manufacture's shunt shall not be removed from the cap leg wires until the cap is connected to the lead lines or to another cap in preparation for the assembly of two or more caps into a single series. When one or more series of caps is to be fired as a series-parallel system, the caps in each series shall be the same in number (quantity, not delay periods), and each series shall be separately tested with a galvonometer for two readings: (1) to insure that the series is complete, and (2) to insure that each series shows the same resistance and that this resistance is as close to the calculated resistance for such a series of caps as the galvonometer will read. If the first reading shows a series to be incomplete, the faulty cap shall be located and corrected. If the second reading shows an incorrect series resistance, i.e., a higher or lower than expected, the cause shall be found and corrected.

**25.I.02.** All caps in a blast shall be of the same manufacture.

**25.I.03.** The firing line shall not be smaller than No. 14. B and S gage copper wire, No. 12 B and S gage aluminum, or equivalent.

**25.I.04.** The number of electric blasting caps in a circuit shall not exceed the capacity of the blasting machine or power source.

**25.I.05.** The circuit including all caps shall be tested with an approved glavanometer before being connected to firing line.

**25.I.06.** No lead wire shall be connected to the circuit until it has been grounded to dissipate any static charge.

**25.I.07.** The firing line shall be checked with an approved galvanometer at the terminals before being connected to the blasting machine or other power source.

**25.I.08.** No firing line shall be connected to a blasting machine or other power source until the shot is to be fired.

**25.I.09.** A power circuit used for firing electric blasting caps shall not be grounded.

## 25.J. FIRING

**25.J.01.** Prior to the firing of a shot, all persons in the danger area shall be warned of the blast and ordered to a safe distance.

**25.J.02.** Blast shall not be fired until it is absolutely certain that every person has retreated to a safe distance and that no one remains

184

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034712

in a dangerous location.

**25.J.03.** All blasting operations shall use the following signals:

WARNING SIGNAL —

A one-minute series of long blasts 5 minutes prior to blast signal.

BLAST SIGNAL —

A series of short blasts 1 minute prior to the shot.

ALL CLEAR SIGNAL —

A prolonged blast following the inspection of blast area.

**25.J.04.** The code of blasting signals and marking signs and flags shall be posted at all access points.

**25.J.05.** Prior to each shot, competent flagmen shall be posted at all access points to danger areas.

**25.J.06.** Prior to firing, the drill boat or vessel on the work shall be moved a safe distance from the blasting range or area.

**25.J.07.** Prior to, and while the drill boat or vessel is being moved from the blasting area, a series of short signals by horn or whistle similar to the usual navigation warning signals shall be given.

**25.J.08.** Blasting flags shall be displayed during underwater blasting.

**25.J.09.** No blast shall be fired while any vessel under way is closer than 1,500 feet (457.2 m) to the blasting area. Those on board vessels or craft moored or anchored within 1,500 feet (457.2 m) must be notified before a blast is fired.

**25.J.10.** No blast shall be fired closer than 250 feet (76.2 m) to a boat or vessel containing an explosive magazine. Men engaged in drilling operations on another drill boat within 500 feet (152.4 m) shall leave the drill frames for cover if any holes have been loaded.

**25.J.11.** No blast shall be fired while any swimming or diving operations are in progress in the vicinity of the blasting area.

**25.J.12.** Whenever a drill boat is moved from the drilling setting, all loaded under water holes shall be fired.

**25.J.13.** The man making leading wire connections shall fire the shot. All connections shall be made from the bore hole back to the source of firing current and the leading wires shall remain shorted and not be connected to the blasting machine or other source of current until the charge is to be fired.

**25.J.14.** After firing an electric blast, the leading wires shall be immediately disconnected from the firing power source and shunted.

185

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034713

INFORMATIONAL COPY ONLY

**25.J.15.** When firing a circuit of electric blasting caps, care must be exercised to ensure that an adequate quantity of delivered current is available, in accordance with the manufacturer's recommendations.

### 25.K. INSPECTION AFTER BLASTING

**25.K.01.** Immediately after blast has been fired, the firing line shall be disconnected from the blasting machine or power source. Powder switches shall be locked open.

**25.K.02.** A thorough inspection shall be made by the blaster to determine that all charges have been exploded. All wires shall be carefully traced and search made for unexploded cartridges.

**25.K.03.** Other persons shall not be allowed to return to the area of the blast until an "All Clear" signal is given.

**25.K.04.** Loose pieces of rock and other debris shall be scaled down from the sides of the face of excavation and the area made safe before proceeding with the work.

### 25.L. MISFIRES

**25.L.01.** If a misfire is found, the blaster shall provide proper safeguards for excluding all employees, except those necessary to do the work, from the danger zone. Misfires shall be handled under the direction of the person in charge of the blasting.

**25.L.02.** No other work shall be done except that necessary to remove the hazard of the misfire and only those employees necessary to do the work shall remain in the danger zone.

**25.L.03.** If broken wires, faulty connections, or short circuits are determined as the cause of a misfire, the proper repairs shall be made, the firing line reconnected and tested, and the charge fired. This shall be done, however, only after a careful inspection has been made of burdens remaining in such holes and no hole shall be so refired when the burden has been dangerously weakened by other shots.

**25.L.04.** No attempt shall be made to extract explosives from any charged or misfired hole. A new primer shall be put in and the hole reblasted. If refiring of the misfired hole presents a hazard, the explosives may be removed by washing out with water or, where the misfire is under water, blown out with air.

186

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

**25.L.05.** Misfired charges tamped with solid material shall be detonated by the following method where practical:

Float out the stemming by the use of water, place a new primer and detonate.

**25.L.06.** All wires shall be carefully traced and a search made for unexploded charges.

**25.L.07.** No drilling, digging, or picking shall be permitted until all missed holes have been detonated or the blaster has approved that work can proceed.

### 25.M. UNDERWATER BLASTING

**25.M.01.** A blaster shall conduct all blasting operations and no shot shall be fired without his approval.

**25.M.02.** Loading tubes and casings of dissimilar metals shall not be used because of possible electric transient currents from galvanic action of the metals and water.

**25.M.03.** Only water-resistant blasting caps and detonating cords shall be used for all marine blasting. Loading shall be done through a nonsparking metal loading tube when tube is necessary.

**25.M.04.** Blasting flags shall be displayed.

**25.M.05.** The storage and handling of explosives aboard vessels used in underwater blasting operations shall be according to provisions outlined in 25.F.

**25.M.06.** When more than one charge is placed under water, a float device shall be attached to an element of each charge in such manner that it will be released by the firing. Misfires shall be handled in accordance with the requirements of sub-section 25.L.

### 25.N. BLASTING IN EXCAVATION WORK UNDER COMPRESSED AIR

**25.N.01.** Detonators and explosives shall not be stored or kept in tunnels, shafts, or caissons. Detonators and explosives for each round shall be taken directly from the magazines to the blasting zone and immediately loaded. Detonators and explosives left over after loading a round shall be removed from the working chamber before the connecting wires are connected up.

**25.N.02.** When detonators or explosives are brought into an air lock, no employee except the powderman, blaster, lock tender and the employees necessary for carrying, shall be permitted to enter the air lock. No other material, supplies, or equipment shall be locked through with the explosives.

187

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034715

**25.N.03.** Detonators and explosives shall be taken separately into pressure working chambers.

**25.N.04.** The blaster or powderman shall be responsible for the receipt, unloading, storage, and on-site transportation of explosives and detonators.

**25.N.05.** All metal pipes, rails, air locks, and steel tunnel lining shall be electrically bonded together and grounded at or near the portal or shaft and such pipes and rails shall be cross-bonded together at not less than 1,000-foot (304.8 m) intervals throughout the length of the tunnel. In addition, each low air supply pipe shall be grounded at its delivery end.

**25.N.06.** The explosive suitable for use in wet holes shall be water-resistant and shall be Fume Class 1.

**25.N.07.** When tunnel excavation in rock face is approaching mixed face, and when tunnel excavation is in mixed face, blasting shall be performed with light charges and with light burden on each hole. Advance drilling shall be performed as tunnel excavation in rock face approaches mixed face to determine the general nature and extent of rock cover and the remaining distance ahead to soft ground.

## SECTION XXVI
# FLOATING PLANT AND MARINE LOCATIONS

### 26.A. GENERAL

**26.A.01.** All marine plant and equipment shall be inspected and certificated as required under the regulations of the United States Coast Guard before being placed in service.

**26.A.02.** Minimum qualification of the master, pilot, and crewmen of marine plant shall be possession of a currently valid license or certification as required by the United States Coast Guard.

**26.A.03.** A qualified operator of motor vessels assigned to transporting 6 or more persons shall be a currently valid United States Coast Guard Motor Boat Operator's License. Such license shall also be required for the operator of any motorboat 26 feet (7.9 m) long or longer.

188

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

**26.A.04.** Before any marine plant and equipment is put into use on the job, it shall be inspected and tested by a qualified person and determined to be in safe operating condition.

**26.A.05.** Periodic inspections and tests shall be made to assure safe operating condition.

**26.A.06.** Marine plant and equipment found to be in an unsafe condition shall be taken out of service and its use prohibited until unsafe conditions have been corrected.

**26.A.07.** Cables across waterways between floating plants or between plant and mooring shall be marked.

**26.A.08.** Fenders shall be provided to prevent damage and sparking.

**26.A.09.** Axes or other suitable emergency cutting equipment shall be provided in accessible position on all towing vessels for such use as freeing lines.

**26.A.10.** An efficient whistle or similar signaling device shall be provided on all powered vessels to give the necessary signals required by the Rules of the Road applicable to the waters on which the vessel is operated.

**26.A.11.** On all floating plants where 10 or more men are quartered, one man shall be on watch at all times to guard against fire and provide general watchman service. Automatic detection and warning systems may be installed in lieu of watchman service.

**26.A.12.** Protection from the elements shall be provided all persons being transported by water.

**26.A.13.** When engaged in operations where floating plant may be endangered by hurricanes, storms, or floods, plans shall be made in advance for removal or securing plant and evacuation of personnel in emergencies.

**26.A.14.** Extended movement of floating plant and tow shall be preceded by an evaluation of weather reports and weather conditions by a responsible person, to ascertain that safe movement of the plant and tow can be accomplished.

**26.A.15.** All controls requiring operation in cases of emergency such as boiler stops, safety valves, power switches, fuel valves, alarms, and fire extinguishing systems shall be located in such a manner that they are protected against accidental operation but may be readily accessible to operate in an emergency.

**26.A.16.** Provisions shall be made to prevent accumulation of fuel and grease on floors and in bilges.

189

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034717

**26.A.17.** Gauge glasses or try cocks shall not be installed on fuel tanks or lines.

**26.A.18.** A shutoff valve shall be installed at the fuel tank connection. Arrangement shall be made for operating this valve from outside the compartment in which the tank is located and from outside the engine compartment.

**26.A.19.** A shutoff valve shall be installed at the engine end of the fuel line except when the length of the supply pipe is 6 feet (1.83 m) or less.

**26.A.20.** Fuel valves shall be closed at the tank when shutting down for the night or more than 8 hours.

**26.A.21.** All carburetors on gasoline engines shall be equipped with a backfire trap or flame arrestor. A drip pan with a flame screen which is emptied continuously by suction from the intake manifold or by an overboard discharge shall be required on all carburetors except downdraft type.

**26.A.22.** Smoking, the use of open flame equipment, or other ignition sources shall be prohibited on lock structures during lockages.

**26.A.23.** Pleasure craft shall not be locked through a lock chamber with a vessel or tow carrying a dangerous cargo or containing flammable vapors. Simultaneous lockage of two separate vessels or tows carrying dangerous cargoes or containing flammable vapors, and simultaneous lockage of separate vessel or tow carrying non-dangerous cargoes and a separate vessel or tow carrying dangerous cargoes, shall not be permitted when river traffic in the approaches to a lock is normal. When the river approaches to a lock are congested, simultaneous lockage of the aforementioned vessels or tows, other than pleasure craft, shall be permitted provided:

a. The first vessel or tow in and the last vessel or tow out are secured before the other enters or leaves.

b. Any vessel or tow carrying dangerous cargoes is not leaking.

c. All masters involved have agreed to the joint use of the lock chamber.

Each occasion shall be individually considered by the Lockmaster. Where extremely difficult or highly dangerous conditions occur, the lockmaster shall request a decision from the assigned operating official or the District Engineer.

**26.A.24.** Dangerous cargoes are defined in the Code of Federal

190

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034718

Regulations, Title 46, Part 146.

**26.A.25.** Floating plant not subject to Coast Guard inspection and certification and used to quarter personnel shall be inspected and certified seaworthy by a reputable marine surveyor who is recognized in the trade. The certificate shall be applicable for the intended use, shall be renewed annually, and shall be submitted to the Contracting Officer's representative before such plant may be used.

**26.A.26.** All vessels, except those easily boarded from the water, shall provide at least one portable or permanent ladder of sufficient length to rescue a man overboard.

## 26.B. ACCESSWAYS AND PASSAGEWAYS

**26.B.01.** Safe means for boarding or leaving a floating plant shall be provided with such guarding as necessary to prevent persons falling from or slipping thereon. Ramps for access of vehicles to or between barges shall be of adequate strength, provided with side boards, well maintained, and properly secured.

**26.B.02.** All accessways and passageways used by persons shall be kept free of ice, snow, grease, mud, and other material that hinders safe passage. Sand, cinders, calcium chloride, or other material shall be used over slippery surfaces that cannot be avoided or found impractical to remove.

**26.B.03.** Nonslip surfaces shall be provided on all working decks, stair treads, ship ladders, platforms, catwalks, and walkways, particularly on the weather side of all doorways opening on deck.

**26.B.04.** Guardrails, bulwarks, or taut cable guardlines shall be provided for deck openings, elevated surfaces, and similar locations where persons may be subject to falling or slipping from them. They shall be 42 (1.07 m) in height and have an intermediate rail.

**26.B.05.** Any obstruction extending into a passageway and restricting normal passage shall be posted with suitable warning signs or distinctively marked. Employees shall not be permitted to pass fore and aft, over, or around deck loads unless there is a safe passage.

**26.B.06.** All floating pipelines used as accessways shall be equipped with a walkway and handrail on one side. Walkways shall be at least 20 inches (50.8 cm) wide and securely anchored to the pipeline. This does not cancel the requirement for personal floatation devices (see 07.E.02.). When walkways and handrails

191

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034719

INFORMATIONAL COPY ONLY

are not provided, the pipelines shall be barricaded at both ends to prevent access by any person.

**26.B.07.** If cargo or materials are stored on deck of barges, scows, floats, and similar equipment, the outboard edge shall not be used as a passageway unless a clearance of 2 feet (60.96 cm) or more is maintained. Deck cargo carried on fuel barges shall be placed on dunnage.

**26.B.08.** When two or more pieces of floating plant are being used as one unit, they shall be securely lashed or fastened together to prevent openings between them or the openings shall be properly covered or guarded.

**26.B.09.** All deck fittings and similar obstructions which present stumbling hazards shall be painted yellow or with yellow trim.

**26.B.10.** Grab bars shall be provided on the sides of superstructure of tugs, tenders, and launches except where railing is present.

**26.B.11.** All doors shall be capable of being opened from either side and provided with positive means to secure them in both the open and closed position.

**26.B.12.** At least two means of excape shall be provided from areas in which crews are quartered. They shall be located in opposite bulkheads, if possible.

**26.B.13.** Escape hatches and emergency exits shall be marked on both sides with letters at least 1 inch (2.54 cm) high. Marking shall read "Emergency Exit. Keep Clear."

**26.B.14.** Double rung or flat tread type Jacob's ladders shall be used only when no safer form of access is practical. When in use, they shall hang without slack and be properly secured.

**26.B.15.** The outboard edge of covered lighters or barges with coamings more than 5 feet (1.52 m) high shall not be used as a passageway unless there is a 2-foot (60.96 cm) clear walkway, a grab rail, or a taut handline.

## 26.C. LAUNCHES, MOTORBOATS, AND SKIFFS

**26.C.01.** In the following circumstances a qualified crewman shall be assigned, unless a qualified able-bodied employee is aboard to assist with deck duties:

a. When extended trips are made from the work site. Generally this will include overnight trips, trips across open water such as lakes or large reservoirs, and trips requiring two or more hours of continuous operation.

192

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034720

INFORMATIONAL COPY ONLY

b. When conditions of navagation make it hazardous for an operator to leave the wheel at any time while underway.

c. When operations being performed, other than tying-in, require the handling of lines.

d. When operating during inclement weather.

e. When towing.

A qualified able-bodied employee is any individual who has established, to the satisfaction of the operator of the vessel, that he is physically and mentally capable of adequately performing the deck duties to which he may be assigned.

**26.C.02.** All launches and motorboats having gasoline or liquid petroleum gas power plants or equipment located in cabins, compartments, or confined spaces shall be equipped with a built-in automatic $CO_2$ or other equally effective type of fire extinguishing system.

**26.C.03.** At least one Coast Guard approved dry chemical fire extinguisher having a rating of at least 5-B:C units shall be carried on all launches and motorboats, including outboards.

**26.C.04.** All motor vessels or motor boats powered by internal combustion engines having electric spark ignition systems or having auxiliary engines of this type located in cabins, compartments, or confined spaces shall be equipped with an exhaust fan or fans for ventilating engine space and bilges; such fans shall be explosion-proof and located as remotely from potential explosive areas as practical. The vent intake shall extend to within not less than 1 foot (30.48 cm) of the bottom of the compartment.

**26.C.05.** Engines shall not be started until the engine space and bilges have been ventilated.

**26.C.06.** For launches and motorboats having diesel power plants not equipped with fans, ventilating shall be by natural draft through permanently open inlet and outlet ducts extending into the bilges. Inlet and exhaust ducts shall be equipped with suitable cowls or exhaust heads.

**26.C.07.** The maximum number of passengers that can safely be transported shall be posted on all launches, motorboats, and skiffs. This number shall not be exceeded and in no case shall the number of passengers (including crew) exceed the number of life preservers aboard.

**26.C.08.** Launches and motorboats shall have 10 square feet (9.29

193

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034721

INFORMATIONAL COPY ONLY

x $10^{-1}m^2$) of clear deck space and 18 inches (45.72 cm) of seat width per passenger.

**26.C.09.** Each boat shall have sufficient room, freeboard, and stability to safely carry the cargo and number of passengers allowed with due consideration being given to the weather and water conditions in which it will be operated.

**26.C.10.** Outboard motorboats and skiffs shall meet the minimum flotation requirement of the Coast Guard. A certification tag affixed to the hull is satisfactory evidence of compliance.

## 26.D. DRILLS

**26.D.01.** On all floating plants which have a regular crew or on which men are quartered, the following drills shall be held at least monthly. Where persons are quartered overnight, every fourth drill shall be at night.

    a. Boat or abandon ship drills.

    b. Fire drills.

    c. Man overboard or rescue drills.

**26.D.02.** Man overboard or rescue drills shall also be required at boatyards, locks, dams, and other locations where marine rescue equipment is required.

**26.D.03.** Suitable electrical or mechanical alarm devices, audible in all occupied areas, shall be provided at locations required to conduct any of the above drills.

**26.D.04.** A record of all drills, including any deficiencies noted in equipment and corrective action taken, shall be made in station log.

## 26.E. DREDGING

**26.E.01.** Prior to repair or maintenance operations on the pump, suction or discharge lines below the water line, or within the hull, the ladder shall be raised and positively secured. This provision is in addition to the normal securing of hoisting machinery. Blank or block plates shall also be set in suction or discharge lines as appropriate.

## 26.F. DIVING

**26.F.01.** Except as specified in this section, diving equipment and procedures shall be in conformance with reqirements of the United States Navy Diving Manual, NAVSEA 0994-LP-001-9010, available from Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

194

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034722

**26.F.02.** Divers, including those on standby, shall be qualified divers. Qualification shall be by certificate of training from a recognized school or certified record of past diving experience. An annual re-qualification is required.

**26.F.03.** A diver shall be at least 18 years of age, be fully conversant with the diving system and apparatus which he is personally required to use, and produce evidence that he has had a medical examination including chest examination by radiography within previous 12 months and certified physically fit for diving.

**26.F.04.** In addition to 26.F.02., no one shall be employed as a deep diver unless he has been gradually introduced or re-introduced to the maximum depth at which he is required to dive by carrying out shallow, medium, and deep dives or has carried out simulated wet, dry, or operational dives in excess of 200 feet (60.96 m) within preceding 3 months.

**26.F.05.** Diving shall not take place within 4 hours of the consumption of alcohol, two hours of consumption of a heavy meal, or on an empty stomach.

**26.F.06.** Divers suffering from severe colds, sinus or ear trouble, alcoholic intoxication or its after effects, fatigue, or acute illness, or vertigo shall not be allowed to participate in diving operations.

**26.F.07.** Divers working four months or more at shallow depths must be acclimatized in steps by a compression chamber and/or wet dives to the depth at which they will be required to work.

**26.F.08.** The diving area shall be marked and the proper signals shall be displayed during diving operations.

**26.F.09.** All interested activities shall be notified that diving operations are in progress.

**26.F.10.** Divers shall be thoroughly briefed in the operation.

**26.F.11.** Standard decompression tables approved by the Diving Master shall be located inside and outside recompression chambers.

**26.F.12.** A record of all men entering and leaving the water shall be maintained. Sample logs are given in Appendix U.

**26.F.13.** Minimum diving crews are given in Appendix U.

**26.F.14** A competent Diving Master shall be in charge of the operation.

195

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034723

**26.F.15.** A timekeeper shall be assigned and he shall be informed of his duties.

**26.F.16.** The Diving Master shall determine the minimum equipment to be worn by the standby diver while waiting to dive. At the least sign of trouble, the standby diver shall complete his suit-up preparatory to diving.

**26.F.17.** A diver who has performed arduous work in a 1-hour period preceding a dive shall not be assigned standby diver duties for dives over 12 feet (3.66 m).

**26.F.18.** For scuba dives under 33 feet (10.06 m), the buddy pair diver system or safety line may be used at the option of the Diving Master. For scuba dives over 33 feet (10.06 m) the buddy pair system shall be used or the diver tethered. Buddy pair scuba divers must maintain visual contact or use a buddy line securely fastened to both divers.

**26.F.19.** All required members of the surface crew specified shall be at the immediate site of the diving operation at all times when divers are submerged. The function of any one member of the crew shall not be performed simultaneously by another member of the crew unless specifically allowed by Table No. 1, Appendix U.

**26.F.20.** For each diver added to any crew, one tender shall also be added, except one tender shall be added for each additional buddy pair of divers.

**26.F.21.** Watch and knife shall be worn by all divers on all dives. Scuba divers shall wear buoyancy compensators. In water over 33 feet (10.06 m) deep, buddy divers shall have depth gauges, compass, and knife.

**26.F.22.** All tending lines, phones and lights required for the job shall be available at the site of the work.

**26.F.23.** When free diving at night, divers should carry a diver's indicating light or other method of indicating the diver's position.

**26.F.24.** Divers using surface supplied breathing apparatus shall have an adequate normal air supply and an emergency air supply (bailout bottle). Compressors used in diving operations must be independent of any other operation. For scuba dives, twinpacks will be required for all dives over 80 feet (24.38 m). Air regulators will be Navy approved.

196

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034724

INFORMATIONAL COPY ONLY

**26.F.25.** All hard-hat divers, including stand-by divers, shall be equipped with phones permitting simultaneous two-way conversation between the diver, his tender, other divers, and any other tender and diving master. Signaling by air or tending lines will be used when required for life safety.

**26.F.26.** Divers shall not dive if other work that might be hazardous to the divers is being performed directly over the divers and their equipment.

**26.F.27.** A recompression chamber with trained operating personnel shall be required at all dive sites where stage decompression in excess of 30 minutes is planned and at other sites when required by the Diving Coordinator. A recompression chamber shall be reasonably available but not required on site for planned stage decompression dives not in excess of 30 minutes.

**26.F.28.** Surface decompression shall not be carried out unless the following conditions are satisfied:

a. A compression chamber with a working pressure of at least 75 psi (517.1 k Pa) is available.

b. Sufficient trained personnel for controlling the chamber are available.

**26.F.29.** Open flames, cigarette lighters, matches and lighted cigarettes, cigars or pipes shall not be permitted in any chamber.

**26.F.30.** The diver who has just completed stage decompression and an attendant shall remain on duty for an additional hour before being released from duty. The diver shall be able to contact recompression chamber facilities during the 4 hour period immediately after leaving water.

**26.F.31.** The Diving Master shall advise divers that a period of two hours shall elapse between diving operations and flying in a pressurized aircraft if dives were carried out with no stops and a period of 24 hours if divers have carried out stops.

**26.F.32.** Only gases that are known to have been supplied from a source that has been tested for impurities shall be used.

## SECTION XXVII
# WORK IN CONFINED OR INCLOSED SPACES

197

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034725

## 27.A. GENERAL

**27.A.01.** Prior to entry into confined or inclosed spaces, a positive procedure to eliminate or control the hazards shall be established.

**27.A.02.** Procedure shall be in accordance with the Manufacturing Chemists Association, Safety Guide SG-10, Entering Tanks and Other Inclosed Spaces, or with Department of the Navy publication "Fuel Storage Tank Cleaning at the Shore Establishment" (NAVDOCKS P-342) or with the American Petroleum Institute's Recommended Practice, RP 2015, cleaning Petroleum Storage Tanks, as supplemented.

**27.A.03.** Inclosed spaces shall include storage tanks, tank cars, holds of vessels, process vessels with limited access, deep tanks, pits, vaults, shaft, or other confined spaces with one side open to the air and ventilation or exhaust ducts sewers, underground utility tunnels, or pipe lines with limited ventilation.

**27.A.04.** Hazards considered shall include toxic material and vapors, flammable materials and vapors, asphyxiating, corrosive, or radioactive material, and lack of oxygen.

**27.A.05.** Inclosed spaces shall be tested for contaminants and periodic check tests shall be made to assure an acceptable atmospheric condition.

**27.A.06.** Adequate mechanical exhaust ventilation shall be provided.

**27.A.07.** Protective clothing and respiratory protection shall not be used as a substitute for cleaning and ventilating of spaces.

