# EXHIBIT 9

This is a reproduction of a library book that was digitized by Google as part of an ongoing effort to preserve the information in books and make it universally accessible.



Google™ books

https://books.google.com

US_00035213

D 101.11:
5-814-5

TM 5-814-5

TECHNICAL MANUAL

# SANITARY

# LANDFILL

NOV 2 3 1973

PUBLIC DOCUMENT
ALDERMAN LIBRARY
UNIVERSITY OF VIRGINIA

UNIVERSITY OF VIRGINIA LIBRARY

X004815073

HEADQUARTERS, DEPARTMENT OF THE ARMY
OCTOBER 1973

Digitized by Google

US_00035214



Digitized by Google

US_00035215

TECHNICAL MANUAL

No. 5-814-5

HEADQUARTERS
DEPARTMENT OF THE ARMY

Washington, D.C., 15 October 1973

SANITARY LANDFILL

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| 1. | PURPOSE AND SCOPE | 3 |
| 2. | REFERENCES | 3 |
| 3. | GENERAL | 3 |
| 4. | SELECTION OF METHOD OF DISPOSAL | 3 |
| 5. | SOLID WASTE STABILIZATION IN A SANITARY LANDFILL | 4 |
| 6. | HEALTH AND SAFETY OBJECTIVES | 4 |
| 7. | OPERATIONAL DATA FOR SANITARY LANDFILL PLANNING | 4 |
| 7.1 | Waste Characteristics | 4 |
| 7.2 | Operational Equipment | 5 |
| 7.3 | Operational Methods | 5 |
| 8. | SELECTION OF A SITE FOR A SANITARY LANDFILL | 5 |
| 8.1 | Prevention of Surface Water Pollution | 5 |
| 8.2 | Prevention of Ground Water Pollution | 5 |
| 8.3 | Ultimate Use of Landfill Site | 5 |
| 8.4 | Area | 6 |
| 8.5 | Soil and Cover Material | 6 |
| 8.6 | Proximity to Population Served | 7 |
| 8.7 | Access to the Landfill | 7 |
| 9. | EFFECT OF CLIMATE ON SANITARY LANDFILL | 7 |
| 9.1 | Cold Weather | 7 |
| 9.2 | Wet Weather | 8 |
| 9.3 | Dry Weather | 8 |



This manual supersedes TM 5-814-5, 20 March 1959


Digitized by Google

US_00035216

Page

10.  SUPPORT FACILITY REQUIREMENTS ............................. 8

11.  SANITARY LANDFILL FEASIBILITY INVESTIGATION ............... 8

Digitized by Google

US_00035217

SANITARY LANDFILL

1. PURPOSE AND SCOPE. The engineering criteria and construction re-
quirements described in this manual are applicable for feasibility studies
as well as for designing sanitary landfill systems for refuse disposal
at Army installations. Operational procedures for sanitary landfills are
contained in TM 5-634, Refuse Collection and Disposal.

2. REFERENCES.

    a. TM 5-634 Refuse Collection and Disposal.

    b. TM 5-814-4 Incineration.

    c. TM 5-814-6 Industrial Wastes.

    d. Prevention, Control, and Abatement of Air Pollution from Federal
Government Activities: Performance Standards and Techniques of Measure-
ment, Title 42, Chapter 1, subchapter F, Part 76 Code of Federal Regula-
tions.

    e. Sanitary Landfill Facts, Public Health Service Publication No.
1792, 1970, as amended. This publication is available from the Environ-
mental Protection Agency (Air Pollution Control Office), Parklawn
Building, 5600 Fishers Lane, Rockville, Maryland 20852.

3. GENERAL. 42 CFR 76.8(a)(4) of reference 2d requires that disposal
of wastes in sanitary landfills on Federal installations be in accordance
with procedures described in "Sanitary Landfill Facts" (reference 2e).
Additional requirements for a sanitary landfill are contained in TM 5-634.

