# EXHIBIT 11

REFERENCE  S⎰⎰  Dec 1, 1984

Headquarters,
Department of the Army
Washington, DC
15 June 1983

**Immediate Action**
# INTERIM CHANGE

*AR 420-47
Interim Change
No. IO1
Expires 15 June 1985

Facilities Engineering

Solid Waste Management

---

<u>Justification</u>. This interim change includes policy changes in
conducting recycling activities and in the use of proceeds from the
sale of recyclable materials. These changes are initiated as a result
of directive from the Deputy Secretary of Defense implementing the
provisions of the Military Construction Codification Act (10 U.S.C.
2577).

<u>Expiration</u>. This interim change expires 2 years from the date of
publication and will be destroyed at that time unless sooner rescinded
or superseded by a permanent change.

1.  AR 420-47, 9 June 1977, is changed as follows:

<u>Page 1-1</u>. Subparagraph 1-3f is superseded as follows:

    f. <u>Managing Activity</u>. The activity designated by the
installation commander as the managing activity will manage the
recycling program (including provision of personnel, funds and
equipment) for the purposes of carrying out the objectives of this
regulation.

<u>Page 1-1</u>. Paragraph 1-3 is changed as follows: Add new
subparagraphs h and i and reletter subparagraphs h through o to j
through q.

    h. <u>Qualifying recycling programs</u>. Organized operations that
require concerted efforts to divert or recover scrap or waste from
waste streams, or efforts to identify, segregate, and maintain the

---

*This interim change rescinds DA FORM 4616-R, 1 May 77, and cancels
RCS DD-I&L(A) 1436.

The Pentagon Library
Rm 1A518, Pentagon
Washington, D.C.  20310

1

US_00000379

integrity of the recyclable materials in order to maintain or enhance the marketability of the materials.

i. **Recyclable Materials.** Materials that normally have been or would be discarded (i.e., scrap and waste) and that may be reused after undergoing some type of physical or chemical processing. Recyclable materials do not include precious metal-bearing scrap and those items which may be used again for their original purposes or functions without any special processing; e.g., used vehicles, vehicle or machine parts, bottles (not scrap glass), electrical components, unopened containers of unused oil/solvent. Recyclable materials may include discarded materials which have undergone demilitarization or mutilation at an installation prior to transfer to the Property Disposal Office for sale.

Page 5-1. Renumber paragraphs 5-1 through 5-5 as 5-2 through 5-6. Renumber paragraph 5-6 as 5-8. Add new paragraphs 5-1, 5-7 and 5-9 as follows:

5-1. **Policy.**

a. All proceeds from the sale of recyclable materials may be used by Army activities having qualifying recycling programs.

b. Activities eligible to receive proceeds generated through recycling programs include reimbursement of program costs, projects for pollution abatement, energy conservation and occupational safety and health, and morale and welfare activities.

c. Installations are encouraged to establish or expand recycle programs beyond traditional items consistent with AR 200-1 and this regulation.

d. Recycling efforts should be directed toward waste stream reduction, pollution prevention, and resource conservation.

5-7. **Procedures for designating installations having qualifying recycling programs.**

a. A qualifying recycling program is established when a managing activity designated by the installation commander initiates procedures for the segregation and collection of specifically named recyclable materials from the waste stream. The managing activity will maintain records of the quantity and type of materials sold.

2

US_00000380

b.  A qualifying program must have established a means for maintaining fiscal accountability for all funds received and disbursed, and must have implemented the procedures outlined in this regulation. The program must provide for review of all projects funded with the proceeds of sales. Project review will be accomplished as if funded from normal appropriations.

5-9.  Accumulation and use of proceeds.

a. The Defense Logistics Agency (DLA) remains responsible for market research and sales.  DLA has directed the servicing Defense Property Disposal Offices (DPDOs) to return 100 percent of the proceeds from sales of recyclable materials to the installations.  The managing activity must establish Budget Clearing Account 21F3875.1111 through the installation Finance and Accounting Office (FAO) and ensure that all turn-in documents (TID) contain the complete accounting classification. Special considerations such as sale of material from small contributors, tenant activities, sub-installations, and satellite activities should be coordinated with the FAO and the DPDO.  All proceeds will be accumulated in the Budget Clearing Account until used.  The accumulation of funds in the account is not affected by fiscal year end, so proceeds may be carried over up to a total accumulation of $2 million.  The managing activity is responsible for segregating amounts within the account as to source and disposition.  All Army activities including those operating under the Industrial Fund, may participate in this program.

b.  Proceeds may be withdrawn from account 21F3875.1111 as follows:

(1)  Proceeds will first be applied to cover all costs of operating, maintaining, and establishing the qualifying recycle program (including the purchase of new or replacement equipment for recycling purposes).  Expenses will be accumulated and reimbursed under the automatic reimbursement procedures to the financing appropriation from proceeds in the budget clearing account.  Military personnel expenses may not be reimbursed from proceeds.

(2)  If a balance remains, the managing activity may apply up to 50 percent of the remaining balance to fund projects for pollution abatement, energy conservation, and occupational safety and health activities by processing DA Form 2544 (Intra-Army Order for Reimbursable Services) for each project.  A project funded from recycling proceeds may not be carried out for an amount greater than 50 percent of the amount established by law as the maximum amount for a minor construction project.  Normal

3

US_00000381

project approval procedures will be followed.

(3) Any proceeds remaining after (1) and (2) are accomplished may be transferred to the installation morale support fund account by processing SF Form 1049 (Public Voucher for Refunds) IAW AR 37-103.

