**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DWIGHT G. TYNDALL, individually, and as surviving spouse and personal representative of DEBORAH E. TYNDALL, and as executor of the estate of DEBORAH E. TYNDALL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 1:22-cv-03136-SDG |

**PLAINTIFF'S SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Relying on *United States v. Pennsylvania Industrial Chemical Corp.* ("*PICCO*"), 461 F.2d 468 (3d Cir. 1972), the Government suggests the Army's pollution discharges were not prohibited by the Refuse Act until its permitting regulations were issued in 1970. Dkt. 49 at 4–5 & n.5. But the Reply omits a critical detail about *PICCO*—on appeal, the Supreme Court repudiated the very holding on which the Government relies. *See United States v. Pa. Indus. Chem. Corp.*, 411 U.S. 655, 661–62 (1973). Disagreeing with the Third Circuit, the Supreme Court held the Refuse Act's discharge ban was "operative" even without a permitting program. *Id.* at 662. As the Court explained, "nothing in the language

or history of [33 U.S.C. § 407] conditions enforcement of its prohibitions on the establishment of a formal regulatory-permit program." *Id.* at 669.

The Refuse Act has imposed a "flat ban" on unauthorized pollution discharges, "regardless of the effect on navigation." since it was enacted. *Id.* at 671; *see also United States v. Standard Oil Co.*, 384 U.S. 224, 228–30 (1966). Under the Supreme Court's decision in *PICCO*, that ban was "intact and completely enforceable" against the Army from when it began disposing of waste at Fort Gillem in 1941. *PICCO*, 411 U.S. at 667 n.18. Thus, the Government is not protected by the discretionary function exception for pollution discharges that occurred before 1970, which were violations of the Refuse Act even if no formal permit program existed then.

Respectfully submitted this ___ day of ___, 2026.

/s/ *John L. Fortuna*
John L. Fortuna
Mathieu Erramuzpe
Ari Gordin
Michael Creswell
JONES FORTUNA LLC
111 New Street, Suite A
Decatur, GA 30030
Phone: 404-850-3832
Email: jfortuna@jonesfortuna.com
merramuzpe@jonesfortuna.com
agordin@jonesfortuna.com
mcreswell@jonesfortuna.com

/s/ *Cameron B. Roberts*
Michael A. Caplan
Cameron B. Roberts
Alex Estroff
CAPLAN COBB LLC
75 Fourteenth Street NE, Suite 2700
Atlanta, GA 30309
Phone: 404-596-5600
Email: mcaplan@caplancobb.com
croberts@caplancobb.com
aestroff@caplancobb.com

*Counsel for Plaintiff Dwight G. Tyndall*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(C) in Times New Roman, 14-point font.

This ____ day of ___________, 2026.

*/s/ Cameron B. Roberts*
Cameron B. Roberts
Georgia Bar No. 599839

*Counsel for Plaintiff Dwight G. Tyndall*