# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cv-03136-SDG**
**Tyndall v. United States of America**
**Honorable Steven D. Grimberg**

---

Minute Sheet for proceedings held In Open Court on 09/09/2026.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 11:05 A.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Alicia Bagley
TAPE NUMBER: Zoom
DEPUTY CLERK: Danielle Brye

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ari Grodin, Cameron Roberts, John Fortuna, Mathieu Erramuzpe, and Alex Estroff representing Plaintiff<br><br>Jennifer Adams and Caroline Stanton representing Defendant |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary). |
| MOTIONS RULED ON: | [47] Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The parties appeared before the court on September 9, 2026 for oral argument re ECF [47] Defendant's Motion to Dismiss Second Amended Complaint for Lack of Subject Matter Jurisdiction. The Court took the motion under advisement. |
| HEARING STATUS: | Hearing concluded. |