**27.A.08.** No one shall enter an inclosed space containing a flammable atmosphere or one which, because of oxygen deficiency or contamination, may be immediately harmful to life in case of failure of the respiratory equipment.

**27.A.09.** Persons working in confined or inclosed spaces shall have a safety harness and life line with an attendant if the atmosphere has oxygen deficiency or contamination sufficient to require respiratory protection. The attendant shall be assigned no other duties. A signal system shall be established.

**27.A.10.** Disconnects in the power to any apparatus in or containing inclosed spaces shall be tagged and locked open whenever men are in the inclosed space.

**27.A.11.** All lines leading into or out of inclosed spaces shall be physically disconnected and capped or blanked to prevent flow or

198

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034726

drainage into the space. The closing of valves will not be a satisfactory substitute.

**27.A.12.** Local exhaust ventilation shall be provided to eliminate contaminants generated by welding and other operations within inclosed spaces.

**27.A.13.** Only explosion-proof lighting shall be used in confined or inclosed spaces unless the atmosphere has been proven to be nonflammable.

**27.A.14.** The nozzle of air, inert gas, and steam lines or hoses, when used in the cleaning or ventilation of tanks and vessels that contain hazardous concentrations of flammable gases or vapors, shall be bonded to the tank or vessel shell. Bonding devices shall not be attached or detached in hazardous concentrations of flammable gases or vapors.

## SECTION XXVIII

# SAFE CLEARANCE PROCEDURE

### 28.A. GENERAL

**28.A.01.** A safe clearance procedure shall be established prior to work on or near electrical equipment or lines, mechanical equipment, pressure systems, and vessels and lines or equipment containing dangerous or hazardous material which can be energized, pressurized, activated, or released remotely or inadvertently.

**28.A.02.** A safe clearance is an operating procedure by which a person, acting individually or as a representative of a crew, may have a designated system or equipment removed from and held out of service until released by him.

**28.A.03.** Procedure shall include provisions for lockout, tagging, disconnecting, and blanking or capping of controls, switches, valves, and lines, or blocking of moving parts to prevent unauthorized operation.

**28.A.04.** A safe clearance procedure shall be required on all systems and equipment if unauthorized removal or return to service could result in injury, damage, loss of content, loss of protection, or loss of system operating capability.

199

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034727

INFORMATIONAL COPY ONLY

# FORMWORK AND FALSEWORK

## 29.A. GENERAL

**29.A.01.** The planning and design of formwork and falsework shall be in accordance with the pertinent provisions of the American Concrete Institute, Publication SP4, Formwork for Concrete and ANSI A10.9, Safety Requirements for Concrete Construction and Masonry Work.

**29.A.02.** All formwork, falsework, structural shoring, and bracing shall be designed, erected, braced, and maintained so that it will safely support all vertical and lateral loads that might be applied until such loads can be supported by the structure.

**29.A.03.** Supporting ground or completed construction shall be of adequate strength to carry the vertical and lateral loads to be imposed.

**29.A.04.** Splices shall be designed and constructed to prevent buckling and bending.

**29.A.05.** Diagonal bracing shall be provided in vertical and horizontal planes where required to provide stiffness and to prevent buckling of individual members.

**29.A.06.** The design of formwork and falsework shall be submitted for review to the Contracting Officer's representative.

**29.A.07.** Drawings or plans showing the jack layout, formwork, shoring, working decks, and scaffolding, shall be available at the jobsite.

**29.A.08.** Stripped forms and shoring shall be removed and stockpiled promptly after stripping. Protruding nails, wire ties, and other form accessories not necessary to subsequent work shall be pulled, cut, or other means taken to eliminate the hazard.

## 29.B. VERTICAL SHORING

**29.B.01.** When temporary storage of reinforcing rods, material, or equipment on top of formwork becomes necessary, these areas shall be strengthened to meet the intended loads.

**29.B.02.** The sills for shoring shall be sound, rigid, and capable of carrying the maximum intended load.

**29.B.03.** All shoring equipment shall be inspected prior to erection to determine that it is as specified in the shoring layout. Any

200

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034728

equipment found to be damaged shall not be used for shoring.

**29.B.04.** Erected shoring equipment shall be inspected immediately prior to, during, and immediately after the placement of concrete. Any shoring equipment that is found to be damaged, displaced, or weakened shall be immediately reinforced or reshored.

**29.B.05.** Reshoring shall be provided when necessary to safely support slabs and beams after stripping or where such members are subjected to superimposed loads due to construction work done.

### 29.C. TUBULAR WELDED FRAME SHORING

**29.C.01.** Metal tubular frames used for shoring shall not be loaded beyond the safe working load recommended by the manufacturer.

**29.C.02.** All locking devices on frames and braces shall be in good working order, coupling pins shall align the frame or panel legs, pivoted cross braces shall have their center pivot in place, and all components shall be in a condition similar to that of original manufacture.

**29.C.03.** When checking the erected shoring frames with the shoring layout, the spacing between towers and cross brace spacing shall not exceed that shown on the layout and all locking devices shall be in the closed position.

**29.C.04.** Devices for attaching the external lateral stability bracing shall be securely fastened to the legs of the shoring frames.

**29.C.05.** All baseplates, shore heads, extension devices, or adjustment screws shall be in firm contact with the footing sill and the form.

### 29.D. VERTICAL SLIP FORMS

**29.D.01.** The steel rods or pipe on which the jacks climb or by which the forms are lifted shall be specifically designed for the purpose. Such rods shall be adequately braced where not encased in concrete.

**29.D.02.** Jacks and vertical supports shall be positioned in such a manner that the vertical loads are distributed equally and do not exceed the capacity of the jacks.

**29.D.03.** The jacks or other lifting devices shall be provided with mechanical dogs or other automatic holding devices to provide protection in case of failure of the power supply or the lifting mechanism.

201

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034729

**29.D.04.** Lifting shall proceed steadily and uniformly and shall not exceed the predetermined safe rate of lift.

**29.D.05.** Lateral and diagonal bracing of the forms shall be provided to prevent excessive distortion of the structure during the jacking operation.

**29.D.06.** During jacking operations, the form structure shall be maintained in line and plumb.

## 29.E. TUBE AND COUPLER SHORING

**29.E.01.** Couplers (clamps) shall not be used if they are deformed, broken, or have defective or missing threads on bolts, or other defects.

**29.E.02.** The material used for the couplers (clamps) shall be of a structural type such as drop-forged steel, malleable iron, or structural grade aluminum. Gray cast iron shall not be used.

**29.E.03.** When checking the erected shoring towers with the shoring layout, the spacing between posts shall not exceed that shown on the layout and all interlocking of tubular members and tightness of couplings shall be checked.

**29.E.04.** All baseplates, shore heads, extension devices, or adjustment screws shall be in firm contact with the footing sill and the form material and shall be snug against the posts.

## 29.F. SINGLE POST SHORES

**29.F.01.** All baseplates or shore heads of single post shores shall be in firm contact with the footing sill and the form materials.

**29.F.02.** Wherever single post shores are used in more than one tier, the layout shall be designed and inspected by a structural engineer.

**29.F.03.** When formwork is at an angle, sloping, or when the surface shored is sloping, the shoring shall be designed for such loading.

**29.F.04.** Adjustment of single post shores to raise formwork shall not be made after concrete is in place.

**29.F.05.** Fabricated single post shores and adjusting devices shall not be used if heavily rusted, bent, dented, rewelded, or having broken weldments or other defects. If they contain timber, they shall not be used if timber is split, cut, has sections removed, is rotted, or otherwise structurally damaged.

**29.F.06.** All timber and adjusting devices to be used for adjustable

202

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

timber single post shores shall be inspected before erection.

**29.F.07.** All nails used to secure bracing or adjustable timber single post shores shall be driven home and the point of the nail bent over if possible.

<div align="center">

SECTION XXX

# ACCESS FACILITIES

</div>

### 30.A. GENERAL

**30.A.01.** Safe access shall be provided to all work areas.

**30.A.02.** Accessways shall be kept clear of operating or construction materials or debris that would obstruct passage or cause a tripping hazard.

**30.A.03.** Accessways shall be kept clear of ice, snow, mud, grease, or other material that hinders safe passage. Sand, cinders, or other material to control slipping hazards shall be used over slippery surfaces that cannot be avoided or cleared.

**30.A.04.** All obstructions or projections into an accessway or passageway shall be conspicuously marked.

**30.A.05.** Obstructions or projections into accessways or passageways which are pointed, sharp, or any other shape which may cause lacerations, contusions, or abrasions shall be covered with resilient material.

**30.A.06.** Entrances, portals, or other primary accessways or passageways shall have overhead protection equal to 2-inch solid planking whenever work is performed over the entrance or if there is unsecured material above.

**30.A.07.** Ramps, or walkways complete with guard rail, intermediate rail, and toeboard shall be provided for temporary access to buildings or structures under construction.

### 30.B. LADDERS

**30.B.01.** The construction, installation, and use of ladders shall as a minimum conform to the latest edition of the Safety Codes for Portable Wood Ladders, ANSI A14.1; Portable Metal Ladders ANSI A14.2; Fixed Ladders ANSI A14.3; and Job Made Ladders ANSI A14.4.

203

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034731

**30.B.02.** Splices to ladders shall develop the full strength of a ladder of the same overall length.

**30.B.03.** Portable ladders shall be used at such a pitch that the horizontal distance from the top support to the foot of the ladder will not be greater than one-fourth the vertical distance between these points.

**30.B.04.** The supports on which a ladder rests, both top and bottom, shall be rigid, capable of supporting the loads to be imposed, and of such a nature that lateral displacement cannot occur.

**30.B.05.** All portable ladders shall be of sufficient length and shall be placed so that workmen will not stretch or assume a hazardous position.

**30.B.06.** Portable ladders used as temporary access shall extend at least 3 feet (91.4 cm) past the landing.

**30.B.07.** Portable metal ladders shall not be used for electrical work or where they may contact electrical conductors.

**30.B.08.** Broken or damaged ladders shall be removvd from service immediately and destroyed.

**30.B.09.** Ladders shall not be placed in passageways, doorways, drives, or any location where they may be displaced by activities being conducted on any other work unless protected by barricades or guards.

**30.B.10.** Ladders shall be secured by top, bottom, and sufficient intermediate fastenings to hold them rigidly in place and to support the loads which will be imposed upon them.

**30.B.11.** The steps or rungs of all ladders shall be set to provide at least 7 inches (17.78 cm) toe space from the inside face of the rung or step.

**30.B.12.** Provisions for landing at the top of all fixed ladders shall be made by the extension of side rails, hand holds, stanchions, or other suitable means to a minimum of 42 inches (1.07 m) above landing.

**30.B.13.** Any fixed ladder more than 20 feet (6.10 m) in height or any fixed ladder where the fall distance can be more than 20 feet (6.10 m) shall be provided with a ladder climbing safety device complying with Federal Specification RR-S-001301. Emergency access/egress for lock chambers shall be exempt.

204

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034732

**30.B.14.** If it is impractical to use a ladder climbing safety device, cages may be used provided that no single section shall be more than 30 feet (9.14 m) in length and each section shall be offset from adjacent sections and a guarded landing shall be provided at each offset.

**30.B.15** The length of portable step ladders shall not exceed 20 feet (6.10 m).

**30.B.16.** Three-legged ladders may be used for specific tasks if approved by the Contracting Officer's representative.

**30.C. STAIRWAYS**

**30.C.01.** On all structures or work levels 20 feet (6.10 m) or more in height, stairways shall be provided during the construction period. Where permanent stairways are not installed concurrently with the construction of each floor, a temporary stairway shall be provided to the work level.

**30.C.02.** Temporary stairways and handrails shall be constructed of selected materials, free of imperfections, hazardous projections, and shall be rigidly secured to the structure. Wooden treads shall be securely nailed in place. Risers shall be of a uniform height and treads of uniform width. No flight of temporary stairs shall have an unbroken vertical rise of more than 12 feet (3.66 m) without a landing not less than 30 inches (76.2 cm) in the direction of travel.

**30.C.03.** Every flight of stairs having four or more risers shall be equipped with standard stair railings or standard handrails, the width of the stair to be measured clear of all obstructions except handrails. Where permanent metal pan stairs are set for temporary use, treads of wood filler pieces shall be secured flush with pan rims. Metal stairs shall be set as early as work permits.

On stairways less than 44-inches (1.12 m) wide having both sides inclosed, at least one handrail, preferably on the right side descending.

On stairways less than 44-inches (1.12 m) wide having one side open, at least one stair railing on the open side.

Stairways less than 44-inches (1.12 m) wide having both sides open, one stair railing on each side.

On stairways more than 44-inches (1.12 m) wide, but less than 88-inches (3.15 m) wide, one hand rail on each enclosed side and

205

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034733

INFORMATIONAL COPY ONLY

one stair railing on each open side.

On stairways 88 or more inches (3.15 m) wide, one handrail or each enclosed side, one stair railing on each open side, and one intermediate stair railing located approximately midway of the width.

**30.C.04.** Standard guardrailing shall be installed around all stair wells.

**30.C.05.** Spiral stairways shall not be permitted except for special limited usage and secondary access situations where it is not practical to provide a conventional stairway.

### 30.D. ROADS

**30.D.01.** No employer shall move or cause to be moved construction equipment or vehicles upon any access, project or haul roadway or grade unless the surface is constructed and maintained to accommodate safely the movement of the equipment and vehicles involved.

**30.D.02.** Every access, ramp, berm used by equipment shall be constructed to retain or control runway vehicles.

**30.D.03.** When a difference in road or working levels exist, berms, barricades, or curbs shall be set to prevent vehicles overrunning edge or end of embankment.

**30.D.04.** Roadways shall have a slight crown and ditches for drainage.

**30.D.05.** Haul roads shall be constructed to widths suitable for safe operation of the equipment at the travel speeds proposed by the contractor and approved by the Contracting Officer. All curves shall have open sight line and as great a radius as practicable. Vehicle speed shall be limited on curves so that the vehicle can be stopped within one-half the visible distance of the roadway. The maximum allowable grade shall be 10 percent except where written permission is granted by the Contracting Officer.

**30.D.06.** Necessary light (including traffic control lights), flagmen, signs, barricades and distinctive markings for the safe movement of traffic shall be provided.

**30.D.07.** Dust controls shall be adequate to insure safe operation at all times.

206

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034734

INFORMATIONAL COPY ONLY

# SECTION XXXI
# FLOOR AND WALL OPENINGS

## 31.A. GENERAL

**31.A.01.** All floor and roof holes, skylights, and openings into which persons can accidentally walk shall be guarded by a securely anchored inclosure guard or covered with material and bracing of sufficient strength to support any load which may be imposed. Coverings for floor and roof openings shall be secured in place to prevent accidental removal or displacement. The standard for guardrailing, intermediate rails and toeboards will be as specified in Section 22.B.

**31.A.02.** Every stairway and ladderway floor opening shall be guarded by a securely anchored railing, intermediate rail, and toeboard on all exposed sides except entrance opening.

**31.A.03.** Stairway and ladderway entrances shall be offset or provided with a gate to prevent anyone walking directly into the opening.

**31.A.04.** Every hatchway and chute floor opening shall be guarded by a hinged floor-opening cover equipped with railings permanently attached so as to leave only one exposed side. The exposed side shall be provided either with a swinging gate or so offset that person cannot walk directly into the opening.

**31.A.05.** Wall openings, from which there is a drop of more than 4 feet (1.22 m) and the bottom of the opening is less than 3 feet (91.44 cm) above the working surface, shall be guarded with a top rail, top rail and intermediate rail, or standard guardrail. A standard toeboard shall be provided where the bottom of the wall opening, regardless of width, is less than 4 inches (10.16 cm) above the working surface.

**31.A.06.** Open-sided floor or platform 6 feet (1.83 m) or more above adjacent floor or ground level shall be guarded by a standard guardrail or the equivalent.

**31.A.07.** Doors or gates opening directly onto a stairway shall have a platform provided and swinging of the door shall not reduce the width of the platform to less than 20 inches (50.8 cm).

**31.A.08.** Chute openings into which debris is dumped shall have a guardrail 42 inches (1.07 m) above the floor or other surface on which workers stand to dump the material.

207

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034735

INFORMATIONAL COPY ONLY

**31.A.09.** An extension platform outside a wall opening onto which materials can be hoisted for handling shall have side rails or equivalent guards of standard specifications. One side of an extension platform may have removable railings in order to facilitate handling materials.

## SECTION XXXII

# NOISE CONTROL

### 32.A. GENERAL

**32.A.01.** Protection against the effects of noise exposure shall be provided when the sound levels exceed those shown in Table 32-1 when measured on the A-scale of a standard sound level meter at slow response.

#### TABLE 32-1-PERMISSIBLE NOISE EXPOSURES

| Duration per day, hours: | Sound level dBA slow response |
|---|---|
| 8 | 90 |
| 6 | 92 |
| 4 | 95 |
| 3 | 97 |
| 2 | 100 |
| 1½ | 102 |
| 1 | 105 |
| ½ | 110 |
| ¼ | 115 |

**32.A.02.** When employees are subjected to sound levels exceeding those listed in Table 32-1, above, feasible administrative or engineering controls shall be utilized. If such controls fail to reduce sound levels within the levels of the table, personal protective equipment shall be provided and used to reduce sound levels within the levels of the table. Such protective devices shall provide sufficient attenuation to control exposure to the hazard. Only those ear protectors which have been tested in accordance with ANSI Z24.22 shall be acceptable. Ear insert devices shall be fitted or determined individually by a competent person. Plain cotton is not an acceptable protective device.

208

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034736

INFORMATIONAL COPY ONLY

**32.A.03.** If the variations in noise level involves maxima at intervals of 1 second or less, it is to be considered continuous.

**32.A.04.** In all cases where the sound levels exceed the values shown in Table 32-1, a continuing, effective hearing conservation program shall be administered.

**32.A.05.** When the daily noise exposure is composed of two or more periods of noise exposure of different levels, their combined effect should be considered rather than the individual effect of each. Exposure to different levels for various periods of time shall be computed according to the formula set forth below:

Where:

$$F_e = \frac{T_1}{L_1} + \frac{T_2}{L_2} + \cdots + \frac{T_n}{L_n}$$

$F_e$ = The equivalent noise exposure factor.
$T$ = The period of noise exposure at any essentially constant level.
$L$ = The duration of the permissible noise exposure at the constant level (from Table 32-1).

If the value of $F_e$ exceeds unity (1) the exposure exceeds permissible levels.

**32.A.06.** Exposure to impulsive or impact noise should not exceed 140 dB peak sound pressure level.

**32.A.07.** When the sound pressure level in a working area exceeds 115 dBA, steady state, personal ear protection equivalent to the combination of ear plugs and ear muffs shall be required.

**32.A.08.** Sound pressure level measurements shall be made by qualified personnel using properly calibrated instruments.

## SECTION XXXIII
# DEMOLITION

### 33.A. GENERAL

**33.A.01.** Prior to permitting employees to start demolition operations, an engineering survey of the structure shall be made by a competent person to determine the condition of the framing, floors, and walls, and possibility of unplanned collapse of any portion of the structure. Any adjacent structure where employees

209

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034737

INFORMATIONAL COPY ONLY

may be exposed shall also be similarly checked. The employer shall have evidence in writing that such a survey has been performed.

**33.A.02.** When employees are required to work within a structure to be demolished which has been damaged by fire, flood, explosion, or other cause, the walls or floor shall be shored or braced.

**33.A.03.** All electric, gas, water, steam, sewer, and other service lines shall be shut off, capped, or otherwise controlled outside the building line before demolition work is started. In each case, any utility company which is involved shall be notified in advance.

**33.A.04.** If it is necessary to maintain any power, water or other utilities during demolition, such lines shall be temporarily relocated as necessary and protected.

**33.A.05.** It shall be determined if any type of hazardous chemicals, gases, explosives, flammable materials, or similarly dangerous substances have been used in any pipes, tanks, or other equipment on the property. When the presence of any such substances is apparent or suspected, testing and purging shall be performed and the hazard eliminated before demolition is started.

**33.A.06.** Hazards to anyone from fragmentation of glass shall be removed.

**33.A.07.** Where a hazard exists to employees falling through wall openings, the opening shall be protected to a height of 42 inches (1.07 m).

**33.A.08.** All floor openings, not used as material drops, shall be covered over with material substantial enough to support the weight of any load which may be imposed. Such material shall be properly secured to prevent its accidental movement.

**33.A.09.** Except for cutting of holes in floors for chutes, holes through which to drop materials, preparation of storage space, and similar necessary preparatory work, the demolition of exterior walls and floor construction shall begin at the top of the structure and proceed downward. Each story of exterior wall and floor construction shall be removed and dropped into the storage space before commencing the removal of exterior walls and floors in the story next below.

**33.A.10.** Employee entrances to multi-story structures being demolished shall be completely protected by sidewalk sheds or canopies, or both, providing protection from the face of the

210

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034738

building for a minimum of 8 feet (2.44 m). All such canopies shall be at least 2 feet (60.96 cm) wider than the building entrances or openings (1foot (30.48 cm) wider on each side thereof), and shall be capable of sustaining a load of 150 pounds per square foot $(7.18 \times 10^3$ Pa).

**33.A.11.** Mechanical equipment shall not be used on floors or working surfaces unless such floors or surfaces are of sufficient strength to support the imposed load.

**33.A.12.** Selective demolition by explosives shall be conducted in accordance with the applicable section of Section XXV.

### 33.B. STAIRS, PASSAGEWAYS, AND LADDERS

**33.B.01.** Only those stairways, passageways, and ladders, designated as means of access to the structure of a building, shall be used. Other access ways shall be entirely closed at all times

**33.B.02.** All stairs, passageways, ladders and incidental equipment thereto, which are covered by this section, shall be periodically inspected and maintained in a clean and safe condition.

**33.B.03.** In a multistory building, a stairwell being used shall be properly illuminated by either natural or artificial means and completely and substantially covered over at a point not less than two floors below the floor on which work is being performed. Access to the floor where the work is in progress shall be through a properly lighted, protected and separate passageway.

### 33.C. DEBRIS REMOVAL

**33.C.01.** When debris is dropped through holes in the floors without the use of chutes, the area onto which the material is dropped shall be completely enclosed with barricades not less than 42 inches (1.07 m) high and not less than 6 feet (1.83 m) back from the projected edge of the opening above. Signs, warning of the hazard of falling materials, shall be posted at each level. Removal shall not be permitted in this lower area until debris handling ceases above.

**33.C.02.** No material shall be dropped to any point lying outside the exterior walls of the structure unless the area is effectively protected.

**33.C.03.** All material chutes, or sections thereof, at an angle of more than 45° ($7.85 \times 10^{-1}$ rad.) from the horizontal, shall be entirely enclosed, except for openings equipped with closures at or about floor level for the insertion of materials. The openings shall

211

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034739

not exceed 48 inches (1.22 m) in height measured along the wall of the chute. Such openings, when not in use, shall be kept closed at all floors below the top floor.

**33.C.04.** A substantial gate shall be installed in each chute at or near the discharge end. A competent employee shall be assigned to control the operation of the gate, and the backing and loading of trucks.

**33.C.05.** When operations are not in progress, the area surrounding the discharge end of a chute shall be securely closed off.

**33.C.06.** Any chute opening, into which workmen dump debris, shall be protected by a substantial guardrail approximately 42 inches (1.07 m) above the floor or other surface on which the men stand to dump the material. Any space between the chute and the edge of openings in the floors through which it passes shall be solidly covered over.

**33.C.07.** Where the material is dumped from mechanical equipment or wheelbarrows, a securely attached toeboard or bumper, not less than 4 inches (10.16 cm) thick and 6 inches (15.24 cm) high, shall be provided at each chute opening.

**33.C.08.** Chutes shall be designed and constructed of such strength as to eliminate failure due to impact of materials or debris loaded therein.

**33.C.09.** The storage of waste material and debris on any floor shall not exceed the allowable floor loads.

**33.C.10.** In buildings having wooden floor construction, the flooring joists may be removed from not more than one floor above grade to provide storage space for debris provided falling material is not permitted to endanger the stability of the structure.

**33.C.11.** When wood floor beams serve to brace interior walls or free-standing exterior walls, such beams shall be left in place until other equivalent support can be installed to replace them.

**33.C.12.** Floor arches, to an elevation of not more than 25 feet (7.62. m) above grade, may be removed to provide storage area for debris provided such removal does not endanger the stability of the structure.

**33.C.13.** Storage space into which material is dumped shall be blocked off, except for openings necessary for the removal of materials. Such openings shall be kept closed at all times when material is not being removed.

**33.C.14.** Floor openings shall have curbs or stop-logs to prevent

212

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034740

INFORMATIONAL COPY ONLY

equipment from running over the edge.

**33.C.15.** Any openings cut in a floor for the disposal of materials shall be no longer in size than 25 percent of the aggregate of the total floor area, unless the lateral supports of the removed flooring remain in place. Floors weakened or otherwise made unsafe by demolition operations shall be shored to carry safely the intended imposed load from demolition operations.

### 33.D. WALL REMOVAL

**33.D.01.** Masonry walls, or other sections of masonry, shall not be permitted to fall upon the floors of the building in such masses as to exceed the safe carrying capacities of the floors.

**33.D.02.** No wall section, which is more than one story in height, shall be permitted to stand alone without lateral bracing, unless such wall was originally designed and constructed to stand without such lateral support, and is in a condition safe enough to be self-supporting. All walls shall be left in a stable condition at the end of each shift.

**33.D.03.** Employees shall not be permitted to work on the top of a wall when weather conditions constitute a hazard.

**33.D.04.** Structural or load-supporting members on any floor shall not be cut or removed until all stories above such a floor have been demolished and removed. This provision shall not prohibit the cutting of floor beams for the disposal of materials or for the installation of equipment, providing the requirements of paragraph 33.C.15. and Section 33.E. are met.

**33.D.05.** Floor openings within 10 feet (3.05 m) of any wall being demolished shall be planked solid, except when employees are kept out of the area below.