4. SELECTION OF METHOD OF DISPOSAL. The using service will select the
method of solid waste disposal to be used. The procedures which are
generally available are contractual arrangement, sanitary landfill, and
incineration. The preferred method of solid waste management is to
participate in a regional solid waste disposal system if feasible. In the
absence of a regional system, contractual arrangements for hauling and/
or disposal with a public agency or a commercial entity may be practical.
When contractual arrangements are impractical and where conditions are
suitable, sanitary landfill is preferred to incineration as a method of
solid waste disposal on an installation. It is generally appropriate for
all refuse except infectious waste from medical facilities, toxic sub-
stances, or explosive materials. The advantages of a sanitary landfill
are that it results in disposal of both noncombustible and combustible
materials and may be valuable means for reclaiming waste land. When an
incinerator is used, disposal of the ash residue from incineration and
bulky refuse which is not burned is still required. The sanitary land-
fill requires a low initial investment, can be quickly put into operation,
and has flexibility to receive increased quantities of solid wastes. The
disadvantages of a sanitary landfill must also be considered.

3


Digitized by Google

US_00035218

These include the rapid filling of existing sites and the lack of suitable sites with capacity for long term use, the gases produced from waste decomposition (particularly explosive methane) may become a hazard, and lastly, water pollution may result from surface drainage, erosion of cover material, or leachate degrading the quality of ground water. Engineering considerations to avoid these problems are contained in this manual.

5. SOLID WASTE STABILIZATION IN A SANITARY LANDFILL. The decomposition of organic material in a sanitary landfill is usually anaerobic and the end products are primarily gases and moist humas material. Typically the gases are methane and hydrogen (both of which can be explosive), carbon dioxide, nitrogen, and hydrogen sulfide. The rate of stabilization is difficult to predict and depends on many factors including climate, moisture of the refuse, and degree of compaction. The fastest reported stabilization is three to four years in warm, humid climates, but usually it is slower.

6. HEALTH AND SAFETY OBJECTIVES. The engineering design must result in a sanitary landfill which, when operated correctly, will preclude the following:

a. Pollution of surface and ground waters. Solid wastes ordinarily contain many contaminates which can produce serious health hazards or nuisances.

b. Air pollution by odor, dust or smoke.

c. Infestation by rats, flies or other vermin.

d. Other nuisance factors such as noise.

e. Fires.

7. OPERATIONAL DATA FOR SANITARY LANDFILL PLANNING. The design and operation of a sanitary landfill must be closely integrated. Operational data which will be provided by the using service shall include a detailed description of the mechanical equipment for handling the refuse and operating the landfill.

7.1 Waste Characteristics. The using service has data on the solid waste for which disposal is required, including the types of waste, the amounts, and the variations in delivery rates. When possible the information should be based on an analysis of solid wastes from the installation on which the project is located, or from a similar installation. For new installations an analysis can be made based on the population to be served and other major sources of solid waste. The daily per capita quantity of solid waste is typically four to six pounds of combined refuse and garbage. This rate is based on effective population which is the sum of the resident population plus one-third of the nonresident employees.

Digitized by Google

US_00035219

7.2 Operational Equipment. The using service can provide information on the equipment to be used, both for refuse delivery and sanitary land-fill operation. This will include any planned changes in equipment. The capabilities of this equipment must be considered in evaluating factors such as access roads, grades, drainage and operation in severe climates.

7.3 Operational Methods. The two most commonly used methods of operating a landfill are the area method and the trench method. In the former method, the waste is spread and compacted and then covered with suitable cover material. The trench method takes its name from the procedure where the waste is dumped into a trench and then covered with material from the trench excavation. Detailed procedures are contained in TM 5-634.

8. SELECTION OF A SITE FOR A SANITARY LANDFILL. Site selection for a sanitary landfill will be based on the following factors:

8.1 Prevention of Surface Water Pollution. The landfill will be designed and operated so that pollution of surface waters does not occur. Primarily, surface water pollution from a landfill could be caused by runoff of waters which have contamination from the solid waste or by erosion of the cover material. Planning for the landfill should indicate the final contours of the completed site. An anaylsis will be made of the effect the fill has on the natural drainage, with full consideration given to the year-round hydrology of the region and operational problems which might be encountered as the fill is constructed.