(4) If the uncommitted balance in the account at the end of any fiscal year exceeds $2,000,000, the amount in excess will be returned to the Treasury as miscellaneous receipts.

Page 6-1. Chapter 6 is rescinded:

Page 8-1. Chapter 8 is rescinded.

Page A-1. Appendix A is rescinded.

2. Post these changes per DA Pam 310-13.

3. File this interim change in front of the publication.

(DAEN-ZCF-U)

By Order of the Secretary of the Army:

E. C. MEYER
General, United States Army
Chief of Staff

Official:

ROBERT M. JOYCE
Major General, United States Army
The Adjutant General

Distribution:
Active Army, ARNG, USAR: To be distributed in accordance with DA Form 12-9A requirements for AR, Facilities Engineering-C.

US_00000382

Reference

HEADQUARTERS
DEPARTMENT OF THE ARMY
WASHINGTON, DC , 26 December 1978

# Immediate Action
# INTERIM CHANGE

AR 420-47
INTERIM CHANGE
NO. I01
Expires 26 December 1979

## FACILITIES ENGINEERING

## SOLID WASTE MANAGEMENT

This interim change is forwarded to eliminate a policy that is wasting Army funds, manhours, and other critical resources; expires one year from the date of publication and will be destroyed at that time unless sooner superseded by a formal printed change; is being distributed by first class mail through the publications pinpoint distribution system to all holders of AR 420-47; and will be included in the next revision to AR 420-47.

Page 2-2, paragraph 2-4,f, is superseded as follows:

    f. <u>Curbside Collection.</u> Curbside or service drive solid waste collection will be used in family housing areas unless another collection system provides a cost advantage to the Government. Use of other than curbside or service drive collection must be approved by the appropriate MACOM. A supporting economic analysis will be forwarded by the installation to the MACOM along with the request. A copy of the economic analysis with the MACOM approval attached will be retained by the installation.

(DAEN- FEP)

By Order of the Secretary of the Army:

Official:

BERNARD W. ROGERS
General, United States Army
Chief of Staff

J. C. PENNINGTON
Brigadier General, United States Army
The Adjutant General

DISTRIBUTION:
    Active Army, ARNG, USAR: To be distributed in accordance with DA Form 12-9A requirements for AR, Facilities Engineering - C.

The Army Library (ANRAL)
ATTN: Military Documents
Room 1A518, Pentagon
Washington, D.C. 20310

US_00000383

US_00000384

*AR 420-47

ARMY REGULATION ⎱
NO. 420-47　　　　⎰

$S15$ $Dec$ $1,$ $1984$

HEADQUARTERS
DEPARTMENT OF THE ARMY
WASHINGTON, DC, *9 June 1977*

## FACILITIES ENGINEERING

# SOLID WASTE MANAGEMENT

*Effective 1 August 1977*

*This revision implements DOD Directive 4165.60 and updates standards, procedures, terminology and responsibilities for the management of solid waste within the Department of the Army. Local supplementation of the regulation is permitted, but is not required. If supplements are issued, Army Staff agencies and major Army commands will furnish one copy of each to HQDA (DAEN-FEU) Wash DC 20314; other commands will furnish one copy of each to the next higher headquarters.*

|  |  | Paragraph | Page |
|---|---|---|---|
| CHAPTER 1. | GENERAL |  |  |
|  | Purpose | 1-1 | 1-1 |
|  | Applicability | 1-2 | 1-1 |
|  | Explanation of Terms | 1-3 | 1-1 |
|  | Responsibilities | 1-4 | 1-2 |
| 2. | COLLECTION AND STORAGE |  |  |
|  | General | 2-1 | 2-1 |
|  | Personnel | 2-2 | 2-1 |
|  | Vehicles | 2-3 | 2-1 |
|  | Operational Requirements | 2-4 | 2-1 |
|  | Can Washing | 2-5 | 2-2 |
| 3. | THERMAL PROCESSING AND LAND DISPOSAL OF SOLID WASTES |  |  |
| Section I. | Disposal of Waste Oil |  |  |
|  | Waste Oil | 3-1 | 3-1 |
| II. | Thermal Processing of Solid Wastes (Incineration, Gas Pyrolisis, etc) |  |  |
|  | General | 3-2 | 3-1 |
|  | General Design | 3-3 | 3-1 |
|  | Water Quality | 3-4 | 3-1 |
|  | Air Quality | 3-5 | 3-1 |
|  | Disease Vectors | 3-6 | 3-1 |
|  | Aesthetics | 3-7 | 3-1 |
|  | Residue | 3-8 | 3-1 |
|  | Safety | 3-9 | 3-1 |
|  | General Operations | 3-10 | 3-2 |
| III. | Land Disposal (Land Fills) |  |  |
|  | General | 3-11 | 3-2 |
|  | General Design | 3-12 | 3-2 |
|  | Water Quality | 3-13 | 3-2 |
|  | Air Quality | 3-14 | 3-2 |
|  | Gas Control | 3-15 | 3-2 |
|  | Disease Vectors | 3-16 | 3-2 |
|  | Aesthetics | 3-17 | 3-2 |
|  | Cover Material | 3-18 | 3-2 |
|  | Compaction | 3-19 | 3-2 |
|  | Safety | 3-20 | 3-2 |
| 4. | SOURCE SEPARATION |  |  |
|  | General | 4-1 | 4-1 |
|  | Requirements | 4-2 | 4-1 |
|  | Economic Analysis | 4-3 | 4-1 |

This regulation supersedes AR 420-47, 18 September 1967 and rescinds RCS DD-H&E(SA)-1359.