**33.D.06.** In buildings of "skeleton-steel" construction, the steel framing may be left in place during the demolition of masonry. Where this is done, all steel beams, girders, and similar structural supports shall be cleared of all loose material as the masonry demolition progresses downward.

**33.D.07.** Walkways or ladders shall be provided to enable employees to safely reach or leave any scaffold or wall.

**33.D.08.** Walls, which serve as retaining walls to support earth or adjoining structures, shall not be demolished until such earth has been properly braced or adjoining structures have been properly underpinned. See 23.A.05.

213

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034741

INFORMATIONAL COPY ONLY

SUPERSEDED

**33.D.09.** Walls, which are to serve as retaining walls against which debris will be piled, shall not be so used unless capable of safely supporting the imposed load.

## 33.E. FLOOR REMOVAL

**33.E.01.** Openings cut in a floor shall extend the full span of the arch between supports.

**33.E.02.** Before demolishing any floor arch, debris and other material shall be removed from such arch and other adjacent floor area. Planks not less than 2 inches by 10 inches in cross section, full sized undressed, shall be provided for and shall be used by employees to stand on while breaking down floor arches between beams. Such planks shall be so loacted as to provide a safe support for the workmen should the arch between the beams collapse. Straddle space between planks shall not exceed 16 inches (40.64 cm).

**33.E.03.** Safe walkways, not less than 18 inches (45.72 cm) wide, formed of wood planks not less than 2 inches (5.08 cm) thick, or of equivalent strength if metal, shall be provided and used by workmen when necessary to enable them to reach any point without walking upon exposed beams.

**33.E.04.** Stringers of ample strength shall be installed to support the flooring planks and the ends of such stringers shall be supported by floor beams or girders and not by floor arches alone.

**33.E.05.** Planks shall be laid together over solid bearings with the ends overlapping at least 1 foot (30.48 cm).

**33.E.06.** When floor arches are being removed, employees shall not be allowed in the area directly underneath, and such an area shall be barricaded to prevent access to it.

## 33.F. STEEL REMOVAL

**33.F.01.** When floor arches have been removed, planking shall be provided for the workers engaged in razing the steel framing.

**33.F.02.** Steel construction shall be dismantled column length by column length and tier by tier (columns may be in two-story lengths).

**33.F.03.** Any structural member being dismembered shall not be overstressed.

## 33.G. MECHANICAL DEMOLITION

**33.G.01.** No workers shall be permitted in any area which can be adversely affected by demolition operations when balling or

214

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034742

INFORMATIONAL COPY ONLY

clamming is being performed. Only those workers necessary for the performance of the operations shall be permitted in this area at any other time.

**33.G.02.** The weight of the demolition ball shall not exceed 50 percent of the crane's rated load, based on the length of the boom and the maximum angle of operation at which the demolition ball will be used, or it shall not exceed 25 percent of the nominal breaking strength of the line by which it is suspended, whichever results in a lesser value.

**33.G.03.** The crane boom and loadline shall be as short as possible.

**33.G.04.** The ball shall be attached to the loadline with a swivel-type connection to prevent twisting of the loadline and shall be attached by positive means in such manner that the weight cannot become accidentally disconnected.

**33.G.05.** When pulling over walls or portions thereof, all steel members affected shall have been previously cut free.

**33.G.06.** All roof cornices or other such ornamental stonework shall be removed prior to pulling walls over.

**33.G.07.** During demolition, continuing inspections by a competent person shall be made as the work progresses to detect hazards resulting from weakened or deteriorated floors, walls, or loosened material. No employee shall be permitted to work where such hazards exist until they are corrected by shoring, bracing, or other effective means.

## SECTION XXXIV
# STEEL ERECTION

### 34.A. PERMANENT FLOORING

**34.A.01.** The permanent floors shall be installed as the erection of structural members progresses, and there shall be not more than eight stories between the erection floor and the uppermost permanent floor, except where the structural integrity is maintained as a result of the design.

**34.A.02.** At no time shall there be more than two floors or 30 feet (9.14 m) of unfinished bolting or welding above the foundation or uppermost permanently secured floor unless column is one

215

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034743

continuous member and specific approval has been obtained from the Contracting Officer in writing. In no case shall 4 floors or 48 feet (14.63 m) be exceeded.

## 34.B. TEMPORARY FLOORING

**34.B.01.** The derrick or erection floor shall be solidly planked or decked over its entire surface except for access openings. Planking or decking of equivalent strength shall be of proper thickness to carry the working load. Planking shall be not less than 2 inches (5.08 cm) thick full size undressed and shall be laid tight and secured to prevent movement.

**34.B.02.** On buildings or structures not adaptable to temporary floors, and where scaffolds are not used, safety nets shall be installed and maintained whenever the potential fall distance exceeds two stories or 20 feet (6.10 m).

**34.B.03.** Where skeleton steel erection is being done, a tightly planked and substantial floor shall be maintained within two stories or 30 feet (9.14 m), whichever is less, below and directly under that portion of each tier of beams on which any work is being performed, except when gathering and stacking temporary floor planks on a lower floor, in preparation for transferring such planks for use on an upper floor. Where such a floor is not practicable, safety nets shall be required.

## 34.C. OTHER FLOORING

**34.C.01.** In the erection of a building having double wood floor construction, the rough flooring shall be completed as the building progresses; including the tier below the one on which floor joists are being installed.

**34.C.02.** For single wood floor or other flooring systems, the floor immediately below the story where the floor joists are being installed shall be kept planked or decked over.

## 34.D. STRUCTURAL STEEL ASSEMBLY

**34.D.01.** During the final placing of solid web structural members, the load shall not be released from the hoisting line until the members are secured with not less than two bolts or 10% of the bolts whichever is greater, at each connection and drawn up wrench tight.

**34.D.02.** Open web steel joists shall not be placed on any structural steel framework until such framework is permanently bolted or welded.

216

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034744

INFORMATIONAL COPY ONLY

**34.D.03.** In steel framing, where bar joists are utilized and columns are not framed in at least two directions with structural steel members, a bar joist shall be field-bolted at columns to provide lateral stability during construction.

**34.D.04.** Where longspan joists or trusses, 40 feet (12.19 m) or longer, are used, a center row of bolted bridging shall be installed to provide lateral stability during construction prior to slacking of hoisting line.

**34.D.05.** No load shall be placed on open web steel joists until these security requirements are met.

**34.D.06.** Structural and reinforcing steel for walls, piers, columns, and similar vertical structures shall be guyed and supported to prevent collapse.

**34.D.07.** When bolts or drift pins are being knocked out, means shall be provided to keep them from falling.

**34.D.08.** Impact wrenches shall be provided with a locking device for retaining the socket.

**34.D.09.** Connections of the equipment used in plumbing-up shall be properly secured.

**34.D.10.** The turnbuckles shall be secured to prevent unwinding while under stress.

**34.D.11.** Plumbing-up guys related equipment shall be placed so that employees can get at the connection points.

**34.D.12.** Plumbing-up guys shall be removed only under the supervision of a competent person.

**34.D.13.** Wire mesh, exterior plywood, or equivalent, shall be used around columns where planks do not fit tightly.

**34.D.14.** Provisions shall be made to secure temporary flooring against displacement.

**34.D.15.** Riveting shall not be done in the vicinity of combustible material unless precautions are taken to prevent fire.

217

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034745

INFORMATIONAL COPY ONLY



SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034746

INFORMATIONAL COPY ONLY

## APPENDIX A

### REQUIRED SHADES FOR FILTER LENSES AND GLASSES

Shades Nos. 3 and 4 filter lenses are intended for glare of reflected sunlight from snow, water, roadbeds, roofs, sand, etc., for stray light from nearby cutting and welding operations, and for metal pouring and furnace work.

| Welding operation | Shade number |
|---|---|
| Shielded metal-arc welding — 1/16", 3/32", 1/8", 5/32" electrodes | 10 |
| Inert-gas metal-arc welding (nonferrous) — 1/16", 3/32", 1/8", 5/32", electrodes | 11 |
| Inert-gas metal-arc welding (ferrous) — 1/16", 3/32", 1/8", 5/32", electrodes | 12 |
| Shielded metal-arc welding — 3/16", 7/32", 1/4" electrodes | 12 |
| —5/16", 3/8" electrodes | 14 |
| Atomic hydrogen welding | 10-14 |
| Carbon arc welding | 14 |
| Soldering | 2 |
| Torch brazing | 3 or 4 |
| Light cutting, up to 1" | 3 or 4 |
| Medium cutting, 1" to 6" | 4 or 5 |
| Heavy cutting, 6" and over | 5 or 6 |
| Gas welding (light) up to 1/8" | 4 or 5 |
| Gas welding (medium) 1/8" to 1/2" | 5 or 6 |
| Gas welding (heavy) 1/2" and over | 6 or 8 |

*Note,* In gas welding or oxygen cutting where the torch produces a high yellow light, it is desirable to use a filter or lens that absorbs the yellow or sodium line in the visible light of the operation.

Note: See Appendix X for metric conversions.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034747

INFORMATIONAL COPY ONLY

# APPENDIX B

## CRANE SIGNALS*



USE MAIN HOIST. Tap fist on head; then use regular signals.

USE WHIP LINE. (Auxiliary Hoist) Tap elbow with one hand; then use regular signals.

HOIST. With forearm vertical, forefinger pointing up, move hand in small horizontal circle.

LOWER. With arm extended downward, forefinger pointing down, move hand in small horizontal circles.

*Extracted from Proposal USA Standards B30.2, Overhead and Gantry Cranes, and B30.5, Crawler, Locomotive and Truck Cranes, with the permission of the publisher, The American Society of Mechanical Engineers, United Engineering Center, 345 East 47th Street, New York, N.Y. 10017

220

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034748

INFORMATIONAL COPY ONLY

## APPENDIX B (Cont.)

### CRANE SIGNALS



RAISE BOOM. Arm extended, fingers closed, thumb pointing upward.

LOWER BOOM. Arm extended, fingers closed, thumb pointing downward.

RAISE THE BOOM AND LOWER THE LOAD. With arm extended thumb pointing up, flex fingers in and out as long as load movement is desired.

LOWER THE BOOM AND RAISE THE LOAD. With arm extended, thumb pointing down, flex fingers in and out as long as load movement is desired.

221

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034749

**APPENDIX B (Cont.)**

## CRANE SIGNALS



EXTEND BOOM. (Telescoping Booms) Both fists in front of body with thumbs pointing outward.

RETRACT BOOM. (Telescoping Booms) Both fists in front of body with thumbs pointing toward each other.

SWING. Arm extended point with finger in direction of swing of boom.

MOVE SLOWLY. Use one hand to give any motion signal and place other hand motionless in front of hand giving the motion signal. (Hoist Slowly shown as example)

222

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034750

INFORMATIONAL COPY ONLY

## APPENDIX B (Cont.)

### CRANE SIGNALS



TRAVEL. (One Track) Lock the track on side indicated by raised fist. Travel opposite track in direction indicated by circular motion of other fist, rotated vertically in front of body. (For crawler cranes only)

TRAVEL. (Both Tracks) Use both fists, in front of body, making a circular motion, about each other, indicating direction of travel; forward or backward. (For crawler cranes only)

TRAVEL. Arm extended forward, hand open and slightly raised, make pushing motion in direction of travel.

DOG EVERYTHING. Clasp hands in front of body.

223

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034751

INFORMATIONAL COPY ONLY

## APPENDIX B (Cont.)

### CRANE SIGNALS



TROLLEY TRAVEL. Palm up, fingers closed, thumb pointing in direction of motion, jerk hand horizontally.

BRIDGE TRAVEL. Arm extended forward, hand open and slightly raised, make pushing motion in direction of travel.

MULTIPLE TROLLEYS. Hold up one finger for block marked "1" and two fingers for block marked "2". Regular signals follow.

MAGNET IS DISCONNECTED. Crane operator spreads both hands apart - palms up.

224

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034752

INFORMATIONAL COPY ONLY
## APPENDIX B (Cont.)

### CRANE SIGNALS



STOP. Arm extended, palm down, hold position rigidly.

EMERGENCY STOP. Arm extended, palm down, move hand rapidly right and left.

SUPERSEDED

225

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034753

INFORMATIONAL COPY ONLY

## APPENDIX C

## WIRE ROPE CLIPS

### How to Attach Wire Rope Clips

U-Bolt Clip

Fist Grip Clip




Thimble

U-Bolt of **All** clips on dead
  end of rope.
Never stagger clips.
Never put U-Bolt of clip on
  live end of rope.

Thimble

*Note:* D = six times diameter
  of wire rope

NUMBER OF CLIPS AND THE PROPER TORQUE NECESSARY TO ASSEMBLE WIRE ROPE EYE LOOP CONNECTIONS WITH A PROBABLE EFFICIENCY NOT MORE THAN 80 PERCENT.

| Rope diameter (in.) | Nominal size of clips | Number of clips | Torque to be applied to nuts of clips (ft-lbs) |
|---|---|---|---|
| 5/16 | 3/8 | 3 | 25 |
| 3/8 | 3/8 | 3 | 25 |
| 7/16 | 1/2 | 4 | 40 |
| 1/2 | 1/2 | 4 | 40 |
| 5/8 | 5/8 | 4 | 65 |
| 3/4 | 3/4 | 5 | 100 |
| 7/8 | 1 | 5 | 165 |
| 1 | 1 | 6 | 165 |
| 1-1/4 | 1-1/4 | 7 | 250 |
| 1-3/8 | 1-1/2 | 7 | 375 |
| 1-1/2 | 1-1/2 | 8 | 375 |
| 1-3/4 | 1-3/4 | 8 | 560 |

The spacing of clips should be six times the diameter of the wire rope. Thimbles shall be used if wire rope is to be spliced.

Note: See Appendix X for metric conversions.

226

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034754

INFORMATIONAL COPY ONLY

# APPENDIX D

## STAIRS AND RAMPS



Note:

See Appendix X for metric conversions.

## GRAPHIC ANALYSIS

227

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034755

INFORMATIONAL COPY ONLY

## APPENDIX D (Cont.)
## STAIRS AND RAMPS

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

**TABLE OF PROPORTIONS**

BASED ON FORMULA: $T = \dfrac{R}{\tan\,[(R-3)8°]}$

| | HH Handrail Height (Inches) | Riser (In.) | Effective Tread (Inches) | Angle ($\phi$) (Degrees) | Head Clearances | |
|---|---|---|---|---|---|---|
| | | | | | Y Vertical (Inches) | N Normal to Slope (In) |
| **RAMPS** | 39 | — | — | 2° | 84 | |
| | | — | — | 4° | 84 | |
| | | | | 6° | 84 | |
| **MONUMENTAL OR EXTERIOR** | 36 | 4.00 | 28.5 | 8° | 84 | |
| | | 4.25 | 24.1 | 10° | 84 | |
| | 35 | 4.50 | 21.2 | 12° | 85 | |
| | | 4.75 | 19.1 | 14° | 85 | |
| | 34 | 5.00 | 17.4 | 16° | 85 | |
| | | 5.25 | 16.2 | 18° | 86 | |
| | 33 | 5.50 | 15.1 | 20° | 86 | |
| | | 5.75 | 14.2 | 22° | 86 | |
| **INTERIOR** | 32 | 6.00 | 13.5 | 24° | 87 | |
| | | 6.25 | 12.8 | 26° | 87 | |
| | | 6.50 | 12.2 | 28° | 88 | |
| | | 6.75 | 11.7 | 30° | 89 | |
| | 33 | 7.00 | 11.2 | 32° | 90 | |
| | | 7.25 | 10.7 | 34° | 91 | |
| | | 7.50 | 10.3 | 36° | 92 | |
| | | 7.75 | 9.9 | 38° | 93 | |
| **FIXED INCLINED (STEPLADDER, SHIP'S LADDER)** | 34 | 8.00 | 9.5 | 40° | | 72 |
| | | 8.25 | 9.2 | 42° | | 71 |
| | | 8.50 | 8.8 | 44° | | 69 |
| | | 8.75 | 8.5 | 46° | | 68 |
| | 33 | 9.00 | 8.1 | 48° | | 66 |
| | | 9.25 | 7.8 | 50° | | 64 |
| | | 9.50 | 7.4 | 52° | | 62 |
| | | 9.75 | 7.1 | 54° | | 59 |
| | 32 | 10.00 | 6.7 | 56° | | 57 |
| **RAIL AND RUNG LADDER** | | | 12.00 Max. | 76° | | 36 |
| | | | | 82° | | 32 |
| | | | | 90° | | 30 |

Note: See Appendix X for metric conversions.

228

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034756

INFORMATIONAL COPY ONLY

# APPENDIX E
# FIXED LADDERS AND GUARD RAILS



Note: See Appendix X for metric conversions.

229

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034757

INFORMATIONAL COPY ONLY

# APPENDIX E (Cont.)

# FIXED LADDERS AND GUARD RAILS



**CENTERED SIDE LADDER**

**END SIDE LADDER**

**DEFLECTOR PLATES FOR HEAD HAZARDS**

Note: See Appendix X for metric conversions.

230

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

US_00034758

INFORMATIONAL COPY ONLY

## APPENDIX E (Cont.)

## FIXED LADDERS AND GUARD RAILS



SHORT LADDERS AT ELEVATED LOCATIONS



ROOF LADDER

LADDER FAR FROM WALL

CLEARANCE FOR UNAVOIDABLE OBSTRUCTION AT REAR OF LADDER

MINIMUM LADDER CLEARANCES

Note: See Appendix X for metric conversions.

231

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034759

## APPENDIX E (Cont.)

# FIXED LADDERS AND GUARD RAILS



THROUGH LADDER   SIDE-STEP LADDER
OVER 20 FT. HIGH

BASKET GUARD

BASKET GUARD HOOP

Note: See Appendix X. for metric conversions.

232

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

# APPENDIX F

## TRENCH SHORING
### Position of Walers Before Placing Sheet Piling
### for Shoring Trenches



Set up preparatory to placing sheet piling

233

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034761

INFORMATIONAL COPY ONLY

# APPENDIX G

## TRENCH SHORING WITH TRENCH JACKS
## FOR CROSS BRACES



234

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034762

INFORMATIONAL COPY ONLY

## APPENDIX H

## METHOD OF BRACING WHEN TWO
## LENGTHS OF SHEET PILING ARE USED



235

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034763

INFORMATIONAL COPY ONLY

# APPENDIX I

## BRACING WITH JACK SCREWS
## IN HARD SOIL



236

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034764

INFORMATIONAL COPY ONLY

## APPENDIX J

### TRENCH SHORING – MINIMUM REQUIRMENTS

| Depth of trench | Kind of condition of earth | Size and spacing of members | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Uprights | | Stringers | | Cross braces | | | | | | |
| | | | | | | Width of trench | | | | | Maximum spacing | |
| | | Minimum dimension | Maximum spacing | Minimum dimension | Maximum spacing | Up to 3 feet | 3 to 6 feet | 6 to 9 feet | 9 to 12 feet | 12 to 15 feet | Vertical | Horizontal |
| Feet | | Inches | Feet | Inches | Feet | Inches | Inches | Inches | Inches | Inches | Feet | Feet |
| 5 to 10 | Hard, compact . . . . . . . . . | 3 x 4 or 2 x 6 | 6 | | | 2 x 6 | 4 x 4 | 4 x 6 | 6 x 6 | 6 x 8 | 4 | 6 |
| | Likely to crack . . . . . . . . . | 3 x 4 or 2 x 6 | 3 | 4 x 6 | 4 | 2 x 6 | 4 x 4 | 4 x 6 | 6 x 6 | 6 x 8 | 4 | 6 |
| | Soft, sandy, filled . . . . . . . | 3 x 4 or 2 x 6 | Close sheeting | 4 x 6 | 4 | 4 x 4 | 4 x 6 | 6 x 6 | 6 x 8 | 8 x 8 | 4 | 6 |
| | Hydrostatic pressure . . . . . | 3 x 4 or 2 x 6 | Close sheeting | 6 x 8 | 4 | 4 x 4 | 4 x 6 | 6 x 6 | 6 x 8 | 8 x 8 | 4 | 6 |
| 10 to 15 | Hard . . . . . . . . . . . . . . . | 3 x 4 or 2 x 6 | 4 | 4 x 6 | 4 | 4 x 4 | 4 x 6 | 6 x 6 | 6 x 8 | 8 x 8 | 4 | 6 |
| | Likely to crack . . . . . . . . . | 3 x 4 or 2 x 6 | 2 | 4 x 6 | 4 | 4 x 4 | 4 x 6 | 6 x 6 | 6 x 8 | 8 x 8 | | 6 |
| | Soft, sandy, or filled . . . . | 3 x 4 or 2 x 6 | Close sheeting | 4 x 6 | 4 | 4 x 6 | 6 x 6 | 6 x 6 | 8 x 8 | 8 x 10 | 4 | 6 |
| | Hydrostatic pressure . . . . . | 3 x 6 | Close sheeting | 8 x 10 | 4 | 4 x 6 | 6 x 6 | 6 x 8 | 8 x 8 | 8 x 10 | 4 | 6 |
| 15 to 20 | All kinds or conditions . . . | 3 x 6 | Close sheeting | 4 x 12 | 4 | 4 x 12 | 6 x 8 | 8 x 8 | 8 x 10 | 10 x 10 | 4 | 6 |
| Over 20 | All kinds or conditions . . . | 3 x 6 | Close sheeting | 6 x 8 | 4 | 4 x 12 | 8 x 8 | 8 x 10 | 10 x 10 | 10 x 12 | 4 | 6 |

[1]Trench jacks may be used in lieu of, or in combination with, cross braces. Shoring is not required in solid rock, hard shale, or hard slag. Where desirable, steel sheet piling and bracing of equal strength may be substituted for wood.
Dimensions are based on nominal sizes of Douglas fir or equivalent. The greater dimensions of the stringers should be straight angle to the sheeting.

237

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034765

INFORMATIONAL COPY ONLY

# APPENDIX K

## POWER FIRING SYSTEMS



**Power Firing System for Series and Parallel Series Firing**
**(No Arcontroller)**

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## APPENDIX K (Cont.)

## POWER FIRING SYSTEMS



**Recommended Installation of Shooting Station and Accessory Arrangement
for Using Arcontroller**

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034767

INFORMATIONAL COPY ONLY

## APPENDIX L
### INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

| A. Item of Inspection. | Inspection Interval | Procedure Reference |
|---|---|---|
| Automatic and manual protective equipment | | |
| Main Generator $CO_2$ System, Oil Storage Room $CO_2$ System and Oil Purification Room $CO_2$ System | M-SA | 1 |
| Sprinkler System | Bimonthly | 2 |
| Fire Doors and Shutters | M-SA | 3 |
| Portable protective equipment | | |
| Carbon dioxide ($CO_2$) Extinguisher, Portable and Wheeled Type | M-SA | 4 |
| Dry Chemical Extinguishers, Portable and Wheeled Type | M-SA | 5 |
| Loaded Stream Type Extinguisher | M-SA-A | 6 |
| Foam Extinguishers Portable and Wheeled Type | M-SA-A | 7 |
| Soda and Acid Extinguishers, Portable and Wheeled Type | M-SA-A | 8 |
| Water Type Extinguishers | M-SA-A | 9 |
| Fire Pails, Drums, Tanks | W | 10 |
| Transformer Fog System | D-SA | 11 |
| Fire Hose | M-A | 12 |
| Fire alarm system | | |
| Area Fire Signal | D-M | 13 |
| Station Fire Alarms | M | 14 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## APPENDIX L (Cont.)
### INSPECTION SCHEDULE FIRE PORTECTIVE EQUIPMENT

**B. Frequency of Inspection.**

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| 1. Main Generator $CO_2$ System, Oil Storage $CO_2$ System and Oil Purification $CO_2$ System. | Monthly | Check electrical control circuits to see that same are in the ON position. Check all indicating lights to see that same are ON. |
| | Semiannually | Check every cylinder to see that it is mounted properly and weigh to see that it has full charge. Check in detail the tripping devices in accordance with the equipment manufacturer's manual and recommendations. |
| 2. All Water Spray Systems. | Bimonthly | Make visual inspection of water spray system water supply control. Start fire pumps, thereby building up pressure on water lines and flush out lines by opening flushing valve at end of line. Check fire pumps for leakage and proper operation. |
| 3. Fire Doors and Shutters. | Monthly | Inspect and manually operate fire doors and dampers. Make repairs as needed. |

241

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034769

INFORMATIONAL COPY ONLY

## APPENDIX L (Cont.)
### INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | Simiannually | Test automatic operation of automatic fire doors and dampers. Lubricate rollers and clean out channels. |
| 4. Carbon Dioxide ($CO_2$) Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers for proper location. Make sure that extinguisher is not subjected to high temperatures or located in direct rays of sun. Check lead wire seal and plastic seal on pressure release disk. If damaged or broken, check charge. Check hoses, nozzles, shells, brackets, and supports for deficiencies and correct. |
| | Semiannually | Weigh all extinguishers to insure full charge. Recharge if loss is 10 percent or more of rated capacity. Lubricate wheels on wheeled type. |
| 5. Dry Chemical Extinguishers, Portable and Wheeled Type. | Monthly | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

**APPENDIX L (Cont.)**
**INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT**

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | | brackets, and supports for deficiencies and correct. Pressurized units — check gauge pressure for full charge. |
| | Semiannually | Non-pressurized units — remove cartridges and weigh. Examine chemical to see that it is freely running, powdery conditon. DO NOT MIX THE VARIOUS TYPES OF DRY CHEMICALS. Wheeled type — check racks and lubricate wheels. |
| 6. Loaded Stream Type Extinguishers. | Monthly | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check hoses, nozzles, brackets, and supports, and correct deficiencies. |
| | Semiannually | Weigh cartridge and replace if loss exceeds stamped instructions. See that material is at the proper level. Examine inside of |

243

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034771

INFORMATIONAL COPY ONLY

**APPENDIX L (Cont.)**
**INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT**

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | | extinguisher and filler neck for corrosion, dents, and other damage. |
| | Annually..... | Stored-pressure units will be checked for pressure indication in operable range. All extinguishers except stored-pressure type must be discharged and recharged and inspected annually. |
| 7. Foam Extinguishers, Portable and wheeled. | Monthly ...... | Check all extinguishers for proper location. Make visual inspection and, if any show signs of having been used, check charge and restore to normal. Check condition of tank, hoses, nozzles, orifices, brackets, and supports for deficiences and correct. |
| | Semiannually . | Remove caps and examine tank interior visually for corrosion and damage. Check quantity of contents, inter-chamber stopper for freedom of movement, and gasket and filler collar for breaks, grooves, dents, or other damage. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