8.2 Prevention of Ground Water Pollution. The landfill site must not have subsurface drainage which will result in water pollution. In areas where total precipitation is greater than the sum of evaporation and transpiration, a high potential exists for ground water contamination from landfill leachate. Major contaminants in leachate from municipal land-fills include hardness, chloride, iron, and dissolved organic compounds. A geological investigation is generally required to verify that a site has satisfactory subsurface conditions to prevent this leachate contaminating ground water. The ground water table must be located and information obtained on subsurface soil conditions, fluctuations in the ground water level, and the ground water movement. Sanitary landfills will not be built directly on exposed rock strata. An analysis will be made for each proposed sanitary landfill to verify that ground water pollution will not result if the landfill is constructed.

8.3 Ultimate Use of Landfill Site. The use which is to be made of the completed landfill site should be decided during the initial planning stage. Uses which are typical at military installations are playgrounds, parks, and other recreational purposes during the near term and for parking



US_00035220

areas or light industrial following stabilization. Construction on a completed fill should not be programmed until site investigations have verified that damaging settlement or gas generation would not occur. Installation future development plans will be used in siting a proposed sanitary landfill to assure that construction on the site is not contemplated before the refuse has fully stabilized.

8.4 Area. The basic factors in determining the land requirements for a sanitary landfill are the volume of the waste and the required life of the fill. The volume of the waste depends on the character (compactability, volume of bulky waste) and source (quantity, changing trends in waste) of the solid waste, and the landfill operation (compaction efficiency, ratio of earth cover to waste). In some cases the land requirements can be met by successive use of smaller areas rather than one large area. The volume required must be based on specific data for an individual project. For planning purposes an annual volume for a given population is sometimes used. In 1958 (see reference 2a), the volume for a population of 10,000 was one acre per year when the fill was to be six feet deep. In 1970 (see reference 2c), the quantity for the same population is one acre per year with the fill seven feet deep. This represents an increase of about 16 percent in the quantity of waste generated per person. However, it is not unusual for the quantity at a specific installation, particularly a smaller one, to vary by as much as 50 percent from the planning figures.

8.5 Soil and Cover Material. It is essential for satisfactory operation of the sanitary fill that soil conditions be suitable for preventing ground water pollution, excavating and covering the fill, and vehicle access. A solid investigation is required to determine the suitability of the area to receive the fill and the availability of cover material. Factors to consider in evaluating the soil are discussed below.

8.5.1 Excavation. Generally cover material must be excavated and the excavation thus formed often can be filled with solid waste. Whether the excavation is for cover material or for a trench, it is desirable that the soil be readily excavated with the equipment available at the installation. Areas with shallow rock, hardpan, or large boulders will normally not be acceptable. Areas with buried utilities where an operational lapse could result in interrupted service and costly repairs due to a broken utility line shall be avoided.

8.5.2 Cover. Proper cover material must be available to seal the fill against infiltration and insure anaerobic conditions. An efficient seal will also control odors and prevent access to the waste by rodents and insects. Subdividing the fill into sealed cells reduces the risk of internal spread of fire. Frequent covering so that a minimum of the waste is exposed is an operational technique which will prevent refuse being

Digitized by Google

US_00035221

blown and scattered by the wind. The volume of cover material required varies widely, but for planning purposes may be assumed to be about 25 percent of the fill volume. Soil for cover material should not contain appreciable quantities of organic material and should be relatively free of stones larger than about six inches. The soil must be effectively compacted by equipment which is to be used in the operation. Soil with a relatively uniform particle size is not as readily compacted as soil containing particles with a wide range of sizes. Unless specially treated, pure sands, clays, or silts are not suitable for covering a sanitary landfill. The soil should support truck traffic throughout the year. Compaction and trafficability improve when the soil is at or near optimum moisture content and it is therefore desirable to have soils which are relatively easily wetted or dried. The soil should be low in clay content for ease of changing moisture content and to avoid surface cracking. Generally a silty sand or clayey sand is preferable, but any soil which will form an effective seal is acceptable.