The Army ...
ATTN: ...
Room 1A518, P...
Washington, D.C. 20310

(...RAL)
...Documents
...Pentagon
Room 1A518, Pentagon
Washington, D.C. 20310

i

| | | Paragraph | Page |
|---|---|---|---|
| CHAPTER 5. | RESOURCE RECOVERY/RECYCLING | | |
| | Individual Installation Facilities | 5-1 | 5-1 |
| | Regional Facilities | 5-2 | 5-1 |
| | Design Capacity | 5-3 | 5-1 |
| | Publicity | 5-4 | 5-1 |
| | Resource Recovery/Recycling Methods | 5-5 | 5-1 |
| | Exemptions | 5-6 | 5-1 |
| 6. | FINANCIAL MANAGEMENT | | |
| | Sales | 6-1 | 6-1 |
| | Income from Sales | 6-2 | 6-1 |
| | Financing of Special Projects | 6-3 | 6-1 |
| | Recycling Expense Reimbursement | 6-4 | 6-1 |
| | Defense Logistics Agency Expenses | 6-5 | 6-1 |
| | Construction Projects and Equipment Procurement | 6-6 | 6-1 |
| 7. | MONITORING AND RECORDS | | |
| | Monitoring | 7-1 | 7-1 |
| | Records | 7-2 | 7-1 |
| 8. | REPORTS | | |
| | Annual Report (RCS DD-I&L(A) 1436) | 8-1 | 8-1 |
| | Compliance/non-Compliance Reports | 8-2 | 8-1 |
| APPENDIX A. | ANNUAL REPORT OF SOLID WASTE SOURCE SEPARATION AND RESOURCE RECOVERY/RECYCLING OPERATIONS | | A-1 |
| B. | IMPLEMENTATION PLAN—SOURCE SEPARATION (to be published) | | |

US_00000386

# CHAPTER 1

# GENERAL

**1-1. Purpose.** This regulation prescribes standards and procedures for efficient and economical solid waste collection recycling and disposal consistent with good sanitary engineering principles.

**1-2. Applicability.** This regulation applies to all installations and activities within the purview of paragraph 1-2, AR 200-1, to include Army Reserve installations and activities located in the United States and all National Guard installations, except those owned by, licensed, or transfered to the fifty states, the Commonwealth of Puerto Rico or the Territory of the Virgin Islands (even though supported with Federal funds) which are exempt from the requirements of this regulation.

**1-3. Explanation of terms.**

a. *Multiple container.* Solid waste collection systems consist of the vehicles and container boxes used for collecting solid waste and hauling it to the disposal facility. Collection equipment is of two principal types. One type uses a special hoisting truck which carries the container box directly to the disposal site, while the other type empties the containers directly into the hopper of a compaction-type refuse collection truck. For the purpose of this regulation, multiple containers are defined as the container boxes, normally from 1 to 10 cubic yards in capacity, used in conjunction with these types of solid waste collection vehicles.

b. *Commercial solid waste.* All types of solid waste generated by stores, offices, clubs, cafeterias, dining facilities, warehouses, and other such *nonmanufacturing* activities, and *nonprocessing* waste generated at industrial facilities such as packing wastes and paper products. *Construction and demolition wastes are not included in this category.*

c. *High-grade paper.* Includes letterhead, dry copy papers, miscellaneous business forms, stationery, typing paper, tablet sheets and computer printout paper and cards, commonly sold as "white ledger," "computer printout" and "tab card" grade by the wastepaper industry. High-grade paper is included within the commercial solid waste category.

d. *Facility.* Any Real Property Facility as defined in paragraph 1-3e, AR 420-10. *Ships at sea, aircraft in the air, or forces on maneuvers, are not subject to this directive.*

e. *Institutional solid waste.* Solid waste originating from educational, health care, correctional, and other such facilities.

f. *Managing activity.* The Director of Facilities Engineering will manage the recycling program (including provision of personnel, funds and equipment) for the purposes of carrying out the objectives of this regulation.

g. *Office waste.* Solid waste generated in the building, room, or series of rooms in which the affairs of business, professional person, branch of government, etc., are carried on. *Excludes waste generated in cafeterias, snack bars, or other food preparation and sales activities* and wastes separated by medical personnel as hazardous.

h. *Recycling.* The process by which recovered materials are transformed into new/usable products.

i. *Resource recovery.* The process of obtaining materials or energy from solid waste.

j. *Residential solid waste.* Includes garbage, rubbish, trash and other solid waste resulting from the normal activities of households.

k. *Resource recovery facility.* Any physical plant that processes residential, commercial or institutional solid waste biologically, chemically or physically, and recovers useful products, such as shredded fuel, combustible oil or gas, steam, metal, glass, etc., for resale or reuse.

l. *Sludge.* The accumulated semiliquid suspension of settled solids deposited from waste waters or other fluids in tanks or basins.

m. *Recoverable resources.* Materials that have useful physical or chemical properties after serving their original purpose and can be reused or recycled for the same or other purposes.

n. *Solid waste.* Includes garbage, refuse, and other solid materials, including solid waste materials resulting from institutional, industrial, commercial, and agricultural operations, and from

1-1

US_00000387

community activities. Mining and agricultural solid wastes, hazardous wastes, sludges, construction and demolition wastes, and infectious wastes *are not included* in this category for purposes related to recycling.