SUPERSEDED

## APPENDIX L (Cont.)
## INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | | Lubricate wheels on wheeled type. |
| | Annually . . . . . | Discharge and recharge all foam types annually. |
| 8. Soda Acid Extinguish-ers, Portable and Wheeled Type. | Monthly . . . . . | Check all extinguishers for proper location. Make visual inspection and if any show signs of having been used, check charge and restore to normal. Check tanks for external damage, corrosion, and leaks. Check hoses, nozzles, orifices, brackets, and supports and correct deficiencies. |
| | Semiannually . | Remove cap and blow through nozzle to insure waterway is unobstructed. Use a short hose or tube for mouthpiece. Check tank interior, gaskets, and filling collar for corrosion breaks, dents, foreign material, or other damage. Remove acid bottle and check quantity of soda solution by filler mark. Check for soda cake on bottom using small wooden rod or stick and recharge if excessive. Do not scratch lead coating on |

245

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_0003477 3

INFORMATIONAL COPY ONLY

246

## APPENDIX L (Cont.)
## INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | | interior of extinguisher. Check quantity of acid. Excess indicates water absorption and need for fresh acid. Inspect acid bottle stopper for freedom of movement, acid bottle for cracks, and cage holder for weak spots. Lubricate wheels on wheeled type. |
| | Annually. . . . . | Discharge and recharge all soda acid types annually. |
| 9. Water Type Extinguisher. <br> a Pump Type. <br> b. Plain Water, Calcium Chloride Type. <br> c. Extinguishers Using an Acid reaction to expel liquid. | Monthly . . . . . | Check all extinguishers for proper location, leaks, damage, and clear orifices. Operate pumps in pump types. |
| | Semiannually . | Tighten packing gland on pump type to stop leaks. Oil pump pumper rod. Remove and weigh carbon dioxide cartridge. If weight is less than allowance specified on container, replace cartridge. Inspect interior, gaskets, and filler collar for corrosion, breaks, dents, or other damage. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034774

INFORMATIONAL COPY ONLY

## APPENDIX L (Cont.)
### INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | Annually..... | Extinguishers of the acid reaction type must be discharged and recharged annually and all parts carefully inspected. |
| 10. Fire Pails, Drums, Tanks. | Weekly...... | Check items for condition and proper location. Remove trash and refill if necessary. Check anti-freeze solution as required. |
| 11. Transformer Fog System. | Daily........ | See that pilot lights are burning indicating that power is on and system is ready for automatic operation. Make visual inspection of nozzle piping at transformers. |
| | Semiannually . | Make complete overall test while transformer bank is out of service. Operate tripping devices and actually operate the entire system to see that it is operating properly. Make thorough inspection of each head and coverage of spray. |
| 12. Fire Hose. | Monthly..... | Make a visual inspection of nozzle, hose, and connections. Be sure hose is hung in proper |

247

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034775

INFORMATIONAL COPY ONLY

## APPENDIX L (Cont.)
### INSPECTION SCHEDULE FIRE PROTECTIVE EQUIPMENT

| Procedure Reference | Inspection Interval | Procedure |
|---|---|---|
| | | position for use in case of fire. Defective hose is to be discarded and replaced with new hose. |
| | Annually. . . . . | Test flow from hydrant and test hose. |
| 13. Area Fire Signal. | Daily. . . . . . . . | Test operate fire signal. |
| | Monthly . . . . . | Service fire signal and controls. |
| 14. Stations Fire Alarms. | Monthly . . . . . | Check system for proper operation. Check controls, relays, bells, gongs, and other equipment. If the station automatic telephone system is used for fire alarm purposes, check in accordance with inspection and test of station telephone system. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## APPENDIX M

# TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in ft. when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 2 | 5 | 70 | 51 | 30 | 6 |
| 5 | 10 | 90 | 64 | 35 | 8 |
| 10 | 20 | 110 | 81 | 45 | 10 |
| 20 | 30 | 125 | 93 | 50 | 11 |
| 30 | 40 | 140 | 103 | 55 | 12 |
| 40 | 50 | 150 | 110 | 60 | 14 |
| 50 | 75 | 170 | 127 | 70 | 15 |
| 75 | 100 | 190 | 139 | 75 | 16 |
| 100 | 125 | 200 | 150 | 80 | 18 |
| 125 | 150 | 215 | 159 | 85 | 19 |
| 150 | 200 | 235 | 175 | 95 | 21 |
| 200 | 250 | 255 | 189 | 105 | 23 |
| 250 | 300 | 270 | 201 | 110 | 24 |
| 300 | 400 | 295 | 221 | 120 | 27 |
| 400 | 500 | 320 | 238 | 130 | 29 |
| 500 | 600 | 340 | 253 | 135 | 31 |
| 600 | 700 | 355 | 266 | 145 | 32 |
| 700 | 800 | 375 | 278 | 150 | 33 |
| 800 | 900 | 390 | 289 | 155 | 35 |
| 900 | 1,000 | 400 | 300 | 160 | 36 |
| 1,000 | 1,200 | 425 | 318 | 165 | 39 |
| 1,200 | 1,400 | 450 | 336 | 170 | 41 |
| 1,400 | 1,600 | 470 | 351 | 175 | 43 |

Note: See Appendix X for metric conversions.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034777

INFORMATIONAL COPY ONLY
## APPENDIX M (Cont.)

# TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in ft. when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 1,600 | 1,800 | 490 | 366 | 180 | 44 |
| 1,800 | 2,000 | 505 | 378 | 185 | 45 |
| 2,000 | 2,500 | 545 | 408 | 190 | 49 |
| 2,500 | 3,000 | 580 | 432 | 195 | 52 |
| 3,000 | 4,000 | 635 | 474 | 210 | 58 |
| 4,000 | 5,000 | 685 | 513 | 225 | 61 |
| 5,000 | 6,000 | 730 | 546 | 235 | 65 |
| 6,000 | 7,000 | 770 | 573 | 245 | 68 |
| 7,000 | 8,000 | 800 | 600 | 250 | 72 |
| 8,000 | 9,000 | 835 | 624 | 255 | 75 |
| 9,000 | 10,000 | 865 | 645 | 260 | 78 |
| 10,000 | 12,000 | 875 | 687 | 270 | 82 |
| 12,000 | 14,000 | 885 | 723 | 275 | 87 |
| 14,000 | 16,000 | 900 | 756 | 280 | 90 |
| 16,000 | 18,000 | 940 | 786 | 285 | 94 |
| 18,000 | 20,000 | 975 | 813 | 290 | 98 |
| 20,000 | 25,000 | 1,055 | 876 | 315 | 105 |
| 25,000 | 30,000 | 1,130 | 933 | 340 | 112 |
| 30,000 | 35,000 | 1,205 | 981 | 360 | 119 |
| 35,000 | 40,000 | 1,275 | 1,026 | 380 | 124 |
| 40,000 | 45,000 | 1,340 | 1,068 | 400 | 129 |
| 45,000 | 50,000 | 1,400 | 1,104 | 420 | 135 |
| 50,000 | 55,000 | 1,460 | 1,140 | 440 | 140 |
| 55,000 | 60,000 | 1,515 | 1,173 | 455 | 145 |
| 60,000 | 65,000 | 1,565 | 1,206 | 470 | 150 |
| 65,000 | 70,000 | 1,610 | 1,236 | 485 | 155 |
| 70,000 | 75,000 | 1,655 | 1,263 | 500 | 160 |

250

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active Distribution is limited to USACE for historical reference only.

US_00034778

INFORMATIONAL COPY ONLY

## APPENDIX M (Cont.)

### TABLE OF DISTANCES FOR STORAGE OF EXPLOSIVES

| Explosives | | Distances in ft. when storage is barricaded | | | |
|---|---|---|---|---|---|
| Pounds over | Pounds not over | Inhabited Buildings | Passenger railways | Public highways | Separation of Magazines |
| 75,000 | 80,000 | 1,695 | 1,293 | 510 | 165 |
| 80,000 | 85,000 | 1,730 | 1,317 | 520 | 170 |
| 85,000 | 90,000 | 1,760 | 1,344 | 530 | 175 |
| 90,000 | 95,000 | 1,790 | 1,368 | 540 | 180 |
| 95,000 | 100,000 | 1,815 | 1,392 | 545 | 185 |
| 100,000 | 110,000 | 1,835 | 1,437 | 550 | 195 |
| 110,000 | 120,000 | 1,855 | 1,479 | 555 | 205 |
| 120,000 | 130,000 | 1,875 | 1,521 | 560 | 215 |
| 130,000 | 140,000 | 1,890 | 1,557 | 565 | 225 |
| 140,000 | 150,000 | 1,900 | 1,593 | 570 | 235 |
| 150,000 | 160,000 | 1,935 | 1,629 | 580 | 245 |
| 160,000 | 170,000 | 1,965 | 1,662 | 590 | 255 |
| 170,000 | 180,000 | 1,990 | 1,695 | 600 | 265 |
| 180,000 | 190,000 | 2,010 | 1,725 | 605 | 275 |
| 190,000 | 200,000 | 2,030 | 1,755 | 610 | 285 |
| 200,000 | 210,000 | 2,055 | 1,782 | 620 | 295 |
| 210,000 | 230,000 | 2,100 | 1,836 | 635 | 315 |
| 230,000 | 250,000 | 2,155 | 1,890 | 650 | 337 |
| 250,000 | 275,000 | 2,215 | 1,950 | 670 | 360 |
| 275,000 | 300,000 | 2,275 | 2,000 | 690 | 385 |

*Note 1.* "Explosive materials" means explosives, blasting agents, and detonators.

*Note 2.* "Explosives" means any chemical compound, mixture, or device, the primary or common purpose of which is to function by explosion. A list of explosives determined to be within the coverage of "18 U.S.C. Chapter 40, Importation, Manufacture, Distribution and Storage of Explosive Materials" is issued at least annually by the Director of the Alcohol, Tobacco, and Fire-

251

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034779

INFORMATIONAL COPY ONLY

## TABLE OF DISTANCES FOR
## STORAGE OF EXPLOSIVES

arms Division of the Internal Revenue Service of the Department of Treasury.

*Note 3.* "Blasting agents" means any material or mixture, consisting of fuel and oxidizer, intended for blasting, not otherwise defined as an explosive: Provided, That the finished product, as mixed for use or shipment, cannot be detonated by means of a number 8 test blasting cap when unconfined.

*Note 4.* "Detonator" means any device containing a detonating charge that is used for initiating detonation in an explosive; the term includes, but is not limited to, electric blasting caps of instantaneous and delay types, blasting caps for use with safety fuses and detonating-cord delay connectors.

*Note 5.* "Magazine" means any building or structure, other than an explosives manufacturing building, used for the permanent storage of explosive materials.

*Note 6.* "Natural Barricade" means natural features of the ground, such as hills, or timber of sufficient density that the surrounding exposures which require protection cannot be seen from the magazine when the trees are bare of leaves.

*Note 7.* "Artificial Barricade" means an artificial mound or revetted wall of earth of a minimun thickness of three feet.

*Note 8.* "Barricaded" means that a building containing explosives is effectually screened from a magazine, building, railway, or highway, either by a natural barricade, or by an artificial barricade of such height that a straight line from the top of any sidewall of the building containing explosives to the eave line of any magazine, or building, or to a point twelve feet above the center of a railway or highway, will pass through such intervening natural or artificial barricade.

*Note 9.* Inhabited Building Distance is the minimum allowable separation between explosive storage areas and public/private places of residence or assembly, commercial facilities and utilities, recreational facilities, project visitor areas, and Government and contractor work and storage areas or places where workers gather, whether indoors or outdoors.

252

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034780

## APPENDIX M (Cont.)

### TABLE OF DISTANCES FOR
### STORAGE OF EXPLOSIVES

*Note 10.* "Railway" means any steam, electric, or other railroad or railway which carries passengers for hire.

*Note 11.* "Highway" means any steet or public road. "Public Highways Class A to D" are highways with average traffic volume of 3,000 or less vehicles per day as specified in "American Civil Engineering Practice" (Abbett, Vol. 1, Table 46, Sec. 3-74, 1956 Edition, John Wiley and Sons).

*Note 12.* When two or more storage magazines are located on the same property, each magazine must comply with the minimum distances specified from inhabited buildings, railways, and highways, and, in addition, they should be separated from each other by not less than the distances shown for "Separation of Magazines," except that the quantity of explosives contained in cap magazines shall govern in regard to the spacing of said cap magazines from magazines containing other explosives. If any two or more magazines are separated from each other by less than the specified "Separation of Magazines" distances, then such two or more magazines, as a group, must be considered as one magazine, and the total quantity of explosives stored in such group must be treated as if stored in a single magazine located on the site of any magazine of the group, and must comply with the minimum distances specified from other magazines, inhabited buildings, railways, and highways.

*Note 13.* Storage in excess of 300,000 lbs. of explosives in one magazine is prohibited.

*Note 14.* This Table is not applicable to transportation of explosives or any handling or temporary storage necessary or incident thereto. It is not intended to apply to bombs, projectiles, or other heavily encased explosives.

For transportation purposes, the Department of Transportation in Title 49 Transportation CFR Parts 1-199 subdivides explosives into three classes:

Class A — Maximum Hazard
Class B — Flammable Hazard
Class C — Minimum Hazard

253

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034781

INFORMATIONAL COPY ONLY

## APPENDIX M (Cont.)

## TABLE OF DISTANCES FOR
## STORAGE OF EXPLOSIVES

*Note 15.* All types of blasting caps in strengths through No. 8 cap should be rated at 1½ lbs. of explosives per 1,000 caps. For strengths higher than No.8 cap, consult the manufacturer.

*Note 16.* For quantity and distance purposes, detonating cord of 50 to 60 grains per foot should be calculated as equivalent to 9 lbs. of high explosives per 1,000 feet. Heavier or lighter core loads should be rated proportionately.

*Note 17.* When a building containing explosives is not barricaded, the distance shown in the above tables should be doubled.

*Note 18.* These tables are for minimum distances applicable to any human exposed to explosive hazards on or off Government owned property.

254

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034782

# INFORMATIONAL COPY ONLY

**APPENDIX M (Cont.)**

**TABLE OF DISTANCES FOR
STORAGE OF EXPLOSIVES**

Table of Recommended Separation Distances
of Ammonium Nitrate and Blasting Agents
from Explosives or Blasting Agents[1,6]

References — NFPA No. 492 & NFPA No. 495

| Donor Weight | | Minimum Separation Distance of Receptor when Barricaded[2] (ft.) | | Minimum Thickness of Artificial Barricades[5] (in.) |
|---|---|---|---|---|
| Pounds Over | Pounds Not Over | Ammonium Nitrate[3] | Blasting Agent[4] | |
| | 100 | 3 | 11 | 12 |
| 100 | 300 | 4 | 14 | 12 |
| 300 | 600 | 5 | 18 | 12 |
| 600 | 1,000 | 6 | 22 | 12 |
| 1,000 | 1,600 | 7 | 25 | 12 |
| 1,600 | 2,000 | 8 | 29 | 12 |
| 2,000 | 3,000 | 9 | 32 | 15 |
| 3,000 | 4,000 | 10 | 36 | 15 |
| 4,000 | 6,000 | 11 | 40 | 15 |
| 6,000 | 8,000 | 12 | 43 | 20 |
| 8,000 | 10,000 | 13 | 47 | 20 |
| 10,000 | 12,000 | 14 | 50 | 20 |
| 12,000 | 16,000 | 15 | 54 | 25 |
| 16,000 | 20,000 | 16 | 58 | 25 |
| 20,000 | 25,000 | 18 | 65 | 25 |
| 25,000 | 30,000 | 19 | 68 | 30 |
| 30,000 | 35,000 | 20 | 72 | 30 |
| 35,000 | 40,000 | 21 | 76 | 30 |
| 40,000 | 45,000 | 22 | 79 | 35 |
| 45,000 | 50,000 | 23 | 83 | 35 |
| 50,000 | 55,000 | 24 | 86 | 35 |
| 55,000 | 60,000 | 25 | 90 | 35 |
| 60,000 | 70,000 | 26 | 94 | 40 |
| 70,000 | 80,000 | 28 | 101 | 40 |
| 80,000 | 90,000 | 30 | 108 | 40 |
| 90,000 | 100,000 | 32 | 115 | 40 |
| 100,000 | 120,000 | 34 | 122 | 50 |
| 120,000 | 140,000 | 37 | 133 | 50 |
| 140,000 | 160,000 | 40 | 144 | 50 |
| 160,000 | 180,000 | 44 | 158 | 50 |
| 180,000 | 200,000 | 48 | 173 | 50 |
| 200,000 | 220,000 | 52 | 187 | 60 |
| 220,000 | 250,000 | 56 | 202 | 60 |
| 250,000 | 275,000 | 60 | 216 | 60 |
| 275,000 | 300,000 | 64 | 230 | 60 |

255

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034783

INFORMATIONAL COPY ONLY
## APPENDIX M (Cont.)

## TABLE OF DISTANCES FOR
## STORAGE OF EXPLOSIVES

*Note 1.* Recommended separation distances to prevent explosion of ammonium nitrate and ammonium nitrate-based blasting agents by propagation from nearby stores of high explosives or blasting agents referred to in the Table as the "donor." Ammonium nitrate, by itself, is not considered to be a donor when applying this Table. Ammonium nitrate, ammonium nitrate-fuel oil or combinations thereof are acceptors. If stores of ammonium nitrate are located within the sympathetic detonation distance of explosives or blasting agents, one-half the mass of the ammonium nitrate should be included in the mass of the donor.

The distances apply to the separation of stores only. The Table of Distances shall be used in determining separation distances from inhabited buildings, passenger railways and public highways.

*Note 2.* When the ammonium nitrate and/or blasting agent is not barricaded, the distances shown in the Table shall be multiplied by six. These distances allow for the possibility of high velocity metal fragments from mixers, hopper, truck bodies, sheet metal structures, metal containers, and the like which may enclose the "donor." Where storage is in bullet-resistant magazines* recommended for explosives or where the storage is protected by a bullet-resistant wall, distances and barricade thicknesses in excess of those prescribed in the Table of Distances are not required.

*Note 3.* The distances in the Table apply to ammonium nitrate that passes the insensitivity test prescribed in the definition of ammonium nitrate fertilizer promulgated by the National Plant Food Institute;† and ammonium nitrate failing to pass said test shall be stored at separation distances determined by competent persons and approved by the authority having jurisdiction.

*Note 4.* These distances apply to nitro-carbo-nitrates and blasting agents which pass the insensitivity test prescribed in the U.S. Department of Transportation (DOT) regulations.

*Note 5.* Earth, or sand dikes, or enclosures filled with the prescribed minimum thickness of earth or sand are acceptable artificial

256

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034784

INFORMATIONAL COPY ONLY

## TABLE OF DISTANCES FOR
## STORAGE OF EXPLOSIVES

barricades. Natural barricades, such as hills or timber of sufficient density that the surrounding exposures which require protection cannot be seen from the "donor" when the trees are bare of leaves, are also acceptable.

*Note 6.* When the ammonium nitrate must be counted in determining the distances to be maintained from inhabited buildings, passenger railways and public highways, it may be counted at ½ its actual weight because its blast effect is lower.

---

*For construction of bullet-resistant magazines see IME Publication No. 1.

†Definition and Test Procedures for Ammonium Nitrate Fertilizer, National Plant Food Institute, November 1964.

Reprinted from Recommended Separation Distances of Ammonium Nitrate and Blasting Agents from Explosives or Blasting Agents, NFPA No. 492 — 1968 Edition, Copyrighted by National Fire Protection Association. Reproduced by permission.

257

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034785

INFORMATIONAL COPY ONLY

# APPENDIX N
## RESPIRATOR SELECTION

| Hazard | Respirator (See Note) |
| --- | --- |
| Oxygen deficiency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Self-contained breathing apparatus. Hose mask with blower. Combination air-line respirator with auxiliary self-contained air supply or an air-storage receiver with alarm. |
| Gas and vapor contaminants immediately dangerous to life and health. | Self-contained breathing apparatus. Hose mask with blower. Air purifying, full facepiece respirator with chemical canister (gas mask). Self-rescue mouthpiece respirator (for escape only). Combination air-line respirator with auxiliary self-contained air supply or an air-storage receiver with alarm. |
| Not Immediately dangerous to life and health. | Air-line respirator. Hose mask without blower. Air-purifying, half-mask or mouthpiece respirator with chemical cartridge. |
| Particulate contaminants immediately dangerous to life and health. | Self-contained breathing apparatus. Hose mask with blower. Air-purifying, full facepiece respirator with appropriate filter. Self-rescue mouthpiece respirator (for escape only). Combination air-line respirator with auxiliary self-contained air supply or an air-storage receiver with alarm. |
| Not immediately dangerous to life and health. | Air-purifying, half-mask or mouthpiece respirator with filter pad or cartridge. Air-line respirator. Air-line abrasive-blasting respirator. Hose-mask without blower. |
| Combination gas, vapor, and particulate contaminants immediately dangerous to life and health. | Self-contained breathing apparatus. Hose mask with blower. Air-purifying, full facepiece respirator with chemical canister and appropriate filter (gas mask with filter). Self-rescue mouthpiece respirator (for escape only). Combination air-line respirator with auxiliary self-contained air supply or an air-storage receiver with alarm. |
| Not immediately dangerous to life and health. | Air-line respirator. Hose mask without blower. Air-purifying, half-mask or mouthpiece respirator with chemical cartridge and appropriate filter. |

NOTE: For the purpose of this part, "immediately dangerous to life and health" is defined as a condition that either poses an immediate threat to life and health or an immediate threat of severe exposure to contaminants, such as radioactive materials, which are likely to have adverse delayed effects on health.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

258

US_00034786

INFORMATIONAL COPY ONLY

## APPENDIX O

## TUBE AND COUPLER SCAFFOLDS

### TABLE O-1 — TUBE AND COUPLER SCAFFOLDS
### LIGHT DUTY

Uniformly distributed load . . . . . . . . . . .  Not to exceed 25 p.s.f.
Post spacing (longitudinal) . . . . . . . . . . . .  10 ft. 0 in.
Post spacing (transverse). . . . . . . . . . . . . .  6 ft. 0 in.

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 8 | 125 ft. |
| 2 | 4 | 125 ft. |
| 3 | 0 | 91 ft. 0 in. |

### TABLE O-2 — TUBE AND COUPLER SCAFFOLDS
### MEDIUM DUTY

Uniformly distributed load . . . . . . . . . . .  Not to exceed 50 p.s.f.
Post spacing (longitudinal) . . . . . . . . . . .  8 ft. 0 in.
Post spacing (transverse) . . . . . . . . . . . . .  6 ft. 0 in.