8.6 Proximity to Population Served. The landfill siting must be a balance between adequate distance from housing and work areas and economical haul distance. Site the landfill at least 750 feet from inhabited buildings and preferably so that prevailing winds are away from living areas. Provide adequate clearance from areas of brush and trees so that fires which might occur will not spread. The economic distance will vary depending on the installation layout, equipment used, and collection methods. At larger installations consider the use of more than one fill area when justified by savings resulting from reduced haul distances.

8.7 Access to the Landfill. Preferred access to the site is over an existing secondary road net with all-weather capability and direct routes to the landfill. Use of primary roads, roads through housing areas or roads crossing major highways creates both a safety hazard and a nuisance.

9. EFFECT OF CLIMATE ON SANITARY LANDFILL. Adverse climate can severely limit the capability of the sanitary landfill, but this can be partially overcome by preplanning and operational techniques.

9.1 Cold Weather. Extremely cold weather can greatly reduce the biological activity in a sanitary landfill. In some regions where winter temperatures are less than -30°F, it is reported that only minimal waste stabilization occurs. A serious problem in cold regions is frozen soil. This can be overcome to some extent by excavating for the fill during the summer season and stockpiling cover material.

7

Digitized by Google

US_00035222

9.2 Wet Weather. The major problem in wet weather is maintaining maneuverability of the refuse delivery vehicles and equipment. This can be provided in the design by selecting a site that is well drained and with soil that has adequate trafficability when wet. Operational practices can also reduce the effect of this problem. Surface drainage can usually be diverted from open excavations by careful grading.

9.3 Dry Weather. Dry weather problems in a sanitary landfill are mainly operational such as blowing dust or paper. A certain amount of moisture is needed for the biological activity in the refuse; however, it is unusual to have to add water for this purpose. Control of blowing refuse can be accomplished by prompt covering and by the use of portable fences downwind of the open face of the fill.

10. SUPPORT FACILITY REQUIREMENTS. In planning a sanitary landfill, consideration will be given to the requirement for support facilities, based primarily on the size of the operation and the climate. Support facilities must be tailored to the specific landfill situation. These facilities include:

   a. A small building or semiportable shed with sanitary facilities. At larger installations this could also include room for tools, parts, and employee lockers.

   b. Fences around the landfill and garages for equipment are normally not required on military installations, but may be necessary in some cases.

   c. Power for lighting and water for employee use should be provided when feasible. However, these are not essential and extremely long utility runs are rarely justified.

   d. Refuse processing equipment has not typically been provided at military installations. There may be specific cases where the type of waste or the climate indicate that it will be desirable to shred the waste or use a solid waste baler. Prior to using this type of equipment at a military installation, the regional office of the Environmental Protection Agency should be contacted to draw on municipal experience.

11. SANITARY LANDFILL FEASIBILITY INVESTIGATION. The feasibility report for a sanitary landfill will summarize the findings of an investigation of the factors discussed previously. In those cases where a sanitary landfill is recommended, plans will be included showing (for existing conditions and final conditions) the topography at the landfill site, surface drainage, quantity and the locations of cover material, supporting facility requirements, and recommended operational procedures covered in TM 5-634.

Digitized by Google

US_00035223

By Order of the Secretary of the Army:

CREIGHTON W. ABRAMS
General, United States Army
Chief of Staff

Official:

VERNE L. BOWERS
Major General, United States Army
The Adjutant General

Distribution:

To be distributed in accordance with DA Form 12-34 (qty rqr block
No. 93) requirements for TM 5-800 Series:  Engineering and Design for
Real Property Facilities.

Digitized by Google

US_00035224

Digitized by Google

US_00035225

Digitized by Google

US_00035226

Digitized by Google


Digitized by Google

US_00035228



Digitized by Google

US_00035229