*o. Source separation.* The separation of recyclable materials at their points of generation by the generator.

**1-4. Responsibilities.** *a. General.*

(1) Solid waste collection and disposal are facilities engineering operations (AR 420-10).

(2) Collection and disposal of salvage material (including production scrap), explosives, ammunition and incendiaries, and hazardous or infectious waste, are *not* facilities engineering operations and will be governed by AR 40-5, AR 200-1 and local Defense Logistics Agency (DLA) guidance.

(3) The responsibility of the Surgeon General with regard to sanitation is prescribed in AR 40-5.

(4) Marketing and Marketability are the responsibility of the Defense Property Disposal Services (DPDS).

*b. MACOM and operating agency commanders.* MACOM and Operating agency commanders (AR 420-10) are responsible for inspecting and periodically reviewing the operation of solid waste collection and disposal activities at installations for which they have command responsibility. Additionally, they will assist installation commanders with respect to:

(1) Determining the most suitable method of solid waste disposal.

(2) Organizing the operation of collection systems to improve efficiency of performance.

(3) Periodically reviewing such factors as number and location of pickup stations, truck routes, type of equipment, scheduling, supervision, and personnel utilization.

(4) Selecting location and type of new sanitary landfills.

(5) Determining type of solid waste collection equipment required.

(6) Establishing waste management, resource recovery and recycling programs and waste disposal programs in accordance with the standards outlined herein.

(7) Ensuring that waste management, resource recovery and recycling programs are established at all installations as required by this regulation unless specific exemptions have been obtained.

(8) Provide Headquarters, Department of the Army, appropriate reports as required.

*c. Installation and activity commanders.*

(1) Installation and activity commanders will establish and conduct waste management, resource recovery and recycling, and waste disposal programs in accordance with procedures prescribed in this regulation.

(2) Maintain routine liaison with the Defense Property Disposal activity servicing the installation to maintain current information on markets for solid waste materials.

(3) Establish waste monitoring procedures to assure minimum production of waste at the installation and to minimize the amount of waste material requiring landfill and/or incineration.

*d. Facilities engineer.* Under the direction of the installation commander the Facilities Engineer is responsible for regular and systematic solid waste collections from designated pickup stations (TM 5-634) and for managing the solid waste management program.

US_00000388

## CHAPTER 2

## COLLECTION AND STORAGE

**2-1. General.** All operations for the collection and storage of solid waste shall comply with the requirements of the Environmental Protection Agency's guidelines, as related herein.

**2-2. Personnel.** To promote maximum operating efficiency, personnel utilized should be assigned regularly to refuse handling duties.

a. Because of irregular availability and temporary assignment, prisoners will not be used to operate the loading or compacting mechanism of special equipment solid waste collection vehicles.

b. Multiple container solid waste collection equipment is designed to perform efficiently with a driver-operator only.

**2-3. Vehicles.** a. *General.* Equipment designed for solid waste collection will be used to achieve maximum efficiency and economy in equipment and manpower.

b. *General purpose vehicles.* General purpose trucks required for full time solid waste collection will be altered to meet collection requirements, as provided in TM 5-634, and permanently assigned for that purpose.

c. *Solid waste collection vehicles.* Trucks with bodies designed and used for solid waste collection are classified as maintenance and service (M&S) equipment (AR 420-83). Solid Waste collection vehicles will be painted white with black trim. Local purchase of spare parts for special solid waste collection bodies is authorized (AR 420-17).

d. *Washing.* Trucks used for the collection of putrescible materials will be washed daily after use to meet sanitary requirements except where weather conditions prohibit. Washing will be accomplished at appropriately designed washracks connected to a sanitary sewer.

**2-4. Operational requirements.** a. *Storage.*

(1) All solid wastes (or materials which have been separated for the purpose of recycling) shall be stored in such a manner that they do not constitute a fire, health, or safety hazard or provide food or harborage for disease vectors i.e. flies, mosquitoes, rodents, and shall be contained or bundled so as not to result in spillage. All solid wastes containing food wastes shall be securely stored in covered or closed containers which are nonabsorbent, leakproof, durable, easily cleanable (if reusable), and designed for safe handling. Containers shall be of an adequate size and in sufficient numbers to contain all food wastes, rubbish and ashes that a residence or other establishment generates in the period of time between collections. Containers shall be maintained in a clean condition so that they do not constitute a nuisance and to retard the harborage, feeding, and breeding of vectors. When serviced, storage containers should be emptied completely of all solid wastes.

(2) Storage of bulky wastes shall include, but is not limited to, removing all doors from large household appliances and covering the item(s) to reduce the problem of an attractive nuisance, and the accumulation of solid waste and water in and around the bulky items.

(3) Reusable waste containers which are emptied manually shall not exceed 75 pounds when filled, and shall be capable of being serviced without the collector coming into physical contact with the solid waste.

(4) All facilities which are constructed, modified or leased after the effective date of this regulation will be designed to meet the storage criteria incorporated herein.

b. *Safety.* Collection systems shall be operated in such a manner as to protect the health and safety of personnel associated with the operation.

c. *Collection Equipment.*

(1) All vehicles used for the collection and transportation of solid waste (or materials which have been separated for the purpose of recycling) shall meet all applicable standards established by the Federal Government, including, but not limited to, Motor Carrier Safety Standards (49 CFR parts 390-396) and Noise Emission Standards for Motor Carriers Engaged in Interstate Commerce (40 CFR part 202). Army owned collection vehicles shall be operated in compliance with Federal Motor Vehicle Safety Standards (49 CFR parts 500-580).