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 6 | 125 ft. |
| 2 | 0 | 78 ft. 0 in. |

### TABLE O-3 — TUBE AND COUPLER SCAFFOLDS
### HEAVY DUTY

Uniformly distributed load . . . . . . . . . . .  Not to exceed 75 p.s.f.
Post spacing (longitudinal) . . . . . . . . . . .  6 ft. 6 in.
Post spacing (traverse) . . . . . . . . . . . . . . .  6 ft. 0 in.

| Working levels | Additional planked levels | Maximum height |
|---|---|---|
| 1 | 6 | 125 ft. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034787

INFORMATIONAL COPY ONLY

# APPENDIX P

## SINGLE AND INDEPENDENT POLE SCAFFOLDS

### TABLE P-1 — MINIMUM NOMINAL SIZE AND MAXIMUM SPACING OF MEMBERS OF SINGLE POLE SCAFFOLDS — LIGHT DUTY

| | Maximum height of scaffold | |
| --- | --- | --- |
| | 20 ft. | 60 ft. |
| Uniformly distributed load | Not to exceed 25 p.s.f. | |
| Poles or uprights | 2 x 4 in. | 4 x 4 in. |
| Pole spacing (longitudinal) | 6 ft. 0 in. | 10 ft. 0 in. |
| Maximum width of scaffold | 5 ft. 0 in. | 5 ft. 0 in. |
| Bearers or putlogs to 3 ft. 0 in. width | 2 x 4 in. | 2 x 4 in. |
| Bearers or putlogs to 5 ft. 0 in. width | 2 x 6 in. or 3 x 4 in. | 2 x 6 in. or 3 x 4 in. (rough). |
| Ledgers | 1 x 4 in. | 1¼ x 9 in. |
| Planking | 1¼ x 9 in. (rough) | 2 x 10 in. |
| Vertical spacing of horizontal members | 7 ft. 0 in. | 9 ft. 0 in. |
| Bracing, horizontal and diagonal | 1 x 4 in. | 1 x 4 in. |
| Tie-ins | 1 x 4 in. | 1 x 4 in. |
| Toeboards | 4 in. high (minimum) | 4 in. high (minimum). |
| Guardrail | 2 x 4 in. | 2 x 4 in. |

### TABLE P-2 — MINIMUM NOMINAL SIZE AND MAXIMUN SPACING OF MEMBERS OF SINGLE POLE SCAFFOLDS — MEDIUM DUTY

| | |
| --- | --- |
| Uniformly distributed load | Not to exceed 50 p.s.f. |
| Maximum height of scaffold | 60 ft. |
| Poles or uprights | 4 x 4 in. |
| Pole spacing (longitudinal) | 8 ft. 0 in. |
| Maximum width of scaffold | 5 ft. 0 in. |
| Bearers or putlogs | 2 x 10 in. or 3 x 4 in. |
| Spacing or bearers of putlogs | 8 ft. 0 in. |
| Ledgers | 2 x 10 in. |
| Vertical spacing of horizontal members | 7 ft. 0 in. |
| Bracing, horizontal | 1 x 6 in. or 1¼ x 4 in. |
| Bracing, diagonal | 1 x 4 in. |
| Tie-ins | 1 x 4 in. |
| Planking | 2 x 10 in. |
| Toeboards | 4 in. high (minimum). |
| Guardrail | 2 x 4 in. |

### TABLE P-3 — MINIMUM NOMINAL SIZE AND MAXIMUM SPACING OF MEMBERS OF SINGLE POLE SCAFFOLDS — HEAVY DUTY

| | |
| --- | --- |
| Uniformly distributed load | Not to exceed 75 p.s.f. |
| Maximum height of scaffold | 60 ft. |
| Poles or uprights | 4 x 6 in. |
| Pole spacing (longitudinal) | 6 ft. 0 in. |
| Maximum width of scaffold | 5 ft. 0 in. |
| Bearers or putlogs | 2 x 10 in. or 3 x 5 in. |
| Ledgers | 2 x 10 in. |
| Vertical spacing of horizontal members | 6 ft. 6 in. |
| Bracing, horizontal and diagonal | 2 x 4 in. |
| Tie-ins | 1 x 4 in. |
| Planking | 2 x 10 in. |
| Toeboards | 4 in. high (minimum). |
| Guardrail | 2 x 4 in. |
| Spacing of bearers or putlog | 6 ft. 0 in. |

260

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034788

INFORMATIONAL COPY ONLY

## APPENDIX P (Cont.)

### TABLE P-4 — MINIMUM NOMINAL SIZE AND MAXIMUM SPACING OF MEMBERS OF INDEPENDENT POLE SCAFFOLD — LIGHT DUTY

| | Maximum height of scaffold | |
|---|---|---|
| | 20 ft. | 60 ft. |
| Uniformly distributed load | Not to exceed 25 p.s.f. | |
| Poles or uprights | 2 x 4 in. | 4 x 4 in. |
| Pole spacing (longitudinal) | 6 ft. 0 in. | 10 ft. 0 in. |
| Pole spacing (transverse) | 6 ft. 0 in. | 10 ft. 0 in. |
| Ledgers | 1¼ x 4 in. | 1¼ x 9 in. |
| Bearers to 3 ft. 0 in. span | 2 x 4 | 2 x 4 |
| Bearers to 10 ft. 0 in. span | 2 x 6 or 3 x 4 in. | 2 x 10 (rough) or 3 x 8 in. |
| Planking | 1¼ x 9 in. | 2 x 10 in. |
| Vertical spacing of horizontal members | 7 ft. 0 in. | 7 ft. 0 in. |
| Bracing, horizontal and diagonal | 1 x 4 in. | 1 x 4 in. |
| Tie-ins | 1 x 4 in. | 1 x 4 in. |
| Toeboards | 4 in. high | 4 in. high (minimum) |
| Guardrail | 2 x 4 in. | 2 x 4 in. |

### TABLE P-5 — MINIMUM NOMINAL SIZE AND MAXIMUM SPACING OF MEMBERS OF INDEPENDENT POSE SCAFFOLDS — MEDIUM DUTY

| | |
|---|---|
| Uniformly distributed load | Not to exceed 50 p.s.f. |
| Maximum height of scaffold | 60 ft. |
| Poles or uprights | 4 x 4 in. |
| Pole spacing (longitudinal) | 8 ft. 0 in. |
| Pole spacing (transverse) | 8 ft. 0 in. |
| Ledgers | 2 x 10 in. |
| Vertical spacing of horizontal members | 6 ft. 0 in. |
| Spacing of bearers | 8 ft. 0 in. |
| Bearers | 2 x 10 in. |
| Bracing, Horizontal | 1 x 6 in. or 1¼ x 4 in. |
| Bracing, diagonal | 1 x 4 in. |
| Tie-ins | 1 x 4 in. |
| Planking | 2 x 10 in. |
| Toeboards | 4 in. high (minimum) |
| Guardrail | 2 x 4 in. |

### TABLE P-6 — MINIMUM NOMINAL SIZE AND MAXIMUM SPACING OF MEMBERS OF INDEPENDENT POLE SCAFFOLDS — HEAVY DUTY

| | |
|---|---|
| Uniformly distributed load | Not to exceed 75 p.s.f. |
| Maximum height of scaffold | 60 ft. |
| Poles or uprights | 4 x 4 in. |
| Pole spacing (longitudinal) | 6 ft. 0 in. |
| Pole spacing (transverse) | 8 ft. 0 in. |
| Ledgers | 2 x 10 in. |
| Vertical spacing of horizontal members | 6 ft. 0 in. |
| Bearers | 2 x 10 in. (rough) |
| Bracing, horizontal and diagonal | 2 x 4 in. |
| Tie-ins | 1 x 4 in. |
| Planking | 2 x 10 in. |
| Toeboards | 4 in. high (minimum) |
| Guardrail | 2 x 4 in. |

261

SUPERSEDED

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034789

INFORMATIONAL COPY ONLY

## APPENDIX Q
## SAFE WORKING LOADS FOR SHACKLES

(In tons of 2000 pounds)

| Material size (inches) | Pin diameter (inches) | Safe working load |
|---|---|---|
| 1/2 | 5/8 | 1.4 |
| 5/8 | 3/4 | 2.2 |
| 3/4 | 7/8 | 3.2 |
| 7/8 | 1 | 4.3 |
| 1 | 1-1/8 | 5.6 |
| 1-1/8 | 1-1/4 | 6.7 |
| 1-1/4 | 1-3/8 | 8.2 |
| 1-3/8 | 1-1/2 | 10.0 |
| 1-1/2 | 1-5/8 | 11.9 |
| 1-3/4 | 2 | 16.2 |
| 2 | 2-1/4 | 21.2 |

262

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034790

INFORMATIONAL COPY ONLY

# APPENDIX R

## SCHEDULE FOR LADDER-TYPE PLATFORMS

| | LENGTH OF PLATFORM (FEET) | | | | |
|---|---|---|---|---|---|
| | 12 | 14 and 16 | 18 and 20 | 22 and 24 | 28 and 30 |
| Side Stringers, minimum cross-section (finished sizes): | | | | | |
| At ends (inches) .............. | 1¾ x 2¾ | 1¾ x 2¾ | 1¾ x 3 | 1¾ x 3 | 1¾ x 3½ |
| at midle (inches) .............. | 1¾ x 3¾ | 1¾ x 3¾ | 1¾ x 4 | 1¾ x 4¼ | 1¾ x 5 |
| Reinforcing strip (minimum) ........... | A 1/8 x 7/8-inch steel reinforcing strip or its equivalent shall be attached to the side or underside, full length. | | | | |
| Rungs............................ | Rungs shall be 1-1/8-inches minimum diameter with at least 7/8 inch diameter tenons and the maximum spacing shall be 12 inches center to center. | | | | |
| Tie rods: | | | | | |
| Number (minimum) ............... | 3 | 4 | 4 | 5 | 6 |
| Diameter (minimum)............... | ¼ in. | ¼ in. | ¾ in. | ¼ in. | ¼ in. |
| Flooring, minimum finished size (inches).. | ½ x 2¾ | ½ x 2¾ | ½ x 2¾ | ½ x 2¾ | ½ x 2¾ |

263

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034791

INFORMATIONAL COPY ONLY

# APPENDIX  S
# SCAFFOLDS

**PLATE 1.** *Construction of Double Pole or Independent Scaffold*



264

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034792

INFORMATIONAL COPY ONLY

## APPENDIX  S  (Cont.)
## SCAFFOLDS

PLATE 2.   *Illustrating Diagonal Bracing on Double Pole*
*Scaffold*



265

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034793

INFORMATIONAL COPY ONLY

## APPENDIX S (Cont.)
## SCAFFOLDS

PLATE 3. *Illustration of Corner Construction of Single Pole Scaffold*



266

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034794

INFORMATIONAL COPY ONLY

# APPENDIX S (Cont.)
## SCAFFOLDS

PLATE 4.  *Construction of Outrigger Scaffold With Guard*
*and Toeboard*



267

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034795

**INFORMATIONAL COPY ONLY**

## APPENDIX S (Cont.)
## SCAFFOLDS

PLATE 5. *Illustrating Maximum Height of Horse Scaffold*



HORSE SCAFFOLD
MAXIMUM HEIGHT

268

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034796

INFORMATIONAL COPY ONLY

## APPENDIX S (Cont.)
Plate 6.    **TYPICAL SUSPENDED SCAFFOLDS**



This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

269

INFORMATIONAL COPY ONLY

# APPENDIX T
## HELICOPTER HAND SIGNALS



**MOVE RIGHT** — Left arm extended horizontally; right arm sweeps upward to position over head.

**HOLD-HOVER** — The signal "Hold" is executed by placing arms over head with clenched fists.

**MOVE LEFT** — Right arm extended horizontally; left arm sweeps upward to position over head.

**TAKEOFF** — Right hand behind back; left hand pointing up.

**MOVE FORWARD** — Combination of arm and hand movement in a collecting motion pulling toward body.

**LAND** — Arms crossed in front of body and pointing downward.

**MOVE REARWARD** — Hands above arm, palms out using a noticeable shoving motion.

**MOVE UPWARD** — Arms extended, palms up; arms sweeping up.

**RELEASE SLING LOAD** — Left arm held down away from body. Right arm cuts across left arm in a slashing movement from above.

**MOVE DOWNWARD** — Arms extended, palms down; arms sweeping down.

270

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034798

INFORMATIONAL COPY ONLY

## APPENDIX U

## DIVING DATA

### A. MINIMUM DIVING CREW

#### TABLE 1
**Dives Less Than 33 Feet In Depth**

| Type of Dive | Diver | Minimum Crew | | | |
|---|---|---|---|---|---|
| | | Surface Crew | | | |
| | | Stand-by Diver | Tender | Diving Master | Total |
| SCUBA — under 12 ft., clear water allows observation of diver at work at all times from surface | 1(c) | 1(b) | | (a) | 2 |
| SCUBA — under 12 ft., limited visibility | 1 | 1(b) | | (a) | 2 |
| SCUBA — over 12 ft. and less than 33 feet | 1 | 1(b) | | 1 | 3 |
| SCUBA — 'Buddy' diver safety system — under 12 feet | 2(c) | 1(b) | | (a) | 3 |
| SCUBA — 'Buddy' diver safety system — 12 ft. to 33 ft. | 2 | 1(b) | | 1 | 4 |
| Surface supplied divers | 1 | 1(b)(d) | 1 | 1(e) | 4 |

a. One of the qualified divers on the crew shall also be qualified as Diving Master and shall assume the duties and responsibilities of that position.

b. The stand-by diver may alternate with the working diver(s) in any 24-hour period.

c. Divers may dive without a tending line.

d. The stand-by diver will not be required if two or more submerged divers are receiving air and are tended from the same surface platform or barge, are in direct communication with each other or the same central station, and each diver has sufficient length of air supply hose to reach the other in the event of an emergency. Each member of this group of divers will be considered an effective stand-by diver for the other members.

e. The Diving Master in an emergency situation will act as tender when stand-by diver has to dive.

271

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034799

INFORMATIONAL COPY ONLY

**APPENDIX U (Cont.)**
**DIVING DATA**
**A. MINIMUM DIVING CREW (Cont.)**

**TABLE 2**
**Dives Over 33 Feet in Depth**

| Type of Dive | Repetitive Dives or Decom-pression Involved | Diver | Minimum Crew | | | | |
|---|---|---|---|---|---|---|---|
| | | | Surface crew | | | | |
| | | | Stand-by Diver | Tender | Time-Keeper | Diving Master | Total |
| Surface-supplied | No | 1 | 1(a) | 1 | | 1(c) | 4 |
| | Yes | 1 | 1(a) | 1 | 1 | 1(c) | 5 |
| Buddy-pair Scuba | No | 2 | 1(a)(b) | 1 | | 1 | 5 |
| | Yes | 2 | 1(a) | 1 | 1 | 1 | 6 |

a. The designated stand-by diver shall not dive during any 24 hour period except in emergencies.

b. The stand-by diver may perform time keeping duties as necessary.

c. The Diving Master in an emergency situation will act as tender when stand-by diver has to dive.

272

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034800

INFORMATIONAL COPY ONLY

# APPENDIX U (Cont.)
## DIVING DATA
### B. DIVING LOG BOOK

## TABLE 3
## DIVING LOG

| (NAME) Last | First | Middle | (Service No.) |
|---|---|---|---|
| RANK/RATE | CLASS OF DIVER | GEOGRAPHICAL LOCATION | |

| | DATE | DEPTH | | BOTTOM TIME |
|---|---|---|---|---|
| 1. DIVE | | | FT. | MIN. |

| 2. DIVING COND. | WATER DEPTH FT. | WATER TEMP. °F. | CURRENT KTS. | TYPE BOTTOM | BOTTOM VISIBILITY FT. |
|---|---|---|---|---|---|

| 3. TYPE WORK | 4. EQUIPMENT |
|---|---|
| | ☐ DEEP SEA   ☐ HEL-OXYGEN   ☐ MASK |
| | ☐ SCUBA (Open)   ☐ SCUBA (Closed)   ☐ OTHER: |

| 5. BR. MED. | AIR | HELIUM % | OXYGEN % | NITROGEN % | 6. SOURCE OF BREATH. MEDIUM | ☐ AIR BANKS | ☐ HEO BANKS | ☐ COMP. |
|---|---|---|---|---|---|---|---|---|

### 7. REPETITIVE NO-DECOMP. DIVES

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| TIME OUT | | | | |
| TIME IN | | | | |
| TIME (Min.) | | | | |
| DISTANCE (Yards) | | | | |
| AIR OUT (PSI) | | | | |
| AIR IN (PSI) | | | | |
| AIR USED (Cu feet) | | | | |
| MAX. DEPTH (Feet) | | | | |

| ☐ SUIT USED | BOT. VOL. (Cu. ft.) | TOT. TIME (Min.) | TOT. DIST. (Yds.) |
|---|---|---|---|

| 10. TOTAL TIME OF DIVE(S) | THIS/THESE MIN. | CUMULATIVE HRS. / MIN. |
|---|---|---|

### 8. DECOMP. TABLE

| STD | SURFACE | | HEO | SCHEDULE | |
|---|---|---|---|---|---|
| | AIR | OXYG | | FT./PP | MIN. |

| LEFT SURF. | REACH'D BOT. | LEFT BOT. | SURF'D | ASC. TO 1st STOP (Ft/Min.) |
|---|---|---|---|---|

| If surf. decomp. used, time from last water to first chamber stop. | MIN. |
|---|---|

### 9. DECOMPRESSION STOPS
(Record additional stops in 12)

| DEPTH | WATER | | CHAMBER | |
|---|---|---|---|---|
| | MIN. | BR. MED. | MIN. | BR. MED. |
| 50 | | | | |
| 40 | | | | |
| 30 | | | | |
| 20 | | | | |
| 10 | | | | |

11. WORK SCHEDULED AND ACCOMPLISHED

12. REMARKS

| DIVING MASTER | DIVING SUPERVISOR |
|---|---|

273

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034801

INFORMATIONAL COPY ONLY

## APPENDIX U (Cont.)
## DIVING DATA

## B. DIVING LOG BOOK (Cont.)

## TABLE 4
## REPETITIVE DIVING LOG

| (NAME) Last | | First | | Middle | | | DATE | |
|---|---|---|---|---|---|---|---|---|
| CLASS OF DIVER | BREATHING MEDIUM | | GEOGRAPHICAL LOCATION | | | EQUIPMENT | | |
| WATER DEPTH | WATER TEMP | | WORKING CONDITIONS | | TYPE OF WORK | | | |
| SOURCE OF BREATHING MEDIUM | | TOTAL BOTTOM TIME | | TIME-KEEPER (Name) | | | | |

**REPETITIVE DIVES**

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| TIME OUT | | | | | | | | |
| TIME IN | | | | | | | | |
| BOTTOM TIME | | | | | | | | |
| REACHED BOTTOM | | | | | | | | |
| LEFT BOTTOM | | | | | | | | |
| SURFACED | | | | | | | | |
| ASCEND TO 1st STOP | | | | | | | | |
| MAX. DEPTH OF DIVE | | | | | | | | |
| TOTAL TIME ALL DIVES | | | | | | | | |

**DECOMPRESSION STOPS**

| DEPTH STOPS | | WATER | | CHAMBER | | REMARKS |
|---|---|---|---|---|---|---|
| | | MIN. | BR. MED. | MIN. | BR. MED. | |
| 1 | 30' | | | | | |
| | 20' | | | | | |
| | 10' | | | | | |
| 2 | 30' | | | | | |
| | 20' | | | | | |
| | 10' | | | | | |
| 3 | 30' | | | | | |
| | 20' | | | | | |
| | 10' | | | | | |

| DIVING MASTER | DIVING SUPERVISOR | |
|---|---|---|
| | | RECORD POSTED, DATE |

274

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034802

INFORMATIONAL COPY ONLY

# APPENDIX V

## REMOVAL OF SLINGS FROM SERVICE

### A. Chain Slings

1. If wear at any point of any chain link or the depth of gouge or rounded out portion exceeds the values in Table I, below, the assembly shall be removed form service.

### TABLE I

### MAXIMUM ALLOWABE WEAR AT ANY POINT OF LINK

| CHAIN SIZES INCHES | MAXIMUM ALLOWABLE WEAR, INCH | CHAIN SIZE, INCHES | MAXIMUM ALLOWABLE WEAR, INCH |
|---|---|---|---|
| 1/4 | 3/64 | 1 | 3/16 |
| 3/8 | 5/64 | 1-1/8 | 7/32 |
| 1/2 | 7/64 | 1-1/4 | 1/4 |
| 5/8 | 9/64 | 1-3/8 | 9/32 |
| 3/4 | 5/32 | 1-1/2 | 5/16 |
| 7/8 | 11/64 | 1-3/4 | 11/32 |

2. Sharp transverse nicks shall be rounded by grinding.

3. Assemblies with deformed master or coupling links or cracked hooks or attachments shall be removed from service.

### B. Wire Rope Slings.

One or more of the following conditions shall be sufficient reason for replacing wire rope slings:

1. Six randomly distributed broken wires in one rope lay, or three broken wires in one strand in one rope lay.

2. Wear or scraping of one-third the original diameter of outside individual wires.

3. Kinking, crushing, bird caging or any other damage resulting in distortion of the rope structure.

4. Evidence of heat damage.

5. End attachments that are cracked, deformed, or worn.

6. Corrosion of the rope or end attachments.

275

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034803

# REMOVAL OF SLINGS FROM SERVICE

C. Natural and Synthetic Fiber Rope Slings.

One or more of the following conditions shall be sufficient reason for replacing natural or synthetic fiber rope slings:

1. Slings shortened with knots, bolts, or other unapproved methods.

2. Damaged slings.

3. Rope less than ½-inch diameter.

4. Slings subjected to a sustained load equal to the rated capacity for more than three days.

5. Slings made from old rope.

6. Slings subjected to chemically active environments unless permitted by the rope manufacturer.

D. Synthetic Webbing.

One or more of the following visable defects shall be sufficient reason for replacing synthetic webbing:

1. Acid or caustic burns.

2. Melting or charring of any part of the surface.

3. Snags, punctures, tears or cuts.

4. Broken or worn stitches.

5. Wear or elongation exceeding the amount recommended by the manufacturer.

6. Distortion of fittings.

E. Metal Mesh.

Slings shall be removed from service if any of the following defects are present:

1. A broken weld or brazed joint along the sling edge.

2. A broken wire in any part of the mesh.

3. Reduction in wire diameter of 25 percent due to abrasion or 15 percent due to corrosion.

4. Lack of flexibility due to distortion of the fabric.

5. Distortion of the female handle so the depth of the slot is increased by more than 10 percent.

F. Hooks.

Assemblies shall be removed from service if hooks have been opened more than 15 percent of the normal throat opening measured at the narrowest point or twisted more than 10 degrees from the plane of the unbent hook.

276

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034804

INFORMATIONAL COPY ONLY

## APPENDIX W

## REFERENCE MATERIAL

(All references used in this manual are for the latest
publication unless specifically stated otherwise.)

A. AMERICAN CONCRETE INSTITUTE
   Form work for Concrete – SP4.

B. AMERICAN CONFERENCE OF GOVERNMENTAL
   INDUSTRIAL HYGIENISTS
   Threshold Limit Values of Airborne Contaminants.

C. AMERICAN NATIONAL STANDARDS INSTITUTE (ANSI)
   1. Accident Prevention Signs, Specifications for – ANSI Z35.1.
   2. Accident Prevention Tags, Specifications for – ANSI Z35.2.
   3. Use, Care and Protection of Abrasive Wheels, Safety Code
      for the—ANSI B7.1.
   4. Concrete Construction and Masonry Work, Safety Require-
      ments for—ANSI A10.9.
   5. Safety Belts, Harnesses, Lanyards, Lifelines, and Drop
      Lines, for Construction and Industrial Use. Requirements
      for—ANSI A10.14.
   6. Conveyors and Related Equipment, Safety Standards for –
      ANSI B20.
   7. Crawler, Locomotive, and Truck Cranes, Safety Code for –
      ANSI B30.5.
   8. Demolition, Safety Requirements for – ANSI A10.6.
   9. Derricks, Safety Code for – ANSI B30.6.
   10. Dredging, Safety Requirements for – ANSI A10.15.
   11. Elevators, Dumbwaiters, Escalators, and Moving Walks,
       Safety Code for—ANSI A17.1.
   12. Elevators, Escalators, and Moving Walks, Practice for the Inspec-
       tion of – ANSI A17.2.
   13. Fixed Ladders, Safety Requirements for – ANSI A14.3.
   14. Floating Cranes and Floating Derricks, Safety Code for -
       ANSI B30.8.
   15. Industrial Head Protection, Safety Requirements for –
       ANSI Z89.1.
   16. Industrial Protective Helmets for Electrical Workers, Class
       B, Safety Requirements for – ANSI Z89.2.
   17. Industrial Lighting, Practice for – ANSI A11.1.
   18. Job-Made Ladders, Safety Requirements for – ANSI A14.4.
   19. Marking Physical Hazards, Safety Color Code for – ANSI
       Z53.1.
   20. Material Hoists, Safety Requirements for – ANSI A10.5.
   21. Measurement of Real-Ear Protection of Hearing Protectors and
       Physical Attenuation of Earmuffs, Method for the – ANSI S3.19.
   22. Mechanical-Power Transmission Apparatus, Safety Standards
       for – ANSI B15.1.

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034805

INFORMATIONAL COPY ONLY

## APPENDIX W (Cont.)
## REFERENCE MATERIAL

23. National Electrical Code – ANSI C1.
24. National Electrical Safety Code – ANSI C2.
25. Occupational and Educational Eye and Face Protection, Practice for – ANSI Z87.1.
26. Personnel Hoists, Safety Requirements for – ANSI A10.4.
27. Portable Metal Ladders, Safety Requirements for – ANSI A14.2.
28. Portable Wood Ladders, Safety Requirements for – ANSI A14.1.
29. Powder Actuated Fastening Systems, Safety Requirements for – ANSI A10.3.
30. Powered Platforms for Exterior Building Maintenance, Safety Code for ANSI A120.1.
31. Power Piping – ANSI B31.1.
32. Rubber Insulating Blankets – ANSI J6.4
33. Rubber Insulating Gloves, Specifications for – ANSI J6.6.
34. Rubber Insulating Hoods – ANSI J6.2.
35. Rubber Insulating Line Hose – ANSI J6.1.
36. Rubber Matting for Use Around Electric Apparatus – ANSI J6.7.
37. Rubber Insulating Sleeves – ANSI J.6.5.
38. Prevention of Radio Frequency Radiation Hazards on the Use of Electric Blasting Caps, Safety Guide for the—ANSI C95.4.
39. Scaffolding, Safety Requirements for – ANSI A10.8.
40. Slings, Safety Standard for – ANSI B30.9.
41. Transformer-Type Arc-Welding Machines, Safety Standard for – ANSI C33.2.
42. Manual on Uniform Traffic Control Devices for Streets and Highways – ANSI D6.1.
43. Vehicle Mounted Elevating and Rotating Work Platforms – ANSI A92.2.
44. Welding and Cutting, Safety in – ANSI Z49.1.
45. Woodworking Machinery, Safety Requirements for – ANSI .01.1.
46. Personnel Hoists, Safety Requirements for – ANSI A10.4.

D. AMERICAN PETROLEUM INSTITUTE
Cleaning Petroleum Storage Tanks – PR 2015.

E. AMERICAN SOCIETY OF MECHANICAL ENGINEERS
ASME Code for Unfired Pressure Vessels.

F. AMERICAN WELDING SOCIETY
1. Automotive Welding Design, Recommended Practices for – AWS D8.4.
2. Specifications for Welded Highway and Railway Bridges – AWS D2.0.
3. Standard Qualification Procedure – AWS B3.0.
4. Welding Procedures and Welders for Piping and Tubing, Standard Qualification of – AWS D10.9.

278

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034806

INFORMATIONAL COPY ONLY

## APPENDIX W (Cont.)
## REFERENCE MATERIAL

G. DEPARTMENT OF LABOR
   1. Compressed Air – 29 CFR 1926.803.
   2. Recording and Reporting Occupational Injuries and Illnesses – 29 CFR 1904.
   3. Safety and Health Regulations for Longshoring – 29 CFR 1918.
   4. Tunnels and Shafts, Caissons, Cofferdams, and Compressed Air – 29 CFR 1926 Sub-Part S.

H. DEPARTMENT OF TRANSPORTATION.
   1. Federal Aviation Agency
      a. Air Taxi Operators and Commercial Operators of Small Aircraft – 14 CFR 135.
      b. General Operating and Flight Rules – 14 CFR 91.
      c. Rotocraft External – Load Operations – 14 CFR 133.
      d. Transportation of Dangerous Articles and Magnetized Materials – 14 CFR 103.
   2. Transportation
      a. Federal Motor Vehicle Safety Standards – 49 CFR 571.
      b. Pipelines – 49 CFR 180.
      c. Regulations for Hazardous Materials – 49 CFR 171-179.
      d. Transportation of Natural and Other Gas by Pipeline: Minimum Federal Safety Standards – 49 CFR 192.
   3. U.S. Coast Guard
      a. Dangerous Cargoes – 46 CFR Sub-Part N.
      b. Transportation or Storage of Explosives or Other Dangerous Articles or Substances, and Combustible Liquids on Board Vessels – 46 CFR 146.