**2-1**

US_00000389

(2) All vehicles used for the collection and transportation of solid waste (or materials which have been separated for the purpose of recycling) shall be enclosed or adequate provisions shall be made for suitable cover, to avoid spillage while in transit.

(3) The equipment used in the compaction, collection, and transportation of solid waste (or materials which have been separated for the purpose of recycling) shall be constructed, operated, and maintained in such a manner as to minimize health and safety hazards to solid waste management personnel and the public. This equipment shall be maintained in good condition and kept clean to prevent the propagation or attraction of vectors and the creation of nuisances.

(4) Collection equipment of the following types used for the collection storage, and transportation of solid waste (or materials which have been separated for the purpose of recycling) shall meet the standards established by the American National Standards Institute (ANSI Z245.1, Safety Standards for Refuse Collection Equipment) as of the effective date(s) established in ANSI Z245.1:

    (a) Rear-loading compaction equipment
    (b) Side-loading compaction equipment
    (c) Front-loading compaction equipment
    (d) Tilt-frame equipment
    (e) Hoist-type equipment
    (f) Satellite vehicles
    (g) Special collection compaction equipment
    (h) Stationary compaction equipment

In the procurement of new collection equipment before the effective dates of ANSI Z245.1, equipment which meets the standards shall be obtained if available.

d. Frequency of collection. The frequency of collection should be kept to a minimum consistent with maintaining sanitary conditions and performing the service at minimum cost. The following frequencies of collection should not be exceeded:

(1) Garbage.
    (a) Dining facilities and similar subsistence facilities—daily.
    (b) Family quarters—twice per week.
(2) Trash, ashes, and debris. All facilities—twice per week.

e. Collection management. The collection of solid wastes (or materials which have been separated for the purpose of recycling) shall be conducted in a safe, efficient manner, and in strict compliance with all applicable traffic and other laws. The collection vehicle operator shall be responsible for immediately cleaning up all spillage caused by his/her operations, for protecting private and public property from damage resulting from his/her operations, and for creating no undue disturbance of the peace and quiet in residential areas in and through which he/she operates.

f. Curbside collection. Curbside or service drive solid waste collection will be used in family housing areas unless another collection system provides a cost or environmental advantage to the Government. Use of other than curbside or service drive collection must be supported by an economic or environmental analysis which will be retained in installation records.

2-5. Can washing. a. Central garbage can washing facilities.

(1) The operation of central garbage can washing (for the normal 32-gallon-type garbage can) is not authorized.

(2) Washing of garbage cans is a responsibility of the units, organizations, agencies, individuals, or groups of personnel placing materials in receptacles at pickup stations. To maintain sanitary conditions and to prevent nuisances, garbage cans will be washed in accordance with washing frequencies determined by the installation commander.

b. Individual garbage can washing facilities.

(1) At dining facilities, restaurants, service clubs, and exchanges, where adequate facilities do not now exist, individual garbage can washing facilities conforming to (2) below will be provided.

(2) An individual garbage can washing facility will consist of a concrete washing pad not less than 6 feet by 6 feet in size, surrounded by a low, raised curb to prevent overflow of wash water, and sloping to a central drain of 4 inches or larger diameter with a grease trap which is connected to a sanitary sewer.

c. Washing facilities for multiple containers. Central washing facilities are permissible for

US_00000390

cleaning multiple containers used for refuse collection. Criteria for curbing and sewer connection will be in accordance with 2-5*b*(2) above.

*d. Steam cleaning of refuse containers.* Steam cleaners will not be utilized unless a self-generating unit designed for steam cleaning is incorporated into the facility. Local steam lines will not be utilized for this purpose.

US_00000391

US_00000392

# CHAPTER 3

# THERMAL PROCESSING AND LAND DISPOSAL OF SOLID WASTES

## Section I. DISPOSAL OF WASTE OIL

**3-1. Waste oil.** Waste oil has in the past, found its way into the installation landfill. Accordingly, installation commanders will ensure that post activities collect all waste oil generated on the installation. The current most environmentally sound and cost-effective use of this waste oil is to burn it in suitable oil burning heating plants. If the generating installation does not have the capability to use the oil in this manner, it will be offered to the DPDS for disposal. Waste oil will not be spread on the ground as a dust palliative (para 9-5*d*, AR 200-1).

## Section II. THERMAL PROCESSING OF SOLID WASTES (INCINERATION, GAS PYROLYSIS ETC)

**3-2. General.** The thermal processing of solid wastes will only be conducted in a suitably designed facility (except for open burning as discussed in AR 200-1).

**3-3. General design.** The design of new facilities or modification to existing facilities will be prepared or approved by a professional engineer. Major considerations and the rationale for the decision on each consideration shall be contained in the programing document required for authorization and construction. This information will remain available for review.

*a. Site selection.* Site selection and utilization will be consistent with health and welfare, and air and water quality standards, and appropriate installation master plans.

*b. Solid wastes accepted.* The managing activity will determine what wastes will be accepted and will identify any special handling required. In general, only wastes for which the facility has been specifically designed will be accepted; however, other wastes may be accepted if it has been demonstrated that they can be satisfactorily processed within the design capability of the facility or after appropriate facility modifications.

*c. Solid wastes excluded.* The managing activity will determine specific wastes to be excluded and will identify them in the design. The criteria used in considering whether a waste is unacceptable shall include the facility's capabilities, alternative methods available, the chemical and biological characteristics of the waste, environmental and health effects, and the safety of personnel. Disposal of pesticides and pesticide containers shall be in accordance with chapter 6, AR 200-1.