I. E.I. DuPONT de NEMOURS AND CO., INC. Blasters Handbook

J. INSTITUTE OF MAKERS OF EXPLOSIVES

K. INTERNAL REVENUE
   Commerce in Explosives – 26 CFR 181.

L. INTERSTATE COMMERCE COMMISION
   Interstate Commerce Commission Regulations on Compressed Gas Cylinders.

M. MANUFACTURING CHEMISTS ASSOCIATION
   Safety Guide – Entering Tanks and Other Inclosed Spaces – SG-10.

N. MILITARY SPECIFICATION
   Coveralls, Fireman's, Aluminized – MIL-C-02284(SA).

O. MILITARY STANDARD
   1. Color Code for Compressed Gas Cylinders – MIL STD 101A.
   2. Welding and Brazing Procedure and Performance Qualification – MIL STD 248B.

P. NATIONAL COUNCIL ON RADIATION PROTECTION AND MEASUREMENTS. P.O. Box 30175, Washington, D.C. 20014.

279

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034807

INFORMATIONAL COPY ONLY

## APPENDIX W (Cont.)

Basic Radiation Protection Criteria – NCRP 39.

Q. NATIONAL FIRE PROTECTION ASSOCIATION
1. Flammable and Combustible Liquids – NFPA 30.
2. Installation of Oil Burning Equipment, Standard for – NFPA 31.
3. Liquefied Petroleum Gases, Storage and Handling – NFPA 58.
4. Portable Fire Extinguishers, Maintenance and Use – NFPA 10A.

R. NATIONAL SAFETY COUNCIL
Unit First Aid Kits – Data Sheet No. 202.

S. SOCIETY OF AUTOMOTIVE ENGINEERS
1. Critical Zone – Characteristics and Dimensions of Operators of Construction and Industrial Machinery – SAE J 397.
2. Lifting Crane Wire – Rope Strength Factors – SAE J 959.
3. Mechanical and Quality Requirements for Externally Threaded Fasteners – SAE J 429 E.
4. Mechanical and Quality Requirements for Steel Nuts – SAE J 995 a.
5. Minimum Performance Criteria for Rollover Protective Structure for Crawler Tractors and Crawler-Type Loaders – SAE J 395.
6. Minimum Performance Criteria for Rollover Protective Structure for Motor Graders – SAE J 396.
7. Minimum Performance Criteria for Rollover Protective Structure for Rubber-Tired Front-End Loaders and Rubber-Tired Dozers – SAE J 394.
8. Minimum Performance Criteria for Rollover Protective Structure for Rubber-Tired Self-Propelled Scrapers – SAE J 320 a.
9. Motor Vehicle Seat Belt Assemblies – SAE J 4 C.
10. Protective Frame Test Procedures and Performance Requirements – SAE J 334 a.
11. Protective Frame with Overhead Protection Test Procedures and Performance Requirements – SAE J 167.
12. Seat Belts for Construction Equipment – SAE J 386.
13. Tractor Mounted Side Booms – SAE J 473 a.

T. TECHNICAL MANUALS
U.S. Navy Diving Manual. NAVSEA 0994-LP-001-9010.

U. UNDERWRITERS' LABORATORIES, INC.
Various Listings.

V. U.S. NAVY
1. Fuel Storage Tank Cleaning at the Shore Establishment (NAVDOCKS P-342).
2. Diving Manual. See reference U.

W. U.S. Nuclear Regulatory Commission standards for Protection against Radiation.

280

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034808

INFORMATIONAL COPY ONLY

## APPENDIX X

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **ACCELERATION** | | | |
| Foot/second$^2$ ............... | .3048 | 3.2808 | Metre/second$^2$ |
| Inch/second$^2$ ............... | $2.540 \times 10^{-2}$ | 39.370 | Metre/second$^2$ |
| **ANGLES** | | | |
| Degree.................. | .01745 | 57.296 | Radian |
| Mils (circular) ............. | .0562 | 17.78 | Degrees, angular |
| Do................... | .008982 | 1.019 | Radians |
| Do................... | $5.067 \times 10^{-10}$ | $1.974 \times 10^9$ | Metre$^2$ |
| **AREA** | | | |
| Acre ............... | 4,047 | $2.471 \times 10^{-4}$ | Metre$^2$ |
| Do.................. | 4,840 | .0002066 | Square yards |
| Do.................. | 43,560 | $2.296 \times 10^{-5}$ | Square feet |
| Do.................. | $1.563 \times 10^{-3}$ | 640 | Square miles |
| Circular Mil ............... | $5.067 \times 10^{-10}$ | .1974 | Metre$^2$ |
| Foot$^2$................... | .09290 | 10.764 | Metre$^2$ |
| Inch$^2$.................. | 6.452 | .155 | Centimeters$^2$ |
| Do.................. | $6.452 \times 10^{-4}$ | 1,550 | Metre$^2$ |
| Mile$^2$ (U.S. Statute)........... | 2,589,988 | $3.861 \times 10^{-7}$ | Metre$^2$ |
| Do ............... | 2.59 | .3861 | Kilometers$^2$ |
| Section ................... | 2,589,988 | $3.861 \times 10^{-7}$ | Metre$^2$ |
| Yard$^2$ ................... | .8361 | 1.1960 | Metre$^2$ |

281

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034809

INFORMATIONAL COPY ONLY

**APPENDIX X (Cont.)**

**TABLES OF USEFUL INFORMATION**
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **BENDING MOMENT (Torque)** | | | |
| Dyne-centimetre . . . . . . . . . . . . . . | $1.000 \times 10^{-7}$ | $1.000 \times 10^{7}$ | Newton-metre |
| Kilogram-force-metre . . . . . . . . | 9.8067 | .102 | Newton-metre |
| Ounce-force-inch . . . . . . . . . . . . | .007062 | 141.6 | Newton-metre |
| Pound-force-inch . . . . . . . . . . . . | .11298 | 8.851 | Newton-metre |
| Pound-force-foot . . . . . . . . . . . . | 1.356 | .7375 | Newton-metre |
| **(BENDING MOMENT OR** | | | |
| **TORQUE)/LENGTH** | | | |
| Pound-force-foot/inch . . . . . . . . | 53.38 | .01873 | Newton-metre/metre |
| Pound-force-inch/inch . . . . . . . . | 4.448 | .2248 | Newton-metre/metre |
| **CAPACITY (See Volume)** | | | |
| **DENSITY (See Mass/Volume)** | | | |
| **ENERGY (Includes Work)** | | | |
| Foot-pound . . . . . . . . . . . . . . . . | .001285 | 778.1 | BTU |
| Do. . . . . . . . . . . . . . . . . . . . . | .0003239 | 3088 | Kilogram Calories |
| Do. . . . . . . . . . . . . . . . . . . . . | $3.766 \times 10^{-7}$ | 2655 | Kilowatt-hours |
| Do. . . . . . . . . . . . . . . . . . . . . | .1383 | 7.2330 | Kilogram meters |
| Foot-pound-force . . . . . . . . . . | 1.356 | .7376 | Joule |
| Kilowatt-hour . . . . . . . . . . . . . | 3,600,000 | $2.778 \times 10^{-7}$ | Joule |
| Watt-hour . . . . . . . . . . . . . . . . | 3,600 | $2.778 \times 10^{-4}$ | Joule |
| Watt-second . . . . . . . . . . . . . . | 1.000 | 1.000 | Joule |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

SUPERSEDED

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| FLOW (See Mass/Time or Volume/Time) | | | |
| FORCE | | | |
| Dyne .................. | $1.000 \times 10^{-5}$ | $1.0 \times 10^5$ | Newton |
| Kilogram-force .......... | 9.807 | .1020 | Newton |
| Kip .................. | 4448 | .0002248 | Newton |
| Pound-force (avoirdupois)..... | 4.448 | .2248 | Newton |
| FORCE/AREA (See Pressure) | | | |
| FORCE/LENGTH | | | |
| Pound-force/inch .......... | 175.1 | .005710 | Newton/Metre |
| Pound-force/foot .......... | 14.59 | .06852 | Newton/Metre |
| LENGTH | | | |
| Angstrom .............. | $1.000 \times 10^{-10}$ | $1.000 \times 10^{10}$ | Metre |
| Fathom ................ | 1.829 | .5468 | Metre |
| Do................... | .0083 | 120 | Cable lengths |
| Foot (U.S. Survey) .......... | .3048 | 3.281 | Metre |
| Do................... | $3.048 \times 10^{-4}$ | 3281.0 | Kilometers |
| Do................... | .167 | 6 | Fathoms |
| Do................... | .0606 | 16.5 | Rods |
| Do................... | .0151 | 66 | Chain |
| Do................... | .0015 | 660 | Furlongs |

283

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034811

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| Inch | .02540 | 39.37 | Metre |
| Do. | 2.54 | .3937 | Centimeters |
| League (Statute) | 4828.032 | .0002071 | Metre |
| Mil | $2.540 \times 10^{-5}$ | 3937 | Metre |
| Mile (U.S. Nautical) | 1852.000 | .00054 | Metre |
| Do (U.S. Statute) | 1609 | .0006214 | Metre |
| Do. | 1.609 | .6214 | Kilometers |
| Do. | .868 | 1.1515 | Nautical Mile |
| Do. | 5,280 | $1.894 \times 10^{-4}$ | Feet |
| Rod | 5.029 | .1988 | Metre |
| Yard | .9144 | 1.094 | Metre |
| **LIGHT** | | | |
| Foot candle | 10.76 | .09290 | Lumen/metre$^2$ |
| Do. | 10.76 | .09290 | Lux |
| Lux | 1.000 | 1.000 | Lumen/metre$^2$ |
| **MASS** | | | |
| Grain | .0648 | 15.432 | Grams |
| Gram | .001 | 1000 | Kilogram |
| Kilogram-mass | 1.000 | 1.000 | Kilogram |
| Ounce-mass (avoirdupois) | .02835 | 35.26 | Kilogram |
| Ounce | 437.5 | .002286 | Grains |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034812

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| Pound-mass (avoirdupois) . . . . . | .4536 | 2.205 | Kilogram |
| Do. . . . . . . . . . . . . . . . . . . | 7000 | .0001429 | Grains |
| Pound . . . . . . . . . . . . . . . . . . . | .0004464 | 2240 | Long tons or gross tons |
| Slug . . . . . . . . . . . . . . . . . . . | 14.59 | .06854 | Kilogram |
| Ton (long, 2240 lbm). . . . . . . . . | 1016. | .0009842 | Kilogram |
| Do . . . . . . . . . . . . . . . . . . . . | 1.016 | 0.9842 | Tons (metric) |
| Ton (metric) . . . . . . . . . . . . . . | 1000.00 | 0.001 | Kilogram |
| Ton (short, 2000 lbm). . . . . . . . | 907.2 | .001102 | Kilogram |
| Do. . . . . . . . . . . . . . . . . . . . . | .907 | 1.1023 | Tons (metric) |
| Ton (Net or short-tons) . . . . . . . | .8929 | 1.12 | Ton (long or gross tons) |
| MASS/AREA | | | |
| Ounce-Mass/yard$^2$ . . . . . . . . . . | .03391 | 29.49 | Kilogram/metre$^2$ |
| Pound-mass/foot$^2$ . . . . . . . . . . | 4.882 | .2048 | Kilogram/metre$^2$ |
| MASS/CAPACITY (See Mass/Vol.) | | | |
| MASS/TIME (Includes Flow) | | | |
| Cubic feet per second (second feet) . . . . . . . . . . . . | 60.0 | .01667 | Cubic feet per minute |
| Do. . . . . . . . . . . . . . . . . . . . | 448.8 | .002228 | U.S. gallons per minute |
| Cubic feet per minute . . . . . . . . | 7.481 | .1337 | Do. |
| Pound-mass/second . . . . . . . . . . | .4536 | 2.205 | Kilogram/second |
| Pound-mass/minute . . . . . . . . . . | .007560 | 132.3 | Kilogram/second |

285

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034813

INFORMATIONAL COPY ONLY

**APPENDIX X (Cont.)**

TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| Ton (short, mass)/hour . . . . . . . | .2520 | 3.968 | Kilogram/second |
| **MASS/VOLUME** | | | |
| Gram/centimetre$^3$ . . . . . . . . . . | 1000.00 | 0.001 | Kilogram/metre$^3$ |
| Pound-mass/foot$^3$ . . . . . . . . . . | 16.02 | .06243 | Kilogram/metre$^3$ |
| Do. . . . . . . . . . . . . . . . . . | .01602 | 62.43 | Grams/centimeter$^3$ (specific gravity for solids) |
| Pound-mass/inch$^3$ . . . . . . . . . . | 27680 | $3.613 \times 10^{-5}$ | Kilogram/metre$^3$ |
| Slug/foot$^3$ . . . . . . . . . . . . . . | 515.4 | .001940 | Kilogram/metre$^3$ |
| Ton (long, mass)/yard$^3$ . . . . . . | 1329 | .0007525 | Kilogram/metre$^3$ |
| **POWER** | | | |
| Erg/second . . . . . . . . . . . . . | $1.000 \times 10^{-7}$ | $1.000 \times 10^7$ | Watt |
| Foot-pound-force/hour . . . . . . | $3.766 \times 10^{-4}$ | 2655 | Watt |
| Horsepower . . . . . . . . . . . . . . | 550 | .001818 | Foot-pounds per second |
| Horsepower (550 ft.lbf/s) . . . . . | 745.7 | .001341 | Watt |
| Horsepower (metric) . . . . . . . . | 735.5 | 135.96 | Watt |
| Do. . . . . . . . . . . . . . . . . | 75 | .01333 | Kilogram meters per second |
| Horsepower (water). . . . . . . . . | 746.0 | .001340 | Watt |
| Horsepower (U.S.) . . . . . . . . . . | 1.014 | .9863 | Horsepower (metric) |
| **PRESSURE OR STRESS** | | | |
| **(Force/Area)** | | | |
| Atmospheres (mean) . . . . . . . . . | 33.90 | .02950 | Feet of water |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| Atmospheres (mean) . . . . . . . . . | 14.70 | .0680 | Pounds per square inch |
| Do . . . . . . . . . . . . . . . . . . | 29.92 | .03342 | Inches of mercury |
| Atmosphere (normal=769 torr.). | 101325 | $9.869 \times 10^{-6}$ | Pascal |
| Atmosphere (technical - 1 kgf/cm²) . . . . . . . | 98067 | $1.0197 \times 10^{-5}$ | Pascal |
| Dyne/centimetre² . . . . . . . . . . | .10000 | 10.00 | Pascal |
| Feet of water . . . . . . . . . . . . . . | 62.43 | .01602 | Pounds per square foot |
| Gram-force/centimetre² . . . . . . | 98.067 | .010197 | Pascal |
| Kilogram-force/centimetre² . . . . | 98067 | $1.097 \times 10^{-5}$ | Pascal |
| Do. . . . . . . . . . . . . . . . . . . | 14.22 | .0703 | Pounds per square inch |
| Kilogram-force/metre² . . . . . . . | 9.8067 | .1020 | Pascal |
| Do. . . . . . . . . . . . . . . . . . | .2048 | 4.8824 | Pounds per square foot |
| Kilogram-force/millimetre² . . . . | 9806650 | $1.10197 \times 10^{-7}$ | Pascal |
| Kip/inch² . . . . . . . . . . . . . . . | 6894757 | $1.450 \times 10^{-7}$ | Pascal |
| Pound-force/foot² . . . . . . . . . . . | 47.88 | .02089 | Pascal |
| Pound-force/inch² (psi). . . . . . . | 6894.757 | .0001450 | Pascal |
| Do. . . . . . . . . . . . . . . . . . | 2.036 | .4912 | Inches of mercury |
| SHIPPING | | | |
| Cubic feet . . . . . . . . . . . . . . . . | 0.010 | 100.0 | Register tons |
| Do. . . . . . . . . . . . . . . . . . . | 0.0250 | 40.0 | U.S. shipping tons |
| Do. . . . . . . . . . . . . . . . . . . | 0.0238 | 42.0 | British shipping tons |

287

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034815

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| SPEED (See Velocity) | | | |
| STRESS (See Pressure) | | | |
| TEMPERATURE | | | |
| Degree Celsius . . . . . . . . . . . . . . | $t_k = t_c^\circ + 273.15$ | $t_c^\circ = t_k - 273.15$ | Kelvin |
| Degree Fahrenheit . . . . . . . . . . . | $t_k = (t_f^\circ + 459.67)/1.8$ | $t_f^\circ = 1.8(t_k) - 459.67$ | Kelvin |
| Degree Rankine . . . . . . . . . . . . . | $t_k = t_R^\circ /1.8$ | $t_R^\circ = 1.8 t_k$ | Kelvin |
| Degree Fahrenheit . . . . . . . . . . . | $t_c^\circ = (t_f^\circ - 32)/1.8$ | $t_f^\circ = 1.8 t_c^\circ + 32$ | Degree Celsius |
| TORQUE (See Bending Moment) . | | | |
| VELOCITY (Includes Speed) | | | |
| Foot/hour . . . . . . . . . . . . . . . | $8.467 \times 10^{-5}$ | 11810 | Metre/second |
| Foot/second . . . . . . . . . . . . . . | .3048 | 3.281 | Metre/second |
| Inch/second . . . . . . . . . . . . . | .02540 | 39.37 | Metre/second |
| Kilometre/hour . . . . . . . . . . . . | .2778 | 3.600 | Metre/second |
| Knot (International) . . . . . . . . | .5144 | 1.944 | Metre/second |
| Miles/hour . . . . . . . . . . . . . . . | 1.467 | .6818 | Feet/second |
| Miles/hour . . . . . . . . . . . . . . . | .4470 | 2.237 | Meter/second |
| Do. . . . . . . . . . . . . . . . . . . . | 1.609 | .6214 | Kilometers/hour |
| Do. . . . . . . . . . . . . . . . . . . . | .8684 | 1.1516 | Knots |
| Mile/minute. . . . . . . . . . . . . . | 26.82 | .03728 | Metre/second |
| Mile/second . . . . . . . . . . . . . . | 1609 | .0006214 | Do. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

**TABLES OF USEFUL INFORMATION**
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **VOLUME** | | | |
| Acre-foot | 1233.5 | .00081071 | Metre$^3$ |
| Barrel (petroleum, 42 gal.) | .1590 | 6.290 | Do. |
| Board foot | .002360 | 423.8 | Do. |
| Bushel (U.S.) | .03524 | 28.38 | Do. |
| Cup | .0002366 | 4,227 | Do. |
| Fluid ounce (U.S.) | $2.9574 \times 10^{-5}$ | 33,814 | Do. |
| Foot$^3$ | .02832 | 35.31 | Do. |
| Do. | 1728 | 0.000579 | Inches$^3$ |
| Do. | 7.481 | .1337 | Gallons (U.S.) |
| Do. | 6.229 | .1605 | Gallons (Imperial) |
| Do. | .8036 | 1.2445 | Bushels (U.S.) |
| Do. | 12 | .0833 | Board feet |
| Do. | .007813 | 128 | Cords of wood |
| Do. | 28.317 | .03531 | Liters |
| Gallon (Canadian liquid) | .0045461 | 219.97 | Metre$^3$ |
| Gallon (U.S. liquid) | .003785 | 264.2 | Do. |
| Do. | .8325 | 1.201 | Gallons (Imperial) |
| Do. | .03175 | 31.5 | Barrels |
| Do. | 3.785 | .2672 | Liter |
| Gallon (U.S. dry) | .0044049 | 227.02 | Metre$^3$ |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
#### Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| Inch$^3$ | $1.6387 \times 10^{-5}$ | 61,024 | Metre$^3$ |
| Do. | 16.38716 | .061 | Centimeters$^3$ |
| Do. | .5541 | 1.805 | Fluid ounces (U.S.) |
| Litre | .0010 | 1000 | Metre$^3$ |
| Ounce (U.S. fluid) | $2.957353 \times 10^{-5}$ | 33,814 | Do. |
| Pint (U.S. dry) | $5.506 \times 10^{-4}$ | 1,816.2 | Do. |
| Pint (U.S. liquid) | $4.7318 \times 10^{-4}$ | 2,113.4 | Do. |
| Pounds/yard$^3$ | .0593 | 16.856 | Kilograms/hectoliter |
| Quart (U.S. dry) | $1.101221 \times 10^{-3}$ | 908.1 | Metre$^3$ |
| Quart (U.S. liquid) | $9.464 \times 10^{-4}$ | 1057 | Do. |
| Do. | .946 | 1.0569 | Liters |
| Ton (register) | 2.832 | .3532 | Metre$^3$ |
| Yard$^3$ | .76456 | 1.308 | Metre$^3$ |
| VOLUME/TIME (Includes Flow) | | | |
| Foot$^3$/minute | $4.719 \times 10^{-4}$ | 2,118.9 | Metre$^3$/second |
| Foot$^3$/second | $2.831 \times 10^{-2}$ | 35.31 | Do. |
| Inch$^3$/minute | $2.7312 \times 10^{-7}$ | 3,661,400 | Do. |
| Yard$^3$/minute | .01274 | 78.48 | Do. |
| Gallon (U.S. liquid)/day | $4.3813 \times 10^{-8}$ | 22,824,000 | Do. |
| Gallon (U.S. liquid)/minute | $6.309 \times 10^{-5}$ | 15,850 | Do. |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

290

US_00034818

INFORMATIONAL COPY ONLY

## APPENDIX X (Cont.)

### TABLES OF USEFUL INFORMATION
Factors for Conversion of Units

| Unit A measure | To convert to unit B multiply by: | To convert to unit A multiply by: | Unit B measure |
|---|---|---|---|
| **WEIGHT, LINEAR** | | | |
| Pounds/foot.............. | 1.488 | .672 | Kilograms per meter |
| Pounds/yard ............. | .496 | 2.016 | Do. |
| **WORK (See Energy)** | | | |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034819

INFORMATIONAL COPY ONLY

# INDEX

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Accessways** | | |
| Cofferdams | 23.D.02; 03. | 168 |
| Conveyors | 18.L.10. | 113 |
| Conveyors and Cableways | 18.L.02. | 113 |
| Demolition | 33.E.03. | 214 |
| Drill Jumbos | 24.A.15. | 169 |
| Excavations | 23.A.10. | 164 |
| Do | 23.A.25. | 165 |
| Floating Pipelines | 26.B.06. | 191 |
| Floating Plant | 26.B.01. | 191 |
| Do | 26.B.12; 13. | 192 |
| General | 30.A. | 203 |
| Helicopter Crane | 18.R.09. | 120 |
| Hoist Towers | 18.H.03. | 108 |
| Ladders | 30.B. | 203 |
| Metal Scaffolds | 22.J.04. | 151 |
| Mobile Scaffolds | 22.J.30. | 154 |
| Roads | 30.D. | 206 |
| Stairways | 30.C. | 205 |
| Trenches | 23.B.05. | 166 |
| Tunnels | 24.A.16. | 169 |
| Work Areas | 22.A.04. | 136 |
| Do | 22.D.08. | 142 |
| **Accident Investigation** | 02.B.01. | 4 |
| **Accident Records** | 02.A.02. | 4 |
| **Accident Reporting** | 02.A.01. | 4 |
| **Acids** | 08.E. | 28 |
| **Aerial Equipment** | | |
| Aerial Lifts | 15.I.76-91 | 78-81 |
| General | 18.O. | 115 |
| **Air, Breathing** | | |
| Atmosphere | 07.B.02. | 16 |
| Compressed | 07.B.06. | 16 |
| Respirators | 07.B.05. | 16 |
| Testing | 07.B.13. | 18 |
| **Aircraft** | 20.A. | 127 |
| **Airfield Construction** | 10.D. | 36 |
| **Alarms** | | |
| Reverse Signal (Back-up) | 18.F.01; 02. | 99 |
| Warning Devices | 18.B.15. | 100 |
| **Approvals** | | |

293

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034820

INFORMATIONAL COPY ONLY

INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Personnel Hoists | 18.H.17. | 109 |

**B**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Back-Up Alarms- See Alarms | | |
| **Battery Charging** | 15.F. | 68 |
| **Belts** | | |
| Body | 07.I. | 22 |
| Confined Spaces | 27.A.09. | 198 |
| Employee Safeguarding | 07.A.16. | 14 |
| Float or Ship Scaffold | 22.L.06. | 155 |
| Needle Beam Scaffold | 22.K.08. | 155 |
| Reflectorized | 07.A.09. | 13 |
| Suspended Scaffold | 22.G.17. | 145 |
| **Beryllium** | 14.A.14. | 58 |
| **Blasting** | | |
| Damage Control | 25.C. | 176 |
| Drilling | 25.G. | 182 |
| Electromangnet ic Radiation | 25.B. | 176 |
| Excavation Work under Compressed A ir | 25.N. | 187 |
| Firing | 25.J. | 184 |
| General | 25.A. | 174 |
| Handling Explosives | 25.E. | 180 |
| Inspection | 25.K. | 186 |
| Loading | 25.H. | 182 |
| Misfires | 25.L. | 186 |
| Storage of Explosives | 25.F. | 180 |
| Transportation of Explosives | 25.D. | 178 |
| Tunnel | 24.C. | 172 |
| Underwater | 25.M. | 187 |
| Vibration Control | 25.C. | 176 |
| Wiring | 25.I. | 184 |
| **Blocks**, Partition | 11.E. | 39 |
| **Body Belts** | | |
| Body Belts | 07.I. | 22 |
| Criteria, General | 07.A.21 | 14 |
| Inspection | 07.A.22. | 14 |
| Replacement | 07.A.20. | 14 |
| **Boilers** | 21.C. | 132 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034821

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Boom Guards** | 15.E.09. | 67 |
| Boomstops | 18.C.20. | 105 |
| **Brakes** | | |
| Hoisting Equipment | 18.C.04. | 104 |
| Motor Vehicles | 19.A.07; 08. | 122 |
| **Brick** | 11.D. | 39 |
| **Building Spacing** (Fire Prevention) | 12.C. | 44 |
| **Burning Areas** | 12.F. | 50 |