**3-4. Water quality.** All water discharged from the facility will be sufficiently treated to meet the most stringent of applicable water quality standards established in accordance with or effective under the provisions of chapter 3, AR 200-1.

**3-5. Air quality.** Emissions should not exceed applicable existing emission standards established by chapter 4, AR 200-1.

**3-6. Disease vectors.** Conditions will be maintained that are unfavorable for the harboring, feeding, and breeding of vectors, i.e. flies, mosquitoes, rodents.

**3-7. Aesthetics.** The incinerator facility will be designed and operated at all times in an aesthetically acceptable manner.

**3-8. Residue.** Residue and other solid waste products resulting from a thermal process will be disposed of in an environmentally acceptable manner. Where land disposal is employed, practices must be in conformance with section III, chapter 3 of this regulation.

**3-9. Safety.** Incinerators will be designed, operated, and maintained in a manner to protect the health and safety of personnel associated with the operation of the facilities. Pertinent provisions of the Occupational Safety and Health Act

**3-1**

US_00000393

of 1970 (PL 91-596) and regulations promulgated thereunder will apply.

3-10. General operations. The thermal processing facility will be operated and maintained in a manner that assures it will meet the design requirements. An operations manual describing the various tasks to be performed, operating procedures, and safety precautions for various areas of the facility shall be developed and will be required reading for all plant personnel. This manual will also be readily available for reference.

## Section III. LAND DISPOSAL (LANDFILLS)

3-11. General. Where land disposal of solid wastes is to be employed, a landfill specifically designed for or modified to accept those wastes will be utilized.

3-12. General design. Plans for the design, construction, and operation of new sites or modification to existing sites will be prepared or approved by a professional engineer.

    *a. Site selection.* Site selection and utilization will be consistent with public health and welfare, and air and water quality standards and appropriate installation master plans.

    *b. Solid wastes accepted.* The managing activity will determine what wastes will be accepted and will identify any special handling required. In general, only wastes for which the facility has been specifically designed will be accepted; however, other wastes may be accepted if it has been demonstrated that they can be satisfactorily disposed of within the design capability of the facility or after appropriate facility modifications.

    *c. Solid wastes excluded.* The disposal site managing activity will determine specific wastes to be excluded and identify them in the design. The criteria used in considering whether a waste is unacceptable will include the hydrogeology of the site, the chemical and biological characteristics of the waste, alternative methods available, environmental and health effects, and the safety of personnel. Disposal of pesticide containers will be consistent with chapter 6, AR 200-1.

3-13. Water quality. The location, design, construction, and operation of the land disposal site will conform to the most stringent of applicable water quality standards established in accordance with or effective under the provisions of chapter 3, AR 200-1. In the absence of such standards, the land disposal site will be located, designed, constructed and operated in such a manner as to provide adequate protection to ground and surface waters used as drinking water supplies.

3-14. Air quality. The design, construction, and operation of the land disposal site will conform to applicable ambient air quality standards and source control regulations established in chapter 4, AR 200-1.

3-15. Gas control. Decomposition gases generated within the land disposal site will be controlled on site, as necessary, to avoid posing a hazard to occupants of adjacent property.

3-16. Disease vectors. Conditions will be maintained that are unfavorable for the harboring, feeding, and breeding of vectors, i.e. flies, mosquitoes and rodents.

3-17. Aesthetics. The land disposal site will be designed and operated at all times in an aesthetically acceptable manner.

3-18. Cover material. A minimum of six inches of compacted cover material will be applied at the end of operation each day to minimize fire hazards, infiltration of precipitation, odors, and blowing litter; control gas venting and vectors; discourage scavenging; and provide a pleasing appearance.

3-19. Compaction. In order to conserve land disposal site capacity, thereby preserving land resources, and to minimize moisture infiltration and settlement, solid waste and cover material will be compacted to the smallest practicable volume.

3-20. Safety. The land disposal site will be designed, constructed, and operated in such a manner as to protect the health and safety of personnel associated with the operation. Pertinent provisions of the Occupational Safety and Health Act of 1970 (PL 91-596) and regulations promulgated thereunder will apply.

US_00000394

# CHAPTER 4

## SOURCE SEPARATION

**4-1. General.** Source separation is intended to reduce the quantity of refuse being wasted by diverting marketable commodities before they enter the solid waste stream. The criteria listed in paragraph 4-2 are minimum requirements and may be supplemented by separation of any other commodities for which there is a market.

**4-2. Requirements.** Source separation will be instituted as required by the following criteria:

   *a* Any facility/installation which employs over 100 office workers shall source separate high-grade office paper (para 1-3c).

   *b* All installations which have more than 500 family housing units will practice source separation of newspapers, by the housing occupants, in conjunction with separate collection for the purpose of recycling.

   *c* Where all commercial establishments on an installation collectively generate ten or more tons of waste corrugated paper per month; that material will be collected separately and sold for the purpose of recycling.

   *d* Prior to initiation of any source separation program the local property disposal office will be contacted to determine that markets do exist for the separated commodities. If no market is available source separation is not required.

   *e* Techniques for implementation of these requirements are discussed in appendix B. (To be published)

**4-3. Economic analysis.** Prior to initiation of a source separation program, an economic analysis will be conducted to determine the estimated annual cost to the government. If source separation of the required commodities is not cost effective, when compared with the current program, source separation is not required.