### C

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Cableways** | 18.L. | 113 |
| **Carbon Tetrachloride** | 08.A.11. | 25 |
| **Caustics** | 08.E. | 28 |
| **Cement** | 11.C. | 38 |
| **Certification** | | |
| Emergency Medical Technician | 04.E.03. | 9 |
| Explosive Actuated Tool Operators | 01.C.14. | 3 |
| First Aid Attendant | 04.E.04. | 10 |
| Food Handlers | 03.D.02. | 7 |
| Live-Line Tool Poles | 07.A.27. | 15 |
| Mechanized Equipment | 18.A.01. | 95 |
| **Chains** | 17.D. | 92 |
| General | 17.A. | 89 |
| **Check Valve** | | |
| Pneumatic Hose | 16.E.09. | 87 |
| Welding | 14.B.03. | 59 |
| **Chemicals** | 08.E. | 28 |
| **Clothing, Reflectorized** | 07.A.09. | 13 |
| **Cofferdams** | 23.D. | 168 |
| **Color Coding** | | |
| Compressed Gas Cylinders | 21.D.02. | 133 |
| **Combustible Liquids** (Fire Prevention) | 12.D. | 45 |
| **Compressed Air** | 21.B. | 130 |
| Cleaning | 16.E.07. | 87 |
| **Compressed Air Locks** | 07.J. | 24 |
| **Compressed Gas Cylinders** | 21.D. | 133 |

295

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034822

INFORMATIONAL COPY ONLY

**INDEX (Cont.)**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Concrete Equipment | 18.P. | 117 |
| Confined Space | | |
| General | 27.A. | 198 |
| Instruction | 01.C.03. | 2 |
| Respirators | 07.B.03. | 16 |
| Ventilation | 07.B.08; 09. | 17 |
| Do | 07.B.14. | 18 |
| Conveyors | 18.L.01. | 113 |
| Cranks | 16.A.10. | 84 |
| Cranes | | |
| Barge Mounted Crawler Cranes | 18.G.06. | 107 |
| Crawler, Truck and Wheel Mounted | 18.D. | 105 |
| Floating | 18.G. | 107 |
| Helicopter | 18.R. | 119 |
| Overhead and Gantry | 18.Q. | 118 |
| Pedestal Mounted | 18.F. | 106 |
| Portal, Hammerhead, and Tower | 18.E. | 106 |
| Sideboom | 18.D.07. | 105 |
| Crushed Stone (Materials Handling) | 11.H. | 40 |
| Cutting | | |
| General | 14.A. | 56 |
| Cylinders, Compressed Air | 21.D. | 133 |

**D**

| | | |
|---|---|---|
| Demolition | | |
| Debris Removal | 33.C. | 211 |
| Floor Removal | 33.E. | 214 |
| General | 33.A.01. | 209 |
| Mechanical Demolition | 33.G. | 214 |
| Stairs, Passageways, Ladders | 33.B. | 211 |
| Steel Removal | 33.F. | 214 |
| Sprinklers | 13.C.05 | 55 |
| Wall Removal | 33.D. | 213 |
| Derricks | | |
| Floating Derricks | 18.G.05. | 107 |
| General | 18.F. | 106 |
| Dikes | | |
| Storage Tanks | 12.D.14. | 46 |
| Transformers | 24.A.35. | 171 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034823

INFORMATIONAL COPY ONLY

**INDEX (Cont.)**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Distribution Lines**, Power | 15.I. | 69 |
| **Diving** | | |
| Forms | Appendix U | 271 |
| General | 26.F. | 194 |
| **Drilling** | | |
| Floating Plant | 25.F.04. | 181 |
| General | 25.G. | 182 |
| **Drills** | | |
| Emergency Plans | 06.A.03. | 11 |
| Fire | 13.F.02. | 56 |
| Marine | 26.D. | 194 |
| **Drinking Water** | | |
| Common Cup | 03.A.07. | 5 |
| Dispensing | 03.A.03; 06. | 5 |
| Nonpotable | 03.A.04. | 5 |
| Supply | 03.A.01. | 5 |
| Treatment | 03.A.02. | 5 |
| Water Systems | 03.A.05. | 5 |
| **Drop Lines** | 07.A.20; 21. | 14 |
| **Dusts** | | |
| General | 08.A. | 24 |
| Roads | 30.D.07. | 206 |

**E**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Electrical Apparatus** | | |
| Battery Charging | 15.F. | 68 |
| Disconnect Protection | 15.B. | 63 |
| General | 15.A. | 60 |
| Grounding | 15.C. | 63 |
| Hazardous Locations | 15.H. | 68 |
| Lockout and Tagging of Equipment | 15.G. | 68 |
| Overcurrent Protection | 15.B. | 63 |
| **Electrical Wiring** | | |
| Enclosed Spaces | 15.D.09. | 65 |
| Flexible Cords | 15.A.21. | 62 |
| Do | 15.A.24. | 63 |
| General | 15.A. | 60 |
| Ground Fault Circuit Interrupters | 15.C.09. | 64 |

297

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034824

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Grounding | 15.C. | 63 |
| Lockout and Tagging of Circuits | 15.G. | 68 |
| Overhead Lines | 15.E. | 66 |
| Power Transmission and Distribution | 15. I. | 69 |
| Temporary Wiring | 15.D. | 65 |
| **Electric Equipment** (Welding) | 14.C. | 59 |
| **Electric Line Clearance** | | |
| Equipment in-transit | 15.E.10. | 67 |
| Material Storage | 15.I.16. | 72 |
| Mechanical Equipment | 15.1.13. | 72 |
| Operations | 15.E.08. | 66 |
| Power Transmission Work | 15.1.04. | 69 |
| **Electric Power Distribution** | 15.I. | 69 |
| Electric Power Lines, Overhead | 15.E. | 66 |
| Electric Power Transmission | 15.I. | 69 |
| **Electromagnetic Radiation** | | |
| General | 25.B. | 176 |
| Training | 01.C.11. | 3 |
| **Elevators,** Freight and Passenger | 18.H. | 107 |
| **Emergency Equipment** | | |
| Excavations | 23.A.21. | 165 |
| Marine Plant | 26.A.09. | 189 |
| Medical | 04.A. | 7 |
| Training | 01.C.03. | 2 |
| **Emergency Plans** | 06.A. | 11 |
| **Emergency Medical Technician** | 04.E.03. | 9 |
| Do | 04.E.06. | 10 |
| **Emergency Showers** | | |
| Battery Room | 15.F.06. | 68 |
| Harmful Substances | 08.A.16. | 26 |
| Laboratories and Battery Room | 08.E.07. | 28 |
| **Enclosed Spaces** | | |
| Manholes | 15.I.93-97. | 81 |
| Temporary Wiring | 15.D.09. | 65 |
| Toxic Metals | 14.A.14. | 58 |
| Toxic Preservatives | 14.A.18. | 58 |
| Vaults | 15.I.93; 94. | 81 |
| **Energized Lines** | | |

298

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034825

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Moving Equipment | 11.A.17. | 38 |
| **Excavations** | | |
| Atmosphere Test | 15.I.97; 98. | 81 |
| Auger Type | 15.I.111. | 83 |
| Cofferdams | 23.D. | 168 |
| Footings | 15.I.32; 33 | 74 |
| General | 23.A. | 162 |
| Pole Holes | 15.I.31. | 74 |
| Small Diameter Shafts | 23.C. | 167 |
| Trenches | 23.B. | 166 |
| Tunnels | 24. | 168 |
| **Explosive Actuated Tools** | 16.F. | 87 |
| **Explosives** | | |
| Demolition | 33.A.12. | 211 |
| Electromagnetic Radiation | 25.B. | 176 |
| General | 25.A. | 174 |
| Handling | 25.E. | 180 |
| Storage | 25.F. | 180 |
| Transportation | 25.D. | 178 |
| Tunnel Excavation | 24.C.01-05. | 172 |
| **Explosive Tool Certification** | 01.C.14. | 3 |
| **Eye and Face Protection** | | |
| Explosive Actuated Tools | 16.F.04. | 88 |
| General | 07.A. | 15 |
| Headgear | 07.C. | 18 |
| Laser | 08.G.03. | 30 |
| Quick Drench | 15.F.06. | 68 |
| Do | 08.A.16. | 26 |
| Do | 08.E.07. | 28 |
| Respirators | 07.B. | 16 |
| Toxic Substances | 08.A.03. | 25 |
| **Eye Wash Facilities** | | |
| Battery Charging | 15.F.06. | 68 |
| Harmful Substances | 08.A.16. | 26 |
| Laboratories and Battery Rooms | 08.E.07. | 28 |

**F**

| Falsework (See Form Work) | | |
| **Fire Alarm Devices** | 13.E. | 56 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034826

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Fire Extinguishers** | | |
| Carbon Tetrachloride | 08.A.11. | 25 |
| First Aid Fire Protection | 13.A. | 52 |
| Flammable Cargoes | 19.A.24. | 123 |
| Flammable Liquid Storage | 12.D.05. | 45 |
| Hot Substances | 08.B.03. | 26 |
| Motorboats; Launches | 26.C.03. | 193 |
| Toxic Vaporizing Liquid | 08.A.11. | 25 |
| Welding Unit | 14.A.05. | 57 |
| **Fire Fighter Proximity Suits** | 07.H. | 22 |
| **Fire Fighting** | | |
| Apparatus | 13.D. | 55 |
| Equipment | 13.D. | 55 |
| Do | 01.C.09. | 3 |
| Organization | 01.C.09. | 3 |
| Do | 13.F. | 56 |
| Proximity Suits | 01.C.10. | 3 |
| Training, Fire Fighting | 01.C.09. | 3 |
| Do | 13.F. | 56 |
| Training, Proximity Suits | 01.C.10. | 3 |
| **Fire Fighting Apparatus and Equipment** | 13.D. | 55 |
| **Fire Patrols** | 13.B. | 54 |
| **Fire Prevention** | | |
| Apparatus | 13.D. | 55 |
| Burning Areas | 12.F. | 50 |
| Decompression Chamber | 26.F.32. | 197 |
| Drills - Floating Plant | 26.D.01. | 194 |
| Equipment | 13.D. | 55 |
| Flammable and Combustible Liquids | 12.D. | 55 |
| Floating Plant | 26.A.11. | 189 |
| General | 12.A. | 42 |
| Heating Devices and Systems | 12.C. | 44 |
| Housekeeping | 11.I. | 40 |
| Liquified Petroleum Gases | 12.G. | 51 |
| Lockages | 26.A.22. | 190 |
| Paints and Painting | 12.E. | 50 |
| Tunnel | 24.A.12. | 169 |
| Do | 24.A.19. | 170 |
| Welding and Cutting | 14.A. | 56 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034827

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Fire Protection** | | |
| Conveyors | 13.A.15. | 54 |
| Cutting | 14.A.06. | 58 |
| Explosives | 13.A.17. | 54 |
| Fire Alarm | 13.E. | 56 |
| Fire Fighting Organizations, Training and Drillling | 13.F. | 56 |
| First Aid | 13.A. | 52 |
| Launches and Motorboats | 26.C.02-04. | 193 |
| Local Fire Department | 13.G.03. | 56 |
| Motor Vehicles | 19.A.24. | 124 |
| Plumbers' Melting Pots and Torches | 13.A.18. | 54 |
| Sprinklers | 13.A.19. | 54 |
| Storage Areas | 13.A.14. | 54 |
| Water Supply | 13.C. | 54 |
| Welding | 14.A.05. | 57 |
| Do | 14.A.06. | 58 |
| **First Aid** | | |
| Attendant | 04.E.04-06. | 10 |
| Employee Qualification | 01.C.16. | 4 |
| Infirmary | 04.D. | 9 |
| Kits | 04.B. | 8 |
| Records | 02.B.04. | 4 |
| Station | 04.C. | 8 |
| **Flammable Gases** | | |
| Air Compressors | 21.B.09. | 131 |
| Battery Charging | 15.F.02. | 68 |
| Compressed Gas Cylinders | 21.D. | 133 |
| Enclosed Spaces | 27.A.04; 08. | 198 |
| Do | 27.A.13; 14. | 199 |
| Fire Protection | 13.A.08. | 53 |
| Heating Devices | 12.C.06. | 44 |
| Instruction | 01.C.07. | 3 |
| Liquefied Petroleum Gas | 12.G. | 51 |
| Lockages | 26.A.23. | 190 |
| Motor Vessels | 26.C.04. | 193 |
| Smoking | 12.A.05; 06. | 42 |
| Storage | 12.A.08. | 42 |
| Do | 12.D.16. | 47 |
| Transporting | 19.A.24. | 123 |
| Tunnels | 24.A.09. | 169 |

301

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034828

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Flammable Liquids** | | |
| Air Compressors | 21.B.09. | 131 |
| Confined Spaces | 27.A. | 198 |
| Electrical Components | 15.H.01. | 68 |
| Fire Prevention | 12.D. | 45 |
| Floating Plant | 26.A. | 188 |
| Fueling | 19.D.01. | 126 |
| Fueling Area | 13.A.13. | 53 |
| Fuel Tank Location | 18.B.05. | 99 |
| Heating Equipment | 12.C.08. | 44 |
| Instruction | 01.C.07. | 3 |
| Motorboats | 26.C.02. | 193 |
| Smoking | 12.A.05; 06. | 42 |
| Storage | 11.A.04. | 37 |
| Do | 12.A.08. | 42 |
| Do | 12.B.07. | 43 |
| Do | 13.A.10; 11. | 53 |
| Tank Trucks | 13.A.12. | 53 |
| Transporting | 19.A.24. | 123 |
| Do | 19.C.07. | 126 |
| Welding | 14.A.23. | 59 |
| Work Site | 13.A.08. | 53 |
| **Floating Cranes** | 18.G. | 107 |
| **Floating Plant** | | |
| Accessways | 26.B. | 191 |
| Dredging | 26.E. | 194 |
| Drills | 26.D. | 194 |
| Floating Cranes | 18.G. | 107 |
| General | 26.A. | 188 |
| Launches, Motorboats, Skiffs | 26.C. | 192 |
| Passageways | 26.B. | 191 |
| **Floor Openings** | | |
| Demolition | 33.A.08. | 210 |
| Do | 33.C.14. | 212 |
| Do | 33.D.05. | 213 |
| General | 31.A. | 127 |
| **Food Service** | 03.D. | 7 |
| **Falling Object Protection** | 18.B.17-19. | 100 |
| **Form Work** | | |
| General | 29.A. | 200 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034829

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Single Post Shores | 29.F. | 202 |
| Tube and Coupler Shoring | 29.E. | 202 |
| Tubular Welded Frame Shoring | 29.C. | 201 |
| Vertical Shoring | 29.B. | 200 |
| Vertical Slip Forms | 29.D. | 201 |
| **Fueling (Motor Vehicles)** | | |
| Dispensing | 13.A.12. | 53 |
| Flammable and Combustible Liquids | 12.D. | 45 |
| Fueling Area | 13.A.13. | 53 |
| Fueling Operations | 18.A.25. | 97 |
| Do | 19.D. | 126 |
| Ignition Sources | 12.A.10. | 42 |
| **Fumes** | 08.A. | 24 |

### ——— G

| | | |
|---|---|---|
| **Gases** (See Flammable Gases) | | |
| **Gas Welding Equipment** | 14.B. | 59 |
| **Ground Fault Circuit Interrupters** | 15.C.09. | 64 |
| **Gas,** Liquefied Petroleum | 12.G. | 51 |
| **Glasses, Protective** | | |
| Acids, Caustics, Hot Liquids, etc. | 07.A.13. | 13 |
| Corrective Lenses | 07.A.33. | 15 |
| Criteria | 07.A.32. | 15 |
| Explosive Actuated Tools | 16.F.04. | 88 |
| Flying Particles | 07.A.10; 11. | 13 |
| Hot or Molten Substance | 07.A.12. | 13 |
| Label | 08.G.04. | 30 |
| Laser | 08.G.03. | 30 |
| Radiant Energy | 07.A.06; 07. | 12 |
| Sanitation and Repair | 07.A.34. | 16 |
| Sight Impairment | 07.A.35. | 16 |
| **Gravel** | 11.H. | 40 |
| **Guarding** | | |
| Bandsaws | 16.D.08. | 86 |
| Base Mounted Drum Hoists | 18.M.01. | 115 |
| Boom Guards | 15.E.09. | 67 |
| Conveyors | 18.L.06. | 113 |
| Guardrails (See Guardrails) | | |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034830

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Lubrication Fittings | 18.A.18. | 96 |
| Machinery | 18.B. | 99 |
| Planers and Jointers | 16.D.05. | 85 |
| Portable Saws | 16.D.11. | 86 |
| Power Saws | 16.C.01; 04. | 85 |
| **Guardrails** | | |
| Excavations | 23.A.09. | 163 |
| Do | 23.A.10. | 164 |
| Flexible Material | 22.A.21. | 138 |
| Floating Plant | 26.B.01; 04; 06. | 191 |
| Floor and Wall Openings | 31.A.02. | 207 |
| Form Scaffolds | 22.M.09. | 158 |
| General | 22.B. | 139 |
| Independent Pole Scaffold | | |
| Platforms | 22.P.02. | 159 |
| Mobile Scaffolds | 22.J.32. | 154 |
| Pump Jacks Scaffolds | 22.U.12. | 162 |
| Stairways | 30.C.04. | 206 |

## H

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Hammerhead Cranes** | 18.E. | 106 |
| **Hand Protection** | 07.A.08. | 13 |
| **Harmful Substances** (See Poisonous and Harmful Substances) | | |
| **Harnesses** | 07.A.20-22. | 14 |
| **Haullage (Tunnelling)** | 24.D. | 173 |
| **Hazard Analysis** | 01.A.05. | 1 |
| **Hazardous Locations** | 15.H. | 68 |
| **Headgear, Protective** | 07.C. | 18 |
| **Heating Devices** | | |
| General | 12.C. | 44 |
| Tunnels | 24.A.12. | 169 |
| **Helmet** | 07.A.07. | 12 |
| **Hoisting Equipment** | | |
| Aerial Equipment | 18.O. | 115 |
| Base Mounted Drum Hoists | 18.M. | 115 |
| Concrete Equipment | 18.P. | 117 |
| Conveyors, Cableways, and | | |
| Related Equipment | 18.L. | 113 |

304

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034831

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Cranks | 16.A.10. | 84 |
| Crawler, Truck and Wheel Mounted Cranes | 18.D. | 105 |
| Elevators, Passenger and Freight | 18.H. | 107 |
| Floating Cranes | 18.G. | 107 |
| General | 18.C. | 103 |
| Helicopter Cranes | 18.R. | 119 |
| Hook, Riding | 18.C.08. | 104 |
| Jacks-Lever and Ratchet, and Hydraulic | 18.S. | 121 |
| Manlifts | 18.I.02. | 110 |
| Material Hoists | 18.J. | 110 |
| Operators | 05.B. | 10 |
| Overhead and Gantry Cranes | 18.Q. | 118 |
| Overhead Hoists | 18.N. | 115 |
| Pedestal Mounted Cranes and Derricks | 18.F. | 106 |
| Piledrivers | 18.K. | 111 |
| Portal, Hammerhead, and Tower Cranes | 18.E. | 106 |
| Workmen's Hoists | 18. I. | 109 |
| **Hooks** | | |
| Capacity | 17.D.05. | 92 |
| Use | 17.A.02;03. | 89 |
| Wear | 17.A.05. | 89 |
| Working Loads | 17.F.02. | 94 |
| **Hot Substances** | 08.B. | 26 |
| **Hot Work** | | |
| Approval | 14.A.11. | 57 |
| Permit | 12.A.03. | 42 |
| **Housekeeping** | | |
| General | 11. I. | 40 |
| Welding | 14.A.09. | 57 |
| **Hydraulic Fluid** | | |
| Fire-Resistant | 24.A.21. | 170 |
| Powered Tools | 16.A.12. | 84 |

### I

| | | |
|---|---|---|
| **Inclosed Space, Work In** | 27.A. | 197 |
| **Indroctrination** | 01.B. | 1 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034832

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Inert-Gas Metal-Arc Welding | 14.D. | 60 |
| Infirmary | 04.D. | 9 |
| Insects, Protection Against | 08.C. | 27 |
| Inspection | | |
| Base Mounted Drum Hoists | 18.M.04. | 115 |
| Blasting | 25.K. | 186 |
| Steam Boilers and Pressure Systems | 21.C. | 132 |
| Cableways | 18.L.14. | 114 |
| Chains | 17.D.01. | 92 |
| Compressed Gas Cylinders | 21.D.01. | 133 |
| Crawler, Truck and Wheeled Mounted Cranes | 18.D.05. | 105 |
| Daily | 18.A.02. | 05 |
| De-energized Switches | 15.I.07. | 71 |
| Demolition | 33.G.07. | 215 |
| Derricks | 18.F.04. | 106 |
| Drilling Equipment | 24.A.22. | 170 |
| Elevators, Passengers and Freight | 18.H. | 107 |
| End Fittings | 17.C.03. | 91 |
| Fire Apparatus | 13.D.03. | 55 |
| Floating Cranes | 18.G.05. | 107 |
| Floating Plant | 26.A. | 188 |
| Hammerhead Cranes | 18.E.04. | 106 |
| Hoist Towers | 18.H.03. | 108 |
| Machinery and Mechanized Equipment | 18.A.01. | 95 |
| Material Hoists | 18.J.01. | 110 |
| Motor Vehicles | 19.A.04. | 121 |
| Overhead and Gantry Cranes | 18.Q.04. | 118 |
| Overhead Hoists | 18.N.06. | 115 |
| Pedestal Mtd. Cranes and Derricks | 18.F.04. | 106 |
| Personnel Hoists | 18.H.17. | 109 |
| Power Lines | 15.I.02; 03 | 69 |
| Portal, Hammerhead and Tower Cranes | 18.E.07. | 106 |
| Power Tools | 16.A.07. | 83 |
| Pressurized Equipment | 21.A.01. | 128 |
| Protective Apparel, Clothing, and Safety Equipment | 07.A. | 12 |
| Rigging | 17.A.08. | 89 |

306

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034833

INFORMATIONAL COPY ONLY

**INDEX (Cont.)**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Roads | 18.A.05. | 95 |
| Slings | 17.B.01. | 90 |
| Suspended Scaffolds | 22.G.16. | 145 |
| Welding Equipment | 14.A.04. | 57 |
| Wire Rope | 17.C.01. | 90 |
| Workman's Hoists | 18. I.01. | 109 |
| **Instruction** | 01. | 1 |
| **Insulating Blankets** | 07.A.04. | 12 |
| **Insulating Gloves** | 07.A.04. | 12 |
| **Insulating Hoods** | 07.A.04. | 12 |
| **Insulating Line Hose** | 07.A.04. | 12 |
| **Insulating Links** | 15.E.09. | 67 |
| **Ionizing Radiation Training** | 01.C.11. | 3 |

**J**

| | | |
|---|---|---|
| **Jacks** | | |
| Lever and Ratchet | 18.5. | 121 |
| Hydraulic | 18.5. | 121 |

**K**

**L**

| | | |
|---|---|---|
| **Ladders** | | |
| Demolition | 33.B. | 211 |
| Floating Plant | 26.A.26. | 191 |
| Do | 26.B.14. | 192 |
| Metal Scaffolds | 22. J.05. | 151 |
| Mobile Scaffolds | 22. J.30. | 154 |
| Pump Jack Scaffolds | 22.U.10. | 162 |
| Trenches | 23.B.05. | 166 |
| Work Areas | 22.A.04. | 136 |
| Work Platforms | 22.A.03. | 135 |
| Do | 22.U.10. | 162 |
| **Lanyards** | | |
| Criteria, General | 07.A.21. | 14 |
| Inspection | 07.A.22. | 14 |
| Linemen's | 07.I. | 22 |
| Removal from Service | 07.A.16. | 14 |

307

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034834

INFORMATIONAL COPY ONLY

**INDEX (Cont.)**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Replacement | 07.A.20. | 14 |
| Size | 07.A.18. | 14 |
| Tests | 07.I. | 22-24 |
| Use, General | 07.A.14. | 13 |
| **Laser** | | |
| Training | 01.C.11. | 3 |
| **Launches** | 26.C. | 192 |
| **Lifelines** | 07.A.14-16. | 13 |
| **Life-Preservers** | 07.G.05. | 22 |
| **Lifesaving Skiffs** | 07.G. | 21 |
| **Lighting** | | |
| Airfield Construction | 10.D. | 36 |
| General | 09.A. | 31 |
| **Lime** | 11.C. | 38 |
| **Linemen's Belts** | 07.A.04. | 12 |
| Do | 07.I. | 22 |
| **Liquefied Petroleum Gases** | 12.G. | 51 |
| **Liquids, Flammable and Combustible** | 12.D. | 45 |
| **Loading, Motor Vehicles** | 19.E. | 126 |
| **Lockout, Electrical** | 15.G. | 68 |
| **Lumber Storage** | 11.B. | 38 |

**M**

| | | |
|---|---|---|
| **Machinery** | | |
| Aerial Equipment | 18.O. | 115 |
| Base Mounted Drum Hoists | 18.M. | 115 |
| Concrete Equipment | 18.P. | 117 |
| Conveyors, Cableways, and Related Equipment | 18.L. | 113 |
| Crawler, Truck, and Wheel Mounted Cranes | 18.D. | 105 |
| Derricks | 18.F. | 106 |
| Elevators, Passenger and Freight | 18.H. | 107 |
| Floating Cranes | 18.G. | 107 |
| General | 18.A. | 95 |
| Guarding | 18.B. | 99 |
| Helicopter Cranes | 18.R. | 119 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034835