US_00000395

US_00000396

# CHAPTER 5

# RESOURCE RECOVERY AND RECYCLING

**5-1. Individual installation facilities.** Any installation which generates, collects or disposes of 100 tons per day (26,000 tons/year) or more of residential, commercial or institutional solid wastes after complying with source separation requirements, paragraph 4-2, and other waste reducing practices, will establish and/or utilize resource recovery facilities to recycle/recover material and/or energy from its wastes (para 5-6).

**5-2. Regional facilities.** Army installations located within a Standard Metropolitan Statistical Area (SMSA) are required to participate with other federal facilities in the establishment and/or utilization of a resource recovery facility providing—

*a* Any one federal facility generates 50 tons per day (13,000 tons/year) or more of a residential, commercial and institutional solid waste (after complying with waste reduction and source separation policies) *and*

*b* The combined total for all federal facilities within the SMSA is 100 tons per day (26,000 tons/year) or greater. If an Army installation generates the largest quantity of residential, commercial and institutional solid waste within the SMSA, the Army will be designated the lead agency in the planning, programing, and budgeting of the resource recovery facility. The Environmental Protection Agency (EPA) will determine which federal agency will act as the lead agency within each SMSA.

**5-3. Design capacity.** Each resource recovery facility will be designed with sufficient capacity to process:

*a.* All of the residential, commercial and institutional solid waste generated by the participating facilities, *and*

*b.* At least 65 percent by wet weight of the input solid waste into recycled material, fuel or energy. If inability to meet the 65 percent criteria is based on costs so high as to be economically impracticable or lack of market circumstances, then the processing percentage shall be as great as practicable.

**5-4. Publicity.** Installation commanders will provide sufficient publicity to ensure public awareness and cooperation in recycling/source separation programs.

**5-5. Resource recovery/recycling methods.** Various recycling methods shall be considered in establishment of local programs and implemented, singly or in combination, if beneficial. Examples *a* and *b* are to be given priority over the construction of a new Army waste processing facility. Examples are:

*a.* Joint or separate efforts by contractors handling solid and other waste material to recover recyclable materials. When such efforts result in salable commodity, the return to the government may be recognized in the form of lower costs for contractual services.

*b.* Participate in a joint or regional recycling program operated by the civilian community.

*c.* Sale through the DPDS.

*d.* Use as fuel or fuel supplement.

*e.* Local reuse of recovered waste materials.

**5-6. Exemptions.** Exemptions to the requirements of this chapter will be granted only under circumstances where it can be demonstrated that resource recovery/recycling of these materials is economically impracticable or that markets do not exist for segregated materials. Exemptions will not be granted solely on the basis of not meeting operating expenses from the net proceeds of sale. Requests for exemption, with all supporting data, will be forwarded through command channels to HQDA (DAEN-FEU) WASH DC 20314. Such exemptions will be reviewed annually.

US_00000397

US_00000398

# CHAPTER 6

# FINANCIAL MANAGEMENT

**6-1. Sales.** Sale of marketable items from solid waste materials shall be administered through The Defense Logistics Agency (DLA) under the provisions of DoD Directive 4160.21. This procedure does not apply to waste materials turned over to voluntary organizations or civilian communities for recycling. The procedure also does not apply to Military Exchanges and Commissary Stores where the activity owns or leases its own processing equipment.

**6-2. Income from sales.** Net proceeds from the sale of solid waste materials shall be deposited under Army Management Structure Activity Code 728012.27000 by the managing activity to reimburse the following expenses incurred in operating the solid waste resource recovery programs:

  *a.* The acquisition of replacement equipment for recycling purposes.

  *b.* The acquisition and identification of replacement containers and container stands for proper segregation of solid waste material.

  *c.* The collection of waste materials from the containers.

  *d.* The separating, baling, compacting, shredding, pulping, or otherwise altering the size, shape or form of the waste materials.

  *e.* The transfer of marketable items to the accountability of the property disposal office. (Transfer of physical custody is not required; such property shall be moved only when it is most economical and effective to do so.)

  *f.* The installation-level administration and support of the above functions by the managing activity.

**6-3. Financing of special projects.** Elements of expenses as charged to all activities by the installation-level accounting system are included, but military personnel expenses may *not* be reimbursed from the net proceeds. Any net proceeds after expenses and replacement equipment costs have been reimbursed may be made available by the managing activity to finance special projects

for environmental improvement and energy conservation. The amount of financing for such projects shall not exceed $50,000 per Army installation per annum. Should any balance be left in the designated account, after the environmental and energy conservation projects are financed, it will be transferred to Budget Account 97-F 3860.5191, "Proceeds from the Sale of Scrap, Salvage, or Surplus Materials, Defense Supply Agency."

**6-4. Recycling expense reimbursement.** Solid waste material recycling expenses that are not offset from net proceeds are eligible for reimbursement from any net proceeds remaining in Budget Clearing Account 97-F 3860.5191, "Proceeds from Sale of Scrap, Salvage or Surplus Materials, Defense Supply Agency," after reimbursement of all other categories of disposal expense.

**6-5. Defense logistics agency expense.** Expenses incurred by DLA that are related to the sale of recovered materials shall be deducted from gross sales proceeds in accordance with DoD Instruction 7310.1.

**6-6. Construction projects and equipment procurement.** *a.* Construction projects for resource recovery programs shall be planned and programed in accordance with AR 415-15 and shall be included in the reports submitted pursuant to chapter 10, AR 200-1. Proceeds of sale shall *not* be used to finance these projects.