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Hoisting Equipment | 18.C. | 103 |
| Jacks-Lever andRatchet, and | | |
| Hydraulic | 18.S. | 121 |
| Material Hoists | 18. J. | 110 |
| Overhead and Gantry Cranes | 18.Q. | 118 |
| Overhead Hoists | 18.N. | 115 |
| Pedestal Mounted Cranes and | | |
| Derricks | 18. F. | 106 |
| Piledrivers | 18.K. | 111 |
| Portal, Hammerhead, and Tower | | |
| Cranes | 18.E. | 106 |
| Safety Devices | 18.B. | 99 |
| Woodworking | 16.D. | 85 |
| Workman's Hoists | 18. I. | 109 |
| **Manholes** | 07.B.16. | 18 |
| **Manlifts** | 18. I.02. | 110 |
| **Marine** | | |
| Fire Fighter Proximity Suits | 07.H. | 22 |
| Lifesaving Skiffs | 07.G. | 21 |
| Locations | 26.A. | 188 |
| Plant (See Floating Plant) | | |
| Ring Buoys | 07.F. | 21 |
| Safety Skiffs | 07.G. | 21 |
| Water Lights | 07.F. | 21 |
| Work Vests | 07.E. | 20 |
| **Materials Handling** | | |
| Blocks | 11.E. | 39 |
| Brick | 11.D. | 39 |
| Cement and Lime | 11.C. | 38 |
| Cylindrical Material | 11.G. | 39 |
| Explosives | 25.E. | 180 |
| Do | 25..F. | 180 |
| General | 11.A. | 37 |
| Hot Substances | 08.B. | 26 |
| Lumber | 11.B. | 38 |
| Sand, Gravel, and Crushed Stone | 11.H. | 40 |
| Steel; Reinforcing, Sheet and | | |
| Structural Steel | 11. F. | 39 |
| Waste Material Disposal | 11.J. | 41 |
| **Mechanized Equipment** | | |
| Aerial Equipment | 18.O. | 115 |

309

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034836

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Base Mounted Drum Hoists | 18.M. | 115 |
| Concrete Equipment | 18.P. | 117 |
| Conveyors, Cableways and Related Equipment | 18.L. | 113 |
| Crawler, Truck and Wheel Mounted Cranes | 18.D. | 105 |
| Elevators, Passenger and Freight | 18.H. | 107 |
| Floating Cranes | 18.G. | 107 |
| General | 18.A. | 99 |
| Guarding | 18.B. | 99 |
| Helicopter Cranes | 18.R. | 119 |
| Hoisting Equipment | 18.C. | 103 |
| Jacks-Lever and Ratchet, and Hydraulic | 18.S. | 121 |
| Material Hoists | 18.J. | 110 |
| Overhead and Gantry Cranes | 18.Q. | 118 |
| Overhead Hoists | 18.N. | 115 |
| Pedestal Mounted Cranes and Derricks | 18.F. | 106 |
| Piledrivers | 18.K. | 111 |
| Portal, Hammerhead, and Tower Cranes | 18.E. | 106 |
| Safety Devices | 18.B. | 99 |
| Workman's Hoists | 18.I. | 109 |
| Medical Facilities | | |
| General | 04.A. | 7 |
| Personnel and Qualifications | 04.E. | 9 |
| Records | 02.B. | 4 |
| Do | 02.A.02. | 4 |
| First Aid Kits | 04.B. | 8 |
| First Aid Station | 04.C. | 8 |
| Infirmary | 04.D. | 9 |
| Metal Towers | 22.J. | 151 |
| Miner's Lights | 07.A.05. | 12 |
| Mists | 08.A. | 24 |
| Motorboats | 26.C. | 192 |
| Motor Vehicles | | |
| Fueling | 19.D. | 126 |
| General | 19.A. | 121 |
| Loading | 19.E. | 126 |
| Operating Rules | 19.B. | 124 |

310

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034837

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Transportation of Personnel | 19.C. | 125 |

### N

| | | |
|---|---|---|
| Nets, Safety | 07.D. | 19 |
| Noise | 32.A. | 208 |

### O

| | | |
|---|---|---|
| Operators, Construction Equipment | 05.B. | 10 |
| Openings, Floor and Wall | 31.A. | 207 |
| Overhead Lines | 15.E. | 66 |
| Overhead Protection | | |
| Elevated Work Areas | 11.A.13. | 38 |
| Falling Objects | 07.A.29. | 15 |
| Do | 22.A.29. | 138 |
| Personnel Hoists | 18.H.08. | 108 |
| Ramps and Trestles | 22.D.03. | 142 |
| Oxygen | | |
| Compressed Gas Cylinders | 21.D. | 133 |
| Prohibited Use | 14.A.15. | 58 |

### P

| | | |
|---|---|---|
| Paints, Flammable | 12.E. | 50 |
| Painting | 12.E. | 50 |
| Partition Blocks, Floor and Wall | 11.E. | 39 |
| Passageways | | |
| Demolition | 33.B. | 211 |
| Floating Plant | 26.B. | 191 |
| Personal Protective Clothing | | |
| Fire Fighter Proximity Suits | 07.H. | 22 |
| General | 07.A. | 12 |
| Hot Substances | 08.B.11. | 27 |
| Insects-Vermin-Snakes | 08.C.01. | 27 |
| Irritating Substances | 08.A.03. | 25 |
| Nozzlemen | 18.P.11. | 118 |
| Poisonous Plants | 08.D.01. | 27 |

311

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034838

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Poisons, Acids, Caustics, Chemicals | 08.E.04. | 28 |
| Tunnel Workers | 24.A.04. | 169 |
| Welding | 15.A.09. | 61 |
| **Personal Protective Equipment** | | |
| Compressed Air Locks | 07.J. | 24 |
| Diver's Recompression Chamber | 26.F.30. | 197 |
| Diving | 26.F.24,27. | 196 |
| Electrical | 15.A.09. | 61 |
| Emergency Drenching | 08.E.07. | 28 |
| Do | 15.F.06. | 68 |
| Filter Lenses | 14.D.02. | 60 |
| General | 07.A. | 12 |
| Headgear | 07.C. | 18 |
| Helicopter Crane Ground Crews | 18.R.05. | 119 |
| Hot Substances | 08.B.11. | 27 |
| Laser Type Glasses | 08.G.03. | 30 |
| Lifesaving Skiffs | 07.G. | 21 |
| Lineman's Body Belts, Safety Straps, and Lanyards | 07.I. | 22 |
| Nozzlemen | 18.P.11. | 118 |
| Poisonous and Harmful Substances | 08.A.01. | 24 |
| Respirators | 14.D.04. | 60 |
| Respiratory Protection | 07.B. | 16 |
| Ring Buoys | 07.F. | 21 |
| Rubber Insulating | 07.A.23. | 14 |
| Safety Nets | 07.D. | 19 |
| Shielding | 14.A.08. | 57 |
| Skin Covering | 14.D.03. | 60 |
| Training | 01.C.03. | 2 |
| Ventilation | 14.D.04. | 62 |
| Water Lights | 07.F. | 21 |
| Welding | 14.A.08. | 57 |
| Work Vests | 07.E. | 20 |
| **Physical Qualifications of Employees** | | |
| Blasters and Powderman | 05.D. | 11 |
| Compressed Air Workers | 05.C. | 11 |
| Equipment Operators | 05.B. | 10 |
| General | 05.A. | 10 |
| **Physician** | 04.E.01. | 9 |
| Do | 04.E.06. | 10 |

312

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034839

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Pile Drivers** | 18.K. | 111 |
| **Piling, Round Wood or Pole** | 11.G. | 39 |
| **Pipe** | 11.G. | 39 |
| **Pipeline Dredges** | | |
| Dredging | 26.E. | 194 |
| Accessways | 26.B.06. | 191 |
| **Plant, Floating** | | |
| Accessways and Passageways | 26.B. | 191 |
| Dredging | 26.E. | 194 |
| Drills | 26.D. | 194 |
| General | 26.A. | 188 |
| Launches, Motorboats, and Skiffs | 26.C. | 192 |
| **Plants, Poisonous** | 08.D. | 27 |
| **Platforms** | | |
| Beam | 22.G.45. | 149 |
| General | 22.A. | 135 |
| Ladder-Type | 22.G.43-44 | 148 |
| Metal | 22.G.46. | 149 |
| Stonesetter's Scaffold | 22.G.31. | 147 |
| Two-Point Suspension Scaffold | 22.G.33. | 147 |
| Do | 22.G.42. | 148 |
| **Pneumatic Tools** | 16.E. | 86 |
| **Poisonous and Harmful Substances** | | |
| General | 08.A. | 24 |
| Hot Substances | 08.B. | 26 |
| Insects, Vermin, Snakes | 08.C. | 27 |
| Poisonous Plants | 08.D. | 27 |
| Poisons, Caustics and Harmful Chemicals | 08.E. | 28 |
| Radiation, Nonionizing | 08.G. | 30 |
| Radiological | 08.F. | 28 |
| **Poisons** | 08.E. | 28 |
| **Polyvinyl Chloride Tubing** | 12.G.04. | 51 |
| **Portal Cranes** | 18.E. | 106 |
| **Practical Nurse** | 04.E.05; 06. | 10 |
| **Pressurized Equipment and Systems** | | |
| Boilers and Systems | 21.C. | 132 |
| Compressed Air and Gas Equipment and Systems | 21.B. | 130 |

313

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034840

INFORMATIONAL COPY ONLY

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Compressed Gas Cylinders | 21.D. | 133 |
| General | 21.A. | 128 |
| Proctection, Wiring Disconnect and Overcurrent | 15.B. | 63 |

**Q**

**R**

| Radiant Energy | 07.A.06. | 12 |
| Radiation, Nonionizing | 08.G. | 30 |
| Radiological | 08.F. | 28 |
| **Ramps** | | |
| General | 22.A. | 135 |
| Ramps and Trestles | 22.D. | 141 |
| **Records** | | |
| Atmosphere | 07.B.13. | 18 |
| Blasting | 25.C.06. | 177 |
| Cableway | 18.L.13. | 114 |
| Drills, Fire | 13.F.02. | 56 |
| Drills, Marine | 26.D.04. | 194 |
| First Aid | 02.B.04. | 4 |
| Fusible Plugs | 21.C.07. | 133 |
| Hoisting Equipment | 18.C.01. | 103 |
| Do | 18.C.05. | 104 |
| Inspections, Machinery | 18.A.01. | 95 |
| Man-Hours | 02.A.02. | 4 |
| Motor Vehicle Tests | 19.A.26. | 124 |
| Tunnel Air | 24.A.11. | 169 |
| **Registered Nurse** | 04.E.02. | 9 |
| Do | 04.E.06. | 10 |
| **Reports, Accident** | 02.B. | 4 |
| **Respiratory Protection** | | |
| General | 07.B. | 16 |
| Toxic Coatings | 14.A.18. | 58 |
| Do | 14.A.19. | 58 |
| **Ring Buoys** | 07.F. | 21 |
| **Rollover Protective Structures** | 18.B.20. | 101 |
| **Roofing Devices and Practices** | 22.C. | 140 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034841

INFORMATIONAL COPY ONLY

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Ropes** | | |
| Fiber | 17.E. | 93 |
| General | 17.A. | 89 |
| Wire | 17.C. | 90 |
| **Rubber Insulating Protective Equipment** | 07.A.23. | 14 |
| **Runways** | 22.A. | 135 |

## S

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Safe Clearance Procedure** | 28.A. | 199 |
| **Safety Equipment** | | |
| (See Personal Protective Equipment) | | |
| **Safety Nets** | | |
| Criteria | 07.D.04-11 | 19 |
| Debris Removal | 07.D.14. | 20 |
| Fall Protection | 07.D.01. | 19 |
| Inspection | 07.D.13. | 20 |
| Overhead Protection | 07.D.02; 03. | 19 |
| Test | 07.D.12. | 20 |
| **Safety Skiffs, Lifesaving** | 07.G. | 21 |
| **Safety Straps** | 07.I. | 22 |
| **Saws, Power** | 16.C. | 85 |
| **Scaffolds** | | |
| Boatswain's Chairs | 22.N. | 158 |
| Bricklayers' Square | 22.I.01. | 150 |
| Carpenter's Bracket | 22.S. | 160 |
| Crane Supported | 22.G.48. | 149 |
| Elevating and Rotating Work Platforms | 22.O. | 159 |
| Float or Ship | 22.L. | 155 |
| Form | 22.M. | 155 |
| General | 22.A. | 135 |
| Horse | 22.H. | 149 |
| Interior Hung | 22.Q. | 159 |
| Ladder Jacks | 22.A.10. | 136 |
| Lean-to | 22.A.10. | 136 |
| Machines for | 22.G.14: 10. | 145 |
| Do | 22.G.35. | 147 |
| Mason | 22.G.09;18-20. | 145 |

315

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034842

INFORMATIONAL COPY ONLY

**INDEX (Cont.)**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Metal and Tower | 22. J. | 151 |
| Needle Beam | 22.K. | 154 |
| Outrigger | 22.F. | 143 |
| Plasterers', Decorators' and Large Area | 22.P. | 159 |
| Prop | 22.A.10. | 136 |
| Pump Jack | 22.U. | 161 |
| Single-Point Adjustable Suspension | 22.T. | 160 |
| Stone Setters | 22.G.06. | 145 |
| Do | 22.G.28. | 146 |
| Do | 22.G.30-34. | 147 |
| Suspended | 22.G. | 144 |
| Window Jack | 22.R. | 159 |
| Do | 22.A.30. | 139 |
| Wood Pole | 22.E. | 142 |
| **Seat Belts** | | |
| Construction Equipment, Off-Highway | 18.B.20g | 103 |
| Motor Vehicles, Highway | 18.B.16. | 100 |
| **Shackles** | | |
| Excessive Wear | 17.A.05. | 89 |
| Working Loads | 17.F.01. | 94 |
| **Sideboom Cranes** | 18.D.07. | 105 |
| **Signalmen** | | |
| General | 10.B. | 34 |
| Helicopter Cranes | 18.R.17. | 120 |
| Moving Equipment | 18.B.15. | 100 |
| **Signals** | | |
| Blasting | 25.J.03-08. | 184 |
| Cofferdams | 23.D.04. | 168 |
| Floating Plant | 26.A.10. | 189 |
| General | 10.A. | 33 |
| Helicopter Cranes | 18.R.14; 17. | 120 |
| Hoisting Equipment | 18.C.10. | 104 |
| Marine Drills | 26.D.03. | 194 |
| Motor Vehicles | 19.B.10. | 125 |
| Small Diameter Shafts | 23.C.11. | 168 |
| Traveling Cranes | 18.E.02. | 106 |
| Tunnel | 24.A.32. | 171 |

316

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034843

INFORMATIONAL COPY ONLY

# INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **Signs** | | |
| Blasting | 25.A.10. | 175 |
| Design | 10.C.02. | 34 |
| Floating Plant | 26.B.13. | 192 |
| General | 10.C. | 34 |
| Laser | 08.G.05. | 30 |
| Tank Car | 12.D.20. | 47 |
| Toxic Gas | 21.D.08. | 133 |
| Voltage | 15.A.11. | 62 |
| Water, Non-potable | 03.A.04. | 5 |
| **Skiffs, Lifesaving** | 07.G. | 21 |
| **Sleeping Quarters** | 03.E. | 7 |
| **Slings** | | |
| Chain | 17.E.04. | 92 |
| Fiber Rope | 17.E.04; 05. | 93 |
| General | 17.A. | 89 |
| Web | 17.E.11. | 94 |
| Working Load | 17.D.07. | 93 |
| **Snakes** | 08.C. | 27 |
| **Sprinklers** | 13.A.19. | 54 |
| **Stair Rail** | 22.B.08. | 140 |
| **Stairways** | | |
| Demolition | 33.B. | 211 |
| **Steel Erection** | | |
| Other Flooring | 34.C. | 216 |
| Permanent Flooring | 34.A. | 215 |
| Structural Steel Assembly | 34.D. | 216 |
| Temporary Flooring | 34.B. | 216 |
| **Storage** | | |
| Batteries | 15.F.02. | 68 |
| Blocks | 11.E. | 39 |
| Brick | 11.D. | 39 |
| Cement | 11.C. | 38 |
| Compressed Gas Cylinders | 21.D. | 133 |
| Cylindrical Material | 11.G. | 39 |
| Explosive Actuated Tools | 16.F.05. | 88 |
| Explosives | 25.F. | 180 |
| Flammable and Combustible Liquids | 12.D. | 45 |
| General | 11.A. | 37 |
| Lime | 11.C. | 38 |

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034844

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Liquefied Petroleum Gases | 12.G. | 51 |
| Lumber | 11.B. | 38 |
| Miscellaneous | 12.H. | 52 |
| Sand, Gravel, Stone | 11.H. | 40 |
| Slings | 17.B.03. | 90 |
| Spacing | 12.B. | 42 |
| Steel | 11.F. | 39 |
| **Straps, Safety** | 07.I. | 22 |

### T

| | | |
|---|---|---|
| **Tags** | | |
| Electrical | 15.G. | 68 |
| Pressurized Equipment | 21.A.04. | 128 |
| **Taglines** | | |
| Material Movement | 11.A.15. | 38 |
| Piledrivers | 18.K.10. | 112 |
| **Tags** | | |
| Accident Prevention | 10.C.11. | 35 |
| Warning | 10.C.02. | 34 |
| **Temporary Wiring** | 15.D. | 65 |
| **Testing** | | |
| Aerial Buckets | 15.I.80. | 79 |
| Aerial Lift | 18.O.15. | 117 |
| Atmosphere | 07.B.13; 16. | 18 |
| Base Mounted Drum Hoists | 18.M.04. | 115 |
| Boilers and Systems | 21.C.01. | 132 |
| Brakes | 18.A.21. | 96 |
| Brakes and Operating Systems | 18.A.02. | 95 |
| Compressed Gas Cylinders | 21.D.01. | 133 |
| Confined Space | 27.A.05. | 198 |
| Crawler, Truck, and Wheel Mounted Cranes | 18.D.01; 05. | 105 |
| De-energized Switches | 15.I.07. | 71 |
| Derricks | 18.F.04. | 106 |
| Elevators, Passenger and Freight | 18.H. | 107 |
| Excavation Air | 23.A.20. | 165 |
| Fire Apparatus | 13.D.03. | 55 |
| Floating Cranes | 18.G.05. | 107 |
| Gas Hose | 21.D.23. | 135 |

318

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034845

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Hoisting Equipment | 18.C.01. | 103 |
| Hydrostatic Test of Unfired Pressure Vessels | 21.A.20. | 129 |
| Linemen's Equipment | 07.A.04. | 12 |
| Live-Line ToolPoles | 07.A.27. | 15 |
| Machinery | 18.A.01. | 95 |
| Material Hoists | 18.J.01. | 110 |
| Motor Vehicles | 19.A.26. | 124 |
| Overhead and Gantry Cranes | 18.Q.04. | 119 |
| Overhead Hoists | 18.N.06. | 115 |
| Pedestal Mtd. Cranes and Derricks | 18.F.02. | 106 |
| Portal, Hammerhead, and Tower Cranes | 18.E. | 106 |
| Power Lines | 15.I.02; 03. | 69 |
| Power Tools | 16.A.07. | 83 |
| Pressurized Equipment | 21.A.01-02. | 128 |
| Rock Bolts | 24.A.17. | 170 |
| Rubber Protective Equipment | 07.A.25. | 15 |
| Small DiameterShaft Air | 33.C.03. | 167 |
| Suspended Scaffold | 22.G.15. | 145 |
| Tunnel Air | 24.A.09-10. | 169 |
| Tunnel Walls | 24.A.18. | 170 |
| Voltage | 15.I.05. | 70 |
| Welding Hose | 14.A.22. | 59 |
| Workman's Hoists | 18.I.01. | 109 |
| **Toilets** | | |
| Construction | 03.B.02; 03. | 6 |
| Facilities | 03.B.02. | 6 |
| Ratios | 03.B.01. | 6 |
| Servicing | 03.B.05. | 6 |
| **Tools** | | |
| Double-Insulated | 15.C.05. | 64 |
| Explosive Actuated Tools | 16.F. | 87 |
| General | 16.A. | 83 |
| Grinding | 16.B. | 84 |
| Grounding | 15.C.03. | 64 |
| Hand | 16.A. | 83 |
| Hot Line | 07.A.04. | 12 |
| Nailing and Stapling | 16.A.11. | 84 |
| Non-sparking | 16.A.05. | 83 |
| Pneumatic Tools | 16.E. | 86 |
| Power | 16.A. | 83 |

319

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034846

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Power Saws | 16.C. | 85 |
| Woodworking Machinery | 16.D. | 85 |
| **Tower Cranes** | 18.E. | 106 |
| **Towers** | | |
| General | 22.A. | 135 |
| Metal | 22.J. | 151 |
| **Toxic Coatings** | | |
| Enclosed Spaces | 14.A.18. | 58 |
| Fire Prevention | 14.A.16; 17; 20. | 58 |
| Open Air | 14.A.19. | 58 |
| **Toxic Material, Instruction** | 01.C.07. | 3 |
| **Toxic Substances** | 08.A.03. | 25 |
| **Training** | | |
| Explosive Actuated Tools | 16.F.02. | 87 |
| Fire Fighting | 13.F.03. | 56 |
| General | 01.A. | 1 |
| Hot Work Guard | 14.A.21. | 58 |
| Indoctrination | 01.B. | 1 |
| Laser/Maser | 08.G.02. | 30 |
| Live-Line Bare -Hand Work | 15.I.74. | 78 |
| On-The-Job | 01.C. | 2 |
| Safety Skiffs | 07.G.02. | 21 |
| Electrical | 15.A.10. | 61 |
| **Transmission Lines, Power** | 15.I. | 69 |
| **Transportation of Personnel** | 19.C. | 125 |
| **Trench Excavation** | 23.B. | 166 |
| **Trestles** | 22.D. | 141 |
| **Truck Mounted Cranes** | | |
| Barge Mounted | 18.G.06. | 107 |
| General | 18.D. | 105 |
| **Tunnel Air** | 07.B.13. | 18 |
| **Tunnels** | | |
| Blasting | 24.C. | 172 |
| Compressed Air Work | 24.F. | 174 |
| General | 24.A. | 168 |
| Haulage | 24.D. | 173 |
| Portal Preparation | 24.B. | 171 |
| Soil | 24.E. | 174 |

320

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

**INDEX (Cont.)**

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| **U** | | |
| **V** | | |
| **Vaporizing Liquids, Toxic** | | |
| Fire Extinguisher | 08.A.11. | 25 |
| Solvent | 08.A.17. | 26 |
| **Vaults** | 07.B.16. | 18 |
| **Vehicles, Motor** | | |
| Fueling | 19.D. | 126 |
| General | 19.A. | 121 |
| Loading | 19.E. | 126 |
| Operating Rules | 19.B. | 124 |
| Operators | 05.B. | 10 |
| Transportation of Personnel | 19.C. | 125 |
| **Ventilation** | | |
| Local | 07.B.07-9. | 17 |
| Mechanical | 07.B.07; 12. | 17 |
| Tunnel | 24.A.08. | 169 |
| Do | 24.A.20. | 170 |
| Welding, Cutting, Heating | 14.A.14. | 58 |
| **Vermin Protection** | 08.C. | 27 |
| **Vibration and Damage Control** | 25.C. | 176 |
| **W** | | |
| **Wall Openings** | 31.A. | 207 |
| **Warning Device** | | |
| Construction Equipment | 18.B.01. | 99 |
| Conveyors | 18.L.03. | 113 |
| General | 18.B.02. | 99 |
| Overhead and Gantry Cranes | 18.Q.03. | 119 |
| Personnel Hazard | 18.B.15. | 100 |
| Traveling Cranes | 18.E.02. | 106 |
| **Warning Devices, Proximity** | 15.E.09. | 67 |
| **Warning Markings, Airfield** | | • |
| Construction Operations | 10.D. | 36 |
| **Warning Signs** | | |
| Personnel Hoists | 18.H.20. | 109 |
| **Washing Facilities** | 03.C. | 6 |

321

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active.
Distribution is limited to USACE for historical reference only.

US_00034848

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Waste Material Disposal | 11. J. | 41 |
| Water Lights | 07. F. | 21 |
| Water Pollution | 08.A.02. | 25 |
| **Welding** | | |
| Approval | 14.A.11. | 57 |
| Cutting | 07.A.07. | 12 |
| Electric Arc | 07.A.07. | 12 |
| Electric Equipment | 14.C. | 59 |
| Gas Equipment | 14.B. | 59 |
| General | 14.A. | 56 |
| Housekeeping | 14.A.09. | 57 |
| Hydrogen Welding | 07.A.07. | 12 |
| Inert-Gas Metal-Arc | 14.D. | 60 |
| Protection | 07.A.06. | 12 |
| **Welding Equipment** | | |
| Electric Equipment | 14.C. | 59 |
| Gas Equipment | 14.B. | 59 |
| Inert-Gas Metal-Arc Welding | 14.D. | 60 |
| Wheel Mounted Cranes | 18.D. | 105 |
| Wire Rope | 17.C. | 90 |
| **Wire Rope Clips** | | |
| Eyes | 17.C.17. | 92 |
| Number | Appendix C | |
| Splicing | 17.C.18. | 92 |
| Wedge Sockets | 17.C.11. | 92 |
| Wire Rope | 17.C.10. | 91 |
| **Wiring** | | |
| Disconnect and Overcurrent Protection | 15.B. | 63 |
| General | 15.A. | 60 |
| Grounding | 15.C. | 63 |
| Hazardous Locations | 15.H. | 68 |
| Lockout and Tagging of Circuits | 15.G. | 68 |
| Overhead Lines | 15. E. | 66 |
| Power Transmission and Distribution | 15. I. | 69 |
| Wood Piling and Poles | 11.G. | 39 |
| Woodworking Machinery | 16.D. | 85 |
| Working Conditions | 01.A.01. | 1 |

322

This document has formally been made obsolete by the U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

INFORMATIONAL COPY ONLY

## INDEX (Cont.)

| SUBJECT | PARAGRAPH | PAGE |
|---|---|---|
| Work Vests | 07.E. | 20 |
| Water Supply | | |
|    Drinking | 03.A. | 5 |
|    Fire Protection | 13.C. | 54 |

### X

| X-ray Training | 01.C.11. | 3 |

### Y  Z

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977  O—234-176

This document has formally been made obsolete by the  U.S. Army Corps of Engineers (USACE) and is no longer active. Distribution is limited to USACE for historical reference only.

US_00034850