  *b.* Use of existing facilities and equipment shall be considered in planning and establishing recycling programs. Equipment, such as balers available at an installation or activity shall be shared whenever possible to reduce costs.

  *c.* Equipment items for the establishment of recycling programs will be procured through the appropriations normally available for equipment acquisition. Equipment acquisition for start up of source separation/resource recovery operations will be identified as a line item in the annual budget submissions for the appropriate funding

6-1

US_00000399

category (i.e. PARS (Procurement Accounting and Reporting System) O&MA). The acquisition of replacement equipment, related solely to recycling of solid and other waste materials, is eligible for financing from net proceeds generated by the sale of waste materials.

*d.* The financing of equipment that is jointly used or shared with such activities as the Defense Property Disposal Office or a Commissary store, shall be governed by the procedures applicable to the activity that owns or is accountable for the equipment or facility.

US_00000400

## CHAPTER 7

## MONITORING AND RECORDS

**7-1. Monitoring.** *a.* The managing activity will monitor all solid waste activities with sufficient frequency to ensure continued compliance with the provisions of this regulation.

*b.* Under the provisions of paragraph 1-8, AR 200-1, all Army installations will monitor their operations to the extent necessary to ensure that the quality of local air and water resources is being maintained, and that no solid waste activity is a source of environmental degradation.

**7-2. Records.** DA Form 3916 (Daily Log of Truck Trips for Refuse Collection and Disposal) and DA Form 3917 (Refuse Collection and Disposal) are provided for recording data on solid waste collection, disposal, source separation and resource recovery at installations and activities.

*a. DA Form 3916.* Entries on DA Form 3916 will be made daily by solid waste collection truck drivers. The data obtained will be consolidated monthly on DA Form 3917 by solid waste collection supervisors.

*b. DA Form 3917.* Quantities reported on DA Form 3917 should be recorded in units of uncompacted cubic yards as outlined in TM 5-634. Data from this form will be used in preparation of the applicable portions of the DA Form 2788-series (Technical Data Report).

US_00000401

# CHAPTER 8

# REPORTS

**8-1. Annual Report-RCS DD-I&L(A) 1436.** The Managing Activity (para 1-3*f*) will complete an Annual Report of Solid Waste Source Separation and Resource Recovery/Recycling Operations (RCS DD-I&L(A) 1436). The report for the previous fiscal year, will be on DA Form 4616-R provided in appendix A and will be forwarded through the MACOMS for review prior to submission to HQDA (DAEN-FEU) WASH DC 20314. Reports will be forwarded to reach DAEN-FEU no later than 15 November of the following fiscal year. Replacement equipment acquisition financed by net proceeds of sales (see para 6-2) (from AMS Code 728012.27000) will be reported as a supplement to DA Form 4616-R and will contain a description of each item of equipment, the number of units procured and the total cost of procurement. (DA Form 4616-R will be reproduced locally on 8 × 10½ inch paper.)

**8-2. Compliance/Non-compliance Reports.** Reports of compliance/non-compliance with the EPA guidelines on Solid Waste management will be consolidated by DAEN-FEU. Feeder reports from all Army installations will be required on an annual basis. Specific guidance will be provided by DAEN-FEU upon publication of EPA's reporting form and instructions.

US_00000403

US_00000404

> The proponent agency of this regulation is the Office of the Chief of Engineers. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) direct to HQDA (DAEN-FEP) WASH DC 20314.

By Order of the Secretary of the Army:

BERNARD W. ROGERS
*General, United States Army*
*Chief of Staff*

Official:

PAUL T. SMITH
*Major General, United States Army*
*The Adjutant General*

DISTRIBUTION:

*Active Army, ARNG, USAR:* To be distributed in accordance with DA Form 12-9A requirements for AR, Facilities Engineering—C.

US_00000405

0001162194

## APPENDIX A

| ANNUAL REPORT OF SOLID WASTE SOURCE SEPARATION AND RESOURCE RECOVERY/RECYCLING OPERATIONS For use of this form, see AR 420—47; the proponent agency is the Office of the Chief of Engineers. | | REPORT SUBMISSION FY_____ | REQUIREMENTS CONTROL SYMBOL DD—I&L(A)1436 |
|---|---|---|---|
| THRU (MACOM) | TO HQDA (DAEN—FEU) WASH DC 20314 | | FROM (Reporting Installation) |

| SOLID WASTE RECOVERY | APPROPRIATED FUND ACTIVITIES | | | NON—APPROPRIATED FUND ACTIVITIES | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | QUANTITY | $ INCOME | $ EXPENDITURES | QUANTITY | $ INCOME | $ EXPENDITURES | QUANTITY | $ INCOME | $ EXPENDITURES |
| Source Separation | tons | | | tons | | | tons | | |
| High Grade Paper | tons | | | tons | | | tons | | |
| Corrugated Paper | tons | | | tons | | | tons | | |
| Newspaper | tons | | | tons | | | tons | | |
| Resource Recovery/Recycling | tons | | | tons | | | tons | | |
| * Projects for environmental improvement and energy conservation | # proj | | | | | | # proj | | |
| Excess income transferred to Budget Account # 97—F 3860.5191 | | | | | | | | | |

DA FORM 4616—R
1 MAY 77

* Note: Projects must be described on the back, to include a listing of each project, a description of each project and the dollar expenditure for each project.

☆U.S. GOVERNMENT PRINTING OFFICE: 1977 O—241-379/3299

A-1

PENTAGON LIBRARY

0001162194

US_